EXHIBIT "A"

## TRANSFERRED ASSETS

The "Transferred Assets" consist of all of the assets used by Montgomery, Inc. in its sand and gravel business on the Effective Date, including cash, accounts receivable, machinery and equipment, buildings and improvements, automobiles, furniture and fixtures and other assets, all assets of Beaver Rock, Inc. (which were acquired by Montgomery, Inc. by merger after the Effective Date), all rights of Montgomery, Inc. as Lessee under equipment leases and the Mining Lease Agreement dated December 2, 1994 between SFP, Ltd., an Alabama Limited Partnership, and Beaver Rock, Inc., as Lessee, as assigned by Beaver Rock, Inc. to Montgomery, Inc., and which include, without limitations, the specific assets described on Exhibit A-1 attached hereto;

LESS AND EXCEPT accounts receivable in the face amount of $201,653, and that certain deposit on motor home in the amount of $20,000, which amounts have been determined as shown on Exhibit "A-2" attached hereto and made a part hereof, subject in all instances to adjustment as provided in Section 4.4 of the Agreement to which this Exhibit is attached.

C0593-123
42330.1

**MONTGOMERY MATERIALS COMPANY, INC.**
**BEAVER ROCK, INC.**
**EQUIPMENT TRANSFERRED**

1994 C-10 Chevy Pickup
1995 Chevy
John Deere Dozer
Caterpillar Dump Truck ( S/N 1HK00227)
Caterpillar Dump Truck ( S/N 1HK00157)
Caterpillar Wheelloader 966F
Caterpillar Generator 3406TA
Berkley Rupp Pump 16C2-F
2 A/C units for Dump Trucks
Various office equipment
Testing Lab
Scalehouse
Tool building
Lateral file cabinet
Computer
Computer network
Lateral file cabinet ( 5 drawer)
Office set-up
ML320T printer
Drafting Table
Water truck
Gorman Rupp Trash Pump
Berkley Water Pumps
Pipe
Dump Hopper
Welder & trailer
100' conveyor
Seiko 5 X 14 screen
O/S Conveyor
Pekor Sand Pump
Steel pipe
Linatex sand separator
Electrical switches and wire
Scales
Pekor sand pump
Land improvements
Retaining wall
Fuel tanks
980G Caterpillar Wheel Loader (S/N 2KB00501)    Leased
970F Caterpillar Wheel Loader (S/N 7SK00699)    Leased
330BL Caterpillar Hydraulic Excavator (S/N 6DR00472) Leased

**1997 Additions:**

Desk (Stern Brothers)
2 legal files (Stern Brothers)
2 Bookcases ( Stern Brothers)
Canon Multipass 2500 Fax printer (S/N UWJ11110)
Cardinal scales (Model #738 S/N 9508-46)
Collman Vantage Generator 7000 (Model #PM0477023
  S/N 74390019)
Gorman Rupp Pump (Model #16C2FL S/N 907086)
Gorman Rupp Pump (Model #16C2FL S/N 1070977)
Caterpillar Motor Grader (S/N 80C646)

EXHIBIT "A-1"

Exhibit A-2

MONTGOMERY MATERIALS COMPANY, INC.
BEAVER ROCK, INC.

Tentative Change in Equity from 01-01-97 to 4-30-97:

| | | |
|---|---:|---:|
| Combined stockholders' equity (S/E) at 12-31-96 per compiled financial statements | | $ (15,136) |
| Montgomery Materials, Inc. S/E at 04-3097 per compiled financial statements (monthly write-up) | $ 285,704 | |
| Beaver Rock, Inc. S/E at 04-30-97 (unchanged from 01-01-97) | (16,843) | |
| Elimination entry in connection with investment in lease | (62,344) | 206,517 |
| Net Change - tentative | | $ 221,653 |
| LESS: | | |
| 1) Deposit on motor home not transferred | | $ -20,000 |
| 2) Accounts Receivable not transferred | | -201,653 |
| Combined stockholders' equity in Transferred Assets net of Assumed Liabilities | | $ (15,136) |

41733.1