Exhibit "B"

## ASSUMED LIABILITIES

The Assumed Liabilities are all liabilities of MMC Holdings, Inc. and Beaver Rock, Inc. as of the Effective Date, in the amounts shown on Exhibit "D" of the Agreement to which this Exhibit is attached with respect to MMC Holdings, Inc., and, with respect to Beaver Rock, Inc., in amounts not significantly different from the amounts as of December 31, 1996.

C0593-123
41739.1