# WPBB&B

## WILSON, PRICE, BARRANCO, BLANKENSHIP & BILLINGSLEY, P.C.

*Certified Public Accountants*
3815 Interstate Court, Third Floor
Montgomery, Alabama 36109

## FACSIMILE TRANSMITTAL COVER SHEET

**TRANSMIT TO:**

Name: Charles Ford

Company: Page, Scranton

Date: 6·04·97          Time: _____

Fax Number: 706-324-2835

**TRANSMITTED FROM:**

Richard M. Stabler, C.P.A.          Sender's Direct Phone: 334/260-2377

Phone: 334/271-2200          Fax Number: 334/274-1577

Number of pages transmitted (including cover sheet): 30

COMMENTS: Chuck!
Please call me if we need
to discuss.
Rich

If you do not receive all pages of this fax, or have trouble with this transmission, please call 334/271-2200.

UNLESS OTHERWISE INDICATED, THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, OR HIS/HER EMPLOYEE OR AGENT, YOU ARE NOT AUTHORIZED TO DISTRIBUTE OR COPY THIS COMMUNICATION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE. THANK YOU.

EXHIBIT  C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**

**COMBINED FINANCIAL STATEMENTS**

**DECEMBER 31, 1996**

EXHIBIT    C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
DECEMBER 31, 1996

## TABLE OF CONTENTS

PAGE

Accountants' Compilation Report ....................................................................................1

Combined Balance Sheet ...............................................................................................2

Combined Statement of Income.......................................................................................3

Combined Statement of Retained Earnings .....................................................................4

Combined Statement of Cash Flows.................................................................................5

Notes to Combined Financial Statements ........................................................................7

### SUPPLEMENTARY INFORMATION

Cost of Sales ...............................................................................................................12

General and Administrative Expenses ............................................................................13

Combining Balance Sheet............................................................................................14-15

Combining Statement of Income ...................................................................................16

EXHIBIT   C



Member
American Institute
Of Certified Public
Accountants

Member
Alabama Society
Of Certified Public
Accountants

## Wilson, Price, Barranco, Blankenship & Billingsley, P.C.

Certified Public Accountants
Montgomery, Alabama

To the Board of Directors
Beaver Rock, Inc.
Montgomery Materials Company, Inc.

We have compiled the accompanying combined balance sheets of Beaver Rock, Inc. and Montgomery Materials Company, Inc., as of December 31, 1996 and the related combined statements of income, retained earnings, cash flows and supplementary information for the year then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the representation of management. We have not audited or reviewed the accompanying combined financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

*Wilson, Price, Barranco, Blankenship & Billingsley, P.C.*

March 10, 1997

1

EXHIBIT   C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
COMBINED BALANCE SHEET
DECEMBER 31, 1996

## ASSETS

**CURRENT ASSETS**

| | |
|---|---:|
| Cash | $ 79,053 |
| Accounts receivable - trade | 181,533 |
| Accounts receivable - employees | 3,405 |
| Total current assets | 263,991 |

**PROPERTY AND EQUIPMENT**

| | |
|---|---:|
| Machinery and equipment | 871,077 |
| Buildings and improvements | 31,056 |
| Automobiles | 46,189 |
| Furniture and fixtures | 9,034 |
| | 957,356 |
| Less accumulated depreciation | 295,155 |
| Total property and equipment | 662,201 |

**OTHER ASSETS**

| | |
|---|---:|
| Loan costs | 6,113 |
| Total other assets | 6,113 |

| | |
|---|---:|
| **TOTAL ASSETS** | $ 932,305 |

EXHIBIT C

## LIABILITIES AND STOCKHOLDER'S EQUITY

### CURRENT LIABILITIES

| | |
|---|---:|
| Current portion of long-term debt | $ 347,649 |
| Accounts payable - trade | 156,772 |
| Loan from stockholder | 14,645 |
| Payroll taxes payable | 4,370 |
| Sales taxes payable | 666 |
| Total current liabilities | 524,102 |

### OTHER LIABILITIES

| | |
|---|---:|
| Noncurrent portion of long-term debt | 423,339 |
| Total other liabilities | 423,339 |

### TOTAL LIABILITIES

947,441

### STOCKHOLDER'S EQUITY

| | |
|---|---:|
| Capital stock | 2,000 |
| Additional paid-in capital | 150,965 |
| Retained earnings | 131,899 |
| Less treasury stock | (300,000) |

### TOTAL STOCKHOLDER'S EQUITY

(15,136)

### TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY

$ 932,305

See accountants' compilation report and notes to combined financial statements.

