WILSON, PRICE, BARRANCO, BLANKENSHIP & BILLINGSLEY, P.C.
Certified Public Accountants
Montgomery, Alabama

May 22, 1997

Shareholders
Montgomery Materials, Inc.
Montgomery, Alabama

We have compiled the accompanying balance sheet of Montgomery Materials, Inc. as of April 30, 1997, and the related income statement for the Four Months period then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accounts.

A compilation is limited to presenting in the form of financial statements information that is the representation of management. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

Management has elected to omit substantially all of the disclosures and the statements of retained earnings and cash flows required by generally accepted accounting principles. If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the Company's financial position, results of operations, and cash flows. Accordingly, these financial statements are not designed for those who are not informed about such matters.

*Wilson, Price, Barranco, Blankenship & Billingsley, P.C.*

EXHIBIT D

MONTGOMERY MATERIALS INC.
MONTGOMERY, ALABAMA

Page 1

BALANCE SHEET

April 30, 1997

==============================================================================

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash in Bank - Operating | $ 68,021.96 | |
| Cash in Bank - Payroll | 1,353.36 | |
| Petty Cash | 495.00 | |
| Employee Loans | 1,921.83 | |
| Accounts Receivable | 434,709.02 | |
| Total Current Assets | | 506,501.17 |
| **Fixed Assets** | | |
| Buildings | 31,056.13 | |
| Furniture & Fixtures | 10,407.33 | |
| Machinery & Equipment | 52,480.14 | |
| Property & Equipment | 311,690.79 | |
| Vehicles | 20,000.00 | |
| Accumulated Depreciation | (79,737.00) | |
| Total Fixed Assets | | 345,897.39 |
| **Other Assets** | | |
| Undeposited Funds | 4,170.35 | |
| Investment in Lease | 62,343.75 | |
| Loan Costs | 5,414.20 | |
| Total Other Assets | | 71,928.30 |
| **Total Assets** | | $ 924,326.86 |

SEE ACCOUNTANT'S COMPILATION REPORT

EXHIBIT D

```
                    MONTGOMERY MATERIALS INC.                    Page  2
                       MONTGOMERY, ALABAMA

                           BALANCE SHEET

                          April 30, 1997
================================================================================

                         LIABILITIES AND CAPITAL

 Current Liabilities
Accounts Payable                      $      227,574.91
Federal Income Tax Withheld                       59.75
FICA Taxes Payable                                35.35
Alabama Income Tax Withheld                    1,230.30
State Unemployment Accrued                       553.28
Federal Unemployment Accrued                     144.99
Sales Tax Payable                              2,279.36
Loan Payable - Cowin Equip.                    4,309.04
Loan Payable                                  10,617.41
Loan Payable - Colonial Bank                  45,601.12
Payable to Mike Phillips                      22,688.58
Loan Payable - Cowin Equip.                    6,345.72
Loan Payable - Colonial Bank                  34,924.64
                                         ---------------
    Total Current Liabilities                                 356,364.45

 Noncurrent Liabilities
Loan Payable - Colonial Bank                  89,652.28
Loan Payable - Colonial Bank                  13,241.51
Payable to Mike Phillips                     127,311.42
Due to BRI                                    52,052.82
                                         ---------------
    Total Noncurrent Liabilities                              282,258.03
                                                          ---------------
    Total Liabilities                                         638,622.48

 Net Capital
Treasury Stock                              (300,000.00)
Common Stock                                     500.00
Additional Paid in Capital                   150,965.41
Shareholder Draw-Harry Lambert               (38,236.17)
Retained Earnings                            224,324.22
Net Income                                   248,150.92
                                         ---------------
    Total Capital                                             285,704.38
                                                          ---------------
    Total Liabilities and Capital                        $    924,326.86
                                                          ===============
```

SEE ACCOUNTANT'S COMPILATION REPORT

EXHIBIT D

MONTGOMERY MATERIALS INC.  Page 3
MONTGOMERY, ALABAMA

INCOME STATEMENT

FOR THE FOUR MONTHS PERIOD ENDED APRIL 30, 1997
================================================================

|  | Year-to-Date Amount | Y-T-D Ratio |
|---|---:|---:|
| Sales |  |  |
| Sales | $ 1,134,916.90 | 99.96 |
| Total Sales | 1,134,916.90 | 99.96 |
| Other Income |  |  |
| Interest | 420.82 | .04 |
| Total Other Income | 420.82 | .04 |
|  | .00 | .00 |
| Total All Revenues | 1,135,337.72 | 100.00 |
| Cost of Sales |  |  |
| Rock Purchases | 42,845.71 | 3.77 |
| Freight | 174,740.52 | 15.39 |
| Permits & Fees | 15.97 | .00 |
| Leased Equipment | 135,099.62 | 11.90 |
| R/R Charges | 1,196.26 | .11 |
| Depreciation Expense | 24,400.00 | 2.15 |
| Payroll Tax Expense | 13,749.72 | 1.21 |
| Equipment Rental | 291.20 | .03 |
| Salaries - | 6,117.35 | .54 |
| Contract Labor | 6,347.54 | .56 |
| Salaries - Office | 25,711.00 | 2.26 |
| Licenses & Permits | 330.00 | .03 |
| Rent | 2,100.00 | .18 |
| Contract Hauling | 47,512.50 | 4.18 |
| Supplies | 6,125.19 | .54 |
| Plant Labor | 10,671.43 | .94 |
| Repairs & Maintenance | 95,557.98 | 8.42 |
| Salaries - Equip. Operators | 47,169.03 | 4.15 |
| Fuel | 56,529.84 | 4.98 |
| Truck Drivers | 5,926.40 | .52 |
| Salaries - Officers | 24,803.00 | 2.18 |
| Total Cost of Sales | 727,240.26 | 64.04 |
| Gross Profit | 408,097.46 | 35.96 |

SEE ACCOUNTANT'S COMPILATION REPORT

EXHIBIT D

```
                    MONTGOMERY MATERIALS INC.                    Page   4
                      MONTGOMERY, ALABAMA

                         INCOME STATEMENT

             FOR THE FOUR MONTHS PERIOD ENDED APRIL 30, 1997
==============================================================================
                                              Year-to-Date         Y-T-D
                                                 Amount            Ratio

  General & Admin. Expenses
Advertising                              $         330.44            .03
Bank Service Charges                                46.41            .00
Donations                                          300.00            .03
Employee Training                                   75.00            .01
Interest                                         7,093.42            .62
Insurance                                       30,815.38           2.71
Meals & Entertainment                            2,474.82            .22
Medical                                            168.35            .01
Office Supplies                                    952.69            .08
Penalties                                        2,668.13            .24
Postage                                          1,127.96            .10
Printing                                         2,375.15            .21
Janitorial Service                                 431.85            .04
Professional Fees                               14,965.73           1.32
Royalties Paid                                  67,641.41           5.96
Taxes                                              922.26            .08
Telephone                                        5,362.24            .47
Travel & Lodging                                15,497.83           1.37
Utilities                                        1,481.21            .13
Vehicle Expense                                  2,604.20            .23
Other Expenses                                     319.57            .07
                                              ------------        -------
Total General & Admin. Expenses                158,154.15          13.93

  Other Expenses
Amortization Expense                             1,792.39            .16
                                              ------------        -------
Total Other Expenses                             1,792.39            .16
                                              ------------        -------
Net Income from Operations                     248,150.92          21.87
                                              ------------        -------
```

SEE ACCOUNTANT'S COMPILATION REPORT

EXHIBIT   D