

EXHIBIT "E" - LEGAL DESCRIPTION

The Northwest Quarter of Section 25, Township 17, Range 21, containing 162 acres, more or less.

That part of the North Half of Section 26 lying South and East of Western Railway of Alabama, containing 323 acres, more or less, less the highway right-of-way.

Ten acres in the North Half of the Southwest Quarter of Section 26, Township 17, Range 21, described as follows: Begin at the center of Section 26, thence West 40.00 chains to West line of said Section 26, thence South 5.00 chains, thence Northeasterly to the point of beginning.

The North Half of Section 27, Township 17, Range 21 South and East of Western Railway of Alabama, and containing 70 acres, more or less, less andexcept the highway right-of-way.

North Half of North Half of North Half of South Half of Section 27, Township 17, Range 21, lying South and East of Western Railway of Alabama, and containing 19 acres, more or less, less and except the highway right-of-way.

Less and except from the above described lands the following portion thereof: Begin at a point 330 feet South of the Quarter Section Corner on the West side of Section 26, Township 17, Range 21, thence North 84 degrees East along a portion of the South line of property above conveyed in the North Half of the North Half of the North Half of the Southwest Quarter of Section 26 a distance of 1203 feet; thence North 13 degrees East 1268 feet; thence North 24 degrees 30 minutes West 1365 feet to a point in the center of Calebee Creek; thence following the meanderings of the center of Calebee Creek in a Westerly direction to the East right-of-way line of Alabama Highway 229; thence South 38 degrees West along the East right-of-way line of said Highway, 2318 feet; thence South 1 degree 15 minutes West 568.5 feet; thence South 88 degrees 45 minutes East 1100 feet to the point of beginning. Lying in the West Half of Section 26 and the East Half of the East Half of Section 27, Township 17, Range 21, and containing 99 acres, more or less.

Also, less and except from the property herein conveyed the following portion thereof: Commencing at the Southwest Corner of the Highway Bridge over Calebee Creek on Alabama Highway 229, thence South 34 degrees 00 minutes West 1310 feet; thence North 56 degrees 00 minutes West 30 feet to the West right-of-way line of said Alabama Highway 229 which is the point of beginning of the tract of land herein described; thence along said right-of-way line South 34 degrees 00 minutes West 350 feet; thence North 56 degrees 00 minutes West 150 feet; thence North 34 degrees 00 minutes East 350 feet; thence South 56 degrees 00 minutes East 150 feet to the point of beginning. Said tract of land all lying in the Northeast Quarter of Section 27, Township 17 North, Range 21 East, and containing 1.2 acres, more or less; being the real estate conveyed by Sam Martin Engelhardt, Jr., and wife, to R. F. Ray, Jr., on August 28th, 1964, by deed of record in the Probate Office of Macon County, Alabama, in Deed Book 72, at Page 33.

The above description covers 485 acres of land, said land being the identical real estate conveyed by Annie Floyd Engelhardt to Sam Martin Engelhardt, Jr., on November 9th, 1962, by deed of record in the Probate Office of Macon County, Alabama, in Deed Book 66, at Page 376, less and except the 99 acres of land hereinabove described in the next to last paragraph, and also less and exept the 1.2 acres of land hereinabove described in the preceding paragraph. The right-of-way for Alabama Highway 229 had been previously conveyed to Macon County Board of Revenue by deed which appears of record in said Probate Office in Deed Book 54, at Page 329.

EXHIBIT "E" - LEGAL DESCRIPTION CONTINUED

The property subject to said Sand and Gravel Lease includes the following:

Commencing at the southeast corner of Section 27, Township 17 North, Range 21 East in Macon County, Alabama; thence west, 2,394.8 feet to the easterly right-of-way line of Alabama Highway No. 229; thence along said right-of-way line through the following courses: northeasterly along a curve, concave westerly and having a radius of 7,029.8 feet for 542.3 feet; north 6 degrees 55 minutes east, 85.0 feet; northeasterly along a curve, concave easterly and having a radius of 2,247.3 feet for 753.7 feet; north 26 degrees 08 minutes east, 806.5 feet; northeasterly along a curve, concave southeasterly and having a radius of 3,708.5 feet for 661.3 feet; north 36 degrees 21 minutes east, 1,470.4 feet; south 53 degrees 29 minutes east, 20.0 feet; north 36 degrees 21 minutes east, 448.7 feet to the true point of beginning of the parcel of land herein described; thence continuing along said right-of-way line, north 36 degrees 21 minutes east 51.3 feet; thence north 53 degrees 39 minutes west 20.0 feet; thence north 36 degrees 21 minutes east, 601.2 feet to the intersection of said right-of-way line with the center of Calebee Creek; thence along the center of said creek, south 47 degrees 41 minutes east, 394.0 feet; thence north 33 degrees 04 minutes east, 551.2 feet; thence leaving said creek, south 26 degrees 09 minutes east, 1,365.0 feet; thence south 11 degrees 21 minutes west, 68.8 feet; thence north 75 degrees 40 minutes west, 608.3 feet; thence north 67 degrees 00 minutes west, 1,044.4 feet to the true point of beginning; containing 21.476 acres.

Said parcel of land lying partly in Section 26 and partly in Section 27, Township 17 North, Range 21 East, Macon County, Alabama.

Less and except therefrom any and all rights of way and easements from public roads and public utilities and less the liability for any consequence resulting from the change of the location thereof.

This is the same property which James K. Black and wife, Maria J. Richmond, and Robert H. Spiegel and wife, Rebecca B. Spiegel, conveyed to William G. Ward, Jr. by Warranty Deed dated May 12, 1980 recorded in Deed Book 106, in the Office of the Judge of Probate of Macon County, Alabama.

C043-299
071994
11519.