EXHIBIT F
(Lease #1)
Page 1 of 2

All those tracts or parcels of land situate, lying and being in Montgomery County, Alabama, being more particularly described as follows:

## PARCEL I

Beginning at the NW corner of the NE 1/4 of Section 29, T17N, R19E, go thence East 135 feet, more or less, thence South 6035 feet, more or less, thence West 170 feet, more or less, thence North 3350 feet, more or less, thence West 530 feet, more or less, thence North 2690 feet, more or less, thence East 520 feet, more or less, to the point of beginning, said property lying in the N 1/2 and the SE 1/4 of Section 29 and the NE 1/4 of Section 32, T17N, R19E.

Said property also being the same property conveyed to Major Robinson in that certain deed dated November 17, 1937, and recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Deed Book 205, at page 207, being therein described as follows:

A tract of land situated in Sections 29 and 32, Township 17, Range 19, beginning at a point 10.00 chains South and 38.15 chains West of the Northeast corner of Section 32, Thence North 90.00 chains, more or less to North Line of Section 29, thence West 9.89 chains, thence South 40.00 chains, more or less, to South line of Robinson Place, thence East 8.00 chains to center of Section 29, thence South 50.00 chains, more or less, to S.W. corner of Robinson Place, thence East 1.89 chains, more or less, to point of beginning, containing 49 acres, more or less.

## PARCEL II

A tract of land situated in the East half of the Northwest Quarter of Section 29, Township 17, Range 19, beginning at a point 8.00 chains West of the Center of said Section 29, thence North 40.00 chains, more or less to North line of Section 29, thence West 12.00 chains, then South 40.00 chains, more or less, to Half Section Line, thence East 12.00 chains to the point of beginning, containing 48 acres. This is the same parcel of land located in Section 29, Township 17, Range 19 that was conveyed by deed to Will Robinson, also known as Willie Robinson and Will Robison, which deed was recorded in Deed Book 205 at Page 207 located in the Office of the Judge of Probate of Montgomery County, Alabama and was referred to in an affidavit filed in the Office of the Judge of Probate of Montgomery County, Alabama in Deed Book 473 at Page 31.

## PARCEL III

Commence at the Northeast Corner of Section 29, T-17-N, R-19-E and run S 88°-37'-08"W for 1496.07' to the point of beginning of property herein described: Thence run S 00°-28'-36"E for 263.34', thence S 00°-17'-23"E for 374.29', thence S 05°-20'-49"E for 799.80', thence S 03°-48'-57"E for 1070.66', thence S 05°-10'-05"E for 238.22', thence S 04°-10'-31" E for 403.70', thence S 07°-33'-01"E for 607.94', thence S 01°-03'-25"W for 557.34', thence S 05°-07'-55"E for 710.92', thence S 04°-22'-19"E for 523.29', thence S 08°-09'-00"E for 528.10', thence S 84°-49'-35"W, for 359.04', thence N 03°-40'-40"W for 6092.32', thence N 88°-37'-08"E for 299.79' to the point of beginning. Described property contains 41.91 acres, more or less.

## PARCEL IV

A tract of land situated in Sections 29 and 32, Township 17, Range 19, beginning at a point 10 chains South and 27.25 chains West of the Northeast corner of Section 32, thence North 90.00 chains, more or less, to North line of Section 29, thence West 5.45 chains, thence South 90.00 chains, more or less, to South side of Robinson lands, thence East 5.45 chains to point of beginning, containing 49 acres.

## PARCEL V

A tract of land situated in the East half of the East half of Section 29, and the North half of the North half of the Northeast quarter of Section 32, Township 17, Range 19, beginning at a point 10.00 chains South and 10.88 chains West of the Northeast corner of said Section 32, thence North 90.00 chains to North line of Section 29, thence West 5.44 chains, thence South 90.00 chains, thence East 5.44 chains to point of beginning, containing 49 acres.

## PARCEL VI

A tract of land situated in the East half of Section 29 and the Northeast Quarter of Section 32, Township 17, Range 19, beginning at a point of the South side of the Robinson Place 10.00 chains South and 5.44 chains West of the Northeast corner of Section 32, thence West 2.72 chains, thence North 90.10 chains to Section line, thence East 2.72 chains, thence South 90.10 chains to point of beginning, containing 24.50 acres.

