AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

___MIDDLE___ DISTRICT OF ___ALABAMA___
NORTHERN Division

THE CONCRETE COMPANY,

Plaintiff,

v.

HARRY E. LAMBERT, CAROL'S CONTRACTING, INC.
and ALABAMA GRAVEL, LLC,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv1026

TO: (Name and address of defendant)

Harry E. Lambert
541 Gunnells Road
Deatsville, Alabama 36022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Robin G. Laurie
BALCH & BINGHAM LLP
The Winter Loeb Building
105 Tallapoosa Street, Ste 200
Montgomery, Alabama 36104-3515
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
CLERK

[signature]
_____
(BY) DEPUTY CLERK

10/27/05
_____
DATE

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__
NORTHERN Division

THE CONCRETE COMPANY,

    Plaintiff,

    V.

HARRY E. LAMBERT, CAROL'S CONTRACTING, INC.
and ALABAMA GRAVEL, LLC,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv1026

TO: (Name and address of defendant)

    Carol's Contracting, Inc.
    c/o Carol L. Lambert
    541 Gunnells Road
    Deatsville, Alabama 36022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

    Robin G. Laurie
    BALCH & BINGHAM LLP
    The Winter Loeb Building
    105 Tallapoosa Street, Ste. 200
    Montgomery, Alabama 36104-3515
    Telephone: 334/834-6500
    Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(BY) DEPUTY CLERK

DATE 10/27/05

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

NORTHERN Division

THE CONCRETE COMPANY,                    SUMMONS IN A CIVIL CASE

    Plaintiff,

    v.                                   CASE NUMBER: 2:05cv1026

HARRY E. LAMBERT, CAROL'S CONTRACTING, INC.
and ALABAMA GRAVEL, LLC,

    Defendants.

TO: (Name and address of defendant)

    Alabama Gravel, LLC
    c/o Daniel L. Lindsey, Jr.
    184 Commerce Street
    Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

    Robin G. Laurie
    BALCH & BINGHAM LLP
    The Winter Loeb Building
    105 Tallapoosa Street, Ste 200
    Montgomery, Alabama 36104-3515
    Telephone: 334/834-6500
    Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                          10/27/05

CLERK                                        DATE

(BY) DEPUTY CLERK