**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alabama Gravel, LLC
c/o Daniel L. Lindsey, Jr.
184 Commerce Street
Montgomery, Alabama 36104

SCC 05-1026

2. Article Number (Copy from service label)

7001 1940 0004 1894 4693

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): A. Halpin
B. Date of Delivery: 10-25-05
C. Signature: X [signature]
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
  ☒ Certified Mail       ☐ Express Mail
  ☐ Registered          ☒ Return Receipt for Merchandise
  ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes