| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*: Carol Lambert    B. Date of Delivery: 11/7/05<br><br>C. Signature: X *Carol Lambert*   ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1?  ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Harry E. Lambert<br>541 Gunnells Road<br>Deatsville, Alabama 36022<br><br>54C 05-1026 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br><br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7001 1940 0004 1894 4693 | |

PS Form **3811**, July 1999 — Domestic Return Receipt — 102595-00-M-0952