| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) Carol Lambert  B. Date of Delivery 11/7/05<br>C. Signature<br>X  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Carol's Contracting, Inc.<br>c/o Carol L. Lambert<br>541 Gunnells Road<br>Deatsville, Alabama 36022<br><br>5 a C  05-1026 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7001 1940 0004 1894 4709 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |