IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THE CONCRETE COMPANY,** | |
| **PLAINTIFF** | |
| vs. | CASE NO. 2:05-CV-1026-ID-CSC |
| **HARRY E. LAMBERT,** **CAROL'S CONTRACTING,** **INC., and ALABAMA GRAVEL,** **LLC,** | |
| **DEFENDANTS** | |

### ANSWER AND COUNTERCLAIM OF DEFENDANT CAROL'S CONTRATING, INC.

Comes now defendant identified as Carol's Contracting, Inc. and for answer to the Complaint states as follows:

### First Defense

With regard to the numbered paragraphs of the complaint Defendant Carol's Contracting, Inc. states as follows:

1. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

2. Not applicable to this Defendant.

3. Admitted.

4. Not applicable to this defendant.

5. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

6. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

7. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

8. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

9. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

10. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

11. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

12. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

13. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

14. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

15. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

16. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

17. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

18. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

19. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

20. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

21. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

22. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

23. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

24. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

25. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

26. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

27. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

28. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

29. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

30. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

31. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

32. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

33. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

34. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

35. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

36. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

37. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

38. Admitted.

39. Admitted.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. See responses to 1 to 43.

45. Not applicable to this Defendant.

46. Not applicable to this Defendant.

47. Not applicable to this Defendant.

48. Not applicable to this Defendant.

49. See prior responses to preceding paragraphs.

50. Not applicable to this Defendant.

51. Not applicable to this Defendant.

52. See prior responses.

53. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

54. Denied.

55. Denied.

56. Denied.

57. See responses to paragraphs 1-56 above.

58. This defendant is without sufficient information to either admit or deny the allegations of this paragraph.

59. Admitted.

60. Denied.

61. Denied.

62. See responses to paragraphs 1-61 above.

63. Denied.

64. Denied.

65. Denied.

66. See responses to paragraphs 1-65 above.

67. Denied.

68. Denied.

69. Denied.

**<u>Second Defense</u>**

The non-competition agreement referenced in the complaint is overbroad in time and scope and, at this time, is unenforceable as against public policy.

DEFENDANT DEMANDS A TRIAL BY JURY.

        _S/Dennis R. Bailey_____
        Dennis R. Bailey (744845)
        Attorney for Defendant

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing Answer/Counter claim through the ECMF system on this the 23rd day of November, 2005, which will forward same to:

>Robin G. Laurie, Esq.
>Balch & Bingham, LLP
>105 Tallapoosa Street, Suite 200
>Montgomery, Alabama   36104-3515
>
>Chad W. Bryan and James N. Walter, Jr., Esq.
>Capell & Howard
>Post Office Box 2069
>Montgomery, Alabama   36102-2069

>___S/DENNIS R. BAILEY___
>Of counsel