**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

November 28, 2005

# NOTICE OF CORRECTION

**To:** Counsel of Record

**From:** Clerk's Office

**Case Style** The Concrete Co. vs. Lambert, et al.
Civil Action No.  2:05cv1026

**Referenced Pleading:** Order
Document #9

**This Notice of Correction filed in the above referenced case to correct  pdf document.  The corrected pdf is attached to this notice.**