## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **THE CONCRETE COMPANY,** | | |
| **Plaintiff,** | | |
| v. | | **Case No. 2:05-cv-1026-D** |
| **HARRY E. LAMBERT,** | | |
| **CAROL'S CONTRACTING,** | | |
| **INC., and ALABAMA GRAVEL,** | | |
| **LLC,** | | |
| **Defendants.** | | |

## MOTION FOR ADMISSION PRO HAC VICE
## OF THOMAS F. GRISTINA

Plaintiff The Concrete Company ("TCC"), by and through its counsel, Robin G. Laurie, a duly licensed and practicing attorney in the State of Alabama, and pursuant to the Local Rules of this Court, moves the Court to admit Thomas F. Gristina *pro hac vice* to appear as counsel for TCC in this matter. In support of this Motion, TCC shows the following:

1.      Thomas F. Gristina is a partner with Page, Scrantom, Sprouse, Tucker & Ford, P.C., located at Synovus Centre, 1111 Bay Avenue, Third Floor, Columbus, Georgia 31901, Telephone Number (706) 324-0251, Telefax Number (706) 323-7519. He resides and practices law in the state of Georgia.

2.      Thomas F. Gristina intends to appear in association with Robin G. Laurie of Balch & Bingham LLP, who is a member in good standing of the Alabama State Bar and the United States District Court for the Middle District of Alabama.

3.      Thomas F. Gristina was admitted to the Georgia State Bar in 2002. He is admitted to practice in all State Courts of Georgia. A Certificate of Good Standing from the

United States District Court, Middle District of Georgia, is attached hereto as **Exhibit "A."** Mr.

Gristina's bar license number is: Bar # 452454. Mr. Gristina has never suffered disbarment or

suspension of his license to practice law in any jurisdiction of the United States. Furthermore,

Thomas F. Gristina is not currently suspended from practicing law before any court or

jurisdiction, and no complaints for unethical misconduct, disciplinary proceedings, or criminal

charges involving the applicant are currently pending before any court or jurisdiction.

4.    Thomas F. Gristina is experienced in federal litigation, and will become familiar

with, and abide by, the Local Rules of this District Court.

5.    A proposed Order is attached hereto as **Exhibit "B."**

WHEREFORE, TCC respectfully prays that the Court grant this motion to admit Thomas

F. Gristina *pro hac vice* on behalf of Plaintiff TCC.

Respectfully submitted on this 8th day of December, 2005.

/s/ Robin G. Laurie
Robin G. Laurie (LAURR4217)
One of the Attorneys for Plaintiff The
Concrete Company
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2005, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will sent notification of

such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

James N. Walter, Jr., Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

Chad W. Bryan, Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

        /s/ Robin G. Laurie
        Robin G. Laurie (LAURR4217)
        One of the Attorneys for Plaintiff The
        Concrete Company
        BALCH & BINGHAM LLP
        P. O. Box 78
        Montgomery, Alabama 36101
        Telephone: (334) 834-6500
        Facsimile: (334) 269-3115
        rlaurie@balch.com

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

### CERTIFICATE OF
### GOOD STANDING

I, *Gregory J. Leonard, Clerk of this Court, certify that*

*THOMAS F. GRISTINA, Bar #452454,*

*was duly admitted to practice in this Court on*

*July 8, 2002*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Columbus, Georgia on December 1, 2005.*

*Gregory J. Leonard*
*Clerk*

*Timothy L. Frost*
*Deputy Clerk*

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

THE CONCRETE COMPANY,   |

     Plaintiff,   |

v.   |   Case No. 2:05-CV-1026-D

HARRY E. LAMBERT,   |
CAROL'S CONTRACTING,   |
INC., and ALABAMA GRAVEL,   |
LLC,   |

     Defendants.   |

## ORDER GRANTING ADMISSION PRO HAC VICE
## FOR THOMAS F. GRISTINA

Considering the foregoing motion:

IT IS ORDERED THAT the Motion for Admission Pro Hac Vice of Thomas F. Gristina

is GRANTED.

SO ORDERED AND ADJUDGED, this _____ day of _____, 2005.


_____
UNITED STATES DISTRICT COURT JUDGE