IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| Plaintiff, | |
| v. | Case No. 2:05-CV-1026-D |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC, | |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE OF WILLIAM L. TUCKER

Plaintiff The Concrete Company ("TCC"), by and through its counsel, Robin G. Laurie, a duly licensed and practicing attorney in the State of Alabama, and pursuant to the Local Rules of this Court, moves the Court to admit William L. Tucker *pro hac vice* to appear as counsel for TCC in this matter. In support of this Motion, TCC shows the following:

1. William L. Tucker is a partner with Page, Scrantom, Sprouse, Tucker & Ford, P.C., located at Synovus Centre, 1111 Bay Avenue, Third Floor, Columbus, Georgia 31901, Telephone Number (706) 324-0251, Telefax Number (706) 323-7519. He resides and practices law in the state of Georgia.

2. William L. Tucker intends to appear in association with Robin G. Laurie of Balch & Bingham LLP, who is a member in good standing of the Alabama State Bar and the United States District Court for the Middle District of Alabama.

3. William L. Tucker was admitted to the Georgia State Bar in 1974. He is admitted to practice in all State Courts of Georgia. A Certificate of Good Standing from the United States

163361.1

District Court, Middle District of Georgia, is attached hereto as **Exhibit "A."** Mr. Gristina's bar license number is: Bar # 718050. Mr. Gristina has never suffered disbarment or suspension of his license to practice law in any jurisdiction of the United States. Furthermore, William L. Tucker is not currently suspended from practicing law before any court or jurisdiction, and no complaints for unethical misconduct, disciplinary proceedings, or criminal charges involving the applicant are currently pending before any court or jurisdiction.

4. William L. Tucker is experienced in federal litigation, and will become familiar with, and abide by, the Local Rules of this District Court.

5. A proposed Order is attached hereto as **Exhibit "B."**

WHEREFORE, TCC respectfully prays that the Court grant this motion to admit William L. Tucker *pro hac vice* on behalf of Plaintiff TCC.

Respectfully submitted on this 8th day of December, 2005.

/s/ Robin G. Laurie
Robin G. Laurie (LAURR4217)
One of the Attorneys for Plaintiff The
Concrete Company
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

James N. Walter, Jr., Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

Chad W. Bryan, Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

/s/ Robin G. Laurie
Robin G. Laurie (LAURR4217)
One of the Attorneys for Plaintiff The
Concrete Company
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

**CERTIFICATE OF GOOD STANDING**

I, Gregory J. Leonard, Clerk of this Court, certify that

WILLIAM L. TUCKER, Bar # 718050,

was duly admitted to practice in this Court on

July 23, 1974,

and is in good standing as a member of the Bar of this Court.

Dated at Columbus, Georgia on December 1, 2005.

Gregory J. Leonard
Clerk

Timothy L. Frost
Deputy Clerk

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| Plaintiff, | |
| v. | Case No. 2:05-CV-1026-D |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC, | |
| Defendants. | |

### ORDER GRANTING ADMISSION PRO HAC VICE FOR WILLIAM L. TUCKER

Considering the foregoing motion:

IT IS ORDERED THAT the Motion for Admission Pro Hac Vice of William L. Tucker is GRANTED.

SO ORDERED AND ADJUDGED, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

163360.1