IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | \| |
|     PLAINTIFF | \| |
| vs. | \|  CASE NO. 2:05-CV-1026-D |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC, | \| |
|     DEFENDANTS | \| |

## RULE 26(f) REPORT

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on December 9, 2005, via conference call and was attended by:

> Robin G. Laurie, William L. Tucker and Thomas Gristina for plaintiff
>
> Dennis R. Bailey for defendant's Harry E. Lambert and Carol's Contracting.
>
> James N. Walter, Jr. for defendant Alabama Gravel, LLC

2. **Pre-Discovery Disclosures**. The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by December 27, 2005.

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

> Discovery will be needed on the following subjects:
>
> Plaintiff suggests that discovery will be needed regarding:
>
> A. Defendants' knowledge and actions with respect to the activities prohibited by Defendant Harry Lambert's non-compete.

163344.1

B. Defendants' aggregate delivery and/or sales, without limitation history of delivery and/or sales to Simcala.

C. Defendant Harry Lambert's history, dealings and relationship with Defendants Carol's Contracting and Alabama Gravel, LLC.

D. Evidence in Defendant Harry Lambert's possession regarding the allegations made in his Counterclaim.

Defendants Lambert and Carol's Contracting suggest that discovery will be needed regarding:

A. Evidence in possession of TCC of alleged violation of non-compete by Harry E. Lambert.

B. Value of non-compete agreement.

C. Damages claims of plaintiff.

D. Evidence or proof of alleged conspiracy.

E. History of sales to Simcala by MCC Holdings and/or The Concrete Company, Inc.

F. Capacity of MCC Holdings to provide oversize gravel over past 5 years.

Defendant Alabama Gravel, LLC suggests that discovery will be needed regarding:

A. Evidence or proof of alleged tortuous interference with business relations.

B. Evidence or proof of alleged conspiracy.

C. Plaintiff's alleged damages.

All discovery should be commenced in time to be completed by September 1, 2006.

A maximum of 40 interrogatories by each party to any other party. Responses are due 30 days after service.

A maximum of 40 requests for admission by each party to any other party. Responses are due 30 days after service.

A maximum of 10 depositions by plaintiff(s) and 10 by defendant(s).

Each deposition other than of parties is limited to 6 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) are due from plaintiff(s) by April 1, 2006 and from defendant(s) by May 1, 2006.

Supplementations under Rule 26(e) are due by the discovery cutoff date.

4. **Other Items**.

The parties do not request a conference with the Court before entry of the scheduling order. The parties request a pretrial conference 4-6 weeks before trial.

Plaintiff(s) should be allowed until March 1, 2006 to join additional parties and until April 1, 2006 to amend the pleadings.

Defendant(s) should be allowed until April 1, 2006 to join additional parties and until May 1, 2006 to amend the pleadings.

All potentially dispositive motions should be filed by 4-6 weeks before the pretrial conference.

Settlement is unlikely.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff(s) by 45 days before the pretrial and from defendant(s) by 30 days before the pretrial.

Parties should have seven days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by November 2006, and at this time is expected to take approximately 3 days.

DATE: December 9, 2005

/s/ Robin G. Laurie
Robin G. Laurie (LAURR4217)
Attorney for Plaintiff The Concrete Company
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com


/s/ Dennis R. Bailey
Dennis R. Bailey (744845)
Attorney for Defendants Harry E. Lambert and Carol's Contracting, Inc.
Rushton Stakely Johnston & Garrett PC
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile:  (334) 262-6277
drb@rsjg.com


/s/ James N. Walter, Jr.
James N. Walter, Jr. (WAL021)
Attorney for Defendant Alabama Gravel, LLC
Capell Howard PC
P. O. Box 2069
Montgomery, Alabama 36102-2069
Telephone:  (334) 241-8046
Facsimile:  (334) 323-8888
jnw@chlaw.com