IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THE CONCRETE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 2:05cv1026-D |
| v. | ) |
| | ) |
| **HARRY E. LAMBERT, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of the motions to appear *pro hac vice* (Doc. Nos. 11-12), it is ORDERED that said motions be and the same are hereby GRANTED and that Thomas F. Gristina, Esquire, and William L. Tucker, Esquire, are hereby ADMITTED *pro hac vice* as counsel on behalf of Plaintiff.

DONE this 13th day of December, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE