IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THE CONCRETE COMPANY,** | \| |
| Plaintiff, | \| |
| v. | \| Case No. 2:05-CV-1026-D |
| **HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC,** | \| |
| Defendants. | \| |

## NOTICE OF APPEARANCE

Please enter the appearance of G. Lane Knight, Balch & Bingham LLP, 105 Tallapoosa Street, Suite 200 (36104), P. O. Box 78, Montgomery, Alabama 36101, as counsel of record for plaintiff The Concrete Company. The Court and opposing counsel are requested to include G. Lane Knight in service and distribution of all pleadings, motions and orders filed or entered herein.

Respectfully submitted on this 19th day of December, 2005.

    /s/ G. Lane Knight
G. Lane Knight (ASB-6748-172K)
One of the Attorneys for Plaintiff The
Concrete Company
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
lknight@balch.com

163699.1

OF COUNSEL:

Robin G. Laurie (LAURR4217)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
lknight@balch.com

Thomas F. Gristina (# 452454)
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1043 Third Avenue
P.O. Box 1199
Columbus, GA 31902-1199

William L. Tucker (# 718050)
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia  31901

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

James N. Walter, Jr., Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

Chad W. Bryan, Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

/s/ G. Lane Knight
G. Lane Knight (KNIGG6748)
One of the Attorneys for Plaintiff The Concrete Company
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
lknight@balch.com