**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

December 28, 2005

# NOTICE OF CORRECTION

**To:**            Counsel of Record

**From:**          Clerk's Office

**Case Style**     **The Concrete Co. vs. Lambert, et al.**
                   **Civil Action No. 2:05cv1026**

**Referenced Pleading:**   **Order**
                           **Document #19**

**This Notice of Correction filed in the above referenced case to reflect this order filed in error. See document #20 for correct** entry.