IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv1026-C |
| ) | |
| HARRY E. LAMBERT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby SET for a scheduling and status conferences at **1:30 p.m.** on **January 31, 2006** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 30th day of December, 2005.

                                          /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE