## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **THE CONCRETE COMPANY,** | \| |
| | \| |
| **PLAINTIFF** | \| |
| | \| |
| **vs.** | \|     **CASE NO. 2:05-CV-1026-D** |
| | \| |
| **HARRY E. LAMBERT,** | \| |
| **CAROL'S CONTRACTING,** | \| |
| **INC., and ALABAMA GRAVEL,** | \| |
| **LLC,** | \| |
| | \| |
| **DEFENDANTS** | \| |

### NOTICE OF FILING PROPOSED ORDER

Comes now defendant identified as Harry E. Lambert and hereby gives notice to all parties that he has submitted the attached proposed order relating to Doc. 18 (Motion to Amend Counterclaim).


_S/Dennis R. Bailey_____
Dennis R. Bailey
Attorney for Defendant Harry E. Lambert

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

### CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 11th day of January, 2006, which will forward same to:

Robin G. Laurie, Esq.
Griffin Lane Knight, Esq.
Balch & Bingham, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama   36104-3515

James N. Walter, Jr., Esq.
Chad W. Bryan, Esq.
Capell & Howard
Post Office Box 2069
Montgomery, Alabama   36102-2069

Thomas Gristina, Esq.
William Leonard Tucker, Esq.
Page, Scrantom, Sprouse, Tucker & Ford
Synovus Center, Third
1111 Bay Avenue
Columbus, Georgia   31901


___S/Dennis R. Bailey_____
Of counsel