IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1026-C |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

For good cause, and without objection it is

ORDERED that Defendant Lambert's Motion to Amend Counterclaim (Doc. 18) is hereby granted.  Defendant Lambert is authorized to file the Amended Counterclaim upon receipt of this Order.

Done this ___day of January, 2006

_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE
JUDGE