IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.  2:05cv1026-CSC |
| HARRY E. LAMBERT, *et al.*, | ) |
|     Defendants. | ) |

**ORDER**

Now pending before the court is the December 27, 2005, motion to amend counterclaim (doc. # 18) filed by defendant Harry E. Lambert.  The parties have no objection to the motion to amend.  *See* Doc. # 23.  Accordingly, it is

ORDERED that the motion to amend the counterclaim (doc. # 18) be and is hereby GRANTED.

Done this 18th day of January, 2006.

        /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE

\