IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set for 1:30 p.m. on January 31, 2006, be and is hereby **RESET** to **February 6, 2006**, at **1:30 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 24th day of January, 2006.

  /s/Charles S. Coody  
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE