IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THE CONCRETE COMPANY,** | \| |
| **PLAINTIFF,** | \| |
| vs. | \| **CASE NO. 2:05-CV-1026-D** |
| **HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC,** | \| |
| **DEFENDANTS.** | \| |

**NOTICE THAT ISSUE REGARDING MOTION FOR JUDGMENT ON THE PLEADING [Doc. 28] HAS BEEN RESOLVED**

Comes now defendant/counterclaim plaintiff identified as Harry E. Lambert ("Lambert") and gives notice to this Honorable Court that the Rule 12(c), Motion For Judgment on the Pleadings as to his counterclaim seeking a declaration that the agreement expired Jan. 2, 2006 [Doc. 28], has been resolved between the parties as follows:

1. Plaintiff, The Concrete Company ("TCC"), has withdrawn its qualifying language with respect to its response to paragraph 18 of the Amended Counterclaim.

2. The response of TCC to paragraph 18 of the Amended Counterclaim may be assumed by Lambert to be "Admitted" without qualification.

1

3. TCC agrees that the non-competition provisions of the Agreement expired by their own terms on January 2, 2006.

4. TCC's agreement is not intended to be and should not be construed as an admission by TCC to any of the allegations contained in the Motion for Judgment on the Pleadings [Doc. 28] filed February 3, 2006 or as to any other matters other than the date the non-competition provisions expired.

WHEREFORE, in light of the foregoing Defendant Harry E. Lambert hereby withdraws the Motion for Judgment on the Pleadings because the issues raised therein have been resolved between the parties.

Respectfully submitted this 4th day of February 2006.

    _s/Dennis R. Bailey_____
    Dennis R. Bailey
    Bethany L. Bolger
    Attorneys for Defendant Harry E. Lambert

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 4th day of February 2006, which will forward same to:

> Robin G. Laurie, Esq.
> Griffin Lane Knight, Esq.
> Balch & Bingham, LLP
> 105 Tallapoosa Street, Suite 200
> Montgomery, Alabama   36104-3515
>
> James N. Walter, Jr., Esq.
> Chad W. Bryan, Esq.
> Capell & Howard
> Post Office Box 2069
> Montgomery, Alabama   36102-2069
>
> Thomas Gristina, Esq.
> William Leonard Tucker, Esq.
> Page, Scrantom, Sprouse, Tucker & Ford
> Synovus Center, Third
> 1111 Bay Avenue
> Columbus, Georgia   31901

                                            *s/Dennis R. Bailey*
                                            Of counsel