**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 2/06/06 | AT | 1:30 p.m. to 1:33 p.m. |
| DATE COMPLETED: 2/06/06 | AT | FTR RECORDING |

THE CONCRETE COMPANY         *
                             *
    Plaintiff           *
                             *
vs.                          *    CASE NO. 2:05CV1026-CSC
                             *
HARRY E. LAMBERT, et al      *
                             *
    Defendant           *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Griffin Lane Knight | * | Atty Dennis Bailey |
| Atty. Thomas F. Gristina | * | Atty. James Walter, Jr. |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON       LAW CLERK: CORRIE LONG

---

( X) OTHER PROCEEDINGS:       ***SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

# FTR Log Notes

| Description | Status Conference - 05cv1026-CSC | |
|---|---|---|
| Date | 2 / 6 /2006    **Location**    Courtroom 4B | |
| **Time** | **Speaker** | **Note** |
| 1:30:45 PM | Court | Court convenes; parties present as noted; Discussions as to when to try case; have tern for Nov. 6 |
| 1:32:00 PM | Gristina | The scheduling order has the Nov. 6 trial date; That's fine; |
| 1:32:22 PM | Court | Discussion as to motion filed on Friday - Will Denied that as moot; How long will take to try case; |
| 1:32:43 PM | Gristina | Will take 2 - 3 days for trial ; |
| 1:32:57 PM | Court | Discussion as to mediation of case; |
| 1:33:49 PM | Court | Court is recessed. |