THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| Plaintiff, | * |
| v. | *  Case No.: 2:05-cv-01026-ID-CSC |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC. and ALABAMA GRAVEL, LLC, | * |
| Defendants. | * |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

The parties, having conferred in good faith, jointly move this Honorable Court to enter the attached Stipulated Protective Order so as to protect the legitimate privacy interests of the parties and non-parties to this action.

Respectfully submitted the 5th day of April, 2006.

/s/ Robin G. Laurie
Robin G. Laurie, Esquire
One of the Attorneys for Plaintiff The Concrete Company
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina, Esquire
PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
1043 Third Avenue
P.O. Box 1199
Columbus, GA 31902-1199

/s/Dennis R. Bailey
Dennis R. Bailey, Esquire
Attorney for Defendant Harry E. Lambert and Carol's Contracting, Inc.
RUSHTON, STAKELY, JOHNSTON & GARRETT
P.O. Box 270
Montgomery, Alabama 36101-0270

/s/James N. Walter, Jr.
James N. Walter, Jr., Esquire
Chad W. Bryan, Esquire
Attorneys for Alabama Gravel, LLC
CAPELL & HOWARD, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069

166757.2