# EXHIBIT C

Dennis-5

1

```
1           IN THE UNITED STATES DISTRICT COURT
2              FOR THE MIDDLE DISTRICT OF ALABAMA
3                       NORTHERN DIVISION
4
5    THE CONCRETE COMPANY,
6                   Plaintiff,
7       versus                          2:05-CV-1026-D
8    HARRY E. LAMBERT, et al.
9                   Defendants.
10
11
12
13
14
15                  * * * * * * * * * * * * *
16                  STATEMENT ON THE RECORD,
17   taken before Jackie Parham, Certified
18   Shorthand Reporter and Commissioner for the
19   State of Alabama at Large, in the law offices
20   of Balch & Bingham, 105 Tallapoosa Street,
21   Montgomery, Alabama, on Wednesday, the 29th
22   day of March, 2006.
23
```

2

```
1                        APPEARANCES
2
```

```
                                        Dennis-5
 3      APPEARING ON BEHALF OF THE PLAINTIFF:
 4      THOMAS F. GRISTINA, ESQUIRE
 5      Page, Scrantom, Sprouse,
 6         Tucker & Ford
 7      1111 Bay Avenue
 8      Third Floor
 9      Columbus, Georgia   31901
10
11      ROBIN LAURIE, ESQUIRE
12      Balch & Bingham
13      105 Tallapoosa Street
14      Montgomery, Alabama   36104
15
16      APPEARING ON BEHALF OF THE DEFENDANTS:
17      DENNIS R. BAILEY, ESQUIRE
18      Rushton, Stakely, Johnston
19         & Garrett
20      184 Commerce Street
21      Montgomery, Alabama   36104
22
23
```

                                                                    3

```
 1      JAMES N. WALTER, JR., ESQUIRE
 2      Capell & Howard
 3      150 South Perry Street
 4      Montgomery, Alabama   36104
 5
 6                 * * * * * * * * * * * * *
 7
```

Dennis-5

```
 8   MR. GRISTINA:  I wanted to make
 9       clear that with regards to
10       discovery conferences that
11       we've had between The
12       Concrete Company counsel and
13       Mr. Lambert and Carol's
14       Contracting's counsel, we've
15       tried to work out our
16       discovery dispute.  We met,
17       I believe, the first time
18       was -- maybe it was a couple
19       of weeks before our status
20       conference with the Court
21       and then we talked about it.
22       The Concrete Company sent a
23       letter requesting
```

                                                                 4

```
 1       supplementation and
 2       Mr. Bailey responded with
 3       some supplementation in a
 4       letter.  We do not believe
 5       that that resolves the
 6       issue, I don't think, that
 7       -- I think we are at impasse
 8       despite good-faith efforts
 9       on both sides to resolve it.
10       And, so, I wanted to make
11       sure that we had on the
12       Record that we were in the
```

```
                            Dennis-5
13              position -- we are going to
14              file a Motion to Compel in
15              the near future against
16              Mr. Lambert and Carol's
17              Contracting, Inc.
18         MR. BAILEY:  Since we're putting
19              things on the Record, I'm
20              putting on the Record a
21              request that you get your
22              client to dismiss Carol's
23              Contracting as a defendant
```

                                                            5

```
1               in this case based on the
2               evidence your only clients
3               have provided.  There was no
4               cause of action against that
5               company at the time the suit
6               was filed by The Concrete
7               Company which has no
8               standing to even be
9               asserting these claims.
10              And, again, on the Record,
11              we give you the opportunity
12              to take that action.  That's
13              all I want to put on the
14              Record.
15
16         * * * * * * * * * * * *
17              REPORTER'S CERTIFICATE
```