IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the plaintiff's motion to compel (doc. # 35), it is

ORDERED that on or before April 28, 2006, the opposing party shall show cause why the motion should not be granted.  It is further

ORDERED that oral argument on the motion be and is hereby SET for 10:00 a.m. on May 10, 2006 in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 14th day of April, 2006.

                                         /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE