FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE CONCRETE COMPANY,

    Plaintiff,

versus                        2:05-CV-1026-D

HARRY E. LAMBERT, et al.,

    Defendants.

ORIGINAL

\* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF ERIC NIX, taken pursuant to stipulation and agreement before Jackie Parham, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, in the law offices of Balch & Bingham, 105 Tallapoosa Street, Montgomery, Alabama, on Wednesday, the 29th day of March, 2006, commencing at approximately 10:25 a.m.

367 VALLEY AVENUE
(205) 397-2397   BIRMINGHAM, ALABAMA   1-877-373-3660

**FREEDOM COURT REPORTING**

Page 7

| | | |
|---|---|---|
| 1 | Q. | How did you become employed with The |
| 2 | | Concrete Company?  What led you to that |
| 3 | | company? |
| 4 | A. | Lummus Corporation was in Columbus, and I |
| 5 | | was there.  And they moved their corporate |
| 6 | | headquarters to Savannah.  And, so, that's |
| 7 | | when I went to work for The Concrete |
| 8 | | Company. |
| 9 | Q. | Are you related to the Nixes in Auburn? |
| 10 | A. | No, sir.  Not that I'm aware of. |
| 11 | Q. | When you went to work for The Concrete |
| 12 | | Company in '98, what business was it in? |
| 13 | A. | It was in the ready-mix concrete business, |
| 14 | | precast concrete products, and aggregates |
| 15 | | and cement business. |
| 16 | Q. | Did it operate those businesses as |
| 17 | | divisions of The Concrete Company? |
| 18 | A. | Yes, it did. |
| 19 | Q. | Did the divisions have names? |
| 20 | A. | Well, let me take that back.  The cement |
| 21 | | company was actually a separate legal |
| 22 | | entity. |
| 23 | Q. | What was its name? |

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 8

```
 1   A.    Southern Cement and at that time it was
 2         also Georgia Cement.  Two different
 3         entities.
 4   Q.    Okay.  And the ready-mix concrete, precast
 5         concrete and aggregate businesses were
 6         just divisions of The Concrete Company?
 7   A.    That's correct.
 8   Q.    What was the market area for The Concrete
 9         Company when you started with the business
10         in '98?
11   A.    They were in, of course, central Georgia,
12         south Georgia, Montgomery area, and they
13         had a few plants in the eastern part of
14         Alabama.
15   Q.    In the Montgomery area what operations did
16         they have?
17   A.    One on Wares Ferry Road and one on -- I
18         think it's Eastern Boulevard, formerly
19         called -- we call it the Metro Plant.
20   Q.    And the one on Wares Ferry Road?
21   A.    I don't remember the address.
22   Q.    Were both of those ready-mix operations?
23   A.    Yes, sir.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

| | | |
|---|---|---|
| 1 | | Southern Cement, would have been gone? |
| 2 | | They were sold to Lafarge? |
| 3 | A. | The assets were. |
| 4 | Q. | Asset transfer? |
| 5 | A. | Yes, sir. |
| 6 | Q. | But The Concrete Company still existed as |
| 7 | | an entity? |
| 8 | A. | Yes, sir. |
| 9 | Q. | At that point in time, as of April 1 or |
| 10 | | after, 2004, what were the businesses that |
| 11 | | The Concrete Company was in? |
| 12 | A. | Precast concrete products and the |
| 13 | | aggregates. |
| 14 | Q. | At some point after April 1st, 2004 did |
| 15 | | The Concrete Company become a holding |
| 16 | | company? |
| 17 | A. | Yes, sir. |
| 18 | Q. | When did that occur? |
| 19 | A. | April the 1st of 2005. |
| 20 | Q. | Exactly one year after the sale of the |
| 21 | | assets of the ready-mix and cement |
| 22 | | businesses? |
| 23 | A. | Yes. |

FREEDOM COURT REPORTING

Page 35

```
 1        contended to have been taken in violation
 2        of the Non-Compete provisions?
 3   A.   Only through discussions with my attorney.
 4   Q.   Do you have any personal knowledge of any
 5        actions that Carol's Contracting or
 6        Carol's Trucking Company has taken that
 7        are alleged to be somehow a violation of
 8        the Non-Compete Agreement, other than
 9        through conversations with attorneys for
10        The Concrete Company?
11   A.   No, sir.
12   Q.   Is Foley Materials Company, Inc. in the
13        trucking business?
14   A.   No, sir.
15   Q.   Is The Concrete Company in the trucking
16        business?
17   A.   Not commercial hauling. No, sir.
18   Q.   What kind of hauling does it do, if any?
19   A.   Well, The Concrete Company doesn't do any.
20        But Foley Products has -- they run their
21        own -- they deliver their own product.
22   Q.   Foley Products makes precast concrete
23        things?
```

| | | |
|---|---|---|
| 1 | A. | I don't recall the count right now. |
| 2 | Q. | Why is it that the aggregate companies in |
| 3 | | this area normally don't deliver their own |
| 4 | | products to customers? Is there a |
| 5 | | business reason for that? |
| 6 | A. | We prefer not to just because of -- you |
| 7 | | know, we're not in the trucking business. |
| 8 | | And you've got to manage that. |
| 9 | Q. | If you hire a bunch of drivers, you've got |
| 10 | | to have a person that's designated to |
| 11 | | follow all the DOT regulations, and then |
| 12 | | you have to have persons to maintain those |
| 13 | | vehicles, maintain the logbooks if they're |
| 14 | | required. It requires an investment that |
| 15 | | the company has not decided to make? |
| 16 | A. | When we were in the ready-mix business, we |
| 17 | | already had all that investment. And we |
| 18 | | had the CDL drivers, commercial drivers. |
| 19 | | So it wasn't that big of an issue at that |
| 20 | | time. |
| 21 | Q. | But when you lost that investment, with |
| 22 | | regard to your aggregate business you |
| 23 | | kept, you decided you wouldn't get into |

|    |    |                                                                 |
|----|----|-----------------------------------------------------------------|
| 1  |    | that business?                                                  |
| 2  | A. | At this time that's the decision. Yes.                          |
| 3  | Q. | Is that still the decision? Are there any                       |
| 4  |    | plans for the company, Foley Materials, to                      |
| 5  |    | go into the trucking of the material to                         |
| 6  |    | customers?                                                      |
| 7  | A. | Not to my knowledge.                                            |
| 8  | Q. | And isn't it true that in the industry, in                      |
| 9  |    | general, most companies do not truck the                        |
| 10 |    | material to the customer, or do you know?                       |
| 11 | A. | I don't know. But I've run across some                          |
| 12 |    | people in California and Colorado one time                      |
| 13 |    | and they did a lot of their own trucking.                       |
| 14 | Q. | In this area?                                                   |
| 15 | A. | It might be different parts of the                              |
| 16 |    | country, but --                                                 |
| 17 | Q. | But in this area you just don't think it                        |
| 18 |    | makes business sense? Is that the basic                         |
| 19 |    | decision?                                                       |
| 20 | A. | I think at this time it probably doesn't                        |
| 21 |    | make business sense. Things change.                             |
| 22 | Q. | Would the operation of trucks for that                          |
| 23 |    | purpose also affect the cost of insurance                       |