# FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE CONCRETE COMPANY,

    Plaintiff,

versus                               2:05-CV-1026-D

HARRY E. LAMBERT, et al.,

    Defendants.

ORIGINAL

\* \* \* \* \* \* \* \* \* \* \*

    DEPOSITION OF HORALD SORRELL, taken pursuant to stipulation and agreement before Jackie Parham, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, in the law offices of Balch & Bingham, 105 Tallapoosa Street, Montgomery, Alabama, on Tuesday, the 28th day of March, 2006, commencing at approximately 9:00 a.m.

| | | |
|---|---|---|
| 1 | A. | Item number 1, item number 2 here, item |
| 2 | | number 3, item 5, item 6, item 7 I can |
| 3 | | speak to. |
| 4 | Q. | Who is your employer? |
| 5 | A. | Foley Materials Company. |
| 6 | Q. | How long have you been employed by that |
| 7 | | entity? |
| 8 | A. | That entity -- I've been employed by that |
| 9 | | entity since April 1 of 2005. |
| 10 | Q. | What is your position with that company? |
| 11 | A. | Vice-President and General Manager. |
| 12 | Q. | Is it a corporation? |
| 13 | A. | Yes. |
| 14 | Q. | Is the stock closely-held? |
| 15 | A. | Yes. |
| 16 | Q. | Who are the stockholders? |
| 17 | A. | There's one stockholder in that company. |
| 18 | Q. | Who is that? |
| 19 | A. | The Concrete Company. |
| 20 | Q. | When was Foley Materials Company formed? |
| 21 | A. | April 1, 2005. |
| 22 | Q. | And what is the business of Foley |
| 23 | | Materials Company, Inc.? |

