# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 5/10/06 | AT | 10:00 a.m. to 10:25 a.m. |
| DATE COMPLETED: 5/10/06 | AT | FTR RECORDING |

THE CONCRETE COMPANY

    Plaintiff

vs.                                    CASE NO. 2:05CV1026-CSC

HARRY E. LAMBERT, et al

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Griffin Lane Knight | | Atty Dennis Bailey |
| Atty. Thomas F. Gristina | | Atty. Bethany L. Bolger |
| Atty. Robin Laurie | | |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON    LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:    ***ORAL ARUGMENT RE: MOTION TO COMPEL***

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | 2:05CV1026-CSC Oral arguments Re; Motion to Compel ||
| **Date** | 5/10/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 9:59:22 AM | Court | Court convenes; parties present as noted above; Discussion of motion to compel and spousal priviledge; Why is applicable? |
| 9:59:39 AM | Atty. Bailey | Response; |
| 9:59:52 AM | Court | Response - re: priviledged conversation; When does it becomes priviledged? |
| 10:00:08 AM | Atty. Bailey | Response; |
| 10:00:25 AM | Court | Discussion as to is this case federal law; |
| 10:00:35 AM | Atty. Bailey | Response; |
| 10:00:40 AM | Court | Discussion as to the Alabama rule 504 ; |
| 10:01:08 AM | Atty. Bailey | Response - effects of relationship; |
| 10:01:22 AM | Court | Questions as to any authority; |
| 10:01:28 AM | Atty. Bailey | Response and refers to USA v, Ray, 1st Circuit, 136 Fed 3rd 1; |
| 10:03:08 AM | Court | Discussions as to the atty/client privilege; Any conversation they have subject to priviledged? |
| 10:04:02 AM | Atty. Bailey | Response and discussion as to case out of Northern Georgia; |
| 10:05:23 AM | Court | Discussion as to relating to testimonial privilege; |
| 10:05:41 AM | Atty. Gristina | Response to issues; The priviledged doesn't apply at all; We are not talking to Carol Lambert in her spousal capacity but to Carol's contacting; |
| 10:06:29 AM | Court | Response; |
| 10:06:55 AM | Atty. Gristina | Response; |
| 10:07:32 AM | Court | Why can't yu get this information another way? |
| 10:07:36 AM | Atty. Gristina | Response; |
| 10:07:48 AM | Court | What is it you're asking? |
| 10:07:51 AM | Atty. Gristina | Response; |
| 10:08:02 AM | Court | Discussions as to questions asked; Find out what facts are; |
| 10:08:35 AM | Atty. Gristina | They wont give us the facts; |
| 10:09:08 AM | Court | How does that advance your case? |
| 10:09:10 AM | Atty. Gristina | Response re: conspiracy charge; |
| 10:10:05 AM | Court | Inclination is to deny motion on the grounds or privilege pending on what happens in the deposition; |
| 10:11:21 AM | Atty. Gristina | Response; |
| 10:11:50 AM | Court | Take the deposition and the court will be open to revisit it; |
| 10:12:45 AM | Atty. Gristina | Example of questions to ask; |
| 10:13:24 AM | Court | Response; What is left on the motion to compel? |
| 10:13:55 AM | Atty. Gristina | Questions to Mr. Lambert about his activities after Jan. 2, 2006; |
| 10:15:03 AM | Atty. Bailey | Response; |
| 10:15:39 AM | Court | Response; Discussions that he could have talking with these people before the date of the non-compete ; |

| Time | Speaker | Content |
|---|---|---|
| 10:16:09 AM | Atty. Bailey | Have no objections to any communications to anybody before the expiration; |
| 10:16:54 AM | Atty. Gristina | Response; |
| 10:17:24 AM | Atty. Bailey | Response; |
| 10:17:32 AM | Court | You want to protect your customer list; |
| 10:17:36 AM | Atty. Bailey | Response; |
| 10:17:55 AM | Court | Response; |
| 10:18:13 AM | Atty. Bailey | Response; |
| 10:18:28 AM | Court | This is how we are going to resolve this: Mr. Lambert is directed to give a customer list to Mr. Bailey, Mr. Bailey will in turn supply it to counsel for the Concrete Company, who is directed not to disclose it any way to the client; You will identify each one of those enttities or persons by some reference or by A, B, or C and at the depositions you will ask about A, B, or C not about the entity itself, and you will both keep a copy of that list, not disclose it to the Concrete Company or any one |
| 10:19:15 AM | Atty. Bailey | Response and clarification - Mr. Lambert doesn't have any customers yet; |
| 10:19:29 AM | Court | People he has contacted, people he's contemplated doing business with; |
| 10:19:40 AM | Atty. Gristina | Response; |
| 10:19:47 AM | Court | Will leave it to counsel to work out parameters of list; List to be maintained confidentially; |
| 10:20:11 AM | Atty. Gristina | Would counsel be able to contact those companies to test the testimony received? |
| 10:20:19 AM | Court | No. Not without further order of the court; |
| 10:20:27 AM | Atty. Gristina | And this would be the list of people he had contacted since the covenant expired; |
| 10:20:35 AM | Court | Yes. You can ask what he did for the people prior to that time; |
| 10:21:22 AM | Atty. Gristina | Have knowledge of people that he dealt with before the covenant expired, companies that we have invoices from already; we are in the process of contacting those people; |
| 10:21:39 AM | Court | You may make contact with those people without reference to this material. You may want to complete your contacts before Mr. Bailey gives the list; |
| 10:21:55 AM | Atty. Gristina | Response; |
| 10:22:07 AM | Atty. Bailey | Response; |
| 10:23:13 AM | Court | Parties should talk and come to some agreement about the list; |
| 10:24:35 AM | Atty. Gristina | Discussions as to the response date for the Summary Judgment motion; |
| 10:25:01 AM | Court | You can file a motion seeking extension; |
| 10:25:18 AM | Court | Court is recessed. |