IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the April 12, 2006, motion to compel (doc. # 35) filed by the plaintiff. Oral argument was held on May 10, 2006. Upon consideration of the motion and for the reasons as stated in open court, it is

ORDERED that the motion to compel (doc. # 35) be and is hereby DENIED without prejudice.

Done this 11th day of May, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE