IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **THE CONCRETE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.:  2:05-CV-1026-CSC** |
| | ) | |
| **HARRY E. LAMBERT,** | ) | |
| **CAROL'S CONTRACTING,** | ) | |
| **INC., and ALABAMA GRAVEL, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT ALABAMA GRAVEL, LLC'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Alabama Gravel, LLC ("Alabama Gravel") and moves the Court, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, to enter summary judgment in Alabama Gravel's favor on the grounds that there is no genuine issue as to any material fact and Alabama Gravel is entitled to a judgment as a matter of law.  In support of this motion, Defendant Alabama Gravel states as follows:

1.      On October 25, 2005, Plaintiff The Concrete Company ("TCC") filed this action against Defendants, Harry E. Lambert ("Lambert"), Carol's Contracting, Inc. ("Carol's Contracting"), and Alabama Gravel.

2.      TCC alleges claims against Alabama Gravel for intentional interference with contractual and business relations (Count III and IV) and conspiracy (Counts V and VI).

3.       TCC's claims are based on the non-compete provisions of an Agreement that TCC, Lambert and others entered into on June 10, 1997 (the "1997 Agreement").

4.      Alabama Gravel was not a party to the 1997 Agreement.

1

5.   Alabama Gravel neither received nor reviewed a copy of the 1997 Agreement until it was served with the Summons and Complaint in this case.

6.   On April 1, 2005, TCC transferred its assets to Foley Materials Company ("Foley").  Since that date, TCC has operated solely as a holding company.

7.   Alabama Gravel was organized on March 24, 2005.

8.   Alabama Gravel has been engaged in the gravel business since April 2005. Alabama Gravel made its first shipment of gravel on or about April 10, 2005.

9.   Lambert has not been a member or employee of Alabama Gravel.  Lambert received no payment or compensation from Alabama Gravel during the time period involved in this case.

10.   Alabama Gravel has not used fraud, force or coercion in selling gravel to customers.

11.   Alabama Gravel did not solicit or induce Simcala Inc. ("Simcala") to purchase less oversize gravel from TCC nor did Alabama Gravel interfere in any business relationship between Simcala and TCC.

12.   Simcala's Purchasing Manager, Richard Wymer, made the unilateral decision to seek out other suppliers, including Alabama Gravel, when he received information from TCC indicating that TCC might be unable to supply Simcala with adequate quantities of suitable oversize gravel.

13.   Based on the foregoing, Alabama Gravel is entitled to summary judgment on the intentional interference and conspiracy claims against it.  *See Barber v. Business Products Center, Inc.*, 677 So. 2d 223 (Ala.1996); *Allied Supply Co. v. Brown*, 585 So. 2d 33, 36 (Ala. 1991).

14.    In further support of this motion, Alabama Gravel relies upon the following:

    a.    All pleadings (including all exhibit attachments) filed in this matter;

    b.    Defendant Carol's Contracting, Inc.'s Motion for Summary Judgment and Brief and all exhibits thereto;

    c.    Defendant Harry E. Lambert's Motion for Summary Judgment and Brief and all exhibits thereto;

    d.    Affidavit of Dave Tuten (Exhibit A);

    e.    Deposition Transcript of Frank Foley (Exhibit B);

    f.    Affidavit of Richard Wymer (Exhibit C);

    g.    Deposition Transcript of Harold Sorrell (Exhibit D);

    h.    Defendant Alabama Gravel, LLC's Brief in Support of Motion for Summary Judgment, filed herewith.

WHEREFORE, Defendant Alabama Gravel, LLC moves the Court, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, to enter an order granting it summary judgment in this case.

Respectfully submitted,

s/ James N. Walter, Jr.
**JAMES N. WALTER, JR. (WAL021)**
**CHAD W. BRYAN (BRY032)**

*ATTORNEYS FOR DEFENDANT ALABAMA GRAVEL, LLC*

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone:    (334) 241-8000
Facsimile:    (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robin G. Laurie, Esq.
G. Lane Knight, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa (36104)
P.O. Box 78
Montgomery, Alabama 36101

Dennis R. Bailey, Esq.
Bethany L. Bolger, Esq.
RUSHTON, STAKELY, JOHNSTON
    & GARRETT
Post Office Box 270
Montgomery, Alabama 36101-0270

Thomas F. Gristina, Esq.
PAGE, SCRANTOM, SPROUSE, TUCKER
    & FORD, P.C.
1043 Third Avenue
P.O.Box 1199
Columbus, Georgia  31902-1199

William L. Tucker, Esq.
PAGE, SCRAMTOM, SPROUSE, TUCKER
    & FORD, P.C.
1111 Bay Avenue
Synovus Centre, Third Floor
Columbus, Georgia  31901


s/ James N. Walter, Jr.
OF COUNSEL

Motion

4