# EXHIBIT A

FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE CONCRETE COMPANY,

        Plaintiff,

versus                         2:05-CV-1026-D

HARRY E. LAMBERT, et al.,

        Defendants.

COPY

\* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF ERIC NIX, taken pursuant to stipulation and agreement before Jackie Parham, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, in the law offices of Balch & Bingham, 105 Tallapoosa Street, Montgomery, Alabama, on Wednesday, the 29th day of March, 2006, commencing at approximately 10:25 a.m.

**FREEDOM COURT REPORTING**

Page 5

ERIC NIX,

The witness, after having first been duly sworn to speak the truth, the whole truth, and nothing but the truth, testified as follows:

EXAMINATION

BY MR. BAILEY:

Q. State your full name, sir.
A. Eric, middle initial K, Nix, N-i-x.
Q. Have you given a deposition before?
A. Yes, sir.
Q. How many times?
A. Four or five.
Q. I won't give you the normal instructions then because I'm sure you're prepared.
    Where do you live, Mr. Nix?
A. I live in Midland, Georgia.
Q. Do you have any people in Montgomery County, Elmore County, Autauga County?
A. No, sir.
Q. Who's your employer?
A. The Concrete Company.
Q. And your position with The Concrete Company?

**FREEDOM COURT REPORTING**

Page 6

```
1    A.    Vice-President of Finance.
2    Q.    As Vice-President of Finance what are your
3          duties, in general?
4    A.    Fiduciary responsibility, protection of
5          the assets, recordkeeping, of course
6          financial statements, tax returns.
7    Q.    How long have you been employed by The
8          Concrete Company?
9    A.    Since 1998.
10   Q.    Has your position changed over that period
11         of time?
12   A.    No, sir.
13   Q.    Prior to '98 by whom were you employed?
14   A.    Lummus Corporation.
15   Q.    Spell that, please.
16   A.    L-u-m-m-u-s.
17   Q.    What type of business?
18   A.    It was cotton gin and textile equipment
19         manufacturing.
20   Q.    Prior to '98 had you been employed by a
21         company in either the ready-mix concrete
22         or aggregate business?
23   A.    No, sir.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 7

```
 1   Q.    How did you become employed with The
 2         Concrete Company?  What led you to that
 3         company?
 4   A.    Lummus Corporation was in Columbus, and I
 5         was there.  And they moved their corporate
 6         headquarters to Savannah.  And, so, that's
 7         when I went to work for The Concrete
 8         Company.
 9   Q.    Are you related to the Nixes in Auburn?
10   A.    No, sir.  Not that I'm aware of.
11   Q.    When you went to work for The Concrete
12         Company in '98, what business was it in?
13   A.    It was in the ready-mix concrete business,
14         precast concrete products, and aggregates
15         and cement business.
16   Q.    Did it operate those businesses as
17         divisions of The Concrete Company?
18   A.    Yes, it did.
19   Q.    Did the divisions have names?
20   A.    Well, let me take that back.  The cement
21         company was actually a separate legal
22         entity.
23   Q.    What was its name?
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 8

| | | |
|---|---|---|
| 1 | A. | Southern Cement and at that time it was |
| 2 | | also Georgia Cement. Two different |
| 3 | | entities. |
| 4 | Q. | Okay. And the ready-mix concrete, precast |
| 5 | | concrete and aggregate businesses were |
| 6 | | just divisions of The Concrete Company? |
| 7 | A. | That's correct. |
| 8 | Q. | What was the market area for The Concrete |
| 9 | | Company when you started with the business |
| 10 | | in '98? |
| 11 | A. | They were in, of course, central Georgia, |
| 12 | | south Georgia, Montgomery area, and they |
| 13 | | had a few plants in the eastern part of |
| 14 | | Alabama. |
| 15 | Q. | In the Montgomery area what operations did |
| 16 | | they have? |
| 17 | A. | One on Wares Ferry Road and one on -- I |
| 18 | | think it's Eastern Boulevard, formerly |
| 19 | | called -- we call it the Metro Plant. |
| 20 | Q. | And the one on Wares Ferry Road? |
| 21 | A. | I don't remember the address. |
| 22 | Q. | Were both of those ready-mix operations? |
| 23 | A. | Yes, sir. |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

