# EXHIBIT C

# FREEDOM COURT REPORTING

```
1      IN THE UNITED STATES DISTRICT COURT OF
2           MIDDLE DISTRICT OF ALABAMA
3                NORTHERN DIVISION
4   CASE NUMBER:  2:05-CV-1026-D
5   THE CONCRETE COMPANY,
6           Plaintiff,                    COPY
7   VS.
8   HARRY E. LAMBERT, CAROL'S CONTRACTING,
9   INC., AND ALABAMA GRAVEL, LLC,
10          Defendants.
11              S T I P U L A T I O N
12          IT IS STIPULATED AND AGREED by
13  and between the parties through their
14  respective counsel, that the deposition of
15  FRANK FOLEY may be taken before RENA'
16  MESSICK LANIER, Court Reporter and Notary
17  Public for the State of Alabama at Large,
18  at the offices of Balch & Bingham at 105
19  Tallapoosa Street, Montgomery, Alabama
20  36104, on the 18th day of April, 2006.
21          IT IS FURTHER STIPULATED AND
22  AGREED that the signature to and the
23  reading of the deposition by the witness
```

1  is waived, the deposition to have the same
2  force and effect as if full compliance had
3  been had with all laws and rules of Court
4  relating to the taking of depositions.
5           IT IS FURTHER STIPULATED AND
6  AGREED that it shall not be necessary for
7  any objections to be made by counsel to
8  any questions except as to form or leading
9  questions, and that counsel for the
10 parties may make objections and assign
11 grounds at the time of the trial, or at
12 the time said deposition is offered in
13 evidence, or prior thereto.
14          IT IS FURTHER STIPULATED AND
15 AGREED that the notice of filing of the
16 deposition by the Commissioner is waived.
17
18
19
20
21
22
23

# FREEDOM COURT REPORTING 32

1  to have handled that, I think. Or our
2  attorneys, you know.
3      Q.    But as president, it was
4  your intent generally to eventually roll
5  whatever the assets of Montgomery
6  Materials were into The Concrete Company?
7      A.    Right.
8      Q.    At some time in the past,
9  have you been involved in the trucking
10 business?
11     A.    Yes.
12     Q.    What was the name of that
13 company?
14     A.    Well, The Concrete Company,
15 D&H Hauling or Trucking. I'm sure there
16 were probably some others too.
17     Q.    What was your relationship
18 to D&H Trucking?
19     A.    Well, we owned a portion of
20 it, and then we bought -- bought it all
21 out. And it was an LLC, a subsidiary of
22 The Concrete Company.
23     Q.    Did it specialize in any

# FREEDOM COURT REPORTING

33

1   type of hauling, D&H Trucking, when you
2   owned it?
3       A.   Just sand and gravel hauling
4   mainly, I guess.
5       Q.   For who?
6       A.   Customers.
7       Q.   Customers of D&H Trucking?
8   Or customers of TCC?
9       A.   Both.
10      Q.   All right.  Are you still
11  operating that business?
12      A.   No.
13      Q.   When did you cease or sell
14  or shut down D&H Trucking?
15      A.   That was part of the
16  Redi-Mix assets we sold.
17      Q.   To LaFarge?
18      A.   Yes.
19      Q.   That transaction by the way
20  I think occurred effective April 1st,
21  2004?
22      A.   Uh-huh.
23      MR. LAURIE:  Yes.

# FREEDOM COURT REPORTING 34

1   A.    Yes.
2   Q.    Since April 1, 2004, has The Concrete Company been involved in the trucking business?
5   MR. LAURIE:  Well, involved? You mean has it owned or operated?
7   Q.    (BY MR. BAILEY) Has it owned or operated a trucking business?
9   A.    It has not owned or operated.  It's been involved.
11  Q.    And involved in what way?
12  A.    Well, if we have a customer that wants a delivered price, then we arrange the trucking and bill them on a delivery basis.
16  Q.    Correct me if I'm wrong, when you arrange for the trucking, you arrange that with a commercial truck line of some kind that's capable of hauling that product?
21  A.    Or an individual.
22  Q.    Or an individual.  The trucks that actually do the hauling are

