# EXHIBIT F

# PART TWO

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

4.    **OPERATING LEASES**

Montgomery Materials Company, Inc. is obligated under three leases for heavy machinery used in its mining operation.  Minimum monthly rental payments under these leases are $7,516, $5,539 and $5,202, expiring May 31, 1999, March 31, 2000 and March 31, 2000, respectively.

Future minimum rentals due under these leases as of December 31, 1996, are as follows:

| | |
|---|---:|
| 1997 | $   219,084 |
| 1998 | 219,084 |
| 1999 | 166,472 |
| 2000 | 32,223 |

5.    **RELATED PARTY TRANSACTIONS**

Following is a summary of transactions and balances with a party related through ownership as of December 31, 1996.

| | |
|---|---:|
| Loan from stockholder | $   14,645 |

EXHIBIT     C

# SUPPLEMENTARY INFORMATION

EXHIBIT   C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COST OF SALES
FOR THE YEAR ENDED DECEMBER 31, 1996

| | |
|---|---:|
| Cost of purchased materials | $ 521,197 |
| Contract labor | 107,529 |
| Engineering | 4,701 |
| Equipment rental | 108,672 |
| Freight | 331,324 |
| Fuel | 160,140 |
| Gas and oil | 11,603 |
| Other expenses | 958 |
| Payroll taxes | 34,032 |
| Permits and fees | 4,893 |
| Repairs and maintenance | 285,077 |
| Salaries | 313,970 |
| Supplies | 22,357 |
| | |
| **Cost of sales** | **$ 1,906,453** |

See accountants' compilation report.

12

EXHIBIT C

## BEAVER ROCK, INC.
## MONTGOMERY MATERIALS COMPANY, INC.
GENERAL AND ADMINISTRATIVE EXPENSES
FOR THE YEAR ENDED DECEMBER 31, 1996

| | | |
|---|---|---:|
| Auto expense | $ | 9,200 |
| Employee benefits | | 7,129 |
| Insurance | | 76,056 |
| Miscellaneous | | 16,700 |
| Office expense | | 7,526 |
| Postage | | 1,822 |
| Printing | | 7,765 |
| Professional fees | | 6,968 |
| Royalties | | 149,805 |
| Taxes and licenses | | 2,261 |
| Telephone | | 19,874 |
| Travel and entertainment | | 6,550 |
| Utilities | | 4,277 |
| **Total general and administrative expenses** | $ | 315,933 |

See accountants' compilation report.

13

EXHIBIT    C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINING BALANCE SHEET
DECEMBER 31, 1996

|  | Beaver Rock, Inc. | Montgomery Materials Company, Inc. |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash | $ 924 | $ 78,129 |
| Accounts receivable - trade | - | 181,533 |
| Accounts receivable - employees | - | 3,405 |
| Accounts receivable - related organization | 53,805 | - |
| Total current assets | 54,729 | 263,067 |
| **PROPERTY AND EQUIPMENT** | | |
| Machinery and equipment | 539,769 | 331,308 |
| Buildings and improvements | - | 31,056 |
| Automobiles | 46,189 | - |
| Furniture and fixtures | 685 | 8,349 |
|  | 586,643 | 370,713 |
| Less accumulated depreciation | 239,818 | 55,337 |
| Total property and equipment | 346,825 | 315,376 |
| **OTHER ASSETS** | | |
| Investment in lease | - | 63,437 |
| Loan costs | - | 6,113 |
| Total other assets | - | 69,550 |
| **TOTAL ASSETS** | $ 401,554 | $ 647,993 |

EXHIBIT    C

| | Total Before Eliminations | Eliminations | Combined Balance Sheet |
|---|---|---|---|
| $ | 79,053 | $ - | $ 79,053 |
| | 181,533 | - | 181,533 |
| | 3,405 | - | 3,405 |
| | 53,805 | (53,805) | - |
| | 317,796 | (53,805) | 263,991 |
| | | | |
| | 871,077 | - | 871,077 |
| | 31,056 | - | 31,056 |
| | 46,189 | - | 46,189 |
| | 9,034 | - | 9,034 |
| | 957,356 | - | 957,356 |
| | 295,155 | - | 295,155 |
| | 662,201 | - | 662,201 |
| | | | |
| | 63,437 | (63,437) | - |
| | 6,113 | - | 6,113 |
| | 69,550 | (63,437) | 6,113 |
| | | | |
| $ | 1,049,547 | $ (117,242) | $ 932,305 |

See accountants' compilation report.

