# EXHIBIT H

**FREEDOM COURT REPORTING**

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2           FOR THE MIDDLE DISTRICT OF ALABAMA
 3                     NORTHERN DIVISION
 4
 5   THE CONCRETE COMPANY,                    COPY
 6              Plaintiff,
 7       versus                         2:05-CV-1026-D
 8   HARRY E. LAMBERT, et al.,
 9              Defendants.
10
11
12
13
14          *  *  *  *  *  *  *  *  *  *  *
15
16            DEPOSITION OF DANNY LUSTER,
17   taken pursuant to stipulation and agreement
18   before Jackie Parham, Certified Shorthand
19   Reporter and Commissioner for the State of
20   Alabama at Large, in the law offices of Balch
21   & Bingham, 105 Tallapoosa Street, Montgomery,
22   Alabama, on Wednesday, the 29th day of March,
23   2006, commencing at approximately 1:30 p.m.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 56

| | | |
|---|---|---|
| 1 | | the Non-Compete Agreement that Harry |
| 2 | | Lambert had with The Concrete Company? |
| 3 | A. | I don't think so. No, sir. |
| 4 | Q. | Do you consider Foley Materials or the |
| 5 | | operation of the plants that you supervise |
| 6 | | to be conducting a trucking business? |
| 7 | A. | Trucking business, no, sir. We do haul |
| 8 | | material out on rail cars, and we do from |
| 9 | | time to time contact different truck |
| 10 | | drivers to haul material for us. |
| 11 | Q. | And when you say "haul for us," you mean |
| 12 | | to pick up your material and deliver it to |
| 13 | | a customer -- |
| 14 | A. | Yes, sir. |
| 15 | Q. | -- in those occasions where your price |
| 16 | | includes freight? |
| 17 | A. | I'm not sure about the price. |
| 18 | Q. | Okay. It's my understanding from talking |
| 19 | | to Mr. Sorrell and others that Foley |
| 20 | | Materials really does not have any |
| 21 | | over-the road trucks that it owns that it |
| 22 | | uses to deliver product to customers? |
| 23 | | MR. GRISTINA: Object to the |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660