# EXHIBIT F

THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 2:05-cv-01026-CSC |
| | * |
| HARRY E. LAMBERT, CAROL'S | * |
| CONTRACTING, INC. and | * |
| ALABAMA GRAVEL, LLC, | * |
| | * |
| Defendants. | * |

## AFFIDAVIT OF HORALD "HUGH" SORRELL

Personally appeared before the undersigned officer, duly authorized to administer oaths, Horald "Hugh" Sorrell, who being duly sworn, deposes and states:

1.

I am Hugh Sorrell, Vice President and General Manager of Foley Materials Company ("FMC"), which is a wholly owned subsidiary of The Concrete Company ("TCC"). Foley Products Company ("FPC") is also a wholly owned subsidiary of TCC.

2.

I give this affidavit based upon personal knowledge attained through my employment with FMC. Through this employment, I have become knowledgeable about the interrelationship between TCC, FMC and FPC. I am also knowledgeable about TCC's aggregate business interests and operations.

3.

To the extent the Court does not consider it at least a question of fact as to whether Alabama Gravel, LLC committed the offenses alleged in TCC's Complaint, TCC hereby certifies, in accordance with the Court's May 25, 2006 Order, that additional discovery, including, but not limited to, depositions of Defendants and third-party fact witnesses, is necessary to opposing Alabama Gravel's summary judgment motion; that TCC has, through no fault of its own, been unable to gather this discovery in the form of affidavit or other sworn testimony; and that it should be given until October 6, 2006 to collect this discovery.

FURTHER AFFIANT SAYETH NOT.

This 7th day of June, 2006.

_____
HORALD "HUGH" SORRELL

Sworn to and subscribed before me this
7th day of June, 2006.
_____
NOTARY PUBLIC
My Commission Expires: 9-22-06

2