# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 13, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: The Concrete Company  vs.  Harry E. Lambert**
**Case Number: 2:05cv1026-CSC**

**Pleading : #52- Order**

**Notice of Correction is being  filed this date to advise that  the referenced  pleading was e-filed on 6/13/06 without an pdf attached.**

**The  pdf document is attached to this notice.**