IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv1026-CSC |
| | ) | |
| HARRY E. LAMBERT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On June 7, 2006, the plaintiff filed a response to defendant Alabama Gravel's motion for summary judgment (doc. # 51).  In its response, the plaintiff argues that, "through no fault of its own," it has been unable to gather or complete the necessary discovery to respond to certain factual allegations raised by the defendant.  Accordingly, upon consideration of the plaintiff's response to the defendants' motions for summary judgment, it is

ORDERED that oral argument on the plaintiff's claim that it has been unable to be conduct necessary discovery in this case be and is hereby set for oral argument on June 23, 2006, at 10:30 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The parties are specifically advised that the court will not hear oral argument on the merits of the motions for summary judgment at this time. It is further

ORDERED that on or before **3:00 p.m. on June 22, 2006**, the plaintiff shall file a list of all discovery conducted by the plaintiff in this case, including the date the discovery was

commenced, since the date of the first scheduling order, December 13, 2005.

    Done this 13th day of June, 2006.


                                       /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE