THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Case No.: 2:05-cv-01026-CSC |
| | * |
| HARRY E. LAMBERT, CAROL'S | * |
| CONTRACTING, INC. and | * |
| ALABAMA GRAVEL, LLC, | * |
| | * |
| Defendants. | * |

### PLAINTIFF'S DISCOVERY LIST

Plaintiff The Concrete Company ("TCC"), by counsel, and pursuant to this Court's June 13, 2006 Order, hereby files the following list of call discovery by TCC in this case, including the date the discovery was commenced, since December 13, 2005, the date of the first scheduling order.

|     | **DATE**      | **FORM OF DISCOVERY** |
|-----|---------------|------------------------|
| (1) | 12/9/05[1]    | Plaintiff's First Interrogatories to Harry Lambert |
| (2) | 12/9/05       | Plaintiff's First Request for Production to Harry Lambert |
| (3) | 12/9/05       | Plaintiff's First Interrogatories to Carol's Contracting, Inc. |
| (4) | 12/9/05       | Plaintiff's First Request for Production to Carol's Contracting, Inc. |
| (5) | 12/9/05       | Plaintiff's First Interrogatories to Alabama Gravel, LLC |
| (6) | 12/9/05       | Plaintiff's First Request for Production to Alabama Gravel, LLC |
| (7) | 12/19/05      | Third-Party Document Subpoena to Agg-Tran, LLC |

---

[1] TCC realizes the Court Order seeks discovery since December 13, 2005, the date of the first scheduling order. Out of an abundance of caution, however, TCC wanted to make sure that the Court was aware of the written discovery served on December 9, 2005 as well.

|       | **DATE**  | **FORM OF DISCOVERY**                                                                     |
|-------|-----------|-------------------------------------------------------------------------------------------|
| (8)   | 12/19/05  | Third-Party Document Subpoena to Crest Capital & Leasing                                  |
| (9)   | 12/19/05  | Third-Party Document Subpoena to Maddox Stone & Gravel, LLC                               |
| (10)  | 12/19/05  | Third-Party Document Subpoena to Sand-Rock Transit, Inc.                                  |
| (11)  | 12/19/05  | Third-Party Document Subpoena to Simcala, Inc.                                            |
| (12)  | 12/21/05  | Third-Party Document Subpoena to Alabama Sand & Gravel                                    |
| (13)  | 12/21/05  | Third-Party Document Subpoena to Anderson Road Materials                                  |
| (14)  | 12/21/05  | Third-Party Document Subpoena to Couch Ready Mix, USA                                     |
| (15)  | 12/21/05  | Third-Party Document Subpoena to Elmore Sand & Gravel                                     |
| (16)  | 12/21/05  | Third-Party Document Subpoena to 5 Sand & Gravel, Inc.                                    |
| (17)  | 12/21/05  | Third-Party Document Subpoena to Foshee Trucking                                          |
| (18)  | 12/21/05  | Third-Party Document Subpoena to Gentry Ready Mix, Inc.                                   |
| (19)  | 12/21/05  | Third-Party Document Subpoena to Hodgson Concrete Co, Inc.                                |
| (20)  | 12/21/05  | Third-Party Document Subpoena to National Cement Co of AL                                 |
| (21)  | 12/21/05  | Third-Party Document Subpoena to North Montgomery Materials, LLC                          |
| (22)  | 12/21/05  | Third-Party Document Subpoena to Pierce Pump South, Inc.                                  |
| (23)  | 12/21/05  | Third-Party Document Subpoena to Ready Mix USA, Inc.                                      |
| (24)  | 12/21/05  | Third-Party Document Subpoena to Southern Wire Enterprises                                |
| (25)  | 12/21/05  | Third-Party Document Subpoena to Waugh Properties, LLC                                    |
| (26)  | 12/27/05  | Third-Party Document Subpoena to Capitol Materials, LLC                                   |
| (27)  | 4/12/06   | TCC's Motion to Compel Against Harry Lambert and Carol's Contracting, Inc.[2]             |

