IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is the June 14, 2006, motion for protective order (doc. # 54) filed by defendants Lambert and Carol's Contracting and joined by defendant Alabama Gravel (doc. # 55). On June 13, 2006, the court set oral argument on the plaintiff's claim that it has been unable to be conduct necessary discovery on June 23, 2006, at 10:30 a.m.. Accordingly, upon consideration of the motion for protective order and for good cause, it is

ORDERED that the motion for protective order (doc. # 54) be and is hereby GRANTED to the extent that discovery be and is hereby STAYED pending oral argument presently set for June 23, 2006.

Done this 16th day of June, 2006.

                                                  /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE