IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On June 7, 2006, the plaintiff filed a response to defendant Alabama Gravel's motion for summary judgment (doc. # 51) in which it argues that it has been unable to complete the necessary discovery to respond to certain factual allegations raised by the defendant. The court heard oral argument on June 23, 2006. As stated in open court, and for the good cause, it is

ORDERED as follows:

1. That the plaintiff shall have until August 1, 2006, to complete any discovery necessary to fully respond to the defendants' motions for summary judgment.

2. That the plaintiff shall file any supplemental response in opposition to the defendants' motions for summary judgment on or before August 15, 2006.

3. That the defendants shall file any replies to the plaintiff's supplemental response on or before August 22, 2006.

Done this 23rd day of June, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE