# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 6/23/06 | AT | 10:30 a.m. to 10:56 a.m. |
| DATE COMPLETED: 6/23/06 | AT | FTR RECORDING |

THE CONCRETE COMPANY         *
                             *
   Plaintiff                 *
                             *
vs.                          *   CASE NO. 2:05CV1026-CSC
                             *
HARRY E. LAMBERT, et al      *
                             *
   Defendant                 *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Griffin Lane Knight | * | Atty Dennis Bailey |
| Atty. Thomas F. Gristina | * | Atty. Bethany L. Bolger |
| Atty. William L. Tucker | * | |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON        LAW CLERK: CORRIE LONG

( X ) OTHER PROCEEDINGS:   ***ORAL ARUGMENT RE: DISCOVERY***

# SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Oral Arguments - 2:05cv1026-CSC | |
|---|---|---|
| Date | 6/23/2006 | Location: Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 10:30:12 AM | Court | Court convenes; parties present as noted; Introduction of parties for the record; Discussions as to the discovery issues; Discussions as to what discovery needed regarding the summary judgment issue; |
| 10:31:33 AM | Atty. Gristina | Response as to discovery needed for summary judgment; |
| 10:34:08 AM | Court | Discussion as to the fraud claim and interference; |
| 10:34:14 AM | Atty. Gristina | Response re: damages; |
| 10:34:49 AM | Court | Discussion as that Simcala was engages because The Concrete Co. said it did not have the product that they wanted; |
| 10:35:05 AM | Atty. Gristina | Response; |
| 10:35:09 AM | Court | It may relate to damages; |
| 10:35:14 AM | Atty. Gristina | Response; |
| 10:36:08 AM | Court | Discussions that the summary judgment motion was filed before the deadline; Discussions as to why discovery has not been conducted; |
| 10:36:37 AM | Atty. Gristina | Response; |
| 10:37:35 AM | Court | Discussions as to the request for extension to conduct discovery to Oct. 1st; |
| 10:37:46 AM | Atty. Gristina | Response; |
| 10:37:54 AM | Court | Discussions to when response is due to the Motion for Summary Judgment; Discussion as to what deadline is needed to respond to motion for summary judgment?; |
| 10:40:02 AM | Atty. Gristina | We will need at least a week set aside for the depositions for all the defts; |
| 10:40:42 AM | Court | Discussions as to third-party subpoenas Mr. Lambert had dealing with; |
| 10:40:47 AM | Atty. Gristina | Response; |
| 10:42:01 AM | Court | Why should the court allow depositions? |
| 10:42:03 AM | Atty. Bolger | Response - that any of the issues raised in the summary judgment motion submitted requires additional discovery; |
| 10:42:13 AM | Court | Response; |
| 10:42:43 AM | Atty. Bolger | Response; |
| 10:43:03 AM | Court | Discussions as to what the contract saids; Discussion as to the argument of the non-compete issue; |
| 10:43:52 AM | Atty. Bolger | Response; |
| 10:44:34 AM | Court | Discussions as to ways corporations conduct their affairs; |
| 10:45:18 AM | Atty. Bolger | Response; |
| 10:45:30 AM | Court | Question as to is there any authority? |
| 10:45:43 AM | Atty. Bolger | Response - there is a case, can not remember the name of it; |
| 10:46:21 AM | Court | Question as to the position of Alabama Gravel; |

| | | |
|---|---|---|
| 10:46:25 AM | Atty. Walter | Response; |
| 10:50:40 AM | Court | Response re: entitlement to inquire about the statements made in the affidavit; |
| 10:50:52 AM | Atty. Walter | Response |
| 10:50:59 AM | Court | When was affidavit filed? |
| 10:50:59 AM | Atty. Walter | Filed with the motion for summary judgment; |
| 10:51:04 AM | Court | Response; |
| 10:51:18 AM | Atty. Walter | Discussion as to claims alleged in complaint; |
| 10:53:21 AM | Court | Discussions as to arguments made; Thinks that plaintiffs should have an opportunity to conduct some discovery; Plaintiff has until August 1st to conduct discovery; Response the motion for summary judgment is due by August 15th; |
| 10:55:15 AM | Atty. Gristina | Response; |
| 10:55:44 AM | Court | Expect defts to cooperate in the conduct of the discovery; |
| 10:56:49 AM | Atty. Walter | Request to respond to the briefs of Mr. Gristina; |
| 10:56:51 AM | Court | A week; Court is recessed. |