IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now pending before the court is the July 6, 2006, second motion for a protective order (doc. # 60) filed by the defendants. On July 11, 2006, the parties informed the court that they had resolved this motion. Accordingly, it is

ORDERED that the second motion for a protective order (doc. # 60) be and is hereby DENIED as moot.

Done this 12th day of July, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE