IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| HARRY E. LAMBERT, CAROL'S | * | CASE No. 2:05-cv-01026-ID-CSC |
| CONTRACTING, INC. and | * | |
| ALABAMA GRAVEL, LLC, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**JOINT PRO TANTO STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff The Contract Company ("Plaintiff") and Defendant Alabama Gravel, LLC ("Alabama Gravel") have settled Plaintiff's claims against Alabama Gravel, Plaintiff hereby stipulates that this action may be dismissed with prejudice as to Defendant Alabama Gravel only, with Plaintiff and Alabama Gravel to bear their own fees and costs with respect to Plaintiff's claims against Alabama Gravel.

Respectfully submitted this the 13th day of July, 2006.

_____          _____
One of the Attorneys for Plaintiff        One of the Attorneys for Defendant

Robin G. Laurie (ASB-4217-U64R)           James N. Walter, Jr., Esquire
G. Lane Knight (ASB-6748-I72K)            Chad W. Bryan, Esquire
BALCH & BINGHAM LLP                       Capell & Howard, P.C.
P.O. Box 78                               P.O. Box 2069
Montgomery, Alabama 36101                 Montgomery, Alabama 36102-2069
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina, Esquire
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1043 Third Avenue
P.O. Box 1199
Columbus, Georgia 31902-1199

169672.1

William L. Tucker, Esquire
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Center
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2006, I served a copy of the foregoing by U.S. Mail, properly addressed and postage prepaid to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

James N. Walter, Jr., Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

Chad W. Bryan, Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

OF COUNSEL

169672.1

2