IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *  CASE No. 2:05-cv-01026-ID-CSC |
| HARRY E. LAMBERT and CAROL'S | * |
| CONTRACTING, INC. | * |
| | * |
| Defendants. | * |
| | * |

**JOIN MOTION FOR CONTINUANCE AND**
**EXTENSION OF SCHEDULING DEADLINES**

Plaintiff The Concrete Company ("TCC") and Defendants Harry E. Lambert and Carol's Contracting, Inc. ("Defendants") (TCC and Defendants are collectively, the "Parties") respectfully move this Honorable Court to continue the current trial setting in this matter until its February 26, 2007 trial term, and to extend the discovery completion, dispositive motion and all other deadlines established by the Court's Uniform Scheduling Order entered February 8, 2006[1] accordingly. As grounds for this motion, the Parties[2] state as follows:

1. The trial of this cause is currently set for November 6, 2006.

2. The depositions of nine non-parties to this action are scheduled between the present date and July 25, 2006. Counsel for Defendants has a trial set to begin August 1, 2006, and requested that TCC postpone these depositions due to time constraints caused by his impending trial.

---

[1] This scheduling order vacated the Court's previous Uniform Scheduling Order entered December 13, 2005.

[2] TCC's claims against Defendant Alabama Gravel, LLC ("Alabama Gravel") have been settled. A Joint Pro Tanto Stipulation of Dismissal was recently filed dismissing Alabama Gravel from this lawsuit.

169863.1

3.   These matters were discussed during a conference call with the Court on July 13, 2006, wherein the Court agreed to continue the trial of this action until its February 26, 2007 trial term, and further instructed the Parties to file the instant motion.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly move the Court to continue the current trial setting in this matter until its February 26, 2007 trial term, and to extend the other various deadlines established by the Court's Uniform Scheduling Order, as amended, accordingly.

Respectfully submitted this the 14th day of July, 2006.

| | |
|---|---|
| /s/ G. Lane Knight | /s/ Bethany Bolger (with permission) |
| One of the Attorneys for Plaintiff | One of the Attorneys for Defendants Harry E. Lambert and Carol's Contracting, Inc. |

Robin G. Laurie
G. Lane Knight
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Dennis Bailey
Bethany Bolger
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, Alabama 36101-0270

Thomas F. Gristina, Esquire
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1043 Third Avenue
P.O. Box 1199
Columbus, Georgia 31902-1199

William L. Tucker, Esquire
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Center
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

James N. Walter, Jr., Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

Chad W. Bryan, Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

      /s/G. Lane Knight
      OF COUNSEL