IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

On July 13, 2006, the plaintiff and defendant Alabama Gravel, LLC, filed a joint stipulation of dismissal with prejudice as to defendant Alabama Gravel, LLC, only. Accordingly, upon consideration of the joint stipulation for dismissal (doc. # 63), it is

ORDERED and ADJUDGED that defendant Alabama Gravel, LLC, be and is hereby DISMISSED with prejudice from this cause of action, each party to bear its own costs. It is further

ORDERED that, as to Alabama Gravel, LLC, all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 18th day of July, 2006.

                                              /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE