IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the July 18, 2006, defendants' motion to stay discovery (doc. # 67), it is

ORDERED that on or before July 31, 2006, the opposing party shall show cause why the motion should not be granted.

Done this 19th day of July, 2006.

             /s/Charles S. Coody
             CHARLES S. COODY
             CHIEF UNITED STATES MAGISTRATE JUDGE