IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| Plaintiff, | * |
| v. | *   Case No.: 2:05-cv-01026-CSC |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * |
| Defendants. | * |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO STAY DISCOVERY**

Despite its continued good faith in this litigation and a desire to be accommodating during discovery, Plaintiff The Concrete Company ("TCC") is compelled to oppose Defendants' motion to stay discovery. Defendants' motion to stay asks that all discovery be stayed until the Court rules on Defendants' summary judgment motions. It should be denied for the following reasons.

With an October 27, 2006, dispositive motions deadline, it is unfair to ask TCC to hold off on all discovery until the Court rules. TCC cannot anticipate when such a ruling will be forthcoming. Nor does TCC believe it appropriate to attempt to interpose itself in the Court's timing for a ruling. Moreover, TCC should not have to wait for a ruling to conduct discovery which will likely be used in support of a dispositive motion TCC anticipates filing. TCC may also use such discovery in the event Defendants file additional dispositive motions. As Defendants have pointed out, TCC is seeking numerous third party depositions. These depositions may lead to additional document and deposition subpoenas. Such discovery takes

time. With the dispositive motions deadline fast approaching, TCC cannot afford further delays in this process.[1,2]

Respectfully submitted this the 31st day of July, 2006.

                                /s/ Robin G. Laurie
                                One of the Attorneys for Plaintiff The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina, Esquire
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1043 Third Avenue
P.O. Box 1199
Columbus, GA 31902-1199

William L. Tucker, Esquire
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

---

[1] Notwithstanding the above, TCC notes that it has already agreed to hold off on additional depositions until mid-August, when Defendants counsel has indicated he will be finished with a trial. That delay alone may make it difficult to conclude all discovery necessary for dispositive motions.

[2] TCC also notes that Defendants' motion to stay contains the same improper references to insurance and health issues that are the subject of TCC's previously filed motion to strike. In the event the Court grants TCC's motion to strike, TCC respectfully asks that the Court's order also strike the similar language contained in Defendants' motion to stay.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

James N. Walter, Jr., Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

Chad W. Bryan, Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

/s/ Robin G. Laurie
OF COUNSEL