IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the defendants' motion to stay discovery (doc. # 67), it is

ORDERED that oral argument on the motion be and is hereby SET for 4:00 p.m. on August 8, 2006 in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 2nd day of August, 2006.


      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE