# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY, MAG. JUDGE** | AT | **MONTGOMERY, ALABAMA** |
| **DATE COMMENCED:** 8/8/06 | AT | 3:59 p.m. to 4:09 p.m. |
| **DATE COMPLETED:** 8/8/06 | AT | FTR RECORDING |

| | | |
|---|---|---|
| THE CONCRETE COMPANY | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 2:05CV1026-CSC |
| HARRY E. LAMBERT, et al | * | |
| Defendant | * | |

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Griffin Lane Knight | * | Atty Dennis Bailey |
| Atty. Thomas F. Gristina | * | Atty. Bethany L. Bolger |
| Atty. William L. Tucker | * | |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON     LAW CLERK: CORRIE LONG

---

( X) OTHER PROCEEDINGS:     ***ORAL ARUGMENT RE: MOTION TO STAY DISCOVERY PENDING RULING ON MOTION FOR SUMMERY JUDGMENT***

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | OA Motion to Stay Discovery - 2:05cv1026-CSC | |
|---|---|---|
| Date | 8 / 8 /2006   **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 3 :59:58 PM | Court | Court convenes; parties present; Discussion as to settling case; |
| 4 :00:20 PM | Atty. Bailey | Have conducted mediation; |
| 4 :01:00 PM | Atty. Gristina | Response;  Settlement is not off the table; |
| 4 :01:15 PM | Court | Why is discovery necessary at this juncture to respond to the motion for summary judgment; |
| 4 :01:28 PM | Atty. Gristina | Response; |
| 4 :01:51 PM | Court | How are the fact witnesses going to help?; |
| 4 :01:53 PM | Atty. Gristina | As to liability and after damages; |
| 4 :03:44 PM | Court | Why haven't you taken Mr. Lambert's deposition; |
| 4 :03:46 PM | Atty. Gristina | Response ; |
| 4 :04:25 PM | Atty. Bailey | Response on the issue as to discovery needed; |
| 4 :05:10 PM | Court | Response; |
| 4 :06:14 PM | Atty. Bailey | Response; |
| 4 :06:22 PM | Court | Will allow the deposition of Mr. Lambert and an appropriate representative of Carol's Contracting, do those first, after that, if there is reasons for futher depositions, file a motion with the court; Mr. Lamber's deposition is to be taken NLT 20 days from today's date; Do not  worry about the dispositive motion deadlin, the court will extend it; |
| 4 :07:12 PM | Atty. Gristina | Discussion as to the third party depositions planned on taken; |
| 4 :07:26 PM | Court | You already settled with Alabama Gravel; What does it have to do with anything at this juncture?; |
| 4 :07:30 PM | Atty. Gristina | Response; |
| 4 :07:39 PM | Court | Find out what was going with Mr. Lambert first, then the court will consider if you could take other depositions; |
| 4 :07:55 PM | Atty. Gristina | Request to have 25 days to do Mr. Lambert's deposition; |
| 4 :08:03 PM | Court | Do it by the end of August, otherwise the discovery is stayed; |
| 4 :09:03 PM | Court | Court is recessed. |