IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is the July 10, 2006, motion to strike (doc. # 61) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the motion to strike (doc. # 61) be and is hereby DENIED as moot.

Done this 11th day of August, 2006.

                           /s/Charles S. Coody
                           CHARLES S. COODY
                           CHIEF UNITED STATES MAGISTRATE JUDGE