IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 18, 2006, the defendants filed a motion to stay discovery pending resolution of the pending motions for summary judgment. (Doc. # 67)  The court heard oral argument on August 8, 2006.  As stated in open court, and for the good cause, it is

ORDERED as follows:

1. That the motion to stay discovery (doc. # 67) be and is hereby DENIED only to the extent that the defendants seek to stay the depositions of defendant Harry Lambert and the deposition of a representative for defendant Carol's Contracting.

2. That defendants Harry Lambert and a representative for Carol's Contracting shall submit to depositions on or before August 31, 2006.

3. That the motion to stay (doc. # 67) be and is hereby GRANTED in all other respect.

Done this 11th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE