# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| **PLAINTIFF** | |
| vs. | CASE NO. 2:05-CV-1026-CSC |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC, | |
| **DEFENDANTS** | |

## JOINT MOTION TO AMEND ANSWER

Come now defendants Harry E. Lambert and Carol's Contracting, Inc. and jointly move to amend the answers previously filed in this case as Doc. 7 and Doc. 8, respectively, by adding a third defense to each answer as follows:

### THIRD DEFENSE

This defendant pleads release and satisfaction per the terms of the release executed by The Concrete Company with Alabama Gravel on or about July 11, 2006.

As grounds for this motion, these defendants would state as follows:

1. At the time the original answers were filed and at the deadline for amending pleadings, Alabama Gravel was a co-defendant in this litigation.

2. On or about July 11, 2006, Alabama Gravel entered into a release and settlement agreement with plaintiff The Concrete Company. A copy of the release and settlement agreement is attached hereto as Exhibit A to this motion.

3. The terms of the release are general and release Alabama Gravel "and its successors, assigns, employees, directors, officers, agents, subsidiaries, affiliated companies, attorneys, members and representatives from any and all claims, demands, damages, actions, causes of action, or suits of any kind whatsoever, whether known or unknown, relating to, arising from or connected in any way with any and all claims which were asserted or which could have been asserted in the above-styled cause or to any action taken by or on behalf of Alabama Gravel in the prosecution of this action. This release and discharge includes, but is not limited to, any claim, demand, damage, action, cause of action or suit of any kind under the Alabama Litigation Accountability Act and/or Federal Rule of Civil Procedure 11."

4. At the time the release was entered into, The Concrete Company was aware that Carol's Contracting, Inc. was a company hauling product

for Alabama Gravel and that Carol Lambert, the sole owner of Carol's Contracting, Inc., was the bookkeeper for Alabama Gravel.

5. At the time the release was entered into, The Concrete Company was aware of the fact that Harry Lambert had a consulting agreement with Alabama Gravel effective April 10, 2006.

6. The Concrete Company essentially contends that defendants were "employees," "agents," "affiliated companies" or "representatives" of Alabama Gravel during 2005 as a necessary element of its claims against defendants. If those contentions are true, then defendants are protected by the terms of the release.

WHEREFORE, these defendants move this Honorable Court to be allowed to plead as a defense their release under the terms of the general release executed by The Concrete Company on July 11, 2006.

/s/ Dennis R. Bailey
Dennis R. Bailey
Attorney for Defendants
Harry Lambert and Carol's Contracting, Inc.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 30th day of August, 2006, which will forward same to:

> Robin G. Laurie, Esq.
> Griffin Lane Knight, Esq.
> Balch & Bingham, LLP
> 105 Tallapoosa Street, Suite 200
> Montgomery, Alabama   36104-3515
>
> James N. Walter, Jr., Esq.
> Chad W. Bryan, Esq.
> Capell & Howard
> Post Office Box 2069
> Montgomery, Alabama   36102-2069
>
> Thomas Gristina, Esq.
> William Leonard Tucker, Esq.
> Page, Scrantom, Sprouse, Tucker & Ford
> Synovus Center, Third
> 1111 Bay Avenue
> Columbus, Georgia   31901

>                /s/ Dennis R. Bailey
>                Of counsel