IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY,      ) | |
| ) | |
|     Plaintiff,      ) | |
| ) | |
| v.      ) | CIVIL ACTION NO. 2:05cv1026-CSC |
| ) | |
| HARRY E. LAMBERT, *et al.*,      ) | |
| ) | |
|     Defendants.      ) | |

ORDER

Upon consideration of the defendants' joint motion to amend answer (doc. # 74), it is

ORDERED that the motion be and is hereby GRANTED unless within seven (7) days from the date of this order an opposing party files objections.

Done this 1st day of September, 2006.


                      /s/Charles S. Coody
                      CHARLES S. COODY
                      CHIEF UNITED STATES MAGISTRATE JUDGE