IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 2:05-cv-01026-CSC |
| | * | |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * | |
| | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**JOINT MOTION TO AMEND ANSWER**

Plaintiff The Concrete Company ("TCC") responds to the Joint Motion to Amend Answer filed by Defendants Harry Lambert ("Lambert") and Carol's Contracting, Inc. ("CCI") as follows.

Recognizing the liberal standard for allowing amendment under *Fed. R. Civ. P.* 15(a), TCC does not object to Lambert and CCI being allowed to amend their Answer. TCC, however, wishes to make clear for the record (1) that the affirmative defense Lambert and CCI propose to add to their Answer is completely baseless in law and fact; and (2) that TCC is reserving and not waiving its right to challenge the affirmative defense in any and all future proceedings, including, but not limited to, dispositive motions practice by any party, pretrial motions in limine by any party, pretrial statements, pretrial hearings and/or trial. To the extent Lambert or CCI may assert any such waiver as a result of TCC's not objecting to the motion to amend, TCC takes the position that the proposed amendment is invalid on the basis of futility and undue delay.

171493.1

Respectfully submitted this the 8th day of September, 2006.

    /s/Robin G. Laurie
One of the Attorneys for Plaintiff The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia  31901

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

James N. Walter, Jr., Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

Chad W. Bryan, Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

/s/ Robin G. Laurie
OF COUNSEL