# EXHIBIT D



Decide with Confidence

# Business Information Report

To save report(s) to your PC, click here for instructions.

Print this Report

Copyright 2005 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 069020347L

ATTN: **Credit Dept.**

Report Printed: JUL 29 2005

## BUSINESS SUMMARY

**ALABAMA GRAVEL LLC**
**541 Gunnells Rd**
**Deatsville, AL 36022**

Now Included with this Report NEW!
**D&B's Credit Limit Recommendation**
D&B's industry and risk-based limit guidance
Learn More
View Now

This is a **single** location.

| | |
|---|---|
| **D-U-N-S Number:** | 19-926-2275 |
| **D&B Rating:** | DS |
| **Telephone:** | 334 290-1454 |
| **Employs:** | UNDETERMINED |
| **SIC:** | 1442 |
| **Line of business:** | Construction sand/gravel |

DEFENDANT'S EXHIBIT
5

## SUMMARY ANALYSIS

**D&B Rating:DS**

The DS rating indicates that the information available does not permit D&B to classify the company within our rating key. For more information, see the D&B Rating Key.
A Summary Analysis is not available at this time.

## INVESTIGATIVE SERVICES

***** Update available on request *****

**This information is being provided to you immediately in the interest of speed. This report may not reflect the current status of this business. D&B can investigate this business and update the information based on the results of that investigation.**

**By ordering a standard investigation the same day you order this report, an updated report will be provided to you at no extra cost.**

## CUSTOMER SERVICE

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

TCC0002394

*** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

## HISTORY

The following information was reported **06/11/2005**:

---

## OPERATIONS

06/11/2005

| | |
|---|---|
| **Description:** | Mines construction sand and gravel. |
| **Employees:** | UNDETERMINED. |
| **Facilities:** | Occupies premises in building. |

## SIC & NAICS

**SIC:**

Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

14420000 Construction sand and gravel

**NAICS:**

212321 Construction Sand and Gravel Mining

## PAYMENT SUMMARY

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.

D&B receives nearly 400 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received. At this time, none of those experiences relate to this company.

## BANKING & FINANCE

D&B has researched this company and found no information available at this time.

## PUBLIC FILINGS

A check of D&B's public records database indicates that no filings were found for ALABAMA GRAVEL LLC at 541 Gunnells Rd, Deatsville AL.

D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and

TCC0002395

additions. It includes business-related suits, liens, judgments, bankruptcies, UCC financing statements and business registrations from every state and the District of Columbia, as well as select filing types from Puerto Rico and the U.S. Virgin Islands.

D&B collects public records through a combination of court reporters, third parties and direct electronic links with federal and local authorities. Its database of U.S. business-related filings is now the largest of its kind.

---

Copyright 2005 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 069020347L



Decide with Confidence

# Business Information Report

To save report(s) to your PC, click here for instructions.

Print this Report

Copyright 2005 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 069020347L

ATTN: **Credit Dept.**

Report Printed: JUL 29 2005

## BUSINESS SUMMARY

**ALABAMA GRAVEL LLC**
**541 Gunnells Rd**
**Deatsville, AL 36022**

Now Included with this Report NEW!

**D&B's Credit Limit Recommendation**
D&B's industry and risk-based limit guidance
Learn More View Now

This is a **single** location.

**D-U-N-S Number:** 19-926-2275

**Telephone:** 334 290-1454

**D&B Rating:** DS

**Employs:** UNDETERMINED

**SIC:** 1442

**Line of business:** Construction sand/gravel

## SUMMARY ANALYSIS

**D&B Rating:DS**

The DS rating indicates that the information available does not permit D&B to classify the company within our rating key. For more information, see the D&B Rating Key.
A Summary Analysis is not available at this time.

## INVESTIGATIVE SERVICES

***** Update available on request *****

**This information is being provided to you immediately in the interest of speed. This report may not reflect the current status of this business. D&B can investigate this business and update the information based on the results of that investigation.**

**By ordering a standard investigation the same day you order this report, an updated report will be provided to you at no extra cost.**

## CUSTOMER SERVICE

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

TCC0002397

*** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

## HISTORY

The following information was reported **06/11/2005:**

---

## OPERATIONS

06/11/2005

| | |
|---|---|
| **Description:** | Mines construction sand and gravel. |
| **Employees:** | UNDETERMINED. |
| **Facilities:** | Occupies premises in building. |

## SIC & NAICS

**SIC:**

Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

14420000 Construction sand and gravel

**NAICS:**

212321 Construction Sand and Gravel Mining

## PAYMENT SUMMARY

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.

D&B receives nearly 400 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received. At this time, none of those experiences relate to this company.

## BANKING & FINANCE

D&B has researched this company and found no information available at this time.

## PUBLIC FILINGS

A check of D&B's public records database indicates that no filings were found for ALABAMA GRAVEL LLC at 541 Gunnells Rd, Deatsville AL.

D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and

TCC0002398