# EXHIBIT G

THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| Plaintiff, | * |
| v. | *   Case No.: 2:05-cv-01026-ID-CSC |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC. and ALABAMA GRAVEL, LLC, | * |
| Defendants. | * |

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
TO DEFENDANT CAROL'S CONTRACTING, INC.**

Plaintiff, The Concrete Company, requests that Defendant Carol's Contracting, Inc. ("Defendant") produce the documents identified below for inspection and copying pursuant to Fed. R. Civ. P. 34. These requests call not only for documents or tangible items possessed by the Defendant, but also all non-privileged information that Defendant can obtain from Defendant's counsel and from all agents, servants, employees, and representatives and others who are in possession of or may have obtained information for and on behalf of Defendant. Unless otherwise agreed to by counsel, the requested documents must be produced for inspection and copying with Defendant's written responses to these requests at the offices of Thomas Gristina at Page, Scrantom, Sprouse, Tucker & Ford, 1111 Bay Avenue, Third Floor, Columbus, Georgia 31901.

The following definitions and instructions shall apply to each request for production, as if fully set forth herein:

163455.1

I.  **DEFINITIONS AND INSTRUCTIONS**

   A.  The terms "you," "your," and "Defendant" refer to Defendant Carol's Contracting, Inc.

   B.  "Complaint" refers to the Complaint filed in this case on October 25, 2005 and all subsequent amendments thereto.

   C.  "Communication" includes any oral utterance, made, heard or overheard, whether in person or by telephone or otherwise, as well as any written document, any computerized, recorded, or electronic message, and any other mode of intentionally conveying meaning.

   D.  "Document" and "documents" are used in their broadest and most inclusive sense, and include any and all forms of information or data retention. The terms "document" and "documents" refer to the original and any non-identical copy (or copies) of any documents, including, without limitation, all writings, memos, printings, drawings, graphs, charts, photographs, signs, posters, placards, audio-recordings, video-recordings, film, microfilm, microfiche, electronic files, magnetic or optical data storage media, computer disk or hard drives, email, any form of information stored in a computer in any way, and any other method of storing or memorializing information or data.

   E.  Where necessary to bring within the scope of these requests all information and documentation that might otherwise be considered outside their scope:

   (1)  the singular of each word shall be construed to include its plural and vice versa;

   (2)  "and" as well as "or" shall be construed both conjunctively and disjunctively;

   (3)  "each" shall be construed to include "every" and vice versa;

   (4)  "any" shall be construed to include "all" and vice versa;

163455.1

2

        (5)    the present tense shall be construed to include the past tense and vice versa; and

        (6)    the masculine shall be construed to include the feminine and vice versa.

F.    "Relating to" shall mean having any relationship or connection to, concerning, being connected to, commenting on, responding to, containing, evidencing, showing, memorializing, describing, analyzing, reflecting, pertaining to, referring to, comprising, constituting, or otherwise establishing any reasonable, logical or causal connection.

G.    These requests shall be deemed continuing, so as to require additional answers in conformity with Fed. R. Civ. P. 26(e) if further information is obtained between the time the answers are served and the time of trial.

H.    Any reference to an individual or entity includes that individual's or entity's agents, servants, employees or other representatives.

I.    "Agreement" means the June 10, 1997 Agreement between Montgomery Materials Company, L.L.C., The Concrete Company, MMC Holdings, Inc., Frank D. Foley, III, and Harry E. Lambert.

J.    "Montgomery Materials" means the Alabama limited liability company, Montgomery Material Company, L.L.C.

K.    "MMC Holdings" means the Alabama corporation, MMC Holdings, Inc.

L.    "Carol's Contracting" means Defendant Carol's Contracting, Inc.

M.    "Alabama Gravel" means Defendant Alabama Gravel, LLC.

N.    "Territory" means all of the area within 60 miles (measured in a straight line by air) from the limits of the City of Montgomery, Alabama, as of June 10, 1997.

O.    "Product" means sand, gravel, clay, topsoil, concrete or any related product.

P.   "Prohibited Activity" means any activity that relates to excavating, mining, distributing, delivering, selling or otherwise disposing of any Product at wholesale or resale within the Territory.

Q.   "Customer" means any actual customer who purchased any Product from Montgomery Materials in the Territory (i) within the twenty-four month period prior to the date of the closing of the sale by MMC Holdings or The Concrete Company of its Membership Interest (as described and defined by the Agreement) or (ii) at any time after such twenty-four month period.

## II.   REQUESTS FOR PRODUCTION OF DOCUMENTS

1.   All documents and tangible items related in any manner to the involvement, interaction and/or communication between you, Harry E. Lambert and/or Alabama Gravel.

2.   All documents and tangible items related in any manner to any interactions and/or communications between you, Harry E. Lambert and/or Alabama Gravel and Simcala, Inc.

3.   All documents and tangible items related in any manner to any interactions and/or communications between you, Harry E. Lambert and/or Alabama Gravel and Maddox Sand and Gravel.

4.   All documents and tangible items related in any manner to any interactions and/or communications between you, Harry E. Lambert and/or Alabama Gravel and Sand-Rock Tansit, Inc.

5.   All documents and tangible items related in any manner to any interactions and/or communications between you, Harry E. Lambert and/or Alabama Gravel and AgTran.

6.   All documents or tangible items related in any manner to the Gentry Pit and or any other aggregate mining operation within the Territory.

7. All documents and tangible items related in any manner to the production or provision of Product within the Territory or to individuals or entities located within the Territory.

8. All documents and tangible items related in any manner to the involvement or interaction of you, Harry E. Lambert and/or Alabama Gravel over the previous five years with any Prohibited Activity and/or with any individual or entity engaged or in any way involved in a Prohibited Activity.

9. All documents identified in response to Plaintiff's First Interrogatories to Defendant.

10. All documents related to the allegations in the Complaint.

11. All document relied upon or referred to in the formation of opinions by any designated expert witness(es).

12. All invoices for Product or similar material transported, sold or provided by you.

Respectfully submitted on this ___ day of December, 2005.

Robin G. Laurie (LAURR4217)
One of the Attorneys for Plaintiff The
Concrete Company
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina, Esquire
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1043 Third Avenue
P.O. Box 1199
Columbus, GA 31902-1199

William L. Tucker, Esquire
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of December, 2005, I served the foregoing on the following persons by placing same in the United States Mail, postage prepaid and properly addressed:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

James N. Walter, Jr., Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

Chad W. Bryan, Esquire
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069

OF COUNSEL