# EXHIBIT L

## 6 — Thursday January 2005

- 7:00
- 7:30
- 8:00
- 8:30 go to Elmore
- 9:00
- 9:30
- 10:00
- 10:30
- 11:00
- 11:30
- 12:00
- 12:30
- 1:00 Harry Lambert
- 1:30 (Robert Alexander)
- 2:00
- 2:30 Called me on 1/10/05
- 3:00 Will get back w/ him he
- 3:30 was moving — Can reach him at
- 4:00 706-733-9896 home
- 4:00 706-766-9896 cell
- 4:30
- 5:00

## 8 — Friday April 2005

- 7:00
- 7:30
- 8:00
- 8:30
- 9:00
- 9:30
- 10:00 Hugh – Italy Prod
- 10:30 David Gossett
- 11:00
- 11:30
- 12:00
- 12:30
- 1:00
- 1:30
- 2:00
- 2:30
- 3:00
- 3:30
- 4:00
- 4:30
- 5:00

TCC000995

SIMCALA/00055