**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                            TELEPHONE (334) 954-3600

September 20, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: The Concrete Company vs. Harry E. Lambert, et al**
**Case Number: 2:05cv1026-CSC**

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 9/20/2006 in accordance with amended Federal Rules of Civil Procedure 5(e).**

**Reference is made to document # 77 filed electronically by counsel which did not contain his electronic signatures.**

**The corrected pdf document is attached to this Notice.**