IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the August 30, 2006, joint motion to amend answer (doc. # 74) filed by the defendants. The plaintiff does not object to the motion to amend. *See* Doc. # 76. Accordingly, it is

ORDERED that the motion to amend the answer (doc. # 74) be and is hereby GRANTED.

Done this 20th day of September, 2006.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE