

EXHIBIT A

## ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
POST OFFICE BOX 301463 36130-1463 ♦ 1400 COLISEUM BLVD. 36110-2059
MONTGOMERY, ALABAMA

ONIS "TREY" GLENN, III, P.E.  
DIRECTOR

WWW.ADEM.STATE.AL.US  
(334) 271-7700

BOB RILEY  
GOVERNOR

July 20, 2005

Facsimiles: (334)  
Administration: 271-7950  
General Counsel: 394-4332  
Communication: 394-4383  
Air: 279-3044  
Land: 279-3050  
Water: 279-3051  
Groundwater: 270-5631  
Field Operations: 272-8131  
Laboratory: 277-6718  
Mining: 394-4326

HUGH SORRELL  
FOLEY MATERIALS COMPANY  
P O BOX 7877  
COLUMBUS GA 31908

RE:   PERMIT TRANSFER  
      City Pit            NPDES Permit AL0069850            Montgomery County

Dear Mr. Sorrell:

Enclosed is the National Pollutant Discharge Elimination System (NPDES) permit for the above-referenced facility which has been transferred from The Concrete Company, Inc. to Foley Materials Company. The modification and expiration dates of the permit are specified on the cover page.

Part I of the permit requires that you monitor the discharge of pollutants from this facility and report the results of such monitoring to the Department not later than the 28th day of January, April, July, and October of each year on an approved Discharge Monitoring Report (DMR) form or a copy of the enclosed DMR form. The original DMR form should be retained for your records. While information listed on the DMR forms may be copied, the original signature of a principal executive officer or authorized agent must appear on all DMRs submitted to the Department. The principal executive officer must submit, in writing, authorization allowing the designated agent to sign DMR forms submitted to the Department. **Please discard all previously issued DMR forms and other reporting forms. NEW UPDATED ORIGINAL DMR forms and other updated reporting forms are enclosed. Use of these updated forms is required for future report submittals for this facility. In addition, you are requested to use these revised/updated formats when submitting DMR forms and other reporting forms for all other facilities.**

Please be advised that pursuant to Part II, A., 8., of the enclosed permit, you are allowed to continue with work related to the implementation of the Pollution Abatement/Prevention Plan, including the construction of sedimentation basins. Any mining or processing activity conducted prior to Departmental receipt of certification from a professional engineer licensed to practice in the State of Alabama, that the Pollution Abatement/Prevention Plan was implemented according to the design plan, or notification from the Alabama Surface Mining Commission that the sediment control structures have been certified, is prohibited. Your attention is also directed to the requirements of Part I, B., 9., Noncompliance Notification. The enclosed NPDES Permit Noncompliance Notification (5-Day Report) form and submission thereof to the Department within the prescribed time period will satisfy the written report requirement of this permit. All forms should be sent to the Department, Attn: Mining Unit, Field Operations Division.

Please be advised that pursuant to ADEM Admin. Code R. 335-6-6-.05, this transferred permit will automatically **expire eighteen (18) months** after the original issuance date of this transferred permit, and/or any prior modified portions of this transferred permit will automatically **expire eighteen (18) months** after the permit modification date if initial construction and/or the proposed prior modified portion of the transferred permit, as defined by ADEM Admin. Code R. 335-6-6-.02(g), or mining has not commenced.

The Department encourages you to voluntarily consider additional pollution prevention practices/alternatives at your facility which may assist you in complying with effluent limitations, and possibly reduce or eliminate pollutant discharges.

Should you have any questions concerning this matter, please contact **Vanessa Pruitt, Mining Unit, by email at mnps@adem.state.al.us or by phone at (334) 394-4311**.

Sincerely,

Richard Hulcher, Chief  
Mining & Nonpoint Source Section  
Field Operations Division

ccj/ds  
Enclosures  
pc:    Permits & Services, ADEM, via email        EPA Region IV, via email        Alabama Department of Industrial Relations, via email

Birmingham Branch  
110 Vulcan Road  
Birmingham, Alabama 35209-4702  
(205) 942-6168  
(205) 941-1603 [Fax]

Decatur Branch  
2715 Sandlin Road, S.W.  
Decatur, Alabama 35603-1333  
(256) 353-1713  
(256) 340-9359 [Fax]

Mobile Branch  
2204 Perimeter Road  
Mobile, Alabama 36615-1131  
(251) 450-3400  
(251) 479-2593 [Fax]

Mobile – Coastal  
4171 Commanders Drive  
Mobile, Alabama 36615-1421  
(251) 432-6533  
(251) 432-6598 [Fax]



Printed on Recycled Paper

# ADEM

ALABAMA
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT

# NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM INDIVIDUAL PERMIT

PERMITTEE:            Foley Materials Company
                      City Pit

FACILITY LOCATION:    Montgomery County
                      T17N, R19E, S27,28,29,30,31,32,33

PERMIT NUMBER:        AL0069850

| POINT SOURCE NUMBER(S) | RECEIVING WATER(S) |
|---|---|
| 001, 002, 004, 007 | unnamed tributaries to Oliver Creek / Groundwater |
| 005 | unnamed tributary to Tallapoosa River / Groundwater |
| 006 | Oliver Creek / Groundwater |

*In accordance with and subject to the provisions of the Federal Water Pollution Control Act, as amended, 33 U.S.C. §§1251-1378 (the "FWPCA"), the Alabama Water Pollution Control Act, as amended, Code of Alabama 1975, §§ 22-22-1 to 22-22-14 (the "AWPCA"), the Alabama Environmental Management Act, as amended, Code of Alabama 1975, §§22-22A-1 to 22-22A-16, and rules and regulations adopted thereunder, and subject further to the terms and conditions set forth in this permit, the Permittee is hereby authorized to discharge into the above-named receiving waters.*

ISSUANCE DATE:        4/29/2005

EFFECTIVE DATE:       5/1/2005

EXPIRATION DATE:      4/30/2010

MODIFICATION DATE:    7/20/2005

_____
Alabama Department of Environmental Management