**STATE OF ALABAMA**
ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 991
MONTGOMERY, ALABAMA 36101-0991

**EXHIBIT B**

JIM SULLIVAN, PRESIDENT
JAN COOK, ASSOCIATE COMMISSIONER
GEORGE C. WALLACE, JR., ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.
SECRETARY

SERVED May 20, 2002

_Walter L. Thomas_

| | |
|---|---|
| **CAROL'S CONTRACTING, INC.,** | DOCKET 28569 |
| Applicant | CERTIFICATE F2626 |

### DECISION

By application filed May 14, 2002, the Applicant seeks a certificate as a common carrier of property. The Applicant also requests that the application be processed pursuant to the Federal Aviation Administration Authorization Act of 1994, which is codified at 49 U.S.C. 11501.

It appears from the application, and the materials filed with the application, that the Applicant is fit, willing and able to operate in compliance with the insurance requirements and the pertinent safety regulations, and that the Applicant has sufficient financial resources to commence operations.

Therefore, pursuant to the Commission's Order in Docket 24292, dated December 5, 1994, Motor Carrier Certificate F2626 is hereby issued to Carol's Contracting, Inc., an Alabama corporation, 541 Gunnells Road, Deatsville, Alabama 36022, authorizing operations as a common carrier by motor vehicle, in intrastate commerce over irregular routes, in the transportation of

> Property, except household goods, between all points in the State of Alabama.

The certificate number may be located within the cab of the vehicles in lieu of placing it on the outside of the vehicles.

Jurisdiction in this proceeding will be retained for any Commission order or orders, including general orders, that may appear to be warranted in the future.

By the Commission,

John A. Garner
Administrative Law Judge

CCI 0100