IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE CONCRETE COMPANY,

    PLAINTIFF,

vs.

HARRY E. LAMBERT,
CAROL'S CONTRACTING,
INC., and ALABAMA GRAVEL,
LLC,

    DEFENDANTS.

CASE NO. 2:05-CV-1026-ID-CSC

EXHIBIT C

## AFFIDAVIT

STATE OF ALABAMA

COUNTY OF MONTOMERY

CAROL LAMBERT, being duly sworn, deposed and says:

My name is Carol Lambert. Between 1998 and April 2002 I served as the bookkeeper for Montgomery Materials, LLC. As such, I would be familiar with the customers of Montgomery Materials, LLC within the 24 months prior to the effective date of the forced buy-out by The Concrete Company. From my personal knowledge, I can state that Simcala was never a customer of Montgomery Materials, LLC during that period including up and until April 2002 and that

Maddox Stone & Gravel was never a customer of Montgomery Materials, LLC. As of the time I left Montgomery Materials, LLC in April 2002.

*Carol Lambert* (signature)

CAROL LAMBERT

SWORN TO and subscribed before me this 13th day of July, 2006.

(Seal)

Notary Public
My Commission Expires: 10-29-06