IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| PLAINTIFF | |
| vs. | CASE NO. 2:05-CV-1026-ID-CSC |
| HARRY E. LAMBERT and CAROL'S CONTRACTING, INC., | EXHIBIT D |
| DEFENDANTS | |

**AFFIDAVIT**

STATE OF GEORGIA

COUNTY OF LOWDNES

JAMES BARTO (JIM) MADDOX, being duly sworn, deposed and says:

My name is Jim Maddox. I am the owner and president of Maddox Stone & Gravel, LLC in Valdosta, Georgia. That company is a stone and gravel broker. My company has been in operation about three years. The information set forth hereafter is based upon my personal knowledge.

Maddox Stone & Gravel has never purchased gravel, aggregate, or any other products from Harry Lambert. Maddox Stone frequently hires commercial trucking companies to haul materials since my company is not in the trucking

business. Maddox Stone & Gravel has, at times, arranged for Carol's Contracting, Inc., to transport gravel and/or stone Maddox Stone purchased from various other entities or individuals. I view Carol's Contracting as a commercial trucking company. I have never considered it to be in the sand and gravel business. It was always my understanding that Carol Lambert owned and operated Carol's Contracting.

My company is a customer of Alabama Gravel, LLC. It became a customer of Alabama Gravel after they began operations in 2005 because it was looking for additional suppliers of oversized gravel. To my knowledge, Harry Lambert has never owned any part of Alabama Gravel. I was unable to buy white fours or white oversize gravel from The Concrete Co. or Elmore Sand & Gravel, therefore, I began looking for additional sources of material.

Harry Lambert is a personal friend and I have talked to him numerous times. Although I have had contact with Harry Lambert since he left Montgomery Materials, LLC, I didn't consider any of our telephone communications to constitute engaging in the sand and gravel business. They were in the nature of social and personal calls. I used to work for Harry back when he ran Lambert Sand & Gravel in the early '90s.

I stopped by to visit with Harry and Carol which was on my route from Martin Marietta Quarry in Sylacauga, Alabama where I had been looking for white

marble chips. In talking with Harry I told him that my suppliers of white fours and white oversized gravel had dried up and I was looking for new sources of white materials. I asked Harry if he knew where I might buy some of these materials. He suggested Cash Sand & Gravel at Maplesville, Alabama, Elmore Sand & Gravel or Alabama Gravel at which time I stated that I had already spoken with Cash Sand & Gravel and Elmore Sand & Gravel. I then asked Harry directions to Alabama Gravel's Independence pit. I went there the following morning and spoke with Robert Alexander. He informed me that I should see him at another time. That evening, I met with Robert and made arrangements to purchase his white oversized. The next day I spoke with Carol's Contracting and got a price and made an agreement to start hauling material to railroad siding in Montgomery.

To my knowledge, Harry Lambert did not act as a broker, agent, or salesman for any entity engaged in the sand and gravel business (including Alabama Gravel) between April 2002 and January 2006. Harry Lambert has certainly never sold sand and gravel to my company or arranged for it to buy such materials at any time. I have never personally purchased sand or gravel from any company Harry was affiliated with since he left Montgomery Materials, LLC in 2002. I also recall several occasions when Harry Lambert told me that he could not go into the sand and gravel business after he left Montgomery Materials in April 2002.

3

Maddox Stone & Gravel was never a customer of Montgomery Materials, LLC.

JAMES BARTOW (JIM) MADDOX

SWORN TO and subscribed before me this 8th day of September, 2006.

(Seal)

Notary Public
My Commission Expires:

4