IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| PLAINTIFF | |
| vs. | CASE NO. 2:05-CV-1026-ID-CSC |
| HARRY E. LAMBERT and CAROL'S CONTRACTING, INC., | |
| DEFENDANTS | |

EXHIBIT E

## AFFIDAVIT

STATE OF GEORGIA

COUNTY OF COBB

RANDOLPH C. (RANDY) WILLINGHAM, being duly sworn, deposed and says:

My name is Randy Willingham. I am the owner and president of Willingham Stone Company. I am also a co-owner of Agg-Tran LLC and Sand Rock Transit Inc. Robert Alexander Sr. is a co-owner of these companies. The information set forth hereafter is based upon my personal knowledge.

Willingham Stone has not purchased gravel, aggregate, or any other products from Harry Lambert since April 2002 when he worked at Montgomery Material, LLC. It has, at times, arranged for Foshee Trucking and Carol's

Contracting, Inc. – which I understand to be a trucking company – to transport materials Willingham Stone purchased from various other suppliers. Harry Lambert actually drove the majority of the time Willingham Stone was serviced by these trucking companies. It was always my understanding that Carol Lambert owned and operated Carol's Contracting. I have never considered Carol's Contracting to be anything other than a commercial trucking company. I would never consider it to be in my business or the sand and gravel business. My companies are not in the trucking business.

Although I have had some contact with Harry Lambert since he left Montgomery Materials, LLC, I would not consider any of our communications to involve engaging in the sand and gravel business by Harry Lambert. To my knowledge, Harry Lambert did not act as a broker, agent, or salesman for any entity engaged in the sand and gravel business between April 2002 and January 2006. I have never asked Harry Lambert to buy or sell sand and gravel for me or my company or to facilitate any transaction regarding sand or gravel.

I also recall several occasions when Harry Lambert told me that he could not go into the sand and gravel business after he left Montgomery Materials in April 2002. Most of our conversations while he was under his non-compete were purely related to trucking issues because the loads he hauled for me through the above trucking companies were difficult, as they were mostly single loads going

primarily to South Florida and Louisiana. I know of nothing Harry has done to violate any non-compete agreement he had with TCC after he left Montgomery Materials, LLC. until it expired in January 2006. I was personally impressed that Harry honored the agreement. I have told lawyers for TCC that I would be glad to give a deposition, but that my testimony wouldn't help their case because I really don't know anything that would indicate that Harry violated the non-compete agreement.

Willingham Stone is not a customer of Alabama Gravel, LLC, but I do know Robert Alexander Sr. because we are business partners. I've never met Robert's partner or been to Independence, AL.

I was asked by Frank Foley and Hugh Sorrells to sign a contract to buy all my sand from Foley Materials Co. for the next several years. I declined the offer because I did not want to sign such a contract with anyone and have never signed a purchase agreement for sand and gravel. Harry Lambert had nothing to do with that decision. I don't even remember talking with him about it until after I heard Foley had sued him.

*[signature]*

RANDOLPH C. (RANDY) WILLINGHAM

SWORN TO and subscribed before me this 14 day of September 2006.



_____
Notary Public
My Commission Expires: 8/3/2009