IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| PLAINTIFF, | |
| vs. | CASE NO. 2:05-CV-1026-ID-CSC |
| HARRY E. LAMBERT and CAROL'S CONTRACTING, INC., | |
| DEFENDANTS. | EXHIBIT F |

## AFFIDAVIT

STATE OF ALABAMA

COUNTY OF AUTAUGA

MIKE GENTRY, being duly sworn, deposed and says:

My name is Mike Gentry. I own property that was mined by Alabama Gravel, LLC, in Independence, Alabama between April 2005 and when operations stopped this year. The information set forth hereafter is based upon my personal knowledge.

I am the president and owner of Gentry Ready Mix, a ready-mix concrete company. I have never purchased gravel, aggregate, or any other products from Harry Lambert since April 2002. I agreed to let Alabama Gravel mine a pit that I

own in Independence, Alabama in 2005 so Alabama Gravel could mine it for white, oversized gravel and give me any sand and smaller gravel they produced for my concrete business. My primary contact with Alabama Gravel has always been Robert Alexander. Basically, Mr. Alexander and I agreed that he could use my plant on the property and mine it for white, oversized gravel at no charge. Alabama Gravel would pay the electric bill for the plant and reclaim the property at no cost to me. I kept the sand and the smaller gravel for my concrete company. Harry Lambert did not negotiate the deal or participate in the negotiations. To my knowledge, Harry Lambert has never worked for Alabama Gravel. To my knowledge, he was not affiliated with Alabama Gravel in any way. I met Alexander when he was looking at some old equipment of mine for use in some plant he was looking at buying in north Alabama. Harry Lambert was helping Alexander on that North Alabama project somehow.

I would not be inclined to do business with Mr. Foley or any of his companies as they have been direct competitors of my concrete business. I would not lease to a company Foley used.

Although I have had some contact with Harry Lambert since he left Montgomery Materials, I would not consider any of our communications to constitute his working in the sand and gravel business. To my knowledge, Harry Lambert did not act as a broker, agent, or salesman for any entity engaged in the

sand and gravel business (including Alabama Gravel) between April 2002 and January 2006, except, perhaps, when he was helping Alexander on some project in north Alabama. Harry Lambert has certainly not sold sand and gravel to me since April 2002. I also recall several occasions when Harry Lambert told me that he could not go into the sand and gravel business after he left Montgomery Materials in April 2002.

_____
MIKE GENTRY

SWORN TO and subscribed before me this 5 day of September, 2006.

(Seal)

_____
Notary Public
My Commission Expires: 8-9-07