IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| PLAINTIFF, | |
| vs. | CASE NO. 2:05-CV-1026-ID-CSC |
| HARRY E. LAMBERT and CAROL'S CONTRACTING, INC., | |
| DEFENDANTS. | |

EXHIBIT G

## AFFIDAVIT

STATE OF ALABAMA

COUNTY OF MONTGOMERY

CARL A. (ALLEN) KING, being duly sworn, deposed and says:

My name is Allen King. I am a self-employed electrical contractor. The information set forth hereafter is based upon my personal knowledge. I know Harry Lambert and consider him a friend. We talk all the time about things we like – like football and mutual friends, etc.

My company does contracting work for various sand and gravel companies. Since Harry left Montgomery Materials, LLC, my company has never done any work for Harry Lambert. I have not done any contracting work at the direction of

Harry Lambert or Carol Lambert, nor has my company. My company has certainly never purchased gravel, aggregate, or any other products from Harry Lambert.

I was initially hired by Robert Alexander or Rex Dasinger to do maintenance work on an Alabama Gravel operation in Independence, Alabama sometime in 2005. Later, I was hired by Alabama Gravel, LLC, to build a sand and gravel plant in Deatsville, Alabama. Specifically, Robert Alexander of Alabama Gravel approached me about building the Deatsville plant, and we worked out an agreement for me to build the plant for Alabama Gravel. I never had any dealings with Harry Lambert related to the Deatsville plant until sometime in 2006. It was my understanding that I was working for Alabama Gravel and that Harry Lambert had no involvement with that project whatsoever until sometime after April of this year. Harry Lambert visited the site occasionally. While working on the Independence, Alabama location, there were occasions when I would have to borrow his phone to make calls since he had good reception. I would have called companies like Southern Steel to order materials with Harry's phone.

I have never told anyone that I was building the Deatsville plant for Harry Lambert or that it was Lambert's plant. Lambert's only real involvement with the plant – to my knowledge – began this year.

Although I have had a lot of contact with Harry Lambert since he left Montgomery Materials, I would not consider any of our communications to

involve his being in the sand and gravel business until he started working on the plant sometime in 2006. To my knowledge, Harry Lambert did not act as a broker, agent, or salesman for any entity engaged in the sand and gravel business between April 2002 and January 2006. Harry Lambert has certainly never sold sand and gravel to me or my company. I also recall several occasions when Harry Lambert told me that he could not go into the sand and gravel business after he left Montgomery Materials in April 2002. I know of no facts that would indicate he violated that agreement.

_____
CARL A. (ALLEN) KING

SWORN TO and subscribed before me this 6th day of Sept., 2006.

(Seal)

_____
Notary Public
My Commission Expires:

NOTARY PUBLIC
OFFICIAL SEAL
STACEY L. DAVIS
ALABAMA AT LARGE
My Commission Expires 9/10/2008