IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| PLAINTIFF, | |
| vs. | CASE NO. 2:05-CV-1026-ID-CSC |
| HARRY E. LAMBERT and CAROL'S CONTRACTING, INC., | |
| DEFENDANTS. | |

## AFFIDAVIT

EXHIBIT H

STATE OF GEORGIA

COUNTY OF FULTON

MIKE HONG, being duly sworn, deposed and says:

My name is Mike Hong. I am a sales representative of Crest Capital & Leasing. The information set forth hereafter is based upon my personal knowledge.

To my knowledge, Crest Capital has never purchased gravel, aggregate, or any other products from Harry Lambert. Crest Capital has no records of Harry Lambert, Carol Lambert, Carol's Contracting, Inc., Alabama Gravel, LLC, or The Concrete Company. To my knowledge, Harry Lambert did not act as a broker,

agent, or salesman for any entity engaged in the sand and gravel business between April 2002 and January 2006. Harry Lambert has certainly never sold sand and gravel to me or my company.

Harry Lambert has not arranged for the leasing of any equipment through Crest Capital since he was with Montgomery Materials, LLC. The fax attached hereto was not dated recently. It was requested and faxed in December 2005 but it pertains to communications back when Harry Lambert was with Montgomery Materials, LLC.

Crest Capital was never a customer of Montgomery Materials, LLC.

_____
MIKE HONG

SWORN TO and subscribed before me this 14TH day of SEPTEMBER 2006.

(Seal)
THERESA BRIDY
Notary Public
Cobb County
State of Georgia
My Commission Expires Oct 11, 2008

_____
Notary Public
My Commission Expires:

2