UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY, | ) | |
| PLAINTIFF, | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 2:05-CV-1026-ID-CSC |
| HARRY E. LAMBERT, and CAROL'S CONTRACTING, INC., | ) | |
| DEFENDANTS. | ) | EXHIBIT I |

## DECLARATION OF MACK E. TILLEY

I, MACK E. TILLEY, do hereby declare the following:

1. My name is Mack E. Tilley, and I am commonly known as "Mack." I am over the age of twenty-one (21) and suffer from no legal disability. I have personal knowledge of the facts stated herein, and they are true. I voluntarily make this declaration to be used for any lawful purpose.

2. I am a lifelong resident of Bartow County, Georgia, which is located in northwestern Georgia. I also own and operate an equipment business and salvage yard in Bartow County. The equipment I buy and sell is usually large, stationary machinery used in manufacturing, mining, and mineral processing.

3. I routinely buy and sell used equipment throughout the United States and Canada, and occasionally buy and sell equipment outside North America. I frequently buy and sell equipment in the State of Alabama, and have done so for more than ten (10) years.

4. I personally know Harry Lambert, and first met him approximately 2-3 years ago. Neither my company nor I have ever sold Harry Lambert any equipment, and neither my company nor I have ever utilized him as a broker or paid him money for a commission. Mr. Lambert never paid money to the company or me. I have no knowledge of Mr. Lambert being in the sand and gravel business in 2005.

5. I sold an Alabama-based company named Alabama Gravel some used equipment in or about April or May 2005.

6. I have traveled from my home county to Montgomery, Alabama on many occasions, and have shipped equipment to and from Montgomery and the surrounding area. I am highly

familiar with the routes by which one may travel between Montgomery and Bartow County, Georgia. Based upon my personal travel and experience paying for and making freight shipments to and from the Montgomery area, I know that my business is located considerably more than 60 miles from Montgomery.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 2 day of 10, 2006.

Mack E. Tilley