

# STATE OF ALABAMA
ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

EXHIBIT K

JIM SULLIVAN, PRESIDENT
JAN COOK, ASSOCIATE COMMISSIONER
GEORGE C. WALLACE, JR., ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.
SECRETARY



STATE OF ALABAMA    )
                    )
MONTGOMERY COUNTY   )

    I, Walter L. Thomas, Jr., do hereby certify that I am Secretary of the Alabama Public Service Commission, and I do further certify that The Concrete Company and Foley Materials are not certified to conduct business in the state of Alabama.

    I do further certify that I, as Secretary of the Alabama Public Service Commission, am the official custodian of its books, records, and seal, and the proper officer to make and certify copies of such books and records, and that the foregoing copy of such record is duly authenticated, and that this attestation is in due form and that the seal hereto affixed is the official seal of said Commission.

    IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the official seal of the Alabama Public Service Commission at Montgomery, Alabama, on this the 3rd day of October 2006,

                                                   Walter L. Thomas, Jr., Secretary
                                                   Alabama Public Service Commission