IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On September 19, 2006, the plaintiff filed a motion to additional discovery (doc. 77). Discovery is presently stayed pending resolution of the pending motions for summary judgment. (Doc. # 73). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to for additional discovery (doc. 77) be and is hereby DENIED without prejudice and with leave to refile upon resolution of the motion for summary judgment.

Done this 16th day of October, 2006.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE