IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| Plaintiff, | * |
| v. | * Case No.: 2:05-cv-01026-CSC |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * |
| Defendants. | * |

**MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE**

Plaintiff, The Concrete Company ("TCC"), moves the Court to extend the dispositive motion deadline for a period of eight weeks, from October 27, 2006, until December 27, 2006 upon the following grounds:

The Court may modify its Scheduling Order pursuant to *Federal Rule of Civil Procedure* 16(b) for good cause. TCC submits that the following assertions establish good cause for its requested extension.

1. The Complaint in this case was filed on October 25, 2005.

2. On July 18, 2006, the Court entered an amended Scheduling Order vacating its previously entered Scheduling Order and setting the dispositive motion deadline on October 27, 2006.

3. This case is scheduled for trial beginning February 27, 2006.

4. The parties have engaged in discovery, but important discovery relevant to TCC's anticipated motion for summary judgment remains to be conducted.

5. On August 8, 2006, the Court heard oral arguments on Defendants' Motion to Stay Discovery. At the hearing, the Court granted TCC the right to take the depositions of Harry

172891.1

Lambert and Carol's Contracting, Inc. but required TCC to seek leave before conducting additional discovery. The Court further advised TCC that it would extend the dispositive motion deadline, if requested. See Minutes from August 8, 2006 hearing attached as Exhibit A.

6. On September 19, 2006, TCC filed a Motion for Additional Discovery, seeking leave to conduct additional discovery relevant to its anticipated summary judgment motion. On October 16, 2006, the Court denied TCC's motion pending its resolution of Defendants' motions for summary judgment. Upon resolution of Defendants' motions for summary judgment, TCC was granted leave to re-file its Motion for Additional Discovery.

7. Because additional discovery is necessary to TCC's anticipated motion for summary judgment, and because TCC is precluded from engaging in additional discovery until the Court resolves Defendants' pending motions for summary judgment[1], TCC requests an eight week extension of the dispositive motion deadline.

8. Extending the dispositive motion deadline will not affect any other currently set deadlines in this matter.

WHEREFORE, PREMISES CONSIDERED, TCC respectfully requests that the Court enter an Order extending the dispositive motion deadline for a period of eight weeks, until December 27, 2006.

Respectfully submitted this the 19th day of October, 2006.

/s/Robin G. Laurie
One of the Attorneys for Plaintiff The Concrete Company

OF COUNSEL:

---

[1] This is, of course, assuming that the Court allows TCC to conduct additional discovery in the event that it resolves Defendants' motions for summary judgment in favor of TCC.

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

/s/ Robin G. Laurie
OF COUNSEL