IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | &#124; |
| | &#124; |
|    PLAINTIFF, | &#124; |
| | &#124; |
| vs. | &#124;  CASE NO. 2:05-CV-1026-CSC |
| | &#124; |
| HARRY E. LAMBERT, | &#124; |
| CAROL'S CONTRACTING, | &#124; |
| INC., and ALABAMA GRAVEL, | &#124; |
| LLC, | &#124; |
| | &#124; |
|    DEFENDANTS. | &#124; |

## DEFENDANTS'
## JOINT MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Harry E. Lambert (hereinafter "Lambert") and Carol's Contracting, Inc. (hereinafter "Carol's Contracting") and, in addition to their pending Motions for Summary Judgment [Docs. 39 & 41], jointly move this Court for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 on the ground that based upon undisputed material facts, defendants are entitled to judgment in their favor as a matter of law as to the claims of The Concrete Company (hereinafter "TCC"). In support of the joint motion, in addition to the pleadings Defendants would rely upon the following exhibits filed previously filed with the Court:

1.    Doc. 1, Exhibit A: The Agreement in question.

2. Doc. 35, Exhibit D.

3. Doc. 39, Exhibit C: Deposition of Horrell Sorrel.

4. Doc. 39, Exhibit D: Bill of Sale.

5. Doc. 39, Exhibit E.

6. Doc. 39, Exhibit F: Affidavit of Carol Lambert.

7. Doc. 39, Exhibit G.

8. Doc. 47, Exhibit A.

9. Doc. 47, Exhibit C: Affidavit of Richard Wymer.

10. Doc. 51, Exhibit C.

11. Doc. 51, Exhibit D: Consulting Agreement.

12. Doc. 74: Release.

13. Doc. 77, Exhibit A

14. Doc. 77, Exhibit M.

15. Doc. 83, Exhibit A: ADEM Transfer.

16. Doc. 83, Exhibit B

17. Doc. 83, Exhibit C.

18. Doc. 83, Exhibit D: Affidavit of Jim Maddox.

19. Doc. 83, Exhibit E: Affidavit of Randy Willingham.

20. Doc. 83, Exhibit F: Affidavit of Mike Gentry.

21. Doc. 83, Exhibit G.

22. Doc. 83, Exhibit H

23. Doc. 83, Exhibit J.

24. Doc. 83, Exhibit K: PSC Document.

25. Doc. 83, Exhibit G: Affidavit of Allan King.

Defendants would attach to this motion the following additional exhibits:

1. Exhibit A: Affidavit of Harry Lambert.

2. Exhibit B: Deposition of Harry Lambert.

3. Exhibit C: Affidavit of Neil Fuller.

4. Exhibit D: Affidavit of Sam Estock.

5. Exhibit E: Affidavit of Paul Fields.

6. Exhibit F: Deposition of Danny Luster.

7. Exhibit G: Deposition of David Tuten.

8. Exhibit H: Assignment of Limited Liability Company

9. Exhibit I: Insurance Declaration Page.

Defendants will shortly file a brief in support of this motion.

Respectfully submitted this 24th day of October 2006.

    _/s/ Dennis R. Bailey_____
    Dennis R. Bailey
    Bethany L. Bolger
    Attorneys for Defendant Harry E. Lambert
    and Carol's Contracting, Inc.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)
bbolger@rsjg.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 24th day of October 2006 which will forward same to:

> Robin G. Laurie, Esq.
> Griffin Lane Knight, Esq.
> Balch & Bingham, LLP
> 105 Tallapoosa Street, Suite 200
> Montgomery, Alabama   36104-3515
>
> Thomas Gristina, Esq.
> William Leonard Tucker, Esq.
> Page, Scrantom, Sprouse, Tucker & Ford
> Synovus Center, Third
> 1111 Bay Avenue
> Columbus, Georgia   31901

        _/s/ Dennis R. Bailey_____
        Of counsel