IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| PLAINTIFF | |
| vs. | CASE NO. 2:05-CV-1026-ID-CSC |
| HARRY E. LAMBERT and CAROL'S CONTRACTING, INC., | |
| DEFENDANTS | |

## AFFIDAVIT

STATE OF ALABAMA

COUNTY OF MONTGOMERY

NEIL FULLER, being duly sworn, deposed and says:

My name is Neil Fuller. I am the president and owner of Five Sand & Gravel, which was located in Cusseta, Alabama, a sand and gravel operation in Tysonville, Alabama, and Fuller Five, a trucking company. The information set forth hereafter is based upon my personal knowledge.

Five Sand & Gravel or Fuller Fuller Five Trucking Co. has never purchased gravel, aggregate, or any other products from Harry Lambert or Carol's Contracting, Inc. Fuller Five Trucking Co. at times arranged for Carol's

Contracting, Inc., to transport materials it purchased from various other entities or individuals. It was always my understanding that Carol Lambert owned and operated Carol's Contracting and that Harry Lambert did not exercise any control over Carol's trucking business. I always considered Carol's Contracting to be a trucking company. Trucking companies are not in the sand and gravel business.

Although I have had some contact with Harry Lambert since he left Montgomery Materials, LLC, I do not remember hearing him say anything indicating he was engaging in the sand and gravel business after he left Montgomery Materials, LLC. Prior to January 2, 2006, Harry Lambert and I never discussed going into business together. To my knowledge, Harry Lambert did not act as a broker, agent, or salesman for any entity engaged in the sand and gravel business between April 2002 and January 2006. Harry Lambert has certainly never sold sand and gravel to me or my company. I also recall several occasions when Harry Lambert told me that he could not go into the sand and gravel business after he left Montgomery Materials in April 2002.

Neither Five Sand & Gravel nor Fuller Five Trucking Co. was ever a customer of Montgomery Materials, LLC.

_____
NEIL FULLER

   SWORN TO and subscribed before me this ___15___ day of ___September___, 2006.

(Seal)
               _____
               Notary Public
               My Commission Expires: June 17, 2007