IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| PLAINTIFF | |
| vs. | CASE NO. 2:05-CV-1026-ID-CSC |
| HARRY E. LAMBERT and CAROL'S CONTRACTING, INC., | |
| DEFENDANTS | |

## AFFIDAVIT

STATE OF ALABAMA

COUNTY OF JEFFERSON

SAM ESTOCK, being duly sworn, deposed and says:

My name is Sam Estock. I am the owner of Southern Wire. The information set forth hereafter is based upon my personal knowledge.

I have known Harry Lambert for 15 years or longer. He was in the sand and gravel business until he left Montgomery Materials, LLC. He told me he was under a non-compete and to my knowledge he honored that agreement until recently in 2006 after he told me it had expired. I have recently been aware that he is taking steps to get back into the business. I know of nothing he was doing since

he left Montgomery Materials, LLC and up until sometime this year when he said the agreement expired that indicated to me he was engaging in the sand and gravel business or taking actions to go back into the business.

To my knowledge, Harry Lambert did not act as a broker, agent, or salesman for any entity engaged in the sand and gravel business between April 2002 and January 2006.

Although I have had many telephone conversations with Harry Lambert over the last few years, I would not consider any of our communications to constitute engaging in the sand and gravel business. They were social and personal in nature. I like to hunt and fish and Harry knows a lot of people. He helps me to get permission to hunt and fish so I speak with him often.

I have done business with Alabama Gravel as my company sells items used in that business. Any dealings with them have all been with Robert Alexander, not Harry Lambert. Alabama Gravel has been the entity that paid Southern Wire. Harry Lambert has not paid Southern Wire anything.

_____
SAM ESTOCK

SWORN TO and subscribed before me this 29th day of September 2006.

(Seal)

*Kay Lesley*
Notary Public
My Commission Expires: 10/21/09

2