FREEDOM COURT REPORTING

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE MIDDLE DISTRICT OF ALABAMA

3                  NORTHERN DIVISION

4

5    THE CONCRETE COMPANY,

6              Plaintiff,

7      versus                  2:05-CV-1026-D

8    HARRY E. LAMBERT, et al.,

9              Defendants.

| EXHIBIT F |
| --- |

10

11

12

13

14          * * * * * * * * * * * *

15

16          DEPOSITION OF DANNY LUSTER,

17    taken pursuant to stipulation and agreement

18    before Jackie Parham, Certified Shorthand

19    Reporter and Commissioner for the State of

20    Alabama at Large, in the law offices of Balch

21    & Bingham, 105 Tallapoosa Street, Montgomery,

22    Alabama, on Wednesday, the 29th day of March,

23    2006, commencing at approximately 1:30 p.m.

FREEDOM COURT REPORTING

Page 22

1    personally have that would indicate or
2    bear on the claim that Harry Lambert had
3    violated a Non-Compete Agreement that he
4    had with The Concrete Company by going
5    into the sand and gravel business in this
6    area before January 2, 2006, this past
7    year?
8    A.    All right.  Could you tell me specifically
9          what the Non-Compete Agreement was?
10   Q.    It's right here.  Look at -- Paragraph 8.4
11         is the one that pertains to Harry.
12              MR. BAILEY:  For the Record, I'm
13              showing the witness Exhibit
14              A to the Complaint.
15              THE WITNESS:  Right here?
16              MR. GRISTINA:  Yeah.
17   Q.    Take your time and read that.
18   A.    You may have to get him to read it to me.
19   Q.    Who?
20   A.    Thomas here.
21   Q.    Oh, okay.
22   A.    Way too many legal words in here.
23              MR. GRISTINA:  Before you answer

Page 23

1              that, I object to the form
2              of the question.
3         (Requested portion of Record
4          read by the Reporter)
5              MR. GRISTINA:  You can answer.
6    A.    I've actually seen Mr. Harry, you know,
7          out at one of our plants before.  I
8          actually seen him hauling a truck for us
9          -- well, not for us.  But I've actually
10         seen him come in and hauling material
11         before from one of our plants.  I mean, I
12         don't know if that -- I mean, I don't
13         understand this right here (indicating)
14         because I'm not a lawyer.  So I don't
15         understand all this legalese.
16              MR. BAILEY:  He's pointing to the
17              document.
18   A.    (Indicating).
19   Q.    Right.  That's fair enough.
20         But you have seen Mr. Lambert you say
21         "Haul from one of our plants?"
22   A.    Yes, sir.
23   Q.    Let me show you what we've previously

Page 24

1    marked as Exhibit 11 and ask you if those
2    tickets are dated at or around the time
3    you remember seeing him do that?
4    A.    On June something, 2002.
5    Q.    Yes, sir.
6    A.    That would be pretty close.  Yes, sir.
7    Q.    Do you recognize Harry's scribbling as the
8          truck driver who received those tickets?
9    A.    I can't say that I've ever seen Mr. Harry
10         sign anything.  So --
11   Q.    Do you recognize the signature of
12         Mr. Nunnally, who was the weigh master?
13   A.    I recognize Mr. Stanley Nunnally.  Yes,
14         sir.
15   Q.    What do those weight tickets indicate was
16         being delivered or picked up from
17         Montgomery Materials on those dates?
18   A.    This one says coarse sand.  The other one
19         says coarse sand and the other one says
20         coarse sand.
21   Q.    And what does the ticket indicate the
22         company buying the coarse sand or picking
23         it up is?

