EXHIBIT H

## ASSIGNMENT OF LIMITED LIABILITY COMPANY INTEREST AND INDEMNIFICATION

This April 10, 2002, MMC HOLDINGS, INC., an Alabama corporation (herein referred to as "Holdings"), for $344,556.00 to it in hand paid by THE CONCRETE COMPANY, a Georgia corporation (herein referred to as "Concrete"), the receipt of which is hereby acknowledged, hereby assigns to Concrete its fifty percent (50%) interest as a member in Montgomery Materials Company, L.L.C., an Alabama limited liability company (herein referred to as "MMC"), including all Governance Rights and Financial Rights. Holdings warrants that it owns the above described interest and that it is free and clear of all liens and encumbrances.

This assignment is made to implement the Judgment of the United States District Court for the Middle District of Alabama dated September 7, 2001 entering Summary Judgment in favor of Concrete and against Holdings, which was affirmed by the United States Court of Appeals for the Eleventh Circuit on March 21, 2002. Pursuant to the above described Judgment, the effective date of this assignment is January 2, 2001.

Concrete, in satisfaction of its obligations under Section 5.3(c) of the June 10, 1997 Agreement among MMC, Concrete, Holdings, Frank D. Foley, III, and Harry E. Lambert, hereby agrees to indemnify and defend Holdings and Harry E. Lambert (collectively the "Indemnitees") against, and hold Indemnitees harmless from, all claims, demands, suits, and judgments on Indemnitees' guaranties of liabilities of MMC and Indemnitees' other contractual obligations for liabilities of MMC, including reasonable attorney fees actually incurred, and including without limitation the liabilities of MMC described on Exhibit A attached hereto and made part hereof.

MMC HOLDINGS, INC.

Witness

By: _____
Harry E. Lambert
President

THE CONCRETE COMPANY

Witness

By: _____
Frank D. Foley, III
President

184070.3
C0593-123
chf

Page 1 of 1

EX "A" TO ASSIGNMENT, ETC.

Addresses For Monthly Payments

| LEASE OR PURCHASE | DATE DUE | PAID TO | PAYMENT AMOUNT | DESCRIPTION | PAYING FOR | DATE PAID | AMOUNT PAID | Payments Remaining After This one | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| PURCHASE | 1st | PREMIUM ASSIGNMENT CORP | $ 4,781.06 | 9 Payments Begin February 2002 | Insurance...GL-AUTO-EQUIP & UMB | | | 9 | |
| P.O. Box 3100 Tallahassee, Fla. 32315-3100 Account # 662390 | | | | | | | | | |
| PURCHASE | 1st | GMAC | $ 475.57 | 48 Months 07/01/01 | GMC Dump Trk # 3GDKC34G51M100856 | | | 38 | |
| P.O. Box 630071 Dallas, Texas 75263-0071 Account # 340-0596-11120 | | | | | | | | | |
| LEASE | 4th | NBC LEASING CO. | $ 2,896.74 | 32 Months 10/12/98 | Crane....P&H Model T-400 | | | 5 | |
| P.O. Box 11803 Birmingham, AL 35201 Account # 6500135-001 | | | | | | | | | |
| RENTAL | 8th | L.B. Smith | $ 3,562.50 | 36 Months 04/16/02 | Volvo Excavator EC460LC-C03445 | | | 33 | |
| P.O. Box 530403 Atlanta, GA 30353-0403 Account # 43175 | | | | | | | | | |
| PURCHASE | 10th | AMERICAN MINING INS. CO. | $ 5,100.00 | Appx | Workman's Comp Insurance | | | | |
| P.O. Box 660847 Birmingham, AL 35266-0847 Account # AMWC03593 | | | | | | | | | |
| PURCHASE | 11th | AMSOUTH | $ 501.28 | 60 Months 12/1/99 | 2019 GMC Pickup...A.Pi. | | | 31 | |
| Birmingham Indirect Reg Office - P.O. Box 11407 Birmingham, AL 35246-0019 Account # 9001194574 | | | | | | | | | |
| PURCHASE | 12th | COLONIAL BANK | $ 2,088.00 | 48 Months 051/01/00 | Champion Motor Grader 035686 | | | 12 | |
| P.O. Box 10624 Birmingham, AL 35202-0624 Account # N64134 | | | | | | | | | |
| PURCHASE | 12th | COWIN EQUIPMENT CO., INC. | $ 1,204.66 | 24 Months 05/12/00 | CP10 Pump 00063 | | | 8 | |
| LEASE | 13th | Cat Finance | $ 4,931.12 | 36 Months 12/13/01 | 980G Loader # 2KR4101 | | | 31 | |
| P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0188721-000 | | | | | | | | | |
| LEASE | 13th | Cat Finance | $ 4,964.29 | 36 Months 12/13/01 | Cat Truck # AFX182 | | | 31 | |
| P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0188727-000 | | | | | | | | | |
| LEASE | 15th | COLONIAL BANK | $ 1,902.00 | 36 Months 03/15/00 | 2 - Generators From Holt | | | 10 | |
| P.O. Box 10088 Birmingham, AL 35202 Account # 0478028437943 | | | | | | | | | |
| LEASE | 16th | VOLVO | $ 4,922.75 | 36 Months 05/14/00 | Volvo Excavator EC360LC-C030144 | | | 13 | |
| P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 006-0332473-003 | | | | | | | | | |
| LEASE | 16th | VOLVO | $ 5,378.45 | 36 Months 06/14/00 | A25C Volvo Trucks 81782 | | | 13 | |
| P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 006-0332473-002 | | | | | | | | | |
| LEASE | 16th | VOLVO | $ 5,378.45 | 36 Months 06/14/00 | A25C Volvo Trucks 81781 | | | 13 | Excavator $4,922.75 Both Trucks $5,378.45 Each Total 15,679.65 |
| P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 006-0334473-002 | | | | | | | | | |

