# ACORD. CERTIFICATE OF LIABILITY INSURANCE

OP ID CB: CAROL-7
DATE (MM/DD/YYYY): 10/05/06

**PRODUCER**
Jinright-Turner Insurance, Inc.
P. O. Box 230308
Montgomery AL 36123-0308
Phone: 334-272-1200  Fax: 334-277-6114

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE** — NAIC #

**INSURED**
Carol's Contracting, Inc. Corp
541 Gunnells Road
Deatsville AL 36122

INSURER A: Western World Insurance
INSURER B:
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS |
|---|---|---|---|---|---|---|
| | | GENERAL LIABILITY / COMMERCIAL GENERAL LIABILITY / CLAIMS MADE / OCCUR | | | | EACH OCCURRENCE $ / DAMAGE TO RENTED PREMISES (Ea occurrence) $ / MED EXP (Any one person) $ / PERSONAL & ADV INJURY $ / GENERAL AGGREGATE $ / PRODUCTS - COMP/OP AGG $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PROJECT / LOC | | | | |
| A | | AUTOMOBILE LIABILITY / ANY AUTO / ALL OWNED AUTOS / X SCHEDULED AUTOS / X HIRED AUTOS / X NON-OWNED AUTOS | TAP0030642 | 05/01/02 | 05/01/03 | COMBINED SINGLE LIMIT (Ea accident) $1,000,000 / BODILY INJURY (Per person) $ / BODILY INJURY (Per accident) $ / PROPERTY DAMAGE (Per accident) $ |
| | | GARAGE LIABILITY / ANY AUTO | | | | AUTO ONLY - EA ACCIDENT $ / OTHER THAN AUTO ONLY: EA ACC $ / AGG $ |
| | | EXCESS/UMBRELLA LIABILITY / OCCUR / CLAIMS MADE / DEDUCTIBLE / RETENTION $ | | | | EACH OCCURRENCE $ / AGGREGATE $ / $ / $ / $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY / ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU- TORY LIMITS / OTH- ER / E.L. EACH ACCIDENT $ / E.L. DISEASE - EA EMPLOYEE $ / E.L. DISEASE - POLICY LIMIT $ |
| A | | OTHER: Motor Truck Cargo | TAP0030642 | 05/01/02 | 05/01/03 | $5,000 Limit / $1,000 Deductible |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
2002 Peterbilt Dump S# 1NTAXBTX72NS81192

**CERTIFICATE HOLDER** — FOSHEET

Also as Additional Insured:
Foshee Trucking, Inc.
PO Box 3547
Montgomery, AL 36109

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  10  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE  *[signature] Linda R. Davis*

ACORD 25 (2001/08)    © ACORD CORPORATION 1988

2:05-cv-1026-C
7684-2
CCI 0101