IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THE CONCRETE COMPANY,** | \| |
| **PLAINTIFF,** | \| |
| vs. | \| CASE NO. 2:05-CV-1026-CSC |
| **HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC,** | \| |
| **DEFENDANTS.** | \| |

**DEFENDANTS'**
**MOTION TO CONTINUE STATUS/SCHEDULING CONFERENCE**

COME NOW Defendants Harry E. Lambert (hereinafter "Lambert") and Carol's Contracting, Inc. (hereinafter "Carol's Contracting") and jointly move this Honorable Court to reschedule the Status/Scheduling Conference set for 10:00 a.m. on November 7, 2006 (Doc. 88) and as grounds therefor would state as follows:

1. Counsel for Defendants has a hearing scheduled before the Alabama Department of Insurance beginning at 10:00 a.m. on November 7, 2006. Said hearing was set pursuant to an Order dated September 15, 2006.

2. Rescheduling the hearing referenced in paragraph 1 above would entail rearranging the schedules of the Commissioner of Insurance and

    two experts expected to testify who have already purchased tickets to travel from out-of-state.

3.     The undersigned counsel is most familiar with this case and it would not be beneficial to Defendants for someone else in this firm to attend the status/scheduling conference to represent their interests.

WHEREFORE, Defendants would pray that this Honorable Court reschedule the status/scheduling conference currently set for 10:00 a.m. on November 7, 2006. An earlier hearing date or time would be preferable or any date after November 7, 2006.

Respectfully submitted this 26th day of October 2006.

                                                              _/s/ Dennis R. Bailey_____
                                                              Dennis R. Bailey
                                                              Attorney for Defendant Harry E. Lambert
                                                              and Carol's Contracting, Inc.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)
bbolger@rsjg.com (e-mail)

**CERTIFICATE OF SERVICE**

    I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 26th day of October 2006 which will forward same to:

    Robin G. Laurie, Esq.
    Griffin Lane Knight, Esq.
    Balch & Bingham, LLP
    105 Tallapoosa Street, Suite 200
    Montgomery, Alabama   36104-3515

    Thomas Gristina, Esq.
    William Leonard Tucker, Esq.
    Page, Scrantom, Sprouse, Tucker & Ford
    Synovus Center, Third
    1111 Bay Avenue
    Columbus, Georgia   31901


                                        _/s/ Dennis R. Bailey_____
                                        Of counsel