IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE CONCRETE COMPANY,                )
                                     )
         Plaintiff,                  )
                                     )
v.                                   )        CIVIL ACTION NO.  2:05cv1026-CSC
                                     )
HARRY E. LAMBERT, *et al.*,          )
                                     )
         Defendants.                 )

**ORDER**

Upon consideration of the motion to continue or reschedule status/scheduling conference filed by the defendants, it is

ORDERED that the motion to continue be and is hereby GRANTED.  The status/scheduling conference presently set for 10:00 a.m. on November 7, 2006, be and is hereby RESET to 3:00 p.m. on November 14, 2006, in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 31st day of October, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE