# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 11/14/06 | AT | 2:56 p.m. to 3:08 p.m. |
| DATE COMPLETED: 11/14/06 | AT | FTR RECORDING |

THE CONCRETE COMPANY　　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　Plaintiff　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　　　　 *　　CASE NO. 2:05CV1026-CSC
　　　　　　　　　　　　　　　　　　*
HARRY E. LAMBERT, et al　　　　　　 *
　　　　　　　　　　　　　　　　　　*
　　　Defendant　　　　　　　　　　　*

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Griffin Lane Knight | * | Atty Dennis Bailey |
| Atty. Thomas F. Gristina | * | Atty. Bethany L. Bolger |
| Atty. William L. Tucker | * | |

COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON　　　　　　LAW CLERK: CORRIE LONG

( X ) OTHER PROCEEDINGS:　　***STATUS CONFERENCE***

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | Status/Scheduling Conf - 05cv1026-CSC | |
| **Date** 11/14/2006 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 2:56:07 PM | Court | Court convenes; parties present as noted; Discussions re: Motion for Summary Judgment filed and the second Motion for Summary Judgment filed last month on the 24th and the differences between the two motions; |
| 2:56:42 PM | Atty. Bailey | Response as to the differences between the motions; |
| 2:57:00 PM | Court | Question as to whether the court should deny first two motions as moot; |
| 2:57:16 PM | Atty. Bailey | Response; |
| 2:57:34 PM | Court | Response; |
| 2:57:40 PM | Atty. Bailey | Response ; |
| 2:57:58 PM | Court | Discussion as to motion for extenton of dispositive motion deadline filed by the Concrete Company; |
| 2:58:18 PM | Atty. Gristina | Response; |
| 2:58:46 PM | Court | Discussion re: response to the April motions for summary judgment; Will reset trial to June 07; lift all restictions on discovery; Discovery cutoff , a depositive motio cutoff and a deadline to file response to the second motion of summary judgment filed by Mr. Lambert and Carol's Contracting all at the end of February; At the end of Feb. all discovery should be completed, plaintiff's have a dispositive motion deadline and the plaintiff response to defts's motion for summary judgment will be due. |
| 3:00:51 PM | Atty. Tucker | The plaintiff's respons to the second motion will be due; |
| 3:00:57 PM | Court | The Order will make things clearer; |
| 3:01:01 PM | Atty. Bailey | Addresses the court as to the motion for extension of time; |
| 3:01:54 PM | Court | Response regarding the court's restriction of some of the discovery; |
| 3:02:55 PM | Atty. Bailey | Response; |
| 3:03:09 PM | Court | Plaintiff's have the right to do some discovery to respond to the motion for summary judgment; |
| 3:03:21 PM | Atty. Bailey | Have heard from them as to who they want to depose; |
| 3:03:39 PM | Court | Response; |
| 3:04:01 PM | Atty. Bailey | Response; |
| 3:04:41 PM | Court | Discussion as to Mr. Lambert's non-compete expired; |
| 3:04:57 PM | Atty. Gristina | Response; |
| 3:05:25 PM | Atty. Bailey | Response; |
| 3:06:00 PM | Court | Response; |
| 3:06:53 PM | Atty. Gristina | Response to allegations made; |
| 3:07:10 PM | Court | Response; |
| 3:08:03 PM | Court | Court is recessed. |