IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THE CONCRETE COMPANY,** | |
| **PLAINTIFF** | |
| vs. | CASE NO. 2:05-CV-1026-CSC |
| **HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC,** | *UNOPPOSED* |
| **DEFENDANTS** | |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Come now defendants Harry E. Lambert and Carol's Contracting, Inc. and jointly move to amend paragraph 6 of the new scheduling order [Doc. 92] entered November 15, 2006, to allow defendants until February 2, 2007, to supplement their pending motion for summary judgment with evidentiary materials gathered during the discovery which the Court has permitted. Counsel for TCC has been contacted and does not oppose the proposed amendment.

WHEREFORE, these defendants move this Honorable Court to be allowed to submit additional evidentiary materials in support of their pending motion for summary judgment on or before Feb. 2, 2007.

                /s/ Dennis R. Bailey
                Dennis R. Bailey
                Attorney for Defendants
                Harry Lambert and Carol's Contracting, Inc.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

### CERTIFICATE OF SERVICE

     I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 21st day of November, 2006, which will forward same to:

        Robin G. Laurie, Esq.
        Griffin Lane Knight, Esq.
        Balch & Bingham, LLP
        105 Tallapoosa Street, Suite 200
        Montgomery, Alabama   36104-3515

        Thomas Gristina, Esq.
        William Leonard Tucker, Esq.
        Page, Scrantom, Sprouse, Tucker & Ford
        Synovus Center, Third
        1111 Bay Avenue
        Columbus, Georgia   31901

                /s/ Dennis R. Bailey
                Of counsel