IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the November 22, 2006, unopposed motion to amend scheduling order (doc. # 93) filed by the defendants and defendant Lambert's motion for partial summary declaration judgment (doc. # 94). Upon consideration of the motions and for good cause, it is

ORDERED that the unopposed motion to amend scheduling order (doc. # 93) be and is hereby GRANTED and defendant Lambert's motion for partial summary declaration judgment (doc. # 94) be and is hereby DENIED.

Done this 29th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE