IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 2:05-cv-01026-CSC |
| | * | |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * | |
| | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF FILING EVIDENCE IN OPPOSITION TO
DEFENDANTS' JOINT SUMMARY JUDGMENT MOTION**

Plaintiff The Concrete Company, by counsel, hereby gives notice of filing evidentiary materials in opposition to Defendants' joint summary judgment consisting of the following:

1. The June 10, 1997 Agreement;

2. Transcript of the Deposition of Carol Lambert;

3. Transcript of the Deposition of Larry Speaks;

4. Transcript of Deposition of James Maddox;

5. Affidavit of David N. Gaddy;

6. Affidavit of Billy Stanley;

7. Affidavit of Frank Foley;

8. June 10, 1997 Employment Agreement;

9. Promissory Note and Supply Agreement;

10. Crest Capital Fax;

11. Affidavit of Mike Hong;

12. Transcript of Deposition of Mike Hong;

13. Closing Statement;

14. Assignment of Limited Liability Company Interest and Indemnification;

15. Document Entitled Assumed Debt of Montgomery Materials, LLC;

16. Transcript of Deposition of Frank Foley;

17. Foshee Trucking 1099's;

18. Transcript of Deposition of Harry Lambert;

19. Assorted Load Tickets Signed by Harry Lambert;

20. Defendant Lambert's Responses to Plaintiff's First Interrogatories;

21. Hugh Sorrell Telephone Affidavit;

22. Transcript of Deposition of Robert Becker;

23. Transcript of Deposition of David Tuten;

24. E-mail from James N. Walter to Thomas Gristina;

25. Transcript of Deposition of Rex Dasinger;

26. Calendar of Richard Wymer;

27. Transcript of Deposition of Richard Wymer;

28. Transcript of Deposition of Robert Alexander;

29. Transcript of Deposition of Howard Gentry;

30. Affidavit of Russ Ware;

31. Transcript of Deposition of Danny Luster;

32. Declaration of William P. Long;

33. Alabama Gravel Check;

34. Transcript of Deposition of Samuel Estock;

35. Southern Wire Deposition Documents;

36. Southern Wire Documents Produced in Response to First Subpoena;

37. Southern Wire Invoices Produced by Alabama Gravel;

38. Southern Steel Invoices;

39. Pond River Steel Invoice;

40. Pearce Pump Invoices;

41. Carol's Contracting Invoices;

42. Purchase Order Inquiry;

43. Transcript of Deposition of Eric Nix;

44. Affidavit of Hugh Sorrell;

45. Transcript of Deposition of Hugh Sorrell;

46. Bill of Sale from Parent to Wholly Owned Subsidiary;

47. Plaintiff's Responses to Defendant's Third Interrogatories;

48. Transcript of Deposition of William Boardwine; and

49. July 11, 2006 Settlement Agreement and Release.

This the 23rd day of February, 2007.

_____
One of the Attorneys for Plaintiff
The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2006, I served a copy of the foregoing Opposition To Defendants' Joint Summary Judgment, with accompanying Brief In Opposition To Defendants' Joint Summary Judgment and Notice Of Filing Evidence In Opposition To Defendants' Joint Summary Judgment, by hand-delivery to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

_____
OF COUNSEL