17. _Entire Agreement_. This Agreement and the exhibits attached hereto, constitute the entire agreement and understanding among the parties hereto and supersede and revoke any prior agreement or understanding relating to the subject matter of this Agreement.

18. _Beneficiaries; Assignment_. The rights and obligations of the parties hereto shall inure to the benefit of and shall be binding upon their respective heirs, personal representatives, successors, and assigns. Without in any way limiting the generality of the foregoing, a purchaser's rights and privileges hereunder may be assigned to any person, firm, organization, or corporation which is succeeding to any part or all of the business of the purchaser.

19. _Counterparts_. This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

20. _Captions_. The captions used in this Agreement are inserted for convenience only and shall not constitute a part hereof.

21. _Attorney Fees_. The prevailing party in any litigation with respect to this Agreement shall be reimbursed by the opposing parties for its reasonable attorneys fees and expenses incurred in connection with such litigation.

IN WITNESS WHEREOF, the undersigned parties have entered into and executed this Agreement under seal as of the day and year first above written.

MONTGOMERY, LLC:

MONTGOMERY MATERIALS COMPANY, LLC

By all its Members .

MMC HOLDINGS, INC.

By: _____
HARRY E. LAMBERT, President

THE CONCRETE COMPANY

By: _____
FRANK D. FOLEY, III, President

C0593-123
41024.1                              15

MONTGOMERY, INC.:

MMC HOLDINGS, INC.

By: _____

Title: HARRY LAMBERT, President


CONCRETE:

THE CONCRETE COMPANY

By: _____

FRANK D. FOLEY, III, President


FOLEY:

_____ (L.S.)

FRANK D. FOLEY, III


LAMBERT:

_____ (L.S.)

HARRY E. LAMBERT

## SCHEDULE OF EXHIBITS

Exhibit "A" - Transferred Assets

Exhibit "B" - Assumed Liabilities

Exhibit "C" - Combined Financial Statements of Montgomery Materials Company, Inc. and Beaver Rock, Inc. as of December 31, 1996

Exhibit "D" - Balance Sheet of Montgomery Materials Company, Inc. of April 30, 1997

Exhibit "E" - Legal Description of Ward Property

Exhibit "F" - Legal Description of Dozier Property

EXHIBIT "A"

TRANSFERRED ASSETS

The "Transferred Assets" consist of all of the assets used by Montgomery, Inc. in its sand and gravel business on the Effective Date, including cash, accounts receivable, machinery and equipment, buildings and improvements, automobiles, furniture and fixtures and other assets, all assets of Beaver Rock, Inc. (which were acquired by Montgomery, Inc. by merger after the Effective Date), all rights of Montgomery, Inc. as Lessee under equipment leases and the Mining Lease Agreement dated December 2, 1994 between SFP, Ltd., an Alabama Limited Partnership, and Beaver Rock, Inc., as Lessee, as assigned by Beaver Rock, Inc. to Montgomery, Inc., and which include, without limitations, the specific assets described on Exhibit A-1 attached hereto;

LESS AND EXCEPT accounts receivable in the face amount of $201,653, and that certain deposit on motor home in the amount of $20,000, which amounts have been determined as shown on Exhibit "A-2" attached hereto and made a part hereof, subject in all instances to adjustment as provided in Section 4.4 of the Agreement to which this Exhibit is attached.

C0593-123
42330.1

MONTGOMERY MATERIALS COMPANY, INC.
BEAVER ROCK, INC.
EQUIPMENT TRANSFERRED

1994 C-10 Chevy Pickup
1995 Chevy
John Deere Dozer
Caterpillar Dump Truck ( S/N 1HK00227)
Caterpillar Dump Truck ( S/N 1HK00157)
Caterpillar Wheelloader 966F
Caterpillar Generator 3406TA
Berkley Rupp Pump 16C2-F
2 A/C units for Dump Trucks
Various office equipment
Testing Lab
Scalehouse
Tool building
Lateral file cabinet
Computer
Computer network
Lateral file cabinet ( 5 drawer)
Office set-up
ML320T printer
Drafting Table
Water truck
Gorman Rupp Trash Pump
Berkley Water Pumps
Pipe
Dump Hopper
Welder & trailer
100' conveyor
Seiko 5 X 14 screen
O/S Conveyor
Pekor Sand Pump
Steel pipe
Linatex sand separator
Electrical switches and wire
Scales
Pekor sand pump
Land improvements
Retaining wall
Fuel tanks
980G Caterpillar Wheel Loader (S/N 2KB00501)      Leased
970F Caterpillar Wheel Loader (S/N 7SK00699)      Leased
330BL Caterpillar Hydraulic Excavator (S/N 6DR00472) Leased

