# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINED STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 1996

### CASH FLOWS FROM OPERATING ACTIVITIES

| | |
|---|---:|
| Net income | $ 235,248 |
| Adjustments to reconcile net income to net cash provided by operating activities: | |
|   Depreciation | 230,537 |
|   Amortization | 175 |
|   Loss on disposition of equipment | 71,270 |
| Changes in assets and liabilities: | |
|   Accounts receivable | 48,277 |
|   Inventory | 113,217 |
|   Loan costs | (6,288) |
|   Accounts payable | (82,352) |
|   Payroll and sales taxes payable | (19,276) |
|   Other accrued liabilities | (2,261) |
| Net cash provided by operating activities | 588,547 |

### CASH FLOWS FROM INVESTING ACTIVITIES

| | |
|---|---:|
| Purchase of property and equipment | (218,161) |

### CASH FLOWS FROM FINANCING ACTIVITIES

| | |
|---|---:|
| Repayment of borrowings | (234,591) |
| Distributions to stockholder | (10,331) |
| Repayment of loans from stockholder | (77,410) |
| Repayment of loans to stockholder | 3,800 |
| Net cash used by financing activities | (318,532) |

| | |
|---|---:|
| NET INCREASE IN CASH | 51,854 |
| CASH AT BEGINNING OF YEAR | 27,199 |
| CASH AT END OF YEAR | $ 79,053 |

See accountants' compilation report and notes to combined financial statements.

5

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINED STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 1996

### SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION

Cash paid during the year for:

| | |
|---|---:|
| Interest | $ 153,564 |

### SCHEDULE OF NONCASH INVESTING AND FINANCING ACTIVITIES

| | |
|---|---:|
| Equipment purchased with long-term debt | $ 11,314 |
| Issuance of common stock | $ 1,000 |
| Purchase of treasury stock with long-term debt | $ 300,000 |
| Equipment contributed as additional paid-in capital | $ 150,000 |
| Trade-in of equipment and payoff of related long-term debt | $ 247,707 |

See accountants' compilation report and notes to combined financial statements.

6

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

---

1. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

   *Companies' Activities and Operating Cycle*

   The Companies are engaged in the sand and gravel mining business in Alabama and Georgia. The Company grants credit to customers substantially all of whom are contractors and businesses located in Alabama and Georgia.

   *Basis of Combination*

   The combined financial statements include the accounts of Beaver Rock, Inc. and Montgomery Materials Company, Inc., both of which are under common control and stock ownership. All intercompany transactions and balances have been eliminated in combination.

   *Property and Equipment*

   Property and equipment are recorded at cost. Depreciation is provided principally on the straight-line basis over the estimated useful lives of the various assets as follows:

   | | |
   |---|---|
   | Furniture and fixtures | 7 years |
   | Automobiles and trucks | 5 years |
   | Plant assets | 5 years |

   Total depreciation expense was $230,537 for 1996.

   Maintenance and repairs are charged against income when incurred. Significant additions are capitalized.

   The cost and accumulated depreciation of assets sold or retired are removed from the respective accounts. Any gain or loss from sale or retirement of property is reflected in income.

   *Loan Costs*

   Loan costs are being amortized on the straight-line basis over the life of the loan. The amount of amortization expense was $175 for 1996.

7


EXHIBIT

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

1. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

   *Income Taxes*

   Federal and State of Alabama income taxes are not payable by or provided for the Companies, since both corporations are S Corporations for income tax purposes. The sole stockholder of both companies is taxed individually on his share of the earnings.

   *Cash and Cash Equivalents*

   For the purposes of the combined statement of cash flows, the Companies consider all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents.

   *Use of Estimates in the Preparation of Financial Statements*

   The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

2. **LONG-TERM DEBT**

   Long-term debt as of December 31, 1996 consisted of the following:

   Payable by Beaver Rock, Inc.:

   Note payable to John Deere Credit:
   11.25% note payable in monthly installments of $2,830
   through December 1997, secured by equipment                        $    38,064

   Note payable to Nations Bank:
   10.5% note payable in monthly installments of $2,192 through
   December 2000, secured by real estate                                   85,368

   Note payable to GMAC:
   6.99% note payable in monthly installments of $462 through
   March 1998, secured by automobile                                         6,932

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

2. **LONG-TERM DEBT (Continued)**

   Payable by Beaver Rock, Inc.: (Continued)

   Note payable to GMAC:
   7.95% note payable in monthly installments of $510 through
   December 2000, secured by automobile                                         $   18,363

   Note payable to Caterpillar Finance:
   12% note payable in monthly installments of $7,000 through
   January 1998, secured by equipment                                               97,961

   Note payable to Orix Credit Alliance, Inc.:
   10.8% note payable in monthly installments of $4,491 through
   July 1999, secured by equipment                                                 139,221

   Note payable Thompson Tractor Co., Inc.:
   11.5% note payable in monthly installments of $1,368 through
   December 1998, secured by equipment                                              17,842

