# Exhibit 3

# FREEDOM COURT REPORTING

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE MIDDLE DISTRICT OF ALABAMA
3  NORTHERN DIVISION
4
5  THE CONCRETE COMPANY,    )         **ORIGINAL**
6          Plaintiff,       )
7  vs.                      )  CASE NUMBER:
8  HARRY E. LAMBERT and     )  2:05-CV-1026-ID-CSC
9  CAROL'S CONTRACTING,     )
10 INC.,                    )
11         Defendants.      )
12
13         DEPOSITION OF LARRY SPEAKS
14         In accordance with Rule 5(d) of
15 The Alabama Rules of Civil Procedure, as
16 Amended, effective May 15, 1988, I, Cindy
17 Weldon, am hereby delivering to Thomas F.
18 Gristina, the original transcript of the
19 oral testimony taken on the 12th day of
20 January, 2007, along with exhibits.
21         Please be advised that this is the
22 same and not retained by the Court Reporter,
23 nor filed with the Court.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

Page 95

1  referenced in Defendant's Exhibit 2?
2      A.   No, sir.
3      Q.   Mr. Speaks, I take it that since
4  you've been doing environmental type work
5  with mining companies, that you have dealt
6  with a variety of companies in the sand and
7  gravel and rock quarry type of business?
8      A.   Yes, sir.
9      Q.   From your standpoint, would you
10 describe what you mean when you are talking
11 about the sand and gravel business.  What do
12 you mean when you say that?
13     A.   What is related to the work that I
14 do or the overall business aspects?
15     Q.   Yes.  Just in terms that a jury
16 can understand.  What would you describe for
17 them the sand and gravel business as you
18 have observed it as a consultant for
19 companies that conduct that type of
20 business?
21     A.   I guess I would define it or
22 describe it as a business that people get
23 into to remove sand and gravel from sites

FREEDOM COURT REPORTING

Page 96

1  that have sand and gravel located on them,
2  to do the grading, washing, cleaning, stock
3  piling of all that material and then selling
4  it to some client and in some cases, hauling
5  it to that client.
6          In some cases, they may not haul
7  it.  But that's the overall part of the
8  business.  Now, that can be expanded into
9  what we use sand and gravel for.  It's
10 generally used in making concrete.
11         That concrete goes into everything
12 from building roads to concrete bridges to
13 whatever related to concrete.  There are
14 other ways that that material is used.
15         It's also used in plant uses in
16 certain situations.  It's an overall
17 business to refine, produce and sell gravel.
18     Q.   What is one of the first things
19 that a person who wants to go into that
20 business needs to acquire?
21     A.   The knowledge of how to find that
22 sand and gravel.  You can't just go and find
23 locations of sand and gravel.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660