# Exhibit 6

THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| Plaintiff, | * |
| v. | * Case No.: 2:05-cv-01026-CSC |
| HARRY E. LAMBERT and CAROL'S CONTRACTING, INC., | * |
| Defendants. | * |

## AFFIDAVIT OF BILLY STANLEY

Personally appeared before the undersigned officer, duly authorized to administer oaths, Billy Stanley who being duly sworn, deposes and states:

1.

I am Billy Stanley, President of Elmore Sand & Gravel ("Elmore"), P.O. Box 189 Elmore, Alabama. I have been President of Elmore since 2002 and have worked in aggregate mining, transportation and sales throughout that time. Before joining Elmore, and from approximately 1995 until 2001, I was General Manager for Golden Triangle Sand & Gravel, in Columbus, Mississippi. Before that, and from approximately 1990 until 1995, I was General Manager for The Concrete Company's ("TCC") Alabama aggregate mining operations. While working for TCC, I was responsible for building and opening its mining operation in Shorter, Alabama (the "Ward Pit"). Before joining TCC, and from 1985 until 1990, I was General Manager for Alfred McAlpine Minerals in the Montgomery, Alabama, area. I have over 20 years experience in aggregate mining, transportation and sales. I give this affidavit based upon personal knowledge attained

personal knowledge attained through my employment and my experience in aggregate mining, transportation and sales.

2.

Elmore is a competitor of The Concrete Company ("TCC") and its operating subsidiary Foley Materials Company. More particularly, Elmore produces, sells and delivers white oversize gravel ("white oversize") in the Montgomery, Alabama, area to Simcala, Inc. ("Simcala") and Globe Metallurgical, Inc. ("Globe").

3.

In early January 2005, I met with Simcala representatives Eddie Boardwine, Jr. and Dick Wymer to discuss Elmore's sales of white oversize to Simcala. Mr. Boardwine asked if Elmore would agree to increase its white oversize sales to Simcala to supply Simcala with all its white oversize needs for a period of six months. I declined because Simcala was not paying Elmore enough for its white oversize to justify the tremendous increased production that would have been required to meet Simcala's needs. I was also concerned because Simcala only planned to have such a relationship with us for six months. This suggested to me that Simcala would go to another supplier after that time.

4.

At that point, Simcala was paying Elmore $ 20.90 per ton delivered for white oversize. Mr. Boardwine did not offer to Elmore the $26.00 per ton FOB that Simcala has paid Alabama Gravel for white oversize. Had Simcala made such an offer, I would have increased production to meet Simcala's needs.

5.

176348.1

In early January 2005, there were only two major suppliers of white oversize in the Montgomery, Alabama, area who could provide white oversize to Simcala and Globe. These two suppliers were Elmore and TCC.

6.

TCC's white oversize from the Ward Pit is the finest metallurgical grade white oversize in the Montgomery, Alabama, area. I know this from my personal experience in setting up the plant at the Ward Pit and from my knowledge of sales to Simcala and Globe.

7.

I am aware that after leaving TCC in 2002, Harry Lambert drove trucks delivering aggregate materials to customers. Driving trucks delivering aggregate is an integral part of the aggregate business or, stated another way, the sand and gravel business. Not only is it critical to the operating in the aggregate business, it is an excellent way to gather information on local suppliers and purchasers of aggregate materials.

FURTHER AFFIANT SAYETH NOT.

This 1st day of February, 2007.

_____
BILLY STANLEY

Sworn to and subscribed before me this
1st day of February, 2007.
_____
NOTARY PUBLIC
My Commission Expires: 10-13-10