# Exhibit 9

PROMISSORY NOTE

$106,000

July 25, 2001

FOR VALUE RECEIVED Hickory Bend Farms, Inc and Michael Phillips (hereinafter referred to as "MAKERS" promises to pay to the order of THE CONCRETE COMPANY/FOLEY PRODUCTS COMPANY (hereinafter, together with any assignee or holder hereof, referred to as "Holder"), at 5526 Schatulga Road, or at such other place as Holder may designate by giving written notice to MAKERS at the address set forth below, the principle amount of one hundred six thousand and 00/100 (106,000.00) Dollars, with twelve percent (8%) simple interest thereon.

Payments shall be due and payable in twelve (12) monthly installments of nine thousand two hundred twenty and 77/100 dollars (9,220.77) dollars, including interest the first of which will be due on August 25, 2001, and each following payment shall be due on the same day each month consecutively. In lieu of monthly payments, maker and holder may mutually agree to exchange of goods and services as described in Exhibit A.

The indebtedness evidenced by this Note may be prepaid, either in whole or in part, without penalty, at any time. Any prepayment shall be applied first to accrued interest outstanding on the unpaid balance of this Note as of the date of said prepayment, then to the outstanding principal balance of installments inverse order of maturity.

Time is of the essence hereof.

If any default is made in the payment of principal as stipulated above and such default is not cured within five (5) days thereafter, then Holder may, at Holder's option, declare the unpaid principal balance of this note thereon, immediately due, payable and collectible. The failure of Holder to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default. In addition, in case of default which is not cured with ten (10) days, interest will begin accruing on the unpaid principal balance of this Note at the rate of 15.00% per annum. Interest shall be computed for each day during the default period by multiplying the outstanding principal balance hereunder at the close of business on that day by a daily interest factor, which daily interest factor shall be calculated by dividing the aforesaid rate per annum in effect on that day by 365 days. Interest so computed shall accrue for each and every day on which indebtedness remains outstanding hereunder.

Every notice, demand, consent or other communication authorized or required by this Note shall be in writing and shall be deemed to be given when hand delivered or when deposited in the United States registered or certified mail, return receipt requested with postage prepaid, and addressed:

    If to Holder:    The Concrete Company, P.O. Box 7877 Columbus, GA 31908
                       Attention: Frank D. Foley, III

    If to MAKERS:   Hickory Bend Farms, Inc. and Michael Phillips
                       P.O. Box 241061
                       Montgomery, AL 36124

or at such other address as either party may from time to time designate in writing.

MAKERS hereby waives and renounces any and all exemptions granted to MAKERS under the Constitution and Laws of the United States or any state as against this debt or any renewal or extension thereof, and further waives presentment, demand, protest, and notice of dishonor, protest and non-payment except such notice as may be otherwise required herein.

If any part of the indebtedness evidence hereby is collected by or through any attorney-at-law, MAKERS agrees to pay attorney's fees in an amount equal to twenty (20%) percent of the unpaid principal and accrued interest owed on this Note and all other expenses and costs of collection.

This Note shall be construed according to the Laws of the State of Georgia.

I/ We have read and accept and agree to be bound by the terms and information above. The undersigned official, to induce the granting of credit to the "MAKERS", hereby personally guarantees Hickory Bend Farms, Inc. and Michael Phillips credit.

IN WITNESS WHEREOF, MAKERS has executed this Promissory Note, under seal, the day and year first above written.

MAKERS:

_____ (L.S.)
Hickory Bend Farms, Inc.

_____ (L.S.)
Michael Phillips, Individual

_____
WITNESS

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

My Commission Expires May 9th, 2005

TCC0002432

Exhibit A
Supply Agreement

Michael Phillips and Hickory Bend Farms, Inc.
$106,000

Hickory Bend Farms and Michael Phillips will supply to The Concrete Company #67 gravel at $4.50 per ton FOB Tysonville Plant from July 25, 2001 to July 25, 2002. The Concrete Company will have an unlimited quantity available for the period from July 25, 2001 to July 25, 2002 to use at it's ready mix plants or for resale. The Concrete Company will have priority over all other customers. Hickory Bend Farms, Inc/Michael Phillips will furnish clean, D.O.T. specification material and will load onto an aggregate tanker if requested by The Concrete Company. Hickory Bend Farms, Inc/Michael Phillips agree to load out Monday through Saturday, 7:00 AM until 7:00 PM. The Concrete Company estimates the quantity of purchase will be 50,000 – 100,000 tons during the before mentioned time frame. The Concrete Company will offset purchases against the loan until paid off in a customary manner.

The Concrete Company is permitted to apply the value of its purchases for the previous month to the outstanding loan value as full consideration for the purchases. Such purchase allocation to the loan value shall be in lieu of the monthly payment due by maker as long as the purchases equal or exceed the monthly installment. Upon the full and final payment of the note, The Concrete Company will pay Makers for purchases under the same terms as previous transactions.

In the event Makers are unable to supply the gravel in quantity or specifications for any reasons during the one-year period, the remainder of the note becomes immediately due and payable. Makers acknowledge the damages to The Concrete Company due its failure to supply and will reimburse The Concrete Company for any incremental delivered cost for gravel purchased elsewhere.

*Per Requested Here on Saturdays* MP

Agreed to by:

_____        _____
The Concrete Company                    Hickory Bend Farms, Inc.

                                        _____
                                        Michael Phillips

*"THE Concrete Co. will supply Equipment to load Tanker Trucks."*

TCC0002433