# Exhibit 10

Please Fax back to Crest Capital                                    Mike Hong, Ext. 108
📠 (888) 391-6728             CREST CAPITAL           (800) 245-1213 ☎

**APPLICATION ONLY - EQUIPMENT FINANCE**
(No Financial Statements or Tax Returns needed)

| | |
|---|---|
| Montgomery Materials Co LLC | 739 Oliver Road |
| **Business Name** | **Address** |
| Montgomery | AL      36117 |
| **City** | **State**     **Zip** |
| (334) 271-6565 | (706) 563-1869 |
| **Phone** | **Fax** |

| | | | |
|---|---|---|---|
| **Officer 1 Name** | **Title** | **Social Security Number** | **Ownership %** |
| **Officer 2 Name** | **Title** | **Social Security Number** | **Ownership %** |

PLEASE NOTE: The information contained in this message is intended only for the use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error or wish not to receive future messages, please notify us immediately by returning this message by toll-free fax at 1-(888)-391-6728, and destroy and discard the original message.

**BANK REFERENCE**

| | |
|---|---|
| **Bank Name** | **Phone** |
| **Contact Person** | **Fax** |
| **Account Type** | **Account Number** |

**BORROWING REFERENCE**
(Needed for requests over $75,000)

| | |
|---|---|
| **Lender Name** | **Phone** |
| **Account Number** | **Fax** |

**EQUIPMENT FINANCE QUESTIONNAIRE**
(Equipment, Vehicle, Software, etc)

| | |
|---|---|
| **Type of Equipment** | **Estimated Date of Equipment Purchase** |
|  | ( ) NEW  ( ) USED: _____ |
| **Equipment Seller** | **Year Manufactured** |
| $ | 24 or 36 or 48 or 60 (Circle)   $1 or 10% or FMV (Circle) |
| **Estimated Price of Equipment** | **Desired Term (in months)   Purchase Option** |

DEFENDANT'S EXHIBIT 3

Signature below hereby authorizes verification of credit information from whatever source deemed appropriate. Such authorization extends to obtaining business references as well as any/all individual credit report profiles from any national credit reporting agency, as well as authorizes banks, trade/borrowing references and financial institutions to release all credit information requested, and furthermore waives any potential right or claim they may have under the Fair Credit Reporting Act. A copy of this Credit Release Authorization may be deemed to be the equivalent of the original.

| Signature: | Date: | Signature: | Date: |
|---|---|---|---|
| Officer 1 | | Officer 2 | |

TCC0002399

*Harry - If you have the Invoice - Descriptions for the Equipment - Send those too and I'll take care of it before the Holidays. Thanks, Mike*

TOTAL P.01