Case 2:05-cv-01026-CSC    Document 98-19    Filed 02/23/2007    Page 1 of 4

# Exhibit 14

## ASSIGNMENT OF LIMITED LIABILITY COMPANY INTEREST AND INDEMNIFICATION

This April 10, 2002, MMC HOLDINGS, INC., an Alabama corporation (herein referred to as "Holdings"), for $344,556.00 to it in hand paid by THE CONCRETE COMPANY, a Georgia corporation (herein referred to as "Concrete"), the receipt of which is hereby acknowledged, hereby assigns to Concrete its fifty percent (50%) interest as a member in Montgomery Materials Company, L.L.C., an Alabama limited liability company (herein referred to as "MMC"), including all Governance Rights and Financial Rights. Holdings warrants that it owns the above described interest and that it is free and clear of all liens and encumbrances.

This assignment is made to implement the Judgment of the United States District Court for the Middle District of Alabama dated September 7, 2001 entering Summary Judgment in favor of Concrete and against Holdings, which was affirmed by the United States Court of Appeals for the Eleventh Circuit on March 21, 2002. Pursuant to the above described Judgment, the effective date of this assignment is January 2, 2001.

Concrete, in satisfaction of its obligations under Section 5.3(c) of the June 10, 1997 Agreement among MMC, Concrete, Holdings, Frank D. Foley, III, and Harry E. Lambert, hereby agrees to indemnify and defend Holdings and Harry E. Lambert (collectively the "Indemnitees") against, and hold Indemnitees harmless from, all claims, demands, suits, and judgments on Indemnitees' guaranties of liabilities of MMC and Indemnitees' other contractual obligations for liabilities of MMC, including reasonable attorney fees actually incurred, and including without limitation the liabilities of MMC described on Exhibit A attached hereto and made part hereof.

MMC HOLDINGS, INC.

_____  By: _____
Witness                         Harry E. Lambert
                                President

                             THE CONCRETE COMPANY

_____  By: _____
Witness                         Frank D. Foley, III
                                President

184070.3
C0593-123
chf                         Page 1 of 1

TCC0002851

EX A – ASSIGNMENT, ET

## Addresses For Monthly Payments

| LEASE OR PURCHASE | DATE DUE | PAID TO | PAYMENT AMOUNT | DESCRIPTION | PAYING FOR | DATE PAID | AMOUNT PAID | Payments Remaining After This One | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| | 1st | PREMIUM ASSIGNMENT CORP. P.O. Box 3100 Tallahassee, Fla. 32315-3100 Account # 682390 | $ 4,781.06 | 9 Payments Begin February 2002 | Insurance - GL, AUTO-EQUIP & UMB | | | 8 | |
| PURCHASE | 1st | GMAC P.O. Box 530071 Dallas, Texas 75263-0071 Account # 340-0596-11129 | $ 475.57 | 60 Months 07/01/01 | GMC Dump Trk # 3GDKC34G11M100856 | | | 33 | |
| LEASE | 4th | NBC LEASING CO. P.O. Box 11803 Birmingham, AL 35201 Account # 6500138-001 | $ 2,606.74 | 36 Months 10/12/04 | Crane - P&H Model T-400 | | | 6 | |
| RENTAL | 6th | L.B. Smith P.O. Box 633443 Atlanta, GA 30353-0443 Account # M3175 | $ 3,552.50 | 36 Months 01/02/02 | Volvo Excavator EC360LC-C03448 | | | 33 | |
| | 10th | AMERICAN MINING INS. CO. P.O. Box 660847 Birmingham, AL 35266-0847 Account # ANMC003983 | $ 5,100.00 | Apx | Workman's Comp Insurance | | | | |
| PURCHASE | 11th | AMSOUTH Birmingham Indirect Reg Office - P.O. Box 11407 Birmingham, AL 35246-0019 Account # 9001194574 | $ 500.28 | 60 Months 12/1/99 | 2010 GMC Pickup - A.Pri | | | 31 | |
| | 11th | COLONIAL BANK | $ 2,068.00 | 36 Months 05/1/00 | Champion Motor Grader G36165 | | | 12 | |
| PURCHASE | 12th | CORWIN EQUIPMENT CO., INC. P.O. Box 10624 Birmingham, AL 35202-0624 Account # N64134 | $ 1,254.65 | 24 Months 05/12/00 | CP16 Pump 0006 | | | 8 | |
| LEASE | 13th | Cat Finance P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0188720-000 | $ 4,831.12 | 36 Months 12/13/01 | 990G Loader # 2KR94101 | | | 21 | |
| LEASE | 13th | Cat Finance P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0188727-000 | $ 4,964.29 | 36 Months 12/13/01 | Cat Truck # AFX182 | | | 21 | |
| | 15th | COLONIAL BANK | $ 1,902.00 | 36 Months 02/16/00 | 2 - Generators From Holt | | | 10 | |
| PURCHASE | 15th | P.O. Box 10088 Birmingham, AL 35202 Account # 04780284173+1 | $ 4,922.75 | 36 Months 11/14/00 | Volvo Excavator EC360LC-C03014+ | | | 13 | |
| LEASE | 16th | VOLVO P.O. Box 7247-0235 Philadelphia, PA 19170-0235 Account # 006-0332473-003 | $ 5,378.45 | 36 Months 06/14/00 | ASSC Volvo Trucks 61782 | | | 13 | |
| LEASE | 16th | VOLVO P.O. Box 7247-0235 Philadelphia, PA 19170-0235 Account # 006-0332473-002 | $ 5,378.45 | 36 Months 06/14/00 | ASSC Volvo Trucks 61781 | | | 13 | Excavator $4,922.75 Both Trucks $5,378.45 Each Total 15,679.65 |
| LEASE | 16th | VOLVO P.O. Box 7247-0235 Philadelphia, PA 19170-0235 Account # 006-0332473-002 | $ 5,378.45 | 36 Months 06/14/00 | | | | | |

