# Exhibit 17

TCC000098

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| FOSHEE TRUCKING COMPANY, INC.<br>P. O. BOX 240278<br><br>MONTGOMERY         AL 36124-0278 | $<br>2 Royalties<br>$ | 2004<br>Form 1099-MISC | Misc |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | |
| PAYER'S Federal identification number<br>63-0940473 | RECIPIENT'S identification number<br>43-1959117 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| RECIPIENT'S name, address, and ZIP code<br>CAROL'S CONTRACTING INC<br><br>P. O. BOX 986<br><br>MILLBROOK         AL 36054 | 7 Nonemployee compensation<br><br>101568.97<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 ///// | 12 ///// | |
| Account number (optional)<br>201 | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15 | | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18<br>$<br>$ |

Form 1099-MISC                                                                                    Department of the Treasury - Inte

---

| | | OMB No. 1545-0115 | |
|---|---|---|---|
| ...COMPANY, INC.<br>P. O. BOX 240278<br><br>MONTGOMERY         AL 36124-0278 | $<br>2 Royalties<br>$ | 2002<br>Form 1099-MISC | Misc |
| | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ | |
| PAYER'S Federal identification number<br>63-0940473 | RECIPIENT'S Identification number<br>43-1959117 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| RECIPIENT'S name, address (including apt. no.), city, state, and ZIP code<br>CAROL'S CONTRACTING INC<br><br>P. O. BOX 986<br><br>MILLBROOK         AL 36054 | 7 Nonemployee compensation<br><br>79993.72<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 ///// | 12 ///// | |
| Account number (optional)<br>203 | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15 | | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State in<br>$<br>$ |

Form 1099-MISC                                                                                    Department of the T...

TCC000999

| ☐ VOID ☐ CORRECTED | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2004** Form 1099-MISC | Miscellaneous Income |
| FOSHEE TRUCKING COMPANY, INC.<br>P.O. BOX 240278<br>MONTGOMERY    AL 36124-0278 | 2 Royalties $ | | Copy C For Payer or State Copy |
| | 3 Other income $ | 4 Federal income tax withheld | |
| PAYER'S Federal identification number<br>63-0940473 | RECIPIENT'S identification number<br>43-1959117 | 5 Fishing boat proceeds $ | 6 Medical and health care payments |
| RECIPIENT'S name, address, and ZIP code<br>CAROL'S CONTRACTING INC | | 7 Nonemployee compensation<br>$ 101568.97 | 8 Substitute payments in lieu of dividends or interest |
| P. O. BOX 980 | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
| MILLBROOK    AL 36054 | | 11 | 12 |
| Account number (optional)<br>201 | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15 | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC                                Department of the Treasury - Internal Revenue Service

TCC0001000

| □ VOID | □ CORRECTED | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>FOSHEE TRUCKING COMPANY, INC<br>P.O. BOX 240278<br>MONTGOMERY,   AL 36124-0278 | | 1 Rents<br>$ | OMB No. 1545-0115<br><br>**2003**<br><br>Form 1099-MISC | Miscellaneous Income |
| | | 2 Royalties<br>$ | | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer<br>or State Copy |
| PAYER'S Federal identification number<br>63-0911173 | RECIPIENT'S identification number<br>63-1039117 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address (including apt. no.), city, state, and ZIP code<br>CAROL'S CONTRACTING INC | | 7 Nonemployee compensation<br>$ 106,070.34 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2003 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| P.O. BOX 986 | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ □ | 10 Crop insurance proceeds<br>$ | |
| MILLBROOK   AL 36054 | | 11 | 12 | |
| Account number (optional) | 2nd TIN not. □ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15 | | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC                                                                                   Department of the Treasury - Internal Revenue Service

TCC0001001

| VOID ☐ | CORRECTED ☐ | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>POSHEE TRUCKING COMPANY, INC.<br>P.O. BOX 240278<br>MONTGOMERY    AL 36124-0278 | | 1 Rents<br>$ | OMB No. 1545-0115<br>**2003**<br>Form 1099-MISC | Miscellaneous Income |
| | | 2 Royalties<br>$ | | Copy C<br>For Payer<br>or State Copy |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | |
| PAYER'S Federal identification number<br>63-0940173 | RECIPIENT'S identification number<br>43-1859117 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address (including apt. no.), city, state, and ZIP code<br>CAROL'S CONTRACTING INC.<br>P. O. BOX 986<br>MILLBROOK    AL 36054 | | 7 Nonemployee compensation<br>$ 1,867.68 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2003 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| Account number (optional)<br>202 | 2nd TIN not. ☐ | 11 | 12 | |
| | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| | | 15 | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form 1099-MISC    Department of the Treasury - Internal Revenue Service