# Exhibit 18

1

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE CONCRETE COMPANY,

    Plaintiff,

Vs.                                          CIVIL ACTION NO.
                                             2:05-cv-1026-C
HARRY E. LAMBERT,
CAROL'S CONTRACTING, INC.,
and ALABAMA GRAVEL, LLC,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF HARRY E. LAMBERT, taken pursuant to stipulation and agreement before Patricia G. Starkie, Registered Diplomate Reporter, CRR, and Commissioner for the State of Alabama at Large, in the Law Offices of Rushton, Stakely, Johnston & Garrett, 184 Commerce Street, Montgomery, Alabama, on August 29, 2006, commencing at approximately 9:25 a.m.

\* \* \* \* \* \* \* \* \* \* \*

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.

```
 1              MR. BAILEY:  Object to the form.
 2              Go ahead.
 3    A.   She would check it out.  She's got a lot of
 4         good common sense.
 5    Q.   Did you participate in the decision to form
 6         CCI with her?
 7    A.   Did I participate?
 8    Q.   Yes, sir.
 9    A.   No.
10    Q.   Did you give her any advice on how to form
11         the company?
12    A.   No.
13    Q.   Did you give her any advice on what trucks
14         to buy for the company?
15    A.   Not in a business sense.
16    Q.   What sense did you give her that advice in?
17    A.   In a -- she might ask me at the supper
18         table, you know, if I thought she maybe
19         ought to buy what kind of truck, and it
20         would be the same thing as if she asked me
21         if she wanted to buy a different lawn mower
22         or what.  It was in a husband and wife is
23         any talk that we would have.  But in a
```

1  business sense, no.
2  Q. Did you have any communications with any
3     truck dealers about trucks CCI was going to
4     purchase?
5  A. I don't recall at this time, no.
6  Q. Did you drive trucks for CCI immediately
7     after it was formed?
8           MR. BAILEY: Object to the form.
9           Immediately is not defined.
10          But go ahead and answer.
11 A. I drove trucks sometime after it was
12    formed, yes.
13 Q. And those were trucks that your wife had
14    purchased?
15 A. Yes.
16 Q. And is it your testimony that you didn't
17    participate in discussions with the truck
18    dealers about those trucks before they were
19    purchased?
20 A. Not that I recall.
21 Q. Is it possible that you participated in
22    those?
23 A. Anything's possible.

```
 1        communicate with -- or that you can't
 2        recall communicating with the truck dealers
 3        from where CCI purchased its initial
 4        trucks?
 5   A.   That's right.
 6   Q.   Do you know if the trucks were leased or if
 7        they were purchased?
 8   A.   I don't know.
 9   Q.   Do you know if the trucks were financed?
10   A.   I don't know.
11   Q.   Do you know what kind of trucks they were,
12        the first trucks?
13   A.   I believe -- I don't know.
14   Q.   Were they Mack trucks?
15   A.   They could have been, yes.
16   Q.   And did there come a time when CCI
17        purchased Peterbilt trucks?
18   A.   Yes.  Yes.
19   Q.   And did you have any communications with
20        the Peterbilt dealers?
21   A.   Not that I recall.
22   Q.   During the time period up to January 2nd,
23        2006, were you involved in the maintenance
```

1           issues related to CCI trucks?
2                    MR. BAILEY:  Object to the form.
3                    Answer as best you can.
4      A.   When you say maintenance issues, that
5           covers a lot of ground.  What are you --
6      Q.   Did you assist CCI in making sure the
7           trucks were up -- were kept up well?
8      A.   I assisted CCI in some of the work that was
9           done on the trucks, yes.
10     Q.   And what was that?  How did you assist
11          them?
12     A.   Helped change tires, put brakes on, such as
13          that.
14     Q.   All right.  Have you done that -- did you
15          do that after CCI began hauling for Alabama
16          Gravel?
17     A.   Yes.
18     Q.   And did you do that when CCI was hauling
19          other aggregate products before it went to
20          haul for Alabama Gravel?
21                   MR. BAILEY:  Object to the form.
22                   If you understood, go ahead.
23     A.   Yes.

1  Q.  And, in fact, have you offered that
2      assistance throughout the life of CCI?
3  A.  Yes.
4  Q.  Have you been paid anything for that?
5  A.  No.
6  Q.  Have you received any payment at all from
7      CCI for your services?
8  A.  Just a roof over -- Not from CCI, no.
9  Q.  Did you get paid by somebody else for your
10     services to CCI?
11 A.  I wasn't paid any money. I was furnished a
12     roof over my head and food to eat.
13 Q.  And are you aware of your wife drawing a
14     salary from CCI?
15 A.  I'm not aware of that, no.
16 Q.  Did you participate in discussions about
17     how much of a salary she was going to draw
18     from CCI?
19 A.  No.
20 Q.  How did CCI locate its first drivers?
21 A.  I don't know.
22 Q.  Do you know who the first drivers were?
23 A.  I believe that one of them was Grady

