133

1  Q.  Then how did you think that Robert
2      Alexander was going to be able to help
3      them?
4  A.  I didn't know.
5  Q.  So did you give them Robert Alexander's
6      number?
7  A.  I don't remember if I gave them Robert
8      Alexander's number or I told them that I
9      would have Robert Alexander call them. It
10     was probably one or the other.
11 Q.  Anything else you recall about that
12     discussion with Dick Wymer and --
13         I believe you said Mr. Boardwine? Did
14     you say that?
15 A.  Yes.
16         It was several things discussed. It
17     was kind of a -- you know, 30 or 45-minute
18     meeting probably. They were -- that's all
19     I can recall being discussed, you know,
20     specifically recall, but I'm sure we talked
21     about other things. I don't know.
22 Q.  Now, at that time, am I correct that in
23     early January 2005 that there were two

1  A.  Yes, I own some tools.
2  Q.  Where do you keep your tools?
3  A.  I usually keep them in my pickup truck.
4  Q.  And you don't keep --
5  A.  Well, it's not my pickup truck, actually.
6      I keep them in the pickup truck.
7  Q.  And who owns the pickup truck?
8  A.  I think Carol's Contracting owns the pickup
9      truck.
10 Q.  And that's a truck you drive?
11 A.  The pickup truck, yes.
12 Q.  So your vehicle is owned by Carol's
13     Contracting?
14 A.  I think so.
15 Q.  Now, were you aware of how Mr. Alexander,
16     Mr. Tuten, and Mr. Dasinger came to meet in
17     your wife's shop as you describe it?
18 A.  I don't really remember the specifics of
19     how they got together, no.
20 Q.  Did they call you about having a meeting
21     there?
22 A.  I don't remember.
23 Q.  Did they schedule that meeting through your

161

1  Q.  Are you aware of how much Alabama Gravel
2      paid CCI per ton to haul white oversized
3      from Gentry to Simcala?
4  A.  Yes.
5  Q.  How much was it?
6  A.  $6 a ton.
7  Q.  All right. Do you know how that rate was
8      arrived at?
9  A.  Carol came up with it, I'm sure.
10 Q.  Did you participate in the discussions that
11     led to the arrival at that rate?
12 A.  Not that I recall. She maybe mentioned it
13     to me privately, but in a business sense,
14     no.
15 Q.  Do you recall her mentioning it to you
16     privately?
17 A.  I don't really recall it, but she could
18     have.
19 Q.  Did you give Mrs. Lambert information that
20     she used to formulate that rate?
21 A.  Ask that again.
22 Q.  Did you give Mrs. Lambert information that
23     she used in order to come up with the $6 a

```
1         ton rate?
2    A.   You're talking about any information?
3    Q.   Yes, sir.
4    A.   I would say I did, yes.
5    Q.   What information was that?
6    A.   I don't -- I don't remember it, but I'm
7         sure I did.
8    Q.   And are you aware that that rate is grossly
9         disproportionate to what other hauling
10        companies charge for that?
11   A.   No, I'm not aware.
12   Q.   Are you aware that it's two to three
13        dollars a ton more than what Elmore Sand
14        and Gravel can charge to deliver to
15        Simcala?
16   A.   Elmore Sand and Gravel would be closer, so
17        it would be less.  But, no, I think that
18        you're wrong in that.
19   Q.   So if Mr. Stanley testifies that $6 a ton
20        was grossly disproportionate to the market
21        for hauling, he wouldn't be telling the
22        truth?
23   A.   I would tell you that Mr. Stanley would
```

1  conversation about a lawsuit if there is
2  such a thing.
3  Q. Does Don Triplett have any relationship now
4  with Alabama Gravel?
5  A. Not that I know of.
6  Q. Do you have any sort of a business
7  relationship with Don Triplett?
8  A. Not me, no.
9  Q. Do you know what he does for a living now?
10 A. I have no idea.
11 Q. Do you know how much CCI was paid to haul
12 Alabama Gravel white oversized to Globe?
13        MR. BAILEY: Object to the form.
14        Answer as best you can.
15 A. You talking about Globe in Selma?
16 Q. Yes, sir.
17 A. I think $5 a ton, I believe. Now, I think
18 that.
19 Q. And did you participate in the discussions
20 that led to that price being arrived at?
21 A. I could have supplied some mileage
22 information to Carol. I don't know. I
23 don't remember.

```
 1   A.   Well, I drove.  I don't remember if it was
 2        up or over or down, but I got there.
 3   Q.   All right.  Do you know why you would have
 4        called Southern Steel and Pipe in September
 5        of 2005?
 6             MR. BAILEY:  Object to the form.
 7             You can go ahead and answer.
 8   A.   I don't know that I did call them.
 9   Q.   Have you reviewed the phone records that we
10        subpoenaed and were produced to your
11        attorney?
12   A.   I thumbed through them very briefly.
13   Q.   Would it surprise you to know that you
14        called Southern Steel and Pipe four times
15        in September 2005?
16   A.   I don't know that I did call them.  I don't
17        recall calling them.
18   Q.   Do you recall speaking to them for 19.6
19        minutes on September 26th, 2005?
20   A.   No, I don't recall that.
21   Q.   Are you aware that in September 2005,
22        Southern Steel and Pipe was doing work for
23        Alabama Gravel at the Deatsville site?
```

1  A.  No, I'm not aware of that.
2  Q.  In fact, are you aware that they invoiced
3      Alabama Gravel on September 22nd and
4      October 3rd and October 25th, among other
5      dates, in 2005?
6  A.  I couldn't have no way of knowing that.
7  Q.  Do you know what Southern Steel and Pipe
8      does?
9  A.  They sell steel, I think.
10 Q.  And would your business ventures in
11     September of 2005 require for you to deal
12     with a steel company?
13 A.  Not me, no.
14 Q.  And your cell phone number is (334)
15     202-7177, isn't it?
16 A.  That's right.
17 Q.  And you don't have any recollection of
18     talking to them four times where you called
19     them in September 2005?
20 A.  I don't have any recollection of me calling
21     them, no.
22 Q.  Did you let somebody else use your cell
23     phone?

