210

| | | |
|---|---|---|
| 1 | A. | If it was me, to talk to him, I guess. |
| 2 | | I've known Jim for a long time. Jim used |
| 3 | | to work for a company that I ran and, you |
| 4 | | know, I talk to Jim every now and again. |
| 5 | Q. | Would it have been about coordinating |
| 6 | | shipments of Alabama Gravel white oversized |
| 7 | | to Mr. Maddox? |
| 8 | A. | It could have been, yes. |
| 9 | Q. | So you would have spoken to him about |
| 10 | | coordinating? |
| 11 | A. | I could have. I could have. |
| 12 | Q. | Do you know the company Webb Concrete and |
| 13 | | Building Materials? |
| 14 | A. | Yeah. I think they're up around Oxford, |
| 15 | | Alabama. I believe they are. |
| 16 | Q. | What do they do? |
| 17 | A. | They're in the concrete business. |
| 18 | Q. | What dealings would you have had with them |
| 19 | | in August 2005? |
| 20 | A. | I don't know. |
| 21 | Q. | Don't know why you would have called them? |
| 22 | A. | I don't know that I did. |
| 23 | Q. | Do you know who Dave Jones is? |

1       talked to him.
2   Q.  But he's been providing equipment since
3       after January 2nd, 2006, hasn't he?
4   A.  Well, he could have been, yes.
5   Q.  Do you recall Mr. Maddox calling you more
6       than a dozen times in July and August 2005?
7   A.  I don't recall how many times Mr. Maddox
8       called me, but I remember him calling me.
9   Q.  And we've talked about some of those calls
10      might have been related to coordinating
11      white oversized?
12  A.  Yeah. He could have asked if trucks were
13      available or what have you.
14  Q.  Do you know who a Pete Long is?
15  A.  Pete Long? Not right off. Not right
16      offhand.
17  Q.  Do you know any reason why you would have
18      been talking to him in October '05?
19  A.  Again, I don't -- I don't know and I don't
20      know that I did.
21  Q.  What about Pond River Steel? Do you know
22      that company?
23  A.  Pond River Steel? They's -- a couple of

```
1         conveyors out there at Deatsville that's
2         got that name on it.
3    Q.   In fact, Pond River Steel is an
4         out-of-state company, isn't it?
5    A.   I think so.
6    Q.   Do you have any idea how Deatsville would
7         have gotten hooked up with Pond River
8         Steel?
9    A.   Are you talking about Alabama Gravel?
10   Q.   Yes, sir.
11   A.   No, I don't.
12   Q.   Did you place Alabama Gravel in touch with
13        Pond River Steel?
14   A.   No, I did not.
15   Q.   Do you know why they called you on October
16        12th and October 17th, 2005?
17   A.   I have no idea.
18   Q.   Would it surprise you to know that they
19        invoiced Alabama Gravel on October 25th,
20        2005?
21   A.   I don't know.
22   Q.   So it's your testimony that you didn't
23        coordinate between Pond River Steel and
```

1      Alabama Gravel?
2   A. No.
3   Q. And you don't know how or why they called
4      you?
5   A. I don't have any idea.
6   Q. Do you know why Simcala was calling you on
7      July 26th, 2005 and August 22nd, 2005?
8   A. I don't know.
9   Q. Were they calling you to coordinate
10     shipments of white oversized?
11  A. It could have been.
12  Q. So would they have called you to tell you
13     they needed more white oversized?
14  A. I don't remember. I don't know.
15  Q. Do you know why Southern Steel would have
16     called you more than a dozen times between
17     September 2005 and October 25th, 2005?
18  A. I don't know.
19  Q. And those calls, it's your testimony those
20     calls had nothing to do with the Deatsville
21     construction?
22  A. No, they wouldn't have.
23  Q. Despite the fact that they were working on

218

```
 1         the Deatsville site at that time?
 2    A.   They wouldn't have been calling me about
 3         the Deatsville site.
 4    Q.   What would they have been calling you
 5         about?
 6    A.   I don't know.
 7    Q.   Did you have any business ventures at that
 8         time that would have required you to use
 9         the services of Southern Steel and Pipe,
10         Inc.?
11    A.   No.
12    Q.   Do you know who Larry Speaks is?
13    A.   Yes, I do.
14    Q.   What does he do?
15    A.   He's in the engineering business.
16    Q.   Do you know why Larry Speaks --
17         Let me ask you this. Did you talk to
18         Larry Speaks at all in 2005?
19    A.   I could have. I don't remember.
20    Q.   Did you recommend Larry Speaks to Alabama
21         Gravel to do the permit work on the
22         Deatsville site?
23    A.   I don't remember whether I did or did not.
```

1  Q.  So it's your testimony -- do you know how
2      Larry Speaks came to do the work on the
3      Deatsville site?
4  A.  No, I do not.
5  Q.  Are you aware that he did do the permit
6      work on that site?
7  A.  I'm not really aware of that. I got aware
8      of that after 2006, but I wasn't aware of
9      it before that.
10 Q.  Do you know what Cowin Equipment Company
11     is?
12 A.  They are an equipment dealer.
13 Q.  What kind of equipment do they deal in?
14 A.  They sell about everything. They sell
15     excavators, trucks, just a little bit of
16     everything.
17 Q.  Do they sell over-the-road trucks?
18 A.  Not that I know of.
19 Q.  So in the mining operation, you would use
20     excavators; is that correct?
21 A.  Yes.
22 Q.  And you use trucks that are --
23 A.  Off-road trucks.

