227

1  A.  Was Alabama Gravel running around --
2  Q.  Well, CCI hauling around the clock out of
3      that pit?
4  A.  No. No, not necessarily around the clock.
5      Some of the drivers, to avoid traffic,
6      would start at two o'clock in the morning
7      and go until two o'clock in the evenings,
8      and some of them would want to be off and
9      things like that, so they were allowed to
10     haul when they wanted to.
11 Q.  And you coordinated that with them?
12 A.  I coordinated some of that, yeah. They
13     would call me or I would call them and ask
14     them what hours they were going to run and
15     what have you.
16 Q.  Do you know who Hardy Taylor is?
17 A.  He's a Caterpillar salesman.
18 Q.  Do you know why he would have called you
19     more than a dozen times from July 2005 to
20     the end of 2005?
21 A.  Hardy and I are good friends. We stay in
22     touch.
23 Q.  And Caterpillar is not something that makes

1          over-the-road trucks, does it?
2 A.   No, but they make over-the-road engines,
3          and they service them from a Caterpillar
4          store.
5 Q.   Do they service any of the CCI trucks?
6 A.   Yes, they did.
7 Q.   And is it your testimony those calls could
8          have related to CCI trucks needing service?
9 A.   It could have related to that. It could
10         have been a friendship call. It could have
11         been for various reasons.
12 Q.  Could it also have been for obtaining
13         equipment for the Deatsville site?
14 A.   No.
15 Q.   Is there any Caterpillar equipment on the
16         Deatsville site?
17 A.   Yes, there is.
18 Q.   What sort of equipment is there?
19 A.   There's a bulldozer and a couple excavators
20         and I think a Caterpillar truck.
21 Q.   And do you know how the Deatsville site
22         obtained that equipment?
23 A.   I guess that they purchased it from the

1  Caterpillar store.
2  Q. From Hardy Taylor's place?
3  A. I would think so. I don't know if they
4     come from there or from Birmingham or from
5     Georgia.
6  Q. Do you know Bubba's Materials?
7  A. Bubba's Materials? I know of them. I
8     don't know them.
9  Q. What do they do?
10 A. They haul crusher run, they haul sand and
11    gravel, they haul topsoil, they haul all
12    kinds of products like that.
13 Q. What about Johnny Harland? Do you know
14    him?
15 A. Johnny Harland? Not offhand, no.
16 Q. Any reason you would have -- he would have
17    called you?
18 A. I don't know.
19 Q. We were speaking of Trey Holley earlier, I
20    believe. What did you say about Trey?
21    Where does he work?
22 A. He works at the Volvo store.
23 Q. And are you aware that he called you from

233

1  could have delivered some for him. That
2  would have been the only connection with
3  the sand and gravel business.
4  Q. How often do you think you talked to Bernie
5  Ostervelt?
6  A. Quite often.
7  Q. When he called you in August, September,
8  October, and November of 2005, your
9  testimony was that had nothing to do with
10 the work Pearce Pump was doing on the
11 Deatsville site?
12 A. That's right.
13 Q. And it's your testimony you had no dealings
14 with Pearce Pump coordinating between them
15 and Alabama Gravel with respect to the
16 Deatsville site?
17 A. That's right.
18 Q. And the fact that they were working or
19 providing materials for the Deatsville site
20 during that time period is just a
21 coincidence?
22 A. I would say so, yes.
23 Q. Mr. Lambert, the phone records indicate

234

      hundreds of phone calls in 2005 between you and Dave Tuten. Is it your testimony that none of those phone calls related to work you were doing at the Deatsville site for Alabama Gravel?

A. That's right.

Q. What were y'all talking about?

A. I don't remember.

Q. You don't recall any of those phone calls?

A. I don't recall any specific phone call, no.

Q. There are phone calls here that lasted anywhere from two minutes to 30. You don't recall specifics on any of these phone calls?

A. No, I don't.

Q. There were days where you talked to Mr. Tuten three and four times, and you don't recall any of the specifics of those phone calls?

A. No, I don't.

Q. And you don't recall discussing with him the Deatsville operation?

A. If -- Dave could have brought it up in

1  casual conversation, but I don't recall any
2  specifics.
3  Q.  Texas Crusher System, Inc.  Do you know who
4  that is?
5  A.  Not really.  I'd say they sell crusher.
6  Q.  Crusher's used in the sand and gravel
7  business?
8  A.  Well, they could sell -- crusher's used in
9  any kind of aggregate business.
10 Q.  Do you know why they would have called you
11 in November of 2005?
12 A.  I have no idea.
13 Q.  Did you consider Dave Tuten to be a better
14 friend than Alan King?
15            MR. BAILEY:  Object to the form.
16            Answer as best you can.
17 A.  I don't know.  They're both good friends.
18 Q.  Is there a reason why you spoke to Dave
19 Tuten much more in the same time period
20 than Alan King?
21 A.  I wouldn't know.
22 Q.  And can you tell me -- I may have asked
23 this, but I have to ask it again -- why you

