# Exhibit 19

# WILLINGHAM STONE COMPANY

404-355-8155     1000 HUFF ROAD     800-241-8083
ATLANTA, GEORGIA 30318

CUSTOMER'S P.O. NUMBER: 2294
DATE: 1-17-04

SOLD TO: ADVANCED ROOFING

PRODUCT: BROWN #6's

SHIP TO: ADVANCED ROOFING LEARNING CENTER PLANTATION FL

ORDER #: 2294
CARRIER: FOSHEE H 204
TONS: 24.19
PRICE:
SUB-TOTAL:
SALES TAX:
TOTAL:

RECEIVED BY: [signature] Terry Jefferson

No. 181409

---

**Elmore Sand And Gravel, Inc**
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805   Fax 334-285-1808

Date: 17-Jan-04   11:30 AM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 2294

| Truck No: | 204 Foshee Trucking | | |
|---|---|---|---|
| Material | Description | Price | Amount |
| | #6 Brown | | |
| Gross Weight | 79980 | | |
| Tare Weight | 31600 | | |
| Net Weight | 48380 | | |
| Tons | 24.19 | | |

BMT-10.
I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned
All claims and returned goods MUST be accompanied by this bill

Rev. 11/86

Rec'd by: _____ Customer
Delivered by: [signature] Driver

No. 181409

Press Hard - 5 copies
White-Original...Blue-Customer...Pink-Property Owner
Green-Driver...Canary-Customer Delivery

TCC00039

# WILLINGHAM STONE COMPANY

404-355-8155

1000 HUFF ROAD
ATLANTA, GEORGIA 30318

800-241-8083

CUSTOMER'S P.O. NUMBER: 2359
DATE: 3-4-04

SOLD TO: TRIPLE M ROOFING

PRODUCT: BROWN #6'S

RECEIVED BY: [signature]

SHIP TO: TRIPLE M ROOFING SUNRISE FL

ORDER #: 2359
CARRIER: FOSHEE #204
TONS: 24.20
PRICE:
SUB-TOTAL:
SALES TAX:
TOTAL:

No. 184560

---

**Elmore Sand And Gravel, Inc**
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805   Fax 334-285-1808

Date: 04-Mar-04   11:15 AM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 2359

| Truck No: | 204 | Foshee Trucking | | |
|---|---|---|---|---|
| Material | Description | Price | Amount | |
| | #6 Brown | | | |
| Gross Weight | 80000 | | | |
| Tare Weight | 31600 | | | |
| Net Weight | 48400 | | | |
| Tons | 24.20 | | | |

BMT-10   Rev. 11/86

I hereby certify that this shipment of aggregate is from approved Source No. 995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: [signature] Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill.

Rec'd by: _____ Customer

Delivered by: [signature] Driver

No. 184560

Press Hard - 5 copies
White-Original... Blue-Customer... Pink-Property Owner...
Green-Driver... Canary-Customer Delivery

TCC00084

# WILLINGHAM STONE COMPANY

404-355-8155
1000 HUFF ROAD
ATLANTA, GEORGIA 30318
800-241-8083

CUSTOMER'S P.O. NUMBER: 2294
DATE: 3-23-04

SOLD TO: ADVANCED ROOFING

PRODUCT:
BROWN #6's
LEFT TICTS & CERT
LETTER ON SEAT
OF BOBCAT
FUEL CHARGE - 3% $28.98

RECEIVED BY:

SHIP TO: ADVANCED ROOFING
PLANTION FL

ORDER #: 2294
CARRIER: FOSHEE #204
TONS: 24.15
PRICE:
SUB-TOTAL:
SALES TAX:
TOTAL:

No. 18626

---

**Elmore Sand And Gravel, Inc**
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805   Fax 334-285-1808

Date: 23-Mar-04  4:43 AM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 2294

Truck No.: 204  Foshee Trucking

| Material | Gross Weight | Tare Weight | Net Weight | Description | Price | Amount |
|---|---|---|---|---|---|---|
| #6 Brown | 79900 | 31600 | 48300 | | | |

Tons: 24.15

BMT-10
I hereby certify that this shipment of aggregate is from approved Source No. "995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Delivered by: _____   Rec'd by: _____
                Driver               Customer

No. 186260

Rev. 11/86

White-Original . . . Blue-Customer . . . Pink-Property Owner . . . Press. Hard - 5 copies

TCC00093

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER #  
P.O. NUMBER 3508  
DATE 4-8-04

SOLD TO: TRIPLE M ROOFING

PRODUCT: BROWN #6'S

3% FUEL CHARGE  
$32.60

RECEIVED BY: [signature]

SHIP TO: TRIPLE M ROOFING  
LAUDERDALE LAKES

ORDER # 3508  
CARRIER: FOSHEE #204  
TONS 24.15  
PRICE  
SUB-TOTAL  
SALES TAX  
TOTAL

No. 187615

---

## Elmore Sand And Gravel, Inc

1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805   Fax 334-285-1808

Date: 08-Apr-04   8:54 AM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO # 3508

| Truck No. | Description | Price | Amount |
|---|---|---|---|
| 204 | Foshee Trucking | | |

| Material | #6 Brown | 3% Fuel Charge | $32.90 |
|---|---|---|---|
| Gross Weight | 79,900 | | |
| Tare Weight | 31,600 | | |
| Net Weight | 48,300 | | |
| Tons | 24.15 | | |

BMT-10. I hereby certify that this shipment of aggregate is from approved Source No. 995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: Weightmaster/Authorized Representative  
*Note: Appropriate Source Number as assigned

Rec'd by: _____  
Delivered by: [signature]   Driver  

All claims and returned goods MUST be accompanied by this bill.

