# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER'S P.O. NUMBER: 3620  
DATE: 9-21-04

SOLD TO: CERTIFIED ROOFING

SHIP TO: CERTIFIED ROOFING  
FEDSCREEK KY

PRODUCT: BROWN #6'S  
1 HR WAITING TIME  $38.00 TON = $919.60  
+ 13.50 % Fuel = $124.15  
+ 1-hour Waiting Time = $55.00

ORDER #: 3620  
CARRIER: FOSHEE #204  
TONS: 24.20

RECEIVED BY: Pinnock

No. 199396

---

## Elmore Sand And Gravel, Inc

1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805  Fax 334-285-1808

Date: 21-Sep-04  6:54 AM

Sold to: Willingham Stone  
Ship to: Willingham Stone  PO# 3620

| Truck No. | Description | Price | Material | Gross Weight | Tare Weight | Net Weight | Tons |
|---|---|---|---|---|---|---|---|
| 204 | Foshee Trucking | | #6 Brown | 80000 | 31600 | 48400 | 24.20 |

BMT-10  
I hereby certify that this shipment of aggregate is from approved Source No. "995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned  
All claims and returned goods MUST be accompanied by this bill

Rec'd by: _____  Driver

Delivered by: _____

No. 199396

TCC000264

Press Hard - 5 copies  
White-Original .. Blue-Customer .. Pink-Property Owner  
Green-Driver .. Canary-Customer Delivery ..  
Customer

# Elmore Sand And Gravel, Inc

1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805 · Fax 334-285-1808

Sold to: Willingham Stone                    Date 27-Jan-03
Ship to: Willingham Stone                          1:38 PM
PO# 2034

| Truck No: 204 Foshee Trucking | | | |
|---|---|---|---|
| | Description | Price | Amount |
| Material | #6 Brown | | |
| Gross Weight | 79900 | | |
| Tare Weight | 29900 | | |
| Net Weight | 50000 | | |
| Tons | 25.00 | | |

BMT-10                                        Rev. 11/86
I hereby certify that this shipment of aggregate is
from approved Source No. *995 and meets the
specifications for this project and the weight shown
is true and accurate.

Signed _____
        Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Delivered by: _____ Rec'd by: _____
                Driver                Customer

No. 154813                        Press Hard - 5 copies

White-Original . . . Blue-Customer . . . Pink-Property Owner . . .
Green-Driver . . . Canary-Customer Delivery

TCC000268

44
6% surch

# Elmore Sand And Gravel, Inc

1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805   Fax 334-285-1808

Sold to: Willingham Stone        Date 24-Feb-03
                                      11:22 AM
Ship to: West Palm Beach Fla
         PO# 2045

Truck No: 204    Foshee Trucking

| | Description | Price | Amount |
|---|---|---|---|
| Material | #6 Brown | | |
| Gross Weight | 79700 | | |
| Tare Weight | 29900 | | |
| Net Weight | 49800 | | |
| Tons | 24.90 | | |

BMT-10                                    Rev. 11/86

I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____
       Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Delivered by: _____   Rec'd by: _____
              Driver                    Customer

                                Press Hard - 5 copies

No. 157106

White-Original...Blue-Customer...Pink-Property Owner...
Green-Driver...Canary-Customer Delivery

TCC000286

# WILLINGHAM STONE COMPANY

404-355-8155        1000 HUFF ROAD        800-241-8083
ATLANTA, GEORGIA 30318

CUSTOMER'S P.O. NUMBER:
DATE: 5-28-03

**SOLD TO:** CERTIFIED ROOFING

**PRODUCT:** BROWN #6'S

**SHIP TO:** CERTIFIED ROOFING
BELL SOUTH
NEW ORLEANS LA

ORDER #: 2139
CARRIER: FOSHEE #204
TONS: 24.30
PRICE:
SUB-TOTAL:
SALES TAX:
TOTAL:

RECEIVED BY: [signature]

No. 164721

---

## Elmore Sand And Gravel, Inc.

1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805    Fax 334-285-1808

Date: 28-May-03   1:04 PM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 2139

| Truck No: 204 | Foshee Trucking | | |
|---|---|---|---|
| Material | Description | Price | Amount |
| #6 Brown | | | |
| Gross Weight | 80000 | | |
| Tare Weight | -31400 | | |
| Net Weight | 48600 | | |
| Tons | 24.30 | | |

BMT-10   Rev. 11/86

I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Delivered by: [signature] Driver
Rec'd by: _____ Customer

No. 164721

Press Hard - 5 copies

White-Original....Blue-Customer....Pink-Property Owner
Green-Driver....Canary-Customer Delivery

TCC000364

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER'S P.O. NUMBER _____  
DATE 7-10-03

