# EXHIBIT B

## THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

1

| Number Call Placed to | Date | Time | Length Seconds | Length Minutes | Originator of Call | | Name | Cell Provider |
|---|---|---|---|---|---|---|---|---|
| 2402223 | 9/21/2005 | 10:35 | 189 | 3.2 | 3342027177 | | Southern Steel & Pipe Incorporated | |
| 2402223 | 9/26/2005 | 11:50 | 1178 | 19.6 | 3342027177 | | Southern Steel & Pipe Incorporated | |
| 2402223 | 9/27/2005 | 13:58 | 189 | 3.2 | 3342027177 | | Southern Steel & Pipe Incorporated | |
| 2402223 | 9/28/2005 | 13:48 | 249 | 4.2 | 3342027177 | 4 | Southern Steel & Pipe Incorporated | |
| 2622682 | 8/8/2005 | 8:25 | 1355 | 22.6 | 3342027177 | | W G Ward | |
| 2657841 | 10/27/2005 | 15:22 | 31 | 0.5 | 3342027177 | | Johnson & Sons Steel Incorporated | |
| 8349567 | 11/7/2005 | 9:07 | 78 | 1.3 | 3342027177 | | Conn Equipment Rental Company Inc | |
| 8349567 | 12/14/2005 | 8:02 | 122 | 2.0 | 3342027177 | 2 | Conn Equipment Rental Company Inc | |
| 2053736066 | 12/28/2005 | 12:34 | 2 | 0.0 | 3342027177 | | Bobby & Nancy Harvey | |
| 2053736066 | 12/28/2005 | 12:54 | 114 | 1.9 | 3342027177 | | Bobby & Nancy Harvey | |
| 2053736066 | 12/28/2005 | 14:36 | 252 | 4.2 | 3342027177 | 3 | Bobby & Nancy Harvey | |
| 2056553883 | 8/2/2005 | 11:10 | 1273 | 21.2 | 3342027177 | | Sam Estock | |
| 2056553883 | 8/25/2005 | 17:10 | 29 | 0.5 | 3342027177 | 2 | Sam Estock | |
| 2292421724 | 8/7/2005 | 14:22 | 14 | 0.2 | 3342027177 | | Maddox Stone and Gravel | Verizon Wireless (Birmingham, AL) |
| 2292516127 | 7/20/2005 | 16:24 | 43 | 0.7 | 3342027177 | | Maddox Stone and Gravel | |
| 2292516127 | 7/23/2005 | 13:10 | 60 | 1.0 | 3342027177 | 2 | Maddox Stone and Gravel | |
| 2568319173 | 8/17/2005 | 12:38 | 69 | 1.2 | 3342027177 | | Webb Concrete & Building Materials | |
| 3342027177 | 12/28/2005 | 12:31 | 100 | 1.7 | 2053736066 | | Bobby & Nancy Harvey | |
| 3342027177 | 12/28/2005 | 12:54 | 15 | 0.3 | 2053736066 | 2 | Bobby & Nancy Harvey | |
| 3342027177 | 11/17/2005 | 9:07 | 634 | 10.6 | 2054824411 | | Dave Jones | BellSouth Mobility (Birmingham, AL) |
| 3342027177 | 8/2/2005 | 11:08 | 74 | 1.2 | 2056553883 | | Sam Estock | |
| 3342027177 | 8/25/2005 | 16:57 | 120 | 2.0 | 2056553883 | | Sam Estock | |
| 3342027177 | 8/25/2005 | 17:13 | 528 | 8.8 | 2056553883 | | Sam Estock | |
| 3342027177 | 9/20/2005 | 14:24 | 42 | 0.7 | 2056553883 | | Sam Estock | |
| 3342027177 | 9/27/2005 | 15:11 | 325 | 5.4 | 2056553883 | | Sam Estock | |
| 3342027177 | 10/6/2005 | 17:52 | 1341 | 22.4 | 2056553883 | 6 | Sam Estock | |
| 3342027177 | 8/16/2005 | 16:04 | 448 | 7.5 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 8/16/2005 | 16:11 | 24 | 0.4 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 8/19/2005 | 9:06 | 107 | 1.8 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 9/8/2005 | 15:54 | 90 | 1.5 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 9/9/2005 | 8:23 | 33 | 0.6 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 9/23/2005 | 8:50 | 38 | 0.6 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 10/10/2005 | 11:14 | 101 | 1.7 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 10/17/2005 | 15:45 | 117 | 2.0 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 10/17/2005 | 18:17 | 207 | 3.5 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 10/20/2005 | 10:33 | 193 | 3.2 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 10/28/2005 | 15:10 | 1525 | 25.4 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 10/28/2005 | 15:36 | 21 | 0.4 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 11/4/2005 | 15:37 | 669 | 11.2 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 11/4/2005 | 15:49 | 39 | 0.7 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 11/8/2005 | 10:23 | 86 | 1.4 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 11/29/2005 | 9:23 | 16 | 0.3 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/1/2005 | 8:18 | 7 | 0.1 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/1/2005 | 8:37 | 19 | 0.3 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/1/2005 | 10:56 | 150 | 2.5 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/2/2005 | 10:00 | 72 | 1.2 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/2/2005 | 10:29 | 57 | 1.0 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/13/2005 | 17:40 | 68 | 1.1 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/22/2005 | 14:54 | 105 | 1.8 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/27/2005 | 10:36 | 337 | 5.6 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/27/2005 | 11:29 | 328 | 5.5 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/27/2005 | 14:35 | 83 | 1.4 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |

