# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

15

| From | Date | Time | Duration | Min | To | Name | Carrier |
|---|---|---|---|---|---|---|---|
| 3342027177 | 7/28/2005 | 6:08 | 68 | 1.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/12/2005 | 10:26 | 20 | 0.3 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/12/2005 | 10:27 | 128 | 2.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/29/2005 | 13:38 | 144 | 2.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/7/2005 | 7:23 | 124 | 2.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/7/2005 | 7:33 | 50 | 0.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/11/2005 | 10:14 | 61 | 1.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/12/2005 | 8:15 | 38 | 0.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/19/2005 | 11:45 | 34 | 0.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/20/2005 | 18:09 | 197 | 3.3 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/28/2005 | 7:44 | 25 | 0.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/4/2005 | 16:00 | 63 | 1.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/12/2005 | 9:24 | 87 | 1.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/12/2005 | 9:35 | 62 | 1.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/27/2005 | 9:33 | 66 | 1.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/27/2005 | 9:42 | 180 | 3.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/27/2005 | 11:15 | 36 | 0.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/8/2005 | 5:11 | 321 | 5.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/10/2005 | 8:28 | 225 | 3.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/18/2005 | 7:20 | 136 | 2.3 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/18/2005 | 14:51 | 29 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/19/2005 | 15:23 | 135 | 2.3 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/19/2005 | 17:15 | 65 | 1.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/20/2005 | 13:35 | 82 | 1.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/25/2005 | 5:42 | 224 | 3.7 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 5:44 | 28 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 6:06 | 98 | 1.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 7:51 | 60 | 1.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 7:56 | 29 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 13:43 | 27 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 13:59 | 30 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 14:03 | 5 | 0.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 14:05 | 88 | 1.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 14:56 | 338 | 5.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/27/2005 | 7:38 | 47 | 0.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/27/2005 | 7:39 | 29 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/29/2005 | 6:12 | 58 | 1.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/29/2005 | 6:29 | 52 | 0.9 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/29/2005 | 6:39 | 34 | 0.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 7/29/2005 | 7:00 | 34 | 0.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/1/2005 | 16:05 | 55 | 0.9 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/3/2005 | 7:41 | 54 | 0.9 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/3/2005 | 8:01 | 64 | 1.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/3/2005 | 12:23 | 124 | 2.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/3/2005 | 16:25 | 63 | 1.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/4/2005 | 5:58 | 109 | 1.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/4/2005 | 15:59 | 837 | 14.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/6/2005 | 11:26 | 107 | 1.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/8/2005 | 7:30 | 24 | 0.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/9/2005 | 15:41 | 136 | 2.3 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/10/2005 | 6:47 | 29 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/17/2005 | 11:40 | 249 | 4.2 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/18/2005 | 4:39 | 251 | 4.2 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/18/2005 | 13:20 | 48 | 0.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/23/2005 | 5:39 | 40 | 0.7 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/24/2005 | 14:48 | 63 | 1.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/25/2005 | 6:41 | 152 | 2.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/31/2005 | 5:39 | 146 | 2.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/31/2005 | 13:14 | 292 | 4.9 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/31/2005 | 14:14 | 285 | 4.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 8/31/2005 | 6:20 | 128 | 2.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/11/2005 | 10:20 | 104 | 1.7 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/12/2005 | 7:21 | 50 | 0.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/13/2005 | 6:07 | 145 | 2.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/15/2005 | 4:17 | 28 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/15/2005 | 4:39 | 102 | 1.7 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/16/2005 | 4:33 | 182 | 3.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/16/2005 | 4:43 | 185 | 3.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| From | Date | Time | Duration | Min | To | Description | Carrier |
|---|---|---|---|---|---|---|---|
| 3342027177 | 9/19/2005 | 9:45 | 64 | 1.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/20/2005 | 6:43 | 72 | 1.2 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/21/2005 | 6:16 | 28 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/21/2005 | 6:21 | 78 | 1.3 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/26/2005 | 17:34 | 106 | 1.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/28/2005 | 6:08 | 122 | 2.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/29/2005 | 6:22 | 79 | 1.3 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/29/2005 | 11:13 | 67 | 1.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/30/2005 | 13:04 | 95 | 1.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/4/2005 | 10:34 | 68 | 1.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/5/2005 | 17:29 | 915 | 15.3 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/7/2005 | 8:13 | 56 | 0.9 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/7/2005 | 8:21 | 904 | 15.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/8/2005 | 5:55 | 86 | 1.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/11/2005 | 17:05 | 87 | 1.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 7:55 | 59 | 1.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 7:58 | 27 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 8:02 | 36 | 0.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 8:04 | 21 | 0.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 8:08 | 30 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 8:09 | 32 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 8:11 | 24 | 0.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 8:13 | 30 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 8:15 | 21 | 0.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 8:16 | 93 | 1.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/18/2005 | 5:40 | 86 | 1.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/19/2005 | 13:32 | 159 | 2.7 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/20/2005 | 8:40 | 11 | 0.2 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/20/2005 | 8:41 | 6 | 0.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/22/2005 | 6:31 | 414 | 6.9 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/24/2005 | 6:20 | 47 | 0.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/26/2005 | 18:04 | 26 | 0.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/29/2005 | 6:55 | 75 | 1.3 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/29/2005 | 17:43 | 166 | 2.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 10/31/2005 | 6:56 | 127 | 2.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/1/2005 | 14:51 | 51 | 0.9 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/2/2005 | 5:14 | 648 | 10.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/3/2005 | 4:49 | 244 | 4.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/3/2005 | 10:17 | 128 | 2.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/4/2005 | 4:51 | 31 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/4/2005 | 16:08 | 27 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/7/2005 | 8:43 | 84 | 1.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/7/2005 | 15:06 | 205 | 3.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/8/2005 | 5:48 | 87 | 1.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/9/2005 | 10:16 | 120 | 2.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/10/2005 | 6:08 | 189 | 3.2 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/10/2005 | 10:23 | 210 | 3.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/15/2005 | 5:20 | 135 | 2.3 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/17/2005 | 5:01 | 345 | 5.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/21/2005 | 5:01 | 104 | 1.7 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/22/2005 | 8:55 | 8 | 0.1 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/22/2005 | 10:58 | 69 | 1.2 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/22/2005 | 15:03 | 873 | 14.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/25/2005 | 5:20 | 61 | 1.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/30/2005 | 7:47 | 59 | 1.0 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 11/30/2005 | 7:49 | 55 | 0.9 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/1/2005 | 15:35 | 290 | 4.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/2/2005 | 5:36 | 97 | 1.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/7/2005 | 5:21 | 270 | 4.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/7/2005 | 15:20 | 224 | 3.7 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/8/2005 | 5:47 | 35 | 0.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/12/2005 | 6:03 | 189 | 3.2 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/12/2005 | 15:28 | 165 | 2.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/13/2005 | 5:50 | 24 | 0.4 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/13/2005 | 6:53 | 34 | 0.6 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/15/2005 | 6:16 | 49 | 0.8 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/16/2005 | 6:06 | 293 | 4.9 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/16/2005 | 6:29 | 31 | 0.5 | 3343184300 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

17

| From | Date | Time | Duration | Min | To | Count | Name | Carrier |
|---|---|---|---|---|---|---|---|---|
| 3342027177 | 12/16/2005 | 9:06 | 59 | 1.0 | 3343184300 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/16/2005 | 9:15 | 481 | 8.0 | 3343184300 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/16/2005 | 9:38 | 63 | 1.1 | 3343184300 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/19/2005 | 5:38 | 179 | 3.0 | 3343184300 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/20/2005 | 14:58 | 55 | 0.9 | 3343184300 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/22/2005 | 16:20 | 296 | 4.9 | 3343184300 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/22/2005 | 16:37 | 78 | 1.3 | 3343184300 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/28/2005 | 7:59 | 13 | 0.2 | 3343184300 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 12/30/2005 | 5:42 | 154 | 2.6 | 3343184300 | 152 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 3342027177 | 9/8/2005 | 10:21 | 83 | 1.4 | 3343619990 | | Bubbas Materials | |
| 3342027177 | 9/8/2005 | 10:44 | 72 | 1.2 | 3343619990 | 2 | Bubbas Materials | |
| 3342027177 | 12/6/2005 | 8:36 | 30 | 0.5 | 3343653882 | | Gentry Ready Mix Inc | |
| 3342027177 | 9/13/2005 | 9:22 | 125 | 2.1 | 3343654214 | | Hardy Traylor - Home | |
| 3342027177 | 10/11/2005 | 10:05 | 36 | 0.6 | 3343654214 | | Hardy Traylor - Home | |
| 3342027177 | 12/15/2005 | 11:36 | 584 | 9.7 | 3343654214 | 3 | Hardy Traylor - Home | |
| 3342027177 | 8/8/2005 | 6:40 | 568 | 9.5 | 3343659830 | 1 | Mike Gentry | |
| 3342027177 | 7/15/2005 | 12:54 | 73 | 1.2 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 7/28/2005 | 13:45 | 199 | 3.3 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 8/29/2005 | 10:55 | 1359 | 22.7 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 9/15/2005 | 13:33 | 87 | 1.5 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 9/21/2005 | 7:44 | 496 | 8.3 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 9/26/2005 | 10:19 | 778 | 13.0 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 10/5/2005 | 8:56 | 447 | 7.5 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 10/6/2005 | 17:01 | 240 | 4.0 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 10/10/2005 | 13:34 | 47 | 0.8 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 7:16 | 98 | 1.6 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 10/12/2005 | 9:33 | 73 | 1.2 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 10/25/2005 | 10:29 | 397 | 6.6 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 11/1/2005 | 14:17 | 30 | 0.5 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 11/2/2005 | 8:42 | 80 | 1.3 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 11/14/2005 | 11:09 | 56 | 0.9 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 11/18/2005 | 13:33 | 10 | 0.2 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 11/23/2005 | 14:34 | 177 | 3.0 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 11/23/2005 | 14:46 | 127 | 2.1 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 12/6/2005 | 14:55 | 586 | 9.8 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 12/8/2005 | 12:26 | 35 | 0.6 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 12/14/2005 | 7:59 | 118 | 2.0 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 12/29/2005 | 9:30 | 418 | 7.0 | 3343913459 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 12/29/2005 | 16:57 | 210 | 3.5 | 3343913459 | 23 | Hardy Taylor | Nextel (Montgomery, AL) |
| 3342027177 | 8/30/2005 | 12:02 | 88 | 1.5 | 3343998888 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 3342027177 | 9/8/2005 | 11:35 | 479 | 8.0 | 3343998888 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 3342027177 | 9/22/2005 | 17:06 | 135 | 2.3 | 3343998888 | 3 | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 3342027177 | 8/4/2005 | 13:03 | 21 | 0.4 | 3345461952 | | O.G. Pinkston | |
| 3342027177 | 11/16/2005 | 10:25 | 424 | 7.1 | 3345461952 | | O.G. Pinkston | |
| 3342027177 | 11/21/2005 | 8:52 | 80 | 1.3 | 3345461952 | | O.G. Pinkston | |
| 3342027177 | 12/9/2005 | 10:08 | 148 | 2.5 | 3345461952 | | O.G. Pinkston | |
| 3342027177 | 12/12/2005 | 10:00 | 59 | 1.0 | 3345461952 | 5 | O.G. Pinkston | |
| 3342027177 | 8/20/2005 | 19:04 | 31 | 0.5 | 3345692377 | | Rex Dasinger | |
| 3342027177 | 10/29/2005 | 11:08 | 71 | 1.2 | 3345692377 | | Rex Dasinger | |
| 3342027177 | 11/4/2005 | 18:42 | 14 | 0.2 | 3345692377 | | Rex Dasinger | |
| 3342027177 | 12/19/2005 | 5:17 | 41 | 0.7 | 3345692377 | 4 | Rex Dasinger | |
| 3342027177 | 7/26/2005 | 6:55 | 64 | 1.1 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 7/26/2005 | 7:32 | 133 | 2.2 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 8/8/2005 | 14:04 | 19 | 0.3 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 8/22/2005 | 17:25 | 265 | 4.4 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 10/26/2005 | 13:44 | 170 | 2.8 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 10/27/2005 | 9:57 | 379 | 6.3 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 11/15/2005 | 12:42 | 132 | 2.2 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 11/16/2005 | 15:43 | 73 | 1.2 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |

THE CONCRETE COMPANY

DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177

RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

18

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3342027177 | 11/25/2005 | 11:39 | 91 | 1.5 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 12/1/2005 | 7:21 | 143 | 2.4 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 12/1/2005 | 17:49 | 90 | 1.5 | 3346575372 | | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 12/2/2005 | 10:45 | 51 | 0.9 | 3346575372 | 12 | Mike Gentry | Nextel (Montgomery, AL) |
| 3342027177 | 11/9/2005 | 10:46 | 48 | 0.8 | 3348349567 | | Conn Equipment Rental Company Inc | |
| 3342027177 | 11/14/2005 | 8:29 | 74 | 1.2 | 3348349567 | | Conn Equipment Rental Company Inc | |
| 3342027177 | 12/15/2005 | 6:59 | 153 | 2.6 | 3348349567 | 3 | Conn Equipment Rental Company Inc | |
| 3342027177 | 9/22/2005 | 11:43 | 254 | 4.2 | 4043522508 | | Sand Rock Transit | |
| 3342027177 | 11/16/2005 | 13:03 | 154 | 2.6 | 4043522508 | 2 | Sand Rock Transit | |
| 3342027177 | 7/22/2005 | 9:26 | 154 | 2.6 | 4043558155 | | Willingham Stone Company | |
| 3342027177 | 8/22/2005 | 11:30 | 238 | 4.0 | 4043558155 | | Willingham Stone Company | |
| 3342027177 | 9/9/2005 | 6:54 | 69 | 1.2 | 4043558155 | | Willingham Stone Company | |
| 3342027177 | 9/9/2005 | 7:40 | 119 | 2.0 | 4043558155 | | Willingham Stone Company | |
| 3342027177 | 10/11/2005 | 9:49 | 168 | 2.8 | 4043558155 | | Willingham Stone Company | |
| 3342027177 | 10/11/2005 | 12:10 | 107 | 1.8 | 4043558155 | | Willingham Stone Company | |
| 3342027177 | 10/14/2005 | 12:24 | 101 | 1.7 | 4043558155 | | Willingham Stone Company | |
| 3342027177 | 11/8/2005 | 6:50 | 64 | 1.1 | 4043558155 | | Willingham Stone Company | |
| 3342027177 | 11/8/2005 | 9:46 | 348 | 5.8 | 4043558155 | | Willingham Stone Company | |
| 3342027177 | 11/10/2005 | 10:17 | 54 | 0.9 | 4043558155 | | Willingham Stone Company | |
| 3342027177 | 11/10/2005 | 14:19 | 45 | 0.8 | 4043558155 | 11 | Willingham Stone Company | |
| 3342027177 | 8/29/2005 | 15:26 | 157 | 2.6 | 4043587801 | | Randy Willingham | |
| 3342027177 | 10/11/2005 | 9:16 | 174 | 2.9 | 4043587801 | | Randy Willingham | |
| 3342027177 | 11/7/2005 | 15:20 | 150 | 2.5 | 4043587801 | | Randy Willingham | |
| 3342027177 | 11/16/2005 | 15:58 | 220 | 3.7 | 4043587801 | | Randy Willingham | |
| 3342027177 | 11/16/2005 | 16:16 | 37 | 0.6 | 4043587801 | 5 | Randy Willingham | |
| 3342027177 | 9/27/2005 | 9:42 | 379 | 6.3 | 7065633136 | | Lars Ostervold | |
| 3342027177 | 9/28/2005 | 9:42 | 64 | 1.1 | 7065633136 | 2 | Lars Ostervold | |
| 3342027177 | 8/11/2005 | 12:49 | 154 | 2.6 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 8/13/2005 | 13:12 | 203 | 3.4 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 8/30/2005 | 12:16 | 101 | 1.7 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 9/20/2005 | 16:53 | 97 | 1.6 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 10/10/2005 | 12:52 | 54 | 0.9 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 10/11/2005 | 13:41 | 64 | 1.1 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 10/12/2005 | 7:56 | 21 | 0.4 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 10/18/2005 | 9:37 | 60 | 1.0 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 10/27/2005 | 15:13 | 39 | 0.7 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 11/2/2005 | 14:47 | 66 | 1.1 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 11/11/2005 | 12:57 | 249 | 4.2 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 11/30/2005 | 15:22 | 40 | 0.7 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 12/27/2005 | 9:01 | 533 | 8.9 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 12/27/2005 | 10:35 | 116 | 1.9 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 12/28/2005 | 7:32 | 195 | 3.3 | 7067184793 | | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 12/29/2005 | 8:42 | 302 | 5.0 | 7067184793 | 16 | Lars Ostervold | BellSouth Mobility (Columbus, GA) |
| 3342027177 | 7/10/2005 | 17:00 | 144 | 2.4 | 7068259896 | | Robert Alexander | Verizon Wireless (Augusta, GA) |
| 3342027177 | 7/11/2005 | 16:59 | 32 | 0.5 | 7068259896 | | Robert Alexander | Verizon Wireless (Augusta, GA) |
| 3342027177 | 7/11/2005 | 17:40 | 52 | 0.9 | 7068259896 | | Robert Alexander | Verizon Wireless (Augusta, GA) |
| 3342027177 | 7/14/2005 | 13:37 | 46 | 0.8 | 7068259896 | | Robert Alexander | Verizon Wireless (Augusta, GA) |
| 3342027177 | 7/14/2005 | 14:27 | 28 | 0.5 | 7068259896 | | Robert Alexander | Verizon Wireless (Augusta, GA) |
| 3342027177 | 7/14/2005 | 14:29 | 26 | 0.4 | 7068259896 | | Robert Alexander | Verizon Wireless (Augusta, GA) |
| 3342027177 | 8/30/2005 | 4:58 | 101 | 1.7 | 7068259896 | | Robert Alexander | Verizon Wireless (Augusta, GA) |
| 3342027177 | 11/13/2005 | 8:13 | 255 | 4.3 | 7068259896 | 8 | Robert Alexander | Verizon Wireless (Augusta, GA) |
| 3342027177 | 7/8/2005 | 14:54 | 422 | 7.0 | 7405259396 | | Dave Tuten | |
| 3342027177 | 7/11/2005 | 16:15 | 31 | 0.5 | 7405259396 | | Dave Tuten | |
| 3342027177 | 7/11/2005 | 16:45 | 31 | 0.5 | 7405259396 | | Dave Tuten | |
| 3342027177 | 7/11/2005 | 17:59 | 584 | 9.7 | 7405259396 | | Dave Tuten | |
| 3342027177 | 7/12/2005 | 15:36 | 189 | 3.2 | 7405259396 | | Dave Tuten | |
| 3342027177 | 7/13/2005 | 16:19 | 74 | 1.2 | 7405259396 | | Dave Tuten | |
| 3342027177 | 7/13/2005 | 16:38 | 221 | 3.7 | 7405259396 | | Dave Tuten | |
| 3342027177 | 7/13/2005 | 16:48 | 340 | 5.7 | 7405259396 | | Dave Tuten | |
| 3342027177 | 7/14/2005 | 7:38 | 111 | 1.9 | 7405259396 | | Dave Tuten | |

THE CONCRETE COMPANY
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

19

| | | | | | | |
|---|---|---|---|---|---|---|
| 3342027177 | 7/14/2005 | 7:41 | 107 | 1.8 | 7405259396 | Dave Tuten |
| 3342027177 | 7/14/2005 | 8:33 | 133 | 2.2 | 7405259396 | Dave Tuten |
| 3342027177 | 7/15/2005 | 12:03 | 247 | 4.1 | 7405259396 | Dave Tuten |
| 3342027177 | 7/17/2005 | 13:04 | 565 | 9.4 | 7405259396 | Dave Tuten |
| 3342027177 | 7/18/2005 | 10:16 | 203 | 3.4 | 7405259396 | Dave Tuten |
| 3342027177 | 7/20/2005 | 14:26 | 501 | 8.4 | 7405259396 | Dave Tuten |
| 3342027177 | 7/22/2005 | 8:29 | 48 | 0.8 | 7405259396 | Dave Tuten |
| 3342027177 | 7/22/2005 | 14:10 | 225 | 3.8 | 7405259396 | Dave Tuten |
| 3342027177 | 7/23/2005 | 9:39 | 92 | 1.5 | 7405259396 | Dave Tuten |
| 3342027177 | 7/25/2005 | 12:21 | 412 | 6.9 | 7405259396 | Dave Tuten |
| 3342027177 | 7/26/2005 | 12:52 | 513 | 8.6 | 7405259396 | Dave Tuten |
| 3342027177 | 7/27/2005 | 10:16 | 807 | 13.5 | 7405259396 | Dave Tuten |
| 3342027177 | 8/2/2005 | 11:07 | 63 | 1.1 | 7405259396 | Dave Tuten |
| 3342027177 | 8/2/2005 | 14:29 | 631 | 10.5 | 7405259396 | Dave Tuten |
| 3342027177 | 8/4/2005 | 13:47 | 70 | 1.2 | 7405259396 | Dave Tuten |
| 3342027177 | 8/9/2005 | 18:23 | 153 | 2.6 | 7405259396 | Dave Tuten |
| 3342027177 | 8/10/2005 | 13:00 | 177 | 3.0 | 7405259396 | Dave Tuten |
| 3342027177 | 8/11/2005 | 12:23 | 661 | 11.0 | 7405259396 | Dave Tuten |
| 3342027177 | 8/15/2005 | 15:42 | 34 | 0.6 | 7405259396 | Dave Tuten |
| 3342027177 | 8/16/2005 | 12:59 | 445 | 7.4 | 7405259396 | Dave Tuten |
| 3342027177 | 8/18/2005 | 15:56 | 600 | 10.0 | 7405259396 | Dave Tuten |
| 3342027177 | 8/26/2005 | 13:41 | 29 | 0.5 | 7405259396 | Dave Tuten |
| 3342027177 | 8/26/2005 | 14:40 | 38 | 0.6 | 7405259396 | Dave Tuten |
| 3342027177 | 8/30/2005 | 8:59 | 167 | 2.8 | 7405259396 | Dave Tuten |
| 3342027177 | 9/1/2005 | 10:04 | 1054 | 17.6 | 7405259396 | Dave Tuten |
| 3342027177 | 9/6/2005 | 8:52 | 155 | 2.6 | 7405259396 | Dave Tuten |
| 3342027177 | 9/7/2005 | 11:23 | 89 | 1.5 | 7405259396 | Dave Tuten |
| 3342027177 | 9/9/2005 | 7:03 | 26 | 0.4 | 7405259396 | Dave Tuten |
| 3342027177 | 9/13/2005 | 10:13 | 82 | 1.4 | 7405259396 | Dave Tuten |
| 3342027177 | 9/14/2005 | 11:44 | 186 | 3.1 | 7405259396 | Dave Tuten |
| 3342027177 | 9/14/2005 | 19:20 | 31 | 0.5 | 7405259396 | Dave Tuten |
| 3342027177 | 9/16/2005 | 10:41 | 48 | 0.8 | 7405259396 | Dave Tuten |
| 3342027177 | 9/19/2005 | 13:47 | 82 | 1.4 | 7405259396 | Dave Tuten |
| 3342027177 | 9/20/2005 | 6:49 | 29 | 0.5 | 7405259396 | Dave Tuten |
| 3342027177 | 9/20/2005 | 7:54 | 179 | 3.0 | 7405259396 | Dave Tuten |
| 3342027177 | 9/20/2005 | 10:36 | 26 | 0.4 | 7405259396 | Dave Tuten |
| 3342027177 | 9/20/2005 | 10:39 | 26 | 0.4 | 7405259396 | Dave Tuten |
| 3342027177 | 9/21/2005 | 12:34 | 32 | 0.5 | 7405259396 | Dave Tuten |
| 3342027177 | 9/21/2005 | 16:05 | 35 | 0.6 | 7405259396 | Dave Tuten |
| 3342027177 | 9/23/2005 | 11:44 | 204 | 3.4 | 7405259396 | Dave Tuten |
| 3342027177 | 9/26/2005 | 8:56 | 173 | 2.9 | 7405259396 | Dave Tuten |
| 3342027177 | 9/26/2005 | 18:05 | 412 | 6.9 | 7405259396 | Dave Tuten |
| 3342027177 | 9/27/2005 | 9:16 | 55 | 0.9 | 7405259396 | Dave Tuten |
| 3342027177 | 9/28/2005 | 13:34 | 175 | 2.9 | 7405259396 | Dave Tuten |
| 3342027177 | 9/29/2005 | 10:02 | 89 | 1.5 | 7405259396 | Dave Tuten |
| 3342027177 | 10/3/2005 | 11:49 | 258 | 4.3 | 7405259396 | Dave Tuten |
| 3342027177 | 10/5/2005 | 9:29 | 854 | 14.2 | 7405259396 | Dave Tuten |
| 3342027177 | 10/10/2005 | 11:18 | 26 | 0.4 | 7405259396 | Dave Tuten |
| 3342027177 | 10/11/2005 | 16:32 | 614 | 10.2 | 7405259396 | Dave Tuten |
| 3342027177 | 10/12/2005 | 16:51 | 1647 | 27.5 | 7405259396 | Dave Tuten |
| 3342027177 | 10/13/2005 | 13:54 | 740 | 12.3 | 7405259396 | Dave Tuten |
| 3342027177 | 10/14/2005 | 11:12 | 616 | 10.3 | 7405259396 | Dave Tuten |
| 3342027177 | 10/14/2005 | 16:10 | 1635 | 27.3 | 7405259396 | Dave Tuten |
| 3342027177 | 10/17/2005 | 10:20 | 106 | 1.8 | 7405259396 | Dave Tuten |
| 3342027177 | 10/17/2005 | 11:50 | 71 | 1.2 | 7405259396 | Dave Tuten |
| 3342027177 | 10/19/2005 | 11:39 | 341 | 5.7 | 7405259396 | Dave Tuten |
| 3342027177 | 10/23/2005 | 13:41 | 347 | 5.8 | 7405259396 | Dave Tuten |
| 3342027177 | 10/24/2005 | 17:59 | 109 | 1.8 | 7405259396 | Dave Tuten |
| 3342027177 | 10/26/2005 | 15:30 | 407 | 6.8 | 7405259396 | Dave Tuten |
| 3342027177 | 10/28/2005 | 10:34 | 29 | 0.5 | 7405259396 | Dave Tuten |
| 3342027177 | 11/4/2005 | 10:47 | 543 | 9.1 | 7405259396 | Dave Tuten |
| 3342027177 | 11/6/2005 | 17:23 | 1086 | 18.1 | 7405259396 | Dave Tuten |
| 3342027177 | 11/7/2005 | 13:58 | 422 | 7.0 | 7405259396 | Dave Tuten |
| 3342027177 | 11/9/2005 | 8:55 | 15 | 0.3 | 7405259396 | Dave Tuten |
| 3342027177 | 11/9/2005 | 8:56 | 83 | 1.4 | 7405259396 | Dave Tuten |
| 3342027177 | 11/11/2005 | 16:16 | 168 | 2.8 | 7405259396 | Dave Tuten |
| 3342027177 | 11/13/2005 | 16:44 | 659 | 11.0 | 7405259396 | Dave Tuten |
| 3342027177 | 11/14/2005 | 12:40 | 191 | 3.2 | 7405259396 | Dave Tuten |