# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

20

| From | Date | Time | Sec | Min | To | ? | Name |
|---|---|---|---|---|---|---|---|
| 3342027177 | 11/16/2005 | 15:02 | 43 | 0.7 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/17/2005 | 6:52 | 81 | 1.4 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/17/2005 | 12:32 | 92 | 1.5 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/17/2005 | 13:02 | 149 | 2.5 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/23/2005 | 17:04 | 125 | 2.1 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/26/2005 | 13:58 | 1896 | 31.6 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/27/2005 | 16:58 | 181 | 3.0 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/30/2005 | 7:58 | 58 | 1.0 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/30/2005 | 8:00 | 47 | 0.8 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/30/2005 | 8:24 | 31 | 0.5 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/30/2005 | 9:33 | 625 | 10.4 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/30/2005 | 14:28 | 70 | 1.2 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/1/2005 | 8:15 | 6 | 0.1 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/1/2005 | 8:37 | 58 | 1.0 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/1/2005 | 10:50 | 167 | 2.8 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/1/2005 | 10:59 | 128 | 2.1 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/2/2005 | 10:56 | 803 | 13.4 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/2/2005 | 15:00 | 72 | 1.2 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/6/2005 | 15:06 | 76 | 1.3 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/7/2005 | 11:58 | 27 | 0.5 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/7/2005 | 11:59 | 329 | 5.5 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/8/2005 | 10:03 | 829 | 13.8 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/8/2005 | 14:27 | 123 | 2.1 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/9/2005 | 8:08 | 1284 | 21.4 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/11/2005 | 11:00 | 122 | 2.0 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/11/2005 | 13:29 | 902 | 15.0 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/12/2005 | 12:39 | 163 | 2.7 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/14/2005 | 16:55 | 807 | 13.5 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/15/2005 | 12:38 | 555 | 9.3 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/19/2005 | 15:29 | 82 | 1.4 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/21/2005 | 10:18 | 20 | 0.3 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/22/2005 | 11:18 | 143 | 2.4 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/27/2005 | 15:15 | 28 | 0.5 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/28/2005 | 12:54 | 1 | 0.0 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/28/2005 | 12:55 | 29 | 0.5 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/28/2005 | 12:59 | 134 | 2.2 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/28/2005 | 15:43 | 334 | 5.6 | 7405259396 | | Dave Tuten |
| 3342027177 | 8/1/2005 | 18:39 | 31 | 0.5 | 7405259396 | | Dave Tuten |
| 3342027177 | 8/1/2005 | 20:09 | 31 | 0.5 | 7405259396 | | Dave Tuten |
| 3342027177 | 8/8/2005 | 15:29 | 215 | 3.6 | 7405259396 | | Dave Tuten |
| 3342027177 | 9/9/2005 | 8:22 | 165 | 2.8 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/7/2005 | 18:08 | 500 | 8.3 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/9/2005 | 15:30 | 184 | 3.1 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/10/2005 | 17:00 | 1090 | 18.2 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/15/2005 | 14:18 | 633 | 10.6 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/18/2005 | 15:00 | 784 | 13.1 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/22/2005 | 9:05 | 230 | 3.8 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/28/2005 | 8:32 | 188 | 3.1 | 7405259396 | | Dave Tuten |
| 3342027177 | 11/28/2005 | 12:21 | 190 | 3.2 | 7405259396 | | Dave Tuten |
| 3342027177 | 12/11/2005 | 12:56 | 238 | 4.0 | 7405259396 | 127 | Dave Tuten |
| | | | | | | | |
| 3342027177 | 8/11/2005 | 12:57 | 335 | 5.6 | 7405680797 | | Dave Tuten |
| 3342027177 | 8/11/2005 | 13:12 | 309 | 5.2 | 7405680797 | | Dave Tuten |
| 3342027177 | 8/15/2005 | 8:56 | 133 | 2.2 | 7405680797 | | Dave Tuten |
| 3342027177 | 8/22/2005 | 9:58 | 318 | 5.3 | 7405680797 | | Dave Tuten |
| 3342027177 | 9/9/2005 | 17:12 | 1046 | 17.4 | 7405680797 | | Dave Tuten |
| 3342027177 | 9/29/2005 | 12:09 | 404 | 6.7 | 7405680797 | | Dave Tuten |
| 3342027177 | 10/25/2005 | 13:46 | 231 | 3.9 | 7405680797 | | Dave Tuten |
| 3342027177 | 10/26/2005 | 12:16 | 466 | 7.8 | 7405680797 | | Dave Tuten |
| 3342027177 | 10/27/2005 | 9:04 | 386 | 6.4 | 7405680797 | | Dave Tuten |
| 3342027177 | 11/2/2005 | 12:11 | 1111 | 18.5 | 7405680797 | | Dave Tuten |
| 3342027177 | 11/3/2005 | 10:18 | 1217 | 20.3 | 7405680797 | | Dave Tuten |
| 3342027177 | 11/3/2005 | 13:45 | 69 | 1.2 | 7405680797 | | Dave Tuten |
| 3342027177 | 11/3/2005 | 18:43 | 33 | 0.6 | 7405680797 | | Dave Tuten |
| 3342027177 | 11/3/2005 | 19:07 | 31 | 0.5 | 7405680797 | | Dave Tuten |
| 3342027177 | 11/3/2005 | 19:33 | 32 | 0.5 | 7405680797 | | Dave Tuten |
| 3342027177 | 11/21/2005 | 15:31 | 934 | 15.6 | 7405680797 | | Dave Tuten |
| 3342027177 | 12/19/2005 | 8:49 | 269 | 4.5 | 7405680797 | | Dave Tuten |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

21

| From | Date | Time | Dur | Min | To | # | Name | Carrier |
|---|---|---|---|---|---|---|---|---|
| 3342027177 | 12/20/2005 | 10:48 | 1109 | 18.5 | 7405680797 | | Dave Tuten | |
| 3342027177 | 12/23/2005 | 9:09 | 242 | 4.0 | 7405680797 | | Dave Tuten | |
| 3342027177 | 12/30/2005 | 18:30 | 2481 | 41.4 | 7405680797 | 20 | Dave Tuten | |
| 3342027177 | 11/9/2005 | 10:11 | 97 | 1.6 | 8069832397 | | Texas Crusher System Inc | |
| 3342153587 | 11/25/2005 | 11:25 | 36 | 0.6 | 3342027177 | | Montgomery Ready Mix Inc | |
| 3342157970 | 8/21/2005 | 11:36 | 82 | 1.4 | 3342027177 | | Allen King | |
| 3342657841 | 10/27/2005 | 15:09 | 56 | 0.9 | 3342027177 | | Johnson & Sons Steel Inc | |
| 3342657841 | 12/1/2005 | 12:42 | 47 | 0.8 | 3342027177 | 2 | Johnson & Sons Steel Inc | |
| 3343619990 | 9/8/2005 | 7:06 | 290 | 4.8 | 3342027177 | | Bubbas Materials | |
| 3343653882 | 12/6/2005 | 8:45 | 76 | 1.3 | 3342027177 | | Gentry Ready Mix Inc | |
| 3348349567 | 10/27/2005 | 8:14 | 424 | 7.1 | 3342027177 | | Conn Equipment Rental Company Inc | |
| 12054824411 | 11/16/2005 | 12:33 | 65 | 1.1 | 3342027177 | | Dave Jones | BellSouth Mobility (Birmingham, AL) |
| 12054824411 | 11/17/2005 | 8:57 | 44 | 0.7 | 3342027177 | | Dave Jones | BellSouth Mobility (Birmingham, AL) |
| 12054824411 | 11/17/2005 | 8:58 | 46 | 0.8 | 3342027177 | 3 | Dave Jones | BellSouth Mobility (Birmingham, AL) |
| 12059364777 | 8/15/2005 | 7:30 | 39 | 0.7 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 8/16/2005 | 13:08 | 59 | 1.0 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 8/19/2005 | 9:10 | 414 | 6.9 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 8/26/2005 | 15:10 | 127 | 2.1 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/7/2005 | 12:14 | 75 | 1.3 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/7/2005 | 16:57 | 1463 | 24.4 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/7/2005 | 17:32 | 94 | 1.6 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/12/2005 | 8:09 | 708 | 11.8 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/20/2005 | 12:03 | 679 | 11.3 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/20/2005 | 12:14 | 30 | 0.5 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/21/2005 | 8:37 | 237 | 4.0 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/21/2005 | 13:00 | 211 | 3.5 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/22/2005 | 11:59 | 102 | 1.7 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/22/2005 | 12:17 | 37 | 0.6 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/22/2005 | 17:18 | 979 | 16.3 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 9/23/2005 | 8:51 | 43 | 0.7 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 10/5/2005 | 8:49 | 424 | 7.1 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 10/6/2005 | 15:36 | 282 | 4.7 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 10/6/2005 | 17:07 | 41 | 0.7 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 10/13/2005 | 10:27 | 429 | 7.2 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 10/17/2005 | 10:35 | 483 | 8.1 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 10/25/2005 | 14:18 | 337 | 5.6 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 10/28/2005 | 15:09 | 43 | 0.7 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 11/4/2005 | 14:24 | 1096 | 18.3 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 11/7/2005 | 11:02 | 440 | 7.3 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 11/17/2005 | 9:19 | 29 | 0.5 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 11/17/2005 | 13:57 | 27 | 0.5 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 11/17/2005 | 13:57 | 331 | 5.5 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 11/17/2005 | 14:03 | 394 | 6.6 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 11/29/2005 | 7:36 | 968 | 16.1 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/1/2005 | 7:13 | 482 | 8.0 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/2/2005 | 9:53 | 106 | 1.8 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/8/2005 | 10:54 | 580 | 9.7 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/9/2005 | 16:51 | 234 | 3.9 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/9/2005 | 16:58 | 160 | 2.7 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/15/2005 | 7:27 | 777 | 13.0 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/27/2005 | 10:32 | 59 | 1.0 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/27/2005 | 11:44 | 220 | 3.7 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/27/2005 | 13:45 | 245 | 4.1 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/27/2005 | 14:52 | 49 | 0.8 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/27/2005 | 14:53 | 52 | 0.9 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/27/2005 | 17:59 | 101 | 1.7 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/27/2005 | 19:16 | 255 | 4.3 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/28/2005 | 10:01 | 38 | 0.6 | 3342027177 | | Sam Estock | Verizon Wireless (Birmingham, AL) |
| 12059364777 | 12/28/2005 | 12:21 | 42 | 0.7 | 3342027177 | 45 | Sam Estock | Verizon Wireless (Birmingham, AL) |

THE CONCRETE COMPANY 22
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| Number | Date | Time | Dur | Min | Called | Count | Contact | Carrier |
|---|---|---|---|---|---|---|---|---|
| 12059692629 | 11/16/2005 | 12:32 | 44 | 0.7 | 3342027177 | | Dave Scott | |
| 12292516127 | 8/3/2005 | 14:54 | 256 | 4.3 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 8/8/2005 | 11:46 | 205 | 3.4 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 8/9/2005 | 15:27 | 38 | 0.6 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 8/10/2005 | 16:20 | 51 | 0.9 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 8/23/2005 | 12:14 | 334 | 5.6 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 8/25/2005 | 10:46 | 22 | 0.4 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 8/25/2005 | 14:36 | 750 | 12.5 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 8/31/2005 | 6:23 | 26 | 0.4 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 10/13/2005 | 10:23 | 45 | 0.8 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 10/13/2005 | 10:24 | 20 | 0.3 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 10/13/2005 | 12:26 | 129 | 2.2 | 3342027177 | | Maddox Stone & Gravel | |
| 12292516127 | 12/14/2005 | 8:25 | 43 | 0.7 | 3342027177 | 12 | Maddox Stone & Gravel | |
| 12562375352 | 8/17/2005 | 12:43 | 21 | 0.4 | 3342027177 | | Miller Sand & Landscape Supply | |
| 12564922634 | 10/17/2005 | 17:23 | 4 | 0.1 | 3342027177 | | Pete Long | |
| 12564922634 | 10/17/2005 | 17:24 | 3 | 0.1 | 3342027177 | 2 | Pete Long | |
| 13342023645 | 8/1/2005 | 16:14 | 213 | 3.6 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 8/2/2005 | 9:57 | 31 | 0.5 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 8/2/2005 | 15:17 | 38 | 0.6 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 8/8/2005 | 7:23 | 38 | 0.6 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 8/8/2005 | 11:11 | 145 | 2.4 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 8/9/2005 | 11:47 | 33 | 0.6 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 8/16/2005 | 8:51 | 31 | 0.5 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 8/16/2005 | 10:41 | 49 | 0.8 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 8/19/2005 | 8:47 | 147 | 2.5 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 8/25/2005 | 5:56 | 31 | 0.5 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 9/22/2005 | 5:32 | 271 | 4.5 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 9/30/2005 | 6:37 | 64 | 1.1 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 10/6/2005 | 9:24 | 32 | 0.5 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 10/26/2005 | 5:18 | 5 | 0.1 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 11/1/2005 | 9:59 | 74 | 1.2 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 11/2/2005 | 17:24 | 264 | 4.4 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 11/7/2005 | 9:09 | 124 | 2.1 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 11/7/2005 | 13:51 | 215 | 3.6 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 11/7/2005 | 17:13 | 472 | 7.9 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 11/11/2005 | 11:14 | 463 | 7.7 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 11/22/2005 | 5:31 | 49 | 0.8 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 12/21/2005 | 9:35 | 72 | 1.2 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 12/27/2005 | 9:41 | 90 | 1.5 | 3342027177 | | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023645 | 12/27/2005 | 11:40 | 227 | 3.8 | 3342027177 | 24 | Robert Alexander | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 7/28/2005 | 18:45 | 63 | 1.1 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 7/31/2005 | 13:06 | 53 | 0.9 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 7/31/2005 | 15:33 | 7 | 0.1 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 7/31/2005 | 15:34 | 131 | 2.2 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/1/2005 | 9:02 | 34 | 0.6 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/1/2005 | 11:19 | 22 | 0.4 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/1/2005 | 13:03 | 31 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/1/2005 | 6:59 | 54 | 0.9 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/1/2005 | 8:26 | 35 | 0.6 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/2/2005 | 9:58 | 34 | 0.6 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/2/2005 | 11:33 | 97 | 1.6 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/2/2005 | 15:16 | 31 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/3/2005 | 8:39 | 33 | 0.6 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/3/2005 | 10:57 | 32 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/3/2005 | 14:06 | 164 | 2.7 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/5/2005 | 7:40 | 33 | 0.6 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/6/2005 | 6:20 | 547 | 9.1 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/6/2005 | 8:40 | 289 | 4.8 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/6/2005 | 8:46 | 104 | 1.7 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/8/2005 | 7:23 | 28 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/8/2005 | 13:54 | 30 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/9/2005 | 11:48 | 45 | 0.8 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |

THE CONCRETE COMPANY

23

**DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177 RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06**

| Number | Date | Time | Duration | Min | Called | Name | Carrier |
|---|---|---|---|---|---|---|---|
| 13342023983 | 8/9/2005 | 13:28 | 47 | 0.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/9/2005 | 16:26 | 285 | 4.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/10/2005 | 6:54 | 169 | 2.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/10/2005 | 12:27 | 151 | 2.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/10/2005 | 15:45 | 230 | 3.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/10/2005 | 15:49 | 6 | 0.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/10/2005 | 15:49 | 6 | 0.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/10/2005 | 15:50 | 29 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/11/2005 | 15:47 | 174 | 2.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/12/2005 | 8:15 | 48 | 0.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/12/2005 | 8:27 | 50 | 0.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/12/2005 | 9:14 | 71 | 1.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/12/2005 | 9:21 | 38 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/12/2005 | 10:01 | 81 | 1.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/12/2005 | 10:07 | 19 | 0.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/12/2005 | 10:15 | 21 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/12/2005 | 10:37 | 30 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/12/2005 | 11:41 | 87 | 1.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/12/2005 | 12:10 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/13/2005 | 6:31 | 101 | 1.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/15/2005 | 6:46 | 86 | 1.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/15/2005 | 7:49 | 26 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/15/2005 | 8:30 | 20 | 0.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/15/2005 | 9:45 | 32 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/15/2005 | 9:46 | 26 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/15/2005 | 10:51 | 38 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/15/2005 | 11:20 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/15/2005 | 15:36 | 274 | 4.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/15/2005 | 17:09 | 33 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/16/2005 | 8:50 | 34 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/16/2005 | 8:51 | 60 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/16/2005 | 10:40 | 57 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/16/2005 | 13:44 | 95 | 1.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/16/2005 | 15:23 | 28 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/17/2005 | 9:16 | 85 | 1.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/17/2005 | 16:47 | 27 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/18/2005 | 6:12 | 152 | 2.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/18/2005 | 11:36 | 132 | 2.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/18/2005 | 16:13 | 148 | 2.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/18/2005 | 16:36 | 35 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/19/2005 | 8:47 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/20/2005 | 6:46 | 96 | 1.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/20/2005 | 7:58 | 109 | 1.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/20/2005 | 16:21 | 6 | 0.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/21/2005 | 12:03 | 161 | 2.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/22/2005 | 14:35 | 82 | 1.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/22/2005 | 16:53 | 79 | 1.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/23/2005 | 8:00 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/23/2005 | 8:32 | 320 | 5.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/23/2005 | 9:37 | 190 | 3.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/23/2005 | 15:46 | 205 | 3.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/25/2005 | 5:34 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/25/2005 | 5:55 | 32 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/25/2005 | 6:04 | 37 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/25/2005 | 6:21 | 32 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/25/2005 | 6:38 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/25/2005 | 14:54 | 446 | 7.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/25/2005 | 16:22 | 47 | 0.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/26/2005 | 6:19 | 162 | 2.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/26/2005 | 8:49 | 7 | 0.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/26/2005 | 8:50 | 55 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/26/2005 | 13:36 | 29 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/29/2005 | 14:12 | 64 | 1.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/29/2005 | 14:19 | 53 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/29/2005 | 15:30 | 28 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/30/2005 | 13:29 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/31/2005 | 10:49 | 305 | 5.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 8/31/2005 | 12:59 | 92 | 1.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |