# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

24

| Account | Date | Time | Duration | Min | Number | Name | Carrier |
|---|---|---|---|---|---|---|---|
| 13342023983 | 9/5/2005 | 15:29 | 476 | 7.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/6/2005 | 12:22 | 46 | 0.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/7/2005 | 7:20 | 58 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/7/2005 | 8:43 | 62 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/8/2005 | 6:10 | 121 | 2.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/8/2005 | 12:05 | 35 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/9/2005 | 14:05 | 62 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/10/2005 | 8:31 | 61 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/10/2005 | 9:11 | 119 | 2.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/10/2005 | 9:13 | 35 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/10/2005 | 9:15 | 79 | 1.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/12/2005 | 7:07 | 32 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/12/2005 | 12:29 | 82 | 1.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/12/2005 | 15:29 | 40 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/13/2005 | 7:34 | 94 | 1.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/13/2005 | 14:53 | 171 | 2.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/13/2005 | 16:19 | 75 | 1.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/13/2005 | 17:12 | 32 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/15/2005 | 8:57 | 33 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/15/2005 | 9:09 | 104 | 1.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/19/2005 | 9:56 | 61 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/20/2005 | 8:05 | 96 | 1.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/20/2005 | 8:26 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/20/2005 | 8:38 | 21 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/20/2005 | 9:09 | 29 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/20/2005 | 10:04 | 23 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/20/2005 | 10:08 | 26 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/21/2005 | 8:22 | 304 | 5.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/21/2005 | 10:45 | 385 | 6.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/22/2005 | 10:14 | 238 | 4.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/22/2005 | 12:12 | 298 | 5.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/23/2005 | 13:52 | 6 | 0.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/23/2005 | 13:52 | 42 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/23/2005 | 15:11 | 89 | 1.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/23/2005 | 16:44 | 52 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/24/2005 | 7:46 | 155 | 2.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/24/2005 | 8:51 | 34 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/24/2005 | 10:30 | 33 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/24/2005 | 10:38 | 72 | 1.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/24/2005 | 10:43 | 23 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/24/2005 | 14:58 | 20 | 0.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/26/2005 | 7:29 | 93 | 1.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/27/2005 | 13:51 | 78 | 1.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/27/2005 | 15:48 | 218 | 3.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/28/2005 | 12:27 | 164 | 2.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/28/2005 | 16:40 | 267 | 4.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/30/2005 | 9:39 | 61 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/30/2005 | 9:53 | 79 | 1.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 9/30/2005 | 12:13 | 24 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/1/2005 | 5:58 | 672 | 11.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/1/2005 | 6:10 | 115 | 1.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/1/2005 | 10:45 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/1/2005 | 11:07 | 34 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/2/2005 | 11:46 | 60 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/2/2005 | 12:55 | 372 | 6.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/3/2005 | 6:28 | 26 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/3/2005 | 6:53 | 196 | 3.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/3/2005 | 11:08 | 146 | 2.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/4/2005 | 7:47 | 322 | 5.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/4/2005 | 7:53 | 39 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/4/2005 | 10:25 | 214 | 3.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/5/2005 | 7:04 | 39 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/5/2005 | 10:36 | 70 | 1.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/6/2005 | 6:27 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/6/2005 | 8:17 | 221 | 3.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/6/2005 | 14:47 | 27 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/9/2005 | 7:10 | 34 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/9/2005 | 12:42 | 33 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |

## THE CONCRETE COMPANY
### DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
### RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

25

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13342023983 | 10/10/2005 | 8:43 | 45 | 0.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/10/2005 | 8:57 | 57 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/11/2005 | 16:11 | 57 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/12/2005 | 5:33 | 97 | 1.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/14/2005 | 11:33 | 32 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/15/2005 | 6:52 | 48 | 0.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/15/2005 | 8:00 | 78 | 1.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/20/2005 | 7:57 | 89 | 1.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/20/2005 | 8:39 | 27 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/24/2005 | 13:07 | 44 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/24/2005 | 14:37 | 51 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/24/2005 | 14:42 | 41 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/25/2005 | 7:02 | 193 | 3.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/26/2005 | 5:18 | 110 | 1.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/26/2005 | 10:41 | 110 | 1.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/26/2005 | 11:25 | 125 | 2.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/26/2005 | 12:06 | 167 | 2.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/26/2005 | 15:03 | 341 | 5.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/27/2005 | 10:55 | 91 | 1.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/29/2005 | 6:39 | 51 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/29/2005 | 6:41 | 43 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/29/2005 | 8:09 | 24 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/29/2005 | 8:14 | 34 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/29/2005 | 8:38 | 35 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/29/2005 | 11:52 | 185 | 3.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/29/2005 | 15:12 | 33 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/29/2005 | 15:14 | 32 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/30/2005 | 5:55 | 114 | 1.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/30/2005 | 6:24 | 37 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/30/2005 | 6:37 | 37 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/30/2005 | 8:28 | 40 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/30/2005 | 10:18 | 47 | 0.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/31/2005 | 7:11 | 56 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/31/2005 | 7:54 | 71 | 1.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/31/2005 | 12:15 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 10/31/2005 | 12:25 | 68 | 1.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/1/2005 | 9:56 | 148 | 2.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/1/2005 | 11:19 | 34 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/1/2005 | 11:30 | 85 | 1.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/2/2005 | 7:56 | 138 | 2.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/2/2005 | 8:52 | 346 | 5.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/2/2005 | 9:07 | 95 | 1.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/2/2005 | 11:25 | 242 | 4.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/4/2005 | 8:24 | 43 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/4/2005 | 8:30 | 68 | 1.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/5/2005 | 6:56 | 121 | 2.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/5/2005 | 15:28 | 32 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/8/2005 | 6:30 | 58 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/8/2005 | 6:32 | 239 | 4.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/8/2005 | 6:38 | 94 | 1.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/8/2005 | 11:01 | 52 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/9/2005 | 8:54 | 65 | 1.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/9/2005 | 9:24 | 60 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/9/2005 | 10:09 | 73 | 1.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/10/2005 | 5:24 | 137 | 2.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/10/2005 | 8:39 | 318 | 5.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/10/2005 | 8:48 | 51 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/10/2005 | 12:37 | 30 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/10/2005 | 12:55 | 28 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/11/2005 | 13:09 | 34 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/12/2005 | 8:46 | 86 | 1.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/13/2005 | 8:11 | 110 | 1.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/13/2005 | 8:32 | 35 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/14/2005 | 9:42 | 37 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/14/2005 | 9:43 | 5 | 0.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/14/2005 | 9:48 | 38 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/14/2005 | 12:06 | 32 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/14/2005 | 12:11 | 108 | 1.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |

THE CONCRETE COMPANY

26

DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13342023983 | 11/14/2005 | 12:14 | 82 | 1.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/14/2005 | 13:40 | 30 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/14/2005 | 13:44 | 30 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/14/2005 | 17:03 | 349 | 5.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/14/2005 | 17:10 | 63 | 1.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/15/2005 | 5:24 | 174 | 2.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/15/2005 | 12:44 | 32 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/15/2005 | 18:03 | 6 | 0.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/16/2005 | 9:24 | 162 | 2.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/17/2005 | 9:27 | 103 | 1.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/17/2005 | 13:20 | 115 | 1.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/17/2005 | 14:21 | 67 | 1.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/18/2005 | 14:36 | 54 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/19/2005 | 7:10 | 52 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/19/2005 | 12:50 | 68 | 1.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/21/2005 | 13:44 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/21/2005 | 14:07 | 103 | 1.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/21/2005 | 14:46 | 57 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/22/2005 | 5:30 | 15 | 0.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/22/2005 | 7:16 | 488 | 8.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/22/2005 | 13:44 | 128 | 2.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/22/2005 | 13:50 | 28 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/22/2005 | 13:57 | 136 | 2.3 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/22/2005 | 14:04 | 158 | 2.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/23/2005 | 6:22 | 33 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/23/2005 | 8:17 | 157 | 2.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/23/2005 | 13:15 | 313 | 5.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/25/2005 | 8:09 | 33 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/27/2005 | 8:39 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/27/2005 | 9:43 | 23 | 0.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/28/2005 | 6:04 | 107 | 1.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/28/2005 | 6:52 | 106 | 1.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/28/2005 | 8:04 | 98 | 1.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/28/2005 | 8:08 | 73 | 1.2 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/28/2005 | 9:08 | 7 | 0.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/28/2005 | 10:03 | 120 | 2.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/28/2005 | 10:05 | 126 | 2.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/28/2005 | 12:34 | 86 | 1.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/29/2005 | 6:25 | 57 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/29/2005 | 6:55 | 40 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/29/2005 | 8:27 | 178 | 3.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/29/2005 | 11:49 | 64 | 1.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/29/2005 | 13:10 | 217 | 3.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/29/2005 | 13:26 | 181 | 3.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/29/2005 | 14:39 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/29/2005 | 14:50 | 212 | 3.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/30/2005 | 11:07 | 142 | 2.4 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 11/30/2005 | 13:26 | 161 | 2.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/1/2005 | 6:39 | 62 | 1.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/1/2005 | 11:01 | 215 | 3.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/1/2005 | 15:29 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/1/2005 | 16:25 | 28 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/2/2005 | 9:43 | 40 | 0.7 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/2/2005 | 9:49 | 178 | 3.0 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/2/2005 | 12:51 | 156 | 2.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/3/2005 | 4:52 | 186 | 3.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/3/2005 | 5:42 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/5/2005 | 10:26 | 123 | 2.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/5/2005 | 10:34 | 33 | 0.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/5/2005 | 12:40 | 68 | 1.1 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/5/2005 | 12:58 | 53 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/5/2005 | 15:18 | 94 | 1.6 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/6/2005 | 14:26 | 48 | 0.8 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/7/2005 | 6:22 | 54 | 0.9 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/7/2005 | 10:12 | 31 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/7/2005 | 11:43 | 87 | 1.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/7/2005 | 14:06 | 27 | 0.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/7/2005 | 16:48 | 210 | 3.5 | 3342027177 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |

THE CONCRETE COMPANY 27
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13342023983 | 12/8/2005 | 7:37 | 41 | 0.7 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/8/2005 | 13:09 | 83 | 1.4 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/10/2005 | 6:56 | 970 | 16.2 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/10/2005 | 10:45 | 113 | 1.9 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/11/2005 | 8:45 | 330 | 5.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/12/2005 | 7:16 | 29 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/12/2005 | 11:55 | 30 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/14/2005 | 12:03 | 32 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/14/2005 | 13:28 | 100 | 1.7 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/15/2005 | 10:53 | 131 | 2.2 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/16/2005 | 9:51 | 282 | 4.7 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/16/2005 | 12:56 | 296 | 4.9 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/17/2005 | 7:12 | 843 | 14.1 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/20/2005 | 17:23 | 28 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/21/2005 | 10:15 | 35 | 0.6 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/21/2005 | 13:35 | 234 | 3.9 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/22/2005 | 8:13 | 52 | 0.9 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/22/2005 | 8:52 | 31 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/22/2005 | 10:58 | 371 | 6.2 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/22/2005 | 12:05 | 148 | 2.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/22/2005 | 12:27 | 331 | 5.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/27/2005 | 7:54 | 50 | 0.8 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/27/2005 | 9:34 | 30 | 0.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/27/2005 | 9:40 | 33 | 0.6 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/27/2005 | 9:48 | 90 | 1.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/28/2005 | 6:42 | 54 | 0.9 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/28/2005 | 10:05 | 100 | 1.7 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/28/2005 | 11:19 | 96 | 1.6 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/28/2005 | 14:01 | 271 | 4.5 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/29/2005 | 10:06 | 4 | 0.1 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/30/2005 | 8:38 | 77 | 1.3 | 3342027177 | | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| 13342023983 | 12/31/2005 | 15:11 | 32 | 0.5 | 3342027177 | 326 | Rex Dasinger | Verizon Wireless (Montgomery, AL) |
| | | | | | | | | |
| 13342155000 | 7/8/2005 | 7:48 | 40 | 0.7 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 7/8/2005 | 8:58 | 90 | 1.5 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 7/25/2005 | 16:21 | 751 | 12.5 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 7/27/2005 | 14:41 | 18 | 0.3 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 7/27/2005 | 15:05 | 109 | 1.8 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 7/28/2005 | 10:55 | 121 | 2.0 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 7/28/2005 | 13:54 | 39 | 0.7 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 7/28/2005 | 14:22 | 76 | 1.3 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/4/2005 | 15:02 | 135 | 2.3 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/5/2005 | 7:51 | 60 | 1.0 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/5/2005 | 11:56 | 137 | 2.3 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/10/2005 | 9:34 | 99 | 1.7 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/10/2005 | 15:43 | 20 | 0.3 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/10/2005 | 15:51 | 91 | 1.5 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/10/2005 | 16:02 | 29 | 0.5 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/10/2005 | 16:13 | 88 | 1.5 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/16/2005 | 6:57 | 112 | 1.9 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/16/2005 | 7:08 | 144 | 2.4 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/16/2005 | 13:31 | 119 | 2.0 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/17/2005 | 8:17 | 169 | 2.8 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/17/2005 | 8:29 | 393 | 6.6 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/18/2005 | 10:31 | 68 | 1.1 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 8/23/2005 | 9:35 | 53 | 0.9 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 9/13/2005 | 7:22 | 35 | 0.6 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 9/15/2005 | 8:53 | 114 | 1.9 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 9/15/2005 | 15:47 | 121 | 2.0 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 9/15/2005 | 16:05 | 1300 | 21.7 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 9/16/2005 | 7:16 | 251 | 4.2 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 9/16/2005 | 10:02 | 18 | 0.3 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 9/16/2005 | 13:19 | 21 | 0.4 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 9/21/2005 | 12:29 | 72 | 1.2 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 9/23/2005 | 7:52 | 74 | 1.2 | 3342027177 | | Thompson Tractor Company | |
| 13342155000 | 9/23/2005 | 13:19 | 169 | 2.8 | 3342027177 | | Thompson Tractor Company | |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

28

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13342155000 | 10/21/2005 | 13:27 | 255 | 4.3 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 10/24/2005 | 13:51 | 21 | 0.4 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 10/24/2005 | 13:55 | 46 | 0.8 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/1/2005 | 13:44 | 213 | 3.6 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/1/2005 | 14:52 | 196 | 3.3 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/3/2005 | 8:32 | 86 | 1.4 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/15/2005 | 11:04 | 56 | 0.9 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/15/2005 | 11:06 | 52 | 0.9 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/15/2005 | 11:08 | 66 | 1.1 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/17/2005 | 16:25 | 39 | 0.7 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/23/2005 | 8:55 | 34 | 0.6 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/30/2005 | 8:32 | 137 | 2.3 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/30/2005 | 8:34 | 17 | 0.3 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 11/30/2005 | 9:06 | 173 | 2.9 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 12/1/2005 | 9:51 | 18 | 0.3 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 12/1/2005 | 10:39 | 40 | 0.7 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 12/1/2005 | 11:07 | 170 | 2.8 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 12/6/2005 | 14:31 | 38 | 0.6 | 3342027177 | | Thompson Tractor Company |
| 13342155000 | 12/28/2005 | 8:12 | 161 | 2.7 | 3342027177 | 52 | Thompson Tractor Company |
| 13342157560 | 7/8/2005 | 7:55 | 33 | 0.6 | 3342027177 | | Simcala Inc |
| 13342157560 | 7/8/2005 | 7:56 | 78 | 1.3 | 3342027177 | | Simcala Inc |
| 13342157560 | 7/12/2005 | 7:59 | 82 | 1.4 | 3342027177 | | Simcala Inc |
| 13342157560 | 7/18/2005 | 6:45 | 35 | 0.6 | 3342027177 | | Simcala Inc |
| 13342157560 | 7/18/2005 | 6:59 | 78 | 1.3 | 3342027177 | | Simcala Inc |
| 13342157560 | 7/18/2005 | 7:16 | 63 | 1.1 | 3342027177 | | Simcala Inc |
| 13342157560 | 7/20/2005 | 13:10 | 63 | 1.1 | 3342027177 | | Simcala Inc |
| 13342157560 | 7/20/2005 | 13:23 | 66 | 1.1 | 3342027177 | | Simcala Inc |
| 13342157560 | 7/22/2005 | 14:40 | 339 | 5.7 | 3342027177 | | Simcala Inc |
| 13342157560 | 7/26/2005 | 7:31 | 67 | 1.1 | 3342027177 | | Simcala Inc |
| 13342157560 | 8/8/2005 | 11:44 | 41 | 0.7 | 3342027177 | | Simcala Inc |
| 13342157560 | 8/11/2005 | 15:51 | 50 | 0.8 | 3342027177 | | Simcala Inc |
| 13342157560 | 8/15/2005 | 8:22 | 117 | 2.0 | 3342027177 | | Simcala Inc |
| 13342157560 | 11/30/2005 | 7:50 | 43 | 0.7 | 3342027177 | | Simcala Inc |
| 13342157560 | 12/21/2005 | 8:10 | 39 | 0.7 | 3342027177 | 15 | Simcala Inc |
| 13342402223 | 9/29/2005 | 8:42 | 45 | 0.8 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/4/2005 | 9:17 | 569 | 9.5 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/4/2005 | 9:30 | 62 | 1.0 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/4/2005 | 10:52 | 309 | 5.2 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/4/2005 | 10:59 | 157 | 2.6 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/7/2005 | 13:17 | 197 | 3.3 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/10/2005 | 10:21 | 371 | 6.2 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/12/2005 | 14:54 | 173 | 2.9 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/13/2005 | 14:43 | 65 | 1.1 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/13/2005 | 14:45 | 313 | 5.2 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/25/2005 | 11:02 | 230 | 3.8 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 10/25/2005 | 11:15 | 121 | 2.0 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 11/7/2005 | 16:18 | 42 | 0.7 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 11/30/2005 | 15:42 | 370 | 6.2 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 12/5/2005 | 8:57 | 800 | 13.3 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 12/15/2005 | 10:42 | 16 | 0.3 | 3342027177 | | Southern Steel & Pipe Inc |
| 13342402223 | 12/15/2005 | 10:43 | 44 | 0.7 | 3342027177 | 17 | Southern Steel & Pipe Inc |
| 13342621091 | 11/14/2005 | 13:09 | 146 | 2.4 | 3342027177 | | Speaks Larry E & Associates Inc |
| 13342626642 | 7/11/2005 | 17:48 | 23 | 0.4 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 9/21/2005 | 8:27 | 477 | 8.0 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 9/21/2005 | 9:40 | 37 | 0.6 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 9/23/2005 | 8:42 | 158 | 2.6 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 9/26/2005 | 10:44 | 36 | 0.6 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 9/26/2005 | 16:13 | 23 | 0.4 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 9/27/2005 | 10:58 | 21 | 0.4 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 10/13/2005 | 14:51 | 64 | 1.1 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 12/5/2005 | 8:43 | 33 | 0.6 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 12/6/2005 | 9:13 | 16 | 0.3 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 12/6/2005 | 9:22 | 78 | 1.3 | 3342027177 | | Cowin Equipment Company Inc |
| 13342626642 | 12/6/2005 | 9:29 | 79 | 1.3 | 3342027177 | | Cowin Equipment Company Inc |