# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| Number | Date | Time | Duration | Min | To/From | Count | Name |
|---|---|---|---|---|---|---|---|
| 13342626642 | 12/16/2005 | 14:26 | 29 | 0.5 | 3342027177 |  | Cowin Equipment Company Inc |
| 13342626642 | 12/19/2005 | 8:18 | 85 | 1.4 | 3342027177 | 14 | Cowin Equipment Company Inc |
| 13342656771 | 9/21/2005 | 10:28 | 122 | 2.0 | 3342027177 |  | Sabel Steel Service |
| 13342656771 | 9/29/2005 | 8:43 | 109 | 1.8 | 3342027177 | 2 | Sabel Steel Service |
| 13342691522 | 8/17/2005 | 10:21 | 13 | 0.2 | 3342027177 |  | L B Smith Inc |
| 13342691522 | 8/29/2005 | 7:53 | 1 | 0.0 | 3342027177 |  | L B Smith Inc |
| 13342691522 | 9/28/2005 | 15:43 | 344 | 5.7 | 3342027177 |  | L B Smith Inc |
| 13342691522 | 10/18/2005 | 13:32 | 126 | 2.1 | 3342027177 |  | L B Smith Inc |
| 13342691522 | 11/4/2005 | 4:55 | 183 | 3.1 | 3342027177 |  | L B Smith Inc |
| 13342691522 | 12/2/2005 | 9:49 | 2 | 0.0 | 3342027177 | 6 | L B Smith Inc |
| 13342727406 | 11/16/2005 | 9:23 | 32 | 0.5 | 3342027177 |  | Anne Pinkston |
| 13342771409 | 12/9/2005 | 17:10 | 25 | 0.4 | 3342027177 |  | Skip Plumle |
| 13342901454 | 7/14/2005 | 15:08 | 22 | 0.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 7/27/2005 | 14:41 | 23 | 0.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/4/2005 | 12:22 | 17 | 0.3 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/4/2005 | 14:34 | 27 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/16/2005 | 11:40 | 27 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/21/2005 | 15:25 | 58 | 1.0 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/23/2005 | 9:16 | 266 | 4.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/25/2005 | 15:02 | 22 | 0.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/25/2005 | 15:14 | 28 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/26/2005 | 9:03 | 23 | 0.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/27/2005 | 11:30 | 30 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/29/2005 | 14:36 | 2 | 0.0 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/29/2005 | 14:37 | 23 | 0.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 8/30/2005 | 7:55 | 27 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/5/2005 | 12:13 | 37 | 0.6 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/6/2005 | 14:12 | 22 | 0.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/7/2005 | 9:32 | 269 | 4.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/8/2005 | 10:45 | 27 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/9/2005 | 7:53 | 60 | 1.0 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/9/2005 | 8:13 | 85 | 1.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/9/2005 | 8:26 | 38 | 0.6 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/10/2005 | 9:16 | 202 | 3.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/12/2005 | 15:03 | 318 | 5.3 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/13/2005 | 9:50 | 30 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/20/2005 | 7:41 | 27 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/21/2005 | 10:21 | 26 | 0.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/21/2005 | 12:33 | 28 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/22/2005 | 8:52 | 27 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/23/2005 | 10:29 | 28 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/27/2005 | 12:46 | 341 | 5.7 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/27/2005 | 13:25 | 91 | 1.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/27/2005 | 13:29 | 59 | 1.0 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/27/2005 | 13:37 | 2 | 0.0 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 9/27/2005 | 13:42 | 31 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/3/2005 | 11:15 | 27 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/4/2005 | 8:05 | 27 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/4/2005 | 8:13 | 40 | 0.7 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/4/2005 | 9:42 | 74 | 1.2 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/4/2005 | 14:02 | 180 | 3.0 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/6/2005 | 9:41 | 28 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/6/2005 | 16:01 | 36 | 0.6 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/7/2005 | 13:41 | 9 | 0.2 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/7/2005 | 13:41 | 64 | 1.1 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/7/2005 | 14:14 | 28 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/8/2005 | 11:35 | 27 | 0.5 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/11/2005 | 16:11 | 26 | 0.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/20/2005 | 8:49 | 431 | 7.2 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/20/2005 | 9:53 | 106 | 1.8 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/20/2005 | 10:56 | 153 | 2.6 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/26/2005 | 10:12 | 24 | 0.4 | 3342027177 |  | Alabama Gravel LLC |
| 13342901454 | 10/29/2005 | 11:27 | 26 | 0.4 | 3342027177 |  | Alabama Gravel LLC |

THE CONCRETE COMPANY
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

30

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13342901454 | 10/30/2005 | 11:43 | 27 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 10:18 | 115 | 1.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 10:28 | 3 | 0.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 12:39 | 126 | 2.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 12:55 | 199 | 3.3 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 13:10 | 156 | 2.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 13:30 | 447 | 7.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/2/2005 | 11:29 | 52 | 0.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/2/2005 | 11:36 | 2 | 0.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/2/2005 | 17:23 | 16 | 0.3 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/4/2005 | 12:01 | 65 | 1.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/5/2005 | 15:37 | 42 | 0.7 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/7/2005 | 8:03 | 27 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/7/2005 | 9:58 | 111 | 1.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/7/2005 | 10:12 | 30 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/7/2005 | 13:50 | 31 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/8/2005 | 12:36 | 206 | 3.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/9/2005 | 8:15 | 209 | 3.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/9/2005 | 8:58 | 94 | 1.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/10/2005 | 12:40 | 498 | 8.3 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/11/2005 | 8:05 | 26 | 0.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/11/2005 | 11:42 | 26 | 0.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/14/2005 | 8:24 | 26 | 0.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/14/2005 | 8:24 | 120 | 2.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/14/2005 | 15:01 | 309 | 5.2 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/15/2005 | 9:35 | 2 | 0.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/15/2005 | 11:29 | 118 | 2.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/15/2005 | 11:31 | 54 | 0.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/16/2005 | 16:29 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/21/2005 | 13:46 | 45 | 0.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/23/2005 | 8:51 | 11 | 0.2 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/23/2005 | 8:52 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/24/2005 | 6:54 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/26/2005 | 7:58 | 29 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/28/2005 | 13:06 | 135 | 2.3 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/29/2005 | 7:09 | 59 | 1.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/29/2005 | 7:18 | 52 | 0.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/29/2005 | 8:39 | 2 | 0.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/29/2005 | 8:43 | 52 | 0.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/29/2005 | 10:53 | 3 | 0.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/30/2005 | 8:59 | 235 | 3.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/1/2005 | 9:42 | 33 | 0.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/1/2005 | 14:47 | 27 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/5/2005 | 11:06 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/5/2005 | 11:07 | 48 | 0.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/5/2005 | 11:37 | 82 | 1.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/5/2005 | 12:55 | 94 | 1.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/6/2005 | 9:42 | 298 | 5.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/6/2005 | 10:45 | 45 | 0.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/12/2005 | 8:27 | 35 | 0.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/13/2005 | 8:41 | 647 | 10.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/13/2005 | 10:17 | 126 | 2.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/15/2005 | 9:27 | 766 | 12.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/15/2005 | 11:04 | 120 | 2.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/16/2005 | 12:02 | 143 | 2.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/20/2005 | 10:27 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/20/2005 | 13:29 | 3 | 0.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/20/2005 | 13:33 | 109 | 1.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/20/2005 | 16:03 | 217 | 3.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/21/2005 | 10:26 | 64 | 1.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/21/2005 | 13:16 | 25 | 0.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/27/2005 | 10:34 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/27/2005 | 11:58 | 37 | 0.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/27/2005 | 12:00 | 88 | 1.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/27/2005 | 12:14 | 42 | 0.7 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/28/2005 | 9:48 | 64 | 1.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/29/2005 | 7:38 | 50 | 0.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/30/2005 | 12:09 | 318 | 5.3 | 3342027177 | 116 | Alabama Gravel LLC |

THE CONCRETE COMPANY                                                                 31
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| Account | Date | Time | Duration (sec) | Min | Number | Name | Carrier |
|---|---|---|---|---|---|---|---|
| 13343031844 | 7/27/2005 | 13:09 | 257 | 4.3 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/27/2005 | 14:43 | 59 | 1.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/28/2005 | 14:41 | 47 | 0.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/29/2005 | 10:53 | 152 | 2.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/29/2005 | 11:23 | 126 | 2.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/30/2005 | 10:03 | 39 | 0.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/31/2005 | 15:38 | 9 | 0.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 8/21/2005 | 9:50 | 43 | 0.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 8/21/2005 | 11:17 | 70 | 1.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 8/22/2005 | 16:07 | 42 | 0.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 8/22/2005 | 16:08 | 69 | 1.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 8/23/2005 | 11:14 | 30 | 0.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/6/2005 | 7:37 | 119 | 2.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/7/2005 | 16:39 | 230 | 3.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/8/2005 | 7:17 | 38 | 0.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/9/2005 | 7:54 | 198 | 3.3 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/13/2005 | 7:43 | 71 | 1.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/14/2005 | 13:45 | 162 | 2.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/16/2005 | 8:34 | 40 | 0.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/18/2005 | 7:39 | 284 | 4.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/18/2005 | 10:28 | 339 | 5.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/18/2005 | 10:40 | 109 | 1.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/19/2005 | 16:56 | 33 | 0.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/20/2005 | 16:25 | 8 | 0.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/21/2005 | 8:14 | 427 | 7.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/21/2005 | 9:45 | 71 | 1.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/21/2005 | 10:33 | 64 | 1.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/22/2005 | 10:00 | 474 | 7.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/22/2005 | 10:08 | 13 | 0.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/22/2005 | 11:52 | 268 | 4.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/26/2005 | 7:39 | 141 | 2.4 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/26/2005 | 12:15 | 318 | 5.3 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/26/2005 | 15:06 | 124 | 2.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/27/2005 | 13:00 | 267 | 4.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/27/2005 | 13:36 | 62 | 1.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/28/2005 | 7:54 | 69 | 1.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/28/2005 | 8:41 | 109 | 1.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/28/2005 | 10:59 | 64 | 1.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/28/2005 | 13:19 | 52 | 0.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/28/2005 | 14:26 | 117 | 2.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/29/2005 | 6:58 | 170 | 2.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/29/2005 | 12:03 | 34 | 0.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/29/2005 | 12:22 | 26 | 0.4 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/30/2005 | 7:03 | 148 | 2.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/30/2005 | 13:07 | 53 | 0.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/30/2005 | 14:11 | 79 | 1.3 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/1/2005 | 8:35 | 175 | 2.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/1/2005 | 10:46 | 36 | 0.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/1/2005 | 12:26 | 35 | 0.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/2/2005 | 8:36 | 819 | 13.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/3/2005 | 8:33 | 78 | 1.3 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/4/2005 | 10:20 | 99 | 1.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/6/2005 | 5:54 | 300 | 5.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/6/2005 | 6:18 | 454 | 7.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/6/2005 | 13:19 | 112 | 1.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/6/2005 | 16:02 | 311 | 5.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/7/2005 | 7:44 | 158 | 2.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/9/2005 | 7:41 | 112 | 1.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/9/2005 | 16:02 | 59 | 1.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/10/2005 | 15:28 | 116 | 1.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/11/2005 | 12:01 | 95 | 1.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/12/2005 | 6:14 | 45 | 0.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/12/2005 | 9:18 | 122 | 2.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/13/2005 | 10:42 | 29 | 0.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/13/2005 | 11:38 | 55 | 0.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/13/2005 | 13:30 | 64 | 1.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/19/2005 | 17:38 | 127 | 2.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

32

| Account | Date | Time | Duration | Min | Number | | Name | Carrier |
|---|---|---|---|---|---|---|---|---|
| 13343031844 | 10/24/2005 | 16:55 | 20 | 0.3 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/25/2005 | 7:31 | 45 | 0.8 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/25/2005 | 12:41 | 49 | 0.8 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/27/2005 | 8:59 | 9 | 0.2 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/27/2005 | 10:14 | 241 | 4.0 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/27/2005 | 13:07 | 178 | 3.0 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/27/2005 | 15:31 | 39 | 0.7 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/27/2005 | 16:42 | 81 | 1.4 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/28/2005 | 11:10 | 73 | 1.2 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/28/2005 | 17:07 | 50 | 0.8 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/29/2005 | 8:56 | 36 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/1/2005 | 7:15 | 318 | 5.3 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/1/2005 | 10:09 | 355 | 5.9 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/1/2005 | 11:33 | 43 | 0.7 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/1/2005 | 13:55 | 27 | 0.5 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/2/2005 | 7:55 | 26 | 0.4 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/2/2005 | 8:58 | 66 | 1.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/2/2005 | 11:34 | 128 | 2.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/2/2005 | 11:40 | 38 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/4/2005 | 8:23 | 68 | 1.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/5/2005 | 11:43 | 31 | 0.5 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/5/2005 | 12:28 | 19 | 0.3 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/5/2005 | 12:28 | 11 | 0.2 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/5/2005 | 12:29 | 9 | 0.2 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/7/2005 | 8:24 | 33 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/10/2005 | 8:45 | 42 | 0.7 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/10/2005 | 9:16 | 78 | 1.3 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/14/2005 | 12:07 | 39 | 0.7 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/18/2005 | 14:59 | 451 | 7.5 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/18/2005 | 15:18 | 136 | 2.3 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/21/2005 | 8:16 | 35 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/23/2005 | 10:11 | 34 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/24/2005 | 13:54 | 8 | 0.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/25/2005 | 11:26 | 133 | 2.2 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/2/2005 | 10:46 | 36 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/15/2005 | 8:36 | 38 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/17/2005 | 6:12 | 8 | 0.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/17/2005 | 7:04 | 338 | 5.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/20/2005 | 7:27 | 245 | 4.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/20/2005 | 9:49 | 8 | 0.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/20/2005 | 15:52 | 37 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/21/2005 | 8:58 | 31 | 0.5 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 13:44 | 85 | 1.4 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 14:42 | 26 | 0.4 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 15:05 | 51 | 0.9 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 15:40 | 24 | 0.4 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 16:50 | 58 | 1.0 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 16:55 | 79 | 1.3 | 3342027177 | 115 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343181222 | 7/8/2005 | 9:00 | 71 | 1.2 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 7/14/2005 | 15:09 | 679 | 11.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 7/19/2005 | 17:22 | 32 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 7/30/2005 | 15:34 | 6 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/1/2005 | 10:43 | 638 | 10.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/1/2005 | 12:24 | 33 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/4/2005 | 14:34 | 319 | 5.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/4/2005 | 15:08 | 5 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/10/2005 | 12:34 | 33 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/10/2005 | 13:25 | 154 | 2.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/10/2005 | 13:39 | 352 | 5.9 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/18/2005 | 10:33 | 150 | 2.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/22/2005 | 14:40 | 32 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/25/2005 | 15:03 | 35 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/27/2005 | 11:31 | 6 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/30/2005 | 7:57 | 202 | 3.4 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 9/8/2005 | 14:00 | 125 | 2.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 9/12/2005 | 12:41 | 29 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 9/22/2005 | 8:52 | 75 | 1.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |

THE CONCRETE COMPANY                                                    33
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13343181222 | 9/23/2005 | 11:48 | 64 | 1.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 9/24/2005 | 12:00 | 46 | 0.8 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/3/2005 | 11:16 | 35 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/4/2005 | 8:07 | 5 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/8/2005 | 11:36 | 35 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/8/2005 | 12:38 | 29 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/11/2005 | 16:22 | 387 | 6.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/17/2005 | 11:07 | 791 | 13.2 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/24/2005 | 16:44 | 5 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/29/2005 | 11:26 | 33 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/30/2005 | 11:43 | 6 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/7/2005 | 10:58 | 6 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/7/2005 | 13:49 | 7 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/11/2005 | 12:03 | 677 | 11.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/11/2005 | 13:11 | 30 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/15/2005 | 9:36 | 6 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/19/2005 | 10:16 | 37 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/21/2005 | 13:47 | 31 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/22/2005 | 16:08 | 17 | 0.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/23/2005 | 8:51 | 5 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/1/2005 | 9:30 | 27 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/1/2005 | 14:48 | 100 | 1.7 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/1/2005 | 14:53 | 1630 | 27.2 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/3/2005 | 13:04 | 33 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/8/2005 | 13:13 | 63 | 1.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/8/2005 | 13:31 | 17 | 0.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/8/2005 | 13:32 | 7 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/8/2005 | 13:32 | 5 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/14/2005 | 16:26 | 825 | 13.8 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/16/2005 | 14:39 | 31 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/16/2005 | 14:40 | 25 | 0.4 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/20/2005 | 10:29 | 195 | 3.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/21/2005 | 9:50 | 425 | 7.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/21/2005 | 12:53 | 507 | 8.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/22/2005 | 12:13 | 813 | 13.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/28/2005 | 9:52 | 31 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/29/2005 | 8:27 | 32 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/29/2005 | 8:50 | 167 | 2.8 | 3342027177 | 57 | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| | | | | | | | | |
| 13343181265 | 7/8/2005 | 12:22 | 24 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/8/2005 | 12:51 | 25 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 9:10 | 56 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 9:15 | 21 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 9:23 | 54 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 9:39 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 10:17 | 35 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 10:19 | 73 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/11/2005 | 5:18 | 532 | 8.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 7:22 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 7:24 | 40 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 7:28 | 20 | 0.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 11:14 | 34 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 12:49 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 13:22 | 33 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/13/2005 | 8:12 | 155 | 2.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/13/2005 | 12:05 | 59 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/13/2005 | 12:44 | 27 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 6:46 | 35 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 9:51 | 34 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 10:13 | 50 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 10:17 | 18 | 0.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 10:31 | 180 | 3.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 15:41 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/15/2005 | 7:36 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/15/2005 | 9:08 | 29 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/15/2005 | 17:52 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/15/2005 | 18:23 | 380 | 6.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/18/2005 | 6:04 | 372 | 6.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |