
# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
### RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

34

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13343181265 | 7/18/2005 | 13:10 | 59 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/19/2005 | 14:23 | 160 | 2.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/20/2005 | 8:52 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/20/2005 | 9:37 | 252 | 4.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/21/2005 | 10:14 | 60 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/21/2005 | 14:57 | 33 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/22/2005 | 14:31 | 82 | 1.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/22/2005 | 16:15 | 48 | 0.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/25/2005 | 7:41 | 109 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/25/2005 | 8:48 | 26 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/25/2005 | 15:33 | 324 | 5.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/25/2005 | 15:38 | 242 | 4.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/25/2005 | 16:34 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/26/2005 | 9:16 | 123 | 2.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/26/2005 | 12:18 | 31 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/27/2005 | 13:42 | 150 | 2.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/27/2005 | 14:37 | 166 | 2.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/28/2005 | 10:43 | 34 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/28/2005 | 10:47 | 43 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/28/2005 | 15:59 | 109 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/28/2005 | 17:09 | 749 | 12.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/1/2005 | 6:31 | 34 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/1/2005 | 8:59 | 59 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/1/2005 | 11:07 | 214 | 3.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/1/2005 | 11:20 | 48 | 0.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/1/2005 | 15:30 | 107 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/2/2005 | 6:28 | 37 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/2/2005 | 12:58 | 87 | 1.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/3/2005 | 6:16 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/3/2005 | 8:34 | 283 | 4.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/3/2005 | 9:33 | 37 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/3/2005 | 16:57 | 91 | 1.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/4/2005 | 14:32 | 58 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/4/2005 | 15:38 | 184 | 3.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/4/2005 | 16:15 | 249 | 4.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/4/2005 | 16:37 | 33 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/5/2005 | 7:46 | 249 | 4.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/5/2005 | 9:06 | 175 | 2.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/5/2005 | 11:55 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/9/2005 | 8:42 | 157 | 2.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/9/2005 | 16:22 | 54 | 0.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 9:36 | 77 | 1.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 9:37 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 9:50 | 129 | 2.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 13:16 | 34 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 15:42 | 26 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 16:15 | 109 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 9:26 | 377 | 6.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/11/2005 | 8:44 | 189 | 3.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/11/2005 | 13:44 | 30 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/16/2005 | 8:47 | 98 | 1.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/16/2005 | 16:44 | 213 | 3.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/17/2005 | 15:24 | 224 | 3.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/18/2005 | 16:37 | 118 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/22/2005 | 7:27 | 193 | 3.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/22/2005 | 16:01 | 40 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/22/2005 | 16:02 | 46 | 0.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/25/2005 | 10:46 | 54 | 0.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/29/2005 | 7:35 | 420 | 7.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/30/2005 | 16:54 | 122 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/31/2005 | 13:05 | 136 | 2.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/2/2005 | 15:53 | 33 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/3/2005 | 8:07 | 69 | 1.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/6/2005 | 7:44 | 98 | 1.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/6/2005 | 9:58 | 40 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/6/2005 | 14:29 | 33 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/6/2005 | 16:42 | 113 | 1.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/8/2005 | 19:24 | 47 | 0.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

35

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13343181265 | 9/12/2005 | 8:00 | 208 | 3.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/13/2005 | 7:18 | 122 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/13/2005 | 7:32 | 37 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/15/2005 | 6:37 | 109 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/15/2005 | 8:38 | 212 | 3.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/15/2005 | 8:55 | 113 | 1.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/15/2005 | 16:57 | 37 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/16/2005 | 9:43 | 647 | 10.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/16/2005 | 10:09 | 428 | 7.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/19/2005 | 8:37 | 49 | 0.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/20/2005 | 13:34 | 106 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/21/2005 | 6:27 | 197 | 3.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/26/2005 | 4:58 | 58 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/26/2005 | 5:35 | 39 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/26/2005 | 7:23 | 34 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/26/2005 | 12:27 | 34 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/27/2005 | 5:47 | 31 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/27/2005 | 9:49 | 25 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/28/2005 | 7:45 | 64 | 1.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/3/2005 | 6:46 | 59 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/3/2005 | 10:34 | 122 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/3/2005 | 12:38 | 16 | 0.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/3/2005 | 12:40 | 76 | 1.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/3/2005 | 15:33 | 62 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/5/2005 | 17:46 | 86 | 1.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/6/2005 | 6:44 | 63 | 1.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/8/2005 | 7:10 | 40 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/10/2005 | 5:38 | 76 | 1.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/12/2005 | 8:47 | 119 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/12/2005 | 9:55 | 90 | 1.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/12/2005 | 14:27 | 298 | 5.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/27/2005 | 10:04 | 35 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/27/2005 | 16:51 | 10 | 0.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/31/2005 | 6:41 | 116 | 1.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/1/2005 | 10:08 | 64 | 1.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/3/2005 | 15:49 | 72 | 1.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/4/2005 | 4:48 | 108 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/4/2005 | 5:00 | 117 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/4/2005 | 7:32 | 103 | 1.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/4/2005 | 9:44 | 40 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/7/2005 | 10:40 | 150 | 2.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/8/2005 | 6:53 | 26 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/9/2005 | 8:52 | 67 | 1.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/10/2005 | 12:55 | 203 | 3.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/10/2005 | 16:54 | 225 | 3.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/11/2005 | 11:40 | 104 | 1.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/14/2005 | 6:53 | 77 | 1.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/14/2005 | 12:09 | 54 | 0.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/15/2005 | 11:37 | 60 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/16/2005 | 12:17 | 25 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/16/2005 | 12:17 | 10 | 0.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/17/2005 | 10:07 | 995 | 16.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/18/2005 | 6:48 | 20 | 0.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/18/2005 | 6:48 | 22 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/18/2005 | 8:37 | 72 | 1.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/25/2005 | 8:11 | 35 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/28/2005 | 16:01 | 240 | 4.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 8:29 | 102 | 1.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 8:34 | 131 | 2.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 9:27 | 29 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 9:32 | 206 | 3.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 11:01 | 154 | 2.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 11:26 | 62 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/1/2005 | 7:45 | 36 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/1/2005 | 9:44 | 288 | 4.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/1/2005 | 11:07 | 6 | 0.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/1/2005 | 11:11 | 320 | 5.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/1/2005 | 13:26 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |

THE CONCRETE COMPANY 36
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| Account | Date | Time | Duration | Min | Number | Extra | Description | Carrier |
|---|---|---|---|---|---|---|---|---|
| 13343181265 | 12/2/2005 | 9:46 | 147 | 2.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/3/2005 | 10:28 | 768 | 12.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/5/2005 | 7:22 | 178 | 3.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/5/2005 | 8:51 | 31 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/6/2005 | 14:30 | 1 | 0.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/7/2005 | 6:23 | 59 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/8/2005 | 10:30 | 143 | 2.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/12/2005 | 15:31 | 30 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/13/2005 | 16:38 | 54 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/16/2005 | 14:17 | 211 | 3.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/16/2005 | 14:28 | 70 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/19/2005 | 5:31 | 130 | 2.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/20/2005 | 12:09 | 147 | 2.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/21/2005 | 15:16 | 28 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/22/2005 | 8:50 | 117 | 2.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/22/2005 | 11:04 | 275 | 4.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/28/2005 | 9:49 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/28/2005 | 14:06 | 90 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/29/2005 | 7:40 | 93 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/29/2005 | 8:22 | 123 | 2.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/30/2005 | 4:54 | 277 | 4.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/30/2005 | 8:06 | 224 | 3.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/30/2005 | 14:37 | 65 | 1.1 | 3342027177 | 188 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/8/2005 | 17:09 | 105 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/11/2005 | 9:29 | 22 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/11/2005 | 11:35 | 85 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/18/2005 | 6:11 | 61 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/18/2005 | 7:23 | 58 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/18/2005 | 10:00 | 134 | 2.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/20/2005 | 13:41 | 146 | 2.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/1/2005 | 8:24 | 20 | 0.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/1/2005 | 8:57 | 115 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/2/2005 | 10:28 | 88 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/2/2005 | 13:26 | 88 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/2/2005 | 15:35 | 53 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/3/2005 | 13:06 | 78 | 1.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/3/2005 | 13:08 | 19 | 0.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/3/2005 | 14:35 | 39 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/9/2005 | 15:39 | 40 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/10/2005 | 13:14 | 92 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/11/2005 | 7:41 | 106 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/16/2005 | 8:49 | 28 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/22/2005 | 7:31 | 131 | 2.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/24/2005 | 8:44 | 86 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/29/2005 | 8:24 | 79 | 1.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/29/2005 | 8:54 | 28 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/31/2005 | 5:18 | 52 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/31/2005 | 13:02 | 110 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/6/2005 | 10:10 | 72 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/7/2005 | 7:11 | 235 | 3.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/10/2005 | 9:20 | 83 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/13/2005 | 7:36 | 27 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/15/2005 | 12:21 | 34 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/22/2005 | 22:14 | 104 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/22/2005 | 22:19 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/22/2005 | 22:27 | 365 | 6.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/23/2005 | 13:46 | 135 | 2.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/23/2005 | 14:24 | 44 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/26/2005 | 10:56 | 50 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/29/2005 | 16:20 | 95 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/30/2005 | 6:45 | 89 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/30/2005 | 17:12 | 176 | 2.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 10/1/2005 | 10:54 | 54 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 10/3/2005 | 11:27 | 78 | 1.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 10/3/2005 | 17:45 | 314 | 5.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 10/4/2005 | 14:43 | 30 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 10/5/2005 | 17:45 | 30 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

37

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13343181648 | 10/19/2005 | 10:07 | 73 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/8/2005 | 7:00 | 58 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/9/2005 | 8:53 | 55 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/9/2005 | 10:19 | 279 | 4.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/14/2005 | 6:50 | 59 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/14/2005 | 12:05 | 51 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/16/2005 | 13:13 | 103 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/21/2005 | 8:54 | 111 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/21/2005 | 13:38 | 281 | 4.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/22/2005 | 7:12 | 110 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/22/2005 | 11:00 | 70 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/22/2005 | 14:20 | 11 | 0.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/22/2005 | 16:23 | 338 | 5.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/23/2005 | 7:36 | 404 | 6.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/23/2005 | 7:49 | 201 | 3.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/23/2005 | 8:05 | 152 | 2.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/23/2005 | 9:40 | 275 | 4.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/23/2005 | 11:29 | 97 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/24/2005 | 10:34 | 48 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/25/2005 | 8:12 | 131 | 2.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/29/2005 | 13:25 | 8 | 0.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/29/2005 | 13:53 | 94 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/30/2005 | 13:22 | 192 | 3.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/6/2005 | 9:24 | 112 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/6/2005 | 10:04 | 24 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/19/2005 | 5:34 | 172 | 2.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/21/2005 | 11:50 | 108 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/21/2005 | 13:26 | 50 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/22/2005 | 7:30 | 410 | 6.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/28/2005 | 7:58 | 33 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/28/2005 | 9:54 | 51 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/28/2005 | 17:41 | 27 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/29/2005 | 6:44 | 63 | 1.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/29/2005 | 7:40 | 28 | 0.5 | 3342027177 | 78 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/11/2005 | 9:24 | 240 | 4.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/14/2005 | 16:49 | 31 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/15/2005 | 5:23 | 23 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/15/2005 | 7:02 | 70 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/18/2005 | 6:14 | 28 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/18/2005 | 7:01 | 178 | 3.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/18/2005 | 7:18 | 20 | 0.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/18/2005 | 14:47 | 122 | 2.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/19/2005 | 11:13 | 61 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/19/2005 | 11:55 | 48 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/19/2005 | 12:27 | 102 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/19/2005 | 17:17 | 2 | 0.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/19/2005 | 17:17 | 76 | 1.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/20/2005 | 9:11 | 114 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/20/2005 | 13:13 | 231 | 3.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/20/2005 | 13:22 | 74 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/20/2005 | 13:25 | 89 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/22/2005 | 6:50 | 53 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/22/2005 | 19:06 | 266 | 4.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/26/2005 | 7:49 | 54 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/26/2005 | 7:57 | 184 | 3.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/26/2005 | 13:22 | 70 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/29/2005 | 10:33 | 1208 | 20.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/1/2005 | 6:24 | 55 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/1/2005 | 15:24 | 363 | 6.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/2/2005 | 7:32 | 233 | 3.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/2/2005 | 14:41 | 203 | 3.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/3/2005 | 9:45 | 179 | 3.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/6/2005 | 12:15 | 37 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/8/2005 | 6:51 | 325 | 5.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/8/2005 | 7:31 | 53 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/9/2005 | 15:38 | 56 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/10/2005 | 6:47 | 140 | 2.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |

THE CONCRETE COMPANY 38
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13343184300 | 8/10/2005 | 13:12 | 116 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/15/2005 | 8:01 | 66 | 1.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/15/2005 | 8:25 | 34 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/16/2005 | 8:46 | 36 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/22/2005 | 7:26 | 44 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/24/2005 | 8:41 | 96 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/29/2005 | 8:52 | 82 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/31/2005 | 14:04 | 31 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/6/2005 | 10:08 | 87 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/7/2005 | 7:09 | 65 | 1.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/11/2005 | 10:19 | 4 | 0.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/11/2005 | 10:19 | 41 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/13/2005 | 7:33 | 61 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/15/2005 | 4:36 | 33 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/15/2005 | 12:20 | 34 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/19/2005 | 8:38 | 31 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/20/2005 | 20:24 | 6 | 0.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/4/2005 | 7:55 | 356 | 5.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/4/2005 | 12:52 | 118 | 2.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/4/2005 | 14:49 | 304 | 5.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/7/2005 | 9:39 | 33 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/11/2005 | 10:43 | 104 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/11/2005 | 13:01 | 104 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/11/2005 | 13:27 | 155 | 2.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/12/2005 | 8:16 | 10 | 0.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/17/2005 | 7:09 | 196 | 3.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/17/2005 | 7:14 | 22 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/20/2005 | 8:41 | 309 | 5.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/3/2005 | 7:52 | 278 | 4.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/9/2005 | 8:50 | 98 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/10/2005 | 13:00 | 110 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/10/2005 | 14:20 | 64 | 1.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/14/2005 | 6:51 | 69 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/14/2005 | 12:10 | 69 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/15/2005 | 5:15 | 186 | 3.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/16/2005 | 12:09 | 460 | 7.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/16/2005 | 16:03 | 83 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/29/2005 | 15:55 | 117 | 2.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/30/2005 | 7:52 | 93 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/30/2005 | 13:21 | 60 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/1/2005 | 5:13 | 57 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/1/2005 | 6:07 | 29 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/1/2005 | 6:35 | 21 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/2/2005 | 9:44 | 115 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/7/2005 | 6:21 | 44 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/13/2005 | 6:50 | 28 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/16/2005 | 9:28 | 78 | 1.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/16/2005 | 9:44 | 170 | 2.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/19/2005 | 5:37 | 30 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/20/2005 | 11:54 | 176 | 2.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/21/2005 | 8:52 | 289 | 4.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/21/2005 | 11:49 | 82 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/21/2005 | 12:39 | 231 | 3.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 6:41 | 50 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 7:59 | 100 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 8:15 | 38 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 8:50 | 269 | 4.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 9:50 | 112 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 14:07 | 151 | 2.5 | 3342027177 | 91 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| | | | | | | | | |
| 13343913459 | 7/8/2005 | 7:33 | 122 | 2.0 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 7/15/2005 | 15:03 | 29 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 8/17/2005 | 8:50 | 336 | 5.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 8/22/2005 | 16:57 | 316 | 5.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 8/29/2005 | 14:29 | 146 | 2.4 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/13/2005 | 7:21 | 18 | 0.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/13/2005 | 7:21 | 44 | 0.7 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/15/2005 | 10:55 | 29 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |