THE CONCRETE COMPANY

DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

39

| Number | Date | Time | Duration | Min | Other Number | | Contact | Carrier |
|---|---|---|---|---|---|---|---|---|
| 13343913459 | 9/15/2005 | 13:22 | 19 | 0.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/15/2005 | 13:22 | 44 | 0.7 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/15/2005 | 13:41 | 169 | 2.8 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/16/2005 | 7:45 | 398 | 6.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/16/2005 | 7:52 | 227 | 3.8 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/20/2005 | 18:35 | 305 | 5.1 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/26/2005 | 12:21 | 27 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/27/2005 | 8:01 | 190 | 3.2 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 10/4/2005 | 9:41 | 7 | 0.1 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 10/4/2005 | 9:43 | 40 | 0.7 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 10/12/2005 | 9:06 | 518 | 8.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 10/12/2005 | 9:54 | 78 | 1.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/1/2005 | 14:18 | 214 | 3.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/10/2005 | 8:58 | 255 | 4.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/14/2005 | 9:28 | 174 | 2.9 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/15/2005 | 7:56 | 192 | 3.2 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/17/2005 | 7:10 | 55 | 0.9 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/17/2005 | 7:25 | 22 | 0.4 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/17/2005 | 8:52 | 86 | 1.4 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/17/2005 | 16:24 | 32 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/18/2005 | 6:50 | 37 | 0.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/18/2005 | 7:32 | 36 | 0.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/18/2005 | 8:35 | 93 | 1.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/23/2005 | 8:54 | 28 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/28/2005 | 8:57 | 271 | 4.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/30/2005 | 8:31 | 12 | 0.2 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/5/2005 | 10:35 | 987 | 16.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/5/2005 | 13:25 | 590 | 9.8 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/6/2005 | 14:29 | 30 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/8/2005 | 10:25 | 43 | 0.7 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/8/2005 | 13:04 | 24 | 0.4 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/14/2005 | 7:51 | 378 | 6.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/20/2005 | 13:42 | 32 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/28/2005 | 7:46 | 457 | 7.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/28/2005 | 11:14 | 203 | 3.4 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/29/2005 | 8:35 | 56 | 0.9 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/30/2005 | 7:59 | 417 | 7.0 | 3342027177 | 45 | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343998888 | 8/25/2005 | 9:12 | 52 | 0.9 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 8/29/2005 | 10:47 | 218 | 3.6 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/20/2005 | 18:59 | 38 | 0.6 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/21/2005 | 7:08 | 1191 | 19.9 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/23/2005 | 9:51 | 76 | 1.3 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/23/2005 | 9:53 | 492 | 8.2 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/26/2005 | 12:22 | 39 | 0.7 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/26/2005 | 16:16 | 37 | 0.6 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/26/2005 | 16:17 | 204 | 3.4 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 10/4/2005 | 9:46 | 276 | 4.6 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 10/4/2005 | 12:24 | 57 | 1.0 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 10/5/2005 | 9:04 | 320 | 5.3 | 3342027177 | 12 | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13345461952 | 8/4/2005 | 13:04 | 352 | 5.9 | 3342027177 | | O.G. Pinkston | |
| 13345461952 | 11/16/2005 | 9:21 | 68 | 1.1 | 3342027177 | | O.G. Pinkston | |
| 13345461952 | 12/12/2005 | 9:18 | 314 | 5.2 | 3342027177 | 3 | O.G. Pinkston | |
| 13345692377 | 8/20/2005 | 16:18 | 68 | 1.1 | 3342027177 | | Rex Dasinger | |
| 13345692377 | 8/20/2005 | 18:50 | 232 | 3.9 | 3342027177 | | Rex Dasinger | |
| 13345692377 | 10/9/2005 | 12:42 | 50 | 0.8 | 3342027177 | | Rex Dasinger | |
| 13345692377 | 10/11/2005 | 16:13 | 41 | 0.7 | 3342027177 | | Rex Dasinger | |
| 13345692377 | 12/19/2005 | 17:10 | 125 | 2.1 | 3342027177 | 5 | Rex Dasinger | |
| 13346575372 | 7/26/2005 | 5:17 | 29 | 0.5 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 7/26/2005 | 6:41 | 41 | 0.7 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 7/26/2005 | 7:27 | 72 | 1.2 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 7/29/2005 | 10:56 | 105 | 1.8 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 8/8/2005 | 6:33 | 65 | 1.1 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 8/8/2005 | 14:03 | 67 | 1.1 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

40

| Number | Date | Time | Dur | Min | To | Count | Name | Carrier |
|---|---|---|---|---|---|---|---|---|
| 13346575372 | 8/8/2005 | 14:04 | 3 | 0.1 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 8/18/2005 | 12:59 | 52 | 0.9 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 10/26/2005 | 12:54 | 171 | 2.9 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 10/27/2005 | 7:35 | 73 | 1.2 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 11/11/2005 | 5:32 | 89 | 1.5 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 11/16/2005 | 15:17 | 68 | 1.1 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 11/25/2005 | 11:23 | 29 | 0.5 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 12/1/2005 | 6:17 | 55 | 0.9 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 12/1/2005 | 7:11 | 70 | 1.2 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 12/2/2005 | 10:19 | 43 | 0.7 | 3342027177 | 16 | Mike Gentry | Nextel (Montgomery, AL) |
| | | | | | | | | |
| 13346738233 | 12/27/2005 | 8:32 | 161 | 2.7 | 3342027177 | | Couch Ready Mix Usa | |
| | | | | | | | | |
| 13348349567 | 10/27/2005 | 15:04 | 84 | 1.4 | 3342027177 | | Conn Equipment Rental Company Inc | |
| 13348349567 | 12/12/2005 | 14:11 | 54 | 0.9 | 3342027177 | 2 | Conn Equipment Rental Company Inc | |
| | | | | | | | | |
| 14043522508 | 9/22/2005 | 11:57 | 2 | 0.0 | 3342027177 | | Sand Rock Transit | |
| 14043522508 | 9/22/2005 | 11:58 | 3 | 0.1 | 3342027177 | | Sand Rock Transit | |
| 14043522508 | 9/22/2005 | 11:58 | 66 | 1.1 | 3342027177 | | Sand Rock Transit | |
| 14043522508 | 10/11/2005 | 13:25 | 74 | 1.2 | 3342027177 | 4 | Sand Rock Transit | |
| | | | | | | | | |
| 14043558155 | 11/8/2005 | 6:57 | 62 | 1.0 | 3342027177 | | Willingham Stone Company | |
| 14043558155 | 11/8/2005 | 14:39 | 47 | 0.8 | 3342027177 | | Willingham Stone Company | |
| 14043558155 | 11/10/2005 | 8:37 | 54 | 0.9 | 3342027177 | 3 | Willingham Stone Company | |
| | | | | | | | | |
| 14043587801 | 11/16/2005 | 10:59 | 692 | 11.5 | 3342027177 | | Randy Willingham | BellSouth Mobility (Atlanta, GA) |
| 14043587801 | 11/16/2005 | 16:05 | 76 | 1.3 | 3342027177 | 2 | Randy Willingham | BellSouth Mobility (Atlanta, GA) |
| | | | | | | | | |
| 17067184793 | 8/11/2005 | 12:38 | 430 | 7.2 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 8/11/2005 | 12:49 | 38 | 0.6 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 9/12/2005 | 8:21 | 188 | 3.1 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 9/20/2005 | 16:47 | 212 | 3.5 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 9/21/2005 | 9:49 | 637 | 10.6 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 9/27/2005 | 7:37 | 233 | 3.9 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 10/4/2005 | 9:27 | 172 | 2.9 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 10/11/2005 | 14:07 | 69 | 1.2 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 10/11/2005 | 18:18 | 34 | 0.6 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 10/12/2005 | 7:56 | 77 | 1.3 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 10/27/2005 | 15:11 | 31 | 0.5 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 11/2/2005 | 14:56 | 153 | 2.6 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 11/17/2005 | 9:19 | 247 | 4.1 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 12/27/2005 | 10:31 | 58 | 1.0 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 12/27/2005 | 19:06 | 83 | 1.4 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 12/28/2005 | 6:04 | 35 | 0.6 | 3342027177 | 16 | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| | | | | | | | | |
| 17405259396 | 7/12/2005 | 10:31 | 240 | 4.0 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/13/2005 | 16:32 | 71 | 1.2 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/22/2005 | 11:32 | 28 | 0.5 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/22/2005 | 14:39 | 20 | 0.3 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/23/2005 | 9:40 | 43 | 0.7 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/25/2005 | 16:54 | 293 | 4.9 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/25/2005 | 19:42 | 288 | 4.8 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/8/2005 | 15:42 | 402 | 6.7 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/10/2005 | 13:54 | 376 | 6.3 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/11/2005 | 8:57 | 32 | 0.5 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/15/2005 | 15:46 | 2099 | 35.0 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/16/2005 | 12:07 | 63 | 1.1 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/26/2005 | 15:14 | 992 | 16.5 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/6/2005 | 14:41 | 136 | 2.3 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/14/2005 | 11:32 | 57 | 1.0 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/14/2005 | 17:55 | 30 | 0.5 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/14/2005 | 19:22 | 841 | 14.0 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 7:21 | 167 | 2.8 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 7:48 | 151 | 2.5 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 8:00 | 59 | 1.0 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 10:37 | 50 | 0.8 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 10:39 | 13 | 0.2 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 13:17 | 36 | 0.6 | 3342027177 | | Dave Tuten | |

# THE CONCRETE COMPANY
## DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
### RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

41

| | | | | | | |
|---|---|---|---|---|---|---|
| 17405259396 | 9/21/2005 | 12:33 | 29 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 9/24/2005 | 13:22 | 705 | 11.8 | 3342027177 | Dave Tuten |
| 17405259396 | 9/27/2005 | 9:19 | 138 | 2.3 | 3342027177 | Dave Tuten |
| 17405259396 | 9/29/2005 | 9:41 | 43 | 0.7 | 3342027177 | Dave Tuten |
| 17405259396 | 10/10/2005 | 15:37 | 972 | 16.2 | 3342027177 | Dave Tuten |
| 17405259396 | 10/11/2005 | 16:10 | 45 | 0.8 | 3342027177 | Dave Tuten |
| 17405259396 | 10/14/2005 | 10:57 | 68 | 1.1 | 3342027177 | Dave Tuten |
| 17405259396 | 10/17/2005 | 11:00 | 136 | 2.3 | 3342027177 | Dave Tuten |
| 17405259396 | 10/17/2005 | 11:51 | 40 | 0.7 | 3342027177 | Dave Tuten |
| 17405259396 | 10/18/2005 | 16:47 | 1232 | 20.5 | 3342027177 | Dave Tuten |
| 17405259396 | 10/19/2005 | 16:07 | 56 | 0.9 | 3342027177 | Dave Tuten |
| 17405259396 | 10/25/2005 | 7:00 | 32 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 10/25/2005 | 10:11 | 572 | 9.5 | 3342027177 | Dave Tuten |
| 17405259396 | 10/26/2005 | 11:10 | 592 | 9.9 | 3342027177 | Dave Tuten |
| 17405259396 | 10/26/2005 | 12:49 | 320 | 5.3 | 3342027177 | Dave Tuten |
| 17405259396 | 10/26/2005 | 15:18 | 32 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 10/27/2005 | 8:48 | 61 | 1.0 | 3342027177 | Dave Tuten |
| 17405259396 | 10/28/2005 | 16:46 | 759 | 12.7 | 3342027177 | Dave Tuten |
| 17405259396 | 11/1/2005 | 9:05 | 818 | 13.6 | 3342027177 | Dave Tuten |
| 17405259396 | 11/2/2005 | 17:03 | 631 | 10.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/7/2005 | 13:55 | 56 | 0.9 | 3342027177 | Dave Tuten |
| 17405259396 | 11/8/2005 | 14:24 | 420 | 7.0 | 3342027177 | Dave Tuten |
| 17405259396 | 11/9/2005 | 15:13 | 37 | 0.6 | 3342027177 | Dave Tuten |
| 17405259396 | 11/10/2005 | 16:50 | 28 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/11/2005 | 7:24 | 169 | 2.8 | 3342027177 | Dave Tuten |
| 17405259396 | 11/11/2005 | 11:22 | 912 | 15.2 | 3342027177 | Dave Tuten |
| 17405259396 | 11/13/2005 | 8:24 | 32 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/14/2005 | 12:39 | 30 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/16/2005 | 16:30 | 341 | 5.7 | 3342027177 | Dave Tuten |
| 17405259396 | 11/17/2005 | 8:54 | 62 | 1.0 | 3342027177 | Dave Tuten |
| 17405259396 | 11/18/2005 | 6:37 | 161 | 2.7 | 3342027177 | Dave Tuten |
| 17405259396 | 11/21/2005 | 10:15 | 27 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/21/2005 | 10:17 | 443 | 7.4 | 3342027177 | Dave Tuten |
| 17405259396 | 11/22/2005 | 8:32 | 727 | 12.1 | 3342027177 | Dave Tuten |
| 17405259396 | 11/22/2005 | 8:45 | 517 | 8.6 | 3342027177 | Dave Tuten |
| 17405259396 | 11/23/2005 | 17:07 | 343 | 5.7 | 3342027177 | Dave Tuten |
| 17405259396 | 11/26/2005 | 7:29 | 34 | 0.6 | 3342027177 | Dave Tuten |
| 17405259396 | 11/28/2005 | 8:49 | 307 | 5.1 | 3342027177 | Dave Tuten |
| 17405259396 | 11/28/2005 | 13:03 | 177 | 3.0 | 3342027177 | Dave Tuten |
| 17405259396 | 11/29/2005 | 6:46 | 49 | 0.8 | 3342027177 | Dave Tuten |
| 17405259396 | 11/30/2005 | 7:51 | 31 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/30/2005 | 8:25 | 229 | 3.8 | 3342027177 | Dave Tuten |
| 17405259396 | 11/30/2005 | 11:38 | 583 | 9.7 | 3342027177 | Dave Tuten |
| 17405259396 | 11/30/2005 | 14:31 | 52 | 0.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/1/2005 | 9:10 | 1074 | 17.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/1/2005 | 12:35 | 338 | 5.6 | 3342027177 | Dave Tuten |
| 17405259396 | 12/2/2005 | 12:58 | 176 | 2.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/5/2005 | 10:52 | 587 | 9.8 | 3342027177 | Dave Tuten |
| 17405259396 | 12/6/2005 | 10:46 | 631 | 10.5 | 3342027177 | Dave Tuten |
| 17405259396 | 12/6/2005 | 11:09 | 111 | 1.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/6/2005 | 15:05 | 118 | 2.0 | 3342027177 | Dave Tuten |
| 17405259396 | 12/7/2005 | 11:57 | 34 | 0.6 | 3342027177 | Dave Tuten |
| 17405259396 | 12/8/2005 | 11:38 | 31 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 12/8/2005 | 15:11 | 235 | 3.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/11/2005 | 12:53 | 93 | 1.6 | 3342027177 | Dave Tuten |
| 17405259396 | 12/11/2005 | 12:55 | 30 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 12/11/2005 | 13:05 | 26 | 0.4 | 3342027177 | Dave Tuten |
| 17405259396 | 12/12/2005 | 14:58 | 296 | 4.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/13/2005 | 6:52 | 1005 | 16.8 | 3342027177 | Dave Tuten |
| 17405259396 | 12/13/2005 | 7:25 | 65 | 1.1 | 3342027177 | Dave Tuten |
| 17405259396 | 12/13/2005 | 13:14 | 605 | 10.1 | 3342027177 | Dave Tuten |
| 17405259396 | 12/14/2005 | 16:22 | 32 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 12/14/2005 | 16:54 | 49 | 0.8 | 3342027177 | Dave Tuten |
| 17405259396 | 12/15/2005 | 7:02 | 357 | 6.0 | 3342027177 | Dave Tuten |
| 17405259396 | 12/15/2005 | 16:12 | 38 | 0.6 | 3342027177 | Dave Tuten |
| 17405259396 | 12/15/2005 | 16:51 | 421 | 7.0 | 3342027177 | Dave Tuten |
| 17405259396 | 12/20/2005 | 15:53 | 32 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 12/20/2005 | 16:08 | 9 | 0.2 | 3342027177 | Dave Tuten |

THE CONCRETE COMPANY
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

42

| Number | Date | Time | Duration | Min | From | Extra | Contact |
|---|---|---|---|---|---|---|---|
| 17405259396 | 12/20/2005 | 16:09 | 55 | 0.9 | 3342027177 | | Dave Tuten |
| 17405259396 | 12/21/2005 | 10:20 | 291 | 4.9 | 3342027177 | | Dave Tuten |
| 17405259396 | 12/21/2005 | 13:02 | 742 | 12.4 | 3342027177 | | Dave Tuten |
| 17405259396 | 12/26/2005 | 12:07 | 355 | 5.9 | 3342027177 | | Dave Tuten |
| 17405259396 | 12/27/2005 | 15:19 | 1153 | 19.2 | 3342027177 | | Dave Tuten |
| 17405259396 | 12/28/2005 | 12:29 | 39 | 0.7 | 3342027177 | | Dave Tuten |
| 17405259396 | 12/28/2005 | 12:34 | 77 | 1.3 | 3342027177 | | Dave Tuten |
| 17405259396 | 12/31/2005 | 9:13 | 1209 | 20.2 | 3342027177 | 99 | Dave Tuten |
| | | | | | | | |
| 17405680797 | 7/12/2005 | 10:31 | 16 | 0.3 | 3342027177 | | Dave Tuten |
| 17405680797 | 9/14/2005 | 17:56 | 19 | 0.3 | 3342027177 | | Dave Tuten |
| 17405680797 | 9/21/2005 | 12:32 | 27 | 0.5 | 3342027177 | | Dave Tuten |
| 17405680797 | 9/29/2005 | 12:17 | 194 | 3.2 | 3342027177 | | Dave Tuten |
| 17405680797 | 10/17/2005 | 11:00 | 28 | 0.5 | 3342027177 | | Dave Tuten |
| 17405680797 | 10/18/2005 | 16:46 | 20 | 0.3 | 3342027177 | | Dave Tuten |
| 17405680797 | 10/26/2005 | 12:48 | 25 | 0.4 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/2/2005 | 13:56 | 576 | 9.6 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/3/2005 | 18:02 | 849 | 14.2 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/3/2005 | 18:16 | 21 | 0.4 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/4/2005 | 7:14 | 1057 | 17.6 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/13/2005 | 8:25 | 389 | 6.5 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/16/2005 | 16:29 | 20 | 0.3 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/21/2005 | 10:16 | 3 | 0.1 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/21/2005 | 10:17 | 26 | 0.4 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/26/2005 | 7:30 | 467 | 7.8 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/27/2005 | 9:09 | 1167 | 19.5 | 3342027177 | | Dave Tuten |
| 17405680797 | 11/27/2005 | 11:31 | 609 | 10.2 | 3342027177 | | Dave Tuten |
| 17405680797 | 12/20/2005 | 15:54 | 460 | 7.7 | 3342027177 | | Dave Tuten |
| 17405680797 | 12/20/2005 | 16:07 | 54 | 0.9 | 3342027177 | 20 | Dave Tuten |
| | | | | | | | |
| 17409848652 | 7/26/2005 | 12:28 | 492 | 8.2 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/3/2005 | 9:49 | 30 | 0.5 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/3/2005 | 10:16 | 32 | 0.5 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/3/2005 | 10:54 | 28 | 0.5 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/3/2005 | 14:09 | 80 | 1.3 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/3/2005 | 14:33 | 34 | 0.6 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/4/2005 | 6:35 | 27 | 0.5 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/4/2005 | 9:22 | 50 | 0.8 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/8/2005 | 6:56 | 3 | 0.1 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/8/2005 | 6:57 | 26 | 0.4 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/8/2005 | 8:06 | 46 | 0.8 | 3342027177 | | Globe Metallurgical |
| 17409848652 | 8/8/2005 | 14:08 | 28 | 0.5 | 3342027177 | 12 | Globe Metallurgical |
| | | | | | | | |
| 17706221399 | 11/16/2005 | 12:23 | 121 | 2.0 | 3342027177 | | Marietta Martin Aggregates |
| | | | | | | | |
| 19169219000 | 12/27/2005 | 11:23 | 279 | 4.7 | 3342027177 | | Rock Systems Inc |