| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 17409848652 | 7/26/2005 12:28 | 492 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/26/2005 12:52 | 513 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 7/26/2005 13:21 | 46 | 3342157565 |
| Dothan | 3342027177 | 13343184300 | 7/26/2005 13:22 | 70 | 3342027177 |
| Dothan | 3342027177 | 3342157565 | 7/26/2005 13:25 | 26 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 7/26/2005 13:43 | 27 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 7/26/2005 13:50 | 33 | 3343133036 |
| Dothan | 3342027177 | 3343133036 | 7/26/2005 13:59 | 65 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 7/26/2005 13:59 | 30 | 3343184300 |
| Dothan | 3342027177 | 3342027177 | 7/26/2005 14:03 | 5 | 3343184300 |
| Dothan | 3342027177 | 3343133036 | 7/26/2005 14:03 | 2 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 7/26/2005 14:05 | 88 | 3343184300 |
| Dothan | 3342027177 | *86 | 7/26/2005 14:07 | 36 | 3342027177 |
| Dothan | 3342027177 | *86 | 7/26/2005 14:07 | 36 | 3342027177 |
| Dothan | 3342027177 | 13346575733 | 7/26/2005 14:09 | 219 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/26/2005 14:12 | 106 | 3343133036 |
| Dothan | 3342027177 | 8564276 | 7/26/2005 14:14 | 2 | 3342027177 |
| Dothan | 3342027177 | 8504276 | 7/26/2005 14:15 | 244 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 7/26/2005 14:56 | 338 | 3343184300 |
| Dothan | 3342027177 | *86 | 7/26/2005 15:51 | 184 | 3342027177 |
| Dothan | 3342027177 | *86 | 7/26/2005 15:51 | 184 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 7/27/2005 5:12 | 189 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 6:01 | 41 | 3342900444 |
| Dothan | 3342027177 | 13348742011 | 7/27/2005 6:53 | 31 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 7:09 | 239 | 3342900444 |
| Dothan | 3342027177 | 3342027177 | 7/27/2005 7:38 | 47 | 3343184300 |
| Dothan | 3342027177 | 3342027177 | 7/27/2005 7:39 | 29 | 3343184300 |
| Dothan | 3342027177 | 13342900444 | 7/27/2005 8:01 | 47 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 7/27/2005 8:02 | 38 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 8:19 | 191 | 3342901454 |
| Dothan | 3342027177 | 13348742011 | 7/27/2005 8:32 | 77 | 3342027177 |
| Dothan | 3342027177 | 13348501858 | 7/27/2005 8:46 | 241 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 9:49 | 33 | 3342796048 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 9:56 | 143 | 3344304977 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 9:59 | 15 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 10:16 | 807 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 11:47 | 31 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 12:47 | 15 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 7/27/2005 13:09 | 257 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 7/27/2005 13:42 | 150 | 3342027177 |
| Dothan | 3342027177 | 16065496289 | 7/27/2005 14:23 | 36 | 3342027177 |
| Dothan | 3342027177 | 13347417444 | 7/27/2005 14:25 | 56 | 3342027177 |
| Dothan | 3342027177 | 13348501858 | 7/27/2005 14:35 | 73 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 7/27/2005 14:37 | 166 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 7/27/2005 14:40 | 22 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 7/27/2005 14:41 | 23 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 14:41 | 5 | 3348501858 |
| Dothan | 3342027177 | 13342155000 | 7/27/2005 14:41 | 18 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 7/27/2005 14:43 | 59 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 7/27/2005 14:45 | 139 | 3342027177 |

AD6272   Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06   (334) 202-7177

Case 2:05-cv-01026-CSC    Document 101-5    Filed 02/23/2007    Page 2 of 10

Page 10 of 162

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 7/27/2005 14:45 | 4 | 3348501858 |
| Dothan | 3342027177 | 13348501858 | 7/27/2005 14:59 | 3 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 15:01 | 237 | 3348501858 |
| Dothan | 3342027177 | 13342155000 | 7/27/2005 15:05 | 109 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 15:20 | 131 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 15:47 | 103 | 3342900444 |
| Dothan | 3342027177 | 3342027177 | 7/27/2005 16:02 | 173 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 16:21 | 66 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 7/27/2005 16:50 | 35 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/27/2005 16:50 | 113 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 6:08 | 68 | 3343184300 |
| Dothan | 3342027177 | 13348501858 | 7/28/2005 7:05 | 94 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 7:41 | 76 | 3347418958 |
| Dothan | 3342027177 | *86 | 7/28/2005 8:01 | 14 | 3342027177 |
| Dothan | 3342027177 | *86 | 7/28/2005 8:01 | 14 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 8:15 | 293 | 3348501858 |
| Dothan | 3342027177 | 13342900444 | 7/28/2005 8:21 | 209 | 3342027177 |
| Dothan | 3342027177 | 13348501858 | 7/28/2005 8:30 | 46 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 8:31 | 96 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 8:33 | 155 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 8:35 | 403 | 3348501858 |
| Dothan | 3342027177 | 13342900444 | 7/28/2005 8:43 | 284 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 7/28/2005 9:07 | 131 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 7/28/2005 9:12 | 38 | 3342027177 |
| Dothan | 3342027177 | 13342630256 | 7/28/2005 9:13 | 191 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 7/28/2005 9:16 | 150 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 9:33 | 5 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 9:35 | 5 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 9:37 | 6 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 9:50 | 6 | 3342900444 |
| Dothan | 3342027177 | *86 | 7/28/2005 10:05 | 13 | 3342027177 |
| Dothan | 3342027177 | *86 | 7/28/2005 10:05 | 13 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 10:22 | 6 | 3348501858 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 10:23 | 3 | 3342626642 |
| Dothan | 3342027177 | 13342900444 | 7/28/2005 10:40 | 168 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 7/28/2005 10:43 | 34 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 7/28/2005 10:44 | 178 | 3343181265 |
| Dothan | 3342027177 | 13343181265 | 7/28/2005 10:47 | 43 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 10:50 | 159 | 3348501858 |
| Dothan | 3342027177 | 13348501858 | 7/28/2005 10:54 | 36 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 7/28/2005 10:55 | 121 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 11:01 | 104 | 3348501858 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 12:43 | 257 | 3348501858 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 13:45 | 199 | 3343913459 |
| Dothan | 3342027177 | 13342155000 | 7/28/2005 13:54 | 39 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 7/28/2005 14:22 | 76 | 3342027177 |
| Dothan | 3342027177 | 13348501858 | 7/28/2005 14:28 | 42 | 3342027177 |
| Dothan | 3342027177 | 13348501858 | 7/28/2005 14:29 | 519 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 7/28/2005 14:41 | 47 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 7/28/2005 14:45 | 615 | 3342027177 |

Page 11 of 162

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 7/28/2005 15:03 | 470 | 8656730559 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 15:22 | 53 | 3348501858 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 15:24 | 278 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 15:34 | 37 | 8658033039 |
| Dothan | 3342027177 | 3342027177 | 7/28/2005 15:35 | 130 | 8658033039 |
| Dothan | 3342027177 | *86 | 7/28/2005 15:40 | 49 | 3342027177 |
| Dothan | 3342027177 | *86 | 7/28/2005 15:40 | 49 | 3342027177 |
| Dothan | 3342027177 | 8658033039 | 7/28/2005 15:41 | 213 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 7/28/2005 15:57 | 90 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 15:57 | 93 | 3349937077 |
| Dothan | 3342027177 | 3342027177 | 7/28/2005 15:58 | 28 | 3343181265 |
| Dothan | 3342027177 | 13343181265 | 7/28/2005 15:59 | 109 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 7/28/2005 17:09 | 749 | 3342027177 |
| Dothan | 3342027177 | 13348501858 | 7/28/2005 17:32 | 293 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 7/28/2005 18:45 | 63 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 19:12 | 54 | 3348501858 |
| Dothan | 3342027177 | 13342900444 | 7/28/2005 19:19 | 42 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 19:49 | 24 | 3348501858 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 19:56 | 26 | 3348501858 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 20:59 | 33 | 3342802483 |
| Dothan | 3342027177 | 2027177 | 7/28/2005 21:01 | 32 | 3342802483 |
| Dothan | 3342027177 | *86 | 7/29/2005 5:04 | 72 | 3342027177 |
| Dothan | 3342027177 | *86 | 7/29/2005 5:04 | 72 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 7/29/2005 6:12 | 58 | 3343184300 |
| Dothan | 3342027177 | 3342027177 | 7/29/2005 6:29 | 52 | 3343184300 |
| Dothan | 3342027177 | 3342027177 | 7/29/2005 6:39 | 34 | 3343184300 |
| Dothan | 3342027177 | 3342027177 | 7/29/2005 7:00 | 34 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 7/29/2005 8:37 | 67 | 2292421724 |
| Dothan | 3342027177 | 2027177 | 7/29/2005 9:18 | 37 | 3342626642 |
| Dothan | 3342027177 | 2027177 | 7/29/2005 9:24 | 31 | 2292421724 |
| Dothan | 3342027177 | *86 | 7/29/2005 10:22 | 143 | 3342027177 |
| Dothan | 3342027177 | *86 | 7/29/2005 10:22 | 143 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/29/2005 10:22 | 529 | 2292421724 |
| Dothan | 3342027177 | *86 | 7/29/2005 10:31 | 78 | 3342027177 |
| Dothan | 3342027177 | *86 | 7/29/2005 10:31 | 78 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 7/29/2005 10:33 | 1208 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/29/2005 10:35 | 30 | 3343031844 |
| Dothan | 3342027177 | 13343031844 | 7/29/2005 10:53 | 152 | 3342027177 |
| Dothan | 3342027177 | 13346575372 | 7/29/2005 10:56 | 105 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 7/29/2005 11:23 | 126 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/29/2005 11:46 | 23 | 3342626642 |
| Dothan | 3342027177 | 2027177 | 7/29/2005 13:24 | 105 | 4233366965 |
| Dothan | 3342027177 | 2027177 | 7/29/2005 14:34 | 134 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 7/29/2005 16:01 | 72 | 3342626642 |
| Dothan | 3342027177 | 2027177 | 7/30/2005 5:27 | 186 | 3342023983 |
| Dothan | 3342027177 | 13343031844 | 7/30/2005 10:03 | 39 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/30/2005 10:25 | 123 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 7/30/2005 12:48 | 77 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 7/30/2005 14:14 | 34 | 3343181222 |
| Dothan | 3342027177 | 13343181222 | 7/30/2005 15:34 | 6 | 3342027177 |

AD6272    Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06    (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13342900444 | 7/30/2005 15:34 | 54 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 7/31/2005 7:10 | 30 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 7/31/2005 7:20 | 31 | 3343031844 |
| Dothan | 3342027177 | *86 | 7/31/2005 11:58 | 15 | 3342027177 |
| Dothan | 3342027177 | *86 | 7/31/2005 11:58 | 15 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 7/31/2005 13:06 | 53 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 7/31/2005 15:33 | 7 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 7/31/2005 15:34 | 131 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 7/31/2005 15:38 | 9 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 8/1/2005 6:24 | 55 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/1/2005 6:31 | 34 | 3342027177 |
| Dothan | 3342027177 | 13348501858 | 8/1/2005 6:32 | 38 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 6:34 | 266 | 3348501858 |
| Dothan | 3342027177 | 13348501858 | 8/1/2005 6:40 | 35 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 6:51 | 241 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/1/2005 6:59 | 54 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 7:01 | 33 | 3342023983 |
| Dothan | 3342027177 | 13342900444 | 8/1/2005 7:20 | 50 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 7:25 | 88 | 3342900440 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 7:27 | 31 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 7:55 | 366 | 3342900440 |
| Dothan | 3342027177 | 13343181648 | 8/1/2005 8:24 | 20 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/1/2005 8:26 | 35 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/1/2005 8:40 | 65 | 3342027177 |
| Dothan | 3342027177 | 13342775300 | 8/1/2005 8:46 | 93 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 8:53 | 64 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 8:54 | 43 | 7706385622 |
| Dothan | 3342027177 | 13342630256 | 8/1/2005 8:55 | 65 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/1/2005 8:57 | 115 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/1/2005 8:59 | 59 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/1/2005 9:02 | 34 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/1/2005 10:42 | 44 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 8/1/2005 10:43 | 638 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 10:54 | 264 | 3347417444 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 10:58 | 138 | 3343181222 |
| Dothan | 3342027177 | 13343181265 | 8/1/2005 11:07 | 214 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 11:12 | 102 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 11:18 | 55 | 2293001770 |
| Dothan | 3342027177 | 13342023983 | 8/1/2005 11:19 | 22 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/1/2005 11:20 | 48 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 11:27 | 46 | 3342023983 |
| Dothan | 3342027177 | 3342027177 | 8/1/2005 11:28 | 33 | 3344517329 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 12:05 | 281 | 3343181222 |
| Dothan | 3342027177 | 13343181222 | 8/1/2005 12:24 | 33 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/1/2005 12:49 | 29 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/1/2005 13:03 | 31 | 3342027177 |
| Dothan | 3342027177 | 13342775300 | 8/1/2005 14:52 | 111 | 3342027177 |
| Dothan | 3342027177 | 13342775300 | 8/1/2005 15:05 | 318 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/1/2005 15:11 | 668 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 8/1/2005 15:24 | 363 | 3342027177 |

AD6272      Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06      (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13343181265 | 8/1/2005 15:30 | 107 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 16:05 | 95 | 3342023645 |
| Dothan | 3342027177 | 3342027177 | 8/1/2005 16:05 | 55 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 16:11 | 43 | 3342023645 |
| Dothan | 3342027177 | 13342775300 | 8/1/2005 16:12 | 59 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 8/1/2005 16:14 | 213 | 3342027177 |
| Dothan | 3342027177 | 13342027177 | 8/1/2005 16:53 | 582 | 2059364777 |
| Dothan | 3342027177 | 2027177 | 8/1/2005 17:45 | 153 | 3343181265 |
| Dothan | 3342027177 | 3342027177 | 8/1/2005 18:39 | 31 | 7405259396 |
| Dothan | 3342027177 | 3342027177 | 8/1/2005 20:09 | 31 | 7405259396 |
| Dothan | 3342027177 | 13343181265 | 8/2/2005 6:28 | 37 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 8/2/2005 7:09 | 1265 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 8/2/2005 7:32 | 233 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 7:48 | 104 | 3342023645 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 8:01 | 91 | 3342900444 |
| Dothan | 3342027177 | 18656738000 | 8/2/2005 8:11 | 190 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 8:14 | 21 | 2292421724 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 8:15 | 9 | 2292421724 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 8:16 | 78 | 2292421724 |
| Dothan | 3342027177 | 18658033039 | 8/2/2005 8:16 | 94 | 3342027177 |
| Dothan | 3342027177 | 18658033039 | 8/2/2005 8:18 | 49 | 3342027177 |
| Dothan | 3342027177 | 18002355635 | 8/2/2005 8:20 | 810 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 8:51 | 85 | 3342900444 |
| Dothan | 3342027177 | 13342023645 | 8/2/2005 9:57 | 31 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/2/2005 9:58 | 34 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 9:59 | 319 | 3342023983 |
| Dothan | 3342027177 | 18002355635 | 8/2/2005 10:07 | 499 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 8/2/2005 10:16 | 510 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/2/2005 10:28 | 88 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 10:57 | 412 | 3308212815 |
| Dothan | 3342027177 | 3342027177 | 8/2/2005 11:03 | 83 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 11:04 | 343 | 3308212815 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 11:07 | 63 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 11:08 | 74 | 2056553883 |
| Dothan | 3342027177 | 2056553883 | 8/2/2005 11:10 | 1273 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/2/2005 11:33 | 97 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 11:35 | 241 | 8658033039 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 12:54 | 237 | 3343181222 |
| Dothan | 3342027177 | 13343181265 | 8/2/2005 12:58 | 87 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 13:20 | 317 | 2292421724 |
| Dothan | 3342027177 | 13343181648 | 8/2/2005 13:26 | 88 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 13:32 | 194 | 3342023983 |
| Dothan | 3342027177 | 3342027177 | 8/2/2005 13:35 | 104 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 14:25 | 286 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 14:25 | 158 | 2292421724 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 14:29 | 631 | 7405259396 |
| Dothan | 3342027177 | 13343184300 | 8/2/2005 14:41 | 203 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/2/2005 14:56 | 132 | 8658033039 |
| Dothan | 3342027177 | 13342023983 | 8/2/2005 15:16 | 31 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 8/2/2005 15:17 | 38 | 3342027177 |

AD6272    Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06    (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13343181648 | 8/2/2005 15:35 | 53 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 16:58 | 39 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 17:27 | 12 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 17:28 | 5 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 8/2/2005 17:38 | 1920 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 17:47 | 53 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/2/2005 18:45 | 192 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/3/2005 6:15 | 64 | 3343181265 |
| Dothan | 3342027177 | 13343181265 | 8/3/2005 6:16 | 32 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/3/2005 6:17 | 286 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/3/2005 6:30 | 134 | 3348501858 |
| Dothan | 3342027177 | 13348501858 | 8/3/2005 7:19 | 3 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/3/2005 7:41 | 54 | 3343184300 |
| Dothan | 3342027177 | 3342027177 | 8/3/2005 8:01 | 64 | 3343184300 |
| Dothan | 3342027177 | 13342630256 | 8/3/2005 8:16 | 64 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/3/2005 8:16 | 112 | 3343181265 |
| Dothan | 3342027177 | 13342630256 | 8/3/2005 8:18 | 154 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/3/2005 8:21 | 44 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/3/2005 8:22 | 2 | 3342027177 |
| Dothan | 3342027177 | 13342630256 | 8/3/2005 8:22 | 474 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/3/2005 8:30 | 180 | 3342900444 |
| Dothan | 3342027177 | 13343181265 | 8/3/2005 8:34 | 283 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/3/2005 8:39 | 33 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/3/2005 9:06 | 35 | 3342900444 |
| Dothan | 3342027177 | 13343181265 | 8/3/2005 9:33 | 37 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 8/3/2005 9:45 | 179 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/3/2005 9:48 | 29 | 3342027177 |
| Dothan | 3342027177 | 17409848652 | 8/3/2005 9:49 | 30 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 8/3/2005 10:06 | 29 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/3/2005 10:15 | 30 | 3342027177 |
| Dothan | 3342027177 | 17409848652 | 8/3/2005 10:16 | 32 | 3342027177 |
| Dothan | 3342027177 | 17409848652 | 8/3/2005 10:54 | 28 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/3/2005 10:57 | 32 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/3/2005 11:24 | 807 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/3/2005 11:29 | 36 | 3343181265 |
| Dothan | 3342027177 | 3342027177 | 8/3/2005 12:23 | 124 | 3343184300 |
| Dothan | 3342027177 | 13343181648 | 8/3/2005 13:06 | 78 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/3/2005 13:08 | 19 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 8/3/2005 13:46 | 39 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 8/3/2005 13:47 | 298 | 3342027177 |
| Dothan | 3342027177 | 18658033039 | 8/3/2005 13:53 | 386 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/3/2005 14:06 | 164 | 3342027177 |
| Dothan | 3342027177 | 17409848652 | 8/3/2005 14:09 | 80 | 3342027177 |
| Dothan | 3342027177 | 17409848652 | 8/3/2005 14:33 | 34 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/3/2005 14:35 | 39 | 3342027177 |
| Dothan | 3342027177 | 2709856 | 8/3/2005 14:39 | 115 | 3342027177 |
| Dothan | 3342027177 | 2709856 | 8/3/2005 14:49 | 21 | 3342027177 |
| Dothan | 3342027177 | 12292516127 | 8/3/2005 14:54 | 256 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/3/2005 15:21 | 183 | 3343181648 |
| Dothan | 3342027177 | 13343121329 | 8/3/2005 15:25 | 9 | 3342027177 |

AD6272    Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06    (334) 202-7177

Page 15 of 162

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13342621661 | 8/3/2005 15:26 | 109 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/3/2005 15:27 | 120 | 3349937077 |
| Dothan | 3342027177 | 2027177 | 8/3/2005 15:38 | 140 | 3348501858 |
| Dothan | 3342027177 | 3342027177 | 8/3/2005 16:25 | 63 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/3/2005 16:35 | 200 | 3342023983 |
| Dothan | 3342027177 | 12058417383 | 8/3/2005 16:48 | 469 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/3/2005 16:57 | 91 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/3/2005 18:40 | 22 | 7706064052 |
| Dothan | 3342027177 | 3342027177 | 8/4/2005 5:58 | 109 | 3343184300 |
| Dothan | 3342027177 | 17409848652 | 8/4/2005 6:35 | 27 | 3342027177 |
| Dothan | 3342027177 | 17409848652 | 8/4/2005 9:22 | 50 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/4/2005 9:31 | 33 | 3344517329 |
| Dothan | 3342027177 | 3342027177 | 8/4/2005 10:06 | 156 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 10:13 | 68 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 12:10 | 142 | 3342901454 |
| Dothan | 3342027177 | 13342901454 | 8/4/2005 12:22 | 17 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/4/2005 12:22 | 34 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 12:24 | 746 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 13:03 | 21 | 3345461952 |
| Dothan | 3342027177 | 13345461952 | 8/4/2005 13:04 | 352 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 13:47 | 70 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 14:09 | 95 | 3342900444 |
| Dothan | 3342027177 | 13342630256 | 8/4/2005 14:11 | 371 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 14:21 | 96 | 3342631175 |
| Dothan | 3342027177 | 18002394608 | 8/4/2005 14:23 | 216 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 14:27 | 162 | 8658033039 |
| Dothan | 3342027177 | 13342900444 | 8/4/2005 14:31 | 36 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/4/2005 14:32 | 58 | 3342027177 |
| Dothan | 3342027177 | 13348501858 | 8/4/2005 14:33 | 40 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 8/4/2005 14:34 | 27 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 8/4/2005 14:34 | 319 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 8/4/2005 15:02 | 135 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 15:05 | 154 | 3343181265 |
| Dothan | 3342027177 | 13343181222 | 8/4/2005 15:08 | 5 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/4/2005 15:08 | 25 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 15:09 | 63 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 15:34 | 177 | 3342151752 |
| Dothan | 3342027177 | 13343181265 | 8/4/2005 15:38 | 184 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/4/2005 15:44 | 186 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/4/2005 15:59 | 837 | 3343184300 |
| Dothan | 3342027177 | 13343181265 | 8/4/2005 16:15 | 249 | 3342027177 |
| Dothan | 3342027177 | 13342694351 | 8/4/2005 16:30 | 16 | 3342027177 |
| Dothan | 3342027177 | 13342694351 | 8/4/2005 16:31 | 154 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/4/2005 16:37 | 33 | 3342027177 |
| Dothan | 3342027177 | 13348501858 | 8/4/2005 16:38 | 27 | 3342027177 |
| Dothan | 3342027177 | 13342630256 | 8/4/2005 16:42 | 53 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/4/2005 19:21 | 613 | 8658033039 |
| Baton_Rouge | 3342027177 | 13342023983 | 8/5/2005 7:40 | 33 | 3342027177 |
| Baton_Rouge | 3342027177 | 3342027177 | 8/5/2005 7:43 | 159 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 7:43 | 166 | 3342023983 |

AD6272         Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06         (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Baton_Rouge | 3342027177 | 13343181265 | 8/5/2005 7:46 | 249 | 3342027177 |
| Baton_Rouge | 3342027177 | 13342155000 | 8/5/2005 7:51 | 60 | 3342027177 |
| Baton_Rouge | 3342027177 | 13342900444 | 8/5/2005 7:53 | 401 | 3342027177 |
| Baton_Rouge | 3342027177 | 13342900444 | 8/5/2005 8:11 | 50 | 3342027177 |
| Baton_Rouge | 3342027177 | 13343181265 | 8/5/2005 9:06 | 175 | 3342027177 |
| Baton_Rouge | 3342027177 | 12058417383 | 8/5/2005 9:10 | 1276 | 3342027177 |
| Baton_Rouge | 3342027177 | 3342027177 | 8/5/2005 9:19 | 33 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 9:19 | 34 | 3342900444 |
| Baton_Rouge | 3342027177 | 13342900444 | 8/5/2005 9:32 | 325 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 9:57 | 95 | 3342900444 |
| Dothan | 3342027177 | 3342027177 | 8/5/2005 9:58 | 101 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 10:20 | 341 | 8658033039 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 10:43 | 196 | 3342900444 |
| Dothan | 3342027177 | 3342027177 | 8/5/2005 11:06 | 24 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 11:19 | 288 | 6063446588 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 11:24 | 68 | 3348501858 |
| Dothan | 3342027177 | 13348501858 | 8/5/2005 11:40 | 86 | 3342027177 |
| Dothan | 3342027177 | 8658033039 | 8/5/2005 11:52 | 39 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/5/2005 11:55 | 32 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 8/5/2005 11:56 | 137 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 11:58 | 46 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 12:13 | 47 | 3348501858 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 12:15 | 60 | 2514541612 |
| Dothan | 3342027177 | 411 | 8/5/2005 13:57 | 73 | 3342027177 |
| Dothan | 3342027177 | 3342709856 | 8/5/2005 13:59 | 104 | 3342027177 |
| Dothan | 3342027177 | 2709856 | 8/5/2005 14:07 | 72 | 3342027177 |
| Dothan | 3342027177 | 2709856 | 8/5/2005 14:14 | 51 | 3342027177 |
| Dothan | 3342027177 | 18002478102 | 8/5/2005 15:30 | 386 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 15:50 | 713 | 3342023983 |
| Dothan | 3342027177 | 3342027177 | 8/5/2005 16:01 | 1137 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 16:29 | 229 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/5/2005 16:45 | 78 | 2058417383 |
| Dothan | 3342027177 | 12058417383 | 8/5/2005 17:32 | 28 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/5/2005 17:34 | 132 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/5/2005 17:34 | 132 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/6/2005 6:20 | 547 | 3342027177 |
| Dothan | 3342027177 | 2709856 | 8/6/2005 8:32 | 170 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/6/2005 8:35 | 261 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/6/2005 8:40 | 289 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/6/2005 8:46 | 104 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/6/2005 11:26 | 107 | 3343184300 |
| Dothan | 3342027177 | 13343184300 | 8/6/2005 12:15 | 37 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/7/2005 14:21 | 23 | 2292421724 |
| Dothan | 3342027177 | 2292421724 | 8/7/2005 14:22 | 14 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/8/2005 5:56 | 35 | 3344517329 |
| Dothan | 3342027177 | 13342900444 | 8/8/2005 6:29 | 33 | 3342027177 |
| Dothan | 3342027177 | 13346575372 | 8/8/2005 6:33 | 65 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 6:38 | 235 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 6:40 | 568 | 3343659830 |
| Dothan | 3342027177 | 13343184300 | 8/8/2005 6:51 | 325 | 3342027177 |

AD6272    Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06    (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 17409848652 | 8/8/2005 6:56 | 3 | 3342027177 |
| Dothan | 3342027177 | 17409848652 | 8/8/2005 6:57 | 26 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/8/2005 6:57 | 30 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 6:59 | 63 | 3342023645 |
| Dothan | 3342027177 | 13342023983 | 8/8/2005 7:23 | 28 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 8/8/2005 7:23 | 38 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/8/2005 7:30 | 24 | 3343184300 |
| Dothan | 3342027177 | 13343184300 | 8/8/2005 7:31 | 53 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/8/2005 8:05 | 40 | 3342027177 |
| Dothan | 3342027177 | 17409848652 | 8/8/2005 8:06 | 46 | 3342027177 |
| Dothan | 3342027177 | 2622682 | 8/8/2005 8:25 | 1355 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 8:37 | 28 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 8/8/2005 8:52 | 92 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 9:49 | 77 | 2058417383 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 10:14 | 49 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 10:50 | 91 | 0 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 10:52 | 90 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 8/8/2005 11:02 | 135 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 8/8/2005 11:11 | 145 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/8/2005 11:23 | 70 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 11:28 | 28 | 3342900444 |
| Dothan | 3342027177 | 13348742011 | 8/8/2005 11:30 | 51 | 3342027177 |
| Dothan | 3342027177 | 13342157560 | 8/8/2005 11:44 | 41 | 3342027177 |
| Dothan | 3342027177 | 12292516127 | 8/8/2005 11:46 | 205 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/8/2005 13:54 | 30 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 13:58 | 315 | 3342023983 |
| Dothan | 3342027177 | 13346575372 | 8/8/2005 14:03 | 67 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 14:04 | 19 | 3346575372 |
| Dothan | 3342027177 | 13346575372 | 8/8/2005 14:04 | 3 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/8/2005 14:07 | 66 | 3342027177 |
| Dothan | 3342027177 | 17409848652 | 8/8/2005 14:08 | 28 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 14:10 | 252 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 14:15 | 97 | 3348501858 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 14:18 | 32 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 14:19 | 25 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 8/8/2005 14:22 | 242 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 15:11 | 1719 | 2058417383 |
| Dothan | 3342027177 | 3342027177 | 8/8/2005 15:29 | 215 | 7405259396 |
| Dothan | 3342027177 | 17405259396 | 8/8/2005 15:42 | 402 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 16:35 | 70 | 2292421724 |
| Dothan | 3342027177 | 3342027177 | 8/8/2005 17:12 | 116 | 3343181648 |
| Dothan | 3342027177 | 13342900444 | 8/8/2005 17:23 | 295 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/8/2005 17:28 | 187 | 3343181265 |
| Dothan | 3342027177 | *86 | 8/8/2005 17:42 | 70 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/8/2005 17:42 | 70 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/9/2005 6:26 | 29 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/9/2005 8:21 | 596 | 3308212815 |
| Dothan | 3342027177 | 13343181265 | 8/9/2005 8:42 | 157 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/9/2005 8:45 | 20 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/9/2005 8:45 | 20 | 3342027177 |

AD6272        Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06        (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 8/9/2005 9:49 | 173 | 3343181265 |
| Dothan | 3342027177 | 13308219900 | 8/9/2005 9:52 | 547 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 8/9/2005 10:01 | 58 | 3342027177 |
| Dothan | 3342027177 | 18658033039 | 8/9/2005 10:03 | 373 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/9/2005 10:19 | 78 | 3342900444 |
| Dothan | 3342027177 | 13342023645 | 8/9/2005 11:47 | 33 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/9/2005 11:48 | 45 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/9/2005 13:06 | 140 | 3343181222 |
| Dothan | 3342027177 | 13342023983 | 8/9/2005 13:28 | 47 | 3342027177 |
| Dothan | 3342027177 | 13343390274 | 8/9/2005 13:30 | 23 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/9/2005 14:43 | 620 | 0 |
| Dothan | 3342027177 | 18656738000 | 8/9/2005 14:54 | 23 | 3342027177 |
| Dothan | 3342027177 | 18658033039 | 8/9/2005 14:54 | 51 | 3342027177 |
| Dothan | 3342027177 | 12292516127 | 8/9/2005 15:27 | 38 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/9/2005 15:37 | 48 | 2292516127 |
| Dothan | 3342027177 | 13343184300 | 8/9/2005 15:38 | 56 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/9/2005 15:39 | 40 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/9/2005 15:41 | 136 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/9/2005 15:59 | 75 | 3342023983 |
| Dothan | 3342027177 | 13342900444 | 8/9/2005 16:10 | 228 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/9/2005 16:15 | 28 | 3342900444 |
| Dothan | 3342027177 | 13343181265 | 8/9/2005 16:22 | 54 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/9/2005 16:26 | 285 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/9/2005 16:39 | 49 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 8/9/2005 16:42 | 816 | 3342900440 |
| Dothan | 3342027177 | 2027177 | 8/9/2005 18:23 | 153 | 7405259396 |
| Dothan | 3342027177 | 3342027177 | 8/10/2005 6:47 | 29 | 3343184300 |
| Dothan | 3342027177 | 13343184300 | 8/10/2005 6:47 | 140 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/10/2005 6:54 | 169 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/10/2005 8:32 | 50 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 8/10/2005 8:33 | 28 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 8:33 | 51 | 3342901454 |
| Dothan | 3342027177 | 18658033039 | 8/10/2005 8:36 | 70 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/10/2005 9:24 | 88 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/10/2005 9:26 | 377 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 9:33 | 27 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 9:34 | 7 | 3342151752 |
| Dothan | 3342027177 | 13342155000 | 8/10/2005 9:34 | 99 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 9:34 | 6 | 3342150748 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 9:34 | 5 | 3342158929 |
| Dothan | 3342027177 | 13343181265 | 8/10/2005 9:36 | 77 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/10/2005 9:37 | 32 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 9:38 | 90 | 3342900444 |
| Dothan | 3342027177 | 13343181265 | 8/10/2005 9:50 | 129 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/10/2005 11:24 | 29 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/10/2005 12:27 | 151 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/10/2005 12:30 | 28 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/10/2005 12:32 | 34 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/10/2005 12:33 | 16 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 8/10/2005 12:34 | 33 | 3342027177 |

AD6272    Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06    (334) 202-7177