Page 19 of 162

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 411 | 8/10/2005 12:34 | 46 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 12:37 | 97 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 13:00 | 177 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 13:08 | 67 | 3342023983 |
| Dothan | 3342027177 | 13348742011 | 8/10/2005 13:10 | 47 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 8/10/2005 13:12 | 116 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/10/2005 13:14 | 92 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/10/2005 13:16 | 34 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/10/2005 13:17 | 79 | 3342027177 |
| Dothan | 3342027177 | 2809796 | 8/10/2005 13:19 | 25 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 13:19 | 6 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 13:20 | 87 | 3343181222 |
| Dothan | 3342027177 | 2709856 | 8/10/2005 13:22 | 105 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 8/10/2005 13:25 | 154 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 13:27 | 146 | 3343181265 |
| Dothan | 3342027177 | 18658033039 | 8/10/2005 13:31 | 194 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/10/2005 13:34 | 130 | 3343181648 |
| Dothan | 3342027177 | 2709856 | 8/10/2005 13:37 | 40 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 8/10/2005 13:39 | 352 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 13:41 | 43 | 3343181265 |
| Dothan | 3342027177 | 17405259396 | 8/10/2005 13:54 | 376 | 3342027177 |
| Dothan | 3342027177 | 2709856 | 8/10/2005 14:02 | 91 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 14:39 | 326 | 3347999032 |
| Dothan | 3342027177 | 13342900444 | 8/10/2005 15:20 | 308 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/10/2005 15:42 | 26 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 8/10/2005 15:43 | 20 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 15:44 | 70 | 3348501858 |
| Dothan | 3342027177 | 13342023983 | 8/10/2005 15:45 | 230 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/10/2005 15:49 | 6 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/10/2005 15:49 | 6 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/10/2005 15:50 | 29 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/10/2005 15:50 | 31 | 3343181648 |
| Dothan | 3342027177 | 13342155000 | 8/10/2005 15:51 | 91 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/10/2005 15:54 | 432 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 8/10/2005 16:02 | 29 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 8/10/2005 16:13 | 88 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/10/2005 16:15 | 109 | 3342027177 |
| Dothan | 3342027177 | 12292516127 | 8/10/2005 16:20 | 51 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 16:21 | 188 | 2292516127 |
| Dothan | 3342027177 | 16063446588 | 8/10/2005 16:41 | 333 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 16:45 | 60 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 16:47 | 2109 | 6063446588 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 16:49 | 32 | 3342900444 |
| Dothan | 3342027177 | 2709856 | 8/10/2005 17:23 | 50 | 3342027177 |
| Dothan | 3342027177 | 2709856 | 8/10/2005 17:24 | 56 | 3342027177 |
| Dothan | 3342027177 | 2709856 | 8/10/2005 17:25 | 275 | 3342027177 |
| Dothan | 3342027177 | 2709856 | 8/10/2005 17:32 | 132 | 3342027177 |
| Dothan | 3342027177 | 3347999032 | 8/10/2005 17:38 | 83 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/10/2005 17:40 | 86 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 17:42 | 417 | 3347999032 |

Page 20 of 162

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 8/10/2005 18:02 | 32 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 18:25 | 33 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/10/2005 18:48 | 31 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 8/10/2005 19:10 | 184 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/11/2005 5:51 | 33 | 3343181648 |
| Dothan | 3342027177 | 3342027177 | 8/11/2005 6:00 | 32 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 7:19 | 194 | 3347418305 |
| Dothan | 3342027177 | 13343181648 | 8/11/2005 7:41 | 106 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/11/2005 7:43 | 13 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/11/2005 7:43 | 13 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 7:52 | 533 | 8656949424 |
| Dothan | 3342027177 | 13343181265 | 8/11/2005 8:44 | 189 | 3342027177 |
| Dothan | 3342027177 | 17405259396 | 8/11/2005 8:57 | 32 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/11/2005 8:58 | 43 | 3344517329 |
| Dothan | 3342027177 | 3344517329 | 8/11/2005 9:00 | 73 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 9:46 | 87 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 11:33 | 84 | 3342626642 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 12:11 | 69 | 2293001770 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 12:23 | 661 | 7405259396 |
| Dothan | 3342027177 | 17067184793 | 8/11/2005 12:38 | 430 | 3342027177 |
| Dothan | 3342027177 | 17067184793 | 8/11/2005 12:49 | 38 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 12:49 | 154 | 7067184793 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 12:53 | 113 | 3343990593 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 12:57 | 335 | 7405680797 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 13:08 | 105 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 13:12 | 309 | 7405680797 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 13:36 | 60 | 2293001770 |
| Dothan | 3342027177 | 13343181265 | 8/11/2005 13:44 | 30 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 13:45 | 110 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 14:05 | 64 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 14:16 | 99 | 6063446588 |
| Dothan | 3342027177 | *86 | 8/11/2005 14:39 | 71 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/11/2005 14:39 | 71 | 3342027177 |
| Dothan | 3342027177 | 16063446588 | 8/11/2005 14:41 | 1200 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/11/2005 15:05 | 22 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/11/2005 15:21 | 395 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/11/2005 15:47 | 174 | 3342027177 |
| Dothan | 3342027177 | 13342157560 | 8/11/2005 15:51 | 50 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/11/2005 18:14 | 74 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/12/2005 5:09 | 34 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/12/2005 5:37 | 126 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/12/2005 8:01 | 178 | 3342900444 |
| Dothan | 3342027177 | 13342023983 | 8/12/2005 8:15 | 48 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/12/2005 8:27 | 50 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/12/2005 8:53 | 48 | 3342901454 |
| Dothan | 3342027177 | 13342023983 | 8/12/2005 9:14 | 71 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/12/2005 9:21 | 38 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/12/2005 10:01 | 81 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/12/2005 10:07 | 19 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/12/2005 10:15 | 21 | 3342027177 |

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 8/12/2005 10:26 | 20 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/12/2005 10:27 | 128 | 3343184300 |
| Dothan | 3342027177 | 13342023983 | 8/12/2005 10:37 | 30 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/12/2005 10:54 | 91 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/12/2005 11:41 | 87 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/12/2005 11:43 | 350 | 3342027177 |
| Dothan | 3342027177 | 13343990593 | 8/12/2005 11:49 | 63 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/12/2005 12:01 | 35 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/12/2005 12:02 | 7 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 8/12/2005 12:02 | 5 | 3343181222 |
| Dothan | 3342027177 | 13342023983 | 8/12/2005 12:10 | 31 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/12/2005 12:57 | 108 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/12/2005 15:37 | 80 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/13/2005 6:31 | 101 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/13/2005 7:02 | 48 | 3342023983 |
| Dothan | 3342027177 | 411 | 8/13/2005 10:33 | 45 | 3342027177 |
| Dothan | 3342027177 | 3342709856 | 8/13/2005 10:34 | 71 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/13/2005 13:12 | 203 | 7067184793 |
| Dothan | 3342027177 | 2027177 | 8/14/2005 6:49 | 30 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/14/2005 18:53 | 33 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/15/2005 6:46 | 86 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/15/2005 7:01 | 51 | 3342027177 |
| Dothan | 3342027177 | 12059364777 | 8/15/2005 7:30 | 39 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/15/2005 7:49 | 26 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/15/2005 8:00 | 45 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 8/15/2005 8:01 | 66 | 3342027177 |
| Dothan | 3342027177 | 13342157560 | 8/15/2005 8:22 | 117 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/15/2005 8:23 | 30 | 3344517329 |
| Dothan | 3342027177 | 3344517329 | 8/15/2005 8:24 | 30 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 8/15/2005 8:25 | 34 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/15/2005 8:30 | 20 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/15/2005 8:56 | 133 | 7405680797 |
| Dothan | 3342027177 | 13342023983 | 8/15/2005 9:45 | 32 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/15/2005 9:46 | 26 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/15/2005 10:51 | 38 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/15/2005 11:20 | 31 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/15/2005 11:46 | 32 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 8/15/2005 15:03 | 21 | 3342626642 |
| Dothan | 3342027177 | 2027177 | 8/15/2005 15:11 | 29 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/15/2005 15:12 | 69 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/15/2005 15:14 | 129 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/15/2005 15:24 | 105 | 2293001770 |
| Dothan | 3342027177 | 13342023983 | 8/15/2005 15:36 | 274 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/15/2005 15:42 | 34 | 7405259396 |
| Dothan | 3342027177 | 17405259396 | 8/15/2005 15:46 | 2099 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/15/2005 15:51 | 31 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/15/2005 15:59 | 30 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 8/15/2005 16:30 | 80 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/15/2005 16:45 | 65 | 3343181648 |
| Dothan | 3342027177 | 13342023983 | 8/15/2005 17:09 | 33 | 3342027177 |

Page 22 of 162

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13342155000 | 8/16/2005 6:57 | 112 | 3342027177 |
| Dothan | 3342027177 | 2293001770 | 8/16/2005 6:59 | 37 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 8/16/2005 7:08 | 144 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 8:09 | 107 | 3342023645 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 8:11 | 72 | 3342626642 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 8:43 | 122 | 2293001770 |
| Dothan | 3342027177 | 13343184300 | 8/16/2005 8:46 | 36 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/16/2005 8:47 | 98 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/16/2005 8:49 | 28 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/16/2005 8:50 | 34 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 8/16/2005 8:51 | 31 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/16/2005 8:51 | 60 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/16/2005 9:01 | 149 | 3343181648 |
| Dothan | 3342027177 | 13342900444 | 8/16/2005 9:26 | 124 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 9:40 | 187 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/16/2005 10:40 | 57 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 8/16/2005 10:41 | 49 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 10:41 | 10 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 10:41 | 116 | 3342023983 |
| Dothan | 3342027177 | 2293001770 | 8/16/2005 10:49 | 67 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 8/16/2005 11:40 | 27 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/16/2005 11:40 | 83 | 3342027177 |
| Dothan | 3342027177 | 17405259396 | 8/16/2005 12:07 | 63 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 12:59 | 445 | 7405259396 |
| Dothan | 3342027177 | 12059364777 | 8/16/2005 13:08 | 59 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 8/16/2005 13:31 | 119 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 13:35 | 48 | 3349937077 |
| Dothan | 3342027177 | 13342023983 | 8/16/2005 13:44 | 95 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/16/2005 15:23 | 28 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 16:04 | 448 | 2059364777 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 16:11 | 24 | 2059364777 |
| Dothan | 3342027177 | 13343181265 | 8/16/2005 16:44 | 213 | 3342027177 |
| Dothan | 3342027177 | 2293001770 | 8/16/2005 16:48 | 43 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/16/2005 16:59 | 115 | 3343181265 |
| Dothan | 3342027177 | 3342027177 | 8/16/2005 17:05 | 79 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/16/2005 17:06 | 71 | 2293001770 |
| Dothan | 3342027177 | 13342155000 | 8/17/2005 8:17 | 169 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 8/17/2005 8:29 | 393 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/17/2005 8:46 | 151 | 3349937077 |
| Dothan | 3342027177 | 13343913459 | 8/17/2005 8:50 | 336 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/17/2005 9:16 | 85 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/17/2005 10:12 | 45 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/17/2005 10:12 | 45 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/17/2005 10:13 | 29 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/17/2005 10:13 | 29 | 3342027177 |
| Dothan | 3342027177 | 13342691522 | 8/17/2005 10:21 | 13 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/17/2005 11:24 | 368 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/17/2005 11:40 | 249 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/17/2005 12:07 | 135 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 8/17/2005 12:12 | 656 | 3342027177 |

AD6272          Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06          (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 411 | 8/17/2005 12:36 | 60 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/17/2005 12:37 | 45 | 3342027177 |
| Dothan | 3342027177 | 2568319173 | 8/17/2005 12:38 | 69 | 3342027177 |
| Dothan | 3342027177 | 12562375352 | 8/17/2005 12:43 | 21 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/17/2005 14:28 | 39 | 3344517329 |
| Dothan | 3342027177 | 13343181265 | 8/17/2005 15:24 | 224 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/17/2005 15:28 | 274 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/17/2005 16:47 | 27 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/18/2005 4:39 | 251 | 3343184300 |
| Dothan | 3342027177 | 13342900444 | 8/18/2005 6:02 | 537 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/18/2005 6:12 | 152 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/18/2005 6:21 | 274 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/18/2005 7:11 | 33 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 7:42 | 77 | 3342900444 |
| Dothan | 3342027177 | 5588625 | 8/18/2005 7:43 | 316 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/18/2005 7:54 | 120 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 8:13 | 102 | 3343181222 |
| Dothan | 3342027177 | 5588625 | 8/18/2005 8:47 | 48 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 9:23 | 241 | 3342727050 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 10:05 | 157 | 3342023645 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 10:08 | 48 | 3345588625 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 10:21 | 162 | 3342023983 |
| Dothan | 3342027177 | 13342155000 | 8/18/2005 10:31 | 68 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 10:32 | 30 | 3343181222 |
| Dothan | 3342027177 | 13343181222 | 8/18/2005 10:33 | 150 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/18/2005 11:36 | 132 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 12:50 | 167 | 3342023645 |
| Dothan | 3342027177 | 13346575372 | 8/18/2005 12:59 | 52 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/18/2005 13:20 | 48 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 15:25 | 334 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 15:32 | 148 | 3342633424 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 15:45 | 40 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 15:56 | 600 | 7405259396 |
| Dothan | 3342027177 | 3342027177 | 8/18/2005 16:11 | 31 | 3344517329 |
| Dothan | 3342027177 | 13344517329 | 8/18/2005 16:13 | 30 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/18/2005 16:13 | 148 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/18/2005 16:14 | 22 | 3343181265 |
| Dothan | 3342027177 | 13342632400 | 8/18/2005 16:17 | 963 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/18/2005 16:36 | 35 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/18/2005 16:37 | 118 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/18/2005 17:32 | 1503 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/19/2005 5:57 | 499 | 6063446588 |
| Dothan | 3342027177 | 2027177 | 8/19/2005 8:34 | 34 | 2058417383 |
| Dothan | 3342027177 | 13342023983 | 8/19/2005 8:47 | 31 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 8/19/2005 8:47 | 147 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/19/2005 9:06 | 107 | 2059364777 |
| Dothan | 3342027177 | 2027177 | 8/19/2005 9:08 | 63 | 3342023645 |
| Dothan | 3342027177 | 12059364777 | 8/19/2005 9:10 | 414 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/19/2005 10:19 | 47 | 3342027177 |
| Dothan | 3342027177 | 3342628856 | 8/19/2005 10:19 | 63 | 3342027177 |

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 8/19/2005 10:56 | 129 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/19/2005 12:30 | 36 | 3342699676 |
| Dothan | 3342027177 | 13342632400 | 8/19/2005 13:44 | 297 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/19/2005 14:20 | 41 | 3344517329 |
| Dothan | 3342027177 | 2027177 | 8/19/2005 16:09 | 196 | 6063446588 |
| Dothan | 3342027177 | 16063446588 | 8/19/2005 16:13 | 23 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/19/2005 16:42 | 50 | 3343990593 |
| Dothan | 3342027177 | 2027177 | 8/19/2005 17:09 | 371 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/20/2005 6:46 | 96 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/20/2005 7:39 | 31 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/20/2005 7:51 | 34 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/20/2005 7:57 | 30 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/20/2005 7:58 | 109 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/20/2005 11:19 | 38 | 3343181222 |
| Dothan | 3342027177 | 13345692377 | 8/20/2005 16:18 | 68 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/20/2005 16:21 | 6 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/20/2005 17:05 | 86 | 3348211460 |
| Dothan | 3342027177 | 3348211460 | 8/20/2005 18:49 | 29 | 3342027177 |
| Dothan | 3342027177 | 13345692377 | 8/20/2005 18:50 | 232 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/20/2005 19:04 | 31 | 3345692377 |
| Dothan | 3342027177 | 13343031844 | 8/21/2005 9:50 | 43 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 8/21/2005 11:17 | 70 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/21/2005 11:33 | 51 | 3342027177 |
| Dothan | 3342027177 | 3342440154 | 8/21/2005 11:34 | 30 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/21/2005 11:35 | 49 | 3342027177 |
| Dothan | 3342027177 | 3342157970 | 8/21/2005 11:36 | 82 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/21/2005 12:03 | 161 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/21/2005 12:31 | 134 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/21/2005 12:51 | 155 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/21/2005 13:39 | 233 | 2292421724 |
| Dothan | 3342027177 | 2027177 | 8/21/2005 14:47 | 114 | 3343031844 |
| Dothan | 3342027177 | 13342901454 | 8/21/2005 15:25 | 58 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/21/2005 18:52 | 46 | 3348211460 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 4:48 | 419 | 3342023645 |
| Dothan | 3342027177 | 3348211460 | 8/22/2005 6:56 | 39 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/22/2005 7:26 | 28 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 8/22/2005 7:26 | 44 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/22/2005 7:27 | 193 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/22/2005 7:31 | 131 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 8:43 | 302 | 3342157560 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 9:10 | 70 | 2293001770 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 9:58 | 318 | 7405680797 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 10:55 | 20 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 10:55 | 81 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 11:29 | 50 | 3347991714 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 11:30 | 238 | 4043558155 |
| Dothan | 3342027177 | 13343192163 | 8/22/2005 11:38 | 242 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 13:11 | 147 | 3343181222 |
| Dothan | 3342027177 | 13342023983 | 8/22/2005 14:35 | 82 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/22/2005 14:39 | 34 | 3342027177 |

AD6272          Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06          (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13343181222 | 8/22/2005 14:40 | 32 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 14:51 | 90 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 15:37 | 48 | 3342900444 |
| Dothan | 3342027177 | 13343181265 | 8/22/2005 16:01 | 40 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/22/2005 16:02 | 46 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 8/22/2005 16:07 | 42 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 8/22/2005 16:08 | 69 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/22/2005 16:24 | 55 | 3342027177 |
| Dothan | 3342027177 | 3342709856 | 8/22/2005 16:25 | 98 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 16:31 | 50 | 3343181265 |
| Dothan | 3342027177 | 13342023983 | 8/22/2005 16:53 | 79 | 3342027177 |
| Dothan | 3342027177 | 13343913459 | 8/22/2005 16:57 | 316 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/22/2005 17:25 | 265 | 3346575372 |
| Dothan | 3342027177 | 16063446588 | 8/22/2005 17:39 | 451 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/23/2005 5:39 | 40 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/23/2005 7:32 | 83 | 3342900444 |
| Dothan | 3342027177 | 16063446588 | 8/23/2005 7:51 | 193 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/23/2005 8:00 | 31 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/23/2005 8:05 | 188 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 8/23/2005 8:28 | 119 | 3342635888 |
| Dothan | 3342027177 | 13342023983 | 8/23/2005 8:32 | 320 | 3342027177 |
| Dothan | 3342027177 | 3342635888 | 8/23/2005 8:40 | 378 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/23/2005 8:51 | 48 | 3342635888 |
| Dothan | 3342027177 | 13342900444 | 8/23/2005 9:02 | 104 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 8/23/2005 9:16 | 266 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 8/23/2005 9:32 | 30 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 8/23/2005 9:35 | 53 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/23/2005 9:37 | 190 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/23/2005 9:55 | 179 | 3349937077 |
| Dothan | 3342027177 | 13342694351 | 8/23/2005 10:12 | 68 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 8/23/2005 11:14 | 30 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/23/2005 11:19 | 861 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 8/23/2005 11:45 | 44 | 8658033039 |
| Dothan | 3342027177 | 18658033039 | 8/23/2005 12:12 | 71 | 3342027177 |
| Dothan | 3342027177 | 12292516127 | 8/23/2005 12:14 | 334 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/23/2005 15:33 | 295 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/23/2005 15:37 | 127 | 2292421724 |
| Dothan | 3342027177 | 13344517329 | 8/23/2005 15:40 | 38 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/23/2005 15:46 | 205 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/23/2005 16:01 | 332 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/23/2005 16:11 | 88 | 3343181648 |
| Dothan | 3342027177 | 13342900444 | 8/23/2005 16:13 | 51 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/24/2005 6:42 | 51 | 3342023983 |
| Dothan | 3342027177 | 17706064052 | 8/24/2005 7:50 | 310 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 8/24/2005 8:41 | 96 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/24/2005 8:44 | 86 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/24/2005 9:37 | 221 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 8/24/2005 14:11 | 42 | 3342448992 |
| Dothan | 3342027177 | 3342027177 | 8/24/2005 14:48 | 63 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/24/2005 15:27 | 142 | 3343181265 |

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 8/24/2005 15:40 | 33 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/24/2005 16:43 | 59 | 2293001770 |
| Dothan | 3342027177 | 2027177 | 8/24/2005 16:52 | 252 | 2292516127 |
| Dothan | 3342027177 | 13342023983 | 8/25/2005 5:34 | 31 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/25/2005 5:55 | 32 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 8/25/2005 5:56 | 31 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/25/2005 6:04 | 37 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/25/2005 6:21 | 32 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/25/2005 6:38 | 31 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/25/2005 6:41 | 152 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 7:59 | 81 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 8:01 | 74 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 8:21 | 198 | 3343181222 |
| Dothan | 3342027177 | 13343998888 | 8/25/2005 9:12 | 52 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 9:25 | 24 | 3342691543 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 9:26 | 576 | 3342691537 |
| Dothan | 3342027177 | 13343121329 | 8/25/2005 9:45 | 134 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 10:05 | 69 | 2292516127 |
| Dothan | 3342027177 | 12292516127 | 8/25/2005 10:46 | 22 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/25/2005 10:46 | 54 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/25/2005 10:56 | 27 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/25/2005 10:56 | 71 | 3342027177 |
| Dothan | 3342027177 | 3342715454 | 8/25/2005 10:57 | 1 | 3342027177 |
| Dothan | 3342027177 | 2715454 | 8/25/2005 10:58 | 3 | 3342027177 |
| Dothan | 3342027177 | 2715454 | 8/25/2005 10:58 | 3 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/25/2005 10:59 | 60 | 3342027177 |
| Dothan | 3342027177 | 3342691211 | 8/25/2005 11:00 | 987 | 3342027177 |
| Dothan | 3342027177 | 13343121329 | 8/25/2005 11:22 | 244 | 3342027177 |
| Dothan | 3342027177 | 411 | 8/25/2005 11:26 | 55 | 3342027177 |
| Dothan | 3342027177 | 3342653655 | 8/25/2005 11:27 | 1039 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 12:57 | 92 | 3345672636 |
| Dothan | 3342027177 | 12295241078 | 8/25/2005 14:16 | 37 | 3342027177 |
| Dothan | 3342027177 | 12295241078 | 8/25/2005 14:17 | 41 | 3342027177 |
| Dothan | 3342027177 | 12292516127 | 8/25/2005 14:36 | 750 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 14:48 | 366 | 3345672636 |
| Dothan | 3342027177 | 13342023983 | 8/25/2005 14:54 | 446 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 8/25/2005 15:02 | 22 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/25/2005 15:03 | 35 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 8/25/2005 15:03 | 35 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 15:10 | 65 | 3342023983 |
| Dothan | 3342027177 | 13342901454 | 8/25/2005 15:14 | 28 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/25/2005 15:15 | 34 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 15:23 | 207 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/25/2005 16:22 | 47 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 16:57 | 120 | 2056553883 |
| Dothan | 3342027177 | 2056553883 | 8/25/2005 17:10 | 29 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/25/2005 17:13 | 528 | 2056553883 |
| Dothan | 3342027177 | 3342027177 | 8/25/2005 17:45 | 85 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 8/26/2005 6:18 | 45 | 2293001770 |
| Dothan | 3342027177 | 13342023983 | 8/26/2005 6:19 | 162 | 3342027177 |

Page 27 of 162

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 8/26/2005 7:06 | 119 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/26/2005 8:49 | 7 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/26/2005 8:50 | 55 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/26/2005 8:53 | 45 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/26/2005 9:00 | 119 | 3342691543 |
| Dothan | 3342027177 | 13342900444 | 8/26/2005 9:03 | 22 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 8/26/2005 9:03 | 23 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/26/2005 9:10 | 31 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/26/2005 9:41 | 377 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/26/2005 10:16 | 269 | 3342157952 |
| Dothan | 3342027177 | 13342023983 | 8/26/2005 13:36 | 29 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/26/2005 13:41 | 29 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 8/26/2005 14:40 | 38 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 8/26/2005 14:56 | 32 | 3342023983 |
| Dothan | 3342027177 | *86 | 8/26/2005 15:02 | 53 | 3342027177 |
| Dothan | 3342027177 | *86 | 8/26/2005 15:02 | 53 | 3342027177 |
| Dothan | 3342027177 | 12059364777 | 8/26/2005 15:10 | 127 | 3342027177 |
| Dothan | 3342027177 | 17405259396 | 8/26/2005 15:14 | 992 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/26/2005 17:08 | 68 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/26/2005 17:46 | 333 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/26/2005 17:52 | 27 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/27/2005 10:34 | 81 | 3342023983 |
| Dothan | 3342027177 | 13342900444 | 8/27/2005 11:29 | 36 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 8/27/2005 11:30 | 30 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 8/27/2005 11:31 | 6 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/28/2005 8:05 | 33 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 8/28/2005 10:30 | 32 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/28/2005 17:18 | 199 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 5:48 | 61 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 6:34 | 30 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 7:01 | 1816 | 6063446588 |
| Dothan | 3342027177 | 13347407812 | 8/29/2005 7:31 | 134 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/29/2005 7:34 | 29 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/29/2005 7:35 | 420 | 3342027177 |
| Dothan | 3342027177 | 13342691522 | 8/29/2005 7:53 | 1 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/29/2005 7:53 | 26 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/29/2005 8:20 | 145 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/29/2005 8:21 | 50 | 3343181648 |
| Dothan | 3342027177 | 13348742011 | 8/29/2005 8:22 | 24 | 3342027177 |
| Dothan | 3342027177 | 13342630256 | 8/29/2005 8:23 | 82 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/29/2005 8:24 | 79 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 8:31 | 406 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 8:40 | 69 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 8:43 | 186 | 3342900444 |
| Dothan | 3342027177 | 13348742011 | 8/29/2005 8:46 | 143 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 8:51 | 93 | 3343181265 |
| Dothan | 3342027177 | 13343184300 | 8/29/2005 8:52 | 82 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 8/29/2005 8:54 | 28 | 3342027177 |
| Dothan | 3342027177 | 13342775300 | 8/29/2005 9:21 | 57 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 9:38 | 38 | 3343181265 |

AD6272        Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06        (334) 202-7177

Page 28 of 162

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13343998888 | 8/29/2005 10:47 | 218 | 3342027177 |
| Dothan | 3342027177 | 13348742011 | 8/29/2005 10:53 | 47 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 10:55 | 1359 | 3343913459 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 11:16 | 31 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 8/29/2005 11:18 | 81 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 13:38 | 144 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 13:39 | 29 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 8/29/2005 13:43 | 111 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 8/29/2005 14:12 | 64 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 14:16 | 37 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 8/29/2005 14:19 | 53 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/29/2005 14:21 | 62 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 14:27 | 150 | 3342900444 |
| Dothan | 3342027177 | 13343913459 | 8/29/2005 14:29 | 146 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 14:35 | 24 | 3342901454 |
| Dothan | 3342027177 | 13342901454 | 8/29/2005 14:36 | 2 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 14:36 | 27 | 3342901454 |
| Dothan | 3342027177 | 13342901454 | 8/29/2005 14:37 | 23 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 14:38 | 109 | 3343181265 |
| Dothan | 3342027177 | 13348742011 | 8/29/2005 14:40 | 48 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/29/2005 15:26 | 157 | 4043587801 |
| Dothan | 3342027177 | 13342023983 | 8/29/2005 15:30 | 28 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/29/2005 15:43 | 26 | 3344517329 |
| Dothan | 3342027177 | 13344517329 | 8/29/2005 15:44 | 107 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/30/2005 4:58 | 101 | 7068259896 |
| Dothan | 3342027177 | 13342900444 | 8/30/2005 5:10 | 74 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/30/2005 5:21 | 344 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/30/2005 5:27 | 91 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 6:57 | 30 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 7:33 | 41 | 3342900444 |
| Dothan | 3342027177 | 13342901454 | 8/30/2005 7:55 | 27 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/30/2005 7:56 | 34 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 8/30/2005 7:57 | 202 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 8:00 | 367 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 8:59 | 167 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 10:13 | 93 | 6063446588 |
| Dothan | 3342027177 | 16063446588 | 8/30/2005 10:17 | 575 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 10:42 | 68 | 3342691212 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 11:19 | 208 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 12:02 | 88 | 3343998888 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 12:16 | 101 | 7067184793 |
| Dothan | 3342027177 | 13342023983 | 8/30/2005 13:29 | 31 | 3342027177 |
| Dothan | 3342027177 | 13344517329 | 8/30/2005 13:30 | 44 | 3342027177 |
| Dothan | 3342027177 | 13344517329 | 8/30/2005 13:50 | 27 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 13:58 | 76 | 3342900444 |
| Dothan | 3342027177 | 3342027177 | 8/30/2005 15:09 | 424 | 3343181648 |
| Dothan | 3342027177 | 3342027177 | 8/30/2005 15:44 | 106 | 3343181648 |
| Dothan | 3342027177 | 13344517329 | 8/30/2005 15:47 | 177 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/30/2005 16:25 | 16 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/30/2005 16:26 | 590 | 3342027177 |

AD6272          Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06          (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 8/30/2005 16:26 | 8 | 3342023645 |
| Dothan | 3342027177 | 8343750 | 8/30/2005 16:37 | 397 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 8/30/2005 16:46 | 415 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 8/30/2005 16:54 | 122 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 17:55 | 36 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/30/2005 21:05 | 31 | 6063446588 |
| Dothan | 3342027177 | 3342027177 | 8/31/2005 5:05 | 218 | 3343181648 |
| Dothan | 3342027177 | 13343181648 | 8/31/2005 5:18 | 52 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 8/31/2005 5:39 | 146 | 3343184300 |
| Dothan | 3342027177 | 3342027177 | 8/31/2005 6:20 | 128 | 3343184300 |
| Dothan | 3342027177 | 12292516127 | 8/31/2005 6:23 | 26 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/31/2005 7:32 | 135 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 8/31/2005 7:42 | 174 | 2292516127 |
| Dothan | 3342027177 | 8343750 | 8/31/2005 8:05 | 167 | 3342027177 |
| Dothan | 3342027177 | 8343750 | 8/31/2005 8:53 | 169 | 3342027177 |
| Birmingham | 3342027177 | 13342023983 | 8/31/2005 10:49 | 305 | 3342027177 |
| Birmingham | 3342027177 | 8343750 | 8/31/2005 10:54 | 10 | 3342027177 |
| Birmingham | 3342027177 | 3750 | 8/31/2005 10:55 | 9 | 3342027177 |
| Birmingham | 3342027177 | 13348343750 | 8/31/2005 10:55 | 39 | 3342027177 |
| Birmingham | 3342027177 | 3342027177 | 8/31/2005 11:02 | 45 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 8/31/2005 11:02 | 52 | 3342023983 |
| Birmingham | 3342027177 | 13348343750 | 8/31/2005 11:03 | 269 | 3342027177 |
| Birmingham | 3342027177 | 3342027177 | 8/31/2005 11:23 | 24 | 8657192185 |
| Dothan | 3342027177 | 2027177 | 8/31/2005 11:23 | 47 | 8657192185 |
| Birmingham | 3342027177 | 8657192185 | 8/31/2005 12:00 | 63 | 3342027177 |
| Birmingham | 3342027177 | 3342027177 | 8/31/2005 12:05 | 566 | 8657192185 |
| Dothan | 3342027177 | 2027177 | 8/31/2005 12:05 | 572 | 8657192185 |
| Huntsville | 3342027177 | 13342023983 | 8/31/2005 12:59 | 92 | 3342027177 |
| Huntsville | 3342027177 | 13343181648 | 8/31/2005 13:02 | 110 | 3342027177 |
| Huntsville | 3342027177 | 13343181265 | 8/31/2005 13:05 | 136 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 8/31/2005 13:09 | 95 | 3342023983 |
| Dothan | 3342027177 | 3342027177 | 8/31/2005 13:14 | 292 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 8/31/2005 13:28 | 276 | 3343181265 |
| EastTN | 3342027177 | 13343184300 | 8/31/2005 14:04 | 31 | 3342027177 |
| EastTN | 3342027177 | 3342027177 | 8/31/2005 14:09 | 92 | 3342023983 |
| EastTN | 3342027177 | 3342027177 | 8/31/2005 14:14 | 285 | 3343184300 |
| EastTN | 3342027177 | 3342027177 | 8/31/2005 14:28 | 269 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 8/31/2005 14:56 | 166 | 3343181265 |
| EastTN | 3342027177 | 3342027177 | 8/31/2005 15:56 | 160 | 3343181265 |
| Dothan | 3342027177 | 3342027177 | 8/31/2005 17:03 | 242 | 3342023645 |
| EastTN | 3342027177 | 18659838466 | 8/31/2005 17:35 | 57 | 3342027177 |
| EastTN | 3342027177 | 3342027177 | 8/31/2005 18:03 | 236 | 3342023645 |
| Dothan | 3342027177 | 2027177 | 9/1/2005 9:41 | 61 | 3342621661 |
| Dothan | 3342027177 | 2027177 | 9/1/2005 10:04 | 1054 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 9/1/2005 12:04 | 43 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 9/1/2005 13:34 | 686 | 6784278756 |
| Dothan | 3342027177 | 2027177 | 9/1/2005 15:47 | 62 | 8652079168 |
| Dothan | 3342027177 | 2027177 | 9/1/2005 15:57 | 27 | 8652079168 |
| Dothan | 3342027177 | 2027177 | 9/1/2005 16:04 | 45 | 8652079168 |
| Dothan | 3342027177 | 2027177 | 9/1/2005 18:23 | 78 | 3342023645 |