| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 11/1/2005 9:22 | 32 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 9:43 | 28 | 3342023645 |
| Dothan | 3342027177 | 13342023983 | 11/1/2005 9:56 | 148 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 11/1/2005 9:59 | 74 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 10:06 | 92 | 3342023983 |
| Dothan | 3342027177 | 13343181265 | 11/1/2005 10:08 | 64 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/1/2005 10:09 | 355 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/1/2005 10:18 | 115 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/1/2005 10:28 | 3 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/1/2005 10:28 | 138 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/1/2005 11:19 | 34 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 11:23 | 427 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 11:25 | 68 | 3342901454 |
| Dothan | 3342027177 | 13342023983 | 11/1/2005 11:30 | 85 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/1/2005 11:33 | 43 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/1/2005 12:39 | 126 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/1/2005 12:55 | 199 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 13:01 | 375 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 13:02 | 232 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 13:07 | 166 | 3343870055 |
| Dothan | 3342027177 | 13342901454 | 11/1/2005 13:10 | 156 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 13:19 | 101 | 3343031844 |
| Dothan | 3342027177 | 13342901454 | 11/1/2005 13:30 | 447 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 11/1/2005 13:44 | 213 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/1/2005 13:55 | 27 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 14:16 | 129 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 14:17 | 30 | 3343913459 |
| Dothan | 3342027177 | 13343913459 | 11/1/2005 14:18 | 214 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/1/2005 14:51 | 51 | 3343184300 |
| Dothan | 3342027177 | 13342155000 | 11/1/2005 14:52 | 196 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/1/2005 15:55 | 188 | 2055218000 |
| Dothan | 3342027177 | 3342027177 | 11/2/2005 5:14 | 648 | 3343184300 |
| Dothan | 3342027177 | 13343031844 | 11/2/2005 7:55 | 26 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/2/2005 7:56 | 138 | 3342027177 |
| Dothan | 3342027177 | 13342694351 | 11/2/2005 7:59 | 54 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 8:07 | 549 | 3343031844 |
| Dothan | 3342027177 | 3342027177 | 11/2/2005 8:10 | 177 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 8:42 | 80 | 3343913459 |
| Dothan | 3342027177 | 13342023983 | 11/2/2005 8:52 | 346 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/2/2005 8:58 | 66 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/2/2005 9:07 | 95 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 9:50 | 29 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 11/2/2005 10:45 | 37 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/2/2005 10:47 | 67 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/2/2005 11:25 | 242 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/2/2005 11:29 | 52 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 11:32 | 47 | 3342901454 |
| Dothan | 3342027177 | 13343031844 | 11/2/2005 11:34 | 128 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/2/2005 11:36 | 2 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/2/2005 11:36 | 64 | 3342027177 |

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 11/2/2005 11:38 | 84 | 3342900444 |
| Dothan | 3342027177 | 13343031844 | 11/2/2005 11:40 | 38 | 3342027177 |
| Dothan | 3342027177 | 2848487 | 11/2/2005 11:41 | 142 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/2/2005 11:43 | 65 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 11:51 | 137 | 3343982794 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 12:11 | 1111 | 7405680797 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 13:49 | 87 | 3343031844 |
| Dothan | 3342027177 | 17405680797 | 11/2/2005 13:56 | 576 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/2/2005 14:10 | 56 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 14:47 | 66 | 7067184793 |
| Dothan | 3342027177 | 17067184793 | 11/2/2005 14:56 | 153 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 15:08 | 347 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 11/2/2005 15:20 | 213 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 15:25 | 37 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 15:37 | 105 | 3342901454 |
| Dothan | 3342027177 | 3342027177 | 11/2/2005 16:16 | 49 | 3342071212 |
| Dothan | 3342027177 | 13345906081 | 11/2/2005 16:27 | 10 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/2/2005 16:28 | 250 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 16:32 | 263 | 3342900440 |
| Dothan | 3342027177 | 2027177 | 11/2/2005 16:59 | 52 | 3343982794 |
| Dothan | 3342027177 | 17405259396 | 11/2/2005 17:03 | 631 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/2/2005 17:23 | 16 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 11/2/2005 17:24 | 264 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/3/2005 4:49 | 244 | 3343184300 |
| Dothan | 3342027177 | 13342900444 | 11/3/2005 6:20 | 36 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 6:46 | 152 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 11/3/2005 6:53 | 82 | 3342027177 |
| Dothan | 3342027177 | 1.33E+13 | 11/3/2005 7:52 | 5 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 11/3/2005 7:52 | 278 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 8:13 | 113 | 3343181265 |
| Dothan | 3342027177 | 13342155000 | 11/3/2005 8:32 | 86 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 8:45 | 67 | 3342901454 |
| Dothan | 3342027177 | 3342027177 | 11/3/2005 10:17 | 128 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 10:18 | 1217 | 7405680797 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 10:51 | 31 | 3342901454 |
| Dothan | 3342027177 | 13342900444 | 11/3/2005 12:21 | 247 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 12:31 | 177 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 13:04 | 30 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 13:21 | 83 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 13:45 | 69 | 7405680797 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 14:26 | 49 | 3348501039 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 14:26 | 215 | 2055218000 |
| Dothan | 3342027177 | 3342027177 | 11/3/2005 14:51 | 37 | 3343181265 |
| Dothan | 3342027177 | 13343181265 | 11/3/2005 15:49 | 72 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 16:17 | 230 | 3343181222 |
| Dothan | 3342027177 | 3342027177 | 11/3/2005 16:33 | 86 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 16:43 | 129 | 3343031844 |
| Dothan | 3342027177 | 17405680797 | 11/3/2005 18:02 | 849 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/3/2005 18:07 | 161 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 18:07 | 6 | 3342900444 |

AD6272      Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06      (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 11/3/2005 18:08 | 6 | 3342900444 |
| Dothan | 3342027177 | 17405680797 | 11/3/2005 18:16 | 21 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 18:19 | 34 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 18:43 | 33 | 7405680797 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 19:07 | 31 | 7405680797 |
| Dothan | 3342027177 | 2027177 | 11/3/2005 19:33 | 32 | 7405680797 |
| Dothan | 3342027177 | 13343181265 | 11/4/2005 4:48 | 108 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/4/2005 4:51 | 31 | 3343184300 |
| Dothan | 3342027177 | 3342027177 | 11/4/2005 4:52 | 30 | 3343181265 |
| Dothan | 3342027177 | 13342691522 | 11/4/2005 4:55 | 183 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/4/2005 5:00 | 117 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/4/2005 5:51 | 133 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 5:54 | 30 | 3342900440 |
| Dothan | 3342027177 | 13342900444 | 11/4/2005 5:55 | 68 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/4/2005 6:21 | 30 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 6:22 | 22 | 3342900444 |
| Dothan | 3342027177 | 3342027177 | 11/4/2005 6:25 | 88 | 3343181265 |
| Dothan | 3342027177 | *86 | 11/4/2005 7:12 | 38 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/4/2005 7:12 | 38 | 3342027177 |
| Dothan | 3342027177 | 17405680797 | 11/4/2005 7:14 | 1057 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 7:19 | 90 | 3343982794 |
| Dothan | 3342027177 | 13343181265 | 11/4/2005 7:32 | 103 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 8:11 | 67 | 3342901454 |
| Dothan | 3342027177 | 13343031844 | 11/4/2005 8:23 | 68 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/4/2005 8:24 | 43 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 8:27 | 221 | 3343031844 |
| Dothan | 3342027177 | 13342023983 | 11/4/2005 8:30 | 68 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/4/2005 8:45 | 27 | 3343181265 |
| Dothan | 3342027177 | 13343181265 | 11/4/2005 9:44 | 40 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 10:47 | 543 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 11:07 | 28 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 11:57 | 172 | 3343982794 |
| Dothan | 3342027177 | 13342901454 | 11/4/2005 12:01 | 65 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 13:51 | 76 | 3347997730 |
| Dothan | 3342027177 | 12059364777 | 11/4/2005 14:24 | 1096 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/4/2005 15:35 | 81 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 15:37 | 669 | 2059364777 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 15:37 | 29 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 15:38 | 25 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 15:49 | 39 | 2059364777 |
| Dothan | 3342027177 | 3342027177 | 11/4/2005 16:08 | 27 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 11/4/2005 18:42 | 14 | 3345692377 |
| Dothan | 3342027177 | 13342023983 | 11/5/2005 6:56 | 121 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/5/2005 7:14 | 82 | 3343031844 |
| Dothan | 3342027177 | 3342027177 | 11/5/2005 7:58 | 100 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 11/5/2005 8:08 | 380 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/5/2005 8:34 | 31 | 3342901454 |
| Dothan | 3342027177 | 3125373 | 11/5/2005 9:53 | 30 | 3342027177 |
| Dothan | 3342027177 | 7303662 | 11/5/2005 9:54 | 45 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/5/2005 10:11 | 80 | 3343181222 |

AD6272     Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06     (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 11/5/2005 10:13 | 81 | 3343125373 |
| Dothan | 3342027177 | 3343125373 | 11/5/2005 10:40 | 29 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/5/2005 11:11 | 231 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/5/2005 11:43 | 31 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/5/2005 12:28 | 19 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/5/2005 12:28 | 11 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/5/2005 12:29 | 9 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/5/2005 12:29 | 0 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 11/5/2005 12:30 | 293 | 3343031844 |
| Dothan | 3342027177 | 18772514556 | 11/5/2005 13:41 | 82 | 3342027177 |
| Dothan | 3342027177 | 18772514556 | 11/5/2005 13:43 | 82 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/5/2005 15:28 | 32 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/5/2005 15:37 | 42 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/6/2005 8:08 | 32 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 11/6/2005 8:58 | 22 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/6/2005 10:10 | 33 | 6063446588 |
| Dothan | 3342027177 | 2027177 | 11/6/2005 17:23 | 1086 | 7405259396 |
| Dothan | 3342027177 | 13342063259 | 11/7/2005 7:13 | 446 | 3342027177 |
| Dothan | 3342027177 | 13342063259 | 11/7/2005 7:20 | 52 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/7/2005 7:40 | 260 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 8:02 | 15 | 3342901454 |
| Dothan | 3342027177 | 13342901454 | 11/7/2005 8:03 | 27 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 8:09 | 56 | 3348348480 |
| Dothan | 3342027177 | 13343031844 | 11/7/2005 8:24 | 33 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 8:25 | 35 | 3343031844 |
| Dothan | 3342027177 | 3342027177 | 11/7/2005 8:43 | 84 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 9:05 | 77 | 3342023645 |
| Dothan | 3342027177 | 8349567 | 11/7/2005 9:07 | 78 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 11/7/2005 9:09 | 124 | 3342027177 |
| Dothan | 3342027177 | 1.33E+13 | 11/7/2005 9:12 | 20 | 3342027177 |
| Dothan | 3342027177 | 1.33E+13 | 11/7/2005 9:13 | 11 | 3342027177 |
| Dothan | 3342027177 | 1.33E+13 | 11/7/2005 9:14 | 5 | 3342027177 |
| Dothan | 3342027177 | 1.33E+13 | 11/7/2005 9:14 | 4 | 3342027177 |
| Dothan | 3342027177 | 13343982794 | 11/7/2005 9:16 | 290 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 9:19 | 117 | 3342023645 |
| Dothan | 3342027177 | 13343982794 | 11/7/2005 9:21 | 167 | 3342027177 |
| Dothan | 3342027177 | 13342063259 | 11/7/2005 9:26 | 46 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 9:48 | 84 | 3348348480 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 9:49 | 72 | 3342901454 |
| Dothan | 3342027177 | 13342602377 | 11/7/2005 9:52 | 49 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/7/2005 9:58 | 111 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 10:11 | 48 | 3343870055 |
| Dothan | 3342027177 | 13342901454 | 11/7/2005 10:12 | 30 | 3342027177 |
| Dothan | 3342027177 | 3343870055 | 11/7/2005 10:12 | 65 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/7/2005 10:40 | 150 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/7/2005 10:57 | 30 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 11/7/2005 10:58 | 6 | 3342027177 |
| Dothan | 3342027177 | 13342602377 | 11/7/2005 10:59 | 21 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/7/2005 11:00 | 68 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/7/2005 11:00 | 68 | 3342027177 |

AD6272        Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06        (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 12059364777 | 11/7/2005 11:02 | 440 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 13:17 | 45 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 13:30 | 60 | 3343982794 |
| Dothan | 3342027177 | 13342900444 | 11/7/2005 13:48 | 35 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 11/7/2005 13:49 | 7 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/7/2005 13:50 | 31 | 3342027177 |
| Dothan | 3342027177 | 17067339896 | 11/7/2005 13:51 | 11 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 11/7/2005 13:51 | 215 | 3342027177 |
| Dothan | 3342027177 | 17405259396 | 11/7/2005 13:55 | 56 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/7/2005 13:57 | 35 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/7/2005 13:57 | 35 | 3342027177 |
| Dothan | 3342027177 | 13343982794 | 11/7/2005 13:57 | 75 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 13:58 | 422 | 7405259396 |
| Dothan | 3342027177 | 3342027177 | 11/7/2005 15:06 | 205 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 15:20 | 150 | 4043587801 |
| Dothan | 3342027177 | 13342402223 | 11/7/2005 16:18 | 42 | 3342027177 |
| Dothan | 3342027177 | 3996666 | 11/7/2005 16:19 | 358 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 16:27 | 300 | 3342712200 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 16:45 | 35 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 11/7/2005 17:08 | 64 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/7/2005 17:09 | 170 | 3342027177 |
| Dothan | 3342027177 | 13342023645 | 11/7/2005 17:13 | 472 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/7/2005 17:50 | 81 | 3342334873 |
| Dothan | 3342027177 | 3342027177 | 11/7/2005 18:08 | 500 | 7405259396 |
| Dothan | 3342027177 | 3342027177 | 11/7/2005 19:18 | 1068 | 3343181648 |
| Dothan | 3342027177 | 3342027177 | 11/8/2005 5:48 | 87 | 3343184300 |
| Dothan | 3342027177 | 13342023983 | 11/8/2005 6:30 | 58 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 6:32 | 65 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 11/8/2005 6:32 | 239 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 6:36 | 56 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 11/8/2005 6:38 | 94 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 6:50 | 64 | 4043558155 |
| Dothan | 3342027177 | 13345672636 | 11/8/2005 6:52 | 24 | 3342027177 |
| Dothan | 3342027177 | 13343982794 | 11/8/2005 6:52 | 35 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/8/2005 6:53 | 26 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/8/2005 6:54 | 186 | 3343181265 |
| Dothan | 3342027177 | 14043558155 | 11/8/2005 6:57 | 62 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 11/8/2005 7:00 | 58 | 3342027177 |
| Dothan | 3342027177 | 411 | 11/8/2005 7:03 | 62 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/8/2005 7:38 | 61 | 3344517329 |
| Dothan | 3342027177 | 3342027177 | 11/8/2005 7:46 | 126 | 3343181648 |
| Dothan | 3342027177 | 13342602377 | 11/8/2005 7:57 | 26 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/8/2005 8:25 | 112 | 3343181265 |
| Dothan | 3342027177 | 13344517329 | 11/8/2005 9:07 | 37 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 9:10 | 250 | 8656730559 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 9:46 | 348 | 4043558155 |
| Dothan | 3342027177 | 3342027177 | 11/8/2005 10:07 | 78 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 10:23 | 86 | 2059364777 |
| Dothan | 3342027177 | 18505540746 | 11/8/2005 10:43 | 197 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/8/2005 11:01 | 52 | 3342027177 |

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13342699560 | 11/8/2005 11:02 | 235 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/8/2005 12:08 | 18 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/8/2005 12:08 | 18 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/8/2005 12:36 | 206 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 13:51 | 170 | 2293001770 |
| Dothan | 3342027177 | 17405259396 | 11/8/2005 14:24 | 420 | 3342027177 |
| Dothan | 3342027177 | 14043558155 | 11/8/2005 14:39 | 47 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 15:10 | 299 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 15:18 | 112 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 15:19 | 478 | 2055218000 |
| Dothan | 3342027177 | 2027177 | 11/8/2005 16:31 | 82 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 7:01 | 52 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 7:56 | 255 | 3342023983 |
| Dothan | 3342027177 | 13342901454 | 11/9/2005 8:15 | 209 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 8:48 | 67 | 2293001770 |
| Dothan | 3342027177 | 13343184300 | 11/9/2005 8:50 | 98 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/9/2005 8:52 | 67 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 11/9/2005 8:53 | 55 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/9/2005 8:54 | 65 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 8:55 | 15 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 8:56 | 83 | 7405259396 |
| Dothan | 3342027177 | 13342901454 | 11/9/2005 8:58 | 94 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 9:11 | 40 | 3346064707 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 9:12 | 120 | 3346064707 |
| Dothan | 3342027177 | 13342023983 | 11/9/2005 9:24 | 60 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 9:43 | 144 | 3342023645 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 9:54 | 92 | 3349937077 |
| Dothan | 3342027177 | 13342023983 | 11/9/2005 10:09 | 73 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 10:11 | 97 | 8069832397 |
| Dothan | 3342027177 | 3342027177 | 11/9/2005 10:16 | 120 | 3343184300 |
| Dothan | 3342027177 | 13343181648 | 11/9/2005 10:19 | 279 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 10:27 | 348 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 10:46 | 48 | 3348349567 |
| Dothan | 3342027177 | 13343982794 | 11/9/2005 11:02 | 474 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 11:11 | 65 | 3342901454 |
| Dothan | 3342027177 | 13342900444 | 11/9/2005 14:10 | 124 | 3342027177 |
| Dothan | 3342027177 | 17405259396 | 11/9/2005 15:13 | 37 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/9/2005 15:30 | 184 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 15:38 | 128 | 3342071212 |
| Dothan | 3342027177 | 2027177 | 11/9/2005 15:54 | 54 | 2055218000 |
| Dothan | 3342027177 | 13342023983 | 11/10/2005 5:24 | 137 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/10/2005 6:08 | 189 | 3343184300 |
| Dothan | 3342027177 | 14043558155 | 11/10/2005 8:37 | 54 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/10/2005 8:39 | 318 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/10/2005 8:45 | 42 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/10/2005 8:48 | 51 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 8:54 | 96 | 3342023983 |
| Dothan | 3342027177 | 13343913459 | 11/10/2005 8:58 | 255 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 9:01 | 326 | 3343982794 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 9:10 | 76 | 3343031844 |

AD6272          Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06          (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13343031844 | 11/10/2005 9:16 | 78 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 9:57 | 37 | 2055218000 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 10:17 | 54 | 4043558155 |
| Dothan | 3342027177 | 3342027177 | 11/10/2005 10:23 | 210 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 10:27 | 852 | 2055218000 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 10:28 | 33 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 10:28 | 69 | 3342691211 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 11:47 | 65 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 12:07 | 25 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 12:24 | 41 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 12:34 | 28 | 3343181265 |
| Dothan | 3342027177 | 13342023983 | 11/10/2005 12:37 | 30 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/10/2005 12:38 | 46 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/10/2005 12:38 | 46 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/10/2005 12:40 | 498 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 12:48 | 334 | 3343982794 |
| Dothan | 3342027177 | 13342023983 | 11/10/2005 12:55 | 28 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/10/2005 12:55 | 203 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 11/10/2005 13:00 | 110 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 14:19 | 45 | 4043558155 |
| Dothan | 3342027177 | 13343184300 | 11/10/2005 14:20 | 64 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 15:22 | 39 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/10/2005 16:38 | 483 | 3343181222 |
| Dothan | 3342027177 | 17405259396 | 11/10/2005 16:50 | 28 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/10/2005 16:54 | 225 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/10/2005 17:00 | 1090 | 7405259396 |
| Dothan | 3342027177 | 13346575372 | 11/11/2005 5:32 | 89 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/11/2005 5:41 | 14 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/11/2005 5:41 | 14 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/11/2005 7:09 | 99 | 3343181648 |
| Dothan | 3342027177 | 17405259396 | 11/11/2005 7:24 | 169 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 7:35 | 93 | 3347997730 |
| Dothan | 3342027177 | 13342901454 | 11/11/2005 8:05 | 26 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/11/2005 8:44 | 71 | 3344517329 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 9:42 | 203 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 10:47 | 445 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 10:55 | 30 | 3342023645 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 11:13 | 44 | 3343181265 |
| Dothan | 3342027177 | 13342023645 | 11/11/2005 11:14 | 463 | 3342027177 |
| Dothan | 3342027177 | 17405259396 | 11/11/2005 11:22 | 912 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 11:29 | 28 | 3343181265 |
| Dothan | 3342027177 | 13343181265 | 11/11/2005 11:40 | 104 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/11/2005 11:42 | 26 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 11:58 | 85 | 3343181222 |
| Dothan | 3342027177 | 13343181222 | 11/11/2005 12:03 | 677 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 12:29 | 781 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 12:41 | 50 | 3347997730 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 12:57 | 249 | 7067184793 |
| Dothan | 3342027177 | 13342023983 | 11/11/2005 13:09 | 34 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 11/11/2005 13:11 | 30 | 3342027177 |

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13342900444 | 11/11/2005 13:12 | 552 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 13:21 | 288 | 3342023983 |
| Dothan | 3342027177 | 13342900444 | 11/11/2005 13:26 | 145 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 14:32 | 58 | 3347997730 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 14:44 | 28 | 3347997730 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 14:49 | 167 | 3343982794 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 16:16 | 168 | 7405259396 |
| Dothan | 3342027177 | 13342900444 | 11/11/2005 16:23 | 137 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/11/2005 16:29 | 246 | 3343031844 |
| Dothan | 3342027177 | 13342023983 | 11/12/2005 8:46 | 86 | 3342027177 |
| Dothan | 3342027177 | 3347997730 | 11/12/2005 10:32 | 116 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/12/2005 12:41 | 14 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/12/2005 12:41 | 14 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/12/2005 12:44 | 841 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/12/2005 14:30 | 215 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/12/2005 19:06 | 28 | 3344517329 |
| Dothan | 3342027177 | 13344517329 | 11/12/2005 19:07 | 35 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/13/2005 8:11 | 110 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/13/2005 8:13 | 255 | 7068259896 |
| Dothan | 3342027177 | 2027177 | 11/13/2005 8:19 | 66 | 3343995270 |
| Dothan | 3342027177 | 17405259396 | 11/13/2005 8:24 | 32 | 3342027177 |
| Dothan | 3342027177 | 17405680797 | 11/13/2005 8:25 | 389 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/13/2005 8:32 | 35 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/13/2005 8:34 | 103 | 3342023983 |
| Dothan | 3342027177 | 3342027177 | 11/13/2005 9:17 | 208 | 3343181648 |
| Dothan | 3342027177 | 3342027177 | 11/13/2005 13:15 | 818 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 11/13/2005 16:44 | 659 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 5:47 | 31 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 6:46 | 32 | 3342900444 |
| Dothan | 3342027177 | 13342900444 | 11/14/2005 6:49 | 33 | 3342027177 |
| Dothan | 3342027177 | 13343181648 | 11/14/2005 6:50 | 59 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 11/14/2005 6:51 | 69 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/14/2005 6:52 | 51 | 3343181648 |
| Dothan | 3342027177 | 13343181265 | 11/14/2005 6:53 | 77 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/14/2005 6:55 | 202 | 3342027177 |
| Dothan | 3342027177 | 18658033039 | 11/14/2005 7:21 | 38 | 3342027177 |
| Dothan | 3342027177 | 18656738000 | 11/14/2005 7:22 | 28 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/14/2005 8:23 | 36 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/14/2005 8:24 | 26 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/14/2005 8:24 | 120 | 3342027177 |
| Dothan | 3342027177 | 13342621661 | 11/14/2005 8:28 | 21 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 8:29 | 74 | 3348349567 |
| Dothan | 3342027177 | 13343121329 | 11/14/2005 8:36 | 152 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 8:55 | 290 | 3343181222 |
| Dothan | 3342027177 | 13343913459 | 11/14/2005 9:28 | 174 | 3342027177 |
| Dothan | 3342027177 | 13342635502 | 11/14/2005 9:40 | 106 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/14/2005 9:42 | 37 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 9:43 | 6 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 11/14/2005 9:43 | 5 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 9:43 | 244 | 3342023983 |

AD6272        Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06        (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13342023983 | 11/14/2005 9:48 | 38 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 9:49 | 82 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 10:01 | 274 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 10:03 | 103 | 3342418000 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 10:05 | 97 | 3343031844 |
| Dothan | 3342027177 | 3342027177 | 11/14/2005 10:16 | 66 | 3343181648 |
| Dothan | 3342027177 | 2063234 | 11/14/2005 10:18 | 89 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 11:09 | 56 | 3343913459 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 11:15 | 127 | 3343982794 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 11:33 | 523 | 3348348480 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 11:48 | 59 | 3343995270 |
| Dothan | 3342027177 | 13343982794 | 11/14/2005 11:52 | 35 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 12:04 | 55 | 2293001770 |
| Dothan | 3342027177 | 13343181648 | 11/14/2005 12:05 | 51 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/14/2005 12:06 | 32 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/14/2005 12:07 | 39 | 3342027177 |
| Dothan | 3342027177 | 13344517329 | 11/14/2005 12:08 | 38 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/14/2005 12:09 | 54 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 11/14/2005 12:10 | 69 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 12:10 | 29 | 3342023983 |
| Dothan | 3342027177 | 13342023983 | 11/14/2005 12:11 | 108 | 3342027177 |
| Dothan | 3342027177 | 2293001770 | 11/14/2005 12:13 | 47 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/14/2005 12:14 | 82 | 3342027177 |
| Dothan | 3342027177 | 17405259396 | 11/14/2005 12:39 | 30 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 12:40 | 191 | 7405259396 |
| Dothan | 3342027177 | 13342621091 | 11/14/2005 13:09 | 146 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 13:14 | 284 | 3348348480 |
| Dothan | 3342027177 | 13342063234 | 11/14/2005 13:37 | 50 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 13:37 | 18 | 3342029732 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 13:39 | 56 | 3344517329 |
| Dothan | 3342027177 | 13342023983 | 11/14/2005 13:40 | 30 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/14/2005 13:44 | 30 | 3342027177 |
| Dothan | 3342027177 | 13342063234 | 11/14/2005 13:48 | 79 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 13:52 | 247 | 3342633830 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 14:10 | 58 | 3342023983 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 14:26 | 72 | 3348343358 |
| Dothan | 3342027177 | 13342901454 | 11/14/2005 15:01 | 309 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/14/2005 15:19 | 37 | 3343181265 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 15:30 | 45 | 3343031844 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 15:34 | 35 | 3343031844 |
| Dothan | 3342027177 | 411 | 11/14/2005 15:42 | 64 | 3342027177 |
| Dothan | 3342027177 | 2646444 | 11/14/2005 15:43 | 111 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/14/2005 17:03 | 349 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/14/2005 17:10 | 63 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/14/2005 17:12 | 141 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/14/2005 18:12 | 52 | 3342900444 |
| Dothan | 3342027177 | *86 | 11/14/2005 19:02 | 28 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/14/2005 19:02 | 28 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 11/15/2005 5:15 | 186 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/15/2005 5:20 | 135 | 3343184300 |

AD6272          Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06          (334) 202-7177

Page 69 of 162

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 13342023983 | 11/15/2005 5:24 | 174 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/15/2005 5:50 | 188 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 6:09 | 51 | 3342023983 |
| Dothan | 3342027177 | 13343913459 | 11/15/2005 7:56 | 192 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/15/2005 8:14 | 914 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 8:48 | 179 | 3342023983 |
| Dothan | 3342027177 | 13342063234 | 11/15/2005 9:18 | 44 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 9:23 | 700 | 3348348480 |
| Dothan | 3342027177 | 13342901454 | 11/15/2005 9:35 | 2 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/15/2005 9:35 | 37 | 3342027177 |
| Dothan | 3342027177 | 13343181222 | 11/15/2005 9:36 | 6 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 9:36 | 598 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 10:19 | 32 | 3343982794 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 10:40 | 344 | 3342153588 |
| Dothan | 3342027177 | 3342027177 | 11/15/2005 10:51 | 39 | 3343181265 |
| Dothan | 3342027177 | 13342155000 | 11/15/2005 11:04 | 56 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 11:05 | 31 | 3343995270 |
| Dothan | 3342027177 | 13342155000 | 11/15/2005 11:06 | 52 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 11/15/2005 11:08 | 66 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 11:11 | 47 | 3342901454 |
| Dothan | 3342027177 | 13342901454 | 11/15/2005 11:29 | 118 | 3342027177 |
| Dothan | 3342027177 | 13342901454 | 11/15/2005 11:31 | 54 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/15/2005 11:37 | 60 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 11:43 | 72 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 11:44 | 153 | 3342023983 |
| Dothan | 3342027177 | 13342635502 | 11/15/2005 11:51 | 147 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 12:42 | 132 | 3346575372 |
| Dothan | 3342027177 | 13342023983 | 11/15/2005 12:44 | 32 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 13:08 | 155 | 3342023983 |
| Dothan | 3342027177 | 3342027177 | 11/15/2005 13:59 | 79 | 3342029732 |
| Dothan | 3342027177 | 3342027177 | 11/15/2005 14:18 | 633 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 11/15/2005 14:32 | 21 | 3343982794 |
| Dothan | 3342027177 | 13343982794 | 11/15/2005 14:32 | 74 | 3342027177 |
| Dothan | 3342027177 | 2709597 | 11/15/2005 14:46 | 65 | 3342027177 |
| Dothan | 3342027177 | 2709856 | 11/15/2005 14:48 | 352 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/15/2005 15:31 | 4 | 3343181265 |
| Dothan | 3342027177 | *86 | 11/15/2005 15:36 | 14 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/15/2005 15:36 | 14 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/15/2005 15:37 | 85 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/15/2005 18:03 | 6 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 4:32 | 27 | 3344517329 |
| Dothan | 3342027177 | 13342900444 | 11/16/2005 6:06 | 34 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 6:14 | 941 | 3342900444 |
| Dothan | 3342027177 | 13345461952 | 11/16/2005 9:21 | 68 | 3342027177 |
| Dothan | 3342027177 | 13342727406 | 11/16/2005 9:23 | 32 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/16/2005 9:24 | 162 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 10:25 | 424 | 3345461952 |
| Dothan | 3342027177 | 2242701 | 11/16/2005 10:38 | 35 | 3342027177 |
| Dothan | 3342027177 | 13343192163 | 11/16/2005 10:50 | 485 | 3342027177 |
| Dothan | 3342027177 | 14043587801 | 11/16/2005 10:59 | 692 | 3342027177 |

AD6272        Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06        (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 2027177 | 11/16/2005 11:22 | 108 | 3348348480 |
| Dothan | 3342027177 | 411 | 11/16/2005 11:24 | 59 | 3342027177 |
| Dothan | 3342027177 | 3342654561 | 11/16/2005 11:25 | 6 | 3342027177 |
| Dothan | 3342027177 | 2654561 | 11/16/2005 11:25 | 119 | 3342027177 |
| Dothan | 3342027177 | 13343192163 | 11/16/2005 11:48 | 150 | 3342027177 |
| Dothan | 3342027177 | 13343184300 | 11/16/2005 12:09 | 460 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/16/2005 12:17 | 25 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/16/2005 12:17 | 10 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/16/2005 12:18 | 4 | 3343181265 |
| Dothan | 3342027177 | 3342027177 | 11/16/2005 12:18 | 153 | 3343181265 |
| Dothan | 3342027177 | 17706221399 | 11/16/2005 12:23 | 121 | 3342027177 |
| Dothan | 3342027177 | 17705983756 | 11/16/2005 12:25 | 388 | 3342027177 |
| Dothan | 3342027177 | 12059692629 | 11/16/2005 12:32 | 44 | 3342027177 |
| Dothan | 3342027177 | 12054824411 | 11/16/2005 12:33 | 65 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/16/2005 12:57 | 28 | 3344517329 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 13:03 | 154 | 4043522508 |
| Dothan | 3342027177 | 13343181648 | 11/16/2005 13:13 | 103 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 13:40 | 342 | 3343181222 |
| Dothan | 3342027177 | *86 | 11/16/2005 13:55 | 13 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/16/2005 13:55 | 13 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 14:30 | 63 | 3342901454 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 15:02 | 43 | 7405259396 |
| Dothan | 3342027177 | 13346575372 | 11/16/2005 15:17 | 68 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 15:18 | 62 | 3342654561 |
| Dothan | 3342027177 | 13342063234 | 11/16/2005 15:19 | 40 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 15:43 | 73 | 3346575372 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 15:58 | 220 | 4043587801 |
| Dothan | 3342027177 | 13343184300 | 11/16/2005 16:03 | 83 | 3342027177 |
| Dothan | 3342027177 | 14043587801 | 11/16/2005 16:05 | 76 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/16/2005 16:06 | 13 | 3342027177 |
| Dothan | 3342027177 | *86 | 11/16/2005 16:06 | 13 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/16/2005 16:07 | 116 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/16/2005 16:09 | 137 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 16:16 | 37 | 4043587801 |
| Dothan | 3342027177 | 13342900444 | 11/16/2005 16:17 | 57 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/16/2005 16:20 | 52 | 3342900444 |
| Dothan | 3342027177 | 13342901454 | 11/16/2005 16:29 | 28 | 3342027177 |
| Dothan | 3342027177 | 17405680797 | 11/16/2005 16:29 | 20 | 3342027177 |
| Dothan | 3342027177 | 17405259396 | 11/16/2005 16:30 | 341 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/16/2005 16:57 | 335 | 3342027177 |
| Dothan | 3342027177 | 16063446588 | 11/16/2005 18:08 | 6 | 3342027177 |
| Dothan | 3342027177 | 16063446588 | 11/16/2005 18:08 | 8 | 3342027177 |
| Dothan | 3342027177 | 18653681456 | 11/16/2005 18:10 | 28 | 3342027177 |
| Dothan | 3342027177 | 16065286580 | 11/16/2005 18:13 | 434 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/17/2005 5:01 | 345 | 3343184300 |
| Dothan | 3342027177 | 2027177 | 11/17/2005 5:29 | 31 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/17/2005 6:52 | 81 | 7405259396 |
| Dothan | 3342027177 | 13343913459 | 11/17/2005 7:10 | 55 | 3342027177 |
| Dothan | 3342027177 | 13343913459 | 11/17/2005 7:25 | 22 | 3342027177 |
| Dothan | 3342027177 | 13343913459 | 11/17/2005 8:52 | 86 | 3342027177 |

AD6272           Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06           (334) 202-7177

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Dothan | 3342027177 | 17405259396 | 11/17/2005 8:54 | 62 | 3342027177 |
| Dothan | 3342027177 | 12054824411 | 11/17/2005 8:57 | 44 | 3342027177 |
| Dothan | 3342027177 | 12054824411 | 11/17/2005 8:58 | 46 | 3342027177 |
| Dothan | 3342027177 | 13342063234 | 11/17/2005 9:00 | 28 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/17/2005 9:07 | 634 | 2054824411 |
| Dothan | 3342027177 | 12059364777 | 11/17/2005 9:19 | 29 | 3342027177 |
| Dothan | 3342027177 | 17067184793 | 11/17/2005 9:19 | 247 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/17/2005 9:27 | 103 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/17/2005 9:29 | 30 | 3343181265 |
| Dothan | 3342027177 | 13342063234 | 11/17/2005 10:05 | 109 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/17/2005 10:07 | 995 | 3342027177 |
| Dothan | 3342027177 | 2242701 | 11/17/2005 10:34 | 57 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/17/2005 11:27 | 828 | 3342242701 |
| Dothan | 3342027177 | 13343982794 | 11/17/2005 11:51 | 247 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/17/2005 12:32 | 92 | 7405259396 |
| Dothan | 3342027177 | 2027177 | 11/17/2005 13:02 | 149 | 7405259396 |
| Dothan | 3342027177 | 13342023983 | 11/17/2005 13:20 | 115 | 3342027177 |
| Dothan | 3342027177 | 12059364777 | 11/17/2005 13:57 | 27 | 3342027177 |
| Dothan | 3342027177 | 12059364777 | 11/17/2005 13:57 | 331 | 3342027177 |
| Dothan | 3342027177 | 12059364777 | 11/17/2005 14:03 | 394 | 3342027177 |
| Dothan | 3342027177 | 13342023983 | 11/17/2005 14:21 | 67 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/17/2005 16:17 | 195 | 3343181222 |
| Dothan | 3342027177 | 13343913459 | 11/17/2005 16:24 | 32 | 3342027177 |
| Dothan | 3342027177 | 13342155000 | 11/17/2005 16:25 | 39 | 3342027177 |
| Dothan | 3342027177 | 17405259396 | 11/18/2005 6:37 | 161 | 3342027177 |
| Dothan | 3342027177 | 13342900444 | 11/18/2005 6:46 | 84 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/18/2005 6:48 | 20 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/18/2005 6:48 | 22 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/18/2005 6:48 | 4 | 3343181265 |
| Dothan | 3342027177 | 3342027177 | 11/18/2005 6:48 | 4 | 3343181265 |
| Dothan | 3342027177 | 3342027177 | 11/18/2005 6:48 | 103 | 3343181265 |
| Dothan | 3342027177 | 13343913459 | 11/18/2005 6:50 | 37 | 3342027177 |
| Dothan | 3342027177 | 13343913459 | 11/18/2005 7:32 | 36 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/18/2005 7:59 | 971 | 2292421724 |
| Dothan | 3342027177 | 2027177 | 11/18/2005 8:15 | 86 | 3342023645 |
| Dothan | 3342027177 | 3342027177 | 11/18/2005 8:35 | 26 | 3343181265 |
| Dothan | 3342027177 | 13343913459 | 11/18/2005 8:35 | 93 | 3342027177 |
| Dothan | 3342027177 | 13343181265 | 11/18/2005 8:37 | 72 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/18/2005 9:14 | 161 | 3343181648 |
| Dothan | 3342027177 | 2027177 | 11/18/2005 10:32 | 79 | 3343181222 |
| Dothan | 3342027177 | 2027177 | 11/18/2005 11:16 | 319 | 3342900444 |
| Dothan | 3342027177 | 2027177 | 11/18/2005 11:47 | 42 | 3343982794 |
| Dothan | 3342027177 | 2027177 | 11/18/2005 13:33 | 10 | 3343913459 |
| Dothan | 3342027177 | 13342900444 | 11/18/2005 13:33 | 250 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/18/2005 14:27 | 114 | 3343181222 |
| Dothan | 3342027177 | 13342023983 | 11/18/2005 14:36 | 54 | 3342027177 |
| Dothan | 3342027177 | 13343031844 | 11/18/2005 14:59 | 451 | 3342027177 |
| Dothan | 3342027177 | 3342027177 | 11/18/2005 15:00 | 784 | 7405259396 |
| Dothan | 3342027177 | 13343031844 | 11/18/2005 15:18 | 136 | 3342027177 |
| Dothan | 3342027177 | 2027177 | 11/18/2005 15:43 | 27 | 3343982794 |

AD6272        Nationwide search - incoming and outgoing calls for 07.08.05 to 05.07.06        (334) 202-7177