| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 05/23/2006 | 14:54:47 | 3342027177 | 3342027177 | 13346575733 | 3342027177 | 16 |
| Dothan | 05/23/2006 | 14:55:29 | 3342027177 | 3342027177 | 13346575733 | 3342027177 | 145 |
| Dothan | 05/23/2006 | 15:03:41 | 3342027177 | 3342027177 | 13345385316 | 3342027177 | 2 |
| Dothan | 05/23/2006 | 15:03:55 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 397 |
| Dothan | 05/23/2006 | 18:23:16 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 1114 |
| Dothan | 05/24/2006 | 10:09:11 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 30 |
| Dothan | 05/24/2006 | 10:25:06 | 3342027177 | 3342027177 | *86 | 3342027177 | 15 |
| Dothan | 05/24/2006 | 10:25:06 | 3342027177 | 3342027177 | *86 | 3342027177 | 15 |
| Dothan | 05/24/2006 | 10:58:54 | 3342027177 | 3342027177 | *86 | 3342027177 | 15 |
| Dothan | 05/24/2006 | 10:58:54 | 3342027177 | 3342027177 | *86 | 3342027177 | 15 |
| Dothan | 05/24/2006 | 11:03:05 | 3342027177 | 3342027177 | 13342063234 | 3342027177 | 19 |
| Dothan | 05/24/2006 | 12:56:06 | 3342027177 | 3342027177 | 2027177 | 3348348480 | 373 |
| Dothan | 05/24/2006 | 14:13:06 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 134 |
| Dothan | 05/24/2006 | 14:21:06 | 3342027177 | 3342027177 | 2027177 | 3342071212 | 74 |
| Dothan | 05/24/2006 | 14:53:16 | 3342027177 | 3342027177 | 2027177 | 3343990737 | 175 |
| Dothan | 05/24/2006 | 15:25:02 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 570 |
| Dothan | 05/24/2006 | 16:30:37 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 167 |
| Dothan | 05/25/2006 | 08:03:55 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 05/25/2006 | 08:03:55 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 05/25/2006 | 08:20:12 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 38 |
| Dothan | 05/25/2006 | 08:40:32 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 120 |
| Dothan | 05/25/2006 | 09:32:43 | 3342027177 | 3342027177 | 2027177 | 2564906556 | 101 |
| Dothan | 05/25/2006 | 10:54:58 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 40 |
| Dothan | 05/25/2006 | 12:14:21 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 436 |
| Dothan | 05/25/2006 | 13:15:29 | 3342027177 | 3342027177 | *86 | 3342027177 | 27 |
| Dothan | 05/25/2006 | 13:15:29 | 3342027177 | 3342027177 | *86 | 3342027177 | 27 |
| Dothan | 05/25/2006 | 13:17:26 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 131 |
| Dothan | 05/25/2006 | 14:05:49 | 3342027177 | 3342027177 | 2027177 | 6063446588 | 83 |
| Dothan | 05/25/2006 | 15:11:43 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 31 |
| Dothan | 05/25/2006 | 15:12:19 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 183 |
| Dothan | 05/25/2006 | 15:41:52 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 39 |
| Dothan | 05/25/2006 | 16:24:33 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 120 |
| Dothan | 05/25/2006 | 16:52:34 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 29 |
| Dothan | 05/25/2006 | 17:07:16 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 26 |
| Dothan | 05/25/2006 | 17:08:02 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 97 |
| Dothan | 05/26/2006 | 05:04:38 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 179 |
| Dothan | 05/26/2006 | 06:14:59 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 69 |
| Dothan | 05/26/2006 | 06:17:59 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 42 |
| Dothan | 05/26/2006 | 07:36:13 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 159 |
| Dothan | 05/26/2006 | 07:39:53 | 3342027177 | 3342027177 | 13342070974 | 3342027177 | 48 |
| Dothan | 05/26/2006 | 07:41:05 | 3342027177 | 3342027177 | 13342070974 | 3342027177 | 14 |
| Dothan | 05/26/2006 | 07:42:07 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 55 |
| Dothan | 05/26/2006 | 07:43:44 | 3342027177 | 3342027177 | 13342023172 | 3342027177 | 53 |
| Dothan | 05/26/2006 | 07:45:14 | 3342027177 | 3342027177 | 12059665908 | 3342027177 | 51 |
| Dothan | 05/26/2006 | 07:48:15 | 3342027177 | 3342027177 | 13347902508 | 3342027177 | 69 |
| Dothan | 05/26/2006 | 08:01:32 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 713 |
| Dothan | 05/26/2006 | 10:10:45 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 54 |
| Dothan | 05/26/2006 | 10:17:57 | 3342027177 | 3342027177 | 2027177 | 6063446588 | 387 |
| Dothan | 05/26/2006 | 10:21:15 | 3342027177 | 3342027177 | 2027177 | 3342070974 | 189 |
| Dothan | 05/26/2006 | 10:24:24 | 3342027177 | 3342027177 | 2027177 | 6063446588 | 11 |

AD6272    Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06    (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 05/26/2006 | 10:24:46 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 472 |
| Dothan | 05/26/2006 | 11:03:27 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 193 |
| Dothan | 05/26/2006 | 12:20:48 | 3342027177 | 3342027177 | 2027177 | 2059665908 | 219 |
| Dothan | 05/26/2006 | 12:56:28 | 3342027177 | 3342027177 | 2027177 | 6063446588 | 80 |
| Dothan | 05/26/2006 | 13:21:42 | 3342027177 | 3342027177 | 2027177 | 3346738233 | 70 |
| Dothan | 05/26/2006 | 15:01:47 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 36 |
| Dothan | 05/26/2006 | 15:09:25 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 26 |
| Dothan | 05/26/2006 | 15:10:00 | 3342027177 | 3342027177 | 13343181222 | 3342027177 | 33 |
| Dothan | 05/26/2006 | 15:10:56 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 123 |
| Dothan | 05/26/2006 | 15:15:46 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 149 |
| Dothan | 05/26/2006 | 15:17:57 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 72 |
| Dothan | 05/26/2006 | 15:19:25 | 3342027177 | 3342027177 | 13343181222 | 3342027177 | 889 |
| Dothan | 05/26/2006 | 15:34:33 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 38 |
| Dothan | 05/26/2006 | 16:05:08 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 32 |
| Dothan | 05/27/2006 | 05:18:07 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 37 |
| Dothan | 05/27/2006 | 12:27:15 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 35 |
| Dothan | 05/27/2006 | 13:48:09 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 31 |
| Dothan | 05/27/2006 | 15:13:16 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 60 |
| Dothan | 05/27/2006 | 15:19:35 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 48 |
| Dothan | 05/27/2006 | 15:58:53 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 27 |
| Dothan | 05/27/2006 | 15:59:24 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 35 |
| Dothan | 05/27/2006 | 16:07:06 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 72 |
| Dothan | 05/27/2006 | 16:23:33 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 133 |
| Dothan | 05/27/2006 | 17:03:48 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 42 |
| Dothan | 05/28/2006 | 08:10:15 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 191 |
| Dothan | 05/28/2006 | 12:18:09 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 19 |
| Dothan | 05/28/2006 | 12:26:10 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 17 |
| Dothan | 05/28/2006 | 12:31:34 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 40 |
| Dothan | 05/28/2006 | 12:50:35 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 31 |
| Dothan | 05/28/2006 | 12:51:16 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 39 |
| Dothan | 05/28/2006 | 13:02:36 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 29 |
| Dothan | 05/28/2006 | 13:03:11 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 4 |
| Dothan | 05/28/2006 | 13:03:11 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 4 |
| Dothan | 05/28/2006 | 13:03:15 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 12 |
| Dothan | 05/28/2006 | 14:25:44 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 52 |
| Dothan | 05/28/2006 | 14:26:32 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 4 |
| Dothan | 05/28/2006 | 14:26:36 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 97 |
| Dothan | 05/28/2006 | 15:38:02 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 80 |
| Dothan | 05/28/2006 | 16:38:34 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 106 |
| Dothan | 05/29/2006 | 06:51:20 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 121 |
| Dothan | 05/29/2006 | 08:53:43 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 71 |
| Dothan | 05/29/2006 | 09:10:30 | 3342027177 | 3342027177 | *86 | 3342027177 | 1 |
| Dothan | 05/29/2006 | 09:10:37 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 39 |
| Dothan | 05/29/2006 | 09:21:32 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 22 |
| Dothan | 05/29/2006 | 11:22:01 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 43 |
| Dothan | 05/29/2006 | 11:24:49 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 54 |
| Dothan | 05/29/2006 | 11:31:24 | 3342027177 | 3342027177 | 13348501858 | 3342027177 | 11 |
| Dothan | 05/29/2006 | 11:31:44 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 17 |
| Dothan | 05/29/2006 | 12:09:44 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 23 |
| Dothan | 05/29/2006 | 13:12:59 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 83 |

AD6272          Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06          (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 05/29/2006 | 15:12:53 | 3342027177 | 3342027177 | 2027177 | 3343192163 | 766 |
| Dothan | 05/30/2006 | 05:24:50 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 31 |
| Dothan | 05/30/2006 | 05:26:53 | 3342027177 | 3342027177 | 13348501858 | 3342027177 | 71 |
| Dothan | 05/30/2006 | 05:59:56 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 32 |
| Dothan | 05/30/2006 | 06:00:36 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 420 |
| Dothan | 05/30/2006 | 06:08:29 | 3342027177 | 3342027177 | 13343982794 | 3342027177 | 54 |
| Dothan | 05/30/2006 | 06:11:23 | 3342027177 | 3342027177 | 13343184300 | 3342027177 | 498 |
| Dothan | 05/30/2006 | 06:19:22 | 3342027177 | 3342027177 | 2027177 | 3343982794 | 177 |
| Dothan | 05/30/2006 | 06:21:50 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 28 |
| Dothan | 05/30/2006 | 06:22:19 | 3342027177 | 3342027177 | 2027177 | 3343982794 | 48 |
| Dothan | 05/30/2006 | 06:23:56 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 1496 |
| Dothan | 05/30/2006 | 06:26:18 | 3342027177 | 3342027177 | 2027177 | 3343031844 | 56 |
| Dothan | 05/30/2006 | 07:20:52 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 44 |
| Dothan | 05/30/2006 | 07:42:28 | 3342027177 | 3342027177 | 13343998888 | 3342027177 | 41 |
| Dothan | 05/30/2006 | 08:16:24 | 3342027177 | 3342027177 | 2027177 | 3342714335 | 77 |
| Dothan | 05/30/2006 | 08:49:03 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 50 |
| Dothan | 05/30/2006 | 08:59:53 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 36 |
| Dothan | 05/30/2006 | 09:04:39 | 3342027177 | 3342027177 | 13343998888 | 3342027177 | 188 |
| Dothan | 05/30/2006 | 09:08:40 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 197 |
| Dothan | 05/30/2006 | 09:48:42 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 28 |
| Dothan | 05/30/2006 | 09:49:27 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 650 |
| Dothan | 05/30/2006 | 09:50:11 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 18 |
| Dothan | 05/30/2006 | 10:00:28 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 88 |
| Dothan | 05/30/2006 | 11:39:13 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 57 |
| Dothan | 05/30/2006 | 12:00:34 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 44 |
| Dothan | 05/30/2006 | 12:17:17 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 133 |
| Dothan | 05/30/2006 | 12:19:37 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 37 |
| Dothan | 05/30/2006 | 12:20:20 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 24 |
| Dothan | 05/30/2006 | 13:59:52 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 28 |
| Dothan | 05/30/2006 | 16:06:43 | 3342027177 | 3342027177 | *86 | 3342027177 | 18 |
| Dothan | 05/30/2006 | 16:06:43 | 3342027177 | 3342027177 | *86 | 3342027177 | 18 |
| Dothan | 05/30/2006 | 16:11:14 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 21 |
| Dothan | 05/30/2006 | 16:11:44 | 3342027177 | 3342027177 | 13343913459 | 3342027177 | 31 |
| Dothan | 05/30/2006 | 16:12:28 | 3342027177 | 3342027177 | 13343998888 | 3342027177 | 130 |
| Dothan | 05/30/2006 | 16:13:19 | 3342027177 | 3342027177 | 2027177 | 3343913459 | 57 |
| Dothan | 05/30/2006 | 16:16:58 | 3342027177 | 3342027177 | 13342027177 | 3347902508 | 51 |
| Dothan | 05/30/2006 | 16:16:58 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 150 |
| Dothan | 05/30/2006 | 16:30:36 | 3342027177 | 3342027177 | 2027177 | 3343998888 | 168 |
| Dothan | 05/30/2006 | 16:37:55 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 205 |
| Dothan | 05/30/2006 | 17:13:08 | 3342027177 | 3342027177 | 13343998888 | 3342027177 | 122 |
| Dothan | 05/30/2006 | 18:09:05 | 3342027177 | 3342027177 | 2027177 | 3343913459 | 31 |
| Dothan | 05/30/2006 | 19:40:07 | 3342027177 | 3342027177 | 3347902508 | 3342027177 | 69 |
| Dothan | 05/31/2006 | 05:42:36 | 3342027177 | 3342027177 | 2027177 | 3342023645 | 49 |
| Dothan | 05/31/2006 | 05:43:44 | 3342027177 | 3342027177 | 13343125373 | 3342027177 | 54 |
| Dothan | 05/31/2006 | 05:56:25 | 3342027177 | 3342027177 | 3347902508 | 3342027177 | 32 |
| Dothan | 05/31/2006 | 06:04:45 | 3342027177 | 3342027177 | 2027177 | 3342023645 | 28 |
| Dothan | 05/31/2006 | 06:16:52 | 3342027177 | 3342027177 | *86 | 3342027177 | 73 |
| Dothan | 05/31/2006 | 06:16:52 | 3342027177 | 3342027177 | *86 | 3342027177 | 73 |
| Dothan | 05/31/2006 | 06:47:10 | 3342027177 | 3342027177 | 3342027177 | 3347902508 | 76 |
| Dothan | 05/31/2006 | 07:24:20 | 3342027177 | 3342027177 | 3342027177 | 3347902508 | 31 |

AD6272      Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06      (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 05/31/2006 | 07:34:22 | 3342027177 | 3342027177 | 3347902508 | 3342027177 | 83 |
| Dothan | 05/31/2006 | 07:51:05 | 3342027177 | 3342027177 | 2027177 | 3343990737 | 84 |
| Dothan | 05/31/2006 | 08:04:24 | 3342027177 | 3342027177 | 3343990737 | 3342027177 | 3 |
| Dothan | 05/31/2006 | 08:04:43 | 3342027177 | 3342027177 | 3347902508 | 3342027177 | 5 |
| Dothan | 05/31/2006 | 08:04:48 | 3342027177 | 3342027177 | 3347902508 | 3342027177 | 35 |
| Dothan | 05/31/2006 | 09:27:38 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 36 |
| Dothan | 05/31/2006 | 10:39:10 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 27 |
| Dothan | 05/31/2006 | 11:22:37 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 47 |
| Dothan | 05/31/2006 | 12:00:44 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 110 |
| Dothan | 05/31/2006 | 12:09:13 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 86 |
| Dothan | 05/31/2006 | 12:47:24 | 3342027177 | 3342027177 | 2027177 | 3343998888 | 44 |
| Dothan | 05/31/2006 | 13:41:52 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 28 |
| Dothan | 05/31/2006 | 13:42:38 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 235 |
| Dothan | 05/31/2006 | 14:45:46 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 148 |
| Dothan | 05/31/2006 | 14:53:21 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 131 |
| Dothan | 05/31/2006 | 14:55:56 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 74 |
| Dothan | 05/31/2006 | 14:57:45 | 3342027177 | 3342027177 | 13342070974 | 3342027177 | 8 |
| Dothan | 05/31/2006 | 14:57:59 | 3342027177 | 3342027177 | *86 | 3342027177 | 47 |
| Dothan | 05/31/2006 | 14:57:59 | 3342027177 | 3342027177 | *86 | 3342027177 | 47 |
| Dothan | 05/31/2006 | 14:59:23 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 7 |
| Dothan | 05/31/2006 | 14:59:48 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 32 |
| Dothan | 05/31/2006 | 15:00:34 | 3342027177 | 3342027177 | 13342063234 | 3342027177 | 25 |
| Dothan | 05/31/2006 | 15:08:46 | 3342027177 | 3342027177 | 2027177 | 3343181265 | 156 |
| Dothan | 05/31/2006 | 15:14:42 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 51 |
| Dothan | 05/31/2006 | 15:22:49 | 3342027177 | 3342027177 | 13342155000 | 3342027177 | 143 |
| Dothan | 05/31/2006 | 15:25:17 | 3342027177 | 3342027177 | 13342155000 | 3342027177 | 277 |
| Dothan | 05/31/2006 | 15:30:14 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 130 |
| Dothan | 05/31/2006 | 15:32:40 | 3342027177 | 3342027177 | 13342155000 | 3342027177 | 60 |
| Dothan | 05/31/2006 | 15:35:24 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 1260 |
| Dothan | 05/31/2006 | 15:36:27 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 50 |
| Dothan | 05/31/2006 | 16:43:18 | 3342027177 | 3342027177 | 13342630256 | 3342027177 | 129 |
| Dothan | 05/31/2006 | 16:46:26 | 3342027177 | 3342027177 | 13342630256 | 3342027177 | 37 |
| Dothan | 05/31/2006 | 16:50:55 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 62 |
| Dothan | 05/31/2006 | 17:49:07 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 05/31/2006 | 17:49:07 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 05/31/2006 | 17:49:39 | 3342027177 | 3342027177 | 13342063234 | 3342027177 | 729 |
| Dothan | 05/31/2006 | 18:13:44 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 2 |
| Dothan | 05/31/2006 | 18:22:32 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 2 |
| Dothan | 05/31/2006 | 18:42:30 | 3342027177 | 3342027177 | 2027177 | 6063446588 | 104 |
| Dothan | 05/31/2006 | 19:11:06 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 2 |
| Dothan | 06/01/2006 | 06:48:34 | 3342027177 | 3342027177 | 2027177 | 3348349567 | 67 |
| Dothan | 06/01/2006 | 06:54:41 | 3342027177 | 3342027177 | 2027177 | 3342628836 | 45 |
| Dothan | 06/01/2006 | 07:55:34 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 31 |
| Dothan | 06/01/2006 | 08:01:51 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 54 |
| Dothan | 06/01/2006 | 09:12:13 | 3342027177 | 3342027177 | 2027177 | 3342628836 | 82 |
| Dothan | 06/01/2006 | 09:23:57 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 95 |
| Dothan | 06/01/2006 | 09:27:23 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 73 |
| Dothan | 06/01/2006 | 09:46:55 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 150 |
| Dothan | 06/01/2006 | 11:23:38 | 3342027177 | 3342027177 | 2027177 | 3342881805 | 59 |
| Dothan | 06/01/2006 | 11:25:02 | 3342027177 | 3342027177 | 13346575372 | 3342027177 | 20 |

AD6272        Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06        (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/01/2006 | 11:25:39 | 3342027177 | 3342027177 | 13346575372 | 3342027177 | 72 |
| Dothan | 06/01/2006 | 11:32:14 | 3342027177 | 3342027177 | 2027177 | 3343653882 | 141 |
| Dothan | 06/01/2006 | 11:34:49 | 3342027177 | 3342027177 | 3342881805 | 3342027177 | 61 |
| Dothan | 06/01/2006 | 11:38:31 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 30 |
| Dothan | 06/01/2006 | 11:44:36 | 3342027177 | 3342027177 | 2027177 | 3343913459 | 119 |
| Dothan | 06/01/2006 | 11:44:45 | 3342027177 | 3342027177 | 2027177 | 7702654378 | 50 |
| Dothan | 06/01/2006 | 12:20:06 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 79 |
| Dothan | 06/01/2006 | 12:21:33 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 31 |
| Dothan | 06/01/2006 | 12:39:53 | 3342027177 | 3342027177 | 2027177 | 7702654378 | 135 |
| Dothan | 06/01/2006 | 14:54:19 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 120 |
| Dothan | 06/01/2006 | 14:58:13 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 35 |
| Dothan | 06/01/2006 | 15:07:09 | 3342027177 | 3342027177 | *86 | 3342027177 | 95 |
| Dothan | 06/01/2006 | 15:07:09 | 3342027177 | 3342027177 | *86 | 3342027177 | 95 |
| Dothan | 06/01/2006 | 15:49:37 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 127 |
| Dothan | 06/01/2006 | 15:51:55 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 269 |
| Dothan | 06/01/2006 | 16:01:10 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 485 |
| Dothan | 06/01/2006 | 16:13:50 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 180 |
| Dothan | 06/01/2006 | 16:18:12 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 119 |
| Dothan | 06/01/2006 | 17:01:08 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 247 |
| Dothan | 06/02/2006 | 05:25:20 | 3342027177 | 3342027177 | 2027177 | 3342628836 | 319 |
| Dothan | 06/02/2006 | 05:32:57 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 70 |
| Dothan | 06/02/2006 | 07:11:25 | 3342027177 | 3342027177 | 2027177 | 3343653882 | 49 |
| Dothan | 06/02/2006 | 07:12:27 | 3342027177 | 3342027177 | 13345385316 | 3342027177 | 93 |
| Dothan | 06/02/2006 | 07:15:09 | 3342027177 | 3342027177 | 3343653882 | 3342027177 | 21 |
| Dothan | 06/02/2006 | 13:49:16 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 279 |
| Dothan | 06/02/2006 | 14:37:11 | 3342027177 | 3342027177 | 13343125373 | 3342027177 | 61 |
| Dothan | 06/02/2006 | 14:38:22 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 45 |
| Dothan | 06/03/2006 | 06:41:15 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 101 |
| Dothan | 06/03/2006 | 08:04:14 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 35 |
| Dothan | 06/03/2006 | 08:04:59 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 25 |
| Dothan | 06/03/2006 | 08:18:14 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 239 |
| Dothan | 06/03/2006 | 12:04:04 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 60 |
| Dothan | 06/04/2006 | 12:58:03 | 3342027177 | 3342027177 | 2027177 | 2564906556 | 87 |
| Dothan | 06/04/2006 | 17:32:05 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 543 |
| Dothan | 06/05/2006 | 06:09:16 | 3342027177 | 3342027177 | 2027177 | 2564906556 | 68 |
| Dothan | 06/05/2006 | 10:03:54 | 3342027177 | 3342027177 | 2027177 | 2293001770 | 52 |
| Dothan | 06/05/2006 | 10:17:27 | 3342027177 | 3342027177 | 2027177 | 3343990737 | 65 |
| Dothan | 06/05/2006 | 10:39:18 | 3342027177 | 3342027177 | 2027177 | 3342628836 | 756 |
| Dothan | 06/05/2006 | 11:52:01 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 33 |
| Dothan | 06/05/2006 | 14:19:55 | 3342027177 | 3342027177 | 2027177 | 3342153588 | 40 |
| Dothan | 06/05/2006 | 16:03:05 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 34 |
| Dothan | 06/05/2006 | 17:11:10 | 3342027177 | 3342027177 | 2027177 | 3342027177 | 109 |
| Dothan | 06/05/2006 | 17:15:41 | 3342027177 | 3342027177 | 13343982794 | 3342027177 | 180 |
| Dothan | 06/05/2006 | 17:18:54 | 3342027177 | 3342027177 | 13343184300 | 3342027177 | 2 |
| Dothan | 06/05/2006 | 17:19:15 | 3342027177 | 3342027177 | 13343184300 | 3342027177 | 108 |
| Dothan | 06/05/2006 | 17:20:51 | 3342027177 | 3342027177 | 2027177 | 3342023645 | 86 |
| Dothan | 06/06/2006 | 06:00:28 | 3342027177 | 3342027177 | 2027177 | 3342023645 | 63 |
| Dothan | 06/06/2006 | 06:57:47 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 113 |
| Dothan | 06/06/2006 | 06:59:41 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 214 |
| Dothan | 06/06/2006 | 07:11:35 | 3342027177 | 3342027177 | 2027177 | 3342683626 | 101 |

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/06/2006 | 07:19:29 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 32 |
| Dothan | 06/06/2006 | 07:48:28 | 3342027177 | 3342027177 | 2027177 | 3346575733 | 73 |
| Dothan | 06/06/2006 | 07:49:58 | 3342027177 | 3342027177 | 2027177 | 3346575733 | 38 |
| Dothan | 06/06/2006 | 07:50:43 | 3342027177 | 3342027177 | 2027177 | 3346575733 | 133 |
| Dothan | 06/06/2006 | 08:33:46 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 60 |
| Dothan | 06/06/2006 | 09:50:50 | 3342027177 | 3342027177 | 2027177 | 3346738233 | 163 |
| Dothan | 06/06/2006 | 10:02:55 | 3342027177 | 3342027177 | 411 | 3342027177 | 67 |
| Dothan | 06/06/2006 | 10:04:14 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 53 |
| Dothan | 06/06/2006 | 10:12:21 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 31 |
| Dothan | 06/06/2006 | 10:16:15 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 45 |
| Dothan | 06/06/2006 | 10:17:24 | 3342027177 | 3342027177 | 12563786800 | 3342027177 | 107 |
| Dothan | 06/06/2006 | 10:19:41 | 3342027177 | 3342027177 | 12053656826 | 3342027177 | 77 |
| Dothan | 06/06/2006 | 10:21:42 | 3342027177 | 3342027177 | 13346738233 | 3342027177 | 49 |
| Dothan | 06/06/2006 | 10:23:17 | 3342027177 | 3342027177 | 13344061359 | 3342027177 | 68 |
| Dothan | 06/06/2006 | 11:01:33 | 3342027177 | 3342027177 | 2027177 | 3346738233 | 140 |
| Dothan | 06/06/2006 | 11:19:08 | 3342027177 | 3342027177 | 2027177 | 3343125373 | 64 |
| Dothan | 06/06/2006 | 13:53:44 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 162 |
| Dothan | 06/06/2006 | 15:34:42 | 3342027177 | 3342027177 | 2027177 | 3342727050 | 115 |
| Dothan | 06/06/2006 | 18:51:49 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 412 |
| Dothan | 06/06/2006 | 18:58:54 | 3342027177 | 3342027177 | *86 | 3342027177 | 158 |
| Dothan | 06/06/2006 | 18:58:54 | 3342027177 | 3342027177 | *86 | 3342027177 | 158 |
| Dothan | 06/06/2006 | 19:02:14 | 3342027177 | 3342027177 | 13342727050 | 3342027177 | 36 |
| Dothan | 06/06/2006 | 20:23:57 | 3342027177 | 3342027177 | 2027177 | 6063446588 | 64 |
| Dothan | 06/06/2006 | 20:27:39 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 119 |
| Dothan | 06/07/2006 | 08:02:50 | 3342027177 | 3342027177 | 2027177 | 3342628836 | 50 |
| Dothan | 06/07/2006 | 08:15:15 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 43 |
| Dothan | 06/07/2006 | 09:10:54 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 33 |
| Dothan | 06/07/2006 | 09:36:58 | 3342027177 | 3342027177 | 13346738233 | 3342027177 | 25 |
| Dothan | 06/07/2006 | 09:38:28 | 3342027177 | 3342027177 | 13344061359 | 3342027177 | 157 |
| Dothan | 06/07/2006 | 09:42:00 | 3342027177 | 3342027177 | 13345883892 | 3342027177 | 158 |
| Dothan | 06/07/2006 | 10:01:00 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 65 |
| Dothan | 06/07/2006 | 10:02:39 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 1499 |
| Dothan | 06/07/2006 | 10:04:26 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 69 |
| Dothan | 06/07/2006 | 10:31:51 | 3342027177 | 3342027177 | 13343121329 | 3342027177 | 431 |
| Dothan | 06/07/2006 | 10:46:32 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 23 |
| Dothan | 06/07/2006 | 10:48:03 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 28 |
| Dothan | 06/07/2006 | 10:48:57 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 34 |
| Dothan | 06/07/2006 | 10:49:58 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 368 |
| Dothan | 06/07/2006 | 11:09:35 | 3342027177 | 3342027177 | 13342157560 | 3342027177 | 82 |
| Dothan | 06/07/2006 | 11:21:05 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 177 |
| Dothan | 06/07/2006 | 11:24:21 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 304 |
| Dothan | 06/07/2006 | 11:29:18 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 26 |
| Dothan | 06/07/2006 | 11:33:15 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 128 |
| Dothan | 06/07/2006 | 11:55:59 | 3342027177 | 3342027177 | *86 | 3342027177 | 65 |
| Dothan | 06/07/2006 | 11:55:59 | 3342027177 | 3342027177 | *86 | 3342027177 | 65 |
| Dothan | 06/07/2006 | 12:46:01 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 30 |
| Dothan | 06/07/2006 | 12:52:29 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 48 |
| Dothan | 06/07/2006 | 13:13:05 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 22 |
| Dothan | 06/07/2006 | 13:25:14 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 224 |
| Dothan | 06/07/2006 | 13:29:19 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 151 |

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/07/2006 | 13:33:27 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 104 |
| Dothan | 06/07/2006 | 13:59:18 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 471 |
| Dothan | 06/07/2006 | 14:21:06 | 3342027177 | 3342027177 | 13342694351 | 3342027177 | 68 |
| Dothan | 06/07/2006 | 14:53:47 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 32 |
| Dothan | 06/07/2006 | 15:10:53 | 3342027177 | 3342027177 | 2027177 | 3343982794 | 367 |
| Dothan | 06/07/2006 | 16:01:00 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 399 |
| Dothan | 06/07/2006 | 16:12:45 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 1448 |
| Dothan | 06/07/2006 | 18:19:13 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 30 |
| Dothan | 06/07/2006 | 18:19:50 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 1577 |
| Dothan | 06/08/2006 | 05:07:09 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 748 |
| Dothan | 06/08/2006 | 08:21:36 | 3342027177 | 3342027177 | 2027177 | 3342402223 | 100 |
| Dothan | 06/08/2006 | 08:23:25 | 3342027177 | 3342027177 | *86 | 3342027177 | 31 |
| Dothan | 06/08/2006 | 08:23:25 | 3342027177 | 3342027177 | *86 | 3342027177 | 31 |
| Dothan | 06/08/2006 | 08:37:36 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 719 |
| Dothan | 06/08/2006 | 09:26:26 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 338 |
| Dothan | 06/08/2006 | 10:07:05 | 3342027177 | 3342027177 | 2027177 | 3343653882 | 73 |
| Dothan | 06/08/2006 | 10:19:40 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 40 |
| Dothan | 06/08/2006 | 10:48:19 | 3342027177 | 3342027177 | 13345883892 | 3342027177 | 184 |
| Dothan | 06/08/2006 | 11:01:26 | 3342027177 | 3342027177 | 2027177 | 3342683626 | 27 |
| Dothan | 06/08/2006 | 11:35:27 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 579 |
| Dothan | 06/08/2006 | 12:20:02 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 58 |
| Dothan | 06/08/2006 | 12:39:47 | 3342027177 | 3342027177 | 2725524 | 3342027177 | 105 |
| Dothan | 06/08/2006 | 12:46:21 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 113 |
| Dothan | 06/08/2006 | 12:50:06 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 68 |
| Dothan | 06/08/2006 | 14:49:07 | 3342027177 | 3342027177 | 2027177 | 3342626431 | 62 |
| Dothan | 06/08/2006 | 15:46:53 | 3342027177 | 3342027177 | *86 | 3342027177 | 56 |
| Dothan | 06/08/2006 | 15:46:53 | 3342027177 | 3342027177 | *86 | 3342027177 | 56 |
| Dothan | 06/08/2006 | 15:48:08 | 3342027177 | 3342027177 | 13346575372 | 3342027177 | 45 |
| Dothan | 06/08/2006 | 15:50:03 | 3342027177 | 3342027177 | 3342683626 | 3342027177 | 26 |
| Dothan | 06/08/2006 | 15:51:20 | 3342027177 | 3342027177 | 13346575372 | 3342027177 | 26 |
| Dothan | 06/08/2006 | 15:52:09 | 3342027177 | 3342027177 | 2027177 | 3346575372 | 3 |
| Dothan | 06/08/2006 | 15:52:33 | 3342027177 | 3342027177 | 13346575372 | 3342027177 | 115 |
| Dothan | 06/08/2006 | 15:54:46 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 15 |
| Dothan | 06/08/2006 | 15:55:40 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 30 |
| Dothan | 06/08/2006 | 15:57:14 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 113 |
| Dothan | 06/08/2006 | 17:25:26 | 3342027177 | 3342027177 | *86 | 3342027177 | 17 |
| Dothan | 06/08/2006 | 17:25:26 | 3342027177 | 3342027177 | *86 | 3342027177 | 17 |
| Dothan | 06/08/2006 | 17:26:05 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 1705 |
| Dothan | 06/08/2006 | 17:55:18 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 234 |
| Dothan | 06/09/2006 | 05:20:19 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 189 |
| Dothan | 06/09/2006 | 06:29:41 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 60 |
| Dothan | 06/09/2006 | 06:59:22 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 1013 |
| Dothan | 06/09/2006 | 07:08:48 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 29 |
| Dothan | 06/09/2006 | 07:16:21 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 240 |
| Dothan | 06/09/2006 | 07:22:50 | 3342027177 | 3342027177 | 13345883892 | 3342027177 | 145 |
| Dothan | 06/09/2006 | 07:33:35 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 27 |
| Dothan | 06/09/2006 | 07:34:17 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 628 |
| Dothan | 06/09/2006 | 07:47:46 | 3342027177 | 3342027177 | 13342621091 | 3342027177 | 123 |
| Dothan | 06/09/2006 | 07:50:36 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 216 |
| Dothan | 06/09/2006 | 07:58:04 | 3342027177 | 3342027177 | 13342621091 | 3342027177 | 90 |

AD6272        Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06        (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/09/2006 | 07:59:57 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 41 |
| Dothan | 06/09/2006 | 08:00:59 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 51 |
| Dothan | 06/09/2006 | 08:03:38 | 3342027177 | 3342027177 | 2027177 | 3342071212 | 32 |
| Dothan | 06/09/2006 | 08:06:58 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 75 |
| Dothan | 06/09/2006 | 08:08:36 | 3342027177 | 3342027177 | 2245470 | 3342027177 | 74 |
| Dothan | 06/09/2006 | 08:10:01 | 3342027177 | 3342027177 | 2633892 | 3342027177 | 84 |
| Dothan | 06/09/2006 | 08:11:42 | 3342027177 | 3342027177 | 13342602377 | 3342027177 | 481 |
| Dothan | 06/09/2006 | 08:19:37 | 3342027177 | 3342027177 | 2027177 | 3342626432 | 31 |
| Dothan | 06/09/2006 | 08:28:55 | 3342027177 | 3342027177 | 2027177 | 3343192163 | 827 |
| Dothan | 06/09/2006 | 08:43:10 | 3342027177 | 3342027177 | 13342621091 | 3342027177 | 133 |
| Dothan | 06/09/2006 | 08:47:00 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 25 |
| Dothan | 06/09/2006 | 08:47:33 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 588 |
| Dothan | 06/09/2006 | 08:57:06 | 3342027177 | 3342027177 | 2027177 | 3342633892 | 1113 |
| Dothan | 06/09/2006 | 09:16:18 | 3342027177 | 3342027177 | 13342155000 | 3342027177 | 53 |
| Dothan | 06/09/2006 | 09:17:26 | 3342027177 | 3342027177 | 13342024092 | 3342027177 | 73 |
| Dothan | 06/09/2006 | 09:22:14 | 3342027177 | 3342027177 | 2418055 | 3342027177 | 59 |
| Dothan | 06/09/2006 | 09:24:21 | 3342027177 | 3342027177 | 13342621091 | 3342027177 | 86 |
| Dothan | 06/09/2006 | 09:39:15 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 43 |
| Dothan | 06/09/2006 | 10:22:46 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 32 |
| Dothan | 06/09/2006 | 10:22:49 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 5 |
| Dothan | 06/09/2006 | 10:22:57 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 5 |
| Dothan | 06/09/2006 | 10:23:18 | 3342027177 | 3342027177 | 2027177 | 6065286542 | 32 |
| Dothan | 06/09/2006 | 10:25:26 | 3342027177 | 3342027177 | 2027177 | 6063446588 | 30 |
| Dothan | 06/09/2006 | 10:26:07 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 32 |
| Dothan | 06/09/2006 | 10:39:05 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 21 |
| Dothan | 06/09/2006 | 10:39:49 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 26 |
| Dothan | 06/09/2006 | 10:49:29 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 30 |
| Dothan | 06/09/2006 | 10:49:39 | 3342027177 | 3342027177 | 2027177 | 3342027177 | 5 |
| Dothan | 06/09/2006 | 10:49:52 | 3342027177 | 3342027177 | 2027177 | 3342027177 | 30 |
| Dothan | 06/09/2006 | 11:34:00 | 3342027177 | 3342027177 | 2027177 | 3344624075 | 76 |
| Dothan | 06/09/2006 | 12:02:46 | 3342027177 | 3342027177 | 3344624075 | 3342027177 | 289 |
| Dothan | 06/09/2006 | 12:09:12 | 3342027177 | 3342027177 | *86 | 3342027177 | 51 |
| Dothan | 06/09/2006 | 12:09:12 | 3342027177 | 3342027177 | *86 | 3342027177 | 51 |
| Dothan | 06/09/2006 | 13:45:43 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 143 |
| Dothan | 06/09/2006 | 13:48:15 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 32 |
| Dothan | 06/09/2006 | 15:30:17 | 3342027177 | 3342027177 | 2027177 | 3347823108 | 120 |
| Dothan | 06/09/2006 | 15:31:53 | 3342027177 | 3342027177 | 2027177 | 3342622816 | 259 |
| Dothan | 06/09/2006 | 15:36:20 | 3342027177 | 3342027177 | 3347823108 | 3342027177 | 796 |
| Dothan | 06/09/2006 | 16:04:25 | 3342027177 | 3342027177 | 2027177 | 3347418305 | 419 |
| Dothan | 06/09/2006 | 19:12:37 | 3342027177 | 3342027177 | 2027177 | 3343192262 | 39 |
| Dothan | 06/09/2006 | 19:14:16 | 3342027177 | 3342027177 | 2027177 | 3343192262 | 208 |
| Dothan | 06/10/2006 | 05:15:33 | 3342027177 | 3342027177 | 2027177 | 3343125373 | 53 |
| Dothan | 06/10/2006 | 05:23:10 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 48 |
| Dothan | 06/10/2006 | 07:27:04 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 263 |
| Dothan | 06/10/2006 | 07:31:50 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 75 |
| Dothan | 06/10/2006 | 07:33:59 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 384 |
| Dothan | 06/10/2006 | 08:40:27 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 32 |
| Dothan | 06/10/2006 | 08:41:30 | 3342027177 | 3342027177 | 13348501858 | 3342027177 | 74 |
| Dothan | 06/10/2006 | 08:41:47 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 6 |
| Dothan | 06/10/2006 | 08:42:23 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 28 |

AD6272        Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06        (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/10/2006 | 08:43:56 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 171 |
| Dothan | 06/10/2006 | 10:14:01 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 103 |
| Dothan | 06/10/2006 | 15:47:10 | 3342027177 | 3342027177 | 228* | 3342027177 | 10 |
| Dothan | 06/10/2006 | 15:47:29 | 3342027177 | 3342027177 | *228 | 3342027177 | 65 |
| Dothan | 06/11/2006 | 12:05:05 | 3342027177 | 3342027177 | 2027177 | 7709225415 | 146 |
| Dothan | 06/11/2006 | 13:03:28 | 3342027177 | 3342027177 | 7709225415 | 3342027177 | 718 |
| Dothan | 06/12/2006 | 05:34:51 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 31 |
| Dothan | 06/12/2006 | 05:45:51 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 57 |
| Dothan | 06/12/2006 | 05:48:25 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 55 |
| Dothan | 06/12/2006 | 05:49:35 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 46 |
| Dothan | 06/12/2006 | 06:30:53 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 47 |
| Dothan | 06/12/2006 | 08:07:37 | 3342027177 | 3342027177 | 2027177 | 3342857331 | 32 |
| Dothan | 06/12/2006 | 08:27:20 | 3342027177 | 3342027177 | 18006223867 | 3342027177 | 219 |
| Dothan | 06/12/2006 | 08:33:29 | 3342027177 | 3342027177 | 18005354372 | 3342027177 | 39 |
| Dothan | 06/12/2006 | 08:34:56 | 3342027177 | 3342027177 | 13343181648 | 3342027177 | 271 |
| Dothan | 06/12/2006 | 08:40:36 | 3342027177 | 3342027177 | 18005354372 | 3342027177 | 19 |
| Dothan | 06/12/2006 | 08:44:42 | 3342027177 | 3342027177 | 2027177 | 6065286542 | 544 |
| Dothan | 06/12/2006 | 08:54:44 | 3342027177 | 3342027177 | 18005354372 | 3342027177 | 11 |
| Dothan | 06/12/2006 | 08:55:22 | 3342027177 | 3342027177 | 13343181648 | 3342027177 | 324 |
| Dothan | 06/12/2006 | 09:01:35 | 3342027177 | 3342027177 | 18005354372 | 3342027177 | 131 |
| Dothan | 06/12/2006 | 09:03:59 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 6 |
| Dothan | 06/12/2006 | 09:04:20 | 3342027177 | 3342027177 | 13343181648 | 3342027177 | 158 |
| Dothan | 06/12/2006 | 09:04:51 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 29 |
| Dothan | 06/12/2006 | 09:07:08 | 3342027177 | 3342027177 | 18005354372 | 3342027177 | 94 |
| Dothan | 06/12/2006 | 09:11:44 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 26 |
| Dothan | 06/12/2006 | 09:24:07 | 3342027177 | 3342027177 | 2027177 | 3342633892 | 107 |
| Dothan | 06/12/2006 | 09:56:06 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 27 |
| Dothan | 06/12/2006 | 10:15:01 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 23 |
| Dothan | 06/12/2006 | 11:00:48 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 23 |
| Dothan | 06/12/2006 | 11:02:05 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 828 |
| Dothan | 06/12/2006 | 11:16:17 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 165 |
| Dothan | 06/12/2006 | 12:13:05 | 3342027177 | 3342027177 | 2027177 | 3343031844 | 90 |
| Dothan | 06/12/2006 | 12:24:30 | 3342027177 | 3342027177 | 2418055 | 3342027177 | 55 |
| Dothan | 06/12/2006 | 12:25:32 | 3342027177 | 3342027177 | *86 | 3342027177 | 15 |
| Dothan | 06/12/2006 | 12:25:32 | 3342027177 | 3342027177 | *86 | 3342027177 | 15 |
| Dothan | 06/12/2006 | 12:52:43 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 126 |
| Dothan | 06/12/2006 | 13:23:39 | 3342027177 | 3342027177 | 2027177 | 3342240574 | 313 |
| Dothan | 06/12/2006 | 13:34:12 | 3342027177 | 3342027177 | 2027177 | 2293001770 | 30 |
| Dothan | 06/12/2006 | 14:30:46 | 3342027177 | 3342027177 | 13343181648 | 3342027177 | 70 |
| Dothan | 06/12/2006 | 14:32:14 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 510 |
| Dothan | 06/12/2006 | 14:45:25 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 06/12/2006 | 14:45:25 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 06/12/2006 | 14:45:54 | 3342027177 | 3342027177 | 13342418055 | 3342027177 | 21 |
| Dothan | 06/12/2006 | 15:20:18 | 3342027177 | 3342027177 | 3342240574 | 3342027177 | 89 |
| Dothan | 06/12/2006 | 15:39:31 | 3342027177 | 3342027177 | 2027177 | 3343125373 | 53 |
| Dothan | 06/12/2006 | 15:40:23 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 67 |
| Dothan | 06/12/2006 | 15:42:19 | 3342027177 | 3342027177 | 2027177 | 3343125373 | 36 |
| Dothan | 06/12/2006 | 15:57:54 | 3342027177 | 3342027177 | 2027177 | 2293001770 | 53 |
| Dothan | 06/12/2006 | 16:27:57 | 3342027177 | 3342027177 | 2027177 | 3342418000 | 191 |
| Dothan | 06/12/2006 | 16:29:31 | 3342027177 | 3342027177 | 2027177 | 3342240574 | 29 |

AD6272         Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06         (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/12/2006 | 16:31:05 | 3342027177 | 3342027177 | 2027177 | 3342240574 | 3 |
| Dothan | 06/12/2006 | 16:31:08 | 3342027177 | 3342027177 | 2027177 | 3342240574 | 213 |
| Dothan | 06/12/2006 | 16:34:27 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 139 |
| Dothan | 06/13/2006 | 06:01:01 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 1860 |
| Dothan | 06/13/2006 | 07:20:45 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 953 |
| Dothan | 06/13/2006 | 07:36:26 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 92 |
| Dothan | 06/13/2006 | 07:38:38 | 3342027177 | 3342027177 | 13346738233 | 3342027177 | 21 |
| Dothan | 06/13/2006 | 07:39:22 | 3342027177 | 3342027177 | 13346738233 | 3342027177 | 10 |
| Dothan | 06/13/2006 | 07:40:10 | 3342027177 | 3342027177 | 13347977888 | 3342027177 | 478 |
| Dothan | 06/13/2006 | 07:48:36 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 613 |
| Dothan | 06/13/2006 | 08:27:03 | 3342027177 | 3342027177 | 17706064052 | 3342027177 | 332 |
| Dothan | 06/13/2006 | 08:35:40 | 3342027177 | 3342027177 | 12059665908 | 3342027177 | 45 |
| Dothan | 06/13/2006 | 08:42:30 | 3342027177 | 3342027177 | 2027177 | 7706064052 | 92 |
| Dothan | 06/13/2006 | 08:44:17 | 3342027177 | 3342027177 | 2027177 | 3343125373 | 48 |
| Dothan | 06/13/2006 | 09:40:43 | 3342027177 | 3342027177 | *86 | 3342027177 | 18 |
| Dothan | 06/13/2006 | 09:40:43 | 3342027177 | 3342027177 | *86 | 3342027177 | 18 |
| Dothan | 06/13/2006 | 09:56:43 | 3342027177 | 3342027177 | 13342157560 | 3342027177 | 73 |
| Dothan | 06/13/2006 | 10:01:32 | 3342027177 | 3342027177 | 13342621091 | 3342027177 | 79 |
| Dothan | 06/13/2006 | 10:44:18 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 34 |
| Dothan | 06/13/2006 | 10:45:36 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 71 |
| Dothan | 06/13/2006 | 10:48:43 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 38 |
| Dothan | 06/13/2006 | 11:11:44 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 2 |
| Dothan | 06/13/2006 | 11:13:19 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 6 |
| Dothan | 06/13/2006 | 11:43:08 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 254 |
| Dothan | 06/13/2006 | 13:17:25 | 3342027177 | 3342027177 | 13342157560 | 3342027177 | 133 |
| Dothan | 06/13/2006 | 13:33:00 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 147 |
| Dothan | 06/13/2006 | 13:49:41 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 120 |
| Dothan | 06/13/2006 | 14:00:37 | 3342027177 | 3342027177 | 2027177 | 3343125373 | 108 |
| Dothan | 06/13/2006 | 14:25:32 | 3342027177 | 3342027177 | 13343181648 | 3342027177 | 206 |
| Dothan | 06/13/2006 | 14:39:16 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 60 |
| Dothan | 06/13/2006 | 16:18:34 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 06/13/2006 | 16:18:34 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 06/13/2006 | 17:34:57 | 3342027177 | 3342027177 | 2027177 | 3342628836 | 392 |
| Dothan | 06/13/2006 | 18:11:03 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 517 |
| Dothan | 06/14/2006 | 05:06:26 | 3342027177 | 3342027177 | 13342153336 | 3342027177 | 0 |
| Dothan | 06/14/2006 | 06:22:42 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 52 |
| Dothan | 06/14/2006 | 06:58:38 | 3342027177 | 3342027177 | 2027177 | 3343913459 | 656 |
| Dothan | 06/14/2006 | 07:13:16 | 3342027177 | 3342027177 | 13342418055 | 3342027177 | 57 |
| Dothan | 06/14/2006 | 07:22:25 | 3342027177 | 3342027177 | 13342418055 | 3342027177 | 42 |
| Dothan | 06/14/2006 | 07:22:39 | 3342027177 | 3342027177 | 2027177 | 3345465060 | 28 |
| Dothan | 06/14/2006 | 07:23:07 | 3342027177 | 3342027177 | 13342418055 | 3342027177 | 4 |
| Dothan | 06/14/2006 | 08:10:25 | 3342027177 | 3342027177 | 2027177 | 3342627595 | 78 |
| Dothan | 06/14/2006 | 08:22:24 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 70 |
| Dothan | 06/14/2006 | 08:51:01 | 3342027177 | 3342027177 | *86 | 3342027177 | 50 |
| Dothan | 06/14/2006 | 08:51:01 | 3342027177 | 3342027177 | *86 | 3342027177 | 50 |
| Dothan | 06/14/2006 | 08:52:18 | 3342027177 | 3342027177 | *86 | 3342027177 | 60 |
| Dothan | 06/14/2006 | 08:52:18 | 3342027177 | 3342027177 | *86 | 3342027177 | 60 |
| Dothan | 06/14/2006 | 08:53:47 | 3342027177 | 3342027177 | 3345465060 | 3342027177 | 16 |
| Dothan | 06/14/2006 | 08:54:24 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 242 |
| Dothan | 06/14/2006 | 08:59:26 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 392 |

AD6272        Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06        (334) 202-7177