| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/14/2006 | 09:11:08 | 3342027177 | 3342027177 | 2027177 | 3348348480 | 749 |
| Dothan | 06/14/2006 | 09:23:44 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 19 |
| Dothan | 06/14/2006 | 09:24:11 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 532 |
| Dothan | 06/14/2006 | 10:46:04 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 06/14/2006 | 10:46:04 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 06/14/2006 | 10:48:05 | 3342027177 | 3342027177 | 2027177 | 3342633892 | 612 |
| Dothan | 06/14/2006 | 10:58:04 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 87 |
| Dothan | 06/14/2006 | 11:01:49 | 3342027177 | 3342027177 | 13342155000 | 3342027177 | 504 |
| Dothan | 06/14/2006 | 11:14:31 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 1005 |
| Dothan | 06/14/2006 | 11:14:34 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 6 |
| Dothan | 06/14/2006 | 11:50:40 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 34 |
| Dothan | 06/14/2006 | 11:51:23 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 669 |
| Dothan | 06/14/2006 | 12:03:30 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 29 |
| Dothan | 06/14/2006 | 12:15:54 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 169 |
| Dothan | 06/14/2006 | 12:28:10 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 51 |
| Dothan | 06/14/2006 | 13:09:52 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 320 |
| Dothan | 06/14/2006 | 13:37:15 | 3342027177 | 3342027177 | 2027177 | 3342418000 | 54 |
| Dothan | 06/14/2006 | 13:52:23 | 3342027177 | 3342027177 | 13343982794 | 3342027177 | 644 |
| Dothan | 06/14/2006 | 13:57:54 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 134 |
| Dothan | 06/14/2006 | 14:02:55 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 278 |
| Dothan | 06/14/2006 | 14:10:28 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 86 |
| Dothan | 06/14/2006 | 14:15:00 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 40 |
| Dothan | 06/14/2006 | 14:16:54 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 421 |
| Dothan | 06/14/2006 | 14:25:22 | 3342027177 | 3342027177 | 2027177 | 3343998888 | 212 |
| Dothan | 06/14/2006 | 14:43:23 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 35 |
| Dothan | 06/14/2006 | 14:45:16 | 3342027177 | 3342027177 | 2027177 | 6063446588 | 199 |
| Dothan | 06/14/2006 | 15:03:48 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 588 |
| Dothan | 06/14/2006 | 16:12:56 | 3342027177 | 3342027177 | 2027177 | 3343125373 | 89 |
| Dothan | 06/14/2006 | 16:15:15 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 32 |
| Dothan | 06/14/2006 | 16:15:59 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 29 |
| Dothan | 06/14/2006 | 16:28:00 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 1543 |
| Dothan | 06/14/2006 | 16:54:13 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 23 |
| Dothan | 06/14/2006 | 16:54:47 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 88 |
| Dothan | 06/14/2006 | 16:54:50 | 3342027177 | 3342027177 | 2027177 | 3346575372 | 5 |
| Dothan | 06/14/2006 | 17:20:15 | 3342027177 | 3342027177 | 13342153336 | 3342027177 | 975 |
| Dothan | 06/14/2006 | 20:10:55 | 3342027177 | 3342027177 | 2027177 | 3343662489 | 47 |
| Dothan | 06/14/2006 | 20:11:42 | 3342027177 | 3342027177 | 3343662489 | 3342027177 | 1659 |
| Dothan | 06/15/2006 | 06:08:13 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 70 |
| Birmingham | 06/15/2006 | 07:05:05 | 3342027177 | 3342027177 | 13343184300 | 3342027177 | 21 |
| Dothan | 06/15/2006 | 07:27:25 | 3342027177 | 3342027177 | 2027177 | 2293001770 | 132 |
| Birmingham | 06/15/2006 | 07:27:27 | 3342027177 | 3342027177 | 3342027177 | 2293001770 | 129 |
| Birmingham | 06/15/2006 | 07:29:55 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 34 |
| Birmingham | 06/15/2006 | 07:30:55 | 3342027177 | 3342027177 | 13343181648 | 3342027177 | 7 |
| Birmingham | 06/15/2006 | 07:31:12 | 3342027177 | 3342027177 | 13343181648 | 3342027177 | 5 |
| Birmingham | 06/15/2006 | 07:32:02 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 206 |
| Birmingham | 06/15/2006 | 07:36:49 | 3342027177 | 3342027177 | 2293001770 | 3342027177 | 52 |
| Birmingham | 06/15/2006 | 07:42:17 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 183 |
| Birmingham | 06/15/2006 | 07:45:44 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 138 |
| Birmingham | 06/15/2006 | 07:55:37 | 3342027177 | 3342027177 | 12059665908 | 3342027177 | 39 |
| Dothan | 06/15/2006 | 08:13:16 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 136 |

AD6272       Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06       (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Birmingham | 06/15/2006 | 08:13:20 | 3342027177 | 3342027177 | 3342027177 | 3342023983 | 130 |
| Dothan | 06/15/2006 | 09:09:49 | 3342027177 | 3342027177 | 2027177 | 3342630278 | 253 |
| Birmingham | 06/15/2006 | 09:09:54 | 3342027177 | 3342027177 | 3342027177 | 3342630278 | 249 |
| Huntsville | 06/15/2006 | 09:10:55 | 3342027177 | 3342027177 | 0 | 0 | 189 |
| Dothan | 06/15/2006 | 09:13:31 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 29 |
| Birmingham | 06/15/2006 | 09:13:32 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 27 |
| Huntsville | 06/15/2006 | 09:14:20 | 3342027177 | 3342027177 | 13343184300 | 3342027177 | 125 |
| Dothan | 06/15/2006 | 10:08:22 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 74 |
| Dothan | 06/15/2006 | 10:34:52 | 3342027177 | 3342027177 | 2027177 | 6063446588 | 189 |
| EastTN | 06/15/2006 | 11:08:22 | 3342027177 | 3342027177 | 3342027177 | 3342901454 | 67 |
| Dothan | 06/15/2006 | 11:23:23 | 3342027177 | 3342027177 | 2027177 | 6784278756 | 265 |
| Dothan | 06/15/2006 | 11:30:44 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 261 |
| EastTN | 06/15/2006 | 11:34:49 | 3342027177 | 3342027177 | 3342027177 | 6063446588 | 185 |
| EastTN | 06/15/2006 | 11:45:53 | 3342027177 | 3342027177 | 13343184300 | 3342027177 | 219 |
| EastTN | 06/15/2006 | 12:17:35 | 3342027177 | 3342027177 | 13343184300 | 3342027177 | 72 |
| EastTN | 06/15/2006 | 12:19:47 | 3342027177 | 3342027177 | 16784278756 | 3342027177 | 67 |
| EastTN | 06/15/2006 | 12:23:22 | 3342027177 | 3342027177 | 3342027177 | 6784278756 | 261 |
| EastTN | 06/15/2006 | 12:30:43 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 256 |
| Dothan | 06/15/2006 | 12:33:35 | 3342027177 | 3342027177 | 2027177 | 3342027177 | 23 |
| EastTN | 06/15/2006 | 13:33:29 | 3342027177 | 3342027177 | *86 | 3342027177 | 23 |
| Dothan | 06/15/2006 | 14:10:05 | 3342027177 | 3342027177 | 2027177 | 3343982794 | 26 |
| Dothan | 06/15/2006 | 14:45:10 | 3342027177 | 3342027177 | 2027177 | 3342775302 | 66 |
| Dothan | 06/15/2006 | 14:48:30 | 3342027177 | 3342027177 | 2027177 | 3342775301 | 35 |
| EastTN | 06/15/2006 | 15:10:04 | 3342027177 | 3342027177 | 3342027177 | 3343982794 | 22 |
| Dothan | 06/15/2006 | 15:29:55 | 3342027177 | 3342027177 | 2027177 | 3346738233 | 63 |
| EastTN | 06/15/2006 | 15:45:09 | 3342027177 | 3342027177 | 3342027177 | 3342775302 | 24 |
| EastTN | 06/15/2006 | 15:48:29 | 3342027177 | 3342027177 | 3342027177 | 3342775301 | 24 |
| Dothan | 06/15/2006 | 15:59:58 | 3342027177 | 3342027177 | 2027177 | 3346575372 | 54 |
| Dothan | 06/15/2006 | 16:00:14 | 3342027177 | 3342027177 | 2027177 | 3342775302 | 17 |
| EastTN | 06/15/2006 | 16:29:54 | 3342027177 | 3342027177 | 3342027177 | 3346738233 | 24 |
| EastTN | 06/15/2006 | 16:59:57 | 3342027177 | 3342027177 | 3342027177 | 3346575372 | 24 |
| Dothan | 06/16/2006 | 05:20:10 | 3342027177 | 3342027177 | 2027177 | 3342027177 | 52 |
| EastTN | 06/16/2006 | 06:20:10 | 3342027177 | 3342027177 | *86 | 3342027177 | 53 |
| Dothan | 06/16/2006 | 08:02:30 | 3342027177 | 3342027177 | 2027177 | 3346575733 | 28 |
| Dothan | 06/16/2006 | 08:53:42 | 3342027177 | 3342027177 | 2027177 | 3342775301 | 31 |
| Greenville2 | 06/16/2006 | 09:02:31 | 3342027177 | 3342027177 | 8283370394 | 3346575733 | 22 |
| Greenville2 | 06/16/2006 | 09:53:43 | 3342027177 | 3342027177 | 8283370427 | 3342775301 | 22 |
| Dothan | 06/16/2006 | 10:16:00 | 3342027177 | 3342027177 | 2027177 | 3342027177 | 15 |
| EastTN | 06/16/2006 | 10:33:21 | 3342027177 | 3342027177 | 13346738233 | 3342027177 | 27 |
| EastTN | 06/16/2006 | 10:36:23 | 3342027177 | 3342027177 | 13347977888 | 3342027177 | 375 |
| EastTN | 06/16/2006 | 11:15:59 | 3342027177 | 3342027177 | *86 | 3342027177 | 16 |
| Dothan | 06/16/2006 | 11:34:48 | 3342027177 | 3342027177 | 2027177 | 3342775302 | 35 |
| EastTN | 06/16/2006 | 12:34:52 | 3342027177 | 3342027177 | 3342027177 | 3342775302 | 24 |
| Dothan | 06/16/2006 | 13:10:06 | 3342027177 | 3342027177 | 2027177 | 3342157952 | 36 |
| Dothan | 06/16/2006 | 14:03:55 | 3342027177 | 3342027177 | 2027177 | 3342775302 | 71 |
| EastTN | 06/16/2006 | 15:04:00 | 3342027177 | 3342027177 | 3342027177 | 3342775302 | 24 |
| EastTN | 06/16/2006 | 15:08:09 | 3342027177 | 3342027177 | 3342775302 | 3342027177 | 46 |
| Dothan | 06/16/2006 | 17:23:29 | 3342027177 | 3342027177 | 2027177 | 3342027177 | 32 |
| Dothan | 06/16/2006 | 18:04:05 | 3342027177 | 3342027177 | 2027177 | 6784278756 | 97 |
| EastTN | 06/16/2006 | 18:23:29 | 3342027177 | 3342027177 | *86 | 3342027177 | 32 |

AD6272     Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06     (334) 202-7177

Case 2:05-cv-01026-CSC   Document 101-18   Filed 02/23/2007   Page 3 of 11

Page 22 of 28

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| EastTN | 06/16/2006 | 19:04:10 | 3342027177 | 3342027177 | 3342027177 | 6784278756 | 24 |
| Dothan | 06/17/2006 | 07:45:23 | 3342027177 | 3342027177 | 2027177 | 3342027177 | 20 |
| Dothan | 06/17/2006 | 07:53:59 | 3342027177 | 3342027177 | 2027177 | 6784278756 | 73 |
| EastTN | 06/17/2006 | 08:44:13 | 3342027177 | 3342027177 | 16784278756 | 3342027177 | 59 |
| EastTN | 06/17/2006 | 08:45:23 | 3342027177 | 3342027177 | *86 | 3342027177 | 20 |
| EastTN | 06/17/2006 | 08:54:04 | 3342027177 | 3342027177 | 3342027177 | 6784278756 | 24 |
| EastTN | 06/17/2006 | 08:58:57 | 3342027177 | 3342027177 | 16784278756 | 3342027177 | 133 |
| EastTN | 06/17/2006 | 09:07:11 | 3342027177 | 3342027177 | 16784278756 | 3342027177 | 271 |
| Dothan | 06/17/2006 | 16:07:42 | 3342027177 | 3342027177 | 2027177 | 6784278756 | 33 |
| EastTN | 06/17/2006 | 17:07:48 | 3342027177 | 3342027177 | 3342027177 | 6784278756 | 24 |
| Dothan | 06/18/2006 | 08:00:17 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 203 |
| EastTN | 06/18/2006 | 09:00:23 | 3342027177 | 3342027177 | 3342027177 | 3343184300 | 196 |
| EastTN | 06/18/2006 | 09:28:14 | 3342027177 | 3342027177 | 16784278756 | 3342027177 | 670 |
| Huntsville | 06/18/2006 | 10:02:42 | 3342027177 | 3342027177 | 13343184300 | 3342027177 | 226 |
| EastTN | 06/18/2006 | 10:06:46 | 3342027177 | 3342027177 | 16063446588 | 3342027177 | 682 |
| EastTN | 06/18/2006 | 10:51:00 | 3342027177 | 3342027177 | 13343184300 | 3342027177 | 90 |
| Birmingham | 06/18/2006 | 11:28:24 | 3342027177 | 3342027177 | *86 | 3342027177 | 88 |
| Dothan | 06/18/2006 | 11:28:28 | 3342027177 | 3342027177 | 2027177 | 3342027177 | 87 |
| Dothan | 06/18/2006 | 18:14:42 | 3342027177 | 3342027177 | 13348501858 | 3342027177 | 27 |
| Dothan | 06/18/2006 | 20:29:54 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 28 |
| Dothan | 06/19/2006 | 07:28:37 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 91 |
| Dothan | 06/19/2006 | 07:32:12 | 3342027177 | 3342027177 | 17706064052 | 3342027177 | 109 |
| Dothan | 06/19/2006 | 07:43:15 | 3342027177 | 3342027177 | 2027177 | 2292421724 | 981 |
| Dothan | 06/19/2006 | 08:03:20 | 3342027177 | 3342027177 | 3342027177 | 3344191300 | 96 |
| Dothan | 06/19/2006 | 08:03:22 | 3342027177 | 3342027177 | 2027177 | 2292421724 | 2 |
| Dothan | 06/19/2006 | 08:21:00 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 36 |
| Dothan | 06/19/2006 | 08:26:14 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 74 |
| Dothan | 06/19/2006 | 08:51:06 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 63 |
| Birmingham | 06/19/2006 | 09:07:15 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 411 |
| Birmingham | 06/19/2006 | 09:14:12 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 20 |
| Birmingham | 06/19/2006 | 09:14:57 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 465 |
| Birmingham | 06/19/2006 | 09:22:56 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 460 |
| Birmingham | 06/19/2006 | 09:30:50 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 30 |
| Birmingham | 06/19/2006 | 09:31:30 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 553 |
| Birmingham | 06/19/2006 | 09:42:43 | 3342027177 | 3342027177 | 13343181648 | 3342027177 | 66 |
| Birmingham | 06/19/2006 | 09:44:00 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 119 |
| Dothan | 06/19/2006 | 09:46:53 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 13 |
| Birmingham | 06/19/2006 | 09:46:54 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 2 |
| Birmingham | 06/19/2006 | 09:47:20 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 167 |
| Dothan | 06/19/2006 | 09:47:32 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 7 |
| Birmingham | 06/19/2006 | 09:50:00 | 3342027177 | 3342027177 | 3342027177 | 3342901454 | 50 |
| Dothan | 06/19/2006 | 09:50:02 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 50 |
| Birmingham | 06/19/2006 | 10:20:46 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 215 |
| Dothan | 06/19/2006 | 10:49:19 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 137 |
| Dothan | 06/19/2006 | 11:06:48 | 3342027177 | 3342027177 | 2027177 | 3343181265 | 881 |
| pharetta_MTX | 06/19/2006 | 11:49:19 | 3342027177 | 3342027177 | 6784913066 | 3342900444 | 137 |
| pharetta_MTX | 06/19/2006 | 11:53:24 | 3342027177 | 3342027177 | 13342621091 | 3342027177 | 104 |
| pharetta_MTX | 06/19/2006 | 11:55:27 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 209 |
| pharetta_MTX | 06/19/2006 | 12:06:48 | 3342027177 | 3342027177 | 6784913025 | 3343181265 | 881 |
| Dothan | 06/19/2006 | 12:16:00 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 26 |

AD6272        Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06        (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| pharetta_MTX | 06/19/2006 | 12:21:39 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 237 |
| pharetta_MTX | 06/19/2006 | 12:54:50 | 3342027177 | 3342027177 | 17706064052 | 3342027177 | 180 |
| pharetta_MTX | 06/19/2006 | 13:13:58 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 109 |
| pharetta_MTX | 06/19/2006 | 13:16:01 | 3342027177 | 3342027177 | 6784913092 | 7067184793 | 22 |
| pharetta_MTX | 06/19/2006 | 13:16:45 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 8 |
| pharetta_MTX | 06/19/2006 | 13:17:02 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 32 |
| pharetta_MTX | 06/19/2006 | 13:18:00 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 348 |
| Dothan | 06/19/2006 | 15:05:49 | 3342027177 | 3342027177 | 2027177 | 3345672276 | 47 |
| Dothan | 06/19/2006 | 15:11:52 | 3342027177 | 3342027177 | 2027177 | 3346575372 | 30 |
| Dothan | 06/19/2006 | 15:50:37 | 3342027177 | 3342027177 | 2027177 | 3342714335 | 31 |
| Dothan | 06/19/2006 | 15:51:18 | 3342027177 | 3342027177 | 2027177 | 3342714335 | 2 |
| Dothan | 06/19/2006 | 15:55:02 | 3342027177 | 3342027177 | 2027177 | 3342714335 | 62 |
| Dothan | 06/19/2006 | 16:15:35 | 3342027177 | 3342027177 | 2027177 | 3346738233 | 70 |
| Dothan | 06/19/2006 | 16:20:20 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 453 |
| Dothan | 06/19/2006 | 16:28:16 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 71 |
| Dothan | 06/19/2006 | 17:18:15 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 67 |
| Dothan | 06/20/2006 | 06:29:53 | 3342027177 | 3342027177 | 12292516127 | 3342027177 | 588 |
| Dothan | 06/20/2006 | 07:09:48 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 32 |
| Dothan | 06/20/2006 | 07:34:37 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 100 |
| Dothan | 06/20/2006 | 07:36:23 | 3342027177 | 3342027177 | *86 | 3342027177 | 66 |
| Dothan | 06/20/2006 | 07:36:23 | 3342027177 | 3342027177 | *86 | 3342027177 | 66 |
| Dothan | 06/20/2006 | 07:41:35 | 3342027177 | 3342027177 | 13342402223 | 3342027177 | 53 |
| Dothan | 06/20/2006 | 07:45:19 | 3342027177 | 3342027177 | 13342023645 | 3342027177 | 88 |
| Dothan | 06/20/2006 | 07:47:39 | 3342027177 | 3342027177 | 2027177 | 3342023645 | 101 |
| Dothan | 06/20/2006 | 07:57:09 | 3342027177 | 3342027177 | 13342402223 | 3342027177 | 32 |
| Dothan | 06/20/2006 | 07:58:00 | 3342027177 | 3342027177 | 13345461952 | 3342027177 | 728 |
| Dothan | 06/20/2006 | 08:10:18 | 3342027177 | 3342027177 | 13345461952 | 3342027177 | 21 |
| Dothan | 06/20/2006 | 08:11:21 | 3342027177 | 3342027177 | 13345461952 | 3342027177 | 18 |
| Dothan | 06/20/2006 | 08:12:12 | 3342027177 | 3342027177 | 13348341465 | 3342027177 | 89 |
| Dothan | 06/20/2006 | 08:14:44 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 142 |
| Dothan | 06/20/2006 | 08:16:54 | 3342027177 | 3342027177 | 2027177 | 3343662406 | 219 |
| Dothan | 06/20/2006 | 08:31:52 | 3342027177 | 3342027177 | 2027177 | 2567834103 | 291 |
| Dothan | 06/20/2006 | 08:44:23 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 81 |
| Dothan | 06/20/2006 | 08:46:31 | 3342027177 | 3342027177 | 13342023645 | 3342027177 | 76 |
| Dothan | 06/20/2006 | 09:08:38 | 3342027177 | 3342027177 | 2027177 | 3346575733 | 242 |
| Dothan | 06/20/2006 | 09:20:58 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 657 |
| Dothan | 06/20/2006 | 09:33:32 | 3342027177 | 3342027177 | 2027177 | 3346575733 | 115 |
| Dothan | 06/20/2006 | 09:51:01 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 115 |
| Dothan | 06/20/2006 | 10:02:41 | 3342027177 | 3342027177 | 13346575372 | 3342027177 | 59 |
| Dothan | 06/20/2006 | 10:03:48 | 3342027177 | 3342027177 | 13346575372 | 3342027177 | 55 |
| Dothan | 06/20/2006 | 10:04:01 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 30 |
| Dothan | 06/20/2006 | 10:04:51 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 29 |
| Dothan | 06/20/2006 | 10:06:53 | 3342027177 | 3342027177 | 2027177 | 3346575372 | 43 |
| Dothan | 06/20/2006 | 10:35:33 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 135 |
| Dothan | 06/20/2006 | 11:35:33 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 636 |
| Dothan | 06/20/2006 | 11:52:26 | 3342027177 | 3342027177 | 13342402223 | 3342027177 | 42 |
| Dothan | 06/20/2006 | 11:59:03 | 3342027177 | 3342027177 | 13342699560 | 3342027177 | 53 |
| Dothan | 06/20/2006 | 12:06:31 | 3342027177 | 3342027177 | 2027177 | 3342402223 | 42 |
| Dothan | 06/20/2006 | 12:31:41 | 3342027177 | 3342027177 | 13342699560 | 3342027177 | 155 |
| Dothan | 06/20/2006 | 13:21:00 | 3342027177 | 3342027177 | 2027177 | 3348341465 | 29 |

AD6272    Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06    (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/20/2006 | 13:28:05 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 5 |
| Dothan | 06/20/2006 | 13:50:47 | 3342027177 | 3342027177 | 2027177 | 3348341465 | 43 |
| Dothan | 06/20/2006 | 14:51:32 | 3342027177 | 3342027177 | *86 | 3342027177 | 40 |
| Dothan | 06/20/2006 | 14:51:32 | 3342027177 | 3342027177 | *86 | 3342027177 | 40 |
| Dothan | 06/20/2006 | 14:53:14 | 3342027177 | 3342027177 | 13348341465 | 3342027177 | 29 |
| Dothan | 06/20/2006 | 14:53:53 | 3342027177 | 3342027177 | 4671845 | 3342027177 | 584 |
| Dothan | 06/20/2006 | 15:08:21 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 355 |
| Dothan | 06/20/2006 | 15:14:40 | 3342027177 | 3342027177 | 18656738000 | 3342027177 | 281 |
| Dothan | 06/20/2006 | 16:38:30 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 222 |
| Dothan | 06/20/2006 | 18:13:15 | 3342027177 | 3342027177 | 2027177 | 3342714329 | 333 |
| Dothan | 06/21/2006 | 07:49:33 | 3342027177 | 3342027177 | 13347977888 | 3342027177 | 390 |
| Dothan | 06/21/2006 | 07:57:06 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 348 |
| Dothan | 06/21/2006 | 08:03:10 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 1337 |
| Dothan | 06/21/2006 | 08:51:58 | 3342027177 | 3342027177 | 2027177 | 3342402223 | 34 |
| Dothan | 06/21/2006 | 10:47:51 | 3342027177 | 3342027177 | 2027177 | 3342628836 | 75 |
| Dothan | 06/21/2006 | 11:16:12 | 3342027177 | 3342027177 | 13342628836 | 3342027177 | 1183 |
| Dothan | 06/21/2006 | 12:24:36 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 414 |
| Dothan | 06/21/2006 | 12:33:34 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 106 |
| Dothan | 06/21/2006 | 12:36:13 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 41 |
| Dothan | 06/21/2006 | 12:37:49 | 3342027177 | 3342027177 | 13342630256 | 3342027177 | 75 |
| Dothan | 06/21/2006 | 12:39:21 | 3342027177 | 3342027177 | 12058417383 | 3342027177 | 315 |
| Dothan | 06/21/2006 | 12:46:12 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 408 |
| Dothan | 06/21/2006 | 13:11:30 | 3342027177 | 3342027177 | 13342063234 | 3342027177 | 20 |
| Dothan | 06/21/2006 | 13:25:24 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 75 |
| Dothan | 06/21/2006 | 13:29:15 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 257 |
| Dothan | 06/21/2006 | 13:29:16 | 3342027177 | 3342027177 | 2027177 | 3345691380 | 8 |
| Dothan | 06/21/2006 | 13:33:23 | 3342027177 | 3342027177 | 2027177 | 3345691380 | 489 |
| Dothan | 06/21/2006 | 13:34:21 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 28 |
| Dothan | 06/21/2006 | 13:36:20 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 29 |
| Dothan | 06/21/2006 | 13:39:09 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 29 |
| Dothan | 06/21/2006 | 13:41:37 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 19 |
| Dothan | 06/21/2006 | 13:42:05 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 115 |
| Dothan | 06/21/2006 | 13:44:13 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 1274 |
| Dothan | 06/21/2006 | 14:06:17 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 126 |
| Dothan | 06/21/2006 | 14:08:33 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 56 |
| Dothan | 06/21/2006 | 14:30:27 | 3342027177 | 3342027177 | 2027177 | 3343031844 | 22 |
| Dothan | 06/21/2006 | 14:31:36 | 3342027177 | 3342027177 | 2027177 | 3343031844 | 27 |
| Dothan | 06/21/2006 | 14:31:55 | 3342027177 | 3342027177 | 2027177 | 3342626431 | 34 |
| Dothan | 06/21/2006 | 14:33:16 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 120 |
| Dothan | 06/21/2006 | 14:45:13 | 3342027177 | 3342027177 | 2027177 | 3342633892 | 27 |
| Dothan | 06/21/2006 | 14:49:27 | 3342027177 | 3342027177 | 2027177 | 3342402223 | 41 |
| Dothan | 06/21/2006 | 15:28:52 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 30 |
| Dothan | 06/21/2006 | 15:36:15 | 3342027177 | 3342027177 | 2027177 | 3342633892 | 63 |
| Dothan | 06/21/2006 | 16:08:02 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 508 |
| Dothan | 06/21/2006 | 16:16:46 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 510 |
| Dothan | 06/21/2006 | 16:29:34 | 3342027177 | 3342027177 | 2027177 | 3342245470 | 433 |
| Dothan | 06/21/2006 | 16:50:28 | 3342027177 | 3342027177 | 2027177 | 2059665908 | 165 |
| Dothan | 06/22/2006 | 05:17:21 | 3342027177 | 3342027177 | 13342023645 | 3342027177 | 319 |
| Dothan | 06/22/2006 | 05:23:36 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 96 |
| Dothan | 06/22/2006 | 05:55:02 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 20 |

AD6272          Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06          (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/22/2006 | 06:15:14 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 89 |
| Dothan | 06/22/2006 | 06:26:38 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 92 |
| Dothan | 06/22/2006 | 08:21:35 | 3342027177 | 3342027177 | 2027177 | 3346572760 | 45 |
| Dothan | 06/22/2006 | 08:58:32 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 31 |
| Dothan | 06/22/2006 | 09:15:39 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 34 |
| Dothan | 06/22/2006 | 09:43:54 | 3342027177 | 3342027177 | 3342027177 | 3344191300 | 78 |
| Dothan | 06/22/2006 | 09:46:08 | 3342027177 | 3342027177 | 2027177 | 3343662406 | 30 |
| Dothan | 06/22/2006 | 09:47:33 | 3342027177 | 3342027177 | 3342027177 | 3344191300 | 184 |
| Dothan | 06/22/2006 | 10:21:20 | 3342027177 | 3342027177 | 13346575372 | 3342027177 | 96 |
| Dothan | 06/22/2006 | 10:24:22 | 3342027177 | 3342027177 | 17405680797 | 3342027177 | 27 |
| Dothan | 06/22/2006 | 10:25:14 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 295 |
| Dothan | 06/22/2006 | 10:44:25 | 3342027177 | 3342027177 | 2027177 | 3346575733 | 182 |
| Dothan | 06/22/2006 | 11:07:54 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 38 |
| Dothan | 06/22/2006 | 11:09:50 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 697 |
| Dothan | 06/22/2006 | 11:24:57 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 22 |
| Dothan | 06/22/2006 | 11:25:25 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 243 |
| Dothan | 06/22/2006 | 11:31:26 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 55 |
| Dothan | 06/22/2006 | 12:24:40 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 367 |
| Dothan | 06/22/2006 | 12:37:49 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 33 |
| Dothan | 06/22/2006 | 12:44:16 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 23 |
| Dothan | 06/22/2006 | 12:50:45 | 3342027177 | 3342027177 | 2027177 | 3342621661 | 27 |
| Dothan | 06/22/2006 | 13:40:47 | 3342027177 | 3342027177 | 3342027177 | 3342024092 | 1275 |
| Dothan | 06/22/2006 | 14:56:13 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 23 |
| Dothan | 06/22/2006 | 14:56:47 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 26 |
| Dothan | 06/22/2006 | 14:58:37 | 3342027177 | 3342027177 | 2027177 | 3342153336 | 105 |
| Dothan | 06/22/2006 | 15:07:22 | 3342027177 | 3342027177 | 13342153336 | 3342027177 | 52 |
| Dothan | 06/22/2006 | 15:38:28 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 405 |
| Dothan | 06/22/2006 | 17:05:38 | 3342027177 | 3342027177 | 2027177 | 3343031844 | 78 |
| Dothan | 06/22/2006 | 17:41:41 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 69 |
| Dothan | 06/22/2006 | 19:36:36 | 3342027177 | 3342027177 | 13343031844 | 3342027177 | 137 |
| Dothan | 06/23/2006 | 09:09:16 | 3342027177 | 3342027177 | 2027177 | 3342621661 | 97 |
| Dothan | 06/23/2006 | 09:42:30 | 3342027177 | 3342027177 | 2027177 | 3342683626 | 67 |
| Dothan | 06/23/2006 | 09:57:55 | 3342027177 | 3342027177 | *86 | 3342027177 | 139 |
| Dothan | 06/23/2006 | 09:57:55 | 3342027177 | 3342027177 | *86 | 3342027177 | 139 |
| Dothan | 06/23/2006 | 10:01:19 | 3342027177 | 3342027177 | 3342683626 | 3342027177 | 49 |
| Dothan | 06/23/2006 | 10:01:47 | 3342027177 | 3342027177 | 2027177 | 3342683626 | 148 |
| Dothan | 06/23/2006 | 10:44:39 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 727 |
| Dothan | 06/23/2006 | 13:02:40 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 284 |
| Dothan | 06/23/2006 | 13:26:34 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 177 |
| Dothan | 06/23/2006 | 15:06:39 | 3342027177 | 3342027177 | 13342063234 | 3342027177 | 55 |
| Dothan | 06/23/2006 | 15:52:18 | 3342027177 | 3342027177 | 13342063234 | 3342027177 | 22 |
| Dothan | 06/23/2006 | 16:01:30 | 3342027177 | 3342027177 | 13342063234 | 3342027177 | 181 |
| Dothan | 06/23/2006 | 16:05:04 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 380 |
| Dothan | 06/24/2006 | 08:48:09 | 3342027177 | 3342027177 | 2027177 | 2059364777 | 97 |
| Dothan | 06/24/2006 | 08:48:44 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 119 |
| Dothan | 06/24/2006 | 10:52:12 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 36 |
| Dothan | 06/26/2006 | 08:56:25 | 3342027177 | 3342027177 | 2027177 | 3342727406 | 114 |
| Dothan | 06/26/2006 | 10:19:43 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 99 |
| Dothan | 06/26/2006 | 10:35:25 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 203 |
| Dothan | 06/26/2006 | 10:47:15 | 3342027177 | 3342027177 | 2027177 | 3343125373 | 32 |

AD6272          Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06          (334) 202-7177

Page 26 of 28

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/26/2006 | 10:49:36 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 37 |
| Dothan | 06/26/2006 | 11:14:19 | 3342027177 | 3342027177 | 13346738233 | 3342027177 | 22 |
| Dothan | 06/26/2006 | 11:14:55 | 3342027177 | 3342027177 | 13347977888 | 3342027177 | 100 |
| Dothan | 06/26/2006 | 11:36:05 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 30 |
| Dothan | 06/26/2006 | 13:20:02 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 111 |
| Dothan | 06/26/2006 | 13:23:36 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 62 |
| Dothan | 06/26/2006 | 13:44:21 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 178 |
| Dothan | 06/26/2006 | 14:58:51 | 3342027177 | 3342027177 | 2027177 | 3342633892 | 138 |
| Dothan | 06/26/2006 | 15:11:13 | 3342027177 | 3342027177 | 2027177 | 3342151969 | 153 |
| Dothan | 06/26/2006 | 15:12:24 | 3342027177 | 3342027177 | 2027177 | 2053145100 | 82 |
| Dothan | 06/26/2006 | 15:13:46 | 3342027177 | 3342027177 | 2027177 | 3342151969 | 83 |
| Dothan | 06/26/2006 | 15:33:38 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 29 |
| Dothan | 06/26/2006 | 18:08:46 | 3342027177 | 3342027177 | 2027177 | 3343184300 | 292 |
| Dothan | 06/27/2006 | 06:18:41 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 195 |
| Dothan | 06/27/2006 | 06:22:38 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 34 |
| Dothan | 06/27/2006 | 09:44:35 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 111 |
| Dothan | 06/27/2006 | 10:05:19 | 3342027177 | 3342027177 | 2027177 | 3342242701 | 446 |
| Dothan | 06/27/2006 | 10:12:32 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 57 |
| Dothan | 06/27/2006 | 10:13:42 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 683 |
| Dothan | 06/27/2006 | 10:15:10 | 3342027177 | 3342027177 | 2027177 | 3342633892 | 96 |
| Dothan | 06/27/2006 | 10:25:12 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 12 |
| Dothan | 06/27/2006 | 10:25:32 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 34 |
| Dothan | 06/27/2006 | 10:25:34 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 5 |
| Dothan | 06/27/2006 | 10:25:55 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 5 |
| Dothan | 06/27/2006 | 10:26:19 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 50 |
| Dothan | 06/27/2006 | 10:27:33 | 3342027177 | 3342027177 | 13343181222 | 3342027177 | 27 |
| Dothan | 06/27/2006 | 10:28:09 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 195 |
| Dothan | 06/27/2006 | 10:31:12 | 3342027177 | 3342027177 | 2027177 | 3346573565 | 101 |
| Dothan | 06/27/2006 | 10:36:20 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 362 |
| Dothan | 06/27/2006 | 10:43:18 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 154 |
| Dothan | 06/27/2006 | 10:49:09 | 3342027177 | 3342027177 | 3342027177 | 3343181265 | 39 |
| Dothan | 06/27/2006 | 10:50:15 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 24 |
| Dothan | 06/27/2006 | 10:50:50 | 3342027177 | 3342027177 | 13343181265 | 3342027177 | 237 |
| Dothan | 06/27/2006 | 11:02:46 | 3342027177 | 3342027177 | 17706221399 | 3342027177 | 18 |
| Dothan | 06/27/2006 | 11:03:14 | 3342027177 | 3342027177 | 17706221399 | 3342027177 | 5 |
| Dothan | 06/27/2006 | 11:03:42 | 3342027177 | 3342027177 | 17706221399 | 3342027177 | 43 |
| Dothan | 06/27/2006 | 11:23:49 | 3342027177 | 3342027177 | 2027177 | 3347977888 | 18 |
| Dothan | 06/27/2006 | 11:24:17 | 3342027177 | 3342027177 | 2027177 | 3347977888 | 52 |
| Dothan | 06/27/2006 | 11:36:27 | 3342027177 | 3342027177 | 2027177 | 3347977888 | 25 |
| Dothan | 06/27/2006 | 11:42:54 | 3342027177 | 3342027177 | 2027177 | 3343192163 | 24 |
| Dothan | 06/27/2006 | 12:07:36 | 3342027177 | 3342027177 | 2027177 | 7705983756 | 30 |
| Dothan | 06/27/2006 | 13:19:38 | 3342027177 | 3342027177 | 2027177 | 3343192163 | 24 |
| Dothan | 06/27/2006 | 13:28:53 | 3342027177 | 3342027177 | 2027177 | 3342027177 | 15 |
| Dothan | 06/27/2006 | 13:31:41 | 3342027177 | 3342027177 | 2027177 | 7705983756 | 68 |
| Dothan | 06/27/2006 | 13:37:53 | 3342027177 | 3342027177 | 2027177 | 3343192163 | 871 |
| Dothan | 06/27/2006 | 13:52:13 | 3342027177 | 3342027177 | 2027177 | 3346575733 | 581 |
| Dothan | 06/27/2006 | 14:15:50 | 3342027177 | 3342027177 | 411 | 3342027177 | 64 |
| Dothan | 06/27/2006 | 14:16:54 | 3342027177 | 3342027177 | 3342609797 | 3342027177 | 94 |
| Dothan | 06/27/2006 | 14:18:00 | 3342027177 | 3342027177 | 2027177 | 3347497263 | 49 |
| Dothan | 06/27/2006 | 14:19:20 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 3 |

AD6272    Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06    (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/27/2006 | 14:19:41 | 3342027177 | 3342027177 | 3990737 | 3342027177 | 59 |
| Dothan | 06/27/2006 | 14:22:10 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 27 |
| Dothan | 06/27/2006 | 14:22:51 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 81 |
| Dothan | 06/27/2006 | 14:43:56 | 3342027177 | 3342027177 | 2027177 | 3347977888 | 402 |
| Dothan | 06/27/2006 | 14:47:28 | 3342027177 | 3342027177 | 2027177 | 3343990737 | 57 |
| Dothan | 06/27/2006 | 14:50:51 | 3342027177 | 3342027177 | 3343990737 | 3342027177 | 165 |
| Dothan | 06/27/2006 | 14:53:53 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 282 |
| Dothan | 06/27/2006 | 14:58:50 | 3342027177 | 3342027177 | 13345461952 | 3342027177 | 126 |
| Dothan | 06/27/2006 | 15:01:11 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 97 |
| Dothan | 06/27/2006 | 15:03:02 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 77 |
| Dothan | 06/27/2006 | 15:04:37 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 95 |
| Dothan | 06/27/2006 | 16:04:16 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 58 |
| Dothan | 06/27/2006 | 18:45:43 | 3342027177 | 3342027177 | 12059364777 | 3342027177 | 377 |
| Dothan | 06/28/2006 | 07:04:17 | 3342027177 | 3342027177 | 2027177 | 3342901454 | 27 |
| Dothan | 06/28/2006 | 07:28:41 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 249 |
| Dothan | 06/28/2006 | 07:33:48 | 3342027177 | 3342027177 | 13346575372 | 3342027177 | 294 |
| Dothan | 06/28/2006 | 07:45:50 | 3342027177 | 3342027177 | 13342402223 | 3342027177 | 34 |
| Dothan | 06/28/2006 | 07:57:46 | 3342027177 | 3342027177 | 2027177 | 3346575372 | 61 |
| Dothan | 06/28/2006 | 08:22:12 | 3342027177 | 3342027177 | 13342402223 | 3342027177 | 127 |
| Dothan | 06/28/2006 | 08:28:36 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 36 |
| Dothan | 06/28/2006 | 09:28:43 | 3342027177 | 3342027177 | 2027177 | 3343181222 | 207 |
| Dothan | 06/28/2006 | 09:56:20 | 3342027177 | 3342027177 | 2027177 | 3346575733 | 25 |
| Dothan | 06/28/2006 | 09:56:55 | 3342027177 | 3342027177 | 13346575733 | 3342027177 | 152 |
| Dothan | 06/28/2006 | 10:03:18 | 3342027177 | 3342027177 | 2027177 | 3348348480 | 43 |
| Dothan | 06/28/2006 | 10:21:28 | 3342027177 | 3342027177 | 13342775300 | 3342027177 | 78 |
| Dothan | 06/28/2006 | 10:23:16 | 3342027177 | 3342027177 | 17067184793 | 3342027177 | 210 |
| Dothan | 06/28/2006 | 10:27:56 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 26 |
| Dothan | 06/28/2006 | 10:30:15 | 3342027177 | 3342027177 | *86 | 3342027177 | 117 |
| Dothan | 06/28/2006 | 10:30:15 | 3342027177 | 3342027177 | *86 | 3342027177 | 117 |
| Dothan | 06/28/2006 | 10:32:01 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 11 |
| Dothan | 06/28/2006 | 10:32:12 | 3342027177 | 3342027177 | 2027177 | 7405259396 | 109 |
| Dothan | 06/28/2006 | 10:34:09 | 3342027177 | 3342027177 | *86 | 3342027177 | 84 |
| Dothan | 06/28/2006 | 10:34:09 | 3342027177 | 3342027177 | *86 | 3342027177 | 84 |
| Dothan | 06/28/2006 | 10:36:02 | 3342027177 | 3342027177 | 17705983756 | 3342027177 | 88 |
| Dothan | 06/28/2006 | 10:36:37 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 53 |
| Dothan | 06/28/2006 | 10:37:52 | 3342027177 | 3342027177 | 17706221399 | 3342027177 | 27 |
| Dothan | 06/28/2006 | 11:08:38 | 3342027177 | 3342027177 | *86 | 3342027177 | 54 |
| Dothan | 06/28/2006 | 11:08:38 | 3342027177 | 3342027177 | *86 | 3342027177 | 54 |
| Dothan | 06/28/2006 | 11:30:10 | 3342027177 | 3342027177 | 2027177 | 7067184793 | 72 |
| Dothan | 06/28/2006 | 11:50:35 | 3342027177 | 3342027177 | 2027177 | 3343982794 | 69 |
| Dothan | 06/28/2006 | 12:25:28 | 3342027177 | 3342027177 | 2027177 | 3347303662 | 8 |
| Dothan | 06/28/2006 | 12:34:40 | 3342027177 | 3342027177 | *86 | 3342027177 | 49 |
| Dothan | 06/28/2006 | 12:34:40 | 3342027177 | 3342027177 | *86 | 3342027177 | 49 |
| Dothan | 06/28/2006 | 12:36:01 | 3342027177 | 3342027177 | 13342063234 | 3342027177 | 34 |
| Dothan | 06/28/2006 | 13:22:16 | 3342027177 | 3342027177 | 13342691522 | 3342027177 | 1 |
| Dothan | 06/28/2006 | 13:22:34 | 3342027177 | 3342027177 | 17706221399 | 3342027177 | 47 |
| Dothan | 06/28/2006 | 13:24:07 | 3342027177 | 3342027177 | 13346575372 | 3342027177 | 52 |
| Dothan | 06/28/2006 | 13:25:17 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 29 |
| Dothan | 06/28/2006 | 13:25:55 | 3342027177 | 3342027177 | 13343125373 | 3342027177 | 111 |
| Dothan | 06/28/2006 | 13:28:06 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 27 |

AD6272        Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06        (334) 202-7177

| Switch | Date | Time | MDN | MIN | Called # | CPN | Szr |
|---|---|---|---|---|---|---|---|
| Dothan | 06/28/2006 | 13:32:03 | 3342027177 | 3342027177 | 13342901454 | 3342027177 | 126 |
| Dothan | 06/28/2006 | 13:37:17 | 3342027177 | 3342027177 | 17405259396 | 3342027177 | 83 |
| Dothan | 06/28/2006 | 13:37:21 | 3342027177 | 3342027177 | 2027177 | 3342245470 | 49 |
| Dothan | 06/28/2006 | 13:40:55 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 110 |
| Dothan | 06/28/2006 | 13:41:45 | 3342027177 | 3342027177 | 2027177 | 3346575372 | 99 |
| Dothan | 06/28/2006 | 13:43:51 | 3342027177 | 3342027177 | 13342023983 | 3342027177 | 57 |
| Dothan | 06/28/2006 | 13:45:00 | 3342027177 | 3342027177 | 13345385316 | 3342027177 | 46 |
| Dothan | 06/28/2006 | 13:53:54 | 3342027177 | 3342027177 | 2027177 | 8503244399 | 53 |
| Dothan | 06/28/2006 | 14:05:49 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 7 |
| Dothan | 06/28/2006 | 14:06:11 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 5 |
| Dothan | 06/28/2006 | 14:09:44 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 7 |
| Dothan | 06/28/2006 | 14:21:29 | 3342027177 | 3342027177 | 2027177 | 3347908888 | 226 |
| Dothan | 06/28/2006 | 14:25:26 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 6 |
| Dothan | 06/28/2006 | 14:25:39 | 3342027177 | 3342027177 | 2027177 | 3342023983 | 48 |
| Dothan | 06/28/2006 | 14:28:53 | 3342027177 | 3342027177 | 3342027177 | 3343181648 | 5 |
| Dothan | 06/28/2006 | 14:46:42 | 3342027177 | 3342027177 | 2027177 | 3343982794 | 4 |
| Dothan | 06/28/2006 | 15:34:17 | 3342027177 | 3342027177 | *86 | 3342027177 | 145 |
| Dothan | 06/28/2006 | 15:34:17 | 3342027177 | 3342027177 | *86 | 3342027177 | 145 |
| Dothan | 06/28/2006 | 16:15:51 | 3342027177 | 3342027177 | 2027177 | 3342900444 | 32 |
| Dothan | 06/28/2006 | 16:47:53 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 231 |
| Dothan | 06/28/2006 | 16:52:10 | 3342027177 | 3342027177 | 13342900444 | 3342027177 | 81 |
| Dothan | 06/28/2006 | 20:51:41 | 3342027177 | 3342027177 | 2027177 | 3343662406 | 80 |

AD6272    Nationwide search - incoming and outgoing calls for 05.08.06 to 06.28.06    (334) 202-7177

| Roaming Indicator | Target # | Incoming # | Outgoing # | Call Start - Date/Time | Call End - Date/Time |
|---|---|---|---|---|---|
| rmx | 3342027177 | 17405259396 | 17405259396 | 05/11/2006 06:50:38 | 05/11/2006 06:59:12 |
| rmx | 3342027177 | 12059364777 | 12054759950 | 05/16/2006 10:30:32 | 05/16/2006 10:30:40 |
| rmx | 3342027177 | 12059364777 | 12054759950 | 05/16/2006 10:31:02 | 05/16/2006 10:32:34 |
| rmx | 3342027177 | 3342027177 | 3342027177 | 05/16/2006 10:33:54 | 05/16/2006 10:34:32 |
| rmx | 3342027177 | 13342901454 | 13342901454 | 05/16/2006 11:22:36 | 05/16/2006 11:22:53 |
| rmx | 3342027177 | 13342901454 | 13342901454 | 05/16/2006 11:24:05 | 05/16/2006 11:24:34 |
| rmx | 3342027177 | 13343181222 | 13343181222 | 05/16/2006 11:25:13 | 05/16/2006 11:26:11 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 05/16/2006 11:29:14 | 05/16/2006 11:32:26 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 05/16/2006 11:37:37 | 05/16/2006 11:39:42 |
| rmx | 3342027177 | 16065213987 | 16065213987 | 05/16/2006 11:48:07 | 05/16/2006 11:57:17 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 05/16/2006 11:26:02 | 05/18/2006 11:30:33 |
| rmx | 3342027177 | -1 | 13342027177 | 05/23/2006 10:23:55 | 05/23/2006 10:24:15 |
| rmx | 3342027177 | 13342023983 | 13342023983 | 05/28/2006 12:18:36 | 05/28/2006 12:19:34 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 05/30/2006 08:16:24 | 05/30/2006 08:17:31 |
| rmx | 3342027177 | 13343181222 | 13343181222 | 06/03/2006 08:11:30 | 06/03/2006 08:11:36 |
| rmx | 3342027177 | -1 | 13342027177 | 06/05/2006 17:10:57 | 06/05/2006 17:12:47 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 06/06/2006 09:50:49 | 06/06/2006 09:53:21 |
| rmx | 3342027177 | 13346738233 | 13346990000 | 06/06/2006 09:53:54 | 06/06/2006 09:57:53 |
| rmx | 3342027177 | -1 | 3345551212 | 06/06/2006 10:13:20 | 06/06/2006 10:15:39 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 06/09/2006 10:39:05 | 06/09/2006 10:39:14 |
| rmx | 3342027177 | 13343184300 | 13343184300 | 06/09/2006 10:47:30 | 06/09/2006 10:48:20 |
| rmx | 3342027177 | -1 | 13342027177 | 06/09/2006 10:49:26 | 06/09/2006 10:49:32 |
| rmx | 3342027177 | -1 | 13342027177 | 06/09/2006 10:49:39 | 06/09/2006 10:50:10 |
| rmx | 3342027177 | 16063446588 | 16063446588 | 06/09/2006 10:50:21 | 06/09/2006 10:54:05 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 06/11/2006 12:05:06 | 06/11/2006 12:07:19 |
| rmx | 3342027177 | 12059364777 | 12054759950 | 06/19/2006 08:28:29 | 06/19/2006 08:34:33 |
| rmx | 3342027177 | 12059364777 | 12054759950 | 06/19/2006 08:34:41 | 06/19/2006 08:39:47 |
| rmx | 3342027177 | 17405259396 | 17405259396 | 06/19/2006 08:40:02 | 06/19/2006 08:40:58 |
| rmx | 3342027177 | 13342901454 | 13342901454 | 06/19/2006 08:42:50 | 06/19/2006 08:42:57 |
| rmx | 3342027177 | 13343181265 | 13343181265 | 06/19/2006 08:43:15 | 06/19/2006 08:46:00 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 06/19/2006 08:49:50 | 06/19/2006 08:50:29 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 06/19/2006 08:51:05 | 06/19/2006 08:51:55 |
| rmx | 3342027177 | 13343031844 | 1.12E+12 | 06/19/2006 15:50:38 | 06/19/2006 15:50:56 |
| rmx | 3342027177 | 17405259396 | 17405259396 | 06/21/2006 14:26:19 | 06/21/2006 14:27:09 |
| rmx | 3342027177 | 17706221399 | 17706221399 | 06/27/2006 09:56:12 | 06/27/2006 09:56:49 |
| rmx | 3342027177 | 17706221399 | 17706221399 | 06/27/2006 11:14:08 | 06/27/2006 11:16:10 |

AD6272   Nationwide searhc - roaming calls for 05.08.06 to 06.28.06   (334) 202-7177

2 of 2

| Roaming Indicator | Target # | Incoming # | Outgoing # | Call Start - Date/Time | Call End - Date/Time |
|---|---|---|---|---|---|
| rmx | 3342027177 | 17705983756 | 17705983756 | 06/27/2006 11:16:25 | 06/27/2006 11:17:36 |
| rmx | 3342027177 | 13347977888 | 13346850000 | 06/27/2006 11:22:45 | 06/27/2006 11:23:23 |
| rmx | 3342027177 | 13347977888 | 13346850000 | 06/27/2006 11:23:35 | 06/27/2006 11:24:27 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 06/27/2006 11:24:06 | 06/27/2006 11:24:54 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 06/27/2006 11:36:27 | 06/27/2006 11:36:38 |
| rmx | 3342027177 | 13346575733 | 13346575733 | 06/27/2006 13:06:39 | 06/27/2006 13:08:15 |
| rmx | 3342027177 | -1 | 13342027177 | 06/27/2006 13:28:35 | 06/27/2006 13:28:51 |
| rmx | 3342027177 | 13343192163 | 13343192163 | 06/27/2006 13:29:03 | 06/27/2006 13:29:56 |
| rmx | 3342027177 | 13342900444 | 13342900444 | 06/27/2006 13:31:01 | 06/27/2006 13:31:35 |
| rmx | 3342027177 | 13342901454 | 13342901454 | 06/27/2006 13:31:44 | 06/27/2006 13:36:25 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 06/27/2006 13:37:46 | 06/27/2006 13:52:08 |
| rmx | 3342027177 | 13342027177 | 3342027177 | 06/27/2006 13:52:06 | 06/27/2006 14:01:38 |

Nationwide searhc - roaming calls for 05.08.06 to 06.28.06

(334) 202-7177

AD6272