# Exhibit 22

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE MIDDLE DISTRICT OF ALABAMA

 3                       NORTHERN DIVISION

 4
    * * * * * * * * * * * * * * * * * * * * * * * * *
 5

 6  THE CONCRETE COMPANY,

 7              Plaintiff,

 8

 9  vs.                                  CASE NUMBER

10                                       2:05-CV-1026-C

11  HARRY E. LAMBERT,
    CAROL'S CONTRACTING, INC.,
12  and ALABAMA GRAVEL, LLC,
                                         ORIGINAL
13              Defendants.

14
    * * * * * * * * * * * * * * * * * * * * * * * * *
15

16

17       Deposition of ROBERT R. BECKER, taken by the
    Respondent, under the Ohio Rules of Civil Procedure in
18  the above-mentioned action, pursuant to notice, before
    Catherine L. Cordy, Court Reporter, Thursday, February
19  15, 2007, at 9:28 a.m. - 12:11 p.m., at the Comfort Inn,
    Newport Pike, Marietta, Ohio 45750.
20

21

22                       WORD FOR WORD
                    Catherine L. Cordy, CSR
23                       P.O. Box 768
                       Ripley, WV 25271
24                      1-800-427-4973
```

1    You'd mentioned -- you had mentioned that there
2  was a time Mr. Lambert stopped supplying Globe based on
3  something to do with Mr. Foley. Can you tell me
4  everything you recall about Mr. Lambert telling you about
5  that?
6    A. I don't know if I was told directly or it was
7  told to me from someone else. I don't recall. I
8  remember some conversations but exactly what that was --
9  I don't think it was real clear to me at that time why he
10 was ending his relationship with us on the gravel.
11   Q. Is there anything else you can recall about
12 that?
13   A. No.
14   Q. All right.
15   After Mr. Lambert stopped supplying Globe with
16 product, and you mentioned the -- the dealings with
17 Mr. Foley, can you tell me when your next contact with
18 Mr. Lambert was?
19   A. Again, on the timing, I'm not going to be very
20 good on the timing. It's just --
21   Q. Okay. Maybe tell me the circumstances of it.
22   A. The circumstance was that Mr. Tuten, Dave Tuten,
23 had contacted me about buying some gravel. And I said,
24 "Yes. I'd like to see some gravel, but I need someone to

1  deliver me some gravel. I need to find someone to haul
2  it."
3       At the time, we had just come out of a
4  bankruptcy in '03. Many of the suppliers in that area
5  that I had used for transportation, I was having a hard
6  time getting them to work with Globe. So I was looking
7  for transportation. Dave had mentioned Harry as a -- to
8  haul some of the gravel from his pit to Selma plant.
9       Q. And was that gravel -- why did you want to see
10 that gravel?
11      A. I had no idea what the quality was like. I may
12 have had some samples taken from Dave to the Selma plant;
13 but to get a better understanding of what kind of quality
14 it was, you needed volume. So trucks were delivered to
15 see if the material was acceptable or not.
16      Q. And did Mr. Lambert end up delivering gravel to
17 the Selma plant?
18      A. I don't know whether Mr. Lambert himself
19 delivered, but I believe somebody affiliated with him or
20 himself may have delivered the material. Yes.
21      Q. And did you run tests on that gravel?
22      A. I'm sure we did, yes.
23      Q. And was that the first batch of gravel that you
24 tested that was provided to you by Mr. Tuten?

1   A.   As far as I know, yes.

2   Q.   Did that test result in you then purchasing

3   gravel from Mr. Tuten?

4   A.   That test led up to additional purchases. The

5   volume was not real well. They had -- Dave had supply

6   issues; sand, water, production issues. We purchased

7   some gravel. I don't believe it was -- compared to

8   our -- all our needs, it wasn't that great of a purchase.

9   It was a small purchase.

10   Q.   And at that time you were also purchasing from

11   The Concrete Company?

12   A.   That's correct.

13   Q.   Now --

14   MR. BAILEY:   Also purchasing from whom?

15   MR. GRISTINA:   The Concrete Company. And I

16   believe he said yes.

17   THE WITNESS:   I said yes.

18   MR. GRISTINA:   Dennis -- off the record.

19   (Discussion held off the record.)

20   BY MR. GRISTINA:

21   Q.   Now, I want to be clear I understand this. So

22   can you tell me everything you recall about, in that

23   conversation, when Mr. Tuten mentioned Mr. Lambert as

24   somebody who could bring the gravel to the Selma plant?

1   A. Yes.

2   Q. All right.

3   In looking at Document 1, the first test result

4   for -- that's identified as, "Alabama Gravel," appears to

5   be May 7th, 2005. Do you see that?

6   A. What page is that?

7   Q. Page 7.

8   A. Yes.

9   Q. Now, would that discussion with Mr. Tuten that

10  led to Mr. Lambert's delivery of the aggregate -- the

11  product to the Selma plant have been around May 7th,

12  2005?

13  A. Most likely, yes.

14  Q. All right.

15  And in the -- and thereafter, were there

16  subsequent deliveries of Alabama Gravel product that

17  Mr. Lambert participated in?

18  A. There were deliveries of gravel. Whether

19  Mr. Lambert delivered them, I couldn't tell you. Maybe

20  some of his affiliates or he made arrangements for that

21  gravel delivered. Yes.

22  Q. And when you needed a delivery of gravel from

23  Alabama Gravel, who did you call?

24  A. Well, I -- I would make one initial call to

Mr. Lambert?

A. I don't recall the -- it would have been with Dave. I would have called Dave Tuten and said, "Listen, your iron has gone too high and we cannot use it and I need to stop you." That would have been my conversation.

Q. Did you ever go to the site where Alabama Gravel was producing its product for delivery to Selma?

A. The time I went to a site when they were developing a new facility, went to a site -- they were building a new facility.

Q. And who was at the site when you went to the place where they were --

A. There --

Q. Let me finish the question.

A. Sure.

Q. Who was at that site when you went to the facility where they were building?

A. Robert Alexander. I can't remember if Dave Tuten was there or not. And I believe Harry Lambert was there.

Q. All right.

When was that?

A. Again, on the timing, I just can't place it. It

1   February. Let me look in January.
2       I don't always use this schedule on my events.
3       I don't have anything in December, January or
4   February.
5   Q. What about November '05?
6   A. November '05?
7       I don't know if you know of a quicker way to get
8   through this.
9   Q. I do not. If we were on your desk top, I would
10  but I don't know.
11  A. I have no notations in November.
12  Q. Okay. Do you keep a history of your -- you live
13  in Marietta?
14  A. That's correct.
15  Q. Do you keep a history of your travel to the
16  Alabama area?
17  A. I would complete a expense report that would be
18  stored at Globe. Yes.
19  Q. When you go down to the Montgomery area, do you
20  fly or drive?
21  A. I would fly.
22  Q. You don't keep that on your handheld, do you?
23  A. No, I don't.
24  Q. Okay. Going back to the visit to that site that

1  was under construction, did you have discussions with
2  Mr. Lambert during that visit?
3       A.  Yes, I believe I did.
4       Q.  What did you all talk about?
5       A.  What the mileage was from that location to -- to
6  the Selma facility, how the gravel could be possibly
7  taken either to Demopolis or the transportation may be up
8  to -- these are river sites -- to be taken to Beverly.
9       Q.  Anything else you recall about that
10 discussion?
11      A.  No, I don't.  Conversations with Robert
12 Alexander about when they might be up and running.
13      Q.  Do you recall how long after that visit that
14 site got up and running?
15      A.  No, I don't.  The first gravel that came out of
16 that facility did not come to Globe, it went to
17 Simcala.
18      Q.  Are you -- after that first gravel began to go
19 to Simcala, did it ever come to Globe?
20      A.  I believe I'm just now starting to receive some
21 of the gravel out of that new facility.
22      Q.  Is Simcala a competitor of Globe?
23      A.  It is.  And a customer.
24      Q.  What do they buy from Globe?

1    A.  Would not sell Globe product.

2    Q.  And has Elmore not sold to Globe since the

3 bankruptcy?

4    A.  That's correct.

5    Q.  Okay.

6    A.  There is some tests in April.  So maybe there

7 was some attempt to -- April 13th, 2004.  So maybe there

8 was an attempt to try to get something going.  But no

9 real -- no real volumes.  But --

10        MR. BAILEY:  I missed what you just said.

11        THE WITNESS:  On the document that's in front of

12 me, which is Exhibit 1, page 17, there's some dates.  I

13 had stated that we hadn't done business with Elmore.  But

14 there's some tests here so, you know, I was incorrect.  I

15 don't recall those dates but there's some material from

16 Elmore that we have attempted to buy and maybe have

17 bought some but are not actively buying anything from

18 Elmore, from their standpoint, not wanting to sell to us.

19 And I also understand the quality is not what it used to

20 be.

21 BY MR. GRISTINA:

22    Q.  All right.

23        You mentioned earlier that you had a meeting

24 in -- in Alabama with Mr. Sorrell and Mr. Bush.

```
 1        A.   Yes.
 2        Q.   Do you recall if that visit was in and around
 3   the same time as the site visit that you had with
 4   Mr. Alexander and Mr. Lambert?
 5        A.   I believe it was.
 6        Q.   Was it on the same trip to Alabama?
 7        A.   Yes.
 8        Q.   Okay.
 9        A.   And other sites.
10        Q.   Would it refresh your recollection if I told you
11   that you met with Mr. Sorrell and Mr. Bush in October
12   2005?
13        A.   If that's -- I'm sure if that's the date you
14   have down, that's the date I was there.  But I don't
15   recall that being what time of year it was.  No.
16        Q.   It was on the same trip?
17        A.   We -- yes.  I attempted to try to get down to
18   see Mr. Sorrell and many people for maybe a year or two
19   years prior to that.  That was the first opportunity I
20   had to go.
21             You say it was October 2005?
22        Q.   My understanding is that your meeting with
23   Mr. Sorrell and Mr. Bush was in October 2005.
24        A.   (Witness nods head.)
```