# Exhibit 23

ORIGINAL

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE CONCRETE COMPANY,

    Plaintiff,

  vs.                CIVIL ACTION NO.
                      2005-CV-1026-CSC

HARRY E. LAMBERT, CAROL'S
CONTRACTING, INCORPORATED, and
ALABAMA GRAVEL, LLC,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \*

**DEPOSITION OF DAVID TUTEN**, taken pursuant to stipulation and agreement before Tracye Sadler, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, in the Law Offices of Balch & Bingham, Suite 200, 105 Tallapoosa Street, Montgomery, Alabama, on July 13, 2006, commencing at approximately 9:05 a.m.

\* \* \* \* \* \* \* \* \* \* \* \*

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

16

1  A.  No.
2  Q.  Were you familiar with what the commission
3      the broker received was?
4  A.  No.
5  Q.  How long after 1985 did you stay in
6      purchasing with Globe?
7  A.  Until I was -- I was involved in it until I
8      left there in 2003 in some capacity.
9  Q.  So, then, you were in purchasing for 18
10     years with Globe approximately?
11 A.  Approximately.
12 Q.  And in your 18 years was -- and I may have
13     asked this, but was Mr. Gibbs the only
14     broker you ever dealt with?
15 A.  Yes.
16 Q.  And it's through Mr. Gibbs that you
17     developed a relationship with Mr. Lambert;
18     is that correct?
19 A.  Yes.
20 Q.  Other than -- well, how long did that
21     relationship with Mr. Lambert last?
22 A.  I've known Mr. Lambert ever since.
23 Q.  Did you eventually begin to purchase

1    A.    All I can recall is looking for transportation.
2    Had nothing to do with Harry Lambert at the time, I was
3    looking for someone that could bring the gravel to me.
4    We were struggling on getting suppliers of -- vendor --
5    trucking company, because had just exited or were in a
6    bankruptcy.  So my normal course of trucking companies in
7    the area would not supply me.  And not do the
8    transportation.  Dave had mentioned Harry was driving
9    truck and that he could bring me gravel.
10        Q.    And did you have any discussions with
11   Mr. Lambert at that time?
12        A.    Yes, I did.
13        Q.    What was the substance of those discussions?
14        A.    Those discussions typically were what our rate
15   was going to be for his payment for the moving of the
16   gravel and how many loads I was expecting to move.
17        Q.    And you were speaking with Mr. Harry Lambert
18   about those prices?
19        A.    Yes.
20        Q.    How much did you pay for those deliveries?
21        A.    I wouldn't recall that number.
22        Q.    When you needed a delivery -- let me ask this:
23   After that initial delivery, did it result in a series of
24   future deliveries of aggregate to Globe?

|   |    |   |
|---|---|---|
| 1 |    | when it was completed was March 24th, 2005; |
| 2 |    | is that correct? |
| 3 | A. | Yes. |
| 4 | Q. | Now, going back to where we were a little |
| 5 |    | while ago.  Shortly thereafter I believe |
| 6 |    | you testified that Alabama Gravel began |
| 7 |    | using Carol's Contracting to haul aggregate |
| 8 |    | product; is that correct? |
| 9 | A. | Yes. |
| 10 | Q. | And did you learn at that time that |
| 11 |    | Mr. Lambert was driving trucks for Carol's |
| 12 |    | Contracting that contained aggregate |
| 13 |    | product? |
| 14 | A. | I -- let me answer that.  I knew that Harry |
| 15 |    | Lambert was driving a truck, and I knew |
| 16 |    | that -- at that time, you know, that he had |
| 17 |    | trucked in the past, you know, all kinds of |
| 18 |    | things.  But what was the question, now? |
| 19 | Q. | Well, when you hired -- when Alabama Gravel |
| 20 |    | hired Carol's Contracting to haul |
| 21 |    | aggregate -- |
| 22 | A. | Right. |
| 23 | Q. | -- did you know at that time that |

50

1  Mr. Lambert was going to be driving some of
2  those trucks?
3  A. Yes.
4  Q. And was it your intention at that time that
5  by hiring Carol's Contracting to haul
6  aggregate that Mr. Lambert would be able to
7  do that?
8  A. Yes.
9  Q. Were you intending at that time to
10 compensate Mr. Lambert for hauling that
11 aggregate product?
12             MR. BAILEY: Object to the form.
13             MR. WALTER: Well, when you say
14                 compensate Mr. Lambert, are
15                 you -- the contract was with
16                 Carol's Contracting.
17             MR. GRISTINA: I understand that.
18 Q. Were you intending that Mr. Lambert receive
19 payment for driving those trucks?
20 A. No.
21 Q. Who was supposed to be paid for that?
22 A. Carol's Contracting.
23 Q. And did you have any knowledge of any

53

1  Q.  Did you ever see that agreement before the
2      litigation was filed in this case?
3  A.  No.
4  Q.  Have you seen it since the litigation?
5  A.  Yes.
6  Q.  Now, in 2003 you left Globe -- and we
7      talked about that -- and you formed the
8      consulting business.  What were the
9      companies in 2003 that you were consulting
10     with?
11 A.  The company I was consulting for in 2003
12     was a company called Simcala.
13 Q.  Where is Simcala located?
14 A.  Mount Meigs, Alabama.
15 Q.  Is Simcala a producer of silicon and
16     ferrosilicon?
17 A.  Just silicon.
18 Q.  Just silicon?
19 A.  Uh-huh (positive response).
20 Q.  How do you spell ferro?
21 A.  F-E-R-R-O.
22 Q.  Ferro.  Okay.  F-E-R-R-O-silicon?
23 A.  Correct.

1   the man that your father knew who had the
2   relationship with the coal supplier that
3   helped you begin to consult with Simcala;
4   is that correct?
5  A. Yes.
6  Q. And does he have a son who's still with
7   Simcala?
8  A. Yes.
9  Q. And that's Ed Boardwine, Jr.?
10 A. Yes.
11 Q. Is he still with Simcala?
12 A. Yes.
13 Q. Does Mr. Ed Boardwine, Sr., know anything
14  about this dispute that we have here
15  between the parties?
16 A. I don't know.
17 Q. But certainly his son does. Ed Boardwine,
18  Jr., knows something about this dispute?
19 A. Yes.
20 Q. All right. So then you began at some point
21  shortly after you left Globe consulting for
22  Simcala; is that correct?
23 A. Yes.

58

1  Q. And what did you assist them with?
2  A. Mainly operational issues, melting
3     furnaces.
4  Q. And did that relationship develop into
5     something else over the past three years?
6        MR. BAILEY: Object to the form.
7  A. I'm not sure I understand.
8  Q. Have you begun to provide more advice in
9     different areas?
10 A. No.
11 Q. So your advice is limited to operations to
12    Simcala?
13 A. It was. I'm no longer working with them.
14 Q. When did that stop?
15 A. It was in 2005.
16 Q. At any time did you help them with supply
17    or purchasing issues?
18 A. No.
19    Let me rephrase that. They would ask
20    me, you know, questions from time to time,
21    but I never had any input into that, no.
22    Mainly they would ask me about, you know,
23    what did Globe do or that sort of thing.

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

59

1  Q.  Did they ask you for assistance in locating
2      suppliers of white oversized gravel in the
3      Montgomery area?
4  A.  They asked me if I knew anybody different,
5      but they already knew, you know, who all
6      the suppliers were. I didn't know anybody
7      any different.
8  Q.  Were you aware of any relationship between
9      Mr. Harry Lambert and Simcala during that
10     period?
11 A.  No.
12 Q.  Other than Simcala who did you consult
13     with?
14 A.  That was the only one. Well, also I do a
15     little work for a guy -- I do some work for
16     a guy in China.
17 Q.  What sort of work is that?
18 A.  Same, along the same lines.
19 Q.  They have a plant in China?
20 A.  They have many plants in China, yeah.
21 Q.  Do they produce white oversized gravel in
22     China?
23 A.  No. This is the production of ferroalloys,

60

1        silicon type thing.
2   Q.   And you consult with that company from time
3        to time?
4   A.   Right.
5   Q.   Do you do any consulting work for Globe?
6   A.   No.
7   Q.   Have you attempted to?
8   A.   No.
9   Q.   Since 2003 the only local company that
10       you've consulted with is Simcala?
11  A.   Correct.
12  Q.   And at some point you went into business, I
13       guess, with Mr. Robert Alexander and Rex
14       Dasinger; is that correct?
15  A.   Yes.
16  Q.   And when did you first meet Mr. Robert
17       Alexander?
18  A.   It was late 2004, early 2005.
19  Q.   How did you meet him?
20  A.   I was introduced to Robert through
21       Mr. Lambert.
22  Q.   Do you recall that meeting?
23  A.   Yeah.

1   Q.   Where was that meeting?
2   A.   It was here in town.
3   Q.   And do you know how that meeting was
4        conceived or why it took place?
5   A.   I had mentioned to Mr. Lambert about
6        because of the situation at Simcala, with
7        them running out of white oversized and
8        also with contacts I had at Globe, that,
9        you know, there was a need for white
10       oversized gravel and that I would have an
11       interest in getting in the gravel business
12       mainly as an outside investor more than
13       anything else.  And I had asked
14       Mr. Lambert, you know, if he knew of
15       anyone, you know, that I could maybe get
16       involved with, and he put me in touch with
17       Mr. Alexander.
18  Q.   So that was in 2004.  Do you recall what
19       month of 2004?
20            And you may have said it, but I don't
21       remember.
22  A.   It had --
23            MR. WALTER:  Let me object just to

                                                                    62

1                         the extent that I think he
2                         said it was late 2004 or early
3                         2005.
4                    MR. GRISTINA:  Okay.
5     A.   It was cold.  I remember that.
6     Q.   All right.  Sometimes I'll repeat myself,
7          and I apologize for that.
8                    So late 2004, early 2005 --
9     A.   Uh-huh (positive response).
10    Q.   -- as best you can recall is when this
11         meeting took place?
12    A.   Yes.
13    Q.   And you recall that it was cold?
14    A.   Yes.
15    Q.   And where did the meeting take place?
16    A.   It was here in town.
17    Q.   Where in town?
18    A.   We met at -- Mr. Alexander was staying in a
19         hotel here in town, and I met him at his
20         hotel.
21    Q.   If you know, did Mr. Alexander come to town
22         just for that meeting?
23    A.   I don't know if it was just for that