1                          little confused.

2    A.    Ask it again, please.

3    Q.    All right.  As far as you knew Mr. Dasinger

4          had not worked with Mr. Lambert to test the

5          Deatsville site?

6    A.    I had no idea.

7    Q.    And so, then, you relied exclusively on

8          Mr. Dasinger to tell you that that would be

9          a good site for Alabama Gravel to open up

10         its first operation looking for the scarce

11         material of white oversized gravel?

12   A.    Yes.

13   Q.    And were you aware of Mr. Dasinger having

14         any experience at that time in actually

15         sniffing out that scarce stuff?

16   A.    No.  I mean, he had been in the sand and

17         gravel business.

18   Q.    But locating white oversized is -- would

19         you agree with me that it takes some

20         experience?

21   A.    Yeah, I guess so.  Yeah.

22   Q.    And you only knew that he had been in the

23         business, the sand and gravel business, but

1        you didn't know whether or not Mr. Dasinger

2        had ever gone and actually done site

3        samples or soil samples to locate product?

4   A.   Yeah, I didn't know what he had done in the

5        past.

6   Q.   And at the meeting -- at the hotel

7        meeting -- and when I say the hotel

8        meeting, so we're on the same page, I'm

9        meaning the one with Mr. Alexander and

10       Mr. Lambert.  Did you all -- again, I

11       apologize.  Did you discuss the Deatsville

12       site?

13  A.   No.

14  Q.   Now, we talked earlier about Mr. Lambert's

15       discussions, the discussions you had with

16       him during that meeting, and the last part

17       that we talked about was him giving you

18       names of people who could help you with the

19       construction; is that correct?

20  A.   We asked, you know, if we were to

21       undertake -- you know, if we were to do

22       this, form a company, you know, if there

23       was, you know, anybody that -- if we had

112

1                               attorney-client privilege as

2                               far as Alabama Gravel is

3                               concerned.

4    Q.   I don't want to know any specific

5         discussions, but was it done -- was the law

6         firm that you used Rushton-Stakely?

7    A.   Yes.

8    Q.   And that's the same law firm that's

9         representing Mr. Lambert in this

10        litigation; is that correct?

11   A.   Yes.

12   Q.   Now, at some point between your discussions

13        at the hotel, during that meeting, you met

14        Mr. Dasinger, I presume?

15   A.   Yes.

16   Q.   When was that?

17   A.   I'm going to say it was probably February

18        or March.

19   Q.   Of 2005?

20   A.   Of 2005, yes.

21   Q.   And how did you first meet?

22   A.   I was -- happened to be in town and

23        Robert -- Mr. Alexander was in town, and we

1    met -- we decided if we was going to have

2    Rex do something, you know, we needed to

3    all three of us sit down and get together

4    and figure out what was -- you know, who

5    was going to do what and, you know, kind of

6    line things up.

7   Q.  How did you get in touch with

8    Mr. Dasinger?

9   A.  Through Mr. Lambert.

10  Q.  And did you call Mr. Lambert to get to

11    Mr. Dasinger or did Mr. Alexander?

12  A.  Robert did that.

13  Q.  And where did you all first meet?

14  A.  We met over at where our office is.

15  Q.  And where is that office?

16  A.  I don't know what the address is.

17  Q.  Is it Gunnels Road?

18  A.  It's Gunnels Road, yes.

19  Q.  And is that office on the same property

20    where Mr. Lambert lives?

21  A.  Yes, that's correct.

22  Q.  I want to get a description of that

23    property.  I assume there's a house on the

115

1    Q.   All right.  At that point had it been
2         decided that that was going to be Alabama
3         Gravel's office?
4    A.   Yeah.  We met there and we talked to Harry
5         about, you know -- because we were just
6         starting up and obviously didn't have a lot
7         of money or anything and if we could rent
8         that from him.  Because it had the
9         apartment that Robert stays in and --
10        Mr. Alexander still stays there today.
11        And, of course, it had an office in there.
12        Kind of had everything, you know, we
13        needed.  And so we talked about renting
14        that and using that for an office.
15   Q.   Mr. Alexander stays in that apartment?
16   A.   Yes.
17   Q.   Did he live there?
18   A.   Well, yeah, through the week, yes.
19   Q.   Through the week?
20   A.   Yeah.
21   Q.   And then where does he go after that?
22   A.   He goes home.  When we first started the
23        company, I think he lived in Augusta, but

116

1          now he lives in -- somewhere in South

2          Carolina.

3     Q.   All right.  Now, before that meeting had

4          you discussed with Mr. Alexander -- or

5          Mr. Lambert the use of that space as the

6          office or did it take place during that

7          meeting?

8     A.   No.  It took place during that meeting.  I

9          had never been there until then.

10    Q.   And was Mr. Lambert present throughout the

11         meeting with you and Mr. Alexander and

12         Mr. Dasinger?

13    A.   He was there in the beginning and then he

14         left.

15    Q.   Did he say why he was leaving?

16    A.   Because he didn't need to be there.

17    Q.   He specifically said I don't need to be

18         here and I'm leaving?

19    A.   Right.

20    Q.   And the meeting proceeded just with you,

21         then, and Mr. Dasinger and Mr. Alexander?

22    A.   That's correct.

23    Q.   And what did you all discuss?

128

1   A.   I want to think it's about a thousand

2        dollars a week.

3   Q.   Was there any discussion about any

4        compensation to Mr. Lambert at that time?

5   A.   No.

6   Q.   Was there any discussion about who Alabama

7        Gravel would use to haul its product?

8   A.   Yes.

9   Q.   And what was that discussion?

10   A.   We just -- you know, we talked, you know,

11        that we need somebody to haul the material

12        and that we had Carol's Contracting haul

13        the material for us.

14   Q.   And how did you come to consider Carol's

15        Contracting to do the hauling?

16   A.   Well, just more as a, you know, favor than

17        anything else.  Just let them haul it for

18        us.

19   Q.   Did you talk to Harry about them doing the

20        hauling for you?

21   A.   Yes, I believe we did.

22   Q.   Did you ever talk to Mrs. Lambert about

23        doing the hauling for you?

1    A.    Yes, we talked to her as well.

2    Q.    Who did you talk to first, Harry or

3          Mrs. Lambert?

4    A.    Harry.

5    Q.    And how much -- how many -- well, when you

6          talked to Mrs. Lambert, was there anything

7          new discussed that you hadn't already

8          talked to Harry about?

9    A.    Alls we really -- alls we asked was, you

10         know, would it be okay if we got Carol's

11         Contracting to haul it.  We never discussed

12         rates or prices or anything of that -- not

13         at that time we didn't, because it was, you

14         know, irrelevant at that point, but just

15         could you haul this for us.

16   Q.    And during those meetings did you talk

17         about other potential -- during that

18         meeting did you talk about other potential

19         haulers?

20   A.    No.

21   Q.    Did you talk about any other role that

22         Mrs. Lambert would play in Alabama Gravel?

23   A.    Yeah.  We talked that we needed some other

130

```
 1        people.  We needed -- you know, primarily

 2        the first thing we needed was, you know, a

 3        bookkeeper and that she had experience in

 4        that area, being a bookkeeper, and we could

 5        get her cheap.  And so we -- you know, we

 6        talked about seeing if she would do the

 7        books for us.

 8   Q.   Did you talk to Mr. Lambert about that

 9        before you talked to Mrs. Lambert?

10   A.   Yes.  Yes.

11   Q.   Did Harry -- did Mr. Lambert recommend

12        Mrs. Lambert to be the bookkeeper?

13   A.   He didn't recommend her.  We asked him if

14        she would be interested in doing it.  And

15        he said that he'd ask her, but he was sure

16        she probably would because, you know, she

17        was needing something to do.

18   Q.   He said she was needing something to do?

19   A.   Yeah.

20   Q.   Do you know when Carol's Contracting, Inc.,

21        was formed?

22   A.   I do not.

23   Q.   Have you ever heard of a company called
```

149

1   A.   Would have been sometime in 2005.  Probably

2       the latter half of the year 2005.

3   Q.   You didn't start before the second half of

4       the year 2005?

5   A.   I can't -- I can't recall.  I didn't have

6       much to do with that, so I don't recall.

7   Q.   Would Mr. Alexander be the one to talk to

8       about that?

9   A.   Yes, he would.

10   Q.   Do you recall going to the Deatsville pit

11       with Mr. Lambert in -- or the Deatsville

12       site with Mr. Lambert in 2004?

13   A.   Me and Mr. Lambert went to the Deatsville

14       site, but it had been -- it would have been

15       in 2005.  It would have been after -- right

16       around the time the company was formed.  It

17       might have been January, February 2005.  I

18       remember it was -- we rode up there one

19       time.

20   Q.   At some point, then, you all went to the

21       Deatsville site together?

22   A.   Yes.

23   Q.   Why did you do that?

150

1   A.   Just out riding around and I wanted to, you

2          know, see where this place was that

3          Mr. Dasinger had talked about -- that he

4          had talked about and so we just -- he took

5          me up there.

6   Q.   Mr. Lambert knew where the Deatsville site

7          was?

8   A.   Yes.

9   Q.   And why were you out riding around with

10        Mr. Lambert?

11   A.   Because he knew where the site was and he

12        took me up there.

13   Q.   Did you call him to take you to the site?

14   A.   Yes, I did.

15   Q.   Why didn't you call Mr. Dasinger to take

16        you to it?

17   A.   Because he was working.

18   Q.   At Gentry?

19   A.   At the -- at that time I -- we hadn't

20        started the Gentry pit yet.  I don't know

21        where he was.

22   Q.   So, then, you all visited the Deatsville

23        site before you all began mining at Gentry?

151

1    A.    Oh, yeah.

2    Q.    And when you went to the site, what did you

3          all do?

4    A.    We just drove around it, you know, rode

5          around in there.  It's kind of a swamp.

6    Q.    Did you take any soil samples when you were

7          there?

8    A.    I took some samples, yes.

9    Q.    So how did you do that?

10   A.    I just put them in a bag.  Picked up some

11         rocks, put them in a bag.

12   Q.    So is that something that you had

13         experience with before?

14   A.    Well, I've taken, you know, samples of rock

15         before, but, I mean, I'm not no expert.  I

16         just wanted to get them tested for

17         chemistry.

18   Q.    Were these rocks on top of the ground or

19         were they down under the ground?

20   A.    There was some existing holes where

21         Mr. Dasinger had went in there and dug,

22         some old holes.

23   Q.    Dug --

152

1  A.   It was an existing pit. You know, somebody

2       had mined that before. It was the old

3       Ingram gravel pit. So there was some, you

4       know, exposed areas where there was rock

5       and stuff.

6  Q.   So there were also some holes that

7       Mr. Dasinger had dug?

8  A.   Right.

9  Q.   Do you know how big those holes were that

10      Mr. Dasinger had dug? I mean, were they

11      dug with a bulldozer, or how were they --

12 A.   With a backhoe.

13 Q.   So Mr. Dasinger had dug with a backhoe, and

14      you knew these spots that he had dug?

15 A.   I mean, just drove around and found them.

16 Q.   How did you know those were the ones that

17      Mr. Dasinger had dug and not from the old

18      Ingram operation?

19 A.   Because they looked pretty new. I mean,

20      you know, the Ingram operation hadn't been

21      in there for probably ten years or longer

22      and you could tell by looking.

23 Q.   Did Mr. Lambert know where those holes

153

1          were?

2     A.   I think he knew the holes were in there,

3          but I don't know if he knew specifically

4          where they were.

5     Q.   So he knew that Mr. Dasinger had dug some

6          holes there?

7     A.   Yes.

8     Q.   But you can't recall if he specifically

9          knew where they were?

10    A.   No.

11    Q.   And, again, is it your testimony that

12         Mr. Lambert didn't dig those holes?

13    A.   That is correct.

14    Q.   And the rocks that you took, did

15         Mr. Lambert help you take soil samples?

16    A.   No.

17    Q.   What did you do with those samples?

18    A.   I took them home with me and had them

19         tested.

20    Q.   Where were they tested?

21    A.   At Globe.

22    Q.   You still had contacts there at Globe that

23         would help you?

169

1   A.   No, sir.

2   Q.   The apartment on Mr. Lambert's property

3       that you spoke of that Mr. Alexander was

4       using, is that rented separately from the

5       rent that Alabama Gravel pays to use the

6       office space?

7   A.   No, sir.

8   Q.   So it's all part of the same approximately

9       $1,000 a month?

10   A.   Yes, sir.

11   Q.   When you all formed Alabama Gravel was

12       there a percentage of ownership agreed to

13       between you and Mr. Dasinger and

14       Mr. Alexander?

15   A.   Yes, sir.

16   Q.   And what is that percentage?

17   A.   Mr. Dasinger has 5 percent.  I have 25

18       percent, and Mr. Alexander has 70 percent.

19   Q.   And, again, was there any percentage of

20       ownership contemplated at the formation of

21       Alabama Gravel for Mr. Lambert?

22   A.   No, sir.

23   Q.   Since that time has any percentage of

176

1        too, the bookkeeping.

2   Q.   Anything else?

3   A.   No.

4   Q.   Do you pay any commissions to anybody in

5        terms of brokerage fees -- does Alabama

6        Gravel pay anybody any brokerage fee

7        commissions in exchange for setting Alabama

8        Gravel up with customers for white

9        oversized gravel?

10  A.   No, sir.

11  Q.   Have you ever paid Mr. Lambert any

12       commission for arranging deals between

13       Alabama Gravel and purchases of white

14       oversized gravel?

15  A.   No, sir.

16  Q.   Has that ever been discussed?

17  A.   No, sir.

18  Q.   Has he ever asked for any commissions?

19  A.   No, sir.

20  Q.   Isn't it true that Alabama Gravel wouldn't

21       exist today if it were not for Harry

22       Lambert?

23            MR. BAILEY:  Object to the form.

177

1   A.   I wouldn't be involved in it.

2   Q.   So at least you would not be involved in

3        that company if it were not for

4        Mr. Lambert?

5   A.   Yes, probably.

6   Q.   Do you know how Mr. Alexander first got in

7        touch with Simcala?

8   A.   I believe they called -- I believe they

9        called Mr. Lambert and then Mr. Lambert

10       told them to call Mr. Alexander.

11  Q.   All right.  Okay.  Back to my earlier

12       question.  You stated that you would not be

13       involved with Alabama Gravel.  Wasn't it

14       your original concept?  Wasn't Alabama

15       Gravel your concept originally?

16  A.   Well, I wanted to, you know, be involved in

17       the gravel business.  And if, you know,

18       Mr. Lambert hadn't hooked me up with

19       Mr. Alexander, then I probably wouldn't

20       have, you know, pursued it any further than

21       that.

22  Q.   Do you think the company would have been

23       formed without you?