# Exhibit 24

**Thomas F. Gristina**

**From:** James N. Walter, Jr. [JNW@CHLAW.com]
**Sent:** Wednesday, January 10, 2007 3:42 PM
**To:** Thomas F. Gristina
**Cc:** Laurie, Robin; Knight, Lane; Bill Tucker; Bailey, Dennis
**Subject:** Harry Lambert 2005 Matter: RE: Alabama Gravel Document Production

Thomas:

As you know, we have delivered copies of Alabama Gravel, LLC's 2006 sales invoices to Robin Laurie.

With respect to the meeting dates you asked about, Robert Alexander believes that he met Harry Lambert and Rex Dasinger in Gadsden during the first week of January 2005. He does not have a specific date for that meeting.

Robert believes that he met Dave Tuten at the motel off I-65 about 2 to 3 weeks later.

Finally, Robert believes that the meeting that Robert, Dave and Rex had at Carol Lambert's property was on March 25, 2005.

Thanks,
Jimmy

James N. Walter, Jr.

Capell & Howard, P.C.
150 South Perry Street (36104)
Post Office Box 2069 (36102-2069)
Montgomery, Alabama
Direct Phone: (334) 241-8046
Direct Facsimile: (334) 241-8246
E-mail: jnw@chlaw.com

*Confidentiality Notice: This electronic communication is from a law firm and may be protected either by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please immediately notify the sender by reply e-mail or by telephone at (334) 241-8046,*

*and delete this from your computer. In addition, an unintended recipient should not print, copy, retransmit, disseminate, or otherwise use any information contained in this communication. Thank you.*

-----Original Message-----
**From:** Thomas F. Gristina [mailto:TFG@psstf.com]
**Sent:** Friday, December 15, 2006 9:35 AM
**To:** James N. Walter, Jr.
**Cc:** Laurie, Robin; Knight, Lane; Bill Tucker
**Subject:** Alabama Gravel Document Production

Jimmy:

Thanks for speaking with me this morning concerning Alabama Gravel's objections to the subpoena TCC recently served. You asked me for a letter setting forth our position so I wanted to follow-up on that in the hopes that we can resolve the matter.

At present, it appears that the only documents we are fighting over are Alabama Gravel invoices for sales after January 2, 2006. We believe those documents are relevant to damages in that the sales are the result of Lambert's and CCI's improper actions before Lambert's covenant expired. So long as the sales can be reasonably linked to actions before the covenant expired they are relevant. As we have argued in earlier filings, this notion of damages is not unlike a continuing tort where the damages continue to accrue. We do not believe these damages are speculative given the narrow market for white oversize.

We believe that the evidence shows that Lambert and CCI were critical to all sales from the Gentry Pit and now those from Deatsville. We also believe that these sales all stem from actions taken by Lambert and CCI in 2005. Were it not for these actions, the Gentry Pit certainly would not have sold to Simicala and others in 2005 and 2006. Similarly, Deatsville would likely not have opened and would not be in business by now.

We realize that Lambert and CCI contest these issues. At a minimum, however, it is relevant to a jury question on damages.

We also think the invoices relate to liability. They confirm improper action before the non-compete expired.

Please let me know your thoughts on these points.

In the meantime, we understand that you are going to produce documents you do not object to in the near future. These documents may assist in resolving the above. Respectfully, we also reserve the right to seek further reasonable discovery based on the documents produced.

On a remaining point, during Alexander's deposition, he mentioned the ability to confirm various dates. Specifically, he said he could confirm the timing of the Gasden trip and the meeting between him, Lambert and Tuten in Montgomery. We would appreciate documents confirming these dates. I have attached a few pages from his deposition that relate to the dates and my request for confirmation. We would also appreciate confirmation of the date of the meeting between Tuten, Dasinger, Lambert and Alexander at the Lambert property in Deatsville.

We are not seeking Alexander's personal information -- only confirmation of the above business matter.

Thanks. I look forward to speaking with you about this further.

**Thomas Gristina**
**Page, Scrantom, Sprouse, Tucker, & Ford, P.C.**
**Synovus Centre**
**1111 Bay Avenue, Third Floor**

**Columbus, GA 31901**
**Email: tfg@psstf.com**
**Direct Dial: (706) 243-5616**
**Fax: (706) 596-9992**

CIRCULAR 230 DISCLOSURE: To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any transaction, arrangement, or other matter.

The information contained in this electronic mail message is attorney privileged and confidential information intended only for the use of the individual or entity named. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (706) 324-0251 or reply email and delete this message.