# Exhibit 25

**FREEDOM COURT REPORTING**

Page 1

1   IN THE UNITED STATES DISTRICT COURT

2   MIDDLE DISTRICT OF ALABAMA

3   NORTHERN DIVISION

4

5   CASE NUMBER:   2005-CV-1026-CSC

6   THE CONCRETE COMPANY,

7           Plaintiff,         **ORIGINAL**

8           vs.

9   HARRY E. LAMBERT, CAROL'S CONTRACTING,

10  INCORPORATED, and ALABAMA GRAVEL,

11  LLC

12          Defendants.

13

14          S T I P U L A T I O N

15          IT IS STIPULATED AND AGREED by

16  and between the parties through their

17  respective counsel, that the deposition

18  of WILLIAM DASINGER may be taken before

19  JANET ARLEDGE, Commissioner, at the

20  offices of BALCH & BINGHAM at 105

21  Tallapoosa Street, Montgomery, Alabama,

22  on the 4th day of December, 2006.

23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 16

1  Deatsville property?

2      A.   Repeat that again.

3      Q.   Did you get a lease for
4  mining operations from the Cruise family
5  for the Deatsville property?

6      A.   Yes, I did.

7      Q.   And when did you get that?

8      A.   I don't remember the exact
9  time right offhand, a couple years ago.

10     Q.   More than a year ago?  You
11 said "a couple".  I'm trying -- I want to
12 pinpoint that.  Can you recall when you
13 got that?

14     A.   No, sir, I can't recall
15 exactly what time I got it.  Like I say,
16 it was a couple of years ago.  I had it
17 before Mr. Alexander came into the
18 picture.

19     Q.   Now, did you get that lease
20 in writing from the Cruise family?

21     A.   Yes, I did.

22     Q.   Do you still have a copy of
23 that?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 17

1  A. Yes, I probably do somewhere.
2  Q. And would you have given that
3  to Mr. Alexander for transfer into
4  Alabama Gravel's name?
5  A. Yes, I did.
6  MR. GRISTINA: Okay. Jimmy,
7  we'll put that on the list of
8  documents.
9  Q. (MR. GRISTINA:) Now, who in
10 the Cruise family did you talk to about
11 that lease?
12 A. I talked to Bill Cruise and
13 Ms. Eleanor Cruise and Ms. Eleanor Cruise
14 owned the land. She signed it. She
15 signed the lease.
16 Q. And is Bill Cruise somebody
17 that you knew?
18 A. That's her son.
19 Q. I'm sorry?
20 A. Her son.
21 Q. Bill Cruise is Eleanor
22 Cruise's son?
23 A. That's right.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 18

```
 1        Q.    And you met Bill Cruise at
 2   some point?
 3        A.    I've been knowing these
 4   people all my life.  I live right down
 5   the road from them.
 6        Q.    And you knew that they had
 7   some land, and did you approach Bill or
 8   Eleanor about leasing the land?
 9        A.    Bill.
10        Q.    And when did you first start
11   to speak to Bill about leasing the land?
12        A.    It was about five years ago.
13        Q.    And was that before or after
14   you worked at the Anderson pit with Mr.
15   Lambert?
16        A.    That was after.
17        Q.    And did you approach -- did
18   anybody else tell you or encourage you to
19   approach Mr. Cruise about the lease?
20        A.    No, sir, they didn't.
21        Q.    And you did that on your own?
22        A.    I done that on my own.
23        Q.    Were you looking to try to
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 19

```
 1   start up a mining operation?
 2       A.    I was.
 3       Q.    And how long did it take you?
 4   Did you negotiate for a long time about
 5   getting that lease?
 6       A.    I don't really remember, no.
 7       Q.    And was anybody else involved
 8   in those negotiations with you?
 9       A.    No, sir.
10       Q.    And do you recall -- you
11   said -- I think you said five years ago,
12   approximately, that you started talking
13   to him.  Do you recall when exactly that
14   first lease was signed?
15       A.    A couple years ago.
16       Q.    All right.  And did you have
17   to pay Mr. Cruise some money up-front?
18       A.    Yes, I did.
19       Q.    And was that your money that
20   you paid him with?
21       A.    That's right.
22       Q.    And what was the term of the
23   lease?
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 20

1    A.    Just -- well, I can't
2  remember every word of it, nothing like
3  that.  This was a lease for mining sand
4  and gravel.
5    Q.    Now, you know who Pete Long
6  is, don't you?
7    A.    Yes, I do.
8    Q.    And you talked with Pete
9  about the Cruise lease, didn't you?
10   A.    I don't really remember.  I
11 don't recall.
12   Q.    Didn't you talk to Pete
13 shortly after you got that lease and
14 mentioned to him that you had that lease?
15   A.    I could have.
16   Q.    And didn't he tell you that
17 you needed a backer to help you with
18 that?
19   A.    He probably did.  Several
20 other people encouraged me to get a
21 backer.
22   Q.    And, in fact, didn't you
23 contact Frank Foley about backing you on

FREEDOM COURT REPORTING

Page 21

1  that?

2  A. I might have. I can't really
3  recall.

4  Q. You called Frank Foley's
5  office, didn't you, about that?

6  A. Yeah, I believe I did.

7  Q. Now, who helped you prepare
8  -- who prepared the Cruise lease in
9  writing? Who wrote it up; do you know?

10  A. I got a lease from Mr. Jim
11  Matthews, then used it.

12  Q. And who is Jim Matthews?

13  A. He's the owner of another
14  sand and gravel outfit in Montgomery.

15  Q. All right. And that's the
16  lease that you and the Cruises used?

17  A. That's right.

18  Q. Now, we were talking about
19  you made the call to Mr. Foley, but Mr.
20  Foley didn't end up providing financial
21  backing, did he?

22  A. No, that was a long time ago.
23  When I first started trying to find

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  somebody, I called him. He said he
2  wasn't interested because it was too
3  close to Elmore Sand and Gravel, and I
4  never talk to the man again.
5       Q.   Now, didn't Mr. and Mrs.
6  Lambert find out that you called Mr.
7  Foley?
8       A.   I don't know.
9       Q.   Didn't they give you a real
10 hard time about that?
11      A.   No.
12      Q.   You didn't tell Pete Long
13 that you had -- you had gotten in a lot
14 of trouble with the Lamberts because they
15 found out you talked to Foley?
16      A.   No.
17      Q.   That never happened?
18      A.   No.
19      Q.   If Pete says that, that's not
20 true, you never told him that?
21      A.   No, I never told nobody such
22 a thing, because it never happened.
23      Q.   Now, when did Mr. Lambert

**FREEDOM COURT REPORTING**

Page 23

1  find out that you had the Cruise lease?
2      A.   I don't really know.  I don't
3  recall.
4      Q.   Was it back in 2004?
5      A.   I don't really know when Mr.
6  Lambert found out about the lease.
7      Q.   How did he find out that you
8  had it?
9      A.   I imagine I told him.
10     Q.   And what did you tell him
11  about it?
12     A.   Well, the first time I ever
13  mentioned anything to Mr. Lambert about
14  that property, I told him I was looking
15  for someone to back me.  And he said,
16  well, he couldn't do it, he was under a
17  non-compete, and, you know, he couldn't
18  have nothing to do with it.  And I said,
19  "oh okay".  So, that the end of that
20  conversation.
21     Q.   Did he refer you to somebody
22  who could back you?
23     A.   Well, eventually, Mr. Robert

FREEDOM COURT REPORTING

Page 24

come around. He introduced me to Mr. Robert, and it went from there.

Q. And didn't Mr. Lambert tell you not to deal with The Concrete Company on that lease?

A. Not -- I don't recall him ever saying anything like that.

Q. You don't recall him saying that to you; is that because he didn't say it, or because you can't remember him saying that to you?

A. He didn't say that to me is the reason I say I don't recall. He didn't say it.

Q. So, if Pete Long says you told Pete that, then Pete's not telling the truth on that?

A. Now repeat that again.

Q. Wasn't Pete trying to give you good advice on how to maximize your chances to make some money off that lease?

MR. WALTER: I object to the

1  form, as far as what someone was trying
2  to do.
3       Q.   (MR. GRISTINA:) Was Pete --
4  did you think Pete was trying to help you
5  with that lease?
6       A.   Pete is all the time full of
7  ideas, you know. I don't know -- just
8  this conversation here about Pete, I
9  don't know nothing about and never heard
10 him say anything to me about such, other
11 than what I told you about my
12 conversation with Mr. Foley. That is all
13 the conversation I had with him, and that
14 was all that was ever said about it.
15      Q.   All right. And my
16 question -- my other question was though:
17 Was that Pete has said that Mr. Lambert
18 got angry with you when he found out you
19 were trying to contact Mr. Foley, and I
20 want to make sure whether or not that
21 took place?
22      A.   No, sir, it didn't.
23      Q.   But Mr. Lambert did refer you

**FREEDOM COURT REPORTING**

Page 26

1  to Mr. Alexander?
2      A.   Yes, he did.
3      Well, he introduced us.  Other than
4  that, that was all he done.
5      Q.   And he had also introduced
6  you to Dave Tuten, didn't he?
7      A.   Repeat that.
8      Q.   Mr. Lambert also introduced
9  you to Dave Tuten, didn't he?
10     A.   Yes, sir.
11     Q.   Now, when you were acquiring
12 the Deatsville lease, did you go out to
13 the property and look at the property
14 before you signed the lease?
15     A.   Oh, yes.
16     Q.   And how did you get with Mr.
17 Matthews about getting a copy of a lease
18 that you could use?
19     A.   Well, at one time I was
20 talking to Mr. Matthews about financing
21 it.
22     Q.   All right.  And so, was Mr.
23 Matthews a backer that you thought about

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**