**FREEDOM COURT REPORTING**

Page 33

1  A.   That's right.
2  Q.   Now, when precisely, as best
3  you can recall -- that's a bad way to say
4  it.
5      When precisely did Mr. Lambert
6  introduce you to Mr. Alexander?
7  A.   When we went to -- I rode
8  with Mr. Harry up to North Alabama to
9  that Gadsden site to see that and that's
10 where I met Mr. Robert.
11 Q.   Now, did you have the lease
12 at that time?
13 A.   No, I can't recall.
14 Q.   Did you talk about the lease
15 with Mr. Alexander up there at the
16 Gadsden site?
17 A.   No.
18     MR. BAILEY:  Object to the
19 form.
20 Q.   (MR. GRISTINA:)  You did not
21 talk to him at that time?
22 A.   No.
23 Q.   Where were you when you

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 34

1  talked to Mr. Alexander about the lease?
2       A.   I can't recall, man, that's
3  been too long ago.
4       Q.   But the first time you met
5  Mr. Alexander was at the Gadsden site?
6       A.   That's correct.
7       Q.   Who else was there besides
8  you and Mr. Lambert and Mr. Alexander?
9       A.   Mr. Joe Powell and his crew
10 was all that was there.
11      Q.   Was Pete Long up there on
12 that site at some point?
13      A.   No, he was not.
14      Q.   Now, you had mentioned that
15 you worked for Mr. Lambert on the
16 Anderson site and then you later came to
17 drive trucks for CCI.  Were you driving
18 trucks for CCI when you went with Mr.
19 Lambert up to the Gadsden site?
20      A.   Yeah, I was.
21      Q.   And were you -- are you still
22 driving trucks for CCI?
23      A.   No.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 35

1  Q. When did you stop driving
2 trucks for CCI?
3  A. When we formed the company.
4  Q. And that -- in March of 2005?
5  A. Yes, sir.
6  Q. And before March of 2005, how
7 long had you been driving trucks for CCI?
8  A. Just a few months.
9  Q. And so, would you have
10 started driving trucks for CCI in late
11 '04, early '05?
12  A. No, probably late '04.
13  Q. And did you have the
14 Deatsville lease at that time?
15  A. No, I didn't.
16  Q. Why did you go to Gadsden
17 with Mr. Lambert?
18  A. He asked if I wanted to ride
19 with him, I was off that day. He wanted
20 to know if I wanted to ride with him up
21 there, and I told him "yeah, I'd love to
22 go see it".
23  Q. No other reason?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 36

A. Well, other than to see Mr. Robert.

Q. But why did you want to see Mr. Alexander?

A. I just wanted to meet him, hadn't never met him.

Q. Did you want to meet him because you had the Deatsville lease at that time?

A. No, I didn't have the Deatsville lease at that time.

Q. Now, were you working on getting it at that time?

A. Well, I've been working on it ever since -- for five years, yeah.

Q. All right.

A. I was working on it.

Q. So, you were talking to the Cruise family at that point about getting that lease?

A. Yes, sir.

Q. So, when you went up to Gadsden, you were talking to the Cruise

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  family?
2       A.    That's right.
3       Q.    And I want to be sure now
4  that we're talking about that written
5  lease that you got from Mr. Matthews and
6  you eventually signed the lease with the
7  Cruise family, right?
8       A.    Yes.
9       Q.    All right. And then it was
10 changed over into Alabama Gravel's name
11 later on, right?
12      A.    That's right.
13      Q.    Now, do you have that
14 original lease in your possession?
15      A.    I've got a copy.
16      Q.    You have a copy of it. I'm
17 going to send a letter to your lawyer,
18 but I want to make sure that -- and your
19 lawyer -- I'm not going to instruct you
20 to do anything, but your lawyer will
21 instruct you that you need to make sure
22 to get that to your lawyer, and he can
23 decide what he wants to do with it, that

FREEDOM COURT REPORTING

Page 41

1  mine. I had been working on that for a
2  long time.
3      Q.   All right.  So, Mr. Alexander
4  was going to bring the money to Alabama
5  Gravel; is that right?
6      A.   Well, yes.
7      Q.   And CCI was going to be
8  transporting the product; isn't that
9  right?
10         MR. WALTER:  Now, what --
11     A.   No.
12         MR. WALTER:  -- time period
13 are you talking about?
14         MR. GRISTINA:  When they were
15 forming the company.
16     A.   I don't know nothing about
17 the trucking part of it.  You get past
18 the Deatsville lease and getting into the
19 forming the company and all that, and I
20 don't know much about all that, because
21 that's not my department.
22     Q.   (MR. GRISTINA:)  Well, do you
23 know who the original owners of Alabama

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  Gravel were?
2  A.   Yeah.
3  Q.   And who were they?
4  A.   Robert Alexander, Dave Tuten,
5  and myself.
6  Q.   And what were the percentages
7  of ownership?
8  A.   Seventy, twenty-five and
9  five.
10 Q.   And who had seventy?
11 A.   Mr. Robert.
12 Q.   And who had twenty-five?
13 A.   Dave.
14 Q.   And you had five?
15 A.   That's right.
16 Q.   And do you still have that 5
17 percent?
18 A.   That's correct.
19 Q.   Did you contribute money into
20 Alabama Gravel for that ownership?
21 A.   Oh, yes, sir.  I put up a
22 thousand dollars to get the lease, so
23 that's -- I guess that I've contributed

1  was asking, what the other was for?
2     A.   Just about the trucking end
3  of it, you know.  That's all I -- that's
4  all I can recall.
5     Q.   Now, you weren't working for
6  CCI at that point, were you?
7     A.   No, I wasn't.
8     Q.   And your testimony is that he
9  was calling you to see how much product
10 you'd help him to pick up?
11    A.   Well, yeah.  I was the one
12 that run the loaders and stocked -- kept
13 everything there on the yard for them to
14 get.
15        (A recess was had.)
16    Q.   Now, Mr. Dasinger, you
17 mentioned that you wanted to meet Mr.
18 Alexander when I asked you why you went
19 up to Gadsden.  What was it that caused
20 you to want to meet him?
21    A.   Well, I had heard that he was
22 looking for sand and gravel in the area,
23 and I had in the back of my mind, and,

Page 59

you know, maybe he might be interested in what I had. So, beside just going to ride with Mr. Harry up there, that was why I went, that was my other reason for going.

Q. And what you had was the Deatsville lease?

A. That's right.

Q. Who had told you that Mr. Alexander was looking for sand and gravel at that point?

A. I don't recall.

Q. Was it Mr. Lambert?

A. I don't know.

Q. You didn't know Mr. Tuten at that point?

A. (Indicating).

Q. You didn't know Mr. Tuten at that point?

A. No, I didn't.

Q. But you can't recall if it was Mr. Lambert who told you?

A. No, I can't recall if it was

Page 77

at that point?

MR. WALTER: If you can recall.

A. I don't recall, because, man, there's been so much going on, and I wasn't there all the time at that time anyway.

Q. (MR. GRISTINA:) When you were working at the Gentry site, when the Gentry site was still producing, did you ever drive any CCI trucks from Gentry to CCI?

A. No, I didn't. I was too busy working there.

Q. Did you ever drive any CCI trucks to Globe or any other customer?

A. No, I didn't.

Q. Were you ever asked to drive one of those trucks?

A. No, I wasn't.

Q. Have you ever met with -- when you go out to Gentry and when you were operating there, you mentioned that,

1  you know, you all would close down for
2  business at the end of the day, and that
3  sometimes that CCI drivers would load
4  gravel after-hours; is that correct?
5       A.   That's right.
6       Q.   Is there a gate to the -- at
7  that time, was there a gate to the Gentry
8  pit?
9       A.   That's right.
10      Q.   You've got a lot of expensive
11 equipment back in there, don't you?
12      A.   That's right.
13      Q.   And is that gate locked when
14 you all leave?
15      A.   Yeah, we lock it.  Drivers
16 had keys.
17      Q.   So, the CCI drivers had keys
18 to the Gentry pit's gate?
19      A.   That's right.
20      Q.   And then you go in the Gentry
21 pit.  Is there a scale on the Gentry pit?
22      A.   There was an old scale
23 there, but we didn't use it.

1   Q.   There is an old scale there,
2   but you didn't use it?
3   A.   No.  It probably doesn't even
4   work.
5   Q.   How did you know how much
6   gravel the CCI drivers were taking, if
7   there was no scale there?
8   A.   We had scales, on board
9   scales on the loaders.
10  Q.   On the truck or the loaders?
11  A.   On the loaders.
12  Q.   And so, if a driver came -- a
13  CCI driver came after-hours, they had a
14  key, they could unlock the gate, and then
15  they would go in.  How would they get the
16  keys to the loader to operate it?
17  A.   Well, the keys are left in
18  it.
19  Q.   You all would leave keys in
20  the front loaders on the site?
21  A.   Yeah.
22  Q.   And that's an enormous piece
23  of equipment, isn't it?

1    A.    Yeah, pretty good size.
2    Q.    And it's worth, what,
3 $300,000?
4    A.    Yeah.
5    Q.    And you all would leave the
6 keys in it after-hours?
7    A.    Yeah.
8    Q.    And so, a CCI driver, if he
9 had a key to the gate, he could come in,
10 then he could get in the loader, turn
11 that on, and go get gravel, the white
12 oversize gravel, and put it in the CCI
13 truck, and the only way that you could
14 determine what the tonnage that they had
15 taken out was based on the CCI driver
16 recorded?
17   A.    No, they weigh it in at
18 Simcala.
19   Q.    So, they would take the truck
20 to Simcala, and then would Simcala give
21 them some sort of receipt to tell them
22 how much it weighed?
23   A.    Yeah.

FREEDOM COURT REPORTING

Page 81

Q. When you all were there during the day, did they record the amount that they had loaded in the trucks before they left for Simcala?

A. No, it's the same way.

Q. It's always based on what happened at Simcala?

A. That's right.

Q. And at the Gentry site, is there a trailer office of some sort?

A. No.

Q. How do you turn on one of those mining operations? Is there a master power switch?

A. Master power switch, and there's an individual switch at every box that goes to every motor.

Q. Were they locked?

A. Yeah, that room was locked every night.

Q. So, there is a -- is there a power room on the site?

A. Yeah.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660