FREEDOM COURT REPORTING

Page 126

1  you're going to get exact numbers out of
2  several different locations on a given piece
3  of property.
4      Q.   Were these levels of -- Were these
5  test results acceptable to you at that time?
6      A.   The first three basically were not
7  acceptable.  The way we also had to look at
8  this was we were in a desirable need of
9  gravel, that if we didn't come up with
10 something, we were in trouble.
11     Q.   Now, you said desirable.  Did you
12 mean dire?  You said desirable.
13     A.   Dire, correct.
14     Q.   You mean dire, D-I-R-E?
15     A.   Right.
16     Q.   Okay.  Now, are you -- Did you
17 inquire as to how many acres the Swift Creek
18 permit covered?
19     A.   Yes.  But I don't recall what it
20 was.
21     Q.   And that's important because you
22 want to know how long the supply is going to
23 be?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 128

1  And we reached a price agreement at the
2  time. And I asked for a delivery price. So
3  he gave me gravel price, freight price.
4     Q.  And what was that price?
5     A.  I don't think I have anything
6  here. It was in the mid-twenties.
7     Q.  Does twenty-six dollars a ton
8  sound correct?
9     A.  Possible.
10    Q.  I'll represent to you that it was
11 twenty-six dollars a ton.
12    A.  Okay.
13    Q.  Now, up to that point -- Well, was
14 that the price that Mr. Alexander said he
15 would sell it to you at or was there any
16 give and take?
17    A.  There's always give and take. But
18 we -- Simicala didn't win. It was whatever
19 you just said it was.
20    Q.  So he told you twenty-six and you
21 had to take it?
22    A.  Yes.
23    Q.  All right. Now, did he tell you

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 129

1  how much -- And the price he gave you
2  included freight?
3      A.    Correct.
4      Q.    Did he break down for you what the
5  freight price was?
6      A.    He did not.
7      Q.    Did he tell you they were paying
8  six dollars a ton to Carol's Contracting,
9  Inc., to deliver that product to Simcala?
10     A.    No.
11     Q.    All right.  Did you know what
12 Carol's Contracting, Inc., was at that time?
13     A.    He just said that was going to be
14 the trucking company delivering the
15 material.
16     Q.    And did you know who the president
17 of Carol's Contracting, Inc., was?
18     A.    No.
19     Q.    Did you have any idea that it
20 might be Carol Lambert?
21     A.    No.
22     Q.    Did you know Carol Lambert at that
23 time?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 135

1  Q. And then that -- But the knowledge that Deatsville would come on line was important to you?

4  A. Yes.

5  Q. Are you aware of the fact that Mr. Rex Dasinger was the person who obtained the lease for the Deatsville site?

8  A. No.

9  Q. Would the fact that Carol's Contracting was receiving six dollars per ton to haul from Swift Creek to Simcala have been an important number for you to have known?

14  A. No.

15  Q. Would you have liked to have known that number so that you could negotiate a better price from Mr. Alexander?

18  A. Sure.

19  Q. And yet it was not supplied to you?

21  A. Pardon me?

22  Q. Mr. Alexander did not tell you that?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 136

1  A. No. I asked for a delivery price
2  and that's what he gave me.
3  Q. Now, in your experience as a
4  purchaser, you have frequently dealt with
5  freight charges, have you not?
6  A. Frequently is a broad term.
7  Q. All right.
8  A. I would have to ask for that.
9  That normally when I'm buying raw materials,
10 I ask for a delivery price on all of them.
11 Now, there are some suppliers that say we
12 don't want to get involved with freight.
13 But that's not the majority. And
14 if I say, well, I don't want to deal with
15 the freight, you take care of it, some you
16 win, some you don't. So normally, to answer
17 your question, frequently deal with freight,
18 no.
19 Q. And there have been times -- But
20 there have been times when you have dealt
21 with freight?
22 A. Yes.
23 Q. In giving your -- those

FREEDOM COURT REPORTING

Page 137

1  experiences, do you have an opinion as to
2  whether or not six dollars per ton from
3  Swift Creek to Simcala is a fair freight
4  charge?
5           MR. BAILEY:  Object to the form.
6  Lack of predicate.  Go ahead.
7      A.   Sounds a little high.
8      Q.   Given your experience, what do you
9  think an appropriate freight charge would be
10 from Swift Creek to Simcala?
11     A.   Approximately four.
12     Q.   Approximately four.  And just so
13 I'm precise on the time period then, at the
14 time Alabama Gravel began to ship white over
15 -- quartz rock, which happened to be
16 oversize from Swift Creek to Simcala, it's
17 your opinion that the appropriate freight
18 charge would have been approximately four
19 dollars per ton?
20          MR. BAILEY:  Object to the form.
21 Predicate.
22     Q.   Is that yes?
23     A.   Yes.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 153

1  that we served on Simcala?
2       A.    This?
3       Q.    Yes.  Did you print it out in
4  response to that subpoena?
5       A.    I'm not sure how to answer you.
6  This is something I had ordered.  And
7  because of the time frame, it was printed
8  because of the subpoena.
9       Q.    Okay.  Does it indicate on 07 that
10 the total value of oversize purchased from
11 Swift Creek was one point five six million
12 dollars?
13      A.    If we purchased or received this
14 order, the amount on this purchase order,
15 that would be divided.
16      Q.    And what date was this purchase
17 order generated?
18      A.    You want me to tell me what all
19 that means?
20      Q.    Sure.
21      A.    Okay.  The top says my name.  I'm
22 the one who generated it.  Line two on the
23 left where it says I is a PO number for this

FREEDOM COURT REPORTING

Page 154

1  particular order. I put a notation to the
2  right of what it was and where it was from.
3  Line three is automatic.
4  　　　　　It prints our company Simcala.
5  Line four is a financial accounting number
6  that's used in the accounting department.
7  Line five is another accounting number that
8  says this is a raw material item.
9  　　　　　Line six is the number that I
10 previously mentioned, that each vendor is
11 given a number which represents whoever that
12 vendor is. That's what that number is.
13 　　　　　Line seven is payment terms. Line
14 eight is trucking type. Line nine is where
15 it's going to be shipped to, which
16 automatically generates our company Simcala.
17 Line ten is freight terms.
18 　　　　　Line eleven, I'm not a hundred
19 percent sure. My guess is that's the date
20 of the last invoice posting. Line twelve is
21 a requirement date. Line thirteen is the
22 date the order was generated. I think the
23 last three lines are immaterial.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 155

1   Q.   All right. But seventeen has the
2 total value as one point five six million?
3   A.   Right. And I explain that on the
4 next page.
5   Q.   We'll get to it. Now, let me --
6   A.   The reason I say this is mine,
7 Eddie wouldn't have all that information.
8   Q.   Eddie wouldn't have that
9 information?
10   A.   I say that off the record.
11   Q.   I think that I was confused
12 yesterday because I think he said that you
13 were the one to ask about this to be honest
14 with you.
15   A.   Fine.
16   Q.   Now -- But I noticed here that in
17 your purchase order, you specifically
18 reference the way the product was going to
19 be shipped, ship via carrier, dump truck; is
20 that right?
21   A.   Ask your question again.
22   Q.   You made specific reference to how
23 the oversize was going to be shipped to

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 156

1  Simcala. Your purchase orders have that
2  line, an indication for that?
3      A.   Yes.
4      Q.   All right. And, in fact, there's
5  an abbreviation, DT?
6      A.   DT stands for dump truck.
7      Q.   And is that because -- strike
8  that.
9      A.   I can answer that.
10     Q.   Sure.
11     A.   We can only receive by dump truck
12 or rail car. We took the rail cars out. So
13 it has to be the dump truck.
14     Q.   Okay. Simcala can only receive
15 via dump truck?
16     A.   In the raw material area, correct.
17     Q.   Now, looking at the next page, you
18 were going to explain the number. I see the
19 correlation. I assume because it's
20 twenty-six dollars times six thousand tons?
21     A.   Yes. That's where that number
22 comes from. In this case, we did not
23 receive a hundred percent.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 157

1   Q. In fact -- okay. All right.
2   A. The next line says up at the top
3 receipt quantity.
4   Q. Fifty-six thousand two hundred and
5 twenty point four one tons?
6   A. Times that, that's what we pay.
7   Q. So as of the time this document
8 was generated, you had paid one point four
9 four eight two six nine -- one million four
10 hundred and forty-eight thousand two hundred
11 and sixty-nine dollars and thirty-nine
12 cents?
13  A. Yes.
14  Q. To Alabama Gravel for Swift Creek
15 white oversize?
16  A. Swift Creek and trucking.
17  Q. Excuse me?
18  A. And trucking.
19  Q. And trucking?
20  A. Yes.
21  Q. And this confirms the price of
22 twenty-six dollars a ton that we spoke of?
23  A. Yes.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660