# Exhibit 28

# FREEDOM COURT REPORTING

1    IN THE UNITED STATES DISTRICT COURT

2    MIDDLE DISTRICT OF ALABAMA

3    NORTHERN DIVISION

4

5    CASE NUMBER:  2005-CV-1026-CSC

6    THE CONCRETE COMPANY,

7            Plaintiff,                **ORIGINAL**

8            vs.

9    HARRY E. LAMBERT, CAROL'S CONTRACTING,

10   INCORPORATED, and ALABAMA GRAVEL,

11   LLC

12           Defendants.

13

14           S T I P U L A T I O N

15           IT IS STIPULATED AND AGREED by

16   and between the parties through their

17   respective counsel, that the deposition

18   of ROBERT JAMES ALEXANDER may be taken

19   before JANET ARLEDGE, Commissioner, at

20   the offices of BALCH & BINGHAM at 105

21   Tallapoosa Street, Montgomery, Alabama,

22   on the 4th day of December, 2006.

23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 58

1    that you would not acquire that pit?

2        A.    Yes.

3        Q.    During the time that he was

4    consulting with you on that pit, did you

5    continue to look for other sources of

6    sand and gravel in Alabama?

7        A.    No, I was centered in -- I

8    was concentrating on the Hokes Bluff.

9        Q.    During that time that Mr.

10    Lambert was consulting with you about

11    Gadsden, did you all discuss other sites

12    in Alabama where you might acquire sand

13    and gravel?

14        A.    We talked about if I didn't

15    buy that gravel operation that we now

16    needed some equipment, additional

17    equipment to up the production, and he

18    told me about a fellow he knew had sand

19    screws.  I came down to Deatsville or

20    Independence or Prattville, wherever, to

21    look at this sand equipment, and it was

22    Mike Gentry had the sand equipment.

23        Q.    And how did you locate the

# FREEDOM COURT REPORTING

Page 61

1  potential for you to acquire, or mine

2  sand and gravel at Mr. Gentry's pit in

3  Independence, Alabama?

4        A.    No.

5        Q.    When you went to see Mr.

6  Gentry -- I take it you drove down to see

7  Mr. Gentry?

8        A.    Yes, sir.

9        Q.    And when you went to see him,

10 was Mr. Lambert with you?

11       A.    Yes.

12       Q.    And that was in Independence,

13 Alabama; is that correct?

14       A.    That was at his concrete

15 plant in Prattville.

16       Q.    And that's within 60 miles of

17 Montgomery, isn't it?

18       A.    Yes, sir.

19       Q.    And what did you all discuss

20 during that meeting?

21       A.    We discussed the condition of

22 the screws, the equipment I come to look

23 at, in case I acquired the Hokes Bluff

# FREEDOM COURT REPORTING

Page 62

1    plant.

2         Q.    Did you all discuss anything

3    else that you can recall during that

4    meeting?

5         A.    No, I discussed with Mr.

6    Gentry that -- he told me he had a pit in

7    Independence that he closed down.

8         Q.    When I say "the Gentry pit",

9    I'm -- we're going to talk a lot about

10   the Gentry pit today, I consider that to

11   be the place where Alabama Gravel ended

12   up setting up its first operation, and

13   you mentioned the Prattville Ready Mix

14   Plant?

15        A.    Yes.

16        Q.    Now, that's not -- the Ready

17   Mix plant is not a mining operation,

18   correct?

19        A.    No, that's a concrete plant.

20        Q.    So, during that meeting, at

21   which Mr. Lambert was present, Mr. Gentry

22   identified to you -- was it the Gentry

23   pit that he identified to you?

# FREEDOM COURT REPORTING

1     A.    The Gentry pit in

2  Independence.  He had a sand and gravel

3  pit there, and he had shut it down.

4     Q.    And why did he mention that

5  to you?

6     A.    I don't know.

7     Q.    In what context did he

8  mention it?

9     A.    Well, we were talking about

10  this equipment he had, and I told him

11  about the plant up at Hokes Bluff that I

12  looked at, and if I had bought that

13  plant, I was interested in buying those

14  sand screws from him and moving it up

15  there to production.  And we got to

16  talking, and I don't know whether Mr.

17  Lambert was standing there right with us,

18  we was out there in the yard, his

19  equipment yard, looking at the equipment,

20  and that conversation come up.  I don't

21  know how it come up.

22     Q.    And when he mentioned it to

23  you, was -- did it occur to you that's

# FREEDOM COURT REPORTING

Page 64

1    something you might want to investigate

2    acquiring?

3              MR. BAILEY:    Object to the

4    form.  "He" being?

5         Q.    (MR. GRISTINA:)  Mr. Gentry.

6         A.    Say again.

7         Q.    When Mr. Gentry mentioned his

8    Independence pit to you, did it occur to

9    you that's something you might want to

10   acquire?

11        A.    Something I might be

12   interested in, because it was a sand and

13   gravel pit that -- I'm interested in all

14   sand and gravel pits.

15        Q.    Was that the first you had

16   heard of the Gentry pit?

17        A.    Yes, sir.

18        Q.    And did you discuss at that

19   time potentially acquiring that pit from

20   Mr. Gentry?

21        A.    No, I rode out to look at it.

22        Q.    Did you discuss with Mr.

23   Gentry before riding out to look at it

# FREEDOM COURT REPORTING

Page 65

1  the possibility of acquiring it?

2  　　A.　　I didn't -- I don't think

3  so.  I might have talked to him later

4  about that.

5  　　Q.　　Did you ride out to look at

6  it with Mr. Lambert?

7  　　A.　　I don't recall whether it was

8  Mr. Gentry and me, or if Mr. Lambert was

9  along or not.  I don't really recall

10  that.

11  　　Q.　　Was it the same day?

12  　　A.　　No, I think it was the next

13  day.

14  　　Q.　　Were you and Mr. Lambert

15  traveling together when he went to the

16  Ready Mix plant in the same vehicle?

17  　　A.　　Yes.

18  　　Q.　　And when you went to see the

19  Gentry pit, is it your testimony you

20  can't recall whether or not Mr. Lambert

21  went with you?

22  　　A.　　That's my testimony, yes.

23  　　Q.　　What did you do when you went

# FREEDOM COURT REPORTING

Page 76

1    mean, that's the reason we went.  He

2    wanted me to see it.  He might wanted me

3    to mine it for him.  I don't know what

4    his reason was.

5         Q.    Did you discuss with Mr.

6    Gentry, on the way over there, the

7    possibility of you mining that pit?

8         A.    I talked to him about --

9    asked him if he was interested in getting

10   somebody to mine it.

11        Q.    And that's different than

12   acquiring it, so -- because I believe you

13   said you didn't recall talking to him

14   about acquiring it, but am I right then

15   that you talked to him about potentially

16   mining it?

17        A.    At some point I did.  I don't

18   know whether it was on the first trip or

19   that trip or another trip or another

20   time.

21        Q.    And how long did you all

22   spend at the Gentry pit on that first

23   visit?

# FREEDOM COURT REPORTING

Page 78

1    place.  It's hard to dredge gravel.

2        Q.    Did you discuss that issue

3    with him on that first visit?

4        A.    No.

5        Q.    Did you take any samples,

6    soil samples at that first visit?

7        A.    No.

8        Q.    At that point -- well, when

9    was the next time that you had any

10   contact with Mr. Gentry after that first

11   visit?

12       A.    I don't know how long.  I

13   don't know when the next time was.

14       Q.    Did you discuss that -- I

15   know you said you can't recall if Mr.

16   Lambert was there at the first visit, did

17   you discuss the results of that first

18   visit to the Gentry pit with Mr. Lambert

19   after the -- you went to it?

20       A.    I did.

21       Q.    And how long after the visit

22   did you discuss it with him?

23       A.    I don't know.

# FREEDOM COURT REPORTING

Page 79

1    Q.    Where were you when you

2    discussed it?

3    A.    I don't recall.

4    Q.    Would it have been on the

5    telephone?

6    A.    Could have been.

7    Q.    What did you all talk about?

8    A.    Well, I talked about the

9    oversize I saw out at the end Gentry pit

10   and asked if he thought that would do for

11   metallurgical rock.

12   Q.    And what prompted you to

13   wonder if it was -- if it would do for

14   metallurgical rock?

15   A.    Because I understood later,

16   that -- after the visit that Simcala was

17   looking for oversize, looking for a

18   source of oversize.

19   Q.    When did you learn that?

20   A.    I don't know the dates.

21   Q.    Was that before you talked

22   to Mr. Lambert about whether or not the

23   oversize would be good for metallurgical