# Exhibit 29

**FREEDOM COURT REPORTING**

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3    NORTHERN DIVISION
4
5    THE CONCRETE COMPANY,    )         **COPY**
6         Plaintiff,          )
7    vs.                      )    CASE NUMBER:
8    HARRY E. LAMBERT and     )    2:05-CV-1026-ID-CSC
9    CAROL'S CONTRACTING,     )
10   INC.,                    )
11        Defendants.         )
12
13        DEPOSITION OF HOWARD MICHAEL GENTRY
14            In accordance with Rule 5(d) of
15   The Alabama Rules of Civil Procedure, as
16   Amended, effective May 15, 1988, I, Cindy
17   Weldon, am hereby delivering to Thomas F.
18   Gristina, the original transcript of the
19   oral testimony taken on the 9th day of
20   January, 2007, along with exhibits.
21            Please be advised that this is the
22   same and not retained by the Court Reporter,
23   nor filed with the Court.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 30

1  Q. Where were you precisely, if you
2  could tell me the location of the plant that
3  you were at when Mr. Alexander came to look
4  at the sand screw?
5  A. It was at Gentry Ready Mix,
6  Highway 14 West, Prattville.
7  Q. In Prattville?
8  A. Yes, sir.
9  Q. And was anybody with Mr.
10 Alexander?
11 A. Yes, sir.
12 Q. Who was with him?
13 A. Harry Lambert.
14 Q. And do you know why Mr. Lambert
15 was with Mr. Alexander?
16     MR. BAILEY: Object to the form.
17 Go ahead.
18 A. Well, I had called Mr. Lambert and
19 told him that I was trying to sell some of
20 this stuff. If he knew anybody that needed
21 any of it, I'd appreciate him putting me on
22 them.
23     And he, you know, called me and

**FREEDOM COURT REPORTING**

Page 31

1  told me that, you know, a guy was interested
2  in it. And he brought him out there and
3  told him, you know, where the place was and
4  all.
5      Q.    The piece of equipment, is it a
6  sand screw?
7      A.    Yes, sir.
8      Q.    What is a sand screw?
9      A.    It's a dewatering screw that takes
10 the water out of the sand when you process
11 it. And it just piles it up. Like it says,
12 it's a screw. It's like a big auger. We
13 have two or three of them. I wasn't using
14 it. And so --
15     Q.    Is it a piece of equipment that's
16 used in the mining --
17     A.    Yes, sir.
18     Q.    -- of sand and gravel?
19     A.    Yes, sir.
20     Q.    When did you first meet Mr. Harry
21 Lambert?
22     A.    That's hard to say. I've seen him
23 around, you know, at auctions and stuff.

1   A.   Yes.

2   Q.   All right. Now, when Mr.
3   Alexander came out there with you, did y'all
4   ride in your car or his car?

5   A.   Rode in my truck.

6   Q.   Was anybody else in the truck with
7   you?

8   A.   No, sir.

9   Q.   Are you sure?

10  A.   Positive.

11  Q.   Mr. Lambert was not with you?

12  A.   No. You're pushing it to get two
13  people in my truck.

14  Q.   All right. What did you all do
15  when you went to the pit?

16  A.   I showed him what I had and I sort
17  of showed him, you know, where the -- my
18  roads were around there. And I had dug test
19  holes with an excavator in the past. And I
20  rode him around to all where the test holes
21  were.

22       And on the part I didn't mine,
23  just, you know, sort of showed him the lay

Page 44

of the land. And I had -- You know, I had wrote down the different depths of each test hole and sort of -- you know, where I sort of checked the gravel and what it was yielding and showed him that.

Q. And had you yourself dug those test holes?

A. Yes, sir.

Q. Was Mr. Lambert in anyway involved in the digging of those test holes?

A. No, sir. I dug those test holes. The first ones I dug, I wasn't even in the gravel business. It was just when I first bought property just to see what kind of gravel was on it.

Q. At the time you brought Mr. Alexander to the pit, did you have an existing stock pile of white oversize?

A. Yes, sir.

Q. How large, if you know?

A. It wasn't real large because I had sold most of it. It was probably -- if I had to guess -- it was on daily, you know,

1  weekly run. We probably had a couple
2  hundred tons. Something like that.
3      Q. Did Mr. Alexander, if you recall,
4  ask you specific questions about what you
5  thought your inventory or ability to produce
6  white oversize was?
7      A. Yes, sir. He asked me -- you
8  know, I was telling him about what I had,
9  you know, sold like to Red Bluff. And he
10 came down there and watched the plant run
11 some and saw how it was coming off the
12 spring. We had pretty good oversize right
13 there. I just -- I couldn't get no more for
14 it than I could fifty-seven.
15     Q. Did he tell you he was targeting
16 white oversize specifically?
17     A. No, sir. He just told me -- Well,
18 he told me was very interested in, you know,
19 taking over the operation. Then he came to
20 me later and asked me would I be interested
21 if they just took all of the, you know,
22 white oversize and then I'd take everything
23 else.

```
 1            And then if they used my plant, in
 2   which we worked out the utilities and stuff
 3   like that, he'd pay for them.
 4       Q.   And I'm going to get to that.  Now
 5   -- But I want to go in sequence of each
 6   visit and frankly would probably save us
 7   time in deposition.
 8       A.   All right.
 9       Q.   All right.  If -- At that visit --
10   Have we covered everything that you all
11   talked about on the first truck ride through
12   the plant?
13            MR. BAILEY:  Object to the form.
14       A.   As far as I can remember.  I mean,
15   I can't -- I couldn't honestly say yes or
16   no.  We might have been talking about
17   hunting deer or something, you know, because
18   Robert has been around a long time.
19            And we sort of -- I know a lot of
20   times he talked about some of his friends
21   that was in the ready mix business up around
22   Augusta, a guy.
23            I actually, you know, talked to
```

Page 51

1  was a guy down there that sort of ran the
2  plant that was working down there all the
3  time named Rex.
4       Q.   Big guy with black hair?
5       A.   Yes.  And to be honest with you, I
6  ain't never known what his last name was.
7       Q.   And that was the first time you
8  had ever met him?
9       A.   Yes.  I always dealt with --
10 what's his name -- Robert.  And that guy
11 David, he came down there one day and asked
12 me about going down there deer hunting.  And
13 I sort of straightened him out on that.
14      Q.   You didn't want him deer hunting?
15      A.   No, sir.  I didn't want anybody on
16 my land except me.
17      Q.   You're the only one that deer
18 hunts that property?
19      A.   Yes.  Me and my family.
20      Q.   Okay.  Now, when -- Well, at some
21 point, you and Mr. Alexander came to an
22 agreement I take it?
23      A.   Sure.

FREEDOM COURT REPORTING

Page 52

1    Q.   And was that reduced into writing?
2    A.   No, sir.
3    Q.   And as I understand it, the
4 agreement was that Mr. Alexander's company
5 -- Well, at that time, had you heard that
6 he was forming a company to handle all this?
7    A.   No, sir.  He never told me that.
8    Q.   All right.  Was the agreement with
9 Mr. Alexander that he would be responsible
10 for running the mining operation, paying the
11 power, dealing with the reclamation and then
12 in exchange for that, he would be entitled
13 to all the white oversize and you would get
14 all the other aggregate produced?
15   A.   Yes, sir.
16   Q.   And no money was paid to you other
17 than a payment of the power bill; is that
18 correct?
19   A.   Right.
20   Q.   How -- Did he put the power bill
21 in his name?  How did that work, that the
22 power bill was eventually paid by him?
23   A.   My secretary sent him the bill and

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 55

1  about different stuff.
2      Q.   Between the time that you first
3  met Mr. Alexander with respect to the sand
4  screw and leading up to when you all
5  finalized your deal about the mining, do you
6  recall Mr. Lambert coming to the Gentry pit?
7      A.   No, not really.  I mean, you know,
8  I think he drove a truck down there a few
9  times.  Something like that.  I'd see him
10 before, but just coming down there to pick
11 up something like that.
12     Q.   And what were -- Did you discuss
13 -- have discussions with him then?
14     A.   I'd speak to him every time I'd
15 see him.
16     Q.   But do you know why he was coming
17 to the Gentry pit between the time you met
18 Mr. Alexander and between the time you made
19 a deal with Mr. Alexander?
20     A.   No, sir.  I think he hauled some
21 equipment one time down there.
22     Q.   He hauled some equipment down
23 there one time?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 56

1   A. Yes.
2   Q. Do you know what equipment that
3 was?
4   A. It was an old loader or something
5 like that.
6   Q. He brought an old loader down
7 there?
8   A. Yes, sir.
9   Q. Is that a machine that's used in
10 the mining of sand and gravel?
11   A. Yes, sir.
12   Q. What other reason besides bringing
13 down the equipment do you recall Mr. Lambert
14 having to come to the pit during that time
15 period?
16   A. I don't know.
17   Q. Was he with Mr. Alexander at that
18 time?
19   A. No, sir.
20   Q. Was he with anybody else when he
21 came to the pit?
22   A. No, sir.
23   Q. Did he have a key to get into the

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 73

1  deposition?

2  A. No, sir.

3  Q. There have been other people
4  deposed in this case. Have you talked to
5  anybody else who's had their deposition
6  taken in this case?

7  A. No, sir. Not anybody else.

8  Q. And you didn't reduce your
9  agreement with Mr. Alexander into any sort
10 of written document, did you?

11 A. No, sir.

12 Q. Any reason why you did not do
13 that?

14 A. No. What we did to start with was
15 -- in which I asked people -- you know, I
16 asked like Harry about him. He told me he
17 was a jam up guy and everything. What I did
18 to start with, I said, you know, we'll try
19 this for a month or so and see how it works
20 out.

21         And, you know, that's basically
22 what we did. And then, you know, decided to
23 go on a little while longer and they, you

1  know -- we just went onto -- we got --
2  pretty much mined all we wanted to mine.
3      Q.  And were you aware of the
4  construction of a site by Alabama Gravel in
5  Deatsville?
6      A.  Yes, sir.
7      Q.  When did you learn about that?
8      A.  I got a boy that works for me down
9  there.  He was telling me that he -- they
10 were -- somebody was putting up a concrete
11 plant -- I mean a gravel plant down there.
12     Q.  Which employee is that that told
13 you that?
14     A.  Larry Meeks.
15     Q.  Larry Meeks?
16     A.  Yes.
17     Q.  Or Larry Speaks?
18     A.  Meeks.
19     Q.  So he -- Do you know who Larry
20 Speaks is?
21     A.  Yes.
22     Q.  Larry Speaks does permitting;
23 right?

Page 77

1  had a -- I can't walk up there to her and
2  start talking to her like I can Harry.
3       Q.   And you had said that during the
4  time that Mr. Alexander was running the
5  Gentry pit, you would go there weekly?
6       A.   Yes, sir.
7       Q.   Is that once a week?
8       A.   It depends on how busy I am and
9  what's going on.
10      Q.   Is the reclamation work complete?
11      A.   Yes, sir.
12      Q.   You mentioned earlier that Mr.
13 Lambert had brought a loader down to your
14 plant. Are you aware of him bringing any
15 other equipment to your plant after that
16 time?
17      A.   No, sir.
18      Q.   You mentioned that you checked
19 with Mr. Lambert about Mr. Alexander and he
20 said he was a stand up guy. What were the
21 circumstances of that discussion?
22      A.   Well, I didn't really know him
23 when I started talking to Robert and he got

1  to asking me, you know -- telling me, you
2  know, he was interested in the place and I
3  was sort of interested.
4       And then, you know, I called him
5  up before I pursued it any longer and I said
6  -- you know, told him, look, I don't really
7  know this guy too much. And he sort of told
8  me, you know, what he knew about him.
9       Q.   If Mr. Lambert hadn't vouched for
10 him, would you have done business with Mr.
11 Alexander?
12      A.   I probably would have done it on
13 the basics of like we were doing then, you
14 know. You know, try it over a trial period
15 and see how it worked out.
16      Q.   Was Mr. Lambert's recommendation
17 important to you?
18      A.   Yes, sir.
19      Q.   Was there anybody else present
20 during that discussion that you had with Mr.
21 Lambert --
22      A.   No.
23      Q.   -- about Mr. Alexander?

1   A.   Right.

2   Q.   Any other loaders or equipment
3   that you recall them bringing?

4   A.   Not really.

5   Q.   When you say not really -- I mean,
6   is my question not clear?

7   A.   Not really.  What do you mean when
8   --

9   Q.   Well, you mentioned that Mr.
10  Alexander -- that Mr. Lambert brought a
11  loader there.  And when I --

12  A.   No.  I told you I saw him one day
13  driving, pulling a loader on a low boy.  You
14  asked me about was he driving a truck.  You
15  asked me what he was doing with it and I
16  said he was pulling a loader on a low boy.
17  I'm sorry.

18  Q.   All right.  Then I appreciate you
19  clarifying that for me.  He -- Mr. Lambert
20  was pulling a loader?

21  A.   Right.  He was on a tractor -- he
22  had a tractor truck -- I call them tractors
23  -- and he had a low boy and there was a

1  loader on it one day.
2      Q.   Is a low boy a trailer?
3      A.   Yes.
4      Q.   And there was a loader on that?
5      A.   Right.
6      Q.   And he brought that to the Gentry
7  pit?
8      A.   Yes, sir.
9      Q.   Did he leave it there?
10     A.   I don't know.  I just saw him.  He
11 was coming in, I was going out.  So I don't
12 know what he was doing.
13     Q.   Was that loader that was on that
14 low boy later -- did you ever see that at
15 the Gentry pit?
16     A.   The loader that was on the low
17 boy?
18     Q.   Yes, sir.
19     A.   I didn't really pay, you know,
20 that much attention to it.  If I remember
21 right, it was a Cat loader.  I don't
22 remember.
23     Q.   But at the time you saw him, was

Page 93

1  he inside the grounds of the Gentry pit?
2       A.   Yes, sir.  He was coming -- He was
3  coming in the gate and I was coming out.  We
4  had to sort of wait on each other.
5       Q.   And now, putting that conversation
6  aside, are you aware of equipment that
7  Alabama Gravel brought to the Gentry pit for
8  use in that mining operation?
9       A.   I know they brought equipment out
10 there.  I just don't know, you know, what it
11 is or what it was, you know, exactly to a
12 detail if that's what you're asking me.
13      I mean, if you want to know if it
14 was a 966 loader or something like that, I
15 really didn't pay that much attention
16 because I had my own equipment out there.
17      Q.   But as far as you know, you can't
18 recall if that Cat loader that Mr. Lambert
19 had on the low boy was one of the things
20 that was brought?
21      A.   Right.  I can't recall that.
22      Q.   Can you recall any of the other
23 specific pieces of equipment that Alabama