# Exhibit B

FULL SIZE MAP NOT

SCANNED

KEPT IN THE CLERK'S OFFICE

CONVENTIONALLY
FOR
VIEWING