# Exhibit 31

**FREEDOM COURT REPORTING**

Page 1

```
1          IN THE UNITED STATES DISTRICT COURT
2          FOR THE MIDDLE DISTRICT OF ALABAMA
3                    NORTHERN DIVISION
4
5  THE CONCRETE COMPANY,                    COPY
6           Plaintiff,
7      versus                      2:05-CV-1026-D
8  HARRY E. LAMBERT, et al.,
9           Defendants.
10
11
12
13
14       * * * * * * * * * * * * *
15
16          DEPOSITION OF DANNY LUSTER,
17  taken pursuant to stipulation and agreement
18  before Jackie Parham, Certified Shorthand
19  Reporter and Commissioner for the State of
20  Alabama at Large, in the law offices of Balch
21  & Bingham, 105 Tallapoosa Street, Montgomery,
22  Alabama, on Wednesday, the 29th day of March,
23  2006, commencing at approximately 1:30 p.m.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 1 | Q. | Where does he work? |
| 2 | A. | He works for -- I think it used to be -- |
| 3 | | It's Classic Cobb Pontiac. I don't know |
| 4 | | if that's what the name of it still is. |
| 5 | Q. | Is he a salesman or a mechanic? |
| 6 | A. | He's a service manager. |
| 7 | Q. | Any other brothers or sisters? |
| 8 | A. | No, sir. |
| 9 | Q. | Who is your employer right now? |
| 10 | A. | Foley Materials Company. |
| 11 | Q. | How long have you been employed by them? |
| 12 | | And I don't want to confuse you. I've |
| 13 | | been told by Mr. Sorrell that that company |
| 14 | | came into existence April 1st, 2005. |
| 15 | A. | All right. Let me see if I can clarify |
| 16 | | that a little bit better. I started work |
| 17 | | in the mining industry, if you want to |
| 18 | | say, with Mr. Harry Lambert with |
| 19 | | Montgomery Materials. |
| 20 | Q. | Okay. |
| 21 | A. | That was in January of 2001, I believe. |
| 22 | Q. | Now, it's my understanding that Harry |
| 23 | | Lambert had a business called Montgomery |

**FREEDOM COURT REPORTING**

Page 12

| | | |
|---|---|---|
| 1 | | Holdings and it formed an L.L.C. called |
| 2 | | Montgomery Materials, L.L.C., which is the |
| 3 | | name on this Exhibit 11, that did -- in |
| 4 | | '97 that would have been in operation in |
| 5 | | January of 2001. So with that |
| 6 | | information, assuming it's true, would you |
| 7 | | have been most likely employed by |
| 8 | | Montgomery Materials, L.L.C.? |
| 9 | A. | Yes, sir. Because I don't know anything |
| 10 | | about Montgomery Holdings or whatever. |
| 11 | Q. | You haven't ever heard of that one? |
| 12 | A. | No, sir. |
| 13 | Q. | Okay. And Harry Lambert hired you? |
| 14 | A. | Not directly, no, sir. |
| 15 | Q. | Who hired you? |
| 16 | A. | Actually, Jerry Walls is the one that |
| 17 | | actually hired me. |
| 18 | Q. | What led you to seek employment or become |
| 19 | | employed by Montgomery Materials? |
| 20 | A. | I had a high school friend of mine that |
| 21 | | was helping me work on race cars at the |
| 22 | | time by the name of Ray Rogers. And in |
| 23 | | conversation it came up that they needed |

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 13

```
 1            somebody to drive a water truck that had a
 2            CDL, and I had a CDL.
 3    Q.      A or B Class?
 4    A.      Class A.
 5    Q.      All right.  Prior to that what had you
 6            done for a living?
 7    A.      I had worked for my father's company,
 8            which was also my grandfather's company,
 9            Clyde's Potatoes, L.L.C.
10    Q.      Is that a farming company or --
11    A.      No, sir.  We purchased potatoes bulk by
12            the truckload.  And we brought them in and
13            we cleaned them up and processed them and
14            then bagged them and packaged them and
15            sent them -- shipped them out to places
16            like Winn-Dixie and Sunday Dinner.
17    Q.      How far did you go in school?  Did you
18            finish college, high school?
19    A.      I finished high school and I have some
20            college.
21    Q.      Where did you finish high school?
22    A.      Robert E. Lee.
23    Q.      Year?
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

| | | |
|---|---|---|
| 1 | A. | 1994. |
| 2 | Q. | And what college did you attend? |
| 3 | A. | Troy State in Montgomery. |
| 4 | Q. | What course of study did you pursue there? |
| 5 | A. | Business management. |
| 6 | Q. | How many years or quarters, semesters? |
| 7 | A. | Just a little over halfway. |
| 8 | Q. | And then you went into your family business? |
| 10 | A. | I was already in my family business at the time. Yes, sir. |
| 12 | Q. | You left school to go full-time into the business? |
| 14 | A. | Yes, sir. |
| 15 | Q. | Any military? |
| 16 | A. | No, sir. |
| 17 | Q. | When did you first meet Harry Lambert? |
| 18 | A. | I can't give you an exact time, date. It would have been sometime, I guess, probably within a couple of months after I started working for Montgomery Materials. |
| 22 | Q. | I think you said that happened sometime in January of 2001? |

| | | |
|---|---|---|
| 1 | A. | Yes, sir. |
| 2 | Q. | And when you started you would have been |
| 3 | | driving a water truck? |
| 4 | A. | A water truck. Yes, sir. |
| 5 | Q. | And what is a water truck used for on a |
| 6 | | job like that? |
| 7 | A. | Used for dust suppression on haul roads |
| 8 | | and customer roads. |
| 9 | Q. | By haul roads and customer roads, what do |
| 10 | | you mean? |
| 11 | A. | Roads that we transport materials on. |
| 12 | | Haul roads, we transport material from the |
| 13 | | pit to the plant. And the customer roads |
| 14 | | would be like our front entrance road that |
| 15 | | the customers actually come off the |
| 16 | | highway, come into the plant and get |
| 17 | | loaded. |
| 18 | Q. | Okay. When you began working with |
| 19 | | Montgomery Materials, L.L.C., was |
| 20 | | Montgomery Materials, L.L.C. in the |
| 21 | | business of operating trucks for the |
| 22 | | delivery of product to customers? |
| 23 | A. | I don't think so. But that wasn't -- I |

1  mean, I drove a water truck. It wasn't my
2  place to find out where all the material
3  went or anything like that.
4  Q. Based on the way it was operated at the
5     time, is it true that most of the time the
6     customer would come to the location where
7     the product was stored over the customer
8     road on Montgomery Materials' property and
9     pick up the material there and haul it
10    either in their own trucks or trucks they
11    hired to do that?
12 A. Or possibly trucks that we hired to do
13    that. I mean, I'm not -- Again, I'm not
14    real sure.
15 Q. How that worked?
16 A. Because I wasn't involved in that.
17 Q. How long were you involved basically in
18    keeping the dust suppression down on the
19    pit roads?
20 A. Three or four months.
21 Q. What was your next job?
22 A. Jerry Walls left, and when he left, Ray
23    Rogers, which was at that time the current

**FREEDOM COURT REPORTING**

Page 17

```
1        maintenance man, he stepped up into Jerry
2        Walls' position and then I took over Ray
3        Rogers' position.
4   Q.   Doing maintenance on the equipment?
5   A.   On the equipment and the plant. Yes, sir.
6   Q.   By this time you had met Harry Lambert?
7   A.   Yes, sir.
8   Q.   What was Harry's role when you met him?
9   A.   He was the owner as far as I knew.
10  Q.   All right. How long did you work for
11       Harry?
12  A.   I guess till about -- I think it was maybe
13       April of the next year, which would be
14       2002. By then there had been some issues
15       that -- You know, you hear rumors and
16       things. There was some type of lawsuit
17       between him and his partner at the time,
18       which was Mr. Foley. And that, you know,
19       Mr. Foley's lawyers basically were better
20       than Mr. Harry's lawyers and Mr. Foley got
21       the company.
22  Q.   All right. And sometime in April of 2002
23       Harry stopped being the manager or owner
```

**FREEDOM COURT REPORTING**

Page 18

```
 1            or operator of Montgomery Materials?
 2      A.    Yes, sir.
 3      Q.    And who took his place, if you remember?
 4      A.    Well, I actually started working for
 5            Mr. Gene Talley at that time.  He come in
 6            and said, you know, he was with The
 7            Concrete Company and that's who we worked
 8            for then.
 9      Q.    When Harry was bought out or terminated,
10            whatever, what was your position with
11            Montgomery Materials before that happened?
12      A.    Maintenance.
13      Q.    Still in maintenance?
14      A.    Yes, sir.
15      Q.    After Talley came on board as The Concrete
16            Company did your position change?
17      A.    It did after I asked them to give me an
18            opportunity to see if I could manage that
19            plant.  Yes, sir.
20      Q.    When did that occur?
21      A.    Right about April.
22      Q.    And what plant did you ask to manage?
23      A.    City Pit.
```

**FREEDOM COURT REPORTING**

Page 19

| | | |
|---|---|---|
| 1 | Q. | It's located -- |
| 2 | A. | 7501 Wares Ferry Road. |
| 3 | Q. | Okay. What number is that? 5 -- |
| 4 | A. | That would be 512. |
| 5 | Q. | And since about April 2002 have you been |
| 6 | | the manager of that pit? |
| 7 | A. | Yes, sir. |
| 8 | Q. | Have they asked you to manage additional |
| 9 | | pits? |
| 10 | A. | They did. You know, I went to the |
| 11 | | Tysonville plant a couple of times to kind |
| 12 | | of help out on things there as far as |
| 13 | | making sure that things were |
| 14 | | ADEM-compliant. And then in December of |
| 15 | | '04 we decided -- the company decided to |
| 16 | | put up an additional shaker at the Shorter |
| 17 | | plant, which is Plant 502. And they asked |
| 18 | | me to go up there and help put the shaker |
| 19 | | up, which I did. And in about January |
| 20 | | they approached me and asked me if I would |
| 21 | | take over that plant as far as managerial |
| 22 | | duties. |
| 23 | Q. | Okay. So are you now currently managing |

FREEDOM COURT REPORTING

Page 20

```
1         two plants?
2    A.   Yes, sir. I'm currently managing the
3         Tysonville plant and the Shorter plant,
4         which 503 is Tysonville and 502 is
5         Shorter.
6    Q.   And what office do you work out of
7         primarily?
8    A.   My pickup truck.
9    Q.   Okay. Good answer.
10             Did Harry ever talk to you or
11        disclose to you the nature of the dispute
12        between he and Mr. Foley?
13   A.   No, sir.
14   Q.   Did Mr. Foley ever disclose to you the
15        nature of that dispute?
16   A.   No, sir.
17   Q.   Most of what you learned from that would
18        have been kind of through the grapevine --
19   A.   Through the grapevine. Yes, sir.
20   Q.   -- at the office?
21             And, so, you really don't have any
22        personal knowledge of what led to that or
23        what the results were?
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660