**FREEDOM COURT REPORTING**

Page 31

| | | |
|---|---|---|
| 1 | A. | That would have been, I guess, sometime in |
| 2 | | -- I don't know -- '03, '04. Somewhere in |
| 3 | | there. |
| 4 | Q. | Who first brought that to your attention? |
| 5 | A. | I really can't recall that. I mean, I |
| 6 | | don't remember that. |
| 7 | Q. | Do you recall what triggered that |
| 8 | | conversation? Was there any event that |
| 9 | | caused that discussion to -- |
| 10 | A. | I can't recall any of that. No, sir. |
| 11 | Q. | Since you talked to Harry Lambert in 2002 |
| 12 | | when he was there delivering material and |
| 13 | | prior to today, had you had any |
| 14 | | conversations with him about anything |
| 15 | | related to what he was doing for a living |
| 16 | | or to make a living or -- |
| 17 | A. | Not making a living, no, sir. But I did |
| 18 | | speak with Mr. Harry Lambert on one other |
| 19 | | occasion. Yes, sir. |
| 20 | Q. | When was that, approximately? |
| 21 | A. | Approximately January of '04 -- '05. |
| 22 | | Excuse me. |
| 23 | Q. | Where was that conversation? |

**FREEDOM COURT REPORTING**

Page 32

| | | |
|---|---|---|
| 1 | A. | At our Shorter plant. |
| 2 | Q. | And what was the context? |
| 3 | A. | It was on a Saturday. He come in. We was doing some work there at Shorter. And I was in the office doing some paperwork. And he come in and asked me if I knew who I was shaking hands with, because he extended his hand just as friendly as he always had been. And I said, "Yes, sir, I sure do." And he said that it wouldn't be long and that he had a few surprises for some people. |
| 13 | Q. | Wouldn't be long what? |
| 14 | A. | He didn't specify what. But I took that to mean that he would be getting back in the business. |
| 17 | Q. | At the point in time you had that conversation with him were you aware that there was any Non-Compete Agreement in existence? |
| 21 | A. | I had heard mumblings of that. Yes, sir. |
| 22 | Q. | Prior to that conversation? |
| 23 | A. | Yes, sir. Prior to that conversation. |

FREEDOM COURT REPORTING

Page 33

1  Q.     Was there anything else said that you can
2         remember, other than what you've just
3         said?
4  A.     There was an unflattering comment made.
5         Yes, sir.
6  Q.     What was that?
7  A.     About one of my bosses. He said, you
8         know, that there's going some surprises.
9         And he didn't care if I told the four-eyed
10        F'er --
11             MR. GRISTINA: Say exactly what
12             he said on the Record. It's
13             okay.
14 A.     He said he didn't care if I told the
15        four-eyed fucker.
16 Q.     What?
17 A.     That he had some surprises for some folks.
18 Q.     When in January do you recall this
19        happening?
20 A.     In January.
21 Q.     When in January?
22 A.     I can't remember the exact day.
23 Q.     It was a Saturday?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

| | | |
|---|---|---|
| 1 | A. | Not that I can recall straight off my |
| 2 | | head.  No, sir. |
| 3 | Q. | Tell me what leads you to the belief that |
| 4 | | Harry Lambert is building a sand and |
| 5 | | gravel plant in Deatsville. |
| 6 | A. | Well, I had actually heard rumors of it, |
| 7 | | that the no-compete clause was getting |
| 8 | | close to being over with and that it |
| 9 | | wouldn't be long that he would be back in |
| 10 | | it.  And then I heard from Denny -- and I |
| 11 | | can't remember his last name.  He's the |
| 12 | | Alabama State DOT guy -- |
| 13 | Q. | Okay. |
| 14 | A. | -- that goes around and makes sure |
| 15 | | everybody is testing, you know, the gravel |
| 16 | | to make sure that it meets DOT specs -- |
| 17 | | that he was going to be getting back in it |
| 18 | | somewhere in the Deatsville area. |
| 19 | Q. | Okay.  Is there anything else about that |
| 20 | | you've heard? |
| 21 | A. | Other than he's getting back in it, no, |
| 22 | | sir. |
| 23 | Q. | And you heard that from Denny who checks |

FREEDOM COURT REPORTING

Page 46

| | | |
|---|---|---|
| 1 | | gravel for DOT? |
| 2 | A. | Yes, sir. |
| 3 | Q. | Alabama DOT? |
| 4 | A. | Yes, sir. Alabama DOT. |
| 5 | Q. | Have you been able to confirm whether or |
| 6 | | not that's true by any investigation or |
| 7 | | any source? |
| 8 | A. | I haven't confirmed that it's actually |
| 9 | | Mr. Lambert, but I have confirmed that |
| 10 | | there is a plant being built there. |
| 11 | Q. | Tell me how you did that. |
| 12 | A. | I went and rode around and found what |
| 13 | | looked to be like a sand and gravel plant |
| 14 | | going into operation. |
| 15 | Q. | And when did you do that? |
| 16 | A. | I guess it would have been fall of last |
| 17 | | year. |
| 18 | Q. | Did anyone go with you? |
| 19 | A. | Yes, sir. |
| 20 | Q. | Who? |
| 21 | A. | Billy Ammons. |
| 22 | Q. | What led you to want to find the location |
| 23 | | of this rumored plant? Were you |

FREEDOM COURT REPORTING

Page 47

```
1         instructed to do that by anybody or was
2         that just your own --
3    A.   I just wanted to go see.  I wanted to see
4         if it was a rumor or if it was true.
5    Q.   Okay.  This rumor, did it include a
6         precise enough location for you to know
7         where to go or did you have to search
8         around?
9    A.   I pretty much -- It was pretty much
10        specific where it was.  Yes, sir.
11   Q.   What was the rumor as to the location?
12   A.   It was right there -- right there by the
13        railroad tracks in downtown Deatsville
14        right by the post office.
15   Q.   Is that where you found something?
16   A.   Yes, sir.
17   Q.   How far from the post office would it be?
18   A.   Less than a mile from the post office.
19   Q.   Were there any signs or any indications as
20        to who was engaging in any operations on
21        that property?
22   A.   No, sir.
23   Q.   What did you find and what did you see
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 48

```
 1          when you got there?
 2     A.   I found a road.  I drove down the road,
 3          and I saw what looked like some people
 4          were building a hopper.  And at that point
 5          I turned around and left.
 6     Q.   Who did you -- How many people were
 7          building the hopper?
 8     A.   It looked to be about two people.
 9     Q.   Did you know either one of them?
10     A.   Yes, sir.
11     Q.   Who were they?
12     A.   One of them was a fellow by the name of
13          Sean.  I don't know his last name.  And
14          the other guy, I've seen him before but I
15          don't know his name.
16     Q.   Where have you seen him?
17     A.   I've seen him doing some work at some of
18          our plants.
19     Q.   For what company does he work, if you
20          know?
21     A.   He works for a private contractor.  Allan
22          King.
23     Q.   And who do you understand Sean works for?
```

FREEDOM COURT REPORTING

Page 49

| | | |
|---|---|---|
| 1 | A. | Allan King. |
| 2 | Q. | And you knew Sean how? |
| 3 | A. | Because he's done work for us through Allan King at some of our other plants. |
| 5 | Q. | Did you talk to Sean or this other guy about who had hired them to do the work on that property? |
| 8 | A. | I didn't talk to any one of them at that time, no, sir. I just turned around and drove back out. |
| 11 | Q. | Have you ever talked to either one of them to ask them, "Who are you working for?" |
| 13 | A. | I've talked to Allan King before. |
| 14 | Q. | When did you do that? |
| 15 | A. | Along about that same time. |
| 16 | Q. | When you recognized that they worked for Allan King, did you pick up the phone and call him? Is that what you did? |
| 19 | A. | Call Allan? |
| 20 | Q. | Yeah. |
| 21 | A. | No. |
| 22 | Q. | What did you do? |
| 23 | A. | From time to time we'll call Allan to come |

```
 1              out to work on different things for us,
 2              electrical matters and whatnot.
 3     Q.       Well, at some point in time when you were
 4              calling him to do something for your
 5              plant, did you ever engage him in any
 6              conversation about what was going on at
 7              Deatsville?
 8     A.       I had asked him, yes, sir, what was going
 9              on.
10     Q.       Tell me what he told you in as much detail
11              as you remember.
12     A.       He told me they was building a plant.  He
13              would not specifically say for who, but
14              that I did know the person that he was
15              building a plant for.
16     Q.       Did he tell you anything else?
17     A.       Not that I can recall.  No, sir.
18     Q.       Now, whenever you went out to Deatsville
19              with Billy Ammons and saw what you saw,
20              did you report that information to anyone
21              at Foley Materials?
22     A.       I did let Mr. Hugh Sorrell know shortly
23              after that I had seen.
```

FREEDOM COURT REPORTING

Page 79

1          prices of white oversize?
2     A.   No, sir. That's not my part.
3     Q.   Who are the competitors, if you know, for
4          white oversize gravel in this area?
5     A.   I'm not sure.
6     Q.   Do you consider the trucking companies
7          that come to the plant to pick up material
8          for customers to be competitors of Foley
9          Materials?
10    A.   I wouldn't think so. No, sir. I would
11         think they're just what you said,
12         customers.
13    Q.   Or trucking companies for customers,
14         right?
15    A.   I would think they would be customers.
16    Q.   Let me take a break and talk to my client.
17              (Brief recess)
18    A.   One other thing I'd like to add. On Allan
19         King, he did tell me that it was my former
20         boss. He didn't name specific names, but
21         he did tell me it was my former boss.
22              EXAMINATION
23    BY MR. WALTER:

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

| | | |
|---|---|---|
| 1 | | you know, in this area? |
| 2 | A. | As far as I know, everybody knows that we |
| 3 | | have good, clean material. |
| 4 | Q. | All right. Do you know the reputation of |
| 5 | | Mr. Foley in this area? |
| 6 | A. | Again, you know, that he runs Foley |
| 7 | | Materials, The Concrete Company and Foley |
| 8 | | Products. And they would be about the |
| 9 | | same, I would imagine. |
| 10 | Q. | You referenced a conversation you had with |
| 11 | | Mr. Lambert where he said something |
| 12 | | derogatory about a person who wore |
| 13 | | glasses, like four-eyed somebody. |
| 14 | A. | Yes, sir. |
| 15 | Q. | Who did you think he was talking about? |
| 16 | A. | Well, it couldn't have really been too |
| 17 | | many people that he was talking about. |
| 18 | Q. | Well, who did you assume? |
| 19 | A. | I assumed he was talking about Mr. Foley. |
| 20 | Q. | That's the first person you've ever heard |
| 21 | | say something like that about Mr. Foley? |
| 22 | A. | I'd have to say so. Yes, sir. |
| 23 | Q. | And the only person you've ever heard say |