# Exhibit 32

Declaration of William P. Long

Page 1 of 2

William P. Long 8-29-06

My name is William P. Long. My address is 207 Paulette Drive, Gadsen, Alabama 35903. I am over the age of 18 years and have personal knowledge of the things stated herein.

I have experience in brokering new and used equipment related to mining materials including sand and gravel.

I first met Mr. Harry Lambert late 2002 or early 2003 at a potential mining site in Cherokee County, Georgia adjacent to the Etowah River and the old Creighton Mine Site. Mr. Lambert was testing the site for sand and gravel and I had spoken with him a few days before because I had been contacted by the owner of the mineral rights to represent him as a favor to him. I spent the day at the site with Mr. Lambert.

The next time I spoke to Mr. Lambert was in September and October, 2005. I called Mr. Lambert to see if he knew anyone who was interested in buying any mining equipment. He said that he did and mentioned Alabama Gravel. He told me it was not for him but was for Alabama Gravel and not to mention his name since he was under a non-compete with Frank Foley. He told me he could talk to anybody he wanted to and could give advice

Page 2 of 2
William P. Long

I gave him the name and telephone number for Mack Tilley who sells used equipment out of the Dallas/Rockmart area of Georgia. Mr. Tilley later confirmed to me that Mr. Lambert visited his site and stated "they were going to get a couple of loads of stuff".

I know this took place because I later received a commission check from Mr. Tilley of approximately $700. I also received a commission check from Alabama Gravel for $200 with the check bearing the notation "Referral". I remember receiving the checks because I used the money to purchase insurance.

I also spoke with Mr. Lambert in April, 2006 when I called him to get Robert Alexander's number about a mineral agreement on Alabama Gravel property. Mr. Lambert gave me the number.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 29, 2006.

*William P. Long*
WILLIAM P. LONG