# Exhibit 33

| | |
|---|---|
| COLONIAL BANK, N.A. <br> BIRMINGHAM, ALABAMA | **1066** <br> 61-131/620 <br> 01019 |

**ALABAMA GRAVEL LLC**
P.O. BOX 1006
MILLBROOK, AL 36054

5/2/2005

PAY TO THE ORDER OF   Pete Long                                                                $ **250.00

Two Hundred Fifty and 00/100************************************************************************ DOLLARS

Pete Long
207 Paulette Drive
Gadsden, AL 35903

MEMO  Referral - Mack Tilly

⑆001066⑆ ⑈062001319⑈ 804160 1066⑆     ⑆00000 25000⑆

AG 00204