# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 7/18/2005 | 2005-676 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 8/17/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 3/8" SQ OP .177 G 70-1/2" OCW x 49/48" #2 edge | 4 | 232.00 |  | 928.00T |
| 3/16" x 1/2" slot .092 G 70-1/2" OCW x 48" #2 edge RA/HK | 4 | 164.00 |  | 656.00T |
|  |  |  |  | 1,584.00 |
| Freight charges |  | 150.00 |  | 150.00 |
| Sales Tax |  | 8.00% |  | 126.72 |

**Total** $1,860.72

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 8/22/2005 | 2005-797 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 9/21/2005 | Source | SCREEN #2 |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 1/8" x 1" slotted urethane 30mm thick SWE 92A | 48 | 80.00 |  | 3,840.00T |
| urethane side bar 2" x 4" x 48" | 8 | 90.00 |  | 720.00T |
| urethane wedge | 16 | 12.00 |  | ~~192.00T~~ 4,752.00 |
| Freight charges |  | 298.08 |  | ~~298.08~~ |
| Sales Tax |  | 8.00% |  | 380.16 |

**Total**  $5,430.24

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |



**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 8/22/2005 | 2005-798 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 9/21/2005 | Source | SCREEN #1 |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 1/8" x 1" slotted urethane 30mm thick SWE 92A | 48 | 80.00 |  | 3,840.00T |
| urethane side bar 2" x 4" x 48" | 8 | 90.00 |  | 720.00T |
| urethane wedge | 16 | 12.00 |  | 192.00T |
|  |  |  |  | 4,752.00 |
| Freight charges |  | 298.08 |  | 298.08 |
| Sales Tax |  | 8.00% |  | 380.16 |

**Total** $5,430.24

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

# Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/9/2005 | 2005-887 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 10/9/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 7/8" SQ OP .3125 G 70-1/2" OCW x 48" #2 edge | 2 | 251.00 |  | 502.00T |
| 3/4" SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 4 | 169.00 |  | 676.00T |
| 3/8" SQ OP .162 G 70-1/2" OCW x 49/48" #2 edge | 4 | 175.00 |  | 700.00T |
| 3/16" x 1/2" slot .092 G 70-1/2" OCW x 48" #2 edge RA/HK | 6 | 164.00 |  | 984.00T |
| 6" J-bolts with hardware | 50 | 4.75 |  | 237.50T |
| 3/8" heavy hex buffer strip 100' | 3 | 95.00 |  | 285.00T |
|  |  |  |  | 3,384.50 |
| delivery fee |  | 50.00 |  | 50.00 |
| Sales Tax |  | 8.00% |  | 270.77 |

**Total** $3,705.27

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |



Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/28/2005 | 2005-940 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 10/28/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 36" belt 35 degree 5" dia roll | 72 | 72.00 |  | 5,184.00T |
| 36" return with brackets | 20 | 35.00 |  | 700.00T |
| 36" belt 20 degree 5" dia roll | 6 | 72.00 |  | 432.00T |
|  |  |  |  | 6,316.00 |
| Freight charges |  | 970.38 |  | 970.38 |
| Sales Tax |  | 8.00% |  | 505.28 |

**Total**  $7,791.66

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/18/2005 | 2005-1026 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 11/17/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 36" 5" dia. roll return idler | 1 | 33.00 |  | 33.00T |
| Return roll bracket | 3 | 3.00 |  | 9.00T |
| Freight charges |  | 150.00 |  | 150.00 |
| Sales Tax |  | 8.00% |  | 3.36 |

**Total** $195.36

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/27/2005 | 2005-1062 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 11/26/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 3/4" SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 4 | 169.00 |  | 676.00T |
| 7/8" SQ OP .3125 G 70-1/2" OCW x 48" #2 edge | 4 | 251.00 |  | 1,004.00T |
|  |  |  |  | 1,680.00 |
| Sales Tax |  | 2.00% |  | 33.60 |

**Total**  $1,713.60

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/27/2005 | 2005-1071 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 11/26/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Model NF 4207 elect. vibrating feeder | 1 | 14,930.00 |  | 14,930.00T |
| NEMA 12 Toshiba freq. control | 1 | 2,800.00 |  | 2,800.00T |
| 10' pigtail | 1 | 100.00 |  | 100.00T |
| cable, clamps & thimble | 1 | 345.00 |  | 345.00T |
|  |  |  |  | 18,175.00 |
| Freight charges |  |  |  |  |
| Sales Tax |  | 2.00% |  | 363.51 |

FAXED

FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total** $18,538.51

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

# Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/8/2005 | 2005-1237 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 1/7/2006 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 3/8" SQ OP .162 G 70-1/2" OCW x 48" #2 edge | 8 | 175.00 |  | 1,400.00T |
| 3/16" x 1/2" slot .092 G 70-1/2" OCW x 48" #2 edge | 6 | 164.00 |  | 984.00T |
| 3/4" SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 2 | 169.00 |  | 338.00T |
| 3/8" heavy hex buffer strip 100' | 4 | 95.00 |  | 380.00T |
| 1/2" x 6" J-bolts with hardware | 100 | 4.75 |  | 475.00T |
| MH regular steel rail 48" punched | 8 | 25.00 |  | 200.00T |
|  |  |  |  | 3,777.00 |
| Sales Tax |  | 2.00% |  | 75.55 |

FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total** $3,852.55

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |



Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/15/2005 | 2005-1261 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
| Harry Lambert | Net 30 | 1/14/2006 | Source | |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| One (1) Trio 44" x 32' twin fine material washer | 1 | 56,480.00 | | 56,480.00T |
| Sales Tax | | 2.00% | | 1,129.60 |

FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total**  $57,609.60

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/28/2005 | 2005-898 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 1/27/2006 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 16' weld on tubing 1-1/2" SQ | 14 | 292.00 |  | 4,088.00T |
| delivery fee |  | 35.00 |  | 35.00 |
| Sales Tax |  | 8.00% |  | 327.04 |

*[handwritten: Per Chris he has already shipped 4 pcs of this order. Bal of 10 pcs will ship today —]*

**Total**  $4,450.04

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

June 7, 2005

Robert Alexander                                                                Quote # 060705A
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

Dear Mr. Alexander,

Southern Wire is pleased to offer the following for your consideration:

ONE (1) – TRIO 44" x 30' extreme duty log washer complete with heavy duty twin shaft gear box, cast two-piece replaceable wear shoes, heavy duty tub, motor guard, outlet gates, 200 HP TEFC motor, v-belts and sheaves..........................................$ 99,500.00

ONE (1) - TRIO 6' x 16' 3-deck incline wet screen. No spray bars. Bottom deck to be built flat to accommodate steel girders for urethane. Complete with 140mm vibrator assembly; driven pulley; 3/8" side plates; coarse-coarse-fine bucker bar spacing on decks; rubber lined cross tubes for maximum wear life; crown bar rubber; rubber dust enclosures for rear of each deck; pivoting motor base; springs ad spring supports. Grease lubrication. 25 HP TEFC electric motor, motor sheave and v-belts.....$ 25,750.00

Delivery:  mid August
F.O.B.:    factory
Terms:    NET 30

We thank you for the opportunity to quote on your requirements. Please do not hesitate to contact us should you have questions or need additional information.

Regards,


Sam Estock