June 7, 2005

Robert Alexander                                                Quote # 060705A
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

Dear Mr. Alexander,

Southern Wire is pleased to offer the following for your consideration:

ONE (1) – TRIO 44" x 30' extreme duty log washer complete with heavy duty twin shaft gear box, cast two-piece replaceable wear shoes, heavy duty tub, motor guard, outlet gates, 200 HP TEFC motor, v-belts and sheaves.........................................$ 99,500.00

ONE (1) - TRIO 6' x 16' 3-deck incline wet screen. No spray bars. Bottom deck to be built flat to accommodate steel girders for urethane. Complete with 140mm vibrator assembly; driven pulley; 3/8" side plates; coarse-coarse-fine bucker bar spacing on decks; rubber lined cross tubes for maximum wear life; crown bar rubber; rubber dust enclosures for rear of each deck; pivoting motor base; springs ad spring supports. Grease lubrication. 25 HP TEFC electric motor, motor sheave and v-belts.....$ 25,750.00

Delivery: mid August
F.O.B.:   factory
Terms:    NET 30

We thank you for the opportunity to quote on your requirements. Please do not hesitate to contact us should you have questions or need additional information.

Regards,

Sam Estock



**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/28/2005 | 2005-597 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 7/28/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Twin 44 x 30 Log Washer Trio NEW per quote | 1 | 99,500.00 |  | 99,500.00T |
| 200 HP motor ($5,000.00 cost - 50% discount) | 1 | 2,500.00 |  | 2,500.00T |
|  |  |  |  | 102,000.00 |
| Freight charges |  | 5,000.00 |  | 5,000.00 |
| Sales Tax |  | ~~8.00%~~ 2% |  | ~~8,160.00~~ |
|  |  |  |  | 2040 00 |

*sent new invoice 10/28/05*

2600.00 additional billed for freight on 4/13/06 invoice # 2006-422

**Total**  109,040 00   ~~$115,160.00~~

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |



# SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091

September 20, 2005

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

Quote # 050920C

Attn.: Robert Alexander

Dear Mr. Alexander,

Southern Wire is pleased to quote you the following:

```
RADIAL STACKER SIZE:-----      36" X 100'0"

RUNNING @ 350 FPM, 350 TPH OF 120 PCF MATERIAL


STRUCTURE:---------             42" DEEP TRUSS 3 X 3 X 1/4 CORDS---------
---------
HEAD PULLEY:-------             18" X 38" X 4-7/16", 3/8" HB LAGGED MINE
DUTY----
HEAD SHAFT:--------             4-7/16" C-1045 KEYED-----------------
HEAD BEARINGS:-----             4-7/16" DODGE TAF PILLOW BLOCKS--------
TAIL PULLEY:-------             HOOVER 16" X 38" X 3-7/16" WING PULLEY
MINE
DUTY-------
TAIL SHAFT:--------             3-7/16" C-1045 PLAIN--------------------
--------
TAIL BEARINGS:-----             DODGE 3-7/16" SCM PILLOW BLOCKS---------
--------
TAKE UPS:----------             HOOVER LD50-24 -------------------------
--------
MOTOR:-------------             25 HP TEFC 230/460/3/60-1800 -----------
REDUCER:-----------             DODGE TA5215 TAPERED BORE---------------
--------
REDUCER BUSHING:---             DODGE TA5215TB--------------------------
-
MOTOR MOUNT:-------             DODGE TAMM------------------------------
---------
BACKSTOP:----------             DODGE
TA5215BS---------------------------------------------
ROD ASEMBLY------               DODGE TA5215RA----------
```



# SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091

Page 2

```
MOTOR SHEAVE:--------        YES----
REDUCER SHEAVE:----          YES----
V-BELTS:------------         YES----
GUARD:--------------         DODGE TA5215BG-------------------------
                             
BELTING:------------         (210) 36□ 2-PLY 220 PIW 3/16□ X 1/16□----

20DEG. IDLERS:-----          (5) S/A # 2204 SEALED CEMA B4-----------

35DEG. IDLERS:------         (22) S/A # 2204 SEALED CEMA B4-----------

RETURNS:------------         (10) S/A # 2204 SEALED CEMA B4-----------

HOPPER:-------------         SPECIAL DESIGN PER CUSTOMER------
BELT WIPER------             QC-I MARTIN--------
TAIL GUARD:---------         HOOVER STANDARD--------------------------

UNDERCARRIAGE:-----          HOOVER STANDARD PIN SET------------------

AXLE:---------------         HOOVER STANDARD 14□----------------------

RAISE/LOWER:-------          MANUAL PIN SET---------------------------

PIVOT BASE:--------          HOOVER STANDARD--------------------------

PAINT:-------------          HOOVER STANDARD -------------------------

ASSEMBLY-----------          HEAD, TAIL AND DRIVE COMPONENTS----------
```

TOTAL PRICE-                                           $40,824.00
OPTION ADD TO PRICE $4,448.00
CLEATED BELT



**SOUTHERN WIRE ENTERPRISES**

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091

Page 3

```
RADIAL STACKER SIZE:-----       30□ X 100□-0□

RUNNING @ 350 FPM, 350 TPH OF 120 PCF MATERIAL


STRUCTURE:----------             42□ DEEP TRUSS 3 X 3 X 1/4 CORDS-----------------
HEAD PULLEY:--------             18□ X 32□ X 4-7/16□, 3/8□ HB LAGGED MINE DUTY----
HEAD SHAFT:---------             4-7/16□ C-1045 KEYED---------------------
HEAD BEARINGS:------             4-7/16□ DODGE TAF PILLOW BLOCKS---------
TAIL PULLEY:--------             HOOVER 16□ X 32□ X 3-7/16□ WING PULLEY MINE DUTY-------
TAIL SHAFT:---------             3-7/16□ C-1045 PLAIN----------------------
TAIL BEARINGS:------             DODGE 3-7/16□ SCM PILLOW BLOCKS-----------
TAKE UPS:-----------             HOOVER LD50-24 ---------------------------
MOTOR:---------------            25 HP TEFC 230/460/3/60-1800 -------------
REDUCER:-------------            DODGE TA5215 TAPERED BORE-----------------
REDUCER BUSHING:----             DODGE TA5215TB----------------------------
MOTOR MOUNT:--------             DODGE TAMM--------------------------------
BACKSTOP:-----------             DODGE TA5215BS----------------------------
ROD ASEMBLY--------              DODGE TA5215RA-----------
MOTOR SHEAVE:-------             YES-----
REDUCER SHEAVE:-----             YES-----
V-BELTS:------------             YES-----
GUARD:--------------             DODGE TA5215BG----------------------------
BELTING:------------             (210) 30□ 2-PLY 220 PIW 3/16□ X 1/16□-----
20DEG. IDLERS:------             (5) S/A # 2204 SEALED CEMA B4-------------
35DEG. IDLERS:------             (22) S/A # 2204 SEALED CEMA B4------------
RETURNS:------------             (10) S/A # 2204 SEALED CEMA B4------------
```



# SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091

Page 4

| | |
|---|---|
| HOPPER:------------ | SPECIAL DESIGN PER CUSTOMER------ |
| BELT WIPER------ | QC-I MARTIN------- |
| TAIL GUARD:-------- | HOOVER STANDARD---------------------------- |
| -------- | |
| UNDERCARRIAGE:----- | HOOVER STANDARD PIN SET------------------ |
| -------- | |
| AXLE:-------------- | HOOVER STANDARD 140---------------------- |
| -------- | |
| RAISE/LOWER:------- | MANUAL PIN SET-------------------------- |
| -------- | |
| PIVOT BASE:-------- | HOOVER STANDARD------------------------- |
| -------- | |
| PAINT:------------- | HOOVER STANDARD ------------------------ |
| -------- | |
| ASSEMBLY----------- | HEAD, TAIL AND DRIVE COMPONENTS---------- |
| -------- | |

TOTAL PRICE-                                                    $38,353.00

OPTION ADD TO PRICE $3,459.00
CLEATED BELT

We thank you for the opportunity to quote on your requirements. Please do not hesitate to contact us should you have questions or need additional information.

Best Regards,

*Sam Estock* (signature)

Sam Estock



**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/28/2005 | 2005-596 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 7/28/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 6' x 16' x 3-deck Trio NEW vibrating machine per quote. | 1 | 26,750.00 |  | 26,750.00T |
| Freight charges |  | 1,250.00 |  | 1,250.00 |
| Sales Tax |  | ~~8.00%~~ 2% |  | ~~2,140.00~~ 535.00 |

*Handwritten notes:*
7-6-05
pd 5,350.00 down payment
paid
paid TRIC ck# 12816 12/20/05
perfect spent

**Total**  ~~$30,140.00~~ 28,535.00

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |



# SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091

September 20, 2005

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

Quote # 050920C

Attn.: Robert Alexander

Dear Mr. Alexander,

Southern Wire is pleased to quote you the following:

```
RADIAL STACKER SIZE:-----      36" X 100'0"

RUNNING @ 350 FPM, 350 TPH OF 120 PCF MATERIAL


STRUCTURE:-----------------    42□ DEEP TRUSS 3 X 3 X 1/4 CORDS-----------------
HEAD PULLEY:--------           18□ X 38□ X 4-7/16□, 3/8□ HB LAGGED MINE
DUTY----
HEAD SHAFT:---------           4-7/16□ C-1045 KEYED--------------------
HEAD BEARINGS:------           4-7/16□ DODGE TAF PILLOW BLOCKS--------
TAIL PULLEY:--------           HOOVER 16□ X 38□ X 3-7/16□ WING PULLEY
MINE
DUTY-------
TAIL SHAFT:---------           3-7/16□ C-1045 PLAIN---------------------

TAIL BEARINGS:------           DODGE 3-7/16□ SCM PILLOW BLOCKS-----------

TAKE UPS:-----------           HOOVER LD50-24 --------------------------

MOTOR:--------------           25 HP TEFC 230/460/3/60-1800 ------------
REDUCER:------------           DODGE TA5215 TAPERED BORE----------------

REDUCER BUSHING:---            DODGE TA5215TB--------------------------

MOTOR MOUNT:-------            DODGE TAMM------------------------------

BACKSTOP:-----------           DODGE
TA5215BS------------------------------------------
ROD ASEMBLY------              DODGE TA5215RA-----------
```



# SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091
Page 2

| | |
|---|---|
| MOTOR SHEAVE: | YES |
| REDUCER SHEAVE: | YES |
| V-BELTS: | YES |
| GUARD: | DODGE TA5215BG |
| BELTING: | (210) 36❒ 2-PLY 220 PIW 3/16❒ X 1/16❒ |
| 20DEG. IDLERS: | (5) S/A # 2204 SEALED CEMA B4 |
| 35DEG. IDLERS: | (22) S/A # 2204 SEALED CEMA B4 |
| RETURNS: | (10) S/A # 2204 SEALED CEMA B4 |
| HOPPER: | SPECIAL DESIGN PER CUSTOMER |
| BELT WIPER | QC-I MARTIN |
| TAIL GUARD: | HOOVER STANDARD |
| UNDERCARRIAGE: | HOOVER STANDARD PIN SET |
| AXLE: | HOOVER STANDARD 14❒ |
| RAISE/LOWER: | MANUAL PIN SET |
| PIVOT BASE: | HOOVER STANDARD |
| PAINT: | HOOVER STANDARD |
| ASSEMBLY | HEAD, TAIL AND DRIVE COMPONENTS |

TOTAL PRICE-                                             $40,824.00
OPTION ADD TO PRICE $4,448.00
CLEATED BELT



# SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091

Page 3

```
RADIAL STACKER SIZE:-----       30" X 100'-0"

RUNNING @ 350 FPM, 350 TPH OF 120 PCF MATERIAL


STRUCTURE:---------------       42" DEEP TRUSS 3 X 3 X 1/4 CORDS-----------
HEAD PULLEY:--------            18" X 32" X 4-7/16", 3/8" HB LAGGED MINE
DUTY----
HEAD SHAFT:---------            4-7/16" C-1045 KEYED--------------------
HEAD BEARINGS:------            4-7/16" DODGE TAF PILLOW BLOCKS---------
TAIL PULLEY:--------            HOOVER 16" X 32" X 3-7/16" WING PULLEY
MINE
DUTY--------
TAIL SHAFT:---------            3-7/16" C-1045 PLAIN--------------------
-------
TAIL BEARINGS:------            DODGE 3-7/16" SCM PILLOW BLOCKS---------
-------
TAKE UPS:-----------            HOOVER LD50-24 -------------------------
---------
MOTOR:--------------            25 HP TEFC 230/460/3/60-1800 -----------
REDUCER:------------            DODGE TA5215 TAPERED BORE---------------
--------
REDUCER BUSHING:---             DODGE TA5215TB--------------------------
-
MOTOR MOUNT:--------            DODGE TAMM------------------------------
---------
BACKSTOP:-----------            DODGE
TA5215BS----------------------------------------
ROD ASEMBLY------               DODGE TA5215RA----------
MOTOR SHEAVE:-------            YES-----
REDUCER SHEAVE:-----            YES-----
V-BELTS:------------            YES-----
GUARD:--------------            DODGE TA5215BG--------------------------
---------
BELTING:------------            (210) 30" 2-PLY 220 PIW 3/16" X 1/16"----
---------
20DEG. IDLERS:------            (5) S/A # 2204 SEALED CEMA B4-----------
---------
35DEG. IDLERS:------            (22) S/A # 2204 SEALED CEMA B4----------
---------
RETURNS:------------            (10) S/A # 2204 SEALED CEMA B4----------
---------
```

Case 2:05-cv-01026-CSC   Document 103-11   Filed 02/23/2007   Page 11 of 11



# SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091

Page 4

| | |
|---|---|
| HOPPER:------------ | SPECIAL DESIGN PER CUSTOMER------ |
| BELT WIPER------ | QC-I MARTIN------- |
| TAIL GUARD:-------- | HOOVER STANDARD-------------------------- |
| UNDERCARRIAGE:----- | HOOVER STANDARD PIN SET------------------ |
| AXLE:-------------- | HOOVER STANDARD 14☐---------------------- |
| RAISE/LOWER:------- | MANUAL PIN SET--------------------------- |
| PIVOT BASE:-------- | HOOVER STANDARD-------------------------- |
| PAINT:------------- | HOOVER STANDARD ------------------------- |
| ASSEMBLY----------- | HEAD, TAIL AND DRIVE COMPONENTS---------- |

TOTAL PRICE-                                              $38,353.00

OPTION ADD TO PRICE $3,459.00
CLEATED BELT

We thank you for the opportunity to quote on your requirements. Please do not hesitate to contact us should you have questions or need additional information.

Best Regards,

*Sam Estock*
Sam Estock