# Exhibit 36

# Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/31/2005 | 2005-309 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022


COPY

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 4/30/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 7/8" SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 3 | 157.00 |  | 471.00T |
| 3/4" SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 3 | 169.00 |  | 507.00T |
| H side rail 48" punched | 8 | 25.00 |  | 200.00T |
| 3/8" buffer strip 100' | 1 | 95.00 |  | 95.00T |
| 3/4" x 5" carriage bolt with hardware | 30 | 2.50 |  | 75.00T |
|  |  |  |  | 1,348.00 |
| Sales Tax |  | 8.00% |  | 107.84 |

TCC000918

**Total**  $1,455.84

| Phone # | Fax # | E-mail |
|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

 **COPY**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/26/2005 | 2005-336 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 5/26/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 3/8" SQ OP .162 G 70-1/2" OCW x 49/48" #2 edge | 6 | 175.00 |  | 1,050.00T |
| 36" return with brackets | 4 | 70.00 |  | 280.00T |
| 6" Wedge bolt assemblies | 64 | 10.00 |  | 640.00T |
| 3/8" heavy hex buffer strip 100' | 1 | 95.00 |  | 95.00T |
|  |  |  |  | 2,065.00 |
| Sales Tax |  | 8.00% |  | 165.20 |

TCC000916

**Total**  $2,230.20

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
ussville, AL 35173

 **COPY**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/26/2005 | 2005-343 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
| Harry | Net 30 | 5/26/2005 | delivered | |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 3/16" x 1/2" slot .092 G 70-1/2" OCW x 48" #2 edge | 4 | 164.00 | | 656.00T |
| Sales Tax | | 8.00% | | 52.48 |

TCC000931

**Total** $708.48

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

 **COPY**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/26/2005 | 2005-345 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 5/26/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Outboard bearing assembly for twin fmw part # AO8285 | 2 | 1,115.00 |  | 2,230.00T |
| Flight shoe TA02377 | 45 | 32.00 |  | 1,440.00T  3,670.00 |
| Freight charges |  | 653.50 |  | 653.50 |
| Sales Tax |  | 8.00% |  | 293.60 |

TCC000928

**Total**     $4,617.10

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

# Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

**COPY**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/4/2005 | 2005-392 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 6/3/2005 | delivered |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 6" wedge bolt assembly | 12 | 10.00 |  | 120.00T |
| Sales Tax |  | 8.00% |  | 9.60 |

TCC000932

**Total**  $129.60

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

 **COPY**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/9/2005 | 2005-426 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 114
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 6/8/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 36" belt 35 degree 5" dia roll | 30 | 72.00 |  | 2,160.00T |
| Freight charges |  | 394.01 |  | 394.01 |
| Sales Tax |  | 8.00% |  | 172.80 |

TCC000930

**Total** $2,726.81

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

 **COPY**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/16/2005 | 2005-453 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
| | Net 30 | 6/15/2005 | Source | |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 36" 3-ply NEW conveyor belt | 240 | 12.50 | | 3,000.00T |
| Fasteners | 2 | 33.00 | | 66.00T |
| power wrench | 1 | 22.00 | | 22.00T |
| power punch | 1 | 14.50 | | 14.50T |
| templet | 1 | 40.00 | | 40.00T |
| flexco bolt break | 1 | 22.00 | | ~~22.00T~~ |
| | | | | 3,164.50 |
| Sales Tax | | 8.00% | | ~~253.17~~ |

TCC000929

**Total** $3,417.67

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

 COPY

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/31/2005 | 2005-515 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 6/30/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 7/8" SQ OP .3125 G 70-1/2" OCW x 48" #2 edge | 4 | 251.00 |  | 1,004.00T |
| 3/4" SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 4 | 169.00 |  | 676.00T |
| 3/8" SQ OP .162 G 70-1/2" OCW x 49/48" #2 ge 1" lap | 4 | 175.00 |  | 700.00T |
|  |  |  |  | 2,380.00 |
| Sales Tax |  | 8.00% |  | 190.40 |

TCC000933

**Total** $2,570.40

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/21/2005 | 2005-567 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022


COPY

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 7/21/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 1/2" x 6" J-bolts with hardware | 150 | 4.75 |  | 712.50T |
| 3/4" x 7" carriage bolts with hardware | 100 | 4.75 |  | ~~475.00T~~ |
|  |  |  |  | 1,187.50 |
| Sales Tax |  | 8.00% |  | 95.01 |

TCC000919

FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total**    $1,282.51

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |



**Southern Wire Enterprises, Inc.**

P.O. Box 901
Trussville, AL 35173

 COPY

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/21/2005 | 2005-570 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 7/21/2005 | delivered |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| MH regular steel rail 48" punched | 16 | 25.00 |  | 400.00T |
| 3/8" heavy hex buffer strip 100' | 2 | 95.00 |  | 190.00T |
| 3/8" long leg buffer strip 50' | 2 | 105.00 |  | 210.00T |
| 7/8" SQ OP .3125 G 70-1/2" OCW x 48" #2 edge | 4 | 251.00 |  | 1,004.00T |
|  |  |  |  | 1,804.00 |
| Sales Tax |  | 8.00% |  | 144.32 |

TCC000927

**Total**  $1,948.32

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/28/2005 | 2005-596 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 7/28/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 6' x 16' x 3-deck Trio NEW vibrating machine per quote. | 1 | 26,750.00 |  | 26,750.00T |
| Freight charges |  | 1,250.00 |  | 1,250.00 |
| Sales Tax |  | ~~8.00%~~ 2% |  | ~~2,140.00~~ 535.00 |

7-6-05
pd 5,350.00 down payment

TCC000936

**Total**  ~~$30,140.00~~  28,535.00

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |



**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/28/2005 | 2005-597 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 7/28/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Twin 44 x 30 Log Washer Trio NEW per quote | 1 | 99,500.00 |  | 99,500.00T |
| 200 HP motor ($5,000.00 cost - 50% discount) | 1 | 2,500.00 |  | 2,500.00T |
|  |  |  |  | 102,000.00 ✓ |
| Freight charges |  | 5,000.00 |  | 5,000.00 |
| Sales Tax |  | ~~8.00%~~ 2% |  | ~~8,160.00~~ |
|  |  |  |  | 2040.00 |

*sent new invoice 10/28/05*

TCC000937

**Total**  109,040.00
~~$115,160.00~~

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |