# Exhibit 39

# POND RIVER STEEL, INC.

(270) 825-3487
FAX: (270) 825-4684

SHIPPING ADDRESS:
___ANTON ROAD
MADISONVILLE, KY 42431

BILLING ADDRESS:
P.O. BOX 166
SACRAMENTO, KY 42372-0166

## INVOICE 1025-05

DATE __10-25__, 20 05

ISSUED: Alabama Sand & Gravel
P.O. Box 1006
Millbrook, AL 36054

PICKUP OR DELIVERY DATE _____
PHONE # 334-290-1454
FAX # 334-290-1484

☐ Collect  ☒ Prepay

REQUESTED BY: Robert

FREIGHT: FOB Mad Ky    PROJ. NO. _____

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 9 | 36" X 100' Radial Stackers | |
| | 36" Deep truss frame - New Angle | |
| | 3½ X 3½ X 5/16 Angle on Top + Bottom | |
| | New 35° Idlers - 5" cans - "C" | |
| | (4) 20 @ Loading Point | |
| | Tops on 4' & Returns on 10' & | |
| | New Lassed Head - 24" DIA X 3 5/16 | |
| | Shaft - turned to 3"/16  } Mine | |
| | New Fluted Tail - 18 X 3 7/16  } Duty | |
| | Screw Take-up w/ Guard | |
| | Receiving Hopper | |
| | New Type "E" Bearings | |
| | New TRIO #6 Shaft Mant w/ Backstops | |
| | New 25HP motor, Sheaves + Belt | |
| | (4) 10.00 X 20 tire Axle - Less Belt | |
| | Total | $51,500 |
| | 25% To Put Order In - | $12,875 |
| | Balance Due upon Delivery | $38,625 |
| | 2 Truckloads of freight | $1,700 |
| | | $40,325 |

Thank you for Your Business

ISSUED BY: _Kathy_

% Interest Charged Per Month

AG 00123

OBERST PRINTING CO., OWENSBORO

ENTERED