# Exhibit 41

# Carol's Contracting, Inc.

P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 4/10/2005 | 593 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Simcala, Mt Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 204 |  | TW |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 108.44 | Alabama Gravel | Week Ending 04-10-2005<br>Sales Tax | 6.00<br>0.00% | 650.64<br>0.00 |

**Total** $650.64


PLAINTIFF'S EXHIBIT

2:05-cv-1026-C
7684-2

CCI 0001

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 4/17/2005 | 594 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 202 | | GP | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 107.64 | Alabama Gravel | Truck # 202 Week Ending 4/17/05<br>Sales Tax | 6.00<br>0.00% | 645.84<br>0.00 |

**Total** $645.84

2:05-cv-1026-C
7684-2
**CCI 0002**

# Carol's Contracting, Inc.

P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 4/17/2005 | 595 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 204 | | TW | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 337.6 | Alabama Gravel | Truck # 204 Week Ending 04/17/05<br>Sales Tax | 6.00<br>0.00% | 2,025.60<br>0.00 |

**Total** $2,025.60

2:05-cv-1026-C
7684-2
CCI 0003

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 4/24/2005 | 596 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 204 | | TW | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 1,129.76 | Alabama Gravel | Truck 204 Week End 04/24/2005 | 6.00 | 6,778.56 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $6,778.56

2:05-cv-1026-C
7684-2
CCI 0004

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 4/24/2005 | 598 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

**PAID**

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | Pop | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 300.63 | Alabama Gravel | Truck # 292 Week End 04/24/2005<br>Sales Tax | 6.00<br>0.00% | 1,803.78<br>0.00 |

**Total** $1,803.78

2:05-cv-1026-C
7684-2
CCI 0005

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/1/2005 | 599 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**PAID**

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 202 | | GP | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 421.5 | Alabama Gravel | Truck # 202 Week End 05/01/2005<br>Sales Tax | 6.00<br>0.00% | 2,529.00<br>0.00 |

**Total** $2,529.00

2:05-cv-1026-C
7684-2
**CCI 0006**

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/1/2005 | 600 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 204 | | TW | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 1,035.96 | Alabama Gravel | Truck # 204 Week End 05/01/2005<br>Sales Tax | 6.00<br>0.00% | 6,215.76<br>0.00 |

**Total** $6,215.76

2:05-cv-1026-C
7684-2
CCI 0007

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 5/8/2005 | 603 |

**PAID**

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 832.62 | Alabama Gravel | CCI Truck # 202 Week Ending 5-8-2005 | 6.00 | 4,995.72 |
| 910.77 | Alabama Gravel | CCI Truck # 204 Week Ending 5-8-2005 | 6.00 | 5,464.62 |
| 37.22 | Alabama Gravel | CCI Truck # 292 Week Ending 5-8-2005 | 6.00 | 223.32 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,683.66

2:05-cv-1026-C
7684-2
CCI 0008

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/15/2005 | 602 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  | Alabama Gravel | CCI Truck # 202 Week Ending 5-15-05 To Simcala | 4,433.04 | 4,433.04 |
|  | Alabama Gravel | CCI Truck # 204 Week Ending 5-15-05 To Simcala | 4,492.62 | 4,492.62 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $8,925.66

2:05-cv-1026-C
7684-2
**CCI 0009**

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 5/15/2005 | 603 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  | Alabama Gravel | CCI Truck # 202 Week Ending 5-15-05 To Globe | 1,507.45 | 1,507.45 |
|  | Alabama Gravel | CCI Truck # 204 Week Ending 5-15-05 To Globe | 1,483.45 | 1,483.45 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,990.90

# Carol's Contracting, Inc.

# Invoice

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 5/22/2005 | 604 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

*PAID*

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| | Alabama Gravel | To Simcala # 201 Week Ending 5-22-05 | 2,521.98 | 2,521.98 |
| | Alabama Gravel | To Simcala # 202 Week Ending 5-22-05 | 3,302.28 | 3,302.28 |
| | Alabama Gravel | To Simcala # 204 Week Ending 5-22-05 | 4,433.52 | 4,433.52 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $10,257.78

2:05-cv-1026-C
7684-2
CCI 0011

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/29/2005 | 606 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 612.01 | Alabama Gravel | Simcala # 201 Week End 05-29-2005 | 6.00 | 3,672.06 |
| 548.04 | Alabama Gravel | Simcala # 202 Week End 05-29-2005 | 6.00 | 3,288.24 |
| 619.96 | Alabama Gravel | Simcala # 204 Week End 05-29-2005 | 6.00 | 3,719.76 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,680.06

2:05-cv-1026-C
7684-2
**CCI 0012**

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 6/5/2005 | 609 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  | Alabama Gravel | Simcala Week End 06-05-05 CCI 201 | 3,074.22 | 3,074.22 |
|  | Alabama Gravel | Simcala Week End 06-05-05 CCI 202 | 3,286.98 | 3,286.98 |
|  | Alabama Gravel | Simcala Week End 06-05-05 CCI 204 | 3,952.86 | 3,952.86 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**  $10,314.0

2:05-cv-1026-C
7684-2
**CCI 0013**

# Carol's Contracting, Inc.

P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 6/12/2005 | 612 |

**PAID**

**Bill To:** Customer

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To:** Customer & Destination

Simcala, Mt. Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 143.71 | Alabama Gravel | CCI # 201 Week Ending 06-12-05 | 6.00 | 862.26 |
| 409.18 | Alabama Gravel | CCI # 201 Week Ending 06-12-05 | 6.00 | 2,455.08 |
| 550.08 | Alabama Gravel | CCI # 202 Week Ending 06-12-05 | 6.00 | 3,300.48 |
| 544.65 | Alabama Gravel | CCI # 204 Week Ending 06-12-05 | 6.00 | 3,267.90 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $9,885.

2:05-cv-1026-C
7684-2
**CCI 0014**