# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 6/19/2005 | 615 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 658.47 | Alabama Gravel | CCI # 201 Week Ending 06-19-2005 | 6.00 | 3,950.82 |
| 652.93 | Alabama Gravel | CCI # 202 Week Ending 06-19-2005 | 6.00 | 3,917.58 |
| 762.12 | Alabama Gravel | CCI # 204 Week Ending 06-19-2005 | 6.00 | 4,572.72 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $12,441.

2:05-cv-1026-(
7684-2
CCI 0015

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2005 | 616 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Simcala, Mt. Meigs |

**PAID**

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 657.5 | Alabama Gravel | CCI # 201 Week Ending 6-26-05 | 6.00 | 3,945.00 |
| 660.3 | Alabama Gravel | CCI # 202 Week Ending 6-26-05 | 6.00 | 3,961.80 |
| 733.76 | Alabama Gravel | CCI # 204 Week Ending 6-26-05 | 6.00 | 4,402.56 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $12,309.3

# Carol's Contracting, Inc.
P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 7/3/2005 | 619 |

**Bill To:** Customer
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To:** Customer & Destination
Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 739.4 | Alabama Gravel | CCI # 201 Week Ending 7-3-2005 | 6.00 | 4,436.40 |
| 766 | Alabama Gravel | CCI # 202 Week Ending 7-3-2005 | 6.00 | 4,596.00 |
| 695.6 | Alabama Gravel | CCI # 204 Week Ending 7-3-2005 | 6.00 | 4,173.60 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $13,206.00

2:05-cv-1026-C
7684-2
CCI 0017

# Carol's Contracting, Inc.

**P.O. Box 986**
**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|---|---|
| 7/10/2005 | 623 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

**PAID**

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 591.81 | Alabama Gravel | CCI # 201 Week Ending 7-10-2005 | 6.00 | 3,550.86 |
| 111.3 | Alabama Gravel | CCI # 202 Week Ending 7-10-2005 | 6.00 | 667.80 |
| 146.89 | Alabama Gravel | CCI # 204 Week Ending 7-10-2005 | 6.00 | 881.34 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $5,100.0

2:05-cv-1026-C
7684-2
**CCI 0018**

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/17/2005 | 625 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 774.48 | Alabama Gravel | CCI # 201 Hauling Week Ending 7-17-05 | 6.00 | 4,646.88 |
| 185.65 | Alabama Gravel | CCI # 202 Hauling Week Ending 7-17-05 | 6.00 | 1,113.90 |
| 173.82 | Alabama Gravel | CCI # 204 Hauling Week Ending 7-17-05 | 6.00 | 1,042.92 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $6,803.7

2:05-cv-1026-(
7684-2
CCI 0019

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 7/24/2005 | 630 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 75.65 | Alabama Gravel | CCI # 201 Week Ending 7-24-2005 | 6.00 | 453.90 |
| 73.16 | Alabama Gravel | CCI # 202 Week Ending 7-24-2005 | 6.00 | 438.96 |
| 879.53 | Alabama Gravel | CCI # 204 Week Ending 7-24-2005 | 6.00 | 5,277.18 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $6,170

2:05-cv-1(
7684-:
CCI 0(

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 7/31/2005 | 631 |

**PAID**

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 558.12 | Alabama Gravel | CCI # 201 Week ending 7-31-05 | 6.00 | 3,348.72 |
| 185.1 | Alabama Gravel | CCI # 202 Week ending 7-31-05 | 6.00 | 1,110.60 |
| 256.63 | Alabama Gravel | CCI # 204 Week ending 7-31-05 | 6.00 | 1,539.78 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**  $5,999.

2:05-cv-1026-0
7684-2
**CCI 0021**

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 8/7/2005 | 636 |

**PAID**

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 186.23 | Alabama Gravel | CCI # 201 Week Ending 8-7-05 | 6.00 | 1,117.38 |
| 256.01 | Alabama Gravel | CCI # 202 Week Ending 8-7-05 | 6.00 | 1,536.06 |
| 400.25 | Alabama Gravel | CCI # 204 Week Ending 8-7-05 | 6.00 | 2,401.50 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**  $5,054.

2:05-cv-1026-C
7684-2
**CCI 0022**

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 8/14/2005 | 639 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 448.49 | Alabama Gravel | CCI # 201 Week Ending 8-14-05 | 6.00 | 2,690.94 |
| 440.6 | Alabama Gravel | CCI # 202 Week Ending 8-14-05 | 6.00 | 2,643.60 |
| 437.27 | Alabama Gravel | CCI # 202 Week Ending 8-14-05 | 6.00 | 2,623.62 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**   $7,958.

2:05-cv-102(
7684-2
CCI 002

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 8/21/2005 | 618 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 555.84 | Alabama Gravel | CCI # 201 Week Ending 8-21-05 | 6.00 | 3,335.04 |
| 550.16 | Alabama Gravel | CCI # 202 Week Ending 8-21-05 | 6.00 | 3,300.96 |
| 547.84 | Alabama Gravel | CCI # 204 Week Ending 8-21-05 | 6.00 | 3,287.04 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $9,923.

2:05-cv-1(
7684-
CCI 0(

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**

**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 8/28/2005 | 623 |

PAID

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 554.56 | Alabama Gravel | CCI # 201 Week Ending 8-28-05 | 6.00 | 3,327.36 |
| 550.33 | Alabama Gravel | CCI # 202 Week Ending 8-28-05 | 6.00 | 3,301.98 |
| 549.1 | Alabama Gravel | CCI # 204 Week Ending 8-28-05 | 6.00 | 3,294.60 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**   $9,923

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 9/4/2005 | 624 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 556.73 | Alabama Gravel | CCI # 201 Week Ending 9-4-05 | 6.00 | 3,340.38 |
| 552.85 | Alabama Gravel | CCI # 202 Week Ending 9-4-05 | 6.00004 | 3,317.12 |
| 549.21 | Alabama Gravel | CCI # 204 Week Ending 9-4-05 | 6.00 | 3,295.26 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**  $9,952.

2:05-cv-1026-
7684-2

CCI 0026

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 9/11/2005 | 629 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 413.6 | Alabama Gravel | CCI # 201 Week Ending 9-11-05 | 6.00 | 2,481.60 |
| 629.53 | Alabama Gravel | CCI # 202 Week Ending 9-11-05 | 6.00 | 3,777.18 |
| 624.47 | Alabama Gravel | CCI # 204 Week Ending 9-11-05 | 6.00 | 3,746.82 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,005

2:05-cv-102
7684-2
CCI 00꞉