# Carol's Contracting, Inc.

P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 9/18/2005 | 634 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 450.96 | Alabama Gravel | CCI # 201 Week Ending 9-18-05 | 6.00 | 2,705.76 |
| 590.98 | Alabama Gravel | CCI # 202 Week Ending 9-18-05 | 6.00 | 3,545.88 |
| 590.89 | Alabama Gravel | CCI # 204 Week Ending 9-18-05 | 6.00 | 3,545.34 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $9,796.9

2:05-cv-1026
7684-2
CCI 002

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 9/25/2005 | 638 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

**PAID**

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 629.73 | Alabama Gravel | CCI # 201 Week Ending 9-25-05 | 6.00 | 3,778.38 |
| 628.49 | Alabama Gravel | CCI # 202 Week Ending 9-25-05 | 6.00 | 3,770.94 |
| 624.22 | Alabama Gravel | CCI # 204 Week Ending 9-25-05 | 6.00 | 3,745.32 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $11,294.

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 10/2/2005 | 641 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 556.18 | Alabama Gravel | CCI # 201 Week Ending 10-02-05 | 6.00 | 3,337.08 |
| 624.84 | Alabama Gravel | CCI # 202 Week Ending 10-02-05 | 6.00 | 3,749.04 |
| 622.48 | Alabama Gravel | CCI # 204 Week Ending 10-02-05 | 6.00 | 3,734.88 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,821.0

2:05-cv-1026
7684-2
CCI 003

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 10/9/2005 | 645 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 631.27 | Alabama Gravel | Truck # 201 Week Ending 10-09-05 | 6.00 | 3,787.62 |
| 629.51 | Alabama Gravel | Truck # 202 Week Ending 10-09-05 | 6.00 | 3,777.06 |
| 625.06 | Alabama Gravel | Truck # 204 Week Ending 10-09-05 | 6.00 | 3,750.36 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $11,315.

2:05-cv-102
7684-2
CCI 00

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 10/16/2005 | 651 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 591.27 | Alabama Gravel | Truck # 201 Week Ending 10-16-05 | 6.00 | 3,547.62 |
| 592.03 | Alabama Gravel | Truck # 202 Week Ending 10-16-05 | 6.00 | 3,552.18 |
| 583.47 | Alabama Gravel | Truck # 204 Week Ending 10-16-05 | 6.00 | 3,500.82 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,600.

2:05-cv-10
7684-2
CCI 0(

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 10/23/2005 | 652 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

**PAID**

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 586.71 | Alabama Gravel | CCI # 201 Week Ending 10-23-2005 | 6.00 | 3,520.26 |
| 592.82 | Alabama Gravel | CCI # 202 Week Ending 10-23-2005 | 6.00 | 3,556.92 |
| 587.43 | Alabama Gravel | CCI # 204 Week Ending 10-23-2005 | 6.00 | 3,524.58 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,601

2:05-cv-10?
7684-2
CCI 00

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 10/30/2005 | 656 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 601.04 | Alabama Gravel | Truck # 201 Week Ending 10-30-2005 | 6.00 | 3,606.24 |
| 600.83 | Alabama Gravel | Truck # 202 Week Ending 10-30-2005 | 6.00 | 3,604.98 |
| 587.35 | Alabama Gravel | Truck # 204 Week Ending 10-30-2005 | 6.00 | 3,524.10 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,735.

2:05-cv-1026-
7684-2
CCI 003

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 11/6/2005 | 658 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 672.95 | Alabama Gravel | CCI # 201 Week Ending 11-06-2005 | 6.00 | 4,037.70 |
| 670.87 | Alabama Gravel | CCI # 202 Week Ending 11-06-2005 | 6.00 | 4,025.22 |
| 110.11 | Alabama Gravel | CCI # 204 Week Ending 11-06-2005 | 6.00 | 660.66 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $8,723.

2:05-cv-10:
7684-2
CCI 00

# Carol's Contracting, Inc.

P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 11/13/2005 | 662 |

**PAID**

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Simcala, Mt. Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 564.71 | Alabama Gravel | CCI # 201 Week Ending 11-13-05 | 6.00 | 3,388.26 |
| 522.32 | Alabama Gravel | CCI # 202 Week Ending 11-13-05 | 6.00 | 3,133.92 |
| 514.55 | Alabama Gravel | CCI # 204 Week Ending 11-13-05 | 6.00 | 3,087.30 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $9,609.4

2:05-cv-1026-(
7684-2

CCI 0036

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 11/20/2005 | 666 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Simcala, Mt Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 588.63 | Alabama Gravel | CCI # 201 Week Ending 11-20-2005 | 6.00 | 3,531.78 |
| 598.17 | Alabama Gravel | CCI # 202 Week Ending 11-20-2005 | 6.00 | 3,589.02 |
| 587.66 | Alabama Gravel | CCI # 204 Week Ending 11-20-2005 | 6.00 | 3,525.96 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,646.

2:05-cv-102(
7684-2
CCI 003

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 11/27/2005 | 668 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 603.75 | Alabama Gravel | CCI # 201 Week Ending 11-27-05 | 6.00 | 3,622.50 |
| 642.95 | Alabama Gravel | CCI # 202 Week Ending 11-27-05 | 6.00 | 3,857.70 |
| 874.15 | Alabama Gravel | CCI # 204 Week Ending 11-27-05 | 6.00 | 5,244.90 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $12,725.1

2:05-cv-1026-C
7684-2
CCI 0038

# Carol's Contracting, Inc.

**P.O. Box 986**
**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|---|---|
| 12/4/2005 | 670 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Simcala, Mt Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 556.89 | Alabama Gravel | CCI # 201 Week Ending 12-04-2005 | 6.00 | 3,341.34 |
| 36.3 | Alabama Gravel | CCI # 201 Week Ending 12-04-2005 | 3.00 | 108.90 |
| 22.97 | Alabama Gravel | CCI # 201 Week Ending 12-04-2005 | 5.00 | 114.85 |
| 595.44 | Alabama Gravel | CCI # 202 Week Ending 12-04-2005 | 6.00 | 3,572.64 |
| 36.3 | Alabama Gravel | CCI # 202 Week Ending 12-04-2005 | 3.00 | 108.90 |
| 22.69 | Alabama Gravel | CCI # 202 Week Ending 12-04-2005 | 5.00 | 113.45 |
| 507.57 | Alabama Gravel | CCI # 204 Week Ending 12-04-2005 | 6.00 | 3,045.42 |
| 36 | Alabama Gravel | CCI # 204 Week Ending 12-04-2005 | 3.00 | 108.00 |
| 22.79 | Alabama Gravel | CCI # 204 Week Ending 12-04-2005 | 5.00 | 113.95 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,627.4

2:05-cv-1026-
7684-2
CCI 0039

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 12/11/2005 | 675 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 664.3 | Alabama Gravel | CCI # 201 Week Ending 12-11-05 | 6.00 | 3,985.80 |
| 676.05 | Alabama Gravel | CCI # 202 Week Ending 12-11-05 | 6.00 | 4,056.30 |
| 662.03 | Alabama Gravel | CCI # 204 Week Ending 12-11-05 | 6.00 | 3,972.18 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $12,014.2

2:05-cv-1026-C
7684-2
CCI 0040