# Carol's Contracting, Inc.

**P.O. Box 986**
**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/18/2005 | 677 |

PAID

| Bill To:  Customer | Ship To:  Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Simcala, Mt Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 674.06 | Alabama Gravel | CCI # 201 Week Ending 12-18-05 | 6.00 | 4,044.36 |
| 677.27 | Alabama Gravel | CCI # 202 Week Ending 12-18-05 | 6.00 | 4,063.62 |
| 662.5 | Alabama Gravel | CCI # 204 Week Ending 12-18-05 | 6.00 | 3,975.00 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $12,082.

**Carol's Contracting, Inc.**

# Invoice

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|------|-----------|
| 12/25/2005 | 680 |

| Bill To: Customer | Ship To: Customer & Destination |
|-------------------|--------------------------------|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 633.81 | Alabama Gravel | CCI # 201 Week Ending 12-25-05 | 6.00 | 3,802.86 |
| 600.57 | Alabama Gravel | CCI # 202 Week Ending 12-25-05 | 6.00 | 3,603.42 |
| 594.21 | Alabama Gravel | CCI # 204 Week Ending 12-25-05 | 6.00 | 3,565.26 |
| 37 | Alabama Gravel | CCI # 204 Week Ending 12-25-05 | 3.00 | 111.00 |
|  |  | Sales Tax | 0.00% | 0.00 |

| | **Total** | $11,082.5 |
|--|-----------|-----------|

**Carol's Contracting, Inc.**

# Invoice

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|------|-----------|
| 8/7/2005 | 638 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Maddox Stone - Rail Yard |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 100.5 | Alabama Gravel | CCI # 201 Week Ending 8-7-05 | 5.00 | 502.50 |
| 135.04 | Alabama Gravel | CCI # 202 Week Ending 8-7-05 | 5.00 | 675.20 |
| 170.06 | Alabama Gravel | CCI # 204 Week Ending 8-7-05 | 5.00 | 850.30 |
| | | Sales Tax | 0.00% | 0.00 |

| | **Total** | $2,028.00 |
|---|---|---|

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/14/2005 | 640 |

PAID

| Bill To:  Customer | Ship To:  Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 140.02 | Alabama Gravel | CCI # 201 Week Ending 8-14-05 | 5.00 | 700.10 |
| 174.76 | Alabama Gravel | CCI # 202 Week Ending 8-14-05 | 5.00 | 873.80 |
| 210.26 | Alabama Gravel | CCI # 204 Week Ending 8-14-05 | 5.00 | 1,051.30 |
|        |                | Sales Tax | 0.00% | 0.00 |

| | **Total** | $2,625. |
|---|---|---|

2:05-cv-1026-C<br>7684-2<br>CCI 0044

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/21/2005 | 620 |

| Bill To: Customer | Ship To: Customer & Destination |
|-------------------|--------------------------------|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 132.1 | Alabama Gravel | CCI # 201 Week Ending 8-21-05 | 5.00 | 660.50 |
| 133.24 | Alabama Gravel | CCI # 202 Week Ending 8-21-05 | 5.00 | 666.20 |
| 132.68 | Alabama Gravel | CCI # 204 Week Ending 8-21-05 | 5.00 | 663.40 |
| | | Sales Tax | 0.00% | 0.00 |

| | **Total** | $1,990.1 |
|--|-----------|----------|

2:05-cv-1026-C
7684-2
CCI 0045

**Carol's Contracting, Inc.**

**Invoice**

P.O. Box 986
**Millbrook, AL 36054**

| Date | Invoice # |
|------|-----------|
| 8/28/2005 | 621 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|-------------------|--------------------------------|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 99.32 | Alabama Gravel | CCI # 201 Week Ending 8-28-05 | 5.00 | 496.60 |
| 105.02 | Alabama Gravel | CCI # 202 Week Ending 8-28-05 | 5.00 | 525.10 |
| 104.96 | Alabama Gravel | CCI # 204 Week Ending 8-28-05 | 5.00 | 524.80 |
| | | Sales Tax | 0.00% | 0.00 |

| **Total** | $1,546.5 |
|-----------|----------|

2:05-cv-1026-C
7684-2
**CCI 0046**

# Carol's Contracting, Inc.

**Invoice**

## P.O. Box 986
## Millbrook, AL 36054

| Date | Invoice # |
|------|-----------|
| 9/11/2005 | 631 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Maddox - CSX Rail Yard |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 104.9 | Alabama Gravel | CCI # 201 Week Ending 9-11-05 | 5.00 | 524.50 |
| 104.86 | Alabama Gravel | CCI # 202 Week Ending 9-11-05 | 5.00 | 524.30 |
| 105.54 | Alabama Gravel | CCI # 204 Week Ending 9-11-05 | 5.00 | 527.70 |
|  |  | Sales Tax | 0.00% | 0.00 |

| | Total | $1,576.5 |
|---|---|---|

2:05-cv-1026-
7684-2
CCI 0047

**Carol's Contracting, Inc.**

# Invoice

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|------|-----------|
| 9/18/2005 | 633 |

PAID

| Bill To:  Customer | Ship To:  Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 66.32 | Alabama Gravel | CCI # 201 Week Ending 9-18-05 | 5.00 | 331.60 |
| 67.1 | Alabama Gravel | CCI # 202 Week Ending 9-18-05 | 5.00 | 335.50 |
| 65.72 | Alabama Gravel | CCI # 204 Week Ending 9-18-05 | 5.00 | 328.60 |
|       |           | Sales Tax | 0.00% | 0.00 |

**Total**     $995.

2:05-cv-1026-C
7684-2
CCI 0048

**Carol's Contracting, Inc.**

# Invoice

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|------|-----------|
| 10/9/2005 | 647 |

PAID

| Bill To: Customer | Ship To: Customer & Destination |
|-------------------|--------------------------------|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 104.08 | Alabama Gravel | Truck # 201 Week Ending 10-09-05 | 5.00 | 520.40 |
| 105.5 | Alabama Gravel | Truck # 202 Week Ending 10-09-05 | 5.00 | 527.50 |
| 106.36 | Alabama Gravel | Truck # 204 Week Ending 10-09-05 | 5.00 | 531.80 |
|  |  | Sales Tax | 0.00% | 0.00 |

| | **Total** | $1,579.7 |

2:05-cv-1026-C
7684-2
CCI 0049

# Carol's Contracting, Inc.

**Invoice**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|------|-----------|
| 11/13/2005 | 663 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
|  |  |  | 5.00 | 157.30 |
| 31.46 | Alabama Gravel | CCI # 201 Week Ending 11-13-05 | 5.00 | 172.20 |
| 34.44 | Alabama Gravel | CCI # 202 Week Ending 11-13-05 | 5.00 | 170.30 |
| 34.06 | Alabama Gravel | CCI # 204 Week Ending 11-13-05 | 0.00% | 0.00 |
|  |  | Sales Tax |  |  |

**Total**  $499.

2:05-cv-1026-C
7684-2
CCI 0050

# Carol's Contracting, Inc.

**P.O. Box 986**
**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/20/2005 | 664 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 103.3 | Alabama Gravel | CCI # 201 Week Ending 11-20-2005 | 5.00 | 516.50 |
| 103.54 | Alabama Gravel | CCI # 202 Week Ending 11-20-2005 | 5.00 | 517.70 |
| 103.34 | Alabama Gravel | CCI # 204 Week Ending 11-20-2005 | 5.00 | 516.70 |
|        |                | Sales Tax | 0.00% | 0.00 |

| **Total** | $1,550.9 |
|-----------|----------|

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/4/2005 | 673 |

PAID

| Bill To:  Customer | Ship To:  Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Maddox Stone - RR Yard |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 210.9 | Alabama Gravel | CCI # 202 Week Ending 12-04-2005 | 5.00 | 1,054.50 |
| 208.62 | Alabama Gravel | CCI # 204 Week Ending 12-04-2005 | 5.00 | 1,043.10 |
|  |  | Sales Tax | 0.00% | 0.00 |

| | **Total** | $2,097.6 |
|---|---|---|

2:05-cv-1026
7684-2
CCI 005