# Carol's Contracting, Inc.
P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/8/2005 | 602 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 72.07 | Alabama Gravel | Globe, Selma CCI Truck # 202 May 2 = May 8 | 5.00 | 360.35 |
| 74.3 | Alabama Gravel | Globe, Selma CCI Truck # 204 May 2 = May 8 | 5.00 | 371.50 |
| 74.15 | Alabama Gravel | Globe, Selma CCI Truck # 292 May 2 = May 8 | 5.00 | 370.75 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $1,102.6

2:05-cv-1026-C
7684-2
**CCI 0053**

# Carol's Contracting, Inc.

## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/15/2005 | 603 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  | Alabama Gravel | CCI Truck # 202 Week Ending 5-15-05 To Globe | 1,507.45 | 1,507.45 |
|  | Alabama Gravel | CCI Truck # 204 Week Ending 5-15-05 To Globe | 1,483.45 | 1,483.45 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,990.

2:05-cv-1026
7684-2
CCI 005

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 5/22/2005 | 605 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  | Alabama Gravel | To Globe # 201 Week Ending 5-22-05 | 1,257.25 | 1,257.25 |
|  | Alabama Gravel | To Globe # 202 Week Ending 5-22-05 | 2,393.50 | 2,393.50 |
|  | Alabama Gravel | To Globe # 204 Week Ending 5-22-05 | 2,059.05 | 2,059.05 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $5,709.

2:05-cv-1026-(
7684-2
CCI 0055

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 5/29/2005 | 607 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 363.17 | Alabama Gravel | Globe # 201 Week End 05-29-2005 | 5.00 | 1,815.85 |
| 364.02 | Alabama Gravel | Globe # 202 Week End 05-29-2005 | 5.00 | 1,820.10 |
| 366.18 | Alabama Gravel | Globe # 204 Week End 05-29-2005 | 5.00 | 1,830.90 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $5,466.

2:05-cv-10
7684-2
CCI 00

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 6/5/2005 | 610 |

PAID

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| | Alabama Gravel | Globe Week End 06-05-05 CCI 201 | 1,812.70 | 1,812.70 |
| | Alabama Gravel | Globe Week End 06-05-05 CCI 202 | 1,830.20 | 1,830.20 |
| | Alabama Gravel | Globe Week End 06-05-05 CCI 204 | 1,658.95 | 1,658.95 |
| | | Sales Tax | 0.00% | 0.00 |

| | Total | $5,301.8 |
|---|---|---|

2:05-cv-1026
7684-2
CCI 005

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 6/12/2005 | 611 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 368.12 | Alabama Gravel | CCI # 201 Week Ending 06/12/05 | 5.00 | 1,840.60 |
| 363.99 | Alabama Gravel | CCI # 202 Week Ending 06/12/05 | 5.00 | 1,819.95 |
| 364.98 | Alabama Gravel | CCI # 204 Week Ending 06/12/05 | 5.00 | 1,824.90 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $5,485.

2:05-cv-102(
7684-2
CCI 005

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/19/2005 | 614 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

**PAID**

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 217.81 | Alabama Gravel | CCI # 201 Week Ending 06-19-2005 | 5.00 | 1,089.05 |
| 251.91 | Alabama Gravel | CCI # 202 Week Ending 06-19-2005 | 5.00 | 1,259.55 |
| 144.15 | Alabama Gravel | CCI # 204 Week Ending 06-19-2005 | 5.00 | 720.75 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,069.3

2:05-cv-1026-C
7684-2
**CCI 0059**

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 6/26/2005 | 617 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 256.07 | Alabama Gravel | CCI # 201 Week Ending 6-26-05 | 5.00 | 1,280.35 |
| 109.26 | Alabama Gravel | CCI # 202 Week Ending 6-26-05 | 5.00 | 546.30 |
| 329.71 | Alabama Gravel | CCI # 204 Week Ending 6-26-05 | 5.00 | 1,648.55 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,475.

2:05-cv-10:
7684-2
CCI 00

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 7/3/2005 | 620 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 187.1 | Alabama Gravel | CCI # 201 Week Ending 7-3-2005 | 5.00 | 935.50 |
| 145.52 | Alabama Gravel | CCI # 202 Week Ending 7-3-2005 | 5.00 | 727.60 |
| 219.79 | Alabama Gravel | CCI # 204 Week Ending 7-3-2005 | 5.00 | 1,098.95 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,762.0

2:05-cv-1026-
7684-2
CCI 0061

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 7/10/2005 | 624 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 181.23 | Alabama Gravel | CCI # 201 Week Ending 7-10-2005 | 5.00 | 906.15 |
| 146.84 | Alabama Gravel | CCI # 202 Week Ending 7-10-2005 | 5.00 | 734.20 |
| 36.55 | Alabama Gravel | CCI # 204 Week Ending 7-10-2005 | 5.00 | 182.75 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $1,823.

2:05-cv-102
7684-2
CCI 006

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 7/17/2005 | 626 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 261.81 | Alabama Gravel | CCI # 201 Hauling Week Ending 7-17-05 | 5.00 | 1,309.05 |
| 111.35 | Alabama Gravel | CCI # 202 Hauling Week Ending 7-17-05 | 5.00 | 556.75 |
| 111.99 | Alabama Gravel | CCI # 204 Hauling Week Ending 7-17-05 | 5.00 | 559.95 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,425

2:05-cv-1026
7684-2
CCI 006