# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/24/2005 | 629 |

**PAID**

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Globe, Selma

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 74.02 | Alabama Gravel | CCI # 202 Week Ending 7-24-2005 | 5.00 | 370.10 |
| 219.89 | Alabama Gravel | CCI # 204 Week Ending 7-24-2005 | 5.00 | 1,099.45 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $1,469.5

2:05-cv-1026-
7684-2
CCI 0064

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/31/2005 | 616 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 36.85 | Alabama Gravel | CCI # 201 Week ending 7-31-05 | 5.00 | 184.25 |
| 35.8 | Alabama Gravel | CCI # 202 Week ending 7-31-05 | 5.00 | 179.00 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $363

2:05-cv-1026-
7684-2
CCI 0065

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 8/7/2005 | 637 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 146.38 | Alabama Gravel | CCI # 202 Week Ending 8-7-05 | 5.00 | 731.90 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $731.9

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 8/14/2005 | 641 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Globe, Selma

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 108.99 | Alabama Gravel | CCI # 201 Week Ending 8-14-05 | 5.00 | 544.95 |
| 109.62 | Alabama Gravel | CCI # 202 Week Ending 8-14-05 | 5.00 | 548.10 |
| 109 | Alabama Gravel | CCI # 204 Week Ending 8-14-05 | 5.00 | 545.00 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $1,638.0

2:05-cv-1026
7684-2
CCI 006

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 8/21/2005 | 619 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 183.59 | Alabama Gravel | CCI # 201 Week Ending 8-21-05 | 5.00 | 917.95 |
| 183.31 | Alabama Gravel | CCI # 202 Week Ending 8-21-05 | 5.00 | 916.55 |
| 181.24 | Alabama Gravel | CCI # 204 Week Ending 8-21-05 | 5.00 | 906.20 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,740

2:05-cv-102
7684-2
CCI 00

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 8/28/2005 | 622 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 181.06 | Alabama Gravel | CCI # 201 Week Ending 8-28-05 | 5.00 | 905.30 |
| 183.28 | Alabama Gravel | CCI # 202 Week Ending 8-28-05 | 5.00 | 916.40 |
| 182.84 | Alabama Gravel | CCI # 204 Week Ending 8-28-05 | 5.00 | 914.20 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,735.9

2:05-cv-1026-(
7684-2
**CCI 0069**

# Carol's Contracting, Inc.

## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 9/4/2005 | 625 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 218.49 | Alabama Gravel | CCI # 201 Week Ending 9-4-05 | 5.00 | 1,092.45 |
| 221.15 | Alabama Gravel | CCI # 202 Week Ending 9-4-05 | 5.00 | 1,105.75 |
| 216.89 | Alabama Gravel | CCI # 204 Week Ending 9-4-05 | 5.00 | 1,084.45 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,282.

2:05-cv-1026
7684-2
CCI 007

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 9/11/2005 | 630 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Globe, Selma

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 258.58 | Alabama Gravel | CCI # 201 Week Ending 9-11-05 | 5.00 | 1,292.90 |
| 258.69 | Alabama Gravel | CCI # 202 Week Ending 9-11-05 | 5.00 | 1,293.45 |
| 259.44 | Alabama Gravel | CCI # 204 Week Ending 9-11-05 | 5.00 | 1,297.20 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**  $3,883

2:05-cv-10
7684-2
CCI 00

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 9/18/2005 | 632 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 111.76 | Alabama Gravel | CCI # 201 Week Ending 9-18-05 | 5.00 | 558.80 |
| 257.84 | Alabama Gravel | CCI # 202 Week Ending 9-18-05 | 5.00 | 1,289.20 |
| 254.8 | Alabama Gravel | CCI # 204 Week Ending 9-18-05 | 5.00 | 1,274.00 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,122

2:05-cv-1
7684
CCI 0

# Carol's Contracting, Inc.
P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 9/25/2005 | 637 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 186.12 | Alabama Gravel | CCI # 201 Week Ending 9-25-05 | 5.00 | 930.60 |
| 185.96 | Alabama Gravel | CCI # 202 Week Ending 9-25-05 | 5.00 | 929.80 |
| 184.4 | Alabama Gravel | CCI # 204 Week Ending 9-25-05 | 5.00 | 922.00 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**  $2,782.40

2:05-cv-1026-
7684-2
CCI 0073