# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 10/2/2005 | 640 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 183.57 | Alabama Gravel | CCI # 201 Week Ending 10-02-05 | 5.00 | 917.85 |
| 184.99 | Alabama Gravel | CCI # 202 Week Ending 10-02-05 | 5.00 | 924.95 |
| 184.42 | Alabama Gravel | CCI # 204 Week Ending 10-02-05 | 5.00 | 922.10 |
| | | Sales Tax | 0.00% | 0.00 |

**Total**  $2,764.

2:05-cv-102
7684-2
CCI 007

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 10/9/2005 | 646 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 187.06 | Alabama Gravel | Truck # 201 Week Ending 10-09-05 | 5.00 | 935.30 |
| 187.4 | Alabama Gravel | Truck # 202 Week Ending 10-09-05 | 5.00 | 937.00 |
| 184.03 | Alabama Gravel | Truck # 204 Week Ending 10-09-05 | 5.00 | 920.15 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,792.

2:05-cv-1026
7684-2
CCI 007

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 10/16/2005 | 650 |

PAID

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 214.7 | Alabama Gravel | Truck # 201 Week Ending 10-16-05 | 5.00 | 1,073.50 |
| 215.53 | Alabama Gravel | Truck # 202 Week Ending 10-16-05 | 5.00 | 1,077.65 |
| 221.06 | Alabama Gravel | Truck # 204 Week Ending 10-16-05 | 5.00 | 1,105.30 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,256.

2:05-cv-10:
7684-2
CCI 00

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 10/23/2005 | 653 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Globe - Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 220.99 | Alabama Gravel | CCI # 201 Week Ending 10-23-2005 | 5.00 | 1,104.95 |
| 220.21 | Alabama Gravel | CCI # 202 Week Ending 10-23-2005 | 5.00 | 1,101.05 |
| 222.64 | Alabama Gravel | CCI # 204 Week Ending 10-23-2005 | 5.00 | 1,113.20 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,31(

2:05-cv-1026
7684-2
CCI 007

# Carol's Contracting, Inc.
P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 10/30/2005 | 655 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe - Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 218.57 | Alabama Gravel | Truck # 201 Week Ending 10-30-2005 | 5.00 | 1,092.85 |
| 221.43 | Alabama Gravel | Truck # 202 Week Ending 10-30-2005 | 5.00 | 1,107.15 |
| 221.02 | Alabama Gravel | Truck # 204 Week Ending 10-30-2005 | 5.00 | 1,105.10 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $3,305.

2:05-cv-1026-(
7684-2
**CCI 0078**

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 11/6/2005 | 659 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 334.29 | Alabama Gravel | CCI # 201 Week Ending 11-06-2005 | 5.00003 | 1,671.46 |
| 330.85 | Alabama Gravel | CCI # 202 Week Ending 11-06-2005 | 5.00 | 1,654.25 |
| 258.26 | Alabama Gravel | CCI # 204 Week Ending 11-06-2005 | 5.00 | 1,291.30 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $4,61...

2:05-cv-1(
7684-2
CCI 0(

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 11/13/2005 | 661 |

**PAID**

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Globe, Selma

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 286.1 | Alabama Gravel | CCI # 201 Week Ending 11-13-05 | 5.00 | 1,430.50 |
| 295.54 | Alabama Gravel | CCI # 202 Week Ending 11-13-05 | 5.00 | 1,477.70 |
| 296.92 | Alabama Gravel | CCI # 204 Week Ending 11-13-05 | 5.00 | 1,484.60 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**  $4,392.8

2:05-cv-1026
7684-2
CCI 008

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 11/20/2005 | 665 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 257.79 | Alabama Gravel | CCI # 201 Week Ending 11-20-2005 | 5.00 | 1,288.95 |
| 259.91 | Alabama Gravel | CCI # 202 Week Ending 11-20-2005 | 5.00 | 1,299.55 |
| 257.17 | Alabama Gravel | CCI # 204 Week Ending 11-20-2005 | 5.00 | 1,285.85 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,874.3

2:05-cv-1026-C
7684-2
CCI 0081

# Carol's Contracting, Inc.

## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 11/27/2005 | 667 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 296 | Alabama Gravel | CCI # 201 Week Ending 11-27-05 | 5.00 | 1,480.00 |
| 290.81 | Alabama Gravel | CCI # 202 Week Ending 11-27-05 | 5.00 | 1,454.05 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $2,934.05

2:05-cv-1026-C
7684-2
CCI 0082

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 12/4/2005 | 672 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**
Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 36.21 | Alabama Gravel | CCI # 202 Week Ending 12-04-2005 | 5.00 | 181.05 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $181

2:05-cv-1026
7684-2
**CCI 008**

# Carol's Contracting, Inc.

P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 12/11/2005 | 676 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Globe, Selma

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 151.66 | Alabama Gravel | CCI # 201 Week Ending 12-11-05 | 5.00 | 758.30 |
| 150.39 | Alabama Gravel | CCI # 202 Week Ending 12-11-05 | 5.00 | 751.95 |
| 147.11 | Alabama Gravel | CCI # 204 Week Ending 12-11-05 | 5.00 | 735.55 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**  $2,245.8

2:05-cv-1026-C
7684-2
**CCI 0084**

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 12/18/2005 | 678 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 147.32 | Alabama Gravel | CCI # 201 Week Ending 12-18-05 | 5.00 | 736.60 |
| 149.04 | Alabama Gravel | CCI # 202 Week Ending 12-18-05 | 5.00 | 745.20 |
| 149.54 | Alabama Gravel | CCI # 204 Week Ending 12-18-05 | 5.00 | 747.70 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**  $2,229.50

2:05-cv-1026-C
7684-2
CCI 0085