# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 12/25/2005 | 679 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 149.26 | Alabama Gravel | CCI # 201 Week Ending 12-25-05 | 5.00 | 746.30 |
| 150.43 | Alabama Gravel | CCI # 202 Week Ending 12-25-05 | 5.00 | 752.15 |
| 150.62 | Alabama Gravel | CCI # 204 Week Ending 12-25-05 | 5.00 | 753.10 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,251.

2:05-cv-102
7684-2
CCI 001

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 7/10/2005 | 608 |

**Bill To: Customer**

Simcala, Inc.
P.O. Box 68
Mt. Meigs, AL 36057

**Ship To: Customer & Destination**

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 22.74 | CCI Misc Hauling | # 202 To Marietta, Ohio | 44.00 | 1,000.56 |
| 22.42 | CCI Misc Hauling | # 204 To Marietta, Ohio | 44.00 | 986.48 |
| | CCI Misc Hauling | Fuel Charges # 202 | 80.04 | 80.04 |
| | CCI Misc Hauling | Fuel Charges # 204 | 78.92 | 78.92 |
| | | Sales Tax | 0.00% | 0.00 |

**Total**  $2,146.0

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 7/10/2005 | 609 |

**Bill To: Customer**

Simcala, Inc.
P.O. Box 68
Mt. Meigs, AL 36057

**Ship To: Customer & Destination**

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 30.6 | CCI Misc Hauling | # 202 Coal From Williamsburg, Ky | 35.00 | 1,071.00 |
| 30.31 | CCI Misc Hauling | # 204 Coal From Williamsburg, Ky | 35.00 | 1,060.85 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,131.8

2:05-cv-1026-
7684-2
CCI 0088

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/17/2005 | 610 |

**Bill To: Customer**
Simcala, Inc.
P.O. Box 68
Mt. Meigs, AL 36057

**Ship To: Customer & Destination**

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 31.26 | Hauling Charges | # 202 Coal From Williamsburg, Ky | 35.00 | 1,094.10T |
| 30.85 | Hauling Charges | # 204 Coal From Williamsburg, Ky | 35.00 | 1,079.75T |
| | | Sales Tax | 0.00% | 0.00 |

Thank you for your business.

**Total** $2,173.8

2:05-cv-1026-C
7684-2
CCT0089

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 7/17/2005 | 611 |

**Bill To: Customer**

Simcala, Inc.
P.O. Box 68
Mt. Meigs, AL 36057

**Ship To: Customer & Destination**

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 22.63 | Misc. Invoices | # 202 To Marietta, Ohio | 44.00 | 995.72 |
| 22.48 | Misc. Invoices | # 204 To Marietta, Ohio | 44.00 | 989.12 |
| | Misc. Invoices | # 202 Fuel Charge To Marietta, Ohio | 79.66 | 79.66 |
| | Misc. Invoices | # 204 Fuel Charge To Marietta, Ohio | 79.13 | 79.13 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $2,143.63

# Carol's Contracting, Inc.

**P.O. Box 986**
**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|---|---|
| 7/24/2005 | 627 |

**Bill To:** Customer

Simcala, Inc.
P.O. Box 68
Mt. Meigs, AL 36057

**Ship To:** Customer & Destination

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 45.82 | Misc. Invoices | # 201 To Marietta, Ohio | 44.00 | 2,016.08 |
|  | Misc. Invoices | # 201 Fuel Charge | 161.28 | 161.28 |
| 45.43 | Misc. Invoices | # 202 To Marietta, Ohio | 44.00 | 1,998.92 |
|  | Misc. Invoices | # 202 Fuel Charge | 159.92 | 159.92 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $4,336.2

2:05-cv-1026
7684-2
CCI 009

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/24/2005 | 628 |

**Bill To: Customer**
Simcala, Inc.
P.O. Box 68
Mt. Meigs, AL 36057

**Ship To: Customer & Destination**

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  |  |  | 35.00 | 1,062.25 |
| 30.35 | Misc. Invoices | # 201 Coal From Williamsburg Ky | 35.00 | 1,054.90 |
| 30.14 | Misc. Invoices | # 202 Coal From Williamsburg Ky | 0.00% | 0.00 |
|  |  | Sales Tax |  |  |

**Total** $2,117

2:05-cv-10
7684-2
CCI 00

# Carol's Contracting, Inc.

## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2005 | 613 |

**Bill To: Customer**

Simcala, Inc.
P.O. Box 68
Mt. Meigs, AL 36057

**Ship To: Customer & Destination**

**PAID**

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 22.77 | CCI Misc Hauling | # 202 To Marietta, Ohio | 44.00 | 1,001.88 |
| 22.71 | CCI Misc Hauling | # 204 To Marietta, Ohio | 44.00 | 999.24 |
|  | CCI Misc Hauling | Fuel Charge # 202 | 80.15 | 80.15 |
|  | CCI Misc Hauling | Fuel Charge # 204 | 79.94 | 79.94 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,161.2

2:05-cv-1026-C
7684-2
CCI 0093

# Carol's Contracting, Inc.

# P.O. Box 986
# Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2005 | 614 |

**Bill To: Customer**

Simcala, Inc.
P.O. Box 68
Mt. Meigs, AL 36057

**Ship To: Customer & Destination**

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 29.75 | CCI Misc Hauling | # 202 Coal From Williamsburg, Ky | 35.00 | 1,041.25 |
| 29.29 | CCI Misc Hauling | # 204 Coal From Williamsburg, Ky | 35.00 | 1,025.15 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,066.40

2:05-cv-1026-C
7684-2
**CCI 0094**

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 10/11/2005 | 648 |

**Bill To: Customer**

Willingham Stone Company
1000 Huff Road
Atlanta, GA  30318

**Ship To: Customer & Destination**

To Milton, FL

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  | Net 15 | GP |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 30.05 | Misc. Invoices | To Milton, Fl - Truck # 202 On Oct 11, 2005 | 25.30017 | 760.27 |
| 30.2 | Misc. Invoices | To Milton, Fl - Truck # 204 On Oct 11, 2005 | 25.30 | 764.06 |

**Total** $1,524.3

2:05-cv-1026-C
7684-2
CCI 0095

# Carol's Contracting, Inc.
# P.O. Box 986
# Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 10/23/2005 | 654 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Willingham Stone Company<br>1000 Huff Road<br>Atlanta, GA 30318 | To Milton, FL |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  | Net 15 | GP |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 29.5 | Misc. Invoices | CCI # 201 To Milton, FL On 10-17-2005 | 22.00 | 649.00 |
|  | Misc. Invoices | CCI # 201 15% Fuel Surcharge | 97.35 | 97.35 |
| 29.75 | Misc. Invoices | CCI # 202 To Milton, FL On 10-17-2005 | 22.00 | 654.50 |
|  | Misc. Invoices | CCI # 202 15% Fuel Surcharge | 98.18 | 98.18 |
| 30.3 | Misc. Invoices | CCI # 204 To Milton, FL On 10-17-2005 | 22.00 | 666.60 |
|  | Misc. Invoices | CCI # 204 15% Fuel Surcharge | 99.99 | 99.99 |

**Total** $2,265.62

2:05-cv-1026
7684-2
CCI0096

# Carol's Contracting, Inc.

P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 11/12/2005 | 660 |

**Bill To: Customer**

Willingham Stone Company
1000 Huff Road
Atlanta, GA 30318

**PAID**

**Ship To: Customer & Destination**

To Florida

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  | Net 15 | GP |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  | Misc. Invoices | CCI # 201 | 1,374.25 | 1,374.25 |
|  | Misc. Invoices | CCI # 202 | 2,079.20 | 2,079.20 |
|  | Misc. Invoices | CCI # 204 | 1,374.25 | 1,374.25 |

**Total** $4,827.70

2:05-cv-1026-C
7684-2
CCI 0097