# Exhibit 42

```
MODE:F ACTION:
                                                    ┌─────────────────────────┐
                                                    │  PURCHASE ORDER INQUIRY │
```

| ID | Purchase Order Header | | | |
|----|---|---|---|---|
| 01 | Buyer Code        | *: | DICK    | DICK WYMER |
| 02 | PO Number         | *: | 0523204 | O/S GRAVEL (SWIFT CREEK) |
| 03 | Company Code      | *: | 01      | SIMCALA, INC. |
| 04 | PO Unit           | *: | 1500    | GENERAL POSTING UNIT |
| 05 | PO Type Code      | *: | 01      | RAW MATERIALS |
| 06 | Supplier Code     | *: | 011251  | ALABAMA GRAVEL, LLC |
| 07 | Payment Terms     |  : | 30      | NET 30 |
| 08 | Ship Via Carrier  | *: | DT      | DUMP TRUCK |
| 09 | Ship-to Address   | *: | S       | SIMCALA, INC. |
| 10 | Freight Terms     | *: | OP      | OUR PLANT |
| 11 | Status 05/10/04   | *: | PO      | POSTED PO-AVAILABLE FOR MATCH |
| 12 | Required-by Date  |  : | 05/08/31 | Expiry Date : |
| 13 | Order Date        |  : | 05/04/11 | |

| | | | |
|---|---|---|---|
| 14 | More Order Header Data | 17 | Total Value :   1,560,000.00 |
| 15 | Order Items Summary    | 18 | Special Instructions * |
| 16 | Order Item Details     | 19 | Internal Comments |

TCC000947

SIMCALA/00007

MODE:F ACTION:

ORDER ITEMS SUMMARY

Purchase Order :0523204    O/S GRAVEL (SWIFT CREEK)

| ID | Line<br>/Order Qty<br>/Requisition Qty | Product Number<br>/UofMsr<br>/Receipt Qty | Product Description<br>Unit Price<br>/Avg. Inv Price | /Extended Price<br>/Total Inv Cost |
|---|---|---|---|---|
| 01 | 1.0 | 12104<br>60,000.0000<br>0.0000 | O/S SWIFT CREEK GRAVEL.<br>TON<br>56,220.4100 | 26.0000<br>26.0000 | 1,560,000.00<br>1,448,269.39 |
| 02 | | | | |
| 03 | | | | |

| 04 | Order Item Details for # : | 06 | Special Instructions for # : |
| 05 | GL Distribution for # : | 07 | Internal Comments for # : |

TCC000948

SIMCALA/00008