# Exhibit 44

THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| Plaintiff, | * |
| v. | * Case No.: 2:05-cv-01026-CSC |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC. and ALABAMA GRAVEL, LLC, | * |
| Defendants. | * |

## AFFIDAVIT OF HORALD "HUGH" SORRELL

Personally appeared before the undersigned officer, duly authorized to administer oaths, Horald "Hugh" Sorrell, who being duly sworn, deposes and states:

1.

I am Hugh Sorrell, Vice President and General Manager of Foley Materials Company ("FMC"), which is a wholly owned subsidiary of The Concrete Company ("TCC"). Foley Products Company ("FPC") is also a wholly owned subsidiary of TCC.

2.

I give this affidavit based upon personal knowledge attained through my employment with FMC. Through this employment, I have become knowledgeable about the interrelationship between TCC, FMC and FPC. I am also knowledgeable about TCC's aggregate business interests and operations.

3.

TCC holds the following 16 aggregate leases, identified by lessor and Alabama county location, in its own name: (1) Wares Ferry Property, LTD (Montgomery); (2) Frank Limpkin, III (Russell); (3) Mrs. Johnnie Jenkins (Montgomery); (4) John W. Jenkins, Sr. (Montgomery); (5) Parks Hollis, III (Macon); (6) Southern Christian University (Macon); (7) Charles and Louise Harris (Macon); (8) Sally G. Mitchell (Macon); (9) James M. Dozier (Montgomery); (10) James M. Dozier (Montgomery); (11) James M. Dozier (Montgomery); (12) James M. Dozier (Montgomery); (13) Dozier Children, LLC (Montgomery); (14) Dozier Children B, LLC (Montgomery); (15) D&F Properties, LLC (Montgomery); and (16) MFD Properties, LLC (Montgomery).

4.

TCC also owns the following pieces of land, described by colloquial name and Alabama county location, which are or will be used for aggregate mining and production: (1) Martin Marietta Property (Macon); (2) Smith Property (Montgomery); and (3) Tysonville Property (Macon). TCC also owns a piece of land in Taylor County, Georgia, which will be used for aggregate mining and production.

5.

FMC and FPC employees share in common retirement and health plans with TCC employees, both of which are administered by TCC.

6.

To the extent the Court does not consider it at least a question of fact as to the true nature of Carol's Contracting, Inc.'s business and its interrelationship with Mr. Harry Lambert, TCC hereby certifies, in accordance with the Court's May 2, 2006 Order, that additional discovery,

including, but not limited to, depositions of Defendants and third-party fact witnesses, is necessary to opposing Carol's Contracting's summary judgment motion; that TCC has, through no fault of its own, been unable to gather this discovery in the form of affidavit or other sworn testimony; and that it should be given until October 6, 2006 to collect this discovery.

FURTHER AFFIANT SAYETH NOT.

This 23rd day of May, 2006.

_____
HORALD "HUGH" SORRELL

Sworn to and subscribed before me this
23rd day of May, 2006.
_____
NOTARY PUBLIC
My Commission Expires: 1/6/2010

3