# Exhibit 45

FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE CONCRETE COMPANY,

       Plaintiff,

versus                    2:05-CV-1026-D

HARRY E. LAMBERT, et al.,

       Defendants.

* * * * * * * * * * * *

DEPOSITION OF HORALD SORRELL, taken pursuant to stipulation and agreement before Jackie Parham, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, in the law offices of Balch & Bingham, 105 Tallapoosa Street, Montgomery, Alabama, on Tuesday, the 28th day of March, 2006, commencing at approximately 9:00 a.m.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 13

| | | |
|---|---|---|
| 1 | A. | The mining and selling of aggregates. |
| 2 | Q. | Are you familiar with the Buy-Sell |
| 3 | | Agreement that is at issue in this case? |
| 4 | A. | I am familiar with it.  Yes. |
| 5 | Q. | Have you reviewed it prior to coming here |
| 6 | | today to give your deposition for the |
| 7 | | purpose of answering questions on behalf |
| 8 | | of the plaintiff relating to it? |
| 9 | A. | I have looked over that document.  Yes. |
| 10 | Q. | Let me ask you whether or not Foley |
| 11 | | Materials Company, Inc. is in the business |
| 12 | | of excavating, mining, distributing, |
| 13 | | delivering, selling or otherwise disposing |
| 14 | | of any aggregate at wholesale or retail? |
| 15 | A. | Yes. |
| 16 | Q. | Is that company in that business within a |
| 17 | | sixty-mile radius of the City of |
| 18 | | Montgomery? |
| 19 | A. | Is that company? |
| 20 | Q. | Yes. |
| 21 | A. | Do you mean -- |
| 22 | Q. | Foley Materials Company, Inc. |
| 23 | A. | Where it is actually located? |

```
1    Q.    No.  Is it --
2    A.    Are you talking about the home office
3          or --
4    Q.    No.
5    A.    Okay.
6    Q.    Is that company, Foley Materials, in that
7          business that you just described within
8          the territory as described in this
9          Buy-Sell Agreement?
10   A.    Yes.
11               MR. GRISTINA:  Let him finish the
12                   question and then answer so
13                   you don't talk over each
14                   other.  And take your time.
15               THE WITNESS:  I'm sorry.
16   Q.    What business is The Concrete Company,
17         Inc. in?
18   A.    The Concrete Company, Inc. now serves as a
19         holding company.
20   Q.    When did it begin serving as a holding
21         company, if you know?
22   A.    On April 1 of 2005.
23   Q.    By "holding company," describe for the
```

|    |    |                                                              |
|----|----|--------------------------------------------------------------|
| 1  |    | Record what you understand that to be.                       |
| 2  | A. | The Concrete Company is a holding company                    |
| 3  |    | that owns Foley Materials Company and                        |
| 4  |    | Foley Products Company.                                      |
| 5  | Q. | Is Foley Products Company a company that                     |
| 6  |    | does business within the Montgomery                          |
| 7  |    | territory as defined in the Buy-Sell                         |
| 8  |    | Agreement?                                                   |
| 9  | A. | They could have had sales into this area.                    |
| 10 | Q. | Does Foley Products Company deal with the                    |
| 11 |    | excavating, mining, distributing,                            |
| 12 |    | delivering, selling or otherwise disposing                   |
| 13 |    | of aggregate at wholesale or retail?                         |
| 14 | A. | No.                                                          |
| 15 | Q. | Is that company essentially in the                           |
| 16 |    | business of manufacturing prefabricated                      |
| 17 |    | concrete structures?                                         |
| 18 | A. | Yes.                                                         |
| 19 | Q. | Is The Concrete Company a closely-held                       |
| 20 |    | corporation?                                                 |
| 21 | A. | Yes.                                                         |
| 22 | Q. | Who are the stockholders of that company?                    |
| 23 | A. | I do not know who all the stockholders                       |

FREEDOM COURT REPORTING

Page 17

| | | |
|---|---|---|
| 1 | A. | I would say that it had to be incorporated |
| 2 | | prior to that if we began operations on |
| 3 | | that date.  But I do not know the exact |
| 4 | | date. |
| 5 | Q. | What is the reason, if you know, for the |
| 6 | | formation of Foley Materials Company, |
| 7 | | Inc.? |
| 8 | A. | I really do not know why that was -- |
| 9 | Q. | Do you know who made that decision? |
| 10 | A. | Frank Foley would have made that decision. |
| 11 | Q. | Do you know what triggered that decision? |
| 12 | A. | No, I really do not. |
| 13 | Q. | Does Foley Materials Company, Inc. have |
| 14 | | business operations in the territory as |
| 15 | | defined by the Buy-Sell Agreement, Exhibit |
| 16 | | A to the Complaint? |
| 17 | A. | Yes. |
| 18 | Q. | And where are those locations? |
| 19 | A. | We have a location on Wares Ferry Road in |
| 20 | | Montgomery, Alabama. |
| 21 | Q. | And what is the location number for that? |
| 22 | A. | The number on Wares Ferry Road? |
| 23 | Q. | No.  I mean, doesn't the company use a |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

| | | |
|---|---|---|
| 1 | | location code? |
| 2 | A. | Our location number is 511. |
| 3 | Q. | Are there any other location numbers |
| 4 | | located in the Montgomery territory as |
| 5 | | defined in Exhibit A? |
| 6 | A. | We have a location on Rifle Range Road. |
| 7 | Q. | What is that location number? |
| 8 | A. | I'm sorry. The one on Rifle Range Road is |
| 9 | | 511. The one on -- the other one is 512. |
| 10 | | MR. GRISTINA: Wares Ferry is |
| 11 | | 512? |
| 12 | A. | Wares Ferry Road is 512. That's what we |
| 13 | | call our City Pit. And the other one is |
| 14 | | called our Dozier Pit. |
| 15 | Q. | And why have those numbers changed from |
| 16 | | the former numbers used, 501 and 502? |
| 17 | A. | I'm not aware that 501 and 502 have ever |
| 18 | | been used for those two plants. You asked |
| 19 | | me for any within Montgomery, or did you |
| 20 | | say -- |
| 21 | Q. | In the territory as defined in Exhibit A |
| 22 | | to the Complaint. |
| 23 | A. | Okay. We have another -- we have two |

| | | |
|---|---|---|
| 1 | | more. |
| 2 | Q. | Okay. What are those? |
| 3 | A. | We have one in Tysonville, and the number |
| 4 | | for that is 503. |
| 5 | Q. | Okay. |
| 6 | A. | And then we have one in Shorter, and our |
| 7 | | number for that is 502. |
| 8 | Q. | What does the location code 501 represent? |
| 9 | A. | That is located in Phenix City, Alabama. |
| 10 | Q. | Now, when you say "we" in reference to |
| 11 | | these locations of -- I would guess plants |
| 12 | | is what you would call these? |
| 13 | A. | Yes. We would call them -- I would call |
| 14 | | those our plants. |
| 15 | Q. | "We" being Foley Materials Company since |
| 16 | | April 1, 2005? |
| 17 | A. | Correct. |
| 18 | Q. | Prior to April 1, 2005 what entity owned |
| 19 | | or operated all or most of these plants? |
| 20 | A. | The Concrete Company. |
| 21 | Q. | Are you familiar with the transaction that |
| 22 | | resulted in the formation of Foley |
| 23 | | Materials Company, Inc.? |

| | | |
|---|---|---|
| 1 | A. | I was aware of it, but I did not |
| 2 | | participate in that transaction. |
| 3 | Q. | Are you aware of any agreements between |
| 4 | | Foley Materials Company, Inc. and The |
| 5 | | Concrete Company which relate in any way |
| 6 | | to Exhibit A to the Complaint? |
| 7 | A. | No. |
| 8 | Q. | As of the date suit was filed, then, are |
| 9 | | you aware of any transfer of rights or |
| 10 | | assignment of rights from The Concrete |
| 11 | | Company to Foley Materials Company related |
| 12 | | to Exhibit A to the Complaint? |
| 13 | A. | I feel there would have been some, but I |
| 14 | | have not seen those. |
| 15 | Q. | Why do you feel there would have been |
| 16 | | some? |
| 17 | A. | I would just think in the legal process |
| 18 | | that our attorneys would have advised us |
| 19 | | that transfers would have been necessary. |
| 20 | Q. | Transfers of what to whom? |
| 21 | A. | Of assets from -- |
| 22 | Q. | Were assets transferred from The Concrete |
| 23 | | Company to Foley Materials? |

FREEDOM COURT REPORTING

Page 21

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Was Exhibit A in your mind considered an |
| 3 | | asset of The Concrete Company? |
| 4 | A. | I would -- I personally don't think it |
| 5 | | would be an asset. No. |
| 6 | Q. | Is it your understanding that The Concrete |
| 7 | | Company retained the rights with regard to |
| 8 | | Exhibit A to the Complaint? |
| 9 | A. | I do not know that. |
| 10 | Q. | But The Concrete Company is not currently |
| 11 | | in the business of aggregate in the |
| 12 | | territory, is it? |
| 13 | A. | The Concrete Company is not. |
| 14 | Q. | And that's been true since April 1st, |
| 15 | | 2005, correct? |
| 16 | A. | Yes. |
| 17 | Q. | One of the first items that you have |
| 18 | | indicated that you would be able to speak |
| 19 | | for The Concrete Company about pertains to |
| 20 | | the claim that Harry Lambert violated the |
| 21 | | Non-Competition Agreement referenced in |
| 22 | | the Complaint; is that correct? |
| 23 | A. | Yes. |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 24

| | | |
|---|---|---|
| 1 | A. | After we heard rumors that Mr. Lambert was |
| 2 | | back in business again, I had two |
| 3 | | customers tell me that. |
| 4 | Q. | Who were the two customers? |
| 5 | A. | Maddox Sand and Gravel and Willingham |
| 6 | | Stone. |
| 7 | Q. | And who were the individuals? |
| 8 | A. | Jim Maddox and Randy Willingham. |
| 9 | Q. | What did Jim Maddox tell you? |
| 10 | A. | He told me when he needed gravel, that he |
| 11 | | called Harry either on his cell phone or |
| 12 | | Carol's phone -- Carol's Trucking, I |
| 13 | | believe is the name of the company, and |
| 14 | | spoke with Harry and told him he needed |
| 15 | | materials, and that the materials were |
| 16 | | delivered based on that phone call. |
| 17 | Q. | Is that all he told you about that? |
| 18 | A. | That's all he told me. |
| 19 | Q. | Is there anything else you can remember |
| 20 | | about that? |
| 21 | A. | No. |
| 22 | Q. | Did you make notes of that conversation? |
| 23 | A. | Yes, I did. |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 25

| | | |
|---|---|---|
| 1 | Q. | Have you turned those notes over to |
| 2 | | counsel? |
| 3 | A. | Yes, I have. |
| 4 | Q. | What did Randy Willingham tell you? |
| 5 | A. | He told me that he called Harry on his |
| 6 | | cell phone and placed orders for materials |
| 7 | | and the materials were delivered. |
| 8 | Q. | What else did he tell you, if anything? |
| 9 | A. | That's all he told me regarding that. |
| 10 | Q. | Did you make notes of that conversation? |
| 11 | A. | Yes, I did. |
| 12 | Q. | And is it your best recollection that |
| 13 | | these conversations occurred in September |
| 14 | | or October of 2005? |
| 15 | A. | That's my best recollection. |
| 16 | Q. | You said you had heard rumors prior to |
| 17 | | that of Harry being back in the business, |
| 18 | | as you said. |
| 19 | A. | Yes. |
| 20 | Q. | Well, tell me what you had heard. |
| 21 | A. | I had heard that Harry was opening up |
| 22 | | again, which I assumed to be in |
| 23 | | Deatsville, or he was in the business of |

FREEDOM COURT REPORTING

Page 133

```
 1                    coverage, if that helps.
 2                    He's not -- I was handling
 3                    that.  So I'll tell you
 4                    there is no coverage.
 5               MR. BAILEY:  Would you provide me
 6                    with a letter?
 7     A.   I've seen a document.  I just don't recall
 8          what's on it.
 9     Q.   Is it your position as a representative of
10          The Concrete Company that Carol's
11          Contracting is in competition with TCC for
12          the sale of product in this area?
13     A.   Through her relationship with Harry, that
14          is our contention.  Yes.
15     Q.   And how are they selling the product in
16          this area?
17     A.   They're selling it through phone calls
18          being made to Harry.
19     Q.   Now, TCC is not involved in the sale of
20          product in this area at this time,
21          correct?
22     A.   TCC?
23     Q.   Right.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 134

| | | |
|---|---|---|
| 1 | A. | Through its ownership of Foley Materials |
| 2 | | it is. |
| 3 | Q. | Only as a holding company? |
| 4 | A. | That's correct. |
| 5 | Q. | But it is not directly in this business |
| 6 | | any longer, correct? |
| 7 | A. | Only through the holding company. |
| 8 | Q. | And TCC doesn't have any employees that |
| 9 | | are in the business of selling product in |
| 10 | | this area? |
| 11 | A. | Correct. |
| 12 | Q. | And you said that was true since April |
| 13 | | 1st, 2005, but I heard you also say that |
| 14 | | Lafarge purchased the assets of TCC April |
| 15 | | 1st, 2004.  Are those dates correct? |
| 16 | A. | That's correct.  Well, they purchased the |
| 17 | | assets on March 31 of 2004. |
| 18 | Q. | So effective April 1, 2004 TCC was no |
| 19 | | longer in business in this area as a |
| 20 | | company? |
| 21 | A. | It was in business as -- in the aggregates |
| 22 | | business but not in the ready-mix |
| 23 | | business.  The aggregates business was not |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660