# Exhibit 46

BILL OF SALE
FROM PARENT TO WHOLLY OWNED SUBSIDIARY

STATE OF GEORGIA
COUNTY OF MUSCOGEE

THIS INDENTURE, made the 1st day of April, 2005, between THE CONCRETE COMPANY, a Georgia corporation (hereinafter referred to collectively, if more than one, as "Seller") and FOLEY MATERIALS COMPANY, a Georgia corporation (hereinafter referred to collectively, if more than one, as "Buyer") (the words "Seller" and "Buyer" shall include their respective heirs, executors, administrators, successors and assigns, where the context requires or permits):

W I T N E S S E T H :

WHEREAS, The Concrete Company has determined to reorganize its Aggregates Division by incorporating Foley Materials Company as a wholly owned subsidiary and transferring to Foley Materials Company as a contribution to capital all the personal property used in the Aggregates Division, including all finished goods, work in process, raw materials, machinery, equipment, and vehicles;

That Seller, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to Seller in hand paid, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold and conveyed and does by these presents grant, bargain, sell and convey unto Buyer, as a contribution to capital, all the personal property of Seller used in the Aggregates Division, including all finished goods, work in process, raw materials, machinery, equipment, and vehicles used in connection with its Sand and Gravel plants located in Russel, Macon, and Montgomery Counties, Alabama.

And Seller will warrants that the property is free and clear of all liens and encumbrances and will forever defend the right and title to the above-described property unto Buyer against the lawful claims of all persons whomsoever.

3024831chfF04880001                    1                TCC0002404

IN WITNESS WHEREOF, Seller has duly executed this Bill
of Sale, under seal, the date first above written.

SELLER:
THE CONCRETE COMPANY

BY: _____ (L.S.)
ERIC K. NIX, VICE PRESIDENT

(SEAL)