Long attached carpet like material to a portion of its Dozier mining operation in an attempt to collect precious metals. These carpet materials are no longer in use, and Plaintiff has never had a contractual relationship with or exchanged money with Mr. Long. Some of Mr. Long's equipment is still in the scrap pile at the Dozier pit. It is not in use.

## REQUEST FOR PRODUCTION

REQUEST 23. Documents relating to actions of the Environmental Protection Agency ("EPS") taken with respect to mining operations at Plaintiff's Shorter a/k/a Ward plant/pit and which have affected mining operations at that location.

RESPONSE: Plaintiff objects to this request to the extent that it seeks information which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding this objection, subject thereto and without waiver thereof, documents responsive to this request are being produced.

REQUEST 24. Documents responsive to Interrogatory 22.d.

RESPONSE: Documents responsive to this request are being produced and/or have already been produced.

REQUEST 25. Documents reflecting any business relationship between Plaintiff or Foley Materials and William P. "Pete" Long of Gadsden, Alabama (or any business owned or associated with him.

RESPONSE: Plaintiff objects to this request to the extent that it seeks information which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding this objection, subject thereto and without waiver thereof, Plaintiff maintains no such documents and is not aware of any.

REQUEST 26. Documents showing any payments of money between William P. "Pete"

9

Long of Gadsen, Alabama (or any business owned or associated with him) and Plaintiff or Foley Materials.

RESPONSE: Plaintiff objects to this request to the extent that it seeks information which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding this objection, subject thereto and without waiver thereof, Plaintiff maintains no such documents and is not aware of any.

This 4 day of January, 2007.

_____
One of the Attorneys for Plaintiff
The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 2:05-cv-01026-CSC |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * | |
| Defendants. | * | |

## VERIFICATION

COMES NOW, Hugh Sorrell, on behalf of the Plaintiff in the above-styled action, and verifies that all information contained in the above responses to Interrogatories is true and correct to the best of his knowledge and belief.

This 4 day of January, 2007.

_/s/ Hugh Sorrell_
Hugh Sorrell

Sworn to and subscribed before me this 4th day of Jan., 2007.

_/s/ Teresa K. Smith_
Notary Public
State of _____
County of _____
Comm. Exp. _____
(Notarial Seal)

Teresa K. Smith
Notary Public – Official Seal
Muscogee County, Georgia
My Commission Expires October 8, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2007, I served a copy of the foregoing by U.S. Mail, properly addressed and postage prepaid to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

_____
OF COUNSEL

# THE CONCRETE COMPANY
## CALCULATION OF LOST PROFIT DUE TO REDUCED CUSTOMER PURCHASES OF OVERSIZE WHITE GRAVEL FROM THE CONCRETE COMPANY
## CY 2005

1/4/2007

| | Period of 01/01/05 to 03/31/05 Amount | Period of 04/01/05 to 12/31/05 Amount | Total for 01/01/05 to 12/31/05 Amount |
|---|---|---|---|
| Variable Expense | | | |
| Labor | 79371 | 231433 | 310804 |
| Maintenance | 83491 | 134315 | 217806 |
| Fuel | 48401 | 133955 | 182356 |
| Short Term Rental | 1545 | 4919 | 6464 |
| Supplies | 2774 | 9664 | 12438 |
| Electricity | 17582 | 45910 | 63492 |
| Total | 233164 | 560196 | 793360 |

| | | | |
|---|---|---|---|
| Units Produced | 147640 | 272263 | 419903 |
| Units Shipped | 77299 | 286161 | 363460 |
| Total Units Processed Through Plant | 224939 | 558424 | 783363 |

| | | | |
|---|---|---|---|
| Variable Cost per Unit - Based on Production | 1.58 | 2.06 | 1.89 |

| | |
|---|---|
| Varaible Cost per Unit - CY 2005 - Based on Production | 1.89 |

| | |
|---|---|
| Production of Oversize - 4 Day Workweek | 32865 |
| Production of Oversize - Based on 6 Day Workweek | 49298 |

| | |
|---|---|
| Inventory - 12/31/04 | 1200 |
| Production Based on 6 Day Workweek | 49298 |
| Available for Shipment | 50498 |
| Deduct Required Inventory for Downtime | 4000 |
| Restated Available for Shipment - 2005 | 46498 |

| Oversize Shipments - 2005 | | |
|---|---|---|
| Globe | 23265 | |
| Simcala | 1439 | |
| Other Customers | 180 | |
| Total Oversize Shipments - 2005 | | 24884 |

| | |
|---|---|
| Shipments Available to Simcala and Globe for 2005 | 21614 |

| | |
|---|---|
| Price Quoted to Simcala 12/21/04 for 2005 | 19.50 |
| Note: Price for Globe for 2005 was $20.00 but $19.50 used for Calculation. | |

| | |
|---|---|
| Total Revenue Lost Due to Simcala and Globe not Buying from The Concrete Company | 421473 |

| | |
|---|---|
| Less Royalties @ 7% | 29503 |
| Less Variable Cost per Unit - $1.89 @ 21614 | 40850 |

| | |
|---|---|
| **Lost Profit Due to Simcala and Globe not Buying Oversize from The Concrete Company - 2005** | **351119** |

1/4/2007

# THE CONCRETE COMPANY
## CALCULATION OF LOST PROFIT DUE TO REDUCED CUSTOMER PURCHASES OF OVERSIZE WHITE GRAVEL FROM THE CONCRETE COMPANY
### CY 2006

| Variable Expense | Period of 01/01/06 to 02/28/06 Amount |
|---|---|
| Labor | 44363 |
| Maintenance | 39715 |
| Fuel | 39204 |
| Short Term Rental | 387 |
| Supplies | 590 |
| Electricity | 12150 |
| Total | 136409 |

| | |
|---|---|
| Units Produced | 94577 |
| Units Shipped | 43244 |
| Total Units Processed Through Plant | 137821 |

| | |
|---|---|
| Variable Cost per Unit - Based on Production | 1.44 |

| | |
|---|---|
| Variable Cost per Unit - CY 2006 - Based on Production | 1.44 |
| Production of Oversize - 4 Day Workweek | 32865 |
| Production of Oversize - Based on 6 Day Workweek | 49298 |
| Average Production per Workweek - Based on 6 Day Workweek | 948 |

| | |
|---|---|
| Capacity for Production of Oversize for Period 01/01/06 - 06/15/06 - 24 Weeks | 22753 |

| | |
|---|---|
| Inventory - Required for Downtime - 12/31/05 | 4000 |
| Production Based on 6 Day Workweek | 22753 |
| Available for Shipment | 26753 |
| Deduct Required Inventory for Downtime | 0 |
| Restated Available for Shipment - 2006 | 26753 |

| Oversize Shipments - 2006 | | |
|---|---|---|
| | Globe | 2716 |
| | Simcala | 0 |
| | Other Customers | 56 |
| | Total Oversize Shipments - 2006 | 2772 |

| | |
|---|---|
| Shipments Available to Simcala and Globe for 2006 | 23981 |

| | | |
|---|---|---|
| Price Quoted to Simcala 12/21/04 for 2005 | | 19.50 |
| Price Quoted to Globe for 2005 | 20.00 | |
| Price Quoted to Globe for 2006 | 21.00 | |
| Price Quoted to Globe for 2006 | | 19.50 |
| Price Quoted to Simcala 12/21/04 for 2005 | | |
| Note: Price for Globe for 2006 was $21.00 but $19.50 used for calculation | | |

| | |
|---|---|
| Total Revenue Lost Due to Simcala and Globe not Buying from The Concrete Company | 467630 |

| | |
|---|---|
| Less Royalties @ 7% | 32734 |
| Less Variable Cost per Unit - $1.44 @ 23981 | 34533 |

| | |
|---|---|
| Lost Profit Due to Simcala and Globe not Buying Oversize from The Concrete Company - 2006 | 400363 |

TCC0002849

## CLOSING STATEMENT

SELLER: MMC HOLDINGS, INC.

BUYER: THE CONCRETE COMPANY

PROPERTY: MONTGOMERY MATERIALS COMPANY, LLC 50% MEMBERSHIP INTEREST

DATE: APRIL 9, 2002, EFFECTIVE AS OF JANUARY 2, 2001

| | |
|---|---:|
| CASH PRICE: | $500,000.00 |
| LESS: Net Income Adjustment | -71,707.00 |
| Inventory Adjustment | -83,737.00 |
| ADJUSTED CASH PRICE TO MMC HOLDINGS, INC. | $344,556.00 |
| LESS: Sasser, Littleton, & Stidham, PC (Estimated fees and expenses) | 4,650.00 |
| LESS: PAYMENTS BY MMC HOLDINGS, INC. FOR OTHERS Account Receivable of Harry E. Lambert to Montgomery Materials Company, LLC | -36,166.06 |
| NET CASH TO MMC HOLDINGS, INC. | $303,739.94 |

Approved.

THE CONCRETE COMPANY

By: _____
Frank D. Foley, III
President

MMC HOLDINGS, INC.

By: _____
Harry E. Lambert
President

184071v2
C0593-123
chf

Page 1 of 1

TCC0002850

## ASSIGNMENT OF LIMITED LIABILITY COMPANY INTEREST AND INDEMNIFICATION

This April 10, 2002, MMC HOLDINGS, INC., an Alabama corporation (herein referred to as "Holdings"), for $344,556.00 to it in hand paid by THE CONCRETE COMPANY, a Georgia corporation (herein referred to as "Concrete"), the receipt of which is hereby acknowledged, hereby assigns to Concrete its fifty percent (50%) interest as a member in Montgomery Materials Company, L.L.C., an Alabama limited liability company (herein referred to as "MMC"), including all Governance Rights and Financial Rights. Holdings warrants that it owns the above described interest and that it is free and clear of all liens and encumbrances.

This assignment is made to implement the Judgment of the United States District Court for the Middle District of Alabama dated September 7, 2001 entering Summary Judgment in favor of Concrete and against Holdings, which was affirmed by the United States Court of Appeals for the Eleventh Circuit on March 21, 2002. Pursuant to the above described Judgment, the effective date of this assignment is January 2, 2001.

Concrete, in satisfaction of its obligations under Section 5.3(c) of the June 10, 1997 Agreement among MMC, Concrete, Holdings, Frank D. Foley, III, and Harry E. Lambert, hereby agrees to indemnify and defend Holdings and Harry E. Lambert (collectively the "Indemnitees") against, and hold Indemnitees harmless from, all claims, demands, suits, and judgments on Indemnitees' guaranties of liabilities of MMC and Indemnitees' other contractual obligations for liabilities of MMC, including reasonable attorney fees actually incurred, and including without limitation the liabilities of MMC described on Exhibit A attached hereto and made part hereof.

MMC HOLDINGS, INC.

By: _____
Harry E. Lambert
President

Witness: _____

THE CONCRETE COMPANY

By: _____
Frank D. Foley, III
President

Witness: _____

184070.3
C0593-123
chf

Page 1 of 1

TCC0002851

EX A-3 ASSIGNMENT

Addresses for Monthly Payments

| LEASE OR PURCHASE | DATE DUE | PAID TO | PAYMENT AMOUNT | DESCRIPTION | PAYING FOR | DATE PAID | AMOUNT PAID | Payments Remaining After This One | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| PURCHASE | 1st | PREMIUM ASSIGNMENT CORP. P.O. Box 3100 Tallahassee, Fla. 32315-3100 Account # 662390 | $ 4,781.06 | 9 Payments Begin February 2002 | Insurance - GL,AUTO-EQUIP & UMB | | | 8 | |
| PURCHASE | 1st | GMAC P.O. Box 690071 Dallas, Texas 75263-0071 Account # 340-0696-11120 | $ 475.57 | 60 Months 07/01/01 | GMC Dump Trk # 3GDKC34G51M100655 | | | 33 | |
| LEASE | 10th | NBC LEASING CO. P.O. Box 11803 Birmingham, AL 35201 Account # 650138-001 | $ 2,608.74 | 30 Months 12/12/00 | Crane ___ P&H Model T-400 | | | 6 | |
| RENTAL | 8th | L.B. Smith | $ 3,582.50 | 30 Months 01/15/02 | Volvo Excavator EC450LC-C0344K | | | 33 | |
| LEASE | 10th | AMERICAN MINING INS. CO. P.O. Box 650483 Atlanta, GA 30353-0483 Account # ANMWC003983 | $ 5,100.00 | Apex | Workman's Comp Insurance | | | | |
| PURCHASE | 11th | AMSOUTH Birmingham Indirect Reg Office - P.O. Box 11407 Birmingham, AL 35246-0479 Account # 9001194574 | $ 300.20 | 60 Months 12/11/99 | 2010 GMC Pickup, A-Pit | | | 31 | |
| | 11th | COLONIAL BANK P.O. Box 10088 Birmingham, AL 35202 Account # 6630314317 | $ 2,088.00 | 30 Months 12/19/00 | Champion Motor Grader 625915 | | | 12 | |
| PURCHASE | 12th | COWIN EQUIPMENT CO., INC. P.O. Box 10624 Birmingham, AL 35202-0624 Account # N64134 | $ 1,204.66 | 24 Months 05/12/00 | CP10 Pump 00063 | | | 8 | |
| LEASE | 13th | Cat Finance P.O. Box 905561 Charlotte, NC 28290-5561 Account # 018P727-000 | $ 4,631.12 | 36 Months 12/12/02 | 980G Loader # 2KR84101 | | | 31 | |
| LEASE | 13th | Cat Finance P.O. Box 905561 Charlotte, NC 28290-5561 Account # 018P727-060 | $ 4,954.29 | 36 Months 12/19/01 | Cat Truck # AFX162 | | | 27 | |
| LEASE | 15th | COLONIAL BANK P.O. Box 10088 Birmingham, AL 35202 Account # 0478626457843 | $ 1,902.00 | 24 Months 03/15/02 | 2 - Generators From Holt | | | 10 | |
| LEASE | 18th | VOLVO P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 006-0332473-003 | $ 4,922.75 | 24 Months 05/14/02 | Volvo Excavator EC390LC-C630144 | | | 13 | |
| LEASE | 18th | VOLVO P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 006-0332473-002 | $ 5,378.45 | 36 Months 06/18/00 | A25C Volvo Trucks 61792 | | | 13 | Excavator $4,922.75 Both Trucks $5,378.46 Each Total 15,679.66 |
| LEASE | 18th | VOLVO P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 006-0332473-002 | $ 5,378.45 | 36 Months 06/18/00 | A25C Volvo Trucks 61781 | | | 13 | |

PAGE 1 OF 2

TCC0002852

EX H D

Addresses For Monthly Payments

| Type | | Address | Amount | Term | Description | |
|---|---|---|---|---|---|---|
| PURCHASE | 17th | AMSOUTH Birmingham Indirect Reg Office - P.O. Box 11407 Birmingham, AL 35246-0018 Account # 9061036144 | $ 607.58 | 44 Months 07/17/03 | 1989 GMC Pickup...C-PH | 16 |
| LEASE | 18th | Volvo P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 502-0332473-004 | $ 4,866.58 | 35 Months 01/02 | ABC Volvo Truck # 33RV13274 | 33 |
| PURCHASE | 19th | CAT FINANCE P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0164830-000 | $ 5,467.25 | 36 Months 04/24/01 | BUG Loader # 2XR04167 | 22 |
| LEASE | 20th | CIT Equipment Financing P.O. Box 905561 Charlotte, NC 28290-5561 Account # 900074-5503 Los Angeles, CA 90074-5503 | $ 1,238.60 | 24 Months 04/24/01 | CF10 Pickup 00094 | 12 |
| Purchase | 22nd | CIT Group E/F File # 55403 Los Angeles, CA 90074-5503 Account # 9006736-001 Matures 07/24/01 | $ 616.60 | Owes 76,674.89 Matures 07/24/01 | Loan For Offline-Sear Royalty Payment | Internall |
| LEASE | 24th | COLONIAL BANK Birmingham, AL 35203 Account # 802181/684 | $ 6,670.37 | 56 Months 01/21/03 | 345 B.L. Excavator 4N6K106 | 1 |
| LEASE | 23rd | CAT FINANCE P.O. Box 10088 Birmingham, AL 35203 Account # 012576-001 Matures 01/21/00 | $ 5,721.21 | 54 Months 01/21/00 | 9110 Loader 2SR0040 | 1 |
| LEASE | 23rd | CAT FINANCE P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0125746-060 | $ 906.68 | 24 Months 01/21/00 | 2000 GMC Denali... Mary's | 0 Expires April 25th |
| LEASE | 25th | GMAC Smartlease P.O. Box 630071 Dallas, Texas 75263-0071 Account # 340-5892-75777 | $ 3,112.46 | 54 Months 01/21/00 | Volvo ACL64B Truck 513044 | 26 |
| PURCHASE | 25th | THE ASSOCIATES P.O. Box 672032 Dallas, Texas 75267-2032 Account # 05-01-1190-13-4297-4 | $ 3,112.46 | 54 Months 01/21/00 | Volvo ACL64B Truck 613046 | 26 |
| PURCHASE | 25th | THE ASSOCIATES P.O. Box 672032 Dallas, Texas 75267-2032 Account # 05-01-1190-13-4298-0 | $ 80,135.20 | | | $0.00 |

TCC0002853

PAGE 2 OF 2

THE CONCRETE COMPANY
SHIPMENTS OF OVERSIZE GRAVEL TO GLOBE AND SIMCALA
FOR PERIOD ENDING 01/01/01 THROUGH 11/30/06

1/4/2007

| Month | 501 Bickerstaff Globe Brown | 501 Bickerstaff Simcala Brown | 502 Ward Globe White | 502 Ward Simcala White | 503 Tysonville Globe Brown | 511 Dozier Globe White | 511 Dozier Globe Brown | 512 City Globe Brown |
|---|---|---|---|---|---|---|---|---|
| Jan-01 | | | 6998 | | | | | |
| Feb-01 | 31 | | 3979 | | | | | |
| Mar-01 | | | 1029 | | | | | |
| Apr-01 | | | | | | | | |
| May-01 | | | | | | | | |
| Jun-01 | | | 1310 | | | | | |
| Jul-01 | | | | | | | | |
| Aug-01 | 1860 | | 123 | | | | | |
| Sep-01 | | | 2156 | | | | | |
| Oct-01 | 992 | | 3053 | | | | | |
| Nov-01 | 3584 | | 3055 | | | | | |
| Dec-01 | 2957 | | 2935 | | | | | |
| Jan-02 | 84 | | 351 | | | | | |
| Feb-02 | | | | | | | | |
| Mar-02 | | | | | | | | |
| Apr-02 | | | | | | | | |
| May-02 | | | | | | | | |
| Jun-02 | | | | | | | | |
| Jul-02 | | | | | | | | |
| Aug-02 | | | | | | | 29 | |
| Sep-02 | | | | | | | 57 | |
| Oct-02 | | | | | | | | |
| Nov-02 | | | | | | | | |
| Dec-02 | | | | | | | | |
| Jan-03 | | | | | | | | |
| Feb-03 | | | | | | | | |
| Mar-03 | | | | | | | | |
| Apr-03 | | | | | | | | |
| May-03 | | | | | | | | |
| Jun-03 | | | | | | | | |
| Jul-03 | | | | | | | | |
| Aug-03 | | | | | | | | |
| Sep-03 | | | | | | | | |
| Oct-03 | | | | | | | | |
| Nov-03 | | | | | | | | |
| Dec-03 | | | | | | | | |

1/4/2007

# THE CONCRETE COMPANY
## SHIPMENTS OF OVERSIZE GRAVEL TO GLOBE AND SIMCALA
## FOR PERIOD ENDING 01/01/01 THROUGH 11/30/06

| Month | 501 Bickerstaff Globe Brown | 501 Bickerstaff Simcala Brown | 502 Ward Globe White | 502 Ward Simcala White | 503 Tysonville Globe Brown | 511 Dozier Globe White | 511 Dozier Globe Brown | 512 City Globe Brown |
|---|---|---|---|---|---|---|---|---|
| Jan-04 | | | | | | | | |
| Feb-04 | | 599 | | | | | | |
| Mar-04 | | 5135 | | | | | | |
| Apr-04 | | 3596 | | 1522 | | | | |
| May-04 | | 2453 | | 2490 | | | | |
| Jun-04 | | 2868 | | 2744 | | | | |
| Jul-04 | | 2583 | 3108 | 2348 | | 1577 | 3603 | |
| Aug-04 | | 2630 | 3544 | 2684 | | 4965 | 8006 | |
| Sep-04 | | 2126 | 3508 | 2451 | | 1699 | 4096 | |
| Oct-04 | | 1669 | 3497 | 2598 | | 1223 | 4874 | |
| Nov-04 | | 2136 | 3529 | 3133 | | 593 | 5725 | |
| Dec-04 | 27 | 2354 | 4110 | 2337 | | 1310 | 4523 | |
| Jan-05 | | 1370 | 1049 | 540 | | 2175 | 8004 | |
| Feb-05 | | 3478 | 31 | 566 | | 2747 | 6769 | |
| Mar-05 | | 3119 | 947 | | | 2420 | 5588 | |
| Apr-05 | | 2298 | 1807 | 333 | | 710 | 4004 | 3676 |
| May-05 | | 112 | 2182 | | | 1047 | | 5192 |
| Jun-05 | | 29 | 3436 | | | 1765 | 1067 | 2960 |
| Jul-05 | | | 2049 | | | 2025 | 5728 | |
| Aug-05 | | | 1605 | | 30 | 1490 | 5546 | 1166 |
| Sep-05 | | | 2266 | | | | 4789 | |
| Oct-05 | | | 2204 | | | | 3544 | 413 |
| Nov-05 | | | 3087 | | 68 | | 2989 | 23 |
| Dec-05 | | | 2602 | | | | 2162 | |
| Jan-06 | | | 2532 | | | | 3123 | |
| Feb-06 | | | 184 | | | | 4192 | |
| Mar-06 | | | | | | | 3338 | 528 |
| Apr-06 | | | | | | | 1606 | 1431 |
| May-06 | | | | | | | 4966 | |
| Jun-06 | | | | | | | 6245 | |
| Jul-06 | | | | | | | 4812 | |
| Aug-06 | | | | | | | 7348 | |
| Sep-06 | | | | | | | 5538 | |
| Oct-06 | | | | | | | 3933 | |
| Nov-06 | | | | | | | 2785 | |
| Dec-06 | | | | | | | | |
| Totals | 10036 | 38555 | 72768 | 23746 | 601 | 26257 | 128989 | 15901 |

TCC0002855

12/26/2006

# THE CONCRETE COMPANY
## PRODUCTION, SHIPMENTS AND INVENTORIES OF OVERSIZE GRAVEL
## WARD PLANT
## 09/01/04 - 12/31/06

|  | Production | Shipments External | Shipments Internal | Adjustments | End of Month Inventory |
|---|---|---|---|---|---|
| Apr-04 |  |  |  |  | 51592 |
| May-04 | 202 | 4626 |  | (89) | 47079 |
| Jun-04 | 266 | 4877 |  | (36) | 42432 |
| Jul-04 | 3044 | 11637 |  |  | 33839 |
| Aug-04 | 4181 | 10996 |  | (65) | 26959 |
| Sep-04 | 2499 | 8149 |  |  | 21247 |
| Oct-04 | 1240 | 6110 |  |  | 16377 |
| Nov-04 | 1125 | 6674 |  |  | 10828 |
| Dec-04 | 1201 | 6472 |  | (4357) | 1200 |
| Jan-05 | 2742 | 1589 |  |  | 2353 |
| Feb-05 | 3302 | 597 |  |  | 5058 |
| Mar-05 | 3505 | 972 |  |  | 7591 |
| Apr-05 | 2318 | 2164 |  |  | 7745 |
| May-05 | 2182 | 2184 |  |  | 7743 |
| Jun-05 | 0 | 3506 | 2579 |  | 1658 |
| Jul-05 | 0 | 2049 | 2505 |  | (2896) |
| Aug-05 | 2803 | 1642 |  |  | (1735) |
| Sep-05 | 3636 | 2266 |  |  | (365) |
| Oct-05 | 4473 | 2173 |  |  | 1935 |
| Nov-05 | 4051 | 3140 |  |  | 2846 |
| Dec-05 | 3851 | 2602 |  |  | 4095 |
| Jan-06 | 3336 | 2531 |  |  | 4900 |
| Feb-06 | 3032 | 184 |  |  | 7748 |
| Mar-06 | 0 | 0 |  |  | 7748 |
| Apr-06 | 0 | 0 |  |  | 7748 |
| May-06 | 0 | 29 |  |  | 7719 |
| Jun-06 | 0 | 28 |  |  | 7691 |
| Jul-06 | 0 | 0 |  |  | 7691 |
| Aug-06 | 0 | 46 |  |  | 7645 |
| Sep-06 | 0 | 27 |  |  | 7618 |
| Oct-06 | 0 | 24 |  | 4000 | 11594 |
| Nov-06 | 0 | 0 |  |  | 11594 |

TCC0002856