2

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINED STATEMENT OF INCOME
FOR THE YEAR ENDED DECEMBER 31, 1996

| | | |
|---|---|---:|
| **INCOME** | $ | 2,889,279 |
| **COST OF SALES** | | 1,906,453 |
| **GROSS PROFIT** | | 982,826 |
| **OPERATING EXPENSES** | | |
| General and administrative | | 315,933 |
| Depreciation | | 230,537 |
| Amortization | | 175 |
| Total operating expenses | | 546,645 |
| **INCOME FROM OPERATIONS** | | 436,181 |
| **OTHER INCOME** | | |
| Freight income | | 23,722 |
| Interest income | | 179 |
| Total other income | | 23,901 |
| **OTHER EXPENSES** | | |
| Interest | | 153,564 |
| Loss on disposition of equipment | | 71,270 |
| Total other expenses | | 224,834 |
| **NET INCOME** | $ | 235,248 |

See accountants' compilation report and notes to combined financial statements.

EXHIBIT C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
COMBINED STATEMENT OF RETAINED EARNINGS
FOR THE YEAR ENDED DECEMBER 31, 1996

| | | |
|---|---|---|
| **DEFICIT AT BEGINNING OF YEAR** | $ | (92,518) |
| Net income | | 235,248 |
| Distributions | | (10,831) |
| **BALANCE AT END OF YEAR** | $ | 131,899 |

See accountants' compilation report and notes to combined financial statements.

4          EXHIBIT   C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINED STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 1996

### CASH FLOWS FROM OPERATING ACTIVITIES

| | |
|---|---:|
| Net income | $ 235,248 |
| Adjustments to reconcile net income to net cash | |
| provided by operating activities: | |
| Depreciation | 230,537 |
| Amortization | 175 |
| Loss on disposition of equipment | 71,270 |
| Changes in assets and liabilities: | |
| Accounts receivable | 48,277 |
| Inventory | 113,217 |
| Loan costs | (6,288) |
| Accounts payable | (82,352) |
| Payroll and sales taxes payable | (19,276) |
| Other accrued liabilities | (2,261) |
| Net cash provided by operating activities | 588,547 |

### CASH FLOWS FROM INVESTING ACTIVITIES

| | |
|---|---:|
| Purchase of property and equipment | (218,161) |

### CASH FLOWS FROM FINANCING ACTIVITIES

| | |
|---|---:|
| Repayment of borrowings | (234,591) |
| Distributions to stockholder | (10,331) |
| Repayment of loans from stockholder | (77,410) |
| Repayment of loans to stockholder | 3,800 |
| Net cash used by financing activities | (318,532) |
| NET INCREASE IN CASH | 51,854 |
| CASH AT BEGINNING OF YEAR | 27,199 |
| CASH AT END OF YEAR | $ 79,053 |

See accountants' compilation report and notes to combined financial statements.

EXHIBIT C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
COMBINED STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 1996

**SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION**

**Cash paid during the year for:**

Interest                                                                              $      153,564

**SCHEDULE OF NONCASH INVESTING AND FINANCING ACTIVITIES**

Equipment purchased with long-term debt                                               $       11,314

Issuance of common stock                                                              $        1,000

Purchase of treasury stock with long-term debt                                        $      300,000

Equipment contributed as additional paid-in capital                                   $      150,000

Trade-in of equipment and payoff of related long-term debt                            $      247,707

See accountants' compilation report and notes to combined financial statements.

EXHIBIT   C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

---

1.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*Companies' Activities and Operating Cycle*

The Companies are engaged in the sand and gravel mining business in Alabama and Georgia. The Company grants credit to customers substantially all of whom are contractors and businesses located in Alabama and Georgia.

*Basis of Combination*

The combined financial statements include the accounts of Beaver Rock, Inc. and Montgomery Materials Company, Inc., both of which are under common control and stock ownership. All intercompany transactions and balances have been eliminated in combination.

*Property and Equipment*

Property and equipment are recorded at cost. Depreciation is provided principally on the straight-line basis over the estimated useful lives of the various assets as follows:

| | |
|---|---|
| Furniture and fixtures | 7 years |
| Automobiles and trucks | 5 years |
| Plant assets | 5 years |

Total depreciation expense was $230,537 for 1996.

Maintenance and repairs are charged against income when incurred. Significant additions are capitalized.

The cost and accumulated depreciation of assets sold or retired are removed from the respective accounts. Any gain or loss from sale or retirement of property is reflected in income.

*Loan Costs*

Loan costs are being amortized on the straight-line basis over the life of the loan. The amount of amortization expense was $175 for 1996.

7

EXHIBIT

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

1.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

*Income Taxes*

Federal and State of Alabama income taxes are not payable by or provided for the Companies, since both corporations are S Corporations for income tax purposes. The sole stockholder of both companies is taxed individually on his share of the earnings.

*Cash and Cash Equivalents*

For the purposes of the combined statement of cash flows, the Companies consider all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents.

*Use of Estimates in the Preparation of Financial Statements*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

2.   **LONG-TERM DEBT**

Long-term debt as of December 31, 1996 consisted of the following:

Payable by Beaver Rock, Inc.:

| | |
|---|---:|
| Note payable to John Deere Credit: | |
| 11.25% note payable in monthly installments of $2,830 through December 1997, secured by equipment | $      38,064 |
| Note payable to Nations Bank: | |
| 10.5% note payable in monthly installments of $2,192 through December 2000, secured by real estate | 85,368 |
| Note payable to GMAC: | |
| 6.99% note payable in monthly installments of $462 through March 1998, secured by automobile | 6,932 |

8

EXHIBIT    C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

2.    **LONG-TERM DEBT** (Continued)

Payable by Beaver Rock, Inc.: (Continued)

Note payable to GMAC:
  7.95% note payable in monthly installments of $510 through
  December 2000, secured by automobile                              $    18,363

Note payable to Caterpillar Finance:
  12% note payable in monthly installments of $7,000 through
  January 1998, secured by equipment                                     97,961

Note payable to Orix Credit Alliance, Inc.:
  10.8% note payable in monthly installments of $4,491 through
  July 1999, secured by equipment                                       139,221

Note payable Thompson Tractor Co., Inc.:
  11.5% note payable in monthly installments of $1,368 through
  December 1998, secured by equipment                                    17,842

Payable by Montgomery Materials Company, Inc.:

Note payable to Colonial Bank:
  9.25% note payable in monthly installments of $3,210 through
  July 1998, secured by accounts receivable, inventory and
  equipment                                                             56,620

Note payable to Colonial Bank:
  9.25% note payable in monthly installments of $4,797 through
  November 1999, secured by real estate                                150,000

Note payable to former stockholder:
  7.5% note payable in monthly installments of $4,814 through
  May 2000, secured by personal guarantee of stockholder              150,000

Note payable to Cowin Equipment Company, Inc.:
  11.9% note payable in monthly installments of $943 through
  October 1997, secured by equipment                                    10,617

EXHIBIT    C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

2. **LONG-TERM DEBT  (Continued)**

| | |
|---|---:|
| Total long-term debt | $ 770,988 |
| Less current maturities of long-term debt | 347,649 |
| Long-term debt - noncurrent maturities | $ 423,339 |

Maturities of long-term debt are as follows:

| | |
|---|---:|
| 1997 | $ 347,649 |
| 1998 | 205,693 |
| 1999 | 166,403 |
| 2000 | 51,243 |

3. **CAPITAL STOCK**

Capital stock as of December 31, 1996 consists of the following:

| | Number of Shares | | Par |
|---|---|---|---|
| | Authorized | Issued and Outstanding | Value |
| Beaver Rock, Inc. | 1,000 | 1,000 | $ 1 |
| Montgomery Materials Company, Inc. | 20,000 | 100 | $ 10 |

On November 15, 1996, Montgomery Materials Company, Inc. purchased 50 shares of its stock at a cost of $300,000 from a stockholder pursuant to the Company's Stock Redemption Agreement.

During the year, equipment valued at $150,000 was contributed as paid-in capital.

EXHIBIT        C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

4.  **OPERATING LEASES**

Montgomery Materials Company, Inc. is obligated under three leases for heavy machinery used in its mining operation. Minimum monthly rental payments under these leases are $7,516, $5,539 and $5,202, expiring May 31, 1999, March 31, 2000 and March 31, 2000, respectively.

Future minimum rentals due under these leases as of December 31, 1996, are as follows:

| | |
|---|---:|
| 1997 | $ 219,084 |
| 1998 | 219,084 |
| 1999 | 166,472 |
| 2000 | 32,223 |

5.  **RELATED PARTY TRANSACTIONS**

Following is a summary of transactions and balances with a party related through ownership as of December 31, 1996.

| | |
|---|---:|
| Loan from stockholder | $ 14,645 |

11

EXHIBIT C

# SUPPLEMENTARY INFORMATION

EXHIBIT    C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
COST OF SALES
FOR THE YEAR ENDED DECEMBER 31, 1996

| | |
|---|---:|
| Cost of purchased materials | $  521,197 |
| Contract labor | 107,529 |
| Engineering | 4,701 |
| Equipment rental | 108,672 |
| Freight | 331,324 |
| Fuel | 160,140 |
| Gas and oil | 11,603 |
| Other expenses | 958 |
| Payroll taxes | 34,032 |
| Permits and fees | 4,893 |
| Repairs and maintenance | 285,077 |
| Salaries | 313,970 |
| Supplies | 22,357 |
| **Cost of sales** | **$   1,906,453** |

See accountants' compilation report.

12

EXHIBIT   C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
GENERAL AND ADMINISTRATIVE EXPENSES
FOR THE YEAR ENDED DECEMBER 31, 1996

| | |
|---|---:|
| Auto expense | $ 9,200 |
| Employee benefits | 7,129 |
| Insurance | 76,056 |
| Miscellaneous | 16,700 |
| Office expense | 7,526 |
| Postage | 1,822 |
| Printing | 7,765 |
| Professional fees | 6,968 |
| Royalties | 149,805 |
| Taxes and licenses | 2,261 |
| Telephone | 19,874 |
| Travel and entertainment | 6,550 |
| Utilities | 4,277 |
| **Total general and administrative expenses** | **$ 315,933** |

See accountants' compilation report.

13

EXHIBIT  C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINING BALANCE SHEET
DECEMBER 31, 1996

|  | Beaver Rock, Inc. | Montgomery Materials Company, Inc. |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash | $ 924 | $ 78,129 |
| Accounts receivable - trade | - | 181,533 |
| Accounts receivable - employees | - | 3,405 |
| Accounts receivable - related organization | 53,805 | - |
| Total current assets | 54,729 | 263,067 |
| **PROPERTY AND EQUIPMENT** | | |
| Machinery and equipment | 539,769 | 331,308 |
| Buildings and improvements | - | 31,056 |
| Automobiles | 46,189 | - |
| Furniture and fixtures | 685 | 8,349 |
|  | 586,643 | 370,713 |
| Less accumulated depreciation | 239,818 | 55,337 |
| Total property and equipment | 346,825 | 315,376 |
| **OTHER ASSETS** | | |
| Investment in lease | - | 63,437 |
| Loan costs | - | 6,113 |
| Total other assets | - | 69,550 |
| **TOTAL ASSETS** | $ 401,554 | $ 647,993 |

EXHIBIT    C

| | Total Before Eliminations | Eliminations | Combined Balance Sheet |
|---|---|---|---|
| $ | 79,053 | $ - | $ 79,053 |
| | 181,533 | - | 181,533 |
| | 3,405 | - | 3,405 |
| | 53,805 | (53,805) | - |
| | 317,796 | (53,805) | 263,991 |
| | | | |
| | 871,077 | - | 871,077 |
| | 31,056 | - | 31,056 |
| | 46,189 | - | 46,189 |
| | 9,034 | - | 9,034 |
| | 957,356 | - | 957,356 |
| | 295,155 | - | 295,155 |
| | 662,201 | - | 662,201 |
| | | | |
| | 63,437 | (63,437) | - |
| | 6,113 | - | 6,113 |
| | 69,550 | (63,437) | 6,113 |
| $ | 1,049,547 | $ (117,242) | $ 932,305 |

See accountants' compilation report.

14

EXHIBIT    C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
COMBINING BALANCE SHEET
DECEMBER 31, 1996

| | Beaver Rock, Inc. | Montgomery Materials Company, Inc. |
|---|---|---|
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Current portion of long-term debt | $ 233,996 | $ 113,653 |
| Accounts payable - trade | - | 156,772 |
| Accounts payable - related organization | - | 53,493 |
| Loan from stockholder | 14,645 | - |
| Payroll taxes payable | - | 4,370 |
| Sales taxes payable | - | 666 |
| Total current liabilities | 248,641 | 328,954 |
| **OTHER LIABILITIES** | | |
| Noncurrent portion of long-term debt | 169,756 | 253,583 |
| Total other liabilities | 169,756 | 253,583 |
| **TOTAL LIABILITIES** | 418,397 | 582,537 |
| **STOCKHOLDER'S EQUITY** | | |
| Capital stock | 1,000 | 1,000 |
| Additional paid-in capital | - | 150,965 |
| Retained earnings | (17,843) | 213,491 |
| Less treasury stock | - | (300,000) |
| **TOTAL STOCKHOLDER'S EQUITY** | (16,843) | 65,456 |
| **TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY** | $ 401,554 | $ 647,993 |

EXHIBIT C

| | Total Before Eliminations | Eliminations | Combined Balance Sheet |
|---|---|---|---|
| $ | 347,649 | $ - | $ 347,649 |
| | 156,772 | - | 156,772 |
| | 53,493 | (53,493) | - |
| | 14,645 | - | 14,645 |
| | 4,370 | - | 4,370 |
| | 666 | - | 666 |
| | 577,595 | (53,493) | 524,102 |
| | | | |
| | 423,339 | - | 423,339 |
| | 423,339 | - | 423,339 |
| | 1,000,934 | (53,493) | 947,441 |
| | | | |
| | 2,000 | - | 2,000 |
| | 150,965 | - | 150,965 |
| | 195,648 | (63,749) | 131,899 |
| | (300,000) | - | (300,000) |
| | 48,613 | (63,749) | (15,136) |
| | | | |
| $ | 1,049,547 | $ (117,242) | $ 932,305 |

See accountants' compilation report.

15

EXHIBIT    C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINING STATEMENT OF INCOME
FOR THE YEAR ENDED DECEMBER 31, 1996

|  | Beaver Rock, Inc. | Montgomery Materials Company, Inc. |
|---|---|---|
| **INCOME** | $ 815,356 | $ 2,073,923 |
| **COST OF SALES** | 728,389 | 1,527,142 |
| **GROSS PROFIT** | 86,967 | 546,781 |
| **OPERATING EXPENSES** | | |
| General and administrative | 54,372 | 260,323 |
| Depreciation | 175,200 | 55,337 |
| Amortization | - | 6,738 |
| Total operating expenses | 229,572 | 322,398 |
| **INCOME FROM OPERATIONS** | (142,605) | 224,383 |
| **OTHER INCOME** | | |
| Freight income | - | 23,722 |
| Interest income | (155) | 334 |
| Equipment rental income | 348,152 | - |
| Gain on sale of lease | 70,000 | - |
| Total other income | 417,997 | 24,056 |
| **OTHER EXPENSES** | | |
| Interest | 129,449 | 24,116 |
| Loss on disposition of equipment | 71,270 | - |
| Total other expenses | 200,719 | 24,116 |
| **NET INCOME** | $ 74,673 | $ 224,323 |

EXHIBIT    C

| | Total Before Eliminations | Eliminations | Combined Statement of Income |
|---|---|---|---|
| $ | 2,889,279 | $           - | $     2,889,279 |
| | 2,255,531 | (349,078) | 1,906,453 |
| | 633,748 | 349,078 | 982,826 |
| | | | |
| | 314,695 | 1,238 | 315,933 |
| | 230,537 | - | 230,537 |
| | 6,738 | (6,563) | 175 |
| | 551,970 | (5,325) | 546,645 |
| | 81,778 | 354,403 | 436,181 |
| | | | |
| | 23,722 | - | 23,722 |
| | 179 | - | 179 |
| | 348,152 | (348,152) | - |
| | 70,000 | (70,000) | - |
| | 442,053 | (418,152) | 23,901 |
| | | | |
| | 153,564 | - | 153,564 |
| | 71,270 | - | 71,270 |
| | 224,834 | - | 224,834 |
| $ | 298,997 | $      (63,749) | $      235,248 |

See accountants' compilation report.

16

EXHIBIT    C