## PARCEL VII

Commence at the Northeast Corner of Section 29, T-17-N, R-19-E and run S 88°-37'-08"W for 1436.82' to the point of beginning of property herein described: Thence run S 03°-40'-45"E for 6068.56', thence N 08°-09'-00"W for 528.10' thence N 04°-22'-19"W for 523.29', thence N 05°-07'-55"W for 710.92' thence N 01°-03'-25"E for 557.34', thence N 07°-33'-01"W for 607.94' thence N 04°-10'-31"W for 403.70', thence N 05°-10'-05"W for 238.22' thence N 03°-48'-57"W for 1070.66' thence N 05°-20'-49"W for 799.80' thence N 00°-17'-23"W for 374.29', thence N 00°-28'-36"W for 263.34' thence N 88°-37'-08"E for 59.25' to the point of beginning. Described property contains 8.18 acres, more or less.

EXHIBIT F
(Lease #2)

All that tract or parcel of land situate, lying and being in Montgomery County, Alabama, being more particularly described as follows:

Beginning at the southeast corner of Section 36, Township 17 N., Range 19 E., and running thence north 48 chains to a branch, thence northwesterly along said branch as follows: N. 76 degrees and 20 minutes W. 19 chains, N. 67 deg. and ten minutes W. 2.5 chains, thence N. 76 deg. W. 3 chains, thence S. 80 deg. W. 8 chains, to the intersection of said branch with a creek, thence southerly along said creek to the S. line of said section 36, thence east along said south line 32 chains to the point of beginning, and being a part of the east half of said Sec. 36, Township 17, Range 19.

Also beginning at the northeast corner of Sec. 1, Township 16, R. 19, and running thence south 7 and 1/2 deg. W. along the east line of said Section 38 chains to the right-of-way of the Western of Alabama R. R., thence westerly along said right-of-way 22 and 56/100 chains to the Old Augusta Public Road, thence northwesterly along said Augusta Road 35 feet, thence easterly and parallel with said Railroad, and 25 feet therefrom, 6 and 41/100 chains, thence N. 23 and 4/10 chains to the creek, thence northerly up said creek to the north line of said Section 1, thence east 32 chains to the point of beginning, and lying in the NE 1/4 of said Section 1, Township 16, Range 19.

LESS AND EXCEPT therefrom 4.960 acres being described as follows:
Commence at the Northeast corner of Sec. 1, T16N, R19E, Montgomery County, Alabama; thence run along the East line of said Section 1, S 07 deg. 30' 00" W, 2066.29 feet to an iron pin and the point of beginning; thence from said point of beginning continue to run along said east line of Section 1, S. 07 deg. 30' 00" W, 441.71 feet to an iron pin on the North Right-of-Way of the Western of Alabama Railroad. Said point being in a curve (concave northeasterly); thence run along said right-of-way and said curve a chord of N. 80 deg. 42' 10" W, 479.53 feet to an iron pin; thence leave said right-of-way and run N. 04 deg. 32' 25" E., 441.06 feet to an iron pin; thence run S 80 deg. 55' 30" E., 502.26 feet to the point of beginning.

Said property lying in the East half of Section 1, T-16-N, R-19-E, Montgomery County, Alabama, containing 4.960 acres, more or less.

Also less 1.6 acres in the NE 1/4 of Sec. 1, T. 16, R. 19, heretofore conveyed for a church site and also less 2 acres in the NE 1/4 of Sec. 1, T. 16, R. 19, conveyed to the State of Alabama, both parcels being further described in that certain deed from Park Smith and Calvin Smith, as the Executors under the Will of Eliza Quitman Henderson, deceased, to Ralph Jenkins, dated December 14, 1937, and recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Deed Book 205, at Page 126.

EXHIBIT F
(Lease #3)

All that tract or parcel of land situate, lying and being in Montgomery County, Alabama, being more particularly described as follows:

Beginning at a point where the East line of Section 36, Township 17, Range 19 East, intersects the South side of the Tallapoosa River, thence South 27 chains along said East side of Section 36, which is marked by a fence and row of trees to a point on said section line 8 chains North of the Northeast corner of Southeast quarter of said section, thence North 76° 20' West 19 chains along the course of a dry creek, thence North 67°15' West 2.50 chains along said creek, thence North 76° West 3 chains along said dry creek, thence South 80° West 8.50 chains along said dry creek to the intersection of said dry creek and the center of quarter section creek, thence up the center of said quarter section creek in a general southerly direction to a point which is 25 chains due South of the above mentioned intersection of the dry creek and the center line of quarter section creek, thence South 86° West 18.90 chains to the stake in a pasture fence, thence South 2° 30' East 5 chains along said fence to a gum tree, thence South 18° West 9 chains along said fence to a mock orange tree, thence North 72 degrees 15 minutes West 13.35 chains along fence, thence South 32° West 14.70 chains to the Old Augusta Road, thence North 55° 30' West 15.50 chains along said Old Augusta Road, thence North 34 degrees East 25 chains, thence North 28 degrees East 29 chains to a blazed pine tree on the South bank of the Tallapoosa River, thence easterly along said Tallapoosa River with its meanderings to the point of beginning, containing in all 258.05 acres, more or less, and located in Sections 35 and 36, Township 17 North, Range 19 East; also

30.34 acres, more or less, lying and being situated in the Southwest quarter of Section 36, Township 17 North, Range 19 East, and the Northwest quarter of Section 1, Township 16 North, Range 19 East, described as follows: Commencing at the Southeast corner of the lands of W. J. Garnand as described in a deed from Inda W. Cornell and E. M. Cornell, dated January 17, 1914, which point of beginning is situated on the North side of the Old Augusta Road, thence running North 32° East 14.70 chains, thence South 72° 15' East 13.35 chains to a mock orange tree, thence South 12° West 22 chains, more or less, to the North line of said Old Augusta Road, thence westerly along the North side of said Old Augusta Road to the point of beginning.

LESS AND EXCEPT, therefrom any and all rights-of-way for roads, railroads, telephone, telegraph, light, power or gas lines.

Exhibit F
(Lease # 4)

## PROPERTY OF WARES FERRY PROPERTIES, LTD.

Commence at the intersection of the south right-of-way of the CSX Railroad with the east right-of-way of Wares Ferry Road in Section 1, Township 16 North, Range 19 East; thence South 31°00'49" East along said right-of-way 303.12 feet; thence South 28°05'22" East along said right-of-way 918.31 feet; thence South 89°22'08" East along the north line of a 60-foot wide access easement 1664.38 feet to a point in Section 6, Township 16 North, Range 20 East which is the point of beginning of the land to be herein described; thence continue South 04°41'31" East along the east side of a 60-foot wide access easement 575.10 feet to a point; thence South 82°04'39" East along the north side of said 60-foot wide access easement 279.08 feet to a point; thence North 87°31'46" East a distance of 2552.59 feet to a point on the west right-of-way line of Sprott Road; thence southeasterly and southerly along the west right-of-way line of Sprott Road to a point sixty (60) feet north of the south boundary line of said Section 6; thence proceed North 88°58'17" West a distance of 1320 feet more or less to a point on the east boundary of the Wares Ferry Acres Plat No. 2 Subdivision, a map or plat of which is recorded in the Office of the Judge of Probate of Montgomery County, Alabama in Plat Book 37, at Page 2; thence proceed North 01°01'43" West a distance of 264.18 feet to a point on the northeast corner of said subdivision; thence proceed North 88°58'17" West a distance of 1,334.19 feet more or less to the northwest corner of said subdivision; thence North 01°23'00" East a distance of 445.7 feet more of less to a concrete marker; thence North 82°38'47" West to a point on the southeast corner of the property conveyed to Richard K. Feaga by deed recorded in the Office of the Judge of Probate of Montgomery County, Alabama in real property record 1403, page 235; thence North 04°41'31" West a distance of 568.48 feet to a point on the north side of a 60-foot wide access easement; thence South 89°22'08" East along the north line of a 60-foot wide access easement to the point of beginning. This parcel lies in the South ½ of the Southeast ¼, the South ½ of the Southwest ¼, and the Northwest ¼ of the Southwest ¼ of Section 6, Township 16 North, Range 20 East, Montgomery County, Alabama, and contains 74 acres more or less.



Ehibit "F"