FREEDOM COURT REPORTING

Page 13

| | | |
|---|---|---|
| 1 | A. | The mining and selling of aggregates. |
| 2 | Q. | Are you familiar with the Buy-Sell |
| 3 | | Agreement that is at issue in this case? |
| 4 | A. | I am familiar with it.  Yes. |
| 5 | Q. | Have you reviewed it prior to coming here |
| 6 | | today to give your deposition for the |
| 7 | | purpose of answering questions on behalf |
| 8 | | of the plaintiff relating to it? |
| 9 | A. | I have looked over that document.  Yes. |
| 10 | Q. | Let me ask you whether or not Foley |
| 11 | | Materials Company, Inc. is in the business |
| 12 | | of excavating, mining, distributing, |
| 13 | | delivering, selling or otherwise disposing |
| 14 | | of any aggregate at wholesale or retail? |
| 15 | A. | Yes. |
| 16 | Q. | Is that company in that business within a |
| 17 | | sixty-mile radius of the City of |
| 18 | | Montgomery? |
| 19 | A. | Is that company? |
| 20 | Q. | Yes. |
| 21 | A. | Do you mean -- |
| 22 | Q. | Foley Materials Company, Inc. |
| 23 | A. | Where it is actually located? |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 14

```
 1   Q.    No.  Is it --
 2   A.    Are you talking about the home office
 3         or --
 4   Q.    No.
 5   A.    Okay.
 6   Q.    Is that company, Foley Materials, in that
 7         business that you just described within
 8         the territory as described in this
 9         Buy-Sell Agreement?
10   A.    Yes.
11               MR. GRISTINA:  Let him finish the
12                   question and then answer so
13                   you don't talk over each
14                   other.  And take your time.
15               THE WITNESS:  I'm sorry.
16   Q.    What business is The Concrete Company,
17         Inc. in?
18   A.    The Concrete Company, Inc. now serves as a
19         holding company.
20   Q.    When did it begin serving as a holding
21         company, if you know?
22   A.    On April 1 of 2005.
23   Q.    By "holding company," describe for the
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

| | | |
|---|---|---|
| 1 | | Record what you understand that to be. |
| 2 | A. | The Concrete Company is a holding company |
| 3 | | that owns Foley Materials Company and |
| 4 | | Foley Products Company. |
| 5 | Q. | Is Foley Products Company a company that |
| 6 | | does business within the Montgomery |
| 7 | | territory as defined in the Buy-Sell |
| 8 | | Agreement? |
| 9 | A. | They could have had sales into this area. |
| 10 | Q. | Does Foley Products Company deal with the |
| 11 | | excavating, mining, distributing, |
| 12 | | delivering, selling or otherwise disposing |
| 13 | | of aggregate at wholesale or retail? |
| 14 | A. | No. |
| 15 | Q. | Is that company essentially in the |
| 16 | | business of manufacturing prefabricated |
| 17 | | concrete structures? |
| 18 | A. | Yes. |
| 19 | Q. | Is The Concrete Company a closely-held |
| 20 | | corporation? |
| 21 | A. | Yes. |
| 22 | Q. | Who are the stockholders of that company? |
| 23 | A. | I do not know who all the stockholders |

| | | |
|---|---|---|
| 1 | | are. |
| 2 | Q. | Are you a stockholder in that company? |
| 3 | A. | No. |
| 4 | Q. | Who are the officers of Foley Materials |
| 5 | | Company? |
| 6 | A. | Frank Foley is the President. I am a |
| 7 | | Vice-President. And Eric Nix is a |
| 8 | | Vice-President. |
| 9 | Q. | Does the company have a Treasurer or |
| 10 | | Secretary? |
| 11 | A. | Mr. Nix would serve in effect as -- I |
| 12 | | think as Secretary also. I would say -- |
| 13 | | and his title may be Secretary-Treasurer. |
| 14 | | I don't know that. |
| 15 | Q. | Where is Foley Materials Company, Inc. |
| 16 | | headquartered? |
| 17 | A. | Columbus, Georgia. |
| 18 | Q. | In what state was it formed as a |
| 19 | | corporation? |
| 20 | A. | Georgia. |
| 21 | Q. | And what date was it formed, if you know? |
| 22 | A. | I do not know the exact date. |
| 23 | Q. | Was it prior to April 1, 2005? |

| | | |
|---|---|---|
| 1 | A. | I would say that it had to be incorporated |
| 2 | | prior to that if we began operations on |
| 3 | | that date.  But I do not know the exact |
| 4 | | date. |
| 5 | Q. | What is the reason, if you know, for the |
| 6 | | formation of Foley Materials Company, |
| 7 | | Inc.? |
| 8 | A. | I really do not know why that was -- |
| 9 | Q. | Do you know who made that decision? |
| 10 | A. | Frank Foley would have made that decision. |
| 11 | Q. | Do you know what triggered that decision? |
| 12 | A. | No, I really do not. |
| 13 | Q. | Does Foley Materials Company, Inc. have |
| 14 | | business operations in the territory as |
| 15 | | defined by the Buy-Sell Agreement, Exhibit |
| 16 | | A to the Complaint? |
| 17 | A. | Yes. |
| 18 | Q. | And where are those locations? |
| 19 | A. | We have a location on Wares Ferry Road in |
| 20 | | Montgomery, Alabama. |
| 21 | Q. | And what is the location number for that? |
| 22 | A. | The number on Wares Ferry Road? |
| 23 | Q. | No.  I mean, doesn't the company use a |

FREEDOM COURT REPORTING

Page 18

```
 1        location code?
 2   A.   Our location number is 511.
 3   Q.   Are there any other location numbers
 4        located in the Montgomery territory as
 5        defined in Exhibit A?
 6   A.   We have a location on Rifle Range Road.
 7   Q.   What is that location number?
 8   A.   I'm sorry. The one on Rifle Range Road is
 9        511. The one on -- the other one is 512.
10             MR. GRISTINA: Wares Ferry is
11                  512?
12   A.   Wares Ferry Road is 512. That's what we
13        call our City Pit. And the other one is
14        called our Dozier Pit.
15   Q.   And why have those numbers changed from
16        the former numbers used, 501 and 502?
17   A.   I'm not aware that 501 and 502 have ever
18        been used for those two plants. You asked
19        me for any within Montgomery, or did you
20        say --
21   Q.   In the territory as defined in Exhibit A
22        to the Complaint.
23   A.   Okay. We have another -- we have two
```

```
 1            more.
 2     Q.     Okay.  What are those?
 3     A.     We have one in Tysonville, and the number
 4            for that is 503.
 5     Q.     Okay.
 6     A.     And then we have one in Shorter, and our
 7            number for that is 502.
 8     Q.     What does the location code 501 represent?
 9     A.     That is located in Phenix City, Alabama.
10     Q.     Now, when you say "we" in reference to
11            these locations of -- I would guess plants
12            is what you would call these?
13     A.     Yes.  We would call them -- I would call
14            those our plants.
15     Q.     "We" being Foley Materials Company since
16            April 1, 2005?
17     A.     Correct.
18     Q.     Prior to April 1, 2005 what entity owned
19            or operated all or most of these plants?
20     A.     The Concrete Company.
21     Q.     Are you familiar with the transaction that
22            resulted in the formation of Foley
23            Materials Company, Inc.?
```

| | | |
|---|---|---|
| 1 | A. | I was aware of it, but I did not |
| 2 | | participate in that transaction. |
| 3 | Q. | Are you aware of any agreements between |
| 4 | | Foley Materials Company, Inc. and The |
| 5 | | Concrete Company which relate in any way |
| 6 | | to Exhibit A to the Complaint? |
| 7 | A. | No. |
| 8 | Q. | As of the date suit was filed, then, are |
| 9 | | you aware of any transfer of rights or |
| 10 | | assignment of rights from The Concrete |
| 11 | | Company to Foley Materials Company related |
| 12 | | to Exhibit A to the Complaint? |
| 13 | A. | I feel there would have been some, but I |
| 14 | | have not seen those. |
| 15 | Q. | Why do you feel there would have been |
| 16 | | some? |
| 17 | A. | I would just think in the legal process |
| 18 | | that our attorneys would have advised us |
| 19 | | that transfers would have been necessary. |
| 20 | Q. | Transfers of what to whom? |
| 21 | A. | Of assets from -- |
| 22 | Q. | Were assets transferred from The Concrete |
| 23 | | Company to Foley Materials? |

FREEDOM COURT REPORTING

Page 21

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Was Exhibit A in your mind considered an |
| 3 | | asset of The Concrete Company? |
| 4 | A. | I would -- I personally don't think it |
| 5 | | would be an asset. No. |
| 6 | Q. | Is it your understanding that The Concrete |
| 7 | | Company retained the rights with regard to |
| 8 | | Exhibit A to the Complaint? |
| 9 | A. | I do not know that. |
| 10 | Q. | But The Concrete Company is not currently |
| 11 | | in the business of aggregate in the |
| 12 | | territory, is it? |
| 13 | A. | The Concrete Company is not. |
| 14 | Q. | And that's been true since April 1st, |
| 15 | | 2005, correct? |
| 16 | A. | Yes. |
| 17 | Q. | One of the first items that you have |
| 18 | | indicated that you would be able to speak |
| 19 | | for The Concrete Company about pertains to |
| 20 | | the claim that Harry Lambert violated the |
| 21 | | Non-Competition Agreement referenced in |
| 22 | | the Complaint; is that correct? |
| 23 | A. | Yes. |

| | | |
|---|---|---|
| 1 | | and gravel business. |
| 2 | Q. | When you say someone is in the sand and |
| 3 | | gravel business, do you mean someone who |
| 4 | | is in the business of buying and selling |
| 5 | | aggregate? |
| 6 | A. | Someone could be in the sand and gravel |
| 7 | | business either in the business of buying |
| 8 | | and selling gravel or buying and |
| 9 | | extracting and selling gravel. Either |
| 10 | | way. |
| 11 | Q. | Foley Materials is in the sand and gravel |
| 12 | | business? |
| 13 | A. | Yes. |
| 14 | Q. | Is it in the business in the sense that |
| 15 | | you mean it? Is it in that business in |
| 16 | | the sense you mean it when you describe |
| 17 | | someone being in the business? |
| 18 | A. | We are in the mining and excavating and |
| 19 | | selling of gravel. |
| 20 | Q. | Business? |
| 21 | A. | Yes. |
| 22 | Q. | Which means you sell it and obtain a |
| 23 | | payment for it in most cases? |

FREEDOM COURT REPORTING

Page 28

```
 1   A.    Correct.
 2   Q.    All right.  Does Foley Materials haul the
 3         product to customers?
 4   A.    No.
 5   Q.    Foley Products -- Foley Materials, does it
 6         haul product to customers?
 7   A.    Did you say Foley Products first?
 8   Q.    I think I did.  If I did, I didn't mean
 9         to.  But I'm asking it now for Foley
10         Materials.
11   A.    We do not haul materials to customers.
12   Q.    Okay.  Why not?
13   A.    We have never elected to get into the
14         business of hauling product.
15   Q.    With regard to the sales of product at
16         Foley Materials, who hauls the product
17         from the plants?
18   A.    In some cases the customers furnish their
19         own trucks to pick up the materials.  In
20         other cases what I would refer to as an
21         independent contract carrier would haul
22         the material.
23   Q.    But who makes the arrangement for the
```

**FREEDOM COURT REPORTING**

Page 29

```
 1              hauling of material from Foley --
 2    A.        The customer normally makes that
 3              arrangement, in fact, always does.
 4              Because we sell our materials FOB plant.
 5    Q.        That means what?
 6    A.        What means what?
 7    Q.        FOB plant means what.
 8    A.        That means that we have a price at our
 9              plant and the customer pays that price.
10              And then the customer pays the trucker for
11              any charges of hauling that material.
12    Q.        So Foley Materials does not own trucks for
13              the purpose of hauling material for
14              delivery to customers?
15    A.        That is correct.
16    Q.        It probably owns some trucks that relate
17              to the mining operations, correct?
18    A.        That is correct.
19    Q.        But it doesn't employ over-the-road truck
20              drivers?
21    A.        That's correct.
22    Q.        Now, you mentioned that you were aware
23              Mr. Lambert delivered materials to
```

FREEDOM COURT REPORTING

Page 33

| | | |
|---|---|---|
| 1 | | don't know. But I've seen those trucks |
| 2 | | around. |
| 3 | Q. | You've seen them at the plants? |
| 4 | A. | Yes. |
| 5 | Q. | Can you tell us -- Can you give us your |
| 6 | | recollection of what trucking companies |
| 7 | | visited the plants operated by Foley |
| 8 | | Materials or The Concrete Company prior to |
| 9 | | April 1, 2005 for that purpose? |
| 10 | A. | Names of other trucking companies? |
| 11 | Q. | Do any come to mind sitting here today? |
| 12 | A. | I have seen some of our -- some of our |
| 13 | | customers furnish their own trucks and |
| 14 | | those stick in my mind. But as far as a |
| 15 | | company like Foshee, I don't recall. |
| 16 | Q. | Do you consider Foshee Trucking to be in |
| 17 | | competition with The Concrete Company or |
| 18 | | Foley Materials? |
| 19 | A. | Not that I'm aware of. |
| 20 | Q. | Do you consider that company to be in the |
| 21 | | business of mining, selling, delivering or |
| 22 | | otherwise the business as described in |
| 23 | | Exhibit A to the contract? |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 34

```
1    A.   No.
2    Q.   Who pays the trucking companies that come
3         to your plant to pick up these loads of
4         material, if you know?
5    A.   I do not know who pays them.
6    Q.   Do you know how they are paid, on what
7         basis they are paid, how it is calculated?
8    A.   Do not.
9    Q.   As you said, that is because your price is
10        a price at the plant per ton for material?
11   A.   That's correct.
12   Q.   You said that you had --
13   A.   Let me -- Can I respond further?
14              MR. GRISTINA:   Sure.
15   A.   We do have one customer that we did
16        deliver for.
17   Q.   Which one?
18   A.   That was Simcala.
19   Q.   And what did you use -- What trucking
20        company did you use to deliver to them?
21   A.   I do not remember.
22   Q.   Did you hire an independent company to do
23        that?
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660