| | | |
|---|---|---|
| 1 | Q. | At some point in time the ready-mix |
| 2 | | operations were sold to Lafarge; is that |
| 3 | | correct? |
| 4 | A. | Yes, sir. |
| 5 | | (Defendant's Exhibit 12 marked |
| 6 | | for purposes of identification) |
| 7 | Q. | Is Exhibit 12 a copy of the press release |
| 8 | | issued by Lafarge relating to that |
| 9 | | transfer? |
| 10 | A. | I think -- I'm not sure the bottom part of |
| 11 | | this was part of the press release, but |
| 12 | | this top part right here was. |
| 13 | Q. | The bottom part is just the usual |
| 14 | | disclaimers they put on things like that. |
| 15 | A. | It looks like it. |
| 16 | Q. | At that point in time, as of April 1, |
| 17 | | 2004, was The Concrete Company in the |
| 18 | | ready-mix concrete business? |
| 19 | A. | Yes.  Well, through March 31st. |
| 20 | Q. | After March 31st, 2004 Lafarge bought the |
| 21 | | ready-mix and cement operations? |
| 22 | A. | Yes. |
| 23 | Q. | So these two corporations, Georgia, |

FREEDOM COURT REPORTING

Page 10

| | | |
|---|---|---|
| 1 | | Southern Cement, would have been gone? |
| 2 | | They were sold to Lafarge? |
| 3 | A. | The assets were. |
| 4 | Q. | Asset transfer? |
| 5 | A. | Yes, sir. |
| 6 | Q. | But The Concrete Company still existed as |
| 7 | | an entity? |
| 8 | A. | Yes, sir. |
| 9 | Q. | At that point in time, as of April 1 or |
| 10 | | after, 2004, what were the businesses that |
| 11 | | The Concrete Company was in? |
| 12 | A. | Precast concrete products and the |
| 13 | | aggregates. |
| 14 | Q. | At some point after April 1st, 2004 did |
| 15 | | The Concrete Company become a holding |
| 16 | | company? |
| 17 | A. | Yes, sir. |
| 18 | Q. | When did that occur? |
| 19 | A. | April the 1st of 2005. |
| 20 | Q. | Exactly one year after the sale of the |
| 21 | | assets of the ready-mix and cement |
| 22 | | businesses? |
| 23 | A. | Yes. |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 11

```
 1   Q.      All right.  Were you privy to the reasons
 2           for the formation of Foley Materials
 3           Company, Inc. and Foley Products Company,
 4           Inc.?
 5                   MR. GRISTINA:  Now, if it's a
 6                           discussion that you had with
 7                           Chuck Ford, even if Frank
 8                           was in the room, don't
 9                           discuss it because it would
10                           be attorney-client
11                           privileged.  But if it's
12                           something that wasn't
13                           related to a discussion you
14                           had with Chuck Ford, then
15                           you can answer.
16   A.      Well, I can just tell you from a business
17           standpoint.  Lafarge, when they purchased
18           the assets, they had the rights to use The
19           Concrete Company's name in the ready-mix
20           business.  And we found that that was
21           probably not a good move on our part.  And
22           we -- and really I'm the one that kind of
23           brought up the issue as much as anything,
```

**FREEDOM COURT REPORTING**

Page 12

|    |    |                                                                 |
|----|----|-----------------------------------------------------------------|
| 1  |    | because they were -- some of their plants                       |
| 2  |    | were buying under the name of The Concrete                      |
| 3  |    | Company. And they didn't pay their bills                        |
| 4  |    | very good, Lafarge doesn't. And then our                        |
| 5  |    | ongoing businesses, which was Foley                             |
| 6  |    | Products Company and the aggregates, you                        |
| 7  |    | know, really were kind of getting hurt by                       |
| 8  |    | Lafarge's actions after the sale. So we                         |
| 9  |    | spun those off into two operating                               |
| 10 |    | entities, Foley Products Company and Foley                      |
| 11 |    | Materials Company.                                              |
| 12 | Q. | Describe for me what that transaction                           |
| 13 |    | involved.                                                       |
| 14 | A. | Which transaction?                                              |
| 15 | Q. | The transaction between The Concrete                            |
| 16 |    | Company and Foley Materials Company, Inc.                       |
| 17 |    | You said it was a spin-off.                                     |
| 18 | A. | Well, there was two legal entities set up,                      |
| 19 |    | and the assets transferred over, sold                           |
| 20 |    | over.                                                           |
| 21 | Q. | Were the assets specified in the agreement                      |
| 22 |    | as to what assets were going over to Foley                      |
| 23 |    | Materials, what assets were going over to                       |

**FREEDOM COURT REPORTING**

Page 13

```
 1          Foley Products, and what assets were being
 2          retained by The Concrete Company?
 3   A.     Well, we pretty well knew which assets
 4          they were.  Yes, sir.
 5   Q.     Did you see the transfer agreements or the
 6          sale agreements or whatever you call that
 7          document?
 8   A.     If I did, I don't recall.
 9   Q.     What did The Concrete Company retain other
10          than you as an employee?
11   A.     There are about nineteen employees for The
12          Concrete Company.  We retained some of the
13          -- the corporate office where we were, the
14          building, facility there.  In addition, we
15          had some other land holdings that the
16          company's had for a number of years.
17   Q.     So what is The Concrete Company in the
18          business of right now?
19   A.     The primary operating businesses are Foley
20          Products Company and Foley Materials
21          Company.
22   Q.     Well, it is the stockholder of those
23          companies?
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 14

| | | |
|---|---|---|
| 1 | A. | Yes, sir. |
| 2 | Q. | And those companies have separate |
| 3 | | employees? |
| 4 | A. | Yes, sir. |
| 5 | Q. | Are you also an officer of Foley Products |
| 6 | | and Foley Materials? |
| 7 | A. | Yes, sir. |
| 8 | Q. | Now, The Concrete Company, in addition to |
| 9 | | owning a hundred percent of the stock of |
| 10 | | those two companies, owns property that is |
| 11 | | managed? |
| 12 | A. | Yes, sir. |
| 13 | Q. | Is it doing anything other than serving as |
| 14 | | a holding company for those two companies |
| 15 | | and a manager of real property owned by |
| 16 | | that corporation? |
| 17 | A. | Well, we're providing administrative |
| 18 | | services to the two operating companies. |
| 19 | | All the accounting, invoicing, payables, |
| 20 | | payroll, HR is all centralized. |
| 21 | Q. | I assume, then, those companies reimburse |
| 22 | | The Concrete Company for that? |
| 23 | A. | Yes, sir. |

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 15

```
 1   Q.    And a portion of your salary is paid by
 2         The Concrete Company versus a portion
 3         being paid by Foley Materials versus a
 4         portion paid by Foley Products?
 5   A.    No, sir.  The Concrete Company pays all of
 6         my salary.
 7   Q.    Okay.  But are there employees whose
 8         salaries are apportioned between the
 9         companies?
10   A.    No, sir.
11   Q.    So The Concrete Company has eighteen or so
12         employees, some of whom are providing
13         administrative functions for Foley
14         Products and Foley Materials for which the
15         corporations reimburse The Concrete
16         Company for some negotiated number?
17   A.    Pretty much so.  Yes, sir.
18   Q.    In the transfer of assets from The
19         Concrete Company to Foley Materials, who
20         got the contract that existed between The
21         Concrete Company and Harry Lambert?
22   A.    As I recall, and I'm not sure, but I
23         believe that original contract was between
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660