# FREEDOM COURT REPORTING

35

1   not owned by The Concrete Company?
2       A.      That's right.
3       Q.      The drivers who drive the
4   trucks are not employed by The Concrete
5   Company?
6       A.      That's right.
7       Q.      But the customer is going to
8   pay you for that hauling, and you in turn
9   are going to pay the trucking company?
10      A.      That's right.
11      Q.      Is it true that most of the
12  time most transactions in aggregate
13  business involving Foley Materials involve
14  the customer making those arrangements
15  themselves and paying for those
16  transportation costs directly to the
17  trucking companies?  Or do you know?
18      A.      That would be true in most
19  cases.
20      Q.      While Montgomery Materials,
21  LLC, was half-owned by The Concrete
22  Company, did you understand you were under
23  a noncompetition agreement also?  You

FREEDOM COURT REPORTING 41

```
 1        A.     Repeat it if you would.
 2        Q.     One of the items on the
 3   deposition notice was incorrectly stated,
 4   but I think your counsel understood it to
 5   be the capacity of TCC, or the plaintiff,
 6   to provide oversized gravel over the past
 7   five years.
 8             Who would be the person who
 9   would best be able to answer questions
10   about the white oversized gravel capacity
11   of The Concrete Company?
12        A.     Hugh Sorrell and myself.
13        Q.     Have you done any -- have
14   you prepared any documents to indicate the
15   capacity of the company -- those companies
16   to produce that gravel?
17        A.     I hadn't done any documents.
18   Hugh I think has done some, but I hadn't
19   done any.
20        Q.     Why did TCC spin off its
21   gravel operations to Foley Materials?
22        A.     We were setting up operating
23   LLCs to -- part of it from a liability
```

1  standpoint because of the sale assets that
2  were in The Concrete Company.
3           Part of it was LaFarge had
4  the right to use The Concrete Company name
5  in the Redi-Mix business. And even though
6  we didn't expect them to do that for a
7  very long period, they continued to do it.
8  And it was a lot of confusion with
9  customers of who was The Concrete Company.
10          Part of it was that LaFarge
11 was not paying their bills, operating
12 under those plants of The Concrete
13 Company, and we were getting a bad credit
14 rap.
15          We already had Foley Products
16 that was an operating name for our pipe
17 and precast division. So it just sort of
18 made sense to add something that could be
19 identified with materials.
20     Q.    Prior to the date that
21 occurred, which I understand is April 1st,
22 2005, what, if anything, had affected the
23 ability of The Concrete Company to develop

## FREEDOM COURT REPORTING

43

```
 1   white oversized gravel or sell white
 2   oversized gravel?
 3        A.    Ask that again.
 4        Q.    Prior to Foley Materials
 5   existing, had The Concrete Company had any
 6   problems with producing the quantities of
 7   white oversized gravel that were being
 8   requested by customers for that product?
 9        A.    The fact that Foley
10   Materials was set up, I mean, it's a
11   wholly-owned operating subsidiary company,
12   it doesn't change anything.
13              The Concrete Company is still
14   the parent company and still owns the
15   assets through its wholly-owned
16   subsidiary, Foley Materials.  So there's
17   no --
18        Q.    So it's a legal entity that
19   doesn't mean anything?
20        MR. LAURIE:  I object to
21   that.
22        A.    It's -- it's an LLC
23   subsidiary.
```

FREEDOM COURT REPORTING                44

1    Q.    But it is a legal entity?
2    A.    Yeah.
3    Q.    It exists?
4    A.    Right.
5    Q.    It is the name of the
6  company that operates aggregates now?
7    A.    And it's a hundred percent
8  owned by The Concrete Company.
9    Q.    And you set that up for
10 legal purposes?
11   A.    For the reasons I told you.
12   Q.    One of them being liability
13 issues?
14   A.    Yeah.
15   Q.    You didn't want The Concrete
16 Company to be liable for legal problems
17 that Foley Materials might have?
18   A.    That -- that could be.
19   Q.    Well, getting back to my
20 actual question, prior to the formation of
21 Foley Materials, The Concrete Company was
22 directly operating an aggregate sand and
23 gravel business in this area?