14

EXHIBIT     C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINING BALANCE SHEET
DECEMBER 31, 1996

|  | Beaver Rock. Inc. | Montgomery Materials Company. Inc. |
|---|---|---|
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Current portion of long-term debt | $ 233,996 | $ 113,653 |
| Accounts payable - trade | - | 156,772 |
| Accounts payable - related organization | | 53,493 |
| Loan from stockholder | 14,645 | - |
| Payroll taxes payable | - | 4,370 |
| Sales taxes payable | - | 666 |
| Total current liabilities | 248,641 | 328,954 |
| **OTHER LIABILITIES** | | |
| Noncurrent portion of long-term debt | 169,756 | 253,583 |
| Total other liabilities | 169,756 | 253,583 |
| **TOTAL LIABILITIES** | 418,397 | 582,537 |
| **STOCKHOLDER'S EQUITY** | | |
| Capital stock | 1,000 | 1,000 |
| Additional paid-in capital | - | 150,965 |
| Retained earnings | (17,843) | 213,491 |
| Less treasury stock | - | (300,000) |
| **TOTAL STOCKHOLDER'S EQUITY** | (16,843) | 65,456 |
| **TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY** | $ 401,554 | $ 647,993 |

EXHIBIT C

| Total Before Eliminations | Eliminations | Combined Balance Sheet |
|---|---|---|
| $ 347,649 $ | - $ | 347,649 |
| 156,772 | - | 156,772 |
| 53,493 | (53,493) | - |
| 14,645 | - | 14,645 |
| 4,370 | - | 4,370 |
| 666 | - | 666 |
| 577,595 | (53,493) | 524,102 |
| | | |
| 423,339 | - | 423,339 |
| 423,339 | - | 423,339 |
| | | |
| 1,000,934 | (53,493) | 947,441 |
| | | |
| 2,000 | - | 2,000 |
| 150,965 | - | 150,965 |
| 195,648 | (63,749) | 131,899 |
| (300,000) | - | (300,000) |
| 48,613 | (63,749) | (15,136) |
| | | |
| $ 1,049,547 $ | (117,242) $ | 932,305 |

See accountants' compilation report.

15

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINING STATEMENT OF INCOME
FOR THE YEAR ENDED DECEMBER 31, 1996

| | Beaver Rock, Inc. | Montgomery Materials Company, Inc. |
|---|---|---|
| **INCOME** | $ 815,356 | $ 2,073,923 |
| **COST OF SALES** | 728,389 | 1,527,142 |
| **GROSS PROFIT** | 86,967 | 546,781 |
| **OPERATING EXPENSES** | | |
| General and administrative | 54,372 | 260,323 |
| Depreciation | 175,200 | 55,337 |
| Amortization | - | 6,738 |
| Total operating expenses | 229,572 | 322,398 |
| **INCOME FROM OPERATIONS** | (142,605) | 224,383 |
| **OTHER INCOME** | | |
| Freight income | - | 23,722 |
| Interest income | (155) | 334 |
| Equipment rental income | 348,152 | - |
| Gain on sale of lease | 70,000 | - |
| Total other income | 417,997 | 24,056 |
| **OTHER EXPENSES** | | |
| Interest | 129,449 | 24,116 |
| Loss on disposition of equipment | 71,270 | - |
| Total other expenses | 200,719 | 24,116 |
| **NET INCOME** | $ 74,673 | $ 224,323 |

EXHIBIT   C

| | Total Before Eliminations | Eliminations | Combined Statement of Income |
|---|---|---|---|
| | S   2,889,279 | S            - | S   2,889,279 |
| | 2,255,531 | (349,078) | 1,906,453 |
| | 633,748 | 349,078 | 982,826 |
| | | | |
| | 314,695 | 1,238 | 315,933 |
| | 230,537 | - | 230,537 |
| | 6,738 | (6,563) | 175 |
| | 551,970 | (5,325) | 546,645 |
| | 81,778 | 354,403 | 436,181 |
| | | | |
| | 23,722 | - | 23,722 |
| | 179 | - | 179 |
| | 348,152 | (348,152) | - |
| | 70,000 | (70,000) | - |
| | 442,053 | (418,152) | 23,901 |
| | | | |
| | 153,564 | - | 153,564 |
| | 71,270 | - | 71,270 |
| | 224,834 | - | 224,834 |
| | S   298,997 | S   (63,749) | S   235,248 |

See accountants' compilation report.

EXHIBIT   C

WILSON, PRICE, BARRANCO, BLANKENSHIP & BILLINGSLEY, P.C.
Certified Public Accountants
Montgomery, Alabama

May 22, 1997

Shareholders
Montgomery Materials, Inc.
Montgomery, Alabama

We have compiled the accompanying balance sheet of Montgomery
Materials, Inc. as of April 30, 1997, and the related income statement
for the Four Months period then ended, in accordance with Statements on
Standards for Accounting and Review Services issued by the American
Institute of Certified Public Accounts.

A compilation is limited to presenting in the form of financial
statements information that is the representation of management.  We
have not audited or reviewed the accompanying financial statements and,
accordingly, do not express an opinion or any other form of assurance
on them.

Management has elected to omit substantially all of the disclosures
and the statements of retained earnings and cash flows required by generally
accepted accounting principles.  If the omitted disclosures were included
in the financial statements, they might influence the user's conclusions
about the Company's financial position, results of operations, and cash
flows.  Accordingly, these financial statements are not designed for those
who are not informed about such matters.

*Wilson, Price, Barranco, Blankenship & Billingsley, P.C.*

EXHIBIT   D

MONTGOMERY MATERIALS INC.
MONTGOMERY, ALABAMA

Page  1

BALANCE SHEET

April 30, 1997

=======================================================================

ASSETS

**Current Assets**

| | | |
|---|---:|---:|
| Cash in Bank - Operating | $    68,021.96 | |
| Cash in Bank - Payroll |    1,353.36 | |
| Petty Cash |      495.00 | |
| Employee Loans |    1,921.83 | |
| Accounts Receivable |  434,709.02 | |
| | -------------- | |
| Total Current Assets | | 506,501.17 |

**Fixed Assets**

| | | |
|---|---:|---:|
| Buildings |   31,056.13 | |
| Furniture & Fixtures |   10,407.33 | |
| Machinery & Equipment |   52,480.14 | |
| Property & Equipment |  311,690.79 | |
| Vehicles |   20,000.00 | |
| Accumulated Depreciation |  (79,737.00) | |
| | -------------- | |
| Total Fixed Assets | | 345,897.39 |

**Other Assets**

| | | |
|---|---:|---:|
| Undeposited Funds |    4,170.35 | |
| Investment in Lease |   62,343.75 | |
| Loan Costs |    5,414.20 | |
| | -------------- | |
| Total Other Assets | | 71,928.30 |
| | | -------------- |
| Total Assets | | $    924,326.86 |
| | | ============== |

SEE ACCOUNTANT'S COMPILATION REPORT

EXHIBIT  D

MONTGOMERY MATERIALS INC.
MONTGOMERY, ALABAMA

Page  2

BALANCE SHEET

April 30, 1997

===================================================================

LIABILITIES AND CAPITAL

Current Liabilities
Accounts Payable                          $      227,574.91
Federal Income Tax Withheld                          59.75
FICA Taxes Payable                                   35.35
Alabama Income Tax Withheld                       1,230.30
State Unemployment Accrued                          553.28
Federal Unemployment Accrued                        144.99
Sales Tax Payable                                 2,279.36
Loan Payable - Cowin Equip.                       4,309.04
Loan Payable                                     10,617.41
Loan Payable - Colonial Bank                     45,601.12
Payable to Mike Phillips                         22,688.58
Loan Payable - Cowin Equip.                       6,345.72
Loan Payable - Colonial Bank                     34,924.64
                                            ---------------
    Total Current Liabilities                                356,364.45

Noncurrent Liabilities
Loan Payable - Colonial Bank                     89,652.28
Loan Payable - Colonial Bank                     13,241.51
Payable to Mike Phillips                        127,311.42
Due to BRI                                        52,052.82
                                            ---------------
    Total Noncurrent Liabilities                             282,258.03
                                                          ---------------
    Total Liabilities                                        638,622.48

Net Capital
Treasury Stock                                 (300,000.00)
Common Stock                                        500.00
Additional Paid in Capital                      150,965.41
Shareholder Draw-Harry Lambert                  (38,236.17)
Retained Earnings                               224,324.22
Net Income                                      248,150.92
                                            ---------------
    Total Capital                                            285,704.38
                                                          ---------------
    Total Liabilities and Capital                    $       924,326.86
                                                          ===============

SEE ACCOUNTANT'S COMPILATION REPORT

EXHIBIT    D

MONTGOMERY MATERIALS INC.
MONTGOMERY, ALABAMA

Page 3

INCOME STATEMENT

FOR THE FOUR MONTHS PERIOD ENDED APRIL 30, 1997

| | Year-to-Date Amount | Y-T-D Ratio |
|---|---|---|
| **Sales** | | |
| Sales | $ 1,134,916.90 | 99.96 |
| Total Sales | 1,134,916.90 | 99.96 |
| **Other Income** | | |
| Interest | 420.82 | .04 |
| Total Other Income | 420.82 | .04 |
| | .00 | .00 |
| Total All Revenues | 1,135,337.72 | 100.00 |
| **Cost of Sales** | | |
| Rock Purchases | 42,845.71 | 3.77 |
| Freight | 174,740.52 | 15.39 |
| Permits & Fees | 15.97 | .00 |
| Leased Equipment | 135,099.62 | 11.90 |
| R/R Charges | 1,196.26 | .11 |
| Depreciation Expense | 24,400.00 | 2.15 |
| Payroll Tax Expense | 13,749.72 | 1.21 |
| Equipment Rental | 291.20 | .03 |
| Salaries - | 6,117.35 | .54 |
| Contract Labor | 6,347.54 | .56 |
| Salaries - Office | 25,711.00 | 2.26 |
| Licenses & Permits | 330.00 | .03 |
| Rent | 2,100.00 | .18 |
| Contract Hauling | 47,512.50 | 4.18 |
| Supplies | 6,125.19 | .54 |
| Plant Labor | 10,671.43 | .94 |
| Repairs & Maintenance | 95,557.98 | 8.42 |
| Salaries - Equip. Operators | 47,169.03 | 4.15 |
| Fuel | 56,529.84 | 4.98 |
| Truck Drivers | 5,926.40 | .52 |
| Salaries - Officers | 24,803.00 | 2.18 |
| Total Cost of Sales | 727,240.26 | 64.04 |
| Gross Profit | 408,097.46 | 35.96 |

SEE ACCOUNTANT'S COMPILATION REPORT

EXHIBIT   D

MONTGOMERY MATERIALS INC.
MONTGOMERY, ALABAMA

Page  4

INCOME STATEMENT

FOR THE FOUR MONTHS PERIOD ENDED APRIL 30, 1997

===============================================================================

|                                    | Year-to-Date Amount | Y-T-D Ratio |
|------------------------------------|--------------------:|------------:|
| **General & Admin. Expenses**      |                     |             |
| Advertising                        | $        330.44     | .03         |
| Bank Service Charges               |          46.41      | .00         |
| Donations                          |         300.00      | .03         |
| Employee Training                  |          75.00      | .01         |
| Interest                           |       7,093.42      | .62         |
| Insurance                          |      30,815.38      | 2.71        |
| Meals & Entertainment              |       2,474.82      | .22         |
| Medical                            |         168.35      | .01         |
| Office Supplies                    |         952.69      | .08         |
| Penalties                          |       2,668.13      | .24         |
| Postage                            |       1,127.96      | .10         |
| Printing                           |       2,375.15      | .21         |
| Janitorial Service                 |         431.85      | .04         |
| Professional Fees                  |      14,965.73      | 1.32        |
| Royalties Paid                     |      67,641.41      | 5.96        |
| Taxes                              |         922.26      | .08         |
| Telephone                          |       5,362.24      | .47         |
| Travel & Lodging                   |      15,497.83      | 1.37        |
| Utilities                          |       1,481.21      | .13         |
| Vehicle Expense                    |       2,604.20      | .23         |
| Other Expenses                     |         319.57      | .07         |
| Total General & Admin.Expenses     |     158,154.15      | 13.93       |
| **Other Expenses**                 |                     |             |
| Amortization Expense               |       1,792.39      | .16         |
| Total Other Expenses               |       1,792.39      | .16         |
| Net Income from Operations         |     248,150.92      | 21.87       |

SEE ACCOUNTANT'S COMPILATION REPORT

EXHIBIT   D



Legend:

public road

private road

stream

forest sites -

suited to pines

marginally suited to pines
(bedding work required)

suited to flood-tolerant
hardwoods and cypress

BILL WARD'S PROPERTY in
MACON COUNTY, ALABAMA, 380 ac.
in Sects. 25, 26, 27, T 17 N, R 21 E

WESTERN RAILWAY

AL. HIGHWAY 110

Caleebee Creek

EXHIBIT "E"

EXHIBIT "E" - LEGAL DESCRIPTION

The Northwest Quarter of Section 25, Township 17, Range 21, containing 162 acres, more or less.

That part of the North Half of Section 26 lying South and East of Western Railway of Alabama, containing 323 acres, more or less, less the highway right-of-way.

Ten acres in the North Half of the Southwest Quarter of Section 26, Township 17, Range 21, described as follows: Begin at the center of Section 26, thence West 40.00 chains to West line of said Section 26, thence South 5.00 chains, thence Northeasterly to the point of beginning.

The North Half of Section 27, Township 17, Range 21 South and East of Western Railway of Alabama, and containing 70 acres, more or less, less andexcept the highway right-of-way.

North Half of North Half of North Half of South Half of Section 27, Township 17, Range 21, lying South and East of Western Railway of Alabama, and containing 19 acres, more or less, less and except the highway right-of-way.

Less and except from the above described lands the following portion thereof: Begin at a point 330 feet South of the Quarter Section Corner on the West side of Section 26, Township 17, Range 21, thence North 84 degrees East along a portion of the South line of property above conveyed in the North Half of the North Half of the North Half of the Southwest Quarter of Section 26 a distance of 1203 feet; thence North 13 degrees East 1268 feet; thence North 24 degrees 30 minutes West 1365 feet to a point in the center of Calebee Creek; thence following the meanderings of the center of Calebee Creek in a Westerly direction to the East right-of-way line of Alabama Highway 229; thence South 38 degrees West along the East right-of-way line of said Highway, 2318 feet; thence South 1 degree 15 minutes West 568.5 feet; thence South 88 degrees 45 minutes East 1100 feet to the point of beginning. Lying in the West Half of Section 26 and the East Half of the East Half of Section 27, Township 17, Range 21, and containing 99 acres, more or less.

Also, less and except from the property herein conveyed the following portion thereof: Commencing at the Southwest Corner of the Highway Bridge over Calebee Creek on Alabama Highway 229, thence South 34 degrees 00 minutes West 1310 feet; thence North 56 degrees 00 minutes West 30 feet to the West right-of-way line of said Alabama Highway 229 which is the point of beginning of the tract of land herein described; thence along said right-of-way line South 34 degrees 00 minutes West 350 feet; thence North 56 degrees 00 minutes West 150 feet; thence North 34 degrees 00 minutes East 350 feet; thence South 56 degrees 00 minutes East 150 feet to the point of beginning. Said tract of land all lying in the Northeast Quarter of Section 27, Township 17 North, Range 21 East, and containing 1.2 acres, more or less; being the real estate conveyed by Sam Martin Engelhardt, Jr., and wife, to R. F. Ray, Jr., on August 28th, 1964, by deed of record in the Probate Office of Macon County, Alabama, in Deed Book 72, at Page 33.

The above description covers 485 acres of land, said land being the identical real estate conveyed by Annie Floyd Engelhardt to Sam Martin Engelhardt, Jr., on November 9th, 1962, by deed of record in the Probate Office of Macon County, Alabama, in Deed Book 66, at Page 376, less and except the 99 acres of land hereinabove described in the next to last paragraph, and also less and exept the 1.2 acres of land herein-above described in the preceding paragraph. The right-of-way for Alabama Highway 229 had been previously conveyed to Macon County Board of Revenue by deed which appears of record in said Probate Office in Deed Book 54, at Page 329.

EXHIBIT "E" - LEGAL DESCRIPTION CONTINUED

The property subject to said Sand and Gravel Lease includes the following:

Commencing at the southeast corner of Section 27, Township 17 North, Range 21 East in Macon County, Alabama; thence west, 2,394.8 feet to the easterly right-of-way line of Alabama Highway No. 229; thence along said right-of-way line through the following courses:  northeasterly along a curve, concave westerly and having a radius of 7,029.8 feet for 542.3 feet; north 6 degrees 55 minutes east, 85.0 feet; northeasterly along a curve, concave easterly and having a radius of 2,247.3 feet for 753.7 feet; north 26 degrees 08 minutes east, 806.5 feet; northeasterly along a curve, concave southeasterly and having a radius of 3,708.5 feet for 661.3 feet; north 36 degrees 21 minutes east, 1,470.4 feet; south 53 degrees 29 minutes east, 20.0 feet; north 36 degrees 21 minutes east, 448.7 feet to the true point of beginning of the parcel of land herein described; thence continuing along said right-of-way line, north 36 degrees 21 minutes east 51.3 feet; thence north 53 degrees 39 minutes west 20.0 feet; thence north 36 degrees 21 minutes east, 601.2 feet to the intersection of said right-of-way line with the center of Calebee Creek; thence along the center of said creek, south 47 degrees 41 minutes east, 394.0 feet; thence north 33 degrees 04 minutes east, 551.2 feet; thence leaving said creek, south 26 degrees 09 minutes east, 1,365.0 feet; thence south 11 degrees 21 minutes west, 68.8 feet; thence north 75 degrees 40 minutes west, 608.3 feet; thence north 67 degrees 00 minutes west, 1,044.4 feet to the true point of beginning; containing 21.476 acres.

Said parcel of land lying partly in Section 26 and partly in Section 27, Township 17 North, Range 21 East, Macon County, Alabama.

Less and except therefrom any and all rights of way and easements from public roads and public utilities and less the liability for any consequence resulting from the change of the location thereof.

This is the same property which James K. Black and wife, Maria J. Richmond, and Robert H. Spiegel and wife, Rebecca B. Spiegel, conveyed to William G. Ward, Jr. by Warranty Deed dated May 12, 1980 recorded in Deed Book 106, in the Office of the Judge of Probate of Macon County, Alabama.

C043-299
071994
11519.

EXHIBIT F
(Lease #1)
Page 1 of 2

All those tracts or parcels of land situate, lying and being in
Montgomery County, Alabama, being more particularly described as
follows:

PARCEL I

Beginning at the NW corner of the NE 1/4 of Section 29,
T17N, R19E, go thence East 135 feet, more or less, thence
South 6035 feet, more or less, thence West 170 feet, more or
less, thence North 3350 feet, more or less, thence West 530
feet, more or less, thence North 2690 feet, more or less,
thence East 520 feet, more or less, to the point of
beginning, said property lying in the N 1/2 and the SE 1/4
of Section 29 and the NE 1/4 of Section 32, T17N, R19E.

Said property also being the same property conveyed to Major
Robinson in that certain deed dated November 17, 1937, and
recorded in the Office of the Judge of Probate of Montgomery
County, Alabama, in Deed Book 205, at page 207, being
therein described as follows:

A tract of land situated in Sections 29 and 32, Township 17,
Range 19, beginning at a point 10.00 chains South and 38.15
chains West of the Northeast corner of Section 32, Thence
North 90.00 chains, more or less to North Line of Section
29, thence West 9.89 chains, thence South 40.00 chains, more
or less, to South line of Robinson Place, thence East 8.00
chains to center of Section 29, thence South 50.00 chains,
more or less, to S.W. corner of Robinson Place, thence East
1.89 chains, more or less, to point of beginning, containing
49 acres, more or less.

PARCEL II

A tract of land situated in the East half of the Northwest
Quarter of Section 29, Township 17, Range 19, beginning at a
point 8.00 chains West of the Center of said Section 29,
thence North 40.00 chains, more or less to North line of
Section 29, thence West 12.00 chains, then South 40.00
chains, more or less, to Half Section Line, thence East
12.00 chains to the point of beginning, containing 48 acres.
This is the same parcel of land located in Section 29,
Township 17, Range 19 that was conveyed by deed to Will
Robinson, also known as Willie Robinson and Will Robison,
which deed was recorded in Deed Book 205 at Page 207 located
in the Office of the Judge of Probate of Montgomery County,
Alabama and was referred to in an affidavit filed in the
Office of the Judge of Probate of Montgomery County, Alabama
in Deed Book 473 at Page 31.

## PARCEL III

Commence at the Northeast Corner of Section 29, T-17-N, R-19-E and run S 88°-37'-08"W for 1496.07' to the point of beginning of property herein described:  Thence run S 00°-28'-36"E for 263.34', thence S 00°-17'-23"E for 374.29', thence S 05°-20'-49"E for 799.80', thence S 03°-48'-57"E for 1070.66', thence S 05°-10'-05"E for 238.22', thence S 04°-10'-31" E for 403.70', thence S 07°-33'-01"E for 607.94', thence S 01°-03'-25"W for 557.34', thence S 05°-07'-55"E for 710.92', thence S 04°-22'-19"E for 523.29', thence S 08°-09'-00"E for 528.10', thence S 84°-49'-35"W, for 359.04', thence N 03°-40'-40"W for 6092.32', thence N 88°-37'-08"E for 299.79' to the point of beginning.  Described property contains 41.91 acres, more or less.

## PARCEL IV

A tract of land situated in Sections 29 and 32, Township 17, Range 19, beginning at a point 10 chains South and 27.25 chains West of the Northeast corner of Section 32, thence North 90.00 chains, more or less, to North line of Section 29, thence West 5.45 chains, thence South 90.00 chains, more or less, to South side of Robinson lands, thence East 5.45 chains to point of beginning, containing 49 acres.

## PARCEL V

A tract of land situated in the East half of the East half of Section 29, and the North half of the North half of the Northeast quarter of Section 32, Township 17, Range 19, beginning at a point 10.00 chains South and 10.88 chains West of the Northeast corner of said Section 32, thence North 90.00 chains to North line of Section 29, thence West 5.44 chains, thence South 90.00 chains, thence East 5.44 chains to point of beginning, containing 49 acres.

## PARCEL VI

A tract of land situated in the East half of Section 29 and the Northeast Quarter of Section 32, Township 17, Range 19, beginning at a point of the South side of the Robinson Place 10.00 chains South  and 5.44 chains West of the Northeast corner of Section 32, thence West 2.72 chains, thence North 90.10 chains to Section line, thence East 2.72 chains, thence South 90.10 chains to point of beginning, containing 24.50 acres.

## PARCEL VII

Commence at the Northeast Corner of Section 29, T-17-N, R-19-E and run S 88°-37'-08"W for 1436.82' to the point of beginning of property herein described:  Thence run S 03°-40'-45"E for 6068.56', thence N 08°-09'-00"W for 528.10' thence N 04°-22'-19"W for 523.29, thence N 05°-07'-55"W for 710.92' thence N 01°-03'-25"E for 557.34', thence N 07°-33'-01"W for 607.94' thence N 04°-10'-31"W for 403.70', thence N 05°-10'-05"W for 238.22' thence N 03°-48'-57"W for 1070.66' thence N 05°-20'-49"W for 799.80' thence N 00°-17'-23"W for 374.29', thence N 00°-28'-36"W for 263.34' thence N 88°-37'-08"E for 59.25' to the point of beginning.  Described property contains 8.18 acres, more or less.

EXHIBIT F
(Lease #2)

All that tract or parcel of land situate, lying and being in
Montgomery County, Alabama, being more particularly described as
follows:

Beginning at the southeast corner of Section 36, Township 17
N., Range 19 E., and running thence north 48 chains to a
branch, thence northwesterly along said branch as follows:
N. 76 degrees and 20 minutes W. 19 chains, N. 67 deg. and
ten minutes W. 2.5 chains, thence N. 76 deg. W. 3 chains,
thence S. 80 deg. W. 8 chains, to the intersection of said
branch with a creek, thence southerly along said creek to
the S. line of said section 36, thence east along said south
line 32 chains to the point of beginning, and being a part
of the east half of said Sec. 36, Township 17, Range 19.

Also beginning at the northeast corner of Sec. 1, Township
16, R. 19, and running thence south 7 and 1/2 deg. W. along
the east line of said Section 38 chains to the right-of-way
of the Western of Alabama R. R., thence westerly along said
right-of-way 22 and 56/100 chains to the Old Augusta Public
Road, thence northwesterly along said Augusta Road 35 feet,
thence easterly and parallel with said Railroad, and 25 feet
therefrom, 6 and 41/100 chains, thence N. 23 and 4/10 chains
to the creek, thence northerly up said creek to the north
line of said Section 1, thence east 32 chains to the point
of beginning, and lying in the NE 1/4 of said Section 1,
Township 16, Range 19.

LESS AND EXCEPT therefrom 4.960 acres being described as
follows:
Commence at the Northeast corner of Sec. 1, T16N, R19E,
Montgomery County, Alabama; thence run along the East line
of said Section 1, S 07 deg. 30' 00" W, 2066.29 feet to an
iron pin and the point of beginning; thence from said point
of beginning continue to run along said east line of Section
1, S. 07 deg. 30' 00" W, 441.71 feet to an iron pin on the
North Right-of-Way of the Western of Alabama Railroad.  Said
point being in a curve (concave northeasterly); thence run
along said right-of-way and said curve a chord of N. 80 deg.
42' 10" W, 479.53 feet to an iron pin; thence leave said
right-of-way and run N. 04 deg. 32' 25" E., 441.06 feet to
an iron pin; thence run S 80 deg. 55' 30" E., 502.26 feet to
the point of beginning.

Said property lying in the East half of Section 1, T-16-N,
R-19-E, Montgomery County, Alabama, containing 4.960 acres,
more or less.

Also less 1.6 acres in the NE 1/4 of Sec. 1, T. 16, R. 19,
heretofore conveyed for a church site and also less 2 acres
in the NE 1/4 of Sec. 1, T. 16, R. 19, conveyed to the State
of Alabama, both parcels being further described in that
certain deed from Park Smith and Calvin Smith, as the
Executors under the Will of Eliza Quitman Henderson,
deceased, to Ralph Jenkins, dated December 14, 1937, and
recorded in the Office of the Judge of Probate of Montgomery
County, Alabama, in Deed Book 205, at Page 126.

EXHIBIT F
(Lease #3)

All that tract or parcel of land situate, lying and being in
Montgomery County, Alabama, being more particularly described as
follows:

Beginning at a point where the East line of Section 36,
Township 17, Range 19 East, intersects the South side of the
Tallapoosa River, thence South 27 chains along said East
side of Section 36, which is marked by a fence and row of
trees to a point on said section line 8 chains North of the
Northeast corner of Southeast quarter of said section,
thence North 76o 20' West 19 chains along the course of a
dry creek, thence North 67o15' West 2.50 chains along said
creek, thence North 76o West 3 chains along said dry creek,
thence South 80o West 8.50 chains along said dry creek to
the intersection of said dry creek and the center of quarter
section creek, thence up the center of said quarter section
creek in a general southerly direction to a point which is
25 chains due South of the above mentioned intersection of
the dry creek and the center line of quarter section creek,
thence South 86o West 18.90 chains to the stake in a pasture
fence, thence South 2o 30' East 5 chains along said fence to
a gum tree, thence South 18o West 9 chains along said fence
to a mock orange tree, thence North 72 degrees 15 minutes
West 13.35 chains along fence, thence South 32o West 14.70
chains to the Old Augusta Road, thence North 55o 30' West
15.50 chains along said Old Augusta Road, thence North 34
degrees East 25 chains, thence North 28 degrees East 29
chains to a blazed pine tree on the South bank of the
Tallapoosa River, thence easterly along said Tallapoosa
River with its meanderings to the point of beginning,
containing in all 258.05 acres, more or less, and located in
Sections 35 and 36, Township 17 North, Range 19 East; also

30.34 acres, more or less, lying and being situated in the
Southwest quarter of Section 36, Township 17 North, Range 19
East, and the Northwest quarter of Section 1, Township 16
North, Range 19 East, described as follows: Commencing at
the Southeast corner of the lands of W. J. Garnand as
described in a deed from Inda W. Cornell and E. M. Cornell,
dated January 17, 1914, which point of beginning is situated
on the North side of the Old Augusta Road, thence running
North 32o East 14.70 chains, thence South 72o 15' East 13.35
chains to a mock orange tree, thence South 12o West 22
chains, more or less, to the North line of said Old Augusta
Road, thence westerly along the North side of said Old
Augusta Road to the point of beginning.

LESS AND EXCEPT, therefrom any and all rights-of-way for
roads, railroads, telephone, telegraph, light, power or gas
lines.

Exhibit F
(Lease # 4)

### PROPERTY OF WARES FERRY PROPERTIES, LTD.

Commence at the intersection of the south right-of-way of
the CSX Railroad with the east right-of-way of Wares
Ferry Road in Section 1, Township 16 North, Range 19
East; thence South 31°00'49" East along said right-of-way
303.12 feet; thence South 28°05'22" East along said
right-of-way 918.31 feet; thence South 89°22'08" East
along the north line of a 60-foot wide access easement
1664.38 feet to a point in Section 6, Township 16 North,
Range 20 East which is the point of beginning of the land
to be herein described; thence continue South 04°41'31"
East along the east side of a 60-foot wide access
easement 575.10 feet to a point; thence South 82°04'39"
East along the north side of said 60-foot wide access
easement 279.08 feet to a point; thence North 87°31'46"
East a distance of 2552.59 feet to a point on the west
right-of-way line of Sprott Road; thence southeasterly
and southerly along the west right-of-way line of Sprott
Road to a point sixty (60) feet north of the south
boundary line of said Section 6; thence proceed North
88°58'17" West a distance of 1320 feet more or less to a
point on the east boundary of the Wares Ferry Acres Plat
No. 2 Subdivision, a map or plat of which is recorded in
the Office of the Judge of Probate of Montgomery County,
Alabama in Plat Book 37, at Page 2; thence proceed North
01°01'43" West a distance of 264.18 feet to a point on
the northeast corner of said subdivision; thence proceed
North 88°58'17" West a distance of 1,334.19 feet more or
less to the northwest corner of said subdivision; thence
North 01°23'00" East a distance of 445.7 feet more of
less to a concrete marker; thence North 82°38'47" West to
a point on the southeast corner of the property conveyed
to Richard K. Feaga by deed recorded in the Office of the
Judge of Probate of Montgomery County, Alabama in real
property record 1403, page 235; thence North 04°41'31"
West a distance of 568.48 feet to a point on the north
side of a 60-foot wide access easement; thence South
89°22'08" East along the north line of a 60-foot wide
access easement to the point of beginning. This parcel
lies in the South ½ of the Southeast ¼, the South ½ of
the Southwest ¼, and the Northwest ¼ of the Southwest ¼
of Section 6, Township 16 North, Range 20 East,
Montgomery County, Alabama, and contains 74 acres more or
less.

JUN-11-97 WED 11:25 AM JIM SIDEMORE    334 254 6868    P.24



Ehibit "F"