---

[2] TCC lists this motion out of an abundance of caution to the extent it is a form of discovery, although not a customary one. The motion was preceded by unsuccessful negotiations between the parties to resolve the issue. These negotiations were in March 13 & 21, 2006 letters and face

|     | **DATE** | **FORM OF DISCOVERY** |
|-----|----------|-----------------------|
| (28) | 4/25/06 | Plaintiff's Second Request for Production to Harry Lambert |
| (29) | 4/25/06 | Plaintiff's Second Request for Production to Carol's Contracting, Inc. |
| (30) | 5/11/06 | Notice to Take Depositions of Carol Lambert, William Tuten, Robert Alexander & William Dasinger[3] |
| (31) | 5/11/06 | Notice to Take Depositions of Carol's Contracting, Inc. pursuant to *Fed. R. Civ. P.* 30(b)(6) |
| (32) | 5/11/06 | Notice to Take Depositions of Alabama Gravel, LLC pursuant to *Fed. R. Civ. P.* 30(b)(6) |
| (33) | 5/11/06 | Notice to Take Depositions of Harry Lambert, including document request pursuant to *Fed. R. Civ. P.* 30(b)(5) |

*   *   *   *   *   *

The deposition notices listed above set the depositions of June 5, 6 and 7, 2006. On May 15, 2006, counsel for Harry Lambert and Carol's Contracting requested that the depositions be postponed pending the Court's ruling on their April 27, 2006 summary judgment motions. Counsel for Harry Lambert and Carol's Contracting indicated that one of the primary reasons for filing the summary judgment motions early was to try to avoid costly discovery expenses on the merits in the event the Court finds the issues raised in the motions have merit. He further indicated that the issues raised in the motion were specifically raised as to not require merits discovery. All parties eventually agreed to postpone the depositions until June 20, 21 & 22, 2006. Notices for these postponed depositions were sent out on June 7, 2006 as indicated below at Nos. 35 through 38.

*   *   *   *   *   *

| (34) | 5/30/06 | Plaintiff's Third Set of Interrogatories and Request for Production to Harry Lambert |
| (35) | 6/7/06 | Notice to Take Depositions of Carol Lambert, William Tuten, Robert Alexander & William Dasinger |
| (36) | 6/7/06 | Notice to Take Depositions of Carol's Contracting, Inc. pursuant to *Fed. R. Civ. P.* 30(b)(6) |

---

to face discussions on March 29, 2006. The motion was heard on May 10, 2006 and denied without prejudice.

[3] Carol Lambert is the President of Carol's Contracting, Inc., and Mr. Tuten, Mr. Alexander and Mr. Dasinger are members of Alabama Gravel, LLC

|        | **DATE** | **FORM OF DISCOVERY** |
|--------|----------|------------------------|
| (37)   | 6/7/06   | Notice to Take Depositions of Alabama Gravel, LLC pursuant to *Fed. R. Civ. P.* 30(b)(6) |
| (38)   | 6/7/06   | Notice to Take Depositions of Harry Lambert, including document request pursuant to *Fed. R. Civ. P.* 30(b)(5) |

In addition to the above discovery, TCC has conducted several fact witness interviews, the substance of which it is reluctant to disclose in this public filing as the interviews are work product. TCC also plans to send subpoenas for third party depositions following the above noticed party depositions. TCC may also conduct additional third-party document discovery after these depositions. Importantly, however, Harry Lambert and Carol's Contracting filed a motion for protective order on June 14, 2006 seeking delay of the party depositions set for June 20, 21 & 22, 2006 until after the Court rules on the pending summary judgment motions. Alabama Gravel joined in that motion on June 15, 2006.

TCC also points out that it has made six employees available for deposition by Defendants. These depositions took place on March 28 and 29 and April 18, 2006. Finally, TCC points out that it was reluctant to seek depositions of the Defendants until after resolution of the discovery dispute leading to the motion to compel. That dispute directly impacted the questions TCC intends to ask Carol Lambert and Harry Lambert.

This the 16th day of June, 2006.

/s/ Thomas F. Gristina
One of the Attorneys for Plaintiff

Of Counsel:
Robin G. Laurie (LAURR4217)
rlaurie@balch.com
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500
334/269-3115 (fax)


William L. Tucker
Georgia State Bar No. 718050
wlt@psstf.com
Thomas F. Gristina
Georgia State Bar No. 452454
tfg@psstf.com
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor
Columbus, GA 31901
706/243-0251
706/596-9992 (fax)
Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I am counsel for Plaintiff and that a true and exact copy of the foregoing has been served upon counsel of record in the within matter by facsimile and regular mail, postage prepaid, addressed as follows:

Dennis R. Bailey, Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, Alabama  36101-0270

James N. Walter, Jr., Esq.
Chad W. Bryan, Esq.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama  36102-2069

This 16th day of June, 2006.

/s/ Thomas F. Gristina
Counsel for Plaintiff