Page 25

1    A.    Foshee Trucking.
2    Q.    Are you familiar with that company?
3    A.    I know of them.  Yes, sir.
4    Q.    Do they send trucks to the plant now or --
5    A.    I don't know when the last time I've seen
6          a Foshee truck is.
7    Q.    The times that you saw Mr. Lambert
8          hauling, was it sand that you saw him
9          hauling, or do you know what was on the
10         truck?
11   A.    I don't know what was on the truck.  I
12         don't have x-ray eyes.  I can't see
13         through the side of it.
14   Q.    Okay.  Do you remember -- Can you describe
15         the truck?
16   A.    I believe it was a green Peterbilt, and he
17         actually had a trailer on it.
18   Q.    A dump trailer?
19   A.    Yes, sir.
20   Q.    Can you possibly remember what the name on
21         the side of the truck said?
22   A.    No, sir.
23   Q.    Was he actually driving the truck?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 26

1  A.  Yes, sir.
2  Q.  Did you see him leaving or coming in to
3      the pit?
4  A.  I was actually in the scale house when he
5      come in and got loaded.  And he got out of
6      the truck and come in and signed the
7      ticket.  We spoke just a few minutes, just
8      "Hey, how are you doing?"  Then he got
9      back in the truck and left.
10 Q.  For those events, then, you would have
11     signed the weight ticket?
12 A.  No, sir.  I would not sign the weight
13     ticket.
14 Q.  On that date when that happened who would
15     have signed the weight ticket for
16     Montgomery Materials?
17 A.  Mr. Stanley Nunnally.
18 Q.  Okay.  So you might have been there when
19     these actual tickets were signed that are
20     Defendant's Exhibit 11, possibly?
21 A.  These possible tickets, yes, sir.  I don't
22     remember the ticket number that was there
23     when Mr. Harry was there.  No, sir.

Page 27

1  Q.  Sure.  Did you see Mr. Harry there on
2      other occasions as a truck driver?
3  A.  Not necessarily Mr. Harry.  No, sir.  I
4      have seen some former employees that
5      worked for Montgomery Materials there on
6      occasion.  That would be Grady Parker and
7      John Parker that I was under the
8      impression worked for Mr. Harry.
9  Q.  Grady Parker?
10 A.  Yes, sir.
11 Q.  What gave you the impression that Grady
12     and John Parker worked for Mr. Harry?
13 A.  Because they said they did.
14 Q.  When was this?
15 A.  This was along about the same time.
16 Q.  Back in 2002?
17 A.  Yes, sir.
18 Q.  Were they truck drivers?
19 A.  They were for him, yes, sir.
20 Q.  They were truck drivers as far as you
21     knew?
22 A.  As far as I knew, yes, sir.
23 Q.  Were they driving the same color truck

Page 28

1      that Harry was driving?
2  A.  I can't remember exactly the color of the
3      truck.  But I know it was a tri-axle
4      truck.  I remember that.
5  Q.  Were you ever aware that Mrs. Lambert had
6      formed a trucking company called Carol's
7      Contracting?
8  A.  No, sir.
9  Q.  Who else was present that saw Harry come
10     in and sign -- or come in and do a weight
11     ticket, whatever you call it, the time you
12     were there?
13 A.  At the time I was there it was just me and
14     Mr. Stanley Nunnally.
15 Q.  Okay.  Did you find it in any way unusual
16     that Harry was driving a truck?
17 A.  No, sir.
18 Q.  When he was the manager of the company was
19     he a truck driver?
20 A.  I never seen him drive a truck.  No, sir.
21 Q.  Does the manager of Foley Materials drive
22     a truck routinely?
23 A.  By "the manager," who do you mean?

Page 29

1  Q.  Mr. Sorrell.
2  A.  No, sir.  Not to my knowledge.
3  Q.  Tell me what you can remember saying to
4      Harry Lambert or him saying to you when he
5      was there operating a truck.
6  A.  There's no way I can -- I mean, that's too
7      far back for me to remember exact
8      conversations.
9  Q.  Fine.  Is there anything about that you do
10     remember?
11 A.  I do remember seeing Mr. Harry and I do
12     remember speaking with him.
13 Q.  Was it just casual conversation?
14 A.  Yes, sir.  Just casual conversation.
15 Q.  Has anyone from Foley Materials or The
16     Concrete Company asked you about Harry
17     Lambert driving trucks other than their
18     lawyers?
19 A.  Me and Mr. Talley talked about it before.
20 Q.  When Mr. Talley was the manager?
21 A.  Yes, sir.
22 Q.  What did you and he talk about?
23 A.  We talked about that Mr. Talley had

8 (Pages 26 to 29)