1 OF 2

EX A TO ASSIGNMEN.

Addresses For Monthly Payments

| Type | | Payee | Address | Amount | Term | Description | Months Left |
|---|---|---|---|---|---|---|---|
| PURCHASE | 17th | AMSOUTH | Birmingham Indirect Reg Office - P.O. Box 11407 Birmingham, AL 35246-0019 Account # 9001036144 | $ 607.58 | 48 Months 07/17/99 | 1999 GMC Pickup...C-Pit | 14 |
| LEASE | 18th | Volvo | P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 502-0332473-004 | $ 4,866.38 | 16 Months 1/17/02 | A&C Volvo Truck # 336RV13174 | 33 |
| LEASE | 19th | CAT FINANCE | P.O. Box 905561 Charlotte, NC 28290-5561 Account # 016430-000 | $ 5,467.25 | 36 Months 04/26/01 | BHJG Loader # 2XR04107 | 23 |
| Purchase | 22nd | CIT Equipment Financing | CIT Group E/F File # 55003 Los Angeles, CA 90074-6603 Account # 90087351-001 | $ 1,238.69 | 84 Months 6/30/01 | CP10 Pickup 00058 | 12 |
| | 24th | COLONIAL BANK | | $ 616.80 | Own 75,914.88 Matures 07/24/02 | Loan For Oliver-Beal Royalty Payment | Interest |
| P.O. Box 10088 Birmingham, AL 35202 Account # 8024361654 | | | | $ 6,579.37 | 36 Months 01/21/00 | 345 BL Excavator 6B5N1186 | 8 |
| LEASE | 23rd | CAT FINANCE | P.O. Box 905561 Charlotte, NC 28290-5561 Account # 01257-46-001 | $ 5,721.22 | 36 Months 01/21/00 | 811G Loader 2XR00421 | 8 |
| P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0125746-000 | | | | $ 908.68 | 24 Months 01/25/00 | 2000 GMC Denali...Harry's | 0 Expires April 25th |
| LEASE | 26th | GMAC Smartlease | P.O. Box 630071 Dallas, Texas 75263-0071 Account # 340-3582-75777 | $ 3,112.46 | 54 Months 01/21/00 | Volvo ACL64B Truck 5120144 | 26 |
| PURCHASE | 26th | THE ASSOCIATES | P.O. Box 672032 Dallas, Texas 75267-2032 Account # 05-01-1190-13-4237-8 | $ 3,112.41 | 54 Months 01/21/00 | Volvo ACL64B Truck 5120045 | 26 |
| LEASE | 26th | THE ASSOCIATES | P.O. Box 672032 Dallas, Texas 75267-2032 Account # 05-01-5190-13-4238-0 | | | | |
| PURCHASE | 26th | | P.O. Box 672032 Dallas, Texas 75267-2032 | $ 80,135.20 | | | $0.00 |

CLOSING STATEMENT

SELLER: MMC HOLDINGS, INC.

BUYER: THE CONCRETE COMPANY

PROPERTY: MONTGOMERY MATERIALS COMPANY, LLC 50% MEMBERSHIP INTEREST

DATE: APRIL 9, 2002, EFFECTIVE AS OF JANUARY 2, 2001

| | |
|---|---:|
| CASH PRICE: | $500,000.00 |
| LESS: Net Income Adjustment | -71,707.00 |
| Inventory Adjustment | -83,737.00 |
| ADJUSTED CASH PRICE TO MMC HOLDINGS, INC. | $344,556.00 |
| LESS: Sasser, Littleton, & Stidham, PC (Estimated fees and expenses) | 4,650.00 |
| LESS: PAYMENTS BY MMC HOLDINGS, INC. FOR OTHERS Account Receivable of Harry E. Lambert to Montgomery Materials Company, LLC | -36,166.06 |
| NET CASH TO MMC HOLDINGS, INC. | $303,739.94 |

Approved.

THE CONCRETE COMPANY

By: _____
Frank D. Foley, III
President

MMC HOLDINGS, INC.

By: _____
Harry E. Lambert
President

184071v2
C0593-123
chf                    Page 1 of 1