**1997 Additions:**

Desk (Stern Brothers)
2 legal files (Stern Brothers)
2 Bookcases ( Stem Brothers)
Canon Multipass 2500 Fax printer (S/N UWJ11110)
Cardinal scales (Model #738 S/N 9508-46)
Collman Vantage Generator 7000 (Model #PM0477023
     S/N 74390019)
Gorman Rupp Pump (Model #16C2FL S/N 907086)
Gorman Rupp Pump (Model #16C2FL S/N 1070977)
Caterpillar Motor Grader (S/N 80C646)

EXHIBIT "A-1"

Exhibit A-2

### MONTGOMERY MATERIALS COMPANY, INC.
### BEAVER ROCK, INC.

**Tentative Change in Equity from 01-01-97 to 4-30-97:**

| | | |
|---|---|---|
| Combined stockholders' equity (S/E) at 12-31-96 per compiled financial statements | | $ (15,136) |
| Montgomery Materials, Inc. S/E at 04-3097 per compiled financial statements (monthly write-up) | $ 285,704 | |
| Beaver Rock, Inc. S/E at 04-30-97 (unchanged from 01-01-97) | (16,843) | |
| Elimination entry in connection with investment in lease | (62,344) | 206,517 |
| Net Change - tentative | | $ 221,653 |

LESS:

| | | |
|---|---|---|
| 1) Deposit on motor home not transferred | $ -20,000 |
| 2) Accounts Receivable not transferred | -201,653 |
| Combined stockholders' equity in Transferred Assets net of Assumed Liabilities | $ (15,136) |

41733.1

Exhibit "B"

## ASSUMED LIABILITIES

The Assumed Liabilities are all liabilities of MMC Holdings, Inc. and Beaver Rock, Inc. as of the Effective Date, in the amounts shown on Exhibit "D" of the Agreement to which this Exhibit is attached with respect to MMC Holdings, Inc., and, with respect to Beaver Rock, Inc., in amounts not significantly different from the amounts as of December 31, 1996.

# WPBB&B

## WILSON, PRICE, BARRANCO, BLANKENSHIP & BILLINGSLEY, P.C.

*Certified Public Accountants*
3815 Interstate Court, Third Floor
Montgomery, Alabama 36109

## FACSIMILE TRANSMITTAL COVER SHEET

**TRANSMIT TO:**

Name: _Charles Ford_

Company: _Page, Scranton_

Date: _6·04·97_ _____ Time: _____

Fax Number: _706-324-2835_

**TRANSMITTED FROM:**

Richard M. Stabler, C.P.A.

Phone: 334/271-2200

Sender's Direct Phone: 334/260-2377

Fax Number: 334/274-1577

Number of pages transmitted (including cover sheet): _30_

COMMENTS: _Chuck!_ _Please call me if we need to discuss._ _Rich_

If you do not receive all pages of this fax, or have trouble with this transmission, please call 334/271-2200.

UNLESS OTHERWISE INDICATED, THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, OR HIS/HER EMPLOYEE OR AGENT, YOU ARE NOT AUTHORIZED TO DISTRIBUTE OR COPY THIS COMMUNICATION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE. THANK YOU.

## EXHIBIT C

<u>**BEAVER ROCK, INC.**</u>
<u>**MONTGOMERY MATERIALS COMPANY, INC.**</u>

<u>**COMBINED FINANCIAL STATEMENTS**</u>

<u>**DECEMBER 31, 1996**</u>

**EXHIBIT   C**

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
DECEMBER 31, 1996

## TABLE OF CONTENTS

**PAGE**

Accountants' Compilation Report ................................................................1

Combined Balance Sheet ................................................................2

Combined Statement of Income................................................................3

Combined Statement of Retained Earnings ................................................................4

Combined Statement of Cash Flows................................................................5

Notes to Combined Financial Statements................................................................7

## SUPPLEMENTARY INFORMATION

Cost of Sales ................................................................12

General and Administrative Expenses ................................................................13

Combining Balance Sheet................................................................14-15

Combining Statement of Income ................................................................16

EXHIBIT C



## Wilson, Price, Barranco, Blankenship & Billingsley, P.C.
### Certified Public Accountants
### Montgomery, Alabama

Member
American Institute
Of Certified Public
Accountants

Member
Alabama Society
Of Certified Public
Accountants

To the Board of Directors
Beaver Rock, Inc.
Montgomery Materials Company, Inc.

We have compiled the accompanying combined balance sheets of Beaver Rock, Inc. and Montgomery Materials Company, Inc., as of December 31, 1996 and the related combined statements of income, retained earnings, cash flows and supplementary information for the year then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the representation of management. We have not audited or reviewed the accompanying combined financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

*Wilson, Price, Barranco, Blankenship & Billingsley, P.C.*

March 10, 1997

EXHIBIT C

**BEAVER ROCK, INC.**
**MONTGOMERY MATERIALS COMPANY, INC.**
COMBINED BALANCE SHEET
DECEMBER 31, 1996

### ASSETS

#### CURRENT ASSETS

| | |
|---|---:|
| Cash | $ 79,053 |
| Accounts receivable - trade | 181,533 |
| Accounts receivable - employees | 3,405 |
| Total current assets | 263,991 |

#### PROPERTY AND EQUIPMENT

| | |
|---|---:|
| Machinery and equipment | 871,077 |
| Buildings and improvements | 31,056 |
| Automobiles | 46,189 |
| Furniture and fixtures | 9,034 |
| | 957,356 |
| Less accumulated depreciation | 295,155 |
| Total property and equipment | 662,201 |

#### OTHER ASSETS

| | |
|---|---:|
| Loan costs | 6,113 |
| Total other assets | 6,113 |

| | |
|---|---:|
| **TOTAL ASSETS** | $ 932,305 |

EXHIBIT C

## LIABILITIES AND STOCKHOLDER'S EQUITY

### CURRENT LIABILITIES

| | |
|---|---:|
| Current portion of long-term debt | $ 347,649 |
| Accounts payable - trade | 156,772 |
| Loan from stockholder | 14,645 |
| Payroll taxes payable | 4,370 |
| Sales taxes payable | 666 |
|    Total current liabilities | 524,102 |

### OTHER LIABILITIES

| | |
|---|---:|
| Noncurrent portion of long-term debt | 423,339 |
|    Total other liabilities | 423,339 |

### TOTAL LIABILITIES

| | |
|---|---:|
| | 947,441 |

### STOCKHOLDER'S EQUITY

| | |
|---|---:|
| Capital stock | 2,000 |
| Additional paid-in capital | 150,965 |
| Retained earnings | 131,899 |
| Less treasury stock | (300,000) |

### TOTAL STOCKHOLDER'S EQUITY

| | |
|---|---:|
| | (15,136) |

### TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY

| | |
|---|---:|
| | $ 932,305 |

See accountants' compilation report and notes to combined financial statements.

2

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINED STATEMENT OF INCOME
FOR THE YEAR ENDED DECEMBER 31, 1996

| | |
|---|---:|
| **INCOME** | $ 2,889,279 |
| **COST OF SALES** | 1,906,453 |
| **GROSS PROFIT** | 982,826 |
| **OPERATING EXPENSES** | |
| General and administrative | 315,933 |
| Depreciation | 230,537 |
| Amortization | 175 |
| Total operating expenses | 546,645 |
| **INCOME FROM OPERATIONS** | 436,181 |
| **OTHER INCOME** | |
| Freight income | 23,722 |
| Interest income | 179 |
| Total other income | 23,901 |
| **OTHER EXPENSES** | |
| Interest | 153,564 |
| Loss on disposition of equipment | 71,270 |
| Total other expenses | 224,834 |
| **NET INCOME** | $ 235,248 |

See accountants' compilation report and notes to combined financial statements.

3

EXHIBIT   C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
## COMBINED STATEMENT OF RETAINED EARNINGS
## FOR THE YEAR ENDED DECEMBER 31, 1996

| | | |
|---|---|---:|
| **DEFICIT AT BEGINNING OF YEAR** | $ | (92,518) |
| Net income | | 235,248 |
| Distributions | | (10,831) |
| **BALANCE AT END OF YEAR** | $ | 131,899 |

See accountants' compilation report and notes to combined financial statements.

4

EXHIBIT C