   Payable by Montgomery Materials Company, Inc.:

   Note payable to Colonial Bank:
   9.25% note payable in monthly installments of $3,210 through
   July 1998, secured by accounts receivable, inventory and
   equipment                                                                        56,620

   Note payable to Colonial Bank:
   9.25% note payable in monthly installments of $4,797 through
   November 1999, secured by real estate                                           150,000

   Note payable to former stockholder:
   7.5% note payable in monthly installments of $4,814 through
   May 2000, secured by personal guarantee of stockholder                          150,000

   Note payable to Cowin Equipment Company, Inc.:
   11.9% note payable in monthly installments of $943 through
   October 1997, secured by equipment                                               10,617

9

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

2. **LONG-TERM DEBT** (Continued)

| | |
|---|---:|
| Total long-term debt | $ 770,988 |
| Less current maturities of long-term debt | 347,649 |
| Long-term debt - noncurrent maturities | $ 423,339 |

Maturities of long-term debt are as follows:

| | |
|---|---:|
| 1997 | $ 347,649 |
| 1998 | 205,693 |
| 1999 | 166,403 |
| 2000 | 51,243 |

3. **CAPITAL STOCK**

Capital stock as of December 31, 1996 consists of the following:

| | Number of Shares | | |
|---|---|---|---|
| | Authorized | Issued and Outstanding | Par Value |
| Beaver Rock, Inc. | 1,000 | 1,000 | $ 1 |
| Montgomery Materials Company, Inc. | 20,000 | 100 | $ 10 |

On November 15, 1996, Montgomery Materials Company, Inc. purchased 50 shares of its stock at a cost of $300,000 from a stockholder pursuant to the Company's Stock Redemption Agreement.

During the year, equipment valued at $150,000 was contributed as paid-in capital.

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
NOTES TO COMBINED FINANCIAL STATEMENTS
DECEMBER 31, 1996

4. **OPERATING LEASES**

Montgomery Materials Company, Inc. is obligated under three leases for heavy machinery used in its mining operation. Minimum monthly rental payments under these leases are $7,516, $5,539 and $5,202, expiring May 31, 1999, March 31, 2000 and March 31, 2000, respectively.

Future minimum rentals due under these leases as of December 31, 1996, are as follows:

| Year | Amount |
|---|---|
| 1997 | $ 219,084 |
| 1998 | 219,084 |
| 1999 | 166,472 |
| 2000 | 32,223 |

5. **RELATED PARTY TRANSACTIONS**

Following is a summary of transactions and balances with a party related through ownership as of December 31, 1996.

| | |
|---|---|
| Loan from stockholder | $ 14,645 |

11

EXHIBIT C

# SUPPLEMENTARY INFORMATION

Case 2:05-cv-01026-CSC  Document 98-3  Filed 02/23/2007  Page 8 of 15

EXHIBIT C

## BEAVER ROCK, INC.
## MONTGOMERY MATERIALS COMPANY, INC.
COST OF SALES
FOR THE YEAR ENDED DECEMBER 31, 1996

| | |
|---|---:|
| Cost of purchased materials | $ 521,197 |
| Contract labor | 107,529 |
| Engineering | 4,701 |
| Equipment rental | 108,672 |
| Freight | 331,324 |
| Fuel | 160,140 |
| Gas and oil | 11,603 |
| Other expenses | 958 |
| Payroll taxes | 34,032 |
| Permits and fees | 4,893 |
| Repairs and maintenance | 285,077 |
| Salaries | 313,970 |
| Supplies | 22,357 |
| **Cost of sales** | **$ 1,906,453** |

See accountants' compilation report.

EXHIBIT C

## BEAVER ROCK, INC.
## MONTGOMERY MATERIALS COMPANY, INC.
GENERAL AND ADMINISTRATIVE EXPENSES
FOR THE YEAR ENDED DECEMBER 31, 1996

| | |
|---|---:|
| Auto expense | $ 9,200 |
| Employee benefits | 7,129 |
| Insurance | 76,056 |
| Miscellaneous | 16,700 |
| Office expense | 7,526 |
| Postage | 1,822 |
| Printing | 7,765 |
| Professional fees | 6,968 |
| Royalties | 149,805 |
| Taxes and licenses | 2,261 |
| Telephone | 19,874 |
| Travel and entertainment | 6,550 |
| Utilities | 4,277 |
| Total general and administrative expenses | $ 315,933 |

See accountants' compilation report.

13

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINING BALANCE SHEET
DECEMBER 31, 1996

| | Beaver Rock, Inc. | Montgomery Materials Company, Inc. |
|---|---:|---:|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash | $ 924 | $ 78,129 |
| Accounts receivable - trade | - | 181,533 |
| Accounts receivable - employees | - | 3,405 |
| Accounts receivable - related organization | 53,805 | - |
| Total current assets | 54,729 | 263,067 |
| **PROPERTY AND EQUIPMENT** | | |
| Machinery and equipment | 539,769 | 331,308 |
| Buildings and improvements | - | 31,056 |
| Automobiles | 46,189 | - |
| Furniture and fixtures | 685 | 8,349 |
| | 586,643 | 370,713 |
| Less accumulated depreciation | 239,818 | 55,337 |
| Total property and equipment | 346,825 | 315,376 |
| **OTHER ASSETS** | | |
| Investment in lease | - | 63,437 |
| Loan costs | - | 6,113 |
| Total other assets | - | 69,550 |
| **TOTAL ASSETS** | $ 401,554 | $ 647,993 |

EXHIBIT C

| | Total Before Eliminations | Eliminations | Combined Balance Sheet |
|---|---:|---:|---:|
| $ | 79,053 $ | - $ | 79,053 |
| | 181,533 | - | 181,533 |
| | 3,405 | - | 3,405 |
| | 53,805 | (53,805) | - |
| | 317,796 | (53,805) | 263,991 |
| | | | |
| | 871,077 | - | 871,077 |
| | 31,056 | - | 31,056 |
| | 46,189 | - | 46,189 |
| | 9,034 | - | 9,034 |
| | 957,356 | - | 957,356 |
| | 295,155 | - | 295,155 |
| | 662,201 | - | 662,201 |
| | | | |
| | 63,437 | (63,437) | - |
| | 6,113 | - | 6,113 |
| | 69,550 | (63,437) | 6,113 |
| $ | 1,049,547 $ | (117,242) $ | 932,305 |

See accountants' compilation report.

14

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINING BALANCE SHEET
DECEMBER 31, 1996

|  | Beaver Rock, Inc. | Montgomery Materials Company, Inc. |
|---|---:|---:|
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Current portion of long-term debt | $   233,996 | $   113,653 |
| Accounts payable - trade | - | 156,772 |
| Accounts payable - related organization | - | 53,493 |
| Loan from stockholder | 14,645 | - |
| Payroll taxes payable | - | 4,370 |
| Sales taxes payable | - | 666 |
| Total current liabilities | 248,641 | 328,954 |
| **OTHER LIABILITIES** | | |
| Noncurrent portion of long-term debt | 169,756 | 253,583 |
| Total other liabilities | 169,756 | 253,583 |
| **TOTAL LIABILITIES** | 418,397 | 582,537 |
| **STOCKHOLDER'S EQUITY** | | |
| Capital stock | 1,000 | 1,000 |
| Additional paid-in capital | - | 150,965 |
| Retained earnings | (17,843) | 213,491 |
| Less treasury stock | - | (300,000) |
| **TOTAL STOCKHOLDER'S EQUITY** | (16,843) | 65,456 |
| **TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY** | $   401,554 | $   647,993 |

EXHIBIT   C

|  | Total Before Eliminations | Eliminations | Combined Balance Sheet |
|---|---|---|---|
|  | $ 347,649 | $ - | $ 347,649 |
|  | 156,772 | - | 156,772 |
|  | 53,493 | (53,493) | - |
|  | 14,645 | - | 14,645 |
|  | 4,370 | - | 4,370 |
|  | 666 | - | 666 |
|  | 577,595 | (53,493) | 524,102 |
|  | 423,339 | - | 423,339 |
|  | 423,339 | - | 423,339 |
|  | 1,000,934 | (53,493) | 947,441 |
|  | 2,000 | - | 2,000 |
|  | 150,965 | - | 150,965 |
|  | 195,648 | (63,749) | 131,899 |
|  | (300,000) | - | (300,000) |
|  | 48,613 | (63,749) | (15,136) |
|  | $ 1,049,547 | $ (117,242) | $ 932,305 |

See accountants' compilation report.

15

EXHIBIT C

# BEAVER ROCK, INC.
# MONTGOMERY MATERIALS COMPANY, INC.
COMBINING STATEMENT OF INCOME
FOR THE YEAR ENDED DECEMBER 31, 1996

|  | Beaver Rock, Inc. | Montgomery Materials Company, Inc. |
|---|---:|---:|
| **INCOME** | $ 815,356 | $ 2,073,923 |
| **COST OF SALES** | 728,389 | 1,527,142 |
| **GROSS PROFIT** | 86,967 | 546,781 |
| **OPERATING EXPENSES** | | |
| General and administrative | 54,372 | 260,323 |
| Depreciation | 175,200 | 55,337 |
| Amortization | - | 6,738 |
| Total operating expenses | 229,572 | 322,398 |
| **INCOME FROM OPERATIONS** | (142,605) | 224,383 |
| **OTHER INCOME** | | |
| Freight income | - | 23,722 |
| Interest income | (155) | 334 |
| Equipment rental income | 348,152 | - |
| Gain on sale of lease | 70,000 | - |
| Total other income | 417,997 | 24,056 |
| **OTHER EXPENSES** | | |
| Interest | 129,449 | 24,116 |
| Loss on disposition of equipment | 71,270 | - |
| Total other expenses | 200,719 | 24,116 |
| **NET INCOME** | $ 74,673 | $ 224,323 |

EXHIBIT C