PAGE 1 OF 2

TCC0002852

EX A-2 ASSIGNMENT

Addresses For Monthly Payments

| | | | | | |
|---|---|---|---|---|---|
| PURCHASE | 17th | AMSOUTH | Birmingham Indirect Reg Office - P.O. Box 11407 Birmingham, AL 35246-0018 Account # 9001036144 | $ 607.58 | 44 Months 07/17/98 | 1989 GMC Pickup...C-PH | 14 |
| LEASE | 18th | Volvo | P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 502-0332473-004 | $ 4,886.38 | 18 Months 07/1/02 | A&C Volvo Truck # 5380Y13724 | 33 |
| LEASE | 19th | CAT FINANCE | P.O. Box 905561 Charlotte, NC 28290-5561 Account # 016-4630-000 | $ 5,487.25 | 36 Months 04/24/01 | IHIO Loader # 2XR04107 | 23 |
| Purchase | 22nd | CIT Equipment Financing | CIT Group E/F File # 55603 Los Angeles, CA 90074-5603 Account # 90087361-001 | $ 1,238.89 | 24 Months 05/20/01 | C910 Pump 00091 | 12 | Internet |
| | 24th | COLONIAL BANK | | $ 618.80 | One 7$91.89 Natural 07/24/01 | Loan For Other Boat Monthly Payment | 6 |
| P.O. Box 10088 Birmingham, AL 35202 Account # 802A381664 | | | | $ 6,672.37 | 1st Months 01/21/00 | 140 BL Excavator 4J811136 | 6 |
| P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0126748-001 | LEASE | 23rd | CAT FINANCE | $ 5,721.22 | 36 Months 01/21/00 | IH10 Loader 2XR04311 | 0 | Expires April 29th |
| LEASE | 23rd | CAT FINANCE | P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0125748-000 | $ 908.68 | 24 Months 01/25/00 | 2000 GMC Denali...Harry's | 26 |
| LEASE | 28th | GMAC Smartlease | P.O. Box 630071 Dallas, Texas 75263-0071 Account # 340-3582-75777 | $ 3,112.41 | 54 Months 01/12/00 | Volvo ACL64B Truck 613044 | 26 |
| PURCHASE | 28th | THE ASSOCIATES | P.O. Box 672032 Dallas, Texas 75267-2032 Account # 05-01-1180-13-4237-3 | $ 3,112.41 | 54 Months 01/21/00 | Volvo ACL64B Truck 613045 | 26 |
| PURCHASE | 28th | THE ASSOCIATES | P.O. Box 672032 Dallas, Texas 75267-2032 Account # 05-01-1180-13-4238-0 | | | | |
| P.O. Box 672032 Dallas, Texas 75267-2032 | | | | $ 80,135.20 | | | | $0.00 |

PAGE 2 OF 2

TCC0002853