1  A.  Montgomery Materials.
2  Q.  And how did they deal with Foshee Trucking?
3  A.  They hired the trucks to haul some
4      oversized aggregate to the barge.
5  Q.  And were you responsible for arranging that
6      relationship with Foshee Trucking?
7  A.  Partly, yes.
8  Q.  And you knew some people at Foshee Trucking
9      when you were with Montgomery Materials,
10     LLC?
11 A.  Yes.
12 Q.  And is it your testimony that you did not
13     put CCI in touch with Foshee Trucking?
14 A.  Not that I recall, no.
15 Q.  Could it have happened?
16 A.  Anything's possible.
17 Q.  But you just can't recall?
18 A.  I can't recall.
19 Q.  And do you know how CCI negotiated its
20     arrangement with Foshee Trucking?
21 A.  No.
22 Q.  And do you know if they had a good deal
23     with Foshee Trucking?

| | | |
|---|---|---|
| 1 | A. | It could be a lot of things. |
| 2 | Q. | Did Mr. Maddox contact you about arranging |
| 3 | | the shipment of white oversized material to |
| 4 | | his operation? |
| 5 | A. | Say that again. |
| 6 | Q. | Did Mr. Maddox contact you about arranging |
| 7 | | shipment of white oversized material to |
| 8 | | him? |
| 9 | A. | When you say arrange, what do you mean? |
| 10 | Q. | Did he call you looking for white oversized |
| 11 | | material? |
| 12 | A. | Did he call me looking for white oversized |
| 13 | | material? |
| 14 | Q. | Yes. |
| 15 | A. | That's -- no. |
| 16 | Q. | Did he call you to purchase white oversized |
| 17 | | material from Alabama Gravel? |
| 18 | A. | No. |
| 19 | Q. | Did he call CCI to purchase white oversized |
| 20 | | material? |
| 21 | A. | No. |
| 22 | Q. | Then what were the conversations between |
| 23 | | you and Mr. Maddox during that time period? |

1   A.   Me and Mr. Maddox are close friends.
2        He's -- we've been close friends for
3        years. It could be many things. It could
4        be a casual conversation. It could be
5        talking about fishing. It could be talking
6        about several things.
7             One of the things that it could be
8        talking about is he had made
9        arrangements -- when he called me and told
10       me he had made arrangements to buy material
11       from Alabama Gravel, and would there be
12       trucks available to load two, three, four
13       or ever how many railroad cars he had.
14       Would there be trucks available to do that
15       since CCI was doing the hauling. He would
16       either call myself or he would call my
17       wife, and my wife would call me to see what
18       the availability of the trucks were.
19  Q.   Did he call you -- did you put Mr. Maddox
20       in touch with Alabama Gravel for the first
21       time?
22  A.   I don't remember. I don't remember.
23  Q.   Was he aware of Alabama Gravel at the time

1  Q.  Was there a discussion at that time as to
2      any particular form of aggregate that
3      Mr. Alexander and Mr. Tuten were looking to
4      sell?
5  A.  What Dave was interested in would be a
6      metallurgical grade gravel is the best of
7      my recollection.
8  Q.  And would that include white oversized
9      gravel?
10 A.  That would include white oversized, yes.
11 Q.  Were you aware of at that time any supply
12     issues that Simcala was having with respect
13     to white oversized?
14 A.  You know, I don't know -- all that time
15     frame was kind of together. It could have
16     been right after that or it could have been
17     right before that. I don't remember. But
18     it was along that same time, yes.
19 Q.  How did you learn about that?
20 A.  Simcala had called me and wanted me to come
21     in and meet with them.
22 Q.  What did you tell them?
23 A.  I said, okay.

1  Q. And did you go and meet with Simcala?
2  A. I met with, yeah, two representatives of
3     Simcala.
4  Q. And who were they?
5  A. One of them was Dick Wymer, and the other
6     one was Ed Boardwine, the best of my
7     recollection.
8  Q. What was the date of that meeting?
9  A. I don't know the exact date.
10 Q. But was it in late 2004?
11 A. I would think that it was early 2005 is
12    what I would think, very early.
13 Q. And were you the only one present at that
14    meeting with the Simcala folks?
15 A. Yes.
16 Q. All right. And what did you-all talk
17    about?
18 A. They wanted to know when -- you know, I
19    don't remember the exact sequence of how
20    things were talked about, but, you know,
21    the basic things, they wanted to know if I
22    could go in the sand and gravel business,
23    and I told them I was in jail; that I

couldn't go in, and I couldn't even attempt to go in until January the 2nd of 2006. Also they told me that they were having a supply problem; that The Concrete Company could not supply their needs. That they had gone up on the price and they had cut them way back, and that they were going to run out of oversized -- white oversized gravel or have to make arrangements to rail it in or truck it in or what have you and was there any way I could help them.

Q. And what did you tell them?

A. I told them me personally, no.

Q. All right. Did you recommend somebody else?

A. I told them I was working with Robert Alexander up in north Alabama, and that he could possibly be interested in doing something.

Q. Did you have any idea where Robert Alexander would get white oversized to provide to Simcala at that time?

A. No, I -- no. Not that I recall, no.