1  A.  Occasionally.
2  Q.  How often?
3  A.  Oh, I don't know.
4  Q.  Do you think somebody else could have used your cell phone to call Southern Steel?
6  A.  They could have.
7  Q.  Who do you think that could have been?
8  A.  It could have been Robert Alexander. It could have been Rex Dasinger. It could have been -- you know, I've loaned my phone to some of the truck drivers. So it could have been numerous people.
13 Q.  All right. And so you don't recall calling them in September, and is it your testimony that the call could have been placed by somebody you loaned your phone to?
17 A.  Yeah, that's true.
18 Q.  Four times? September 21, September 26, September 27, September 28? On those four separate days, is it your testimony you could have loaned your phone to somebody to call Southern Steel?
23 A.  I don't know that I would have loaned it to

|   |    |                                                      |
|---|----|------------------------------------------------------|
| 1 |    | them specifically to call Southern Steel.            |
| 2 |    | I could have loaned them my phone, yes.  I           |
| 3 |    | do that occasionally.                                |
| 4 | Q. | And are you aware that Southern Steel was            |
| 5 |    | involved with the construction of the                |
| 6 |    | Deatsville site?                                     |
| 7 | A. | No, not really.                                      |
| 8 | Q. | Have you seen, Mr. Lambert, what's been              |
| 9 |    | Bates stamped AG00108?                               |
| 10| A. | Have I seen it?                                      |
| 11| Q. | Yes, sir.                                            |
| 12| A. | I don't recall seeing it.                            |
| 13| Q. | Well, let me represent to you that's an              |
| 14|    | invoice from Southern Steel to Alabama               |
| 15|    | Gravel dated September 22nd, 2005.  Do you           |
| 16|    | recognize the types of items described on            |
| 17|    | that invoice?                                        |
| 18| A. | Channel iron, angle iron, some green rags,           |
| 19|    | angle iron, channel iron, plate, channel             |
| 20|    | iron, used pipe.  Yeah.                              |
| 21| Q. | And those are the kinds of equipment that            |
| 22|    | are used in the construction of a mining             |
| 23|    | operation, are they not?                             |

207

1      been somebody else.
2  Q.  Do you know a company Alcon Machinery and
3      Equipment Company?
4  A.  I don't recognize that name, no.
5  Q.  Do you recall placing phone calls to them?
6  A.  I don't recognize the name, so I wouldn't
7      recall placing any phone calls to them.
8  Q.  What about receiving calls from them?
9  A.  I don't -- I don't recall any, no.
10 Q.  Do you know Trey Holley?
11 A.  Yeah, I know Trey Holley.
12 Q.  What does Trey do for a living?
13 A.  He works I think for the Volvo store.
14 Q.  And does CCI use trucks from the Volvo
15     store?
16 A.  They have --
17         Does CCI use trucks from the Volvo
18     store?  No.  No.
19 Q.  Do you know if the Deatsville operation
20     uses Volvo trucks?
21 A.  They have one out there, yes.
22 Q.  Do you recall speaking to Mr. Holley about
23     getting a Volvo truck for the Deatsville

1  operation before January 2006?
2  A. For the Deatsville operation?
3  Q. Yes, sir.
4  A. No, I don't recall that.
5  Q. Do you recall speaking to Mr. Holley before
6  January 2006 about Volvo trucks?
7  A. No, I don't really recall speaking to him.
8  Q. What does the company Russell Petroleum
9  Corporation do?
10 A. They supply fuel to Carol's Contracting.
11 Q. And do you recall speaking to them a number
12 of times in August 2005?
13 A. I could have, but I don't recall.
14 Q. Would you have been responsible to get fuel
15 for some of the CCI trucks?
16 A. I could have. I don't remember. That's
17 possible.
18 Q. Do you know the company Cohn Equipment
19 Rental Company, Inc.?
20 A. Not right offhand, no.
21 Q. Do you recall speaking to them in November
22 and December 2005 about renting some
23 equipment?

209

1  A.  I don't recall that, no.
2  Q.  Do you know the company Alabama Trailer and
3      Truck Parts?
4  A.  I -- no. I mean, I think I've heard of
5      them, but I really don't know of them.
6  Q.  Do you know Bobby and Nancy Harvey?
7  A.  Bobby Harvey?
8  Q.  Yes, sir.
9  A.  Yes, I know Bobby Harvey.
10 Q.  Who is Bobby Harvey?
11 A.  Bobby Harvey used to own Elmore Sand and
12     Gravel.
13 Q.  Do you know why you were speaking to him in
14     December 2005?
15 A.  I have no idea. I've known Bobby Harvey
16     for a long time, and it was probably
17     personal.
18 Q.  We spoke of Mr. Maddox. You know who that
19     is, I guess.
20 A.  Yes, I do.
21 Q.  And my question is do you know why you
22     would have been calling Jim Maddox in
23     August of 2005 and in July 2005?