220

1  Q.  -- off-road trucks?
2  A.  Yes.
3  Q.  And that's the kind of equipment that Cowin
4      Equipment Company provides, is it not?
5  A.  Yes. They sell air compressors. They sell
6      all kinds of stuff.
7  Q.  All kinds of things that you could use in a
8      mining operation?
9  A.  Yeah, things that you could move -- or use
10     in a lot of things.
11 Q.  Do you know why they called you a dozen
12     times or more from July to December 2005?
13 A.  I don't remember. They might have been
14     calling me to see if I was going back in
15     business or whatever reason. I don't know
16     why they would call me.
17 Q.  Weren't they calling you about equipment
18     that was being used in Deatsville?
19 A.  No.
20 Q.  It's your testimony that you had no
21     dealings with Cowin Equipment Company
22     related to the Deatsville site before
23     January 2nd, 2006?

1  A.  That's right.

2  Q.  Do you know what Alabama Machinery and
3      Supply Company does?

4  A.  Not right offhand, no.

5  Q.  You don't have any idea of whether or not
6      they do things related to the mining
7      business?

8  A.  Not right offhand.

9  Q.  L.L. Hodge Machine Works. Do you know who
10     that is?

11 A.  No, not right offhand, no.

12 Q.  Do you know a guy named Nelson Abdulla?

13 A.  Nelson Abdulla?

14 Q.  Yes, sir.

15 A.  Not right offhand. You'd think that if I
16     had heard that name, I would remember it,
17     but I don't remember that offhand.

18 Q.  Now, I can understand a number of phone
19     calls between your wife's number and your
20     cell phone, the hundreds I see here. What
21     I'm curious about is why there is almost an
22     equal number of phone calls made from
23     Alabama Gravel to your cell phone between

1     July 2005 and the end of 2005.
2  A. I'm sure it was my wife calling me.
3  Q. So would she have been calling you from the
4     Alabama Gravel office?
5  A. She could have been. I guess so.
6  Q. Anybody else from Alabama Gravel call you
7     during that time period?
8  A. No.
9  Q. Well, I mean, except for Dave Tuten. You
10    talked to Dave Tuten during that time
11    period, didn't you?
12 A. Oh, I talked -- yeah, I talked to Dave
13    Tuten and I talked to Robert Alexander
14    during that time period, but I thought you
15    was talking about from Alabama Gravel's
16    office.
17 Q. That's what I was just clarifying. All
18    right.
19    Do you know why Mr. Alan King called
20    you 104 times from July 2005 to December
21    2005?
22 A. Me and Alan King are long-time friends,
23    and -- I don't know what all them

1       conversations would have been for, no.

2 Q. And you're aware that during that same time
3     period, Mr. King was providing services to
4     Alabama Gravel?

5 A. That's right.

6 Q. Do you know under what name Mr. King bills
7     for those services?

8 A. I don't know.

9 Q. What company does he work for?

10 A. He works for his own company. I don't know
11     what the name of it is.

12 Q. And isn't it a company that he would be
13     invoicing Alabama Gravel for?

14 A. What?

15 Q. He would be invoicing Alabama Gravel for
16     work, wouldn't he?

17 A. I'm sure he would.

18 Q. Is it your testimony that during those 104
19     conversations you guys stayed away from --
20     excuse me -- during the 104 times he called
21     you, you guys stayed away from talking
22     about the Deatsville site and what he was
23     doing there?

1  A.  Oh, I'm sure that he has mentioned the
2      Deatsville site to me in casual
3      conversation, but, you know, any specifics
4      about it, I don't recall any specifics.
5  Q.  Aren't you coordinating his construction
6      work on that site during those phone calls?
7  A.  Am I coordinating?
8  Q.  Weren't you doing that when you were
9      talking to him?
10 A.  No.
11 Q.  It's your testimony you weren't instructing
12     him on what to do on that site during that
13     time?
14 A.  That's right.
15 Q.  And the 104 conversations that you had when
16     he called you had nothing to do with that?
17 A.  No.
18 Q.  The phone records reveal literally hundreds
19     of calls between you and the other CCI cell
20     phone numbers.  Can you explain to me how
21     and why you placed so many of those calls?
22 A.  No.
23 Q.  Under what circumstances would you need to

225

1         talk to the other drivers that many times?
2 A.   Under what circumstances would I need to
3         talk to the drivers that many times?  I
4         don't know.
5 Q.   Weren't you dispatching those drivers for
6         CCI, hauling jobs?
7 A.   Direct dispatch, sometimes I did, yes.
8 Q.   Did you have any business dealings with
9         Neil Fuller from July to December 2005?
10 A.   Carol's Contracting did.  Me personally,
11         no.
12 Q.   And in what way did Carol's Contracting
13         deal with Neil Fuller?
14 A.   Well, wait.  I may have my dates mixed up.
15         In 2005, Carol had one or two trucks.
16         Carol's Contracting had one or two.  2004
17         and 2005, she had one or two trucks leased
18         on with Fuller Five Trucking.
19 Q.   In July of 2005 while CCI was hauling for
20         Alabama Gravel, they also were dealing with
21         Neil Fuller?
22 A.   They could have been, yes.
23 Q.   Under what --

A. Because there was a period of time that they left and went to hauling other material in 2005.

Q. Under what circumstances would you have dispatched drivers for CCI in 2005?

A. Is that the drivers would ask me how many loads to haul, and I would tell them, lots of times on a daily basis, to haul X amount of loads to Globe, X amount of loads to Simcala per truck. So I talked to them on a daily basis to see how many loads that they hauled. I'd call them and ask them if they -- how many loads that they had hauled. Just different reasons.

Q. And am I correct that the Gentry pit is no longer producing white oversized?

A. You're right.

Q. In fact, that pit's been -- the lease there has been depleted; is that correct?

A. I don't know that, no. I don't know that.

Q. Wasn't Alabama Gravel running around the clock, hauling white oversized out of that pit to Simcala and Globe?