239

```
1    A.   Yeah.  Carol's Contracting buys truck parts
2         from them.
3    Q.   Do you recall them phoning you in August
4         2005?
5    A.   I don't recall any specifics of it, no.
6    Q.   Do you know what the company Meco, Inc. is?
7    A.   Meco?  No, I don't know who that is.
8    Q.   Are you aware that Meco, Inc. sells
9         refurbished used equipment for the sand and
10        gravel business?
11   A.   No, I'm not aware of that.
12   Q.   Do you know why they would have called you
13        in October 2005?
14   A.   I have no idea.
15   Q.   Was that related to the stuff that was
16        going on in Deatsville?
17   A.   I don't have any idea.
18   Q.   Do you think that they would have called
19        somebody else who was borrowing your cell
20        phone?
21   A.   I don't have any idea.
22   Q.   Do you know what Montgomery Rubber and
23        Gasket Company is?
```

1   A.  No, it don't.
2   Q.  You called that number 324 times. You
3       don't recognize it?
4   A.  No.
5           MR. GRISTINA: It's 3:30. Why
6           don't we take a little break?
7           (Brief recess.)
8   Q.  (Mr. Gristina continuing) Mr. Lambert, we
9       talked a little about Caterpillar trucks --
10      excuse me -- Caterpillar lift trucks, and
11      I'm looking at summaries of phone records
12      that indicate that you called them
13      literally dozens of times in July until the
14      end of 2005. Is it your testimony that
15      none of that related to equipment at the
16      Deatsville site?
17  A.  That's correct.
18  Q.  And what could that have possibly related
19      to?
20  A.  I don't recall.
21  Q.  So you don't recall the reason you called
22      Caterpillar on those many occasions?
23  A.  No, I don't recall. I don't recall why.

1  Q.  Do you know why you were calling Simcala in
2      July and August and November and December
3      2005?
4  A.  No, I don't.
5  Q.  Could that have related to coordinating
6      Alabama Gravel's shipments to Simcala?
7  A.  It's possible.
8  Q.  And I asked earlier about calls to Southern
9      Steel and Pipe. I'm looking again at
10     literally dozens of calls from your cell
11     phone to Southern Steel and Pipe. Again,
12     it's your testimony that you had no
13     business dealings with Southern Steel and
14     Pipe in 2005?
15 A.  That's right. They could have been when I
16     loaned my phone out.
17 Q.  About how often would you say you loaned
18     your phone out?
19 A.  I don't remember exactly.
20 Q.  Where would you have been when you loaned
21     your phone out to somebody who had dealings
22     with Southern Steel and Pipe?
23 A.  I don't know. It could have been out at

1           the Gentry pit.
2   Q.      Were they doing work at the Gentry pit when
3           you were out there?
4   A.      Was who doing work?
5   Q.      Southern Steel and Pipe.
6   A.      Not that I know of.
7   Q.      Do you know what Tire Centers, LLC is?
8   A.      They're a truck tire dealer.
9   Q.      And would you have had reason to call them
10          for CCI trucks?
11  A.      Yes, I would.
12  Q.      Peterbilt of Montgomery.  Are you familiar
13          with them?
14  A.      Yes, I am.
15  Q.      And would you have reason to call them in
16          2005?
17  A.      Yes, I would.
18  Q.      What would you have called them for?
19  A.      About maintenance items for CCI.
20  Q.      Do you know the company Industrial
21          Supplies, Inc.?
22  A.      Not right offhand, no.
23  Q.      Do you know why you would have called them

250

| | | |
|---|---|---|
| 1 | A. | Yes, I do. |
| 2 | Q. | How well do you know Steve? |
| 3 | A. | Very well. |
| 4 | Q. | And do you talk to him from time to time? |
| 5 | A. | Yes, I do. |
| 6 | Q. | Have you talked to him about going back into the sand and gravel business? |
| 8 | A. | Since 2006? |
| 9 | Q. | Before 2006. |
| 10 | A. | I'm sure I've mentioned to Steve that I want to go back in the sand and gravel business, but any specifics about going back into it before 2006 I don't recall. |
| 14 | Q. | Do you know the bank Security Federal Bank? |
| 15 | A. | No, not offhand, no. |
| 16 | Q. | Do you know why you would have called them in September 2005? |
| 18 | A. | No. I have no idea if I did call them. |
| 19 | Q. | Were you arranging financing for equipment through Security Federal Bank? |
| 21 | A. | Not me. |
| 22 | Q. | Do you know who Bob Becker is? |
| 23 | A. | Bobby Becker? |

251

1  Q.  Yes.
2  A.  Yes, he's a purchasing agent for Globe.
3  Q.  And do you know why you called the
4      purchasing agent for Globe in July,
5      August -- July and August 2005?
6  A.  I don't know specifics, no.
7  Q.  All right. Were you selling anything to
8      Globe at that time?
9  A.  Not me, no.
10 Q.  And you don't know why you would have
11     called them?
12 A.  Not any specifics, no.
13 Q.  And you know that Globe is a purchaser of
14     white oversized material, correct?
15 A.  That's right.
16 Q.  And that's what -- and they were purchasing
17     white oversized from Alabama Gravel at that
18     time, were they not?
19 A.  That's right.
20 Q.  And you were delivering white oversized in
21     CCI trucks at that time, weren't you?
22 A.  That's correct.
23 Q.  Were you the one who connected Globe with