No. 187615  
Rev. 11/86

White-Original  Blue-Customer  Pink-Property Owner  
Press Hard - 5 copies

TCC000124

# WILLINGHAM STONE COMPANY

CUSTOMER'S
P.O. NUMBER 2294

DATE 3-15-04

404-355-8155
1000 HUFF ROAD
ATLANTA, GEORGIA 30318
800-241-8083

SOLD TO: ADVANCED ROOFING

SHIP TO: ADVANCED ROOFING
PIAUTION FL

PRODUCT: BROWN #6's

ORDER # 2294
CARRIER FOSHEE #204
TONS 24.20
PRICE
SUB-TOTAL
SALES TAX
TOTAL

RECEIVED BY: Luther

No. 18550

---

**Elmore Sand And Gravel, Inc**
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805  Fax 334-285-1808

Date: 15-Mar-04  12:30 PM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 2294

Truck No: 204  Foshee Trucking

| Material | Description | Price | Amount |
|----------|-------------|-------|--------|
| #6 Brown | | $40.00 Ton | |
| Gross Weight | 80000 | + 3% OF | |
| Tare Weight | 31600 | Total Due = $982.04 | |
| Net Weight | 48400 | | |
| Tons | 24.20 | | |

BMT-10
I hereby certify that t
from approved Sour
specifications for this
is true and accurate.

Signed _____ Weightmas

*Note: Appropriate Source Number as assigned
All claims and returned goods MUST be accompanied by this bill

Rec'd by: _____ Customer
Delivered by: _____ Driver

No. 185502

Press Hard - 5 copies
White-Original . . . Blue-Customer . . . Pink-Property Owner

TCC000154

# WILLINGHAM STONE COMPANY

404-355-8155     1000 HUFF ROAD     ATLANTA, GEORGIA 30318     800-241-8083

CUSTOMER'S P.O. NUMBER: 3530
DATE: 5-5-04

SOLD TO: Cyclone Roofing

PRODUCT: Brown #6's

390 FUEL SURCHARGE $34.70

RECEIVED BY: [signature]

SHIP TO: Cyclone Roofing Southport N.C.

ORDER #: 3530
CARRIER: Foshee #204
TONS: 24.10
PRICE:
SUB-TOTAL:
SALES TAX:
TOTAL:

No. 189596

---

## Elmore Sand And Gravel, Inc
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805    Fax 334-285-1808

Date: 05-May-04    12:19 PM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 3530

Truck No: 204    Foshee Trucking

| Material | Description | Price | Amount |
|---|---|---|---|
| #6 Brown | | | |

Gross Weight: 79800
Tare Weight: 31600
Net Weight: 48200
Tons: 24.10

BMT-10    Rev. 11/86
I hereby certify that this shipment of aggregate is from approved Source No. 995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: [signature] Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned
All claims and returned goods MUST be accompanied by this bill

Rec'd by: [signature] Customer
Delivered by: [signature] Driver

No. 189596

Press Hard - 5 copies
White-Original ... Blue-Customer ... Pink-Property Owner
Green-Driver ... Canary-Customer Delivery

TCC000181

# WILLINGHAM STONE COMPANY

404-355-8155     1000 HUFF ROAD     800-241-8083
ATLANTA, GEORGIA 30318

CUSTOMER'S P.O. NUMBER: 3553
DATE: 6-1-04

SOLD TO: TRIPLE M ROOFING
SHIP TO: TRIPLE M ROOFING FT PIERCE FL

PRODUCT: BROWN #6's

ORDER #: 3553
CARRIER: FOSHEE #204
TONS: 24.20
PRICE: 6.90 FUEL $60.98
SUB-TOTAL:
SALES TAX:
TOTAL:

RECEIVED BY: [signature]

No. 191618

---

## Elmore Sand And Gravel, Inc

1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805 · Fax 334-285-1808

Date: 01-Jun-04 10:40 AM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 3553

Truck No: 204   Foshee Trucking

| Material | Description | Price | Amount |
|---|---|---|---|
| #6 Brown | | 6.90 | |
| Gross Weight | 80000 | | |
| Tare Weight | 31600 | | |
| Net Weight | 48400 | | |
| Tons | 24.20 | | |

BMT-10   Rev. 11/86
I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Delivered by: [signature]   Rec'd by: [signature]
Driver    Customer

Press Hard - 5 copies
White-Original...Blue-Customer...Pink-Property Owner...

No. 191618

TCC000215

# WILLINGHAM STONE COMPANY

404-355-8155

1000 HUFF ROAD
ATLANTA, GEORGIA 30318

800-241-8083

CUSTOMER'S P.O. NUMBER: 3595
DATE: 8-10-04

SOLD TO: CYCLONE ROOFING

SHIP TO: CYCLONE ROOFING
STATESVILLE N.C.

PRODUCT: BROWN #6's

ORDER #: 3595
CARRIER: FOSHEE #204
TONS: 24.15

$30.00 TON
+ 6% Fuel =
$43.47

RECEIVED BY: Levi S Peter

No. 196760

---

**Elmore Sand And Gravel, Inc.**
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805  Fax 334-285-1808

Date: 10-Aug-04   8:56 AM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 3595
Truck No: 204  Foshee Trucking

| Material | Gross Weight | Tare Weight | Net Weight | Tons | Price | Amount |
|---|---|---|---|---|---|---|
| #6 Brown | 79900 | 31600 | 48300 | 24.15 | | |

BMT-10
I hereby certify that this shipment of aggregate is from approved Source No. 995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: Weighmaster/Authorized Representative

*Note: Appropriate Source Numbers assigned. All claims and returned goods MUST be accompanied by this

Delivered by: _____  Rec'd by: _____
Driver

No. 196760

Press Hard - 5 copies
White-Original · Blue-Customer · Pink-Property Owner · Canary-Customer/Delivery

TCC000250