SOLD TO: TRIPLE M ROOFING

SHIP TO: TRIPLE M ROOFING  
FT. LAUDERDALE FL

PRODUCT: BROWN #6's

ORDER # 2167  
CARRIER FOSHEE #204  
TONS 24.17  
PRICE _____  
SUB-TOTAL _____  
SALES TAX _____  
TOTAL _____

RECEIVED BY: [signature]

No. 16786

---

**Elmore Sand And Gravel, Inc**  
1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805   Fax 334-285-1808

Date: 10-Jul-03  2:42 PM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 2167

| Truck No. | Material | Description | Price | Amount |
|---|---|---|---|---|
| 204 | Foshee Trucking | #6 Brown | | |

Gross Weight: 79940  
Tare Weight: 31600  
Net Weight: 48340  
Tons: 24.17

BMT-10  
I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Rev. 11/86

Rec'd by: _____ Customer  
Delivered by: [signature] Driver

No. 167860

Press Hard - 5 copies  
White-Original... Blue-Customer... Pink-Property Owner...  
Green-Driver... Canary-Customer Delivery

TCC000404

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMERS P.O. NUMBER: $26/FT  
DATE: 8-13-03

SOLD TO: CERTIFIED ROOFING

PRODUCT: BROWN #6'S

RECEIVED BY: Minnick

SHIP TO: CERTIFIED ROOFING RACELAND LA

ORDER #: 2186  
CARRIER: FOSHEE #204  
TONS: 24.17  
PRICE:  
SUB-TOTAL:  
SALES TAX:  
TOTAL: /

No. 17034

---

## Elmore Sand And Gravel, Inc.

1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805  Fax 334-285-1808

$26/FT

Date: 13-Aug-03  7:23 PM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 2186  RACELAND LA

| Truck No. | 204 | Foshee Trucking | | |
|---|---|---|---|---|
| Material | Description | Price | Amount | |
| | #6 Brown | | | |
| Gross Weight | 79940 | | | |
| Tare Weight | 31600 | | | |
| Net Weight | 48340 | | | |
| Tons | 24.17 | | | |

BMT-10  Rev. 11/86

I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Delivered by: _____ Rec'd by: _____  
Driver  Customer

No. 170342

Press Hard - 5 copies  
White-Original  Blue-Customer  Pink-Property Owner

TCC000433



# Elmore Sand And Gravel, Inc
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805  Fax 334-285-1808

Sold to: Willingham Stone         Date: 21-Nov-03   8:54 AM

Ship to: Willingham Stone

PO# 2267

Truck No: 204   Foshee Trucking

| Material | Description | Price | Amount |
|---|---|---|---|
| | #6 Brown | | |
| Gross Weight | 79800 | | |
| Tare Weight | 31600 | | |
| Net Weight | 48200 | | |
| Tons | 24.10 | | |

Rev. 11/86

BMT-10
I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____
Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned
All claims and returned goods MUST be accompanied by this bill

Delivered by: _____ Rec'd by: _____
              Driver                         Customer

No. 177936                Press Hard - 5 copies

White-Original . . . Blue-Customer . . . Pink-Property Owner . . .
Green-Driver . . . Canary-Customer Delivery

TCC000490

# WILLINGHAM STONE COMPANY

404-355-8155　　1000 HUFF ROAD　　800-241-8083
　　　　　　　ATLANTA, GEORGIA 30318

CUSTOMER'S P.O. NUMBER: 2282
DATE: 12-3-02

SOLD TO: CERTFIED ROOFING
SHIP TO: CERTFIED ROOFING HAMMOND LA

PRODUCT:
BROWN #6'S
START TIME 9:00 AM
STOP TIME 12:00 PM
✶ 3 HRS

RECEIVED BY: Jennifer Winter (signature)

ORDER #: 2282
CARRIER: FOSHEE #204
TONS: 24.17
PRICE:
SUB-TOTAL:
SALES TAX:
TOTAL:

No. 178566

---

## Elmore Sand And Gravel, Inc
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805　Fax 334-285-1808

Date: 03-Dec-03　5:21 PM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 2282

| Truck No. | Description | Price | Amount |
|---|---|---|---|
| 204 Foshee Trucking | | | |

Material: #6 Brown
Gross Weight: 79940
Tare Weight: 31600
Net Weight: 48340
Tons: 24.17

BMT-10
I hereby certify that this shipment of aggregate is from approved Source No. "995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned
All claims and returned goods MUST be accompanied by this bill

Rec'd by: (signature)
Delivered by: (signature)   Driver

No. 178566

Rev. 11/86
Press Hard - 5 copies
White-Original... Blue-Customer... Pink-Property Owner...
Green-Driver... Canary-Customer Delivery

TCC000509