THE CONCRETE COMPANY 2
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| From | Date | Time | Dur | Min | To | Count | Name | Carrier |
|---|---|---|---|---|---|---|---|---|
| 3342027177 | 12/27/2005 | 14:51 | 30 | 0.5 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/27/2005 | 18:01 | 18 | 0.3 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 12/28/2005 | 12:30 | 270 | 4.5 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 11/29/2005 | 9:28 | 149 | 2.5 | 2059364777 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 13342027177 | 8/1/2005 | 16:53 | 582 | 9.7 | 2059364777 | 31 | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 3342027177 | 7/29/2005 | 8:37 | 67 | 1.1 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 7/29/2005 | 9:24 | 31 | 0.5 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 7/29/2005 | 10:22 | 529 | 8.8 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 8/2/2005 | 8:14 | 21 | 0.4 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 8/2/2005 | 8:15 | 9 | 0.2 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 8/2/2005 | 8:16 | 78 | 1.3 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 8/2/2005 | 13:20 | 317 | 5.3 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 8/2/2005 | 14:25 | 158 | 2.6 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 8/7/2005 | 14:21 | 23 | 0.4 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 8/8/2005 | 16:35 | 70 | 1.2 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 8/21/2005 | 13:39 | 233 | 3.9 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 8/23/2005 | 15:37 | 127 | 2.1 | 2292421724 | | Maddox Stone and Gravel | |
| 3342027177 | 11/18/2005 | 7:59 | 971 | 16.2 | 2292421724 | 13 | Maddox Stone and Gravel | |
| 3342027177 | 7/20/2005 | 16:23 | 30 | 0.5 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 7/22/2005 | 9:15 | 554 | 9.2 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 7/23/2005 | 13:14 | 363 | 6.1 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 7/25/2005 | 15:50 | 152 | 2.5 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 8/9/2005 | 15:37 | 48 | 0.8 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 8/10/2005 | 16:21 | 188 | 3.1 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 8/24/2005 | 16:52 | 252 | 4.2 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 8/25/2005 | 10:05 | 69 | 1.2 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 8/31/2005 | 7:42 | 174 | 2.9 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 10/13/2005 | 12:18 | 33 | 0.6 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 12/14/2005 | 8:26 | 260 | 4.3 | 2292516127 | | Maddox Stone and Gravel | |
| 3342027177 | 12/20/2005 | 15:39 | 135 | 2.3 | 2292516127 | 12 | Maddox Stone and Gravel | |
| 3342027177 | 10/4/2005 | 14:19 | 132 | 2.2 | 2564922634 | | Pete Long | |
| 3342027177 | 10/12/2005 | 9:46 | 362 | 6.0 | 2564922634 | 2 | Pete Long | |
| 3342027177 | 10/12/2005 | 11:16 | 135 | 2.3 | 2708253487 | | Pond River Steel | |
| 3342027177 | 10/17/2005 | 12:49 | 303 | 5.1 | 2708253487 | 2 | Pond River Steel | |
| 3342027177 | 8/1/2005 | 16:05 | 95 | 1.6 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/1/2005 | 16:11 | 43 | 0.7 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/2/2005 | 7:48 | 104 | 1.7 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/8/2005 | 6:59 | 63 | 1.1 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/16/2005 | 8:09 | 107 | 1.8 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/18/2005 | 10:05 | 157 | 2.6 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/18/2005 | 12:50 | 167 | 2.8 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/19/2005 | 9:08 | 63 | 1.1 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/22/2005 | 4:48 | 419 | 7.0 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/30/2005 | 16:26 | 8 | 0.1 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/1/2005 | 18:23 | 78 | 1.3 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/9/2005 | 7:35 | 119 | 2.0 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/9/2005 | 15:27 | 83 | 1.4 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/19/2005 | 11:57 | 51 | 0.9 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/22/2005 | 8:43 | 71 | 1.2 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/22/2005 | 10:07 | 84 | 1.4 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/23/2005 | 10:38 | 302 | 5.0 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/23/2005 | 12:54 | 69 | 1.2 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/28/2005 | 13:10 | 84 | 1.4 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/30/2005 | 6:36 | 42 | 0.7 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/30/2005 | 13:37 | 70 | 1.2 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/3/2005 | 10:53 | 49 | 0.8 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/6/2005 | 9:58 | 24 | 0.4 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/7/2005 | 6:02 | 27 | 0.5 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/7/2005 | 9:24 | 36 | 0.6 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/11/2005 | 6:11 | 101 | 1.7 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 12:15 | 36 | 0.6 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 12:31 | 78 | 1.3 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/19/2005 | 8:04 | 63 | 1.1 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
### RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

3

| From | Date | Time | Duration | Min | To | Extra | Name | Carrier |
|---|---|---|---|---|---|---|---|---|
| 3342027177 | 10/28/2005 | 16:46 | 26 | 0.4 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/28/2005 | 17:05 | 95 | 1.6 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/1/2005 | 9:43 | 28 | 0.5 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/7/2005 | 9:05 | 77 | 1.3 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/7/2005 | 9:19 | 117 | 2.0 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/9/2005 | 9:43 | 144 | 2.4 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/11/2005 | 10:55 | 30 | 0.5 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/18/2005 | 8:15 | 86 | 1.4 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/21/2005 | 11:58 | 32 | 0.5 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/15/2005 | 16:29 | 359 | 6.0 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/21/2005 | 9:40 | 49 | 0.8 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/21/2005 | 9:47 | 84 | 1.4 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/21/2005 | 11:09 | 29 | 0.5 | 3342023645 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/27/2005 | 14:14 | 68 | 1.1 | 3342023645 | 43 | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| | | | | | | | | |
| 3342027177 | 7/30/2005 | 5:27 | 186 | 3.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/1/2005 | 6:51 | 241 | 4.0 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/1/2005 | 7:01 | 33 | 0.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/1/2005 | 11:27 | 46 | 0.8 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/1/2005 | 7:27 | 31 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/2/2005 | 9:59 | 319 | 5.3 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/2/2005 | 13:32 | 194 | 3.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/2/2005 | 18:45 | 192 | 3.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/3/2005 | 16:35 | 200 | 3.3 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/5/2005 | 7:43 | 166 | 2.8 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/5/2005 | 15:50 | 713 | 11.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/5/2005 | 16:29 | 229 | 3.8 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/8/2005 | 13:58 | 315 | 5.3 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/9/2005 | 15:59 | 75 | 1.3 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/10/2005 | 12:37 | 97 | 1.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/10/2005 | 13:08 | 67 | 1.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/11/2005 | 18:14 | 74 | 1.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/12/2005 | 10:54 | 91 | 1.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/12/2005 | 12:57 | 108 | 1.8 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/12/2005 | 15:37 | 80 | 1.3 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/13/2005 | 7:02 | 48 | 0.8 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/14/2005 | 6:49 | 30 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/14/2005 | 18:53 | 33 | 0.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/15/2005 | 15:11 | 29 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/15/2005 | 15:12 | 69 | 1.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/16/2005 | 9:40 | 187 | 3.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/16/2005 | 10:41 | 10 | 0.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/16/2005 | 10:41 | 116 | 1.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/17/2005 | 15:28 | 274 | 4.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/18/2005 | 10:21 | 162 | 2.7 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/18/2005 | 15:25 | 334 | 5.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/19/2005 | 17:09 | 371 | 6.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/20/2005 | 7:39 | 31 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/20/2005 | 7:51 | 34 | 0.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/20/2005 | 7:57 | 30 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/21/2005 | 12:31 | 134 | 2.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/21/2005 | 12:51 | 155 | 2.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/24/2005 | 6:42 | 51 | 0.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/25/2005 | 7:59 | 81 | 1.4 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/25/2005 | 8:01 | 74 | 1.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/25/2005 | 15:10 | 65 | 1.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/25/2005 | 15:23 | 207 | 3.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/26/2005 | 7:06 | 119 | 2.0 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/26/2005 | 8:53 | 45 | 0.8 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/26/2005 | 9:10 | 31 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/26/2005 | 14:56 | 32 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/27/2005 | 10:34 | 81 | 1.4 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/28/2005 | 10:30 | 32 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/29/2005 | 6:34 | 30 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/29/2005 | 14:16 | 37 | 0.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/31/2005 | 11:02 | 52 | 0.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/31/2005 | 13:09 | 95 | 1.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/5/2005 | 16:43 | 99 | 1.7 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |

THE CONCRETE COMPANY
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

4

| From | Date | Time | Sec | Min | To | Name | Carrier |
|---|---|---|---|---|---|---|---|
| 3342027177 | 9/6/2005 | 11:51 | 70 | 1.2 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/9/2005 | 8:27 | 85 | 1.4 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/9/2005 | 14:08 | 55 | 0.9 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/9/2005 | 14:09 | 138 | 2.3 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/12/2005 | 7:13 | 76 | 1.3 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/12/2005 | 8:24 | 174 | 2.9 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/13/2005 | 7:04 | 123 | 2.1 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/13/2005 | 17:14 | 88 | 1.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/13/2005 | 17:39 | 52 | 0.9 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/14/2005 | 14:51 | 118 | 2.0 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/20/2005 | 6:37 | 26 | 0.4 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/20/2005 | 6:45 | 28 | 0.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/22/2005 | 6:32 | 280 | 4.7 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/22/2005 | 15:58 | 59 | 1.0 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/23/2005 | 10:21 | 313 | 5.2 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/23/2005 | 17:03 | 79 | 1.3 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/23/2005 | 17:35 | 87 | 1.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/24/2005 | 7:49 | 32 | 0.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/24/2005 | 10:50 | 33 | 0.6 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/26/2005 | 11:25 | 530 | 8.8 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/27/2005 | 13:27 | 78 | 1.3 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/30/2005 | 5:32 | 216 | 3.6 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/30/2005 | 7:13 | 55 | 0.9 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/1/2005 | 11:12 | 176 | 2.9 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/3/2005 | 6:39 | 27 | 0.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/3/2005 | 9:28 | 163 | 2.7 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/4/2005 | 5:43 | 59 | 1.0 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/4/2005 | 7:06 | 31 | 0.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/4/2005 | 10:50 | 94 | 1.6 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/4/2005 | 10:58 | 98 | 1.6 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/4/2005 | 16:21 | 86 | 1.4 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/5/2005 | 6:36 | 33 | 0.6 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/5/2005 | 6:57 | 30 | 0.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/5/2005 | 15:15 | 126 | 2.1 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/6/2005 | 6:28 | 167 | 2.8 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/6/2005 | 9:21 | 134 | 2.2 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/6/2005 | 14:32 | 120 | 2.0 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/6/2005 | 15:03 | 105 | 1.8 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/7/2005 | 12:36 | 184 | 3.1 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/8/2005 | 9:25 | 152 | 2.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/9/2005 | 8:28 | 150 | 2.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/9/2005 | 12:50 | 619 | 10.3 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/11/2005 | 5:19 | 30 | 0.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/11/2005 | 5:52 | 174 | 2.9 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/11/2005 | 16:13 | 118 | 2.0 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/18/2005 | 15:16 | 26 | 0.4 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/20/2005 | 8:12 | 33 | 0.6 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/20/2005 | 8:15 | 68 | 1.1 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/24/2005 | 14:41 | 29 | 0.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/24/2005 | 16:03 | 79 | 1.3 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/26/2005 | 10:19 | 87 | 1.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/26/2005 | 12:41 | 325 | 5.4 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/27/2005 | 14:13 | 11 | 0.2 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/27/2005 | 14:13 | 42 | 0.7 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/29/2005 | 7:00 | 20 | 0.3 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/29/2005 | 8:15 | 15 | 0.3 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/29/2005 | 9:03 | 85 | 1.4 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/29/2005 | 9:28 | 38 | 0.6 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/29/2005 | 15:09 | 153 | 2.6 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/29/2005 | 15:15 | 106 | 1.8 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/29/2005 | 15:24 | 168 | 2.8 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/30/2005 | 7:12 | 85 | 1.4 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/30/2005 | 11:08 | 183 | 3.1 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/31/2005 | 6:25 | 80 | 1.3 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/31/2005 | 7:03 | 30 | 0.5 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/31/2005 | 8:04 | 42 | 0.7 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/31/2005 | 13:02 | 37 | 0.6 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/31/2005 | 13:04 | 74 | 1.2 | 3342023983 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

5

| From | Date | Time | Duration | Min | To | | Name | Carrier |
|---|---|---|---|---|---|---|---|---|
| 3342027177 | 11/1/2005 | 9:22 | 32 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/1/2005 | 10:06 | 92 | 1.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/1/2005 | 11:23 | 427 | 7.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/1/2005 | 13:01 | 375 | 6.3 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/8/2005 | 6:32 | 65 | 1.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/8/2005 | 6:36 | 56 | 0.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/9/2005 | 7:56 | 255 | 4.3 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/10/2005 | 8:54 | 96 | 1.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/11/2005 | 13:21 | 288 | 4.8 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/13/2005 | 8:34 | 103 | 1.7 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/14/2005 | 5:47 | 31 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/14/2005 | 9:43 | 6 | 0.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/14/2005 | 9:43 | 244 | 4.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/14/2005 | 12:10 | 29 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/14/2005 | 14:10 | 58 | 1.0 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/15/2005 | 6:09 | 51 | 0.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/15/2005 | 8:48 | 179 | 3.0 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/15/2005 | 11:44 | 153 | 2.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/15/2005 | 13:08 | 155 | 2.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/19/2005 | 6:23 | 104 | 1.7 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/19/2005 | 7:11 | 87 | 1.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/21/2005 | 14:06 | 43 | 0.7 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/21/2005 | 14:53 | 38 | 0.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/22/2005 | 11:46 | 744 | 12.4 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/22/2005 | 13:53 | 37 | 0.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/22/2005 | 13:54 | 27 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/25/2005 | 6:05 | 26 | 0.4 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/25/2005 | 8:37 | 95 | 1.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/27/2005 | 9:23 | 37 | 0.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/28/2005 | 7:46 | 44 | 0.7 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/29/2005 | 6:59 | 26 | 0.4 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/29/2005 | 7:17 | 52 | 0.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/29/2005 | 8:08 | 29 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/29/2005 | 15:27 | 30 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/1/2005 | 14:17 | 42 | 0.7 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/1/2005 | 16:51 | 219 | 3.7 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/3/2005 | 5:56 | 147 | 2.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/3/2005 | 12:01 | 247 | 4.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/3/2005 | 13:56 | 145 | 2.4 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/5/2005 | 5:45 | 72 | 1.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/6/2005 | 8:17 | 130 | 2.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/7/2005 | 16:41 | 112 | 1.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/8/2005 | 7:39 | 57 | 1.0 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/10/2005 | 6:11 | 27 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/10/2005 | 6:49 | 294 | 4.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/10/2005 | 11:01 | 65 | 1.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/12/2005 | 7:17 | 66 | 1.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/12/2005 | 12:18 | 95 | 1.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/12/2005 | 13:43 | 54 | 0.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/13/2005 | 11:41 | 53 | 0.9 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/14/2005 | 12:27 | 64 | 1.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/14/2005 | 13:18 | 128 | 2.1 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/15/2005 | 10:47 | 87 | 1.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/15/2005 | 12:01 | 155 | 2.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/17/2005 | 7:41 | 60 | 1.0 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/20/2005 | 17:44 | 9 | 0.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/20/2005 | 17:44 | 61 | 1.0 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/21/2005 | 6:03 | 36 | 0.6 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/21/2005 | 10:16 | 227 | 3.8 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/22/2005 | 10:43 | 14 | 0.2 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/27/2005 | 9:41 | 29 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/28/2005 | 10:11 | 32 | 0.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/31/2005 | 15:14 | 210 | 3.5 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/5/2005 | 7:43 | 159 | 2.7 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/31/2005 | 11:02 | 45 | 0.8 | 3342023983 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/31/2005 | 14:09 | 92 | 1.5 | 3342023983 | 187 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 7:43 | 317 | 5.3 | 3342157560 | | Simcala Incorporated | |

## THE CONCRETE COMPANY
### DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
### RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

6

| From | Date | Time | Duration | Min | To | Count | Company |
|---|---|---|---|---|---|---|---|
| 3342027177 | 8/22/2005 | 8:43 | 302 | 5.0 | 3342157560 | 2 | Simcala Incorporated |
| 3342027177 | 8/26/2005 | 10:16 | 269 | 4.5 | 3342157952 | | Montgomery Ready Mix Inc |
| 3342027177 | 9/22/2005 | 11:25 | 167 | 2.8 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 9/22/2005 | 15:57 | 611 | 10.2 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 9/26/2005 | 14:48 | 198 | 3.3 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 9/27/2005 | 12:16 | 246 | 4.1 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 9/27/2005 | 14:11 | 82 | 1.4 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 9/28/2005 | 14:42 | 225 | 3.8 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 10/4/2005 | 11:54 | 34 | 0.6 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 10/12/2005 | 14:47 | 333 | 5.6 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 10/14/2005 | 11:02 | 470 | 7.8 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 10/17/2005 | 15:12 | 94 | 1.6 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 10/24/2005 | 14:27 | 47 | 0.8 | 3342402223 | | Southern Steel & Pipe Inc |
| 3342027177 | 10/25/2005 | 13:22 | 120 | 2.0 | 3342402223 | 12 | Southern Steel & Pipe Inc |
| 3342027177 | 7/25/2005 | 9:08 | 166 | 2.8 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 7/25/2005 | 10:14 | 267 | 4.5 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 7/28/2005 | 10:23 | 3 | 0.1 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 7/29/2005 | 9:18 | 37 | 0.6 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 7/29/2005 | 11:46 | 23 | 0.4 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 7/29/2005 | 16:01 | 72 | 1.2 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 8/11/2005 | 11:33 | 84 | 1.4 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 8/15/2005 | 15:03 | 21 | 0.4 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 8/16/2005 | 8:11 | 72 | 1.2 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 9/26/2005 | 9:33 | 67 | 1.1 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 10/11/2005 | 7:35 | 18 | 0.3 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 12/6/2005 | 9:26 | 117 | 2.0 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 12/6/2005 | 9:55 | 248 | 4.1 | 3342626642 | | Cowin Equipment Company |
| 3342027177 | 12/20/2005 | 7:07 | 245 | 4.1 | 3342626642 | 14 | Cowin Equipment Company |
| 3342027177 | 10/28/2005 | 11:09 | 51 | 0.9 | 3342657841 | | Johnson & Sons Steel Inc |
| 3342027177 | 9/27/2005 | 6:42 | 75 | 1.3 | 3342690727 | | Anderson Road Materials LLC |
| 3342027177 | 7/12/2005 | 10:22 | 43 | 0.7 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 7/18/2005 | 12:02 | 56 | 0.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 7/20/2005 | 19:40 | 28 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 7/26/2005 | 10:06 | 209 | 3.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 7/27/2005 | 8:19 | 191 | 3.2 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 8/4/2005 | 12:10 | 142 | 2.4 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 8/10/2005 | 8:33 | 51 | 0.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 8/12/2005 | 8:53 | 48 | 0.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 8/15/2005 | 11:46 | 32 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 8/23/2005 | 8:05 | 188 | 3.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 8/29/2005 | 14:35 | 24 | 0.4 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 8/29/2005 | 14:36 | 27 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/9/2005 | 7:42 | 31 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/9/2005 | 8:48 | 148 | 2.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/12/2005 | 15:08 | 123 | 2.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/13/2005 | 9:17 | 55 | 0.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/21/2005 | 13:33 | 114 | 1.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/26/2005 | 12:45 | 137 | 2.3 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/26/2005 | 16:09 | 69 | 1.2 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/27/2005 | 10:45 | 41 | 0.7 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/27/2005 | 12:26 | 64 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/27/2005 | 13:34 | 86 | 1.4 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/27/2005 | 13:48 | 58 | 1.0 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/27/2005 | 14:01 | 66 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/28/2005 | 12:06 | 39 | 0.7 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 9/28/2005 | 13:58 | 30 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/4/2005 | 8:46 | 400 | 6.7 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/4/2005 | 9:14 | 121 | 2.0 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/4/2005 | 11:52 | 54 | 0.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/4/2005 | 16:25 | 21 | 0.4 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/5/2005 | 10:51 | 70 | 1.2 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/7/2005 | 13:41 | 31 | 0.5 | 3342901454 | | Alabama Gravel LLC |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177 RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

7

| From | Date | Time | Sec | Min | To | | Name |
|---|---|---|---|---|---|---|---|
| 3342027177 | 10/11/2005 | 8:06 | 110 | 1.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/11/2005 | 9:25 | 120 | 2.0 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/20/2005 | 7:13 | 157 | 2.6 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/20/2005 | 8:56 | 255 | 4.3 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/20/2005 | 9:33 | 947 | 15.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/20/2005 | 9:52 | 29 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/20/2005 | 10:55 | 26 | 0.4 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/21/2005 | 13:20 | 66 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/24/2005 | 10:16 | 51 | 0.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/25/2005 | 10:05 | 256 | 4.3 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/25/2005 | 10:52 | 56 | 0.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/26/2005 | 10:03 | 87 | 1.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/27/2005 | 14:10 | 57 | 1.0 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/27/2005 | 14:12 | 45 | 0.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/27/2005 | 14:35 | 43 | 0.7 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 10/29/2005 | 8:59 | 32 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/1/2005 | 11:25 | 68 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/2/2005 | 11:32 | 47 | 0.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/2/2005 | 15:25 | 37 | 0.6 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/2/2005 | 15:37 | 105 | 1.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/3/2005 | 8:45 | 67 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/3/2005 | 10:51 | 31 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/4/2005 | 8:11 | 67 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/5/2005 | 8:08 | 380 | 6.3 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/5/2005 | 8:34 | 31 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/7/2005 | 8:02 | 15 | 0.3 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/7/2005 | 9:49 | 72 | 1.2 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/8/2005 | 15:10 | 299 | 5.0 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/9/2005 | 7:01 | 52 | 0.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/9/2005 | 10:27 | 348 | 5.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/9/2005 | 11:11 | 65 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/10/2005 | 11:47 | 65 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/10/2005 | 15:22 | 39 | 0.7 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/11/2005 | 9:42 | 203 | 3.4 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/11/2005 | 10:47 | 445 | 7.4 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/12/2005 | 14:30 | 215 | 3.6 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/15/2005 | 11:11 | 47 | 0.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/16/2005 | 14:30 | 63 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/28/2005 | 8:12 | 4 | 0.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/28/2005 | 8:12 | 102 | 1.7 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/28/2005 | 8:41 | 292 | 4.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/28/2005 | 8:54 | 63 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/28/2005 | 12:58 | 214 | 3.6 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/29/2005 | 7:11 | 67 | 1.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/29/2005 | 7:16 | 61 | 1.0 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/29/2005 | 7:41 | 30 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/29/2005 | 8:41 | 91 | 1.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/29/2005 | 8:45 | 31 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 11/29/2005 | 11:17 | 73 | 1.2 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/5/2005 | 11:40 | 46 | 0.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/6/2005 | 10:01 | 38 | 0.6 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/13/2005 | 10:15 | 24 | 0.4 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/13/2005 | 12:41 | 95 | 1.6 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/14/2005 | 12:21 | 233 | 3.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/14/2005 | 12:32 | 253 | 4.2 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/16/2005 | 10:22 | 88 | 1.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/19/2005 | 7:57 | 338 | 5.6 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/19/2005 | 8:56 | 38 | 0.6 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/20/2005 | 10:55 | 47 | 0.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/20/2005 | 13:26 | 137 | 2.3 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/20/2005 | 15:40 | 8 | 0.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/20/2005 | 15:40 | 30 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/20/2005 | 15:43 | 30 | 0.5 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/20/2005 | 15:45 | 424 | 7.1 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/21/2005 | 9:33 | 113 | 1.9 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/21/2005 | 10:14 | 41 | 0.7 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/27/2005 | 13:39 | 49 | 0.8 | 3342901454 | | Alabama Gravel LLC |
| 3342027177 | 12/29/2005 | 12:05 | 30 | 0.5 | 3342901454 | 100 | Alabama Gravel LLC |