THE CONCRETE COMPANY
WARD
DEPARTMENT 502
F/Y 03/05-DEC 04

**CONFIDENTIAL**

| | CURRENT MONTH | | | YEAR TO DATE | | | PER TON CURRENT MONTH | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | BUDGET | ACTUAL | BUDGET | PRIOR YTD ACTUAL | | ACTUAL | BUDGET | ACTUAL | BUDGET | PRIOR YTD ACTUAL |
| TONS SOLD | 24,130.35 | 48,974.00 | 218,620.41 | 440,766.00 | 156,761.00 | | | | | | |
| SALES | | | | | | | | | | | |
| SALES-SAND-EXTERNAL | | | | | | | | | | | |
| SALES-SAND-INTERNAL | | | | | | | | | | | |
| SALES-STONE-EXTERNAL | | | | | | | | | | | |
| SALES-STONE-INTERNAL | | | | | | | | | | | |
| SALES-METALLURGICAL STONE | | | | | | | | | | | |
| SALES-OTHER RESALE | | | | | | | | | | | |
| SAND AGGREGATE-EXTERNAL HAULING | | | | | | | | | | | |
| STONE AGGREGATE-EXTERNAL HAULING | | | | | | | | | | | |
| CONTRACT DELIVERY | | | | | | | | | | | |
| CUSTOMER DISCOUNTS | | | | | | | | | | | |
| TOTAL SALES | | | | | | | | | | | |
| MATERIALS COST | | | | | | | | | | | |
| ROYALTIES-WARD | | | | | | | | | | | |
| TOTAL MATERIALS COST | | | | | | | | | | | |
| GROSS PROFIT | | | | | | | | | | | |
| VARIABLE EXPENSES | | | | | | | | | | | |
| LABOR | | | | | | | | | | | |
| LABOR-STRAIGHT TIME | 12,696 | 15,182 | 112,587 | 136,638 | 56,246 | | .53 | .31 | .51 | .31 | .36 |
| LABOR-OVERTIME | 3,481 | 3,820 | 42,390 | 34,380 | 24,093 | | .14 | .08 | .19 | .08 | .15 |
| INCENTIVES-HOURLY | 1,002 | 0 | 1,002 | 0 | 31 | | .04 | .00 | .00 | .00 | .00 |
| UNIFORM RENTAL EXPENSE | 574 | 49 | 2,876 | 441 | 109 | | .02 | .00 | .01 | .00 | .00 |
| CONTRACT LABOR | 6,751 | 4,167 | 65,995 | 37,503 | 45,692 | | .28 | .09 | .30 | .09 | .29 |
| EMPLOYEE RELATION EXPENSES | 0 | 21 | 109 | 189 | 0 | | .00 | .00 | .00 | .00 | .00 |
| TOTAL LABOR | 24,505 | 23,239 | 224,959 | 209,151 | 125,141 | | 1.02 | .47 | 1.03 | .47 | .80 |
| MAINTENANCE | | | | | | | | | | | |
| SCREEN & SCREEN CLOTH | 259 | 490 | 3,344 | 4,410 | 0 | | .01 | .01 | .02 | .01 | .00 |
| MAINT-PUMPS | 0 | 686 | 26 | 6,174 | 3,856 | | .00 | .01 | .00 | .01 | .02 |
| MAINT-GROUNDS | 0 | 245 | 0 | 2,205 | 0 | | .00 | .01 | .00 | .01 | .00 |
| MAINT-BUILDING | 792 | 42 | 0 | 378 | 31 | | .03 | .00 | .00 | .00 | .00 |
| MAINT-PLANT IMPROVEMENTS | 0 | 979 | 8,811 | 8,811 | 5,923 | | .00 | .02 | .04 | .02 | .04 |
| MAINT-MINING EQUIPMENT | 833 | 833 | 13,513 | 7,497 | 2,161 | | .03 | .02 | .06 | .02 | .01 |
| MAINT-CONVEYORS | 0 | 686 | 13,197 | 6,174 | 3,311 | | .00 | .01 | .06 | .01 | .02 |
| MAINT-OTHER EQUIPMENT | 5,859 | 5,436 | 5,859 | 48,924 | 3,399 | | .24 | .11 | .02 | .11 | .02 |
| MAINT-MOB EQPT-LOADERS | 2,959 | 2,938 | 14,796 | 26,442 | 8,885 | | .12 | .06 | .07 | .06 | .05 |
| MAINT-MOB EQPT-BACKHOES & DOZIERS | 0 | 1,910 | 6,174 | 17,190 | 2,162 | | .00 | .04 | .03 | .04 | .01 |
| MAINT-MOB EQPT-HAULING EQUIPMENT | 297 | 2,106 | 12,938 | 18,954 | 2,245 | | .01 | .04 | .06 | .04 | .01 |
| MAINT-MOB EQPT-OIL & LUBE | 49 | 1,077 | 26,734 | 9,693 | 12,339 | | .00 | .02 | .12 | .02 | .08 |
| MAINT-MOB EQPT-TIRES & TUBES | 185 | 1,518 | 9,313 | 13,662 | 2,561 | | .01 | .03 | .04 | .03 | .01 |
| MAINT-OFFICE EQUIPMENT | 397 | 1,077 | 702 | 9,693 | 965 | | .02 | .02 | .00 | .02 | .01 |
| COMPUTER SUPPORT | 1,288 | 125 | 12,344 | 1,125 | 1,166 | | .05 | .00 | .06 | .00 | .01 |
| TOTAL MAINTENANCE | 75 | 19,757 | 10,770 | 177,813 | 52,006 | | .00 | .40 | .05 | .40 | .33 |
| | 12,160 | | 129,289 | | | | .50 | | .59 | | |
| OTHER | | | | | | | | | | | |
| FUEL EXPENSE | 11,931 | 7,983 | 78,381 | 71,847 | 26,090 | | .49 | .16 | .36 | .16 | .17 |
| SHORT TERM EQUIPMENT RENTAL | 73 | 63 | 567 | 567 | 640 | | .00 | .00 | .00 | .00 | .00 |
| SUPPLIES-GENERAL | 630 | 1,077 | 7,230 | 5,225 | 5,225 | | .03 | .02 | .03 | .02 | .03 |
| SUPPLIES-SAFETY | 61 | 196 | 5,508 | 9,693 | 772 | | .00 | .00 | .02 | .00 | .00 |
| SMALL TOOLS EXPENSE | 0 | 147 | 2,587 | 1,764 | 666 | | .00 | .00 | .01 | .00 | .00 |
| SUPPLIES-CRUSHER | 0 | 0 | 450 | 1,323 | 642 | | .00 | .00 | .00 | .00 | .00 |
| LINERS-CRUSHER | 0 | 0 | 0 | 0 | 111 | | .00 | .00 | .00 | .00 | .00 |
| SUPPLIES-WELDING | 80 | 979 | 296 | 8,811 | 5,412 | | .00 | .02 | .00 | .02 | .03 |
| UTILITIES-ELECTRICITY | 4,460 | 6,024 | 40,538 | 54,216 | 31,793 | | .18 | .12 | .19 | .12 | .20 |
| UTILITIES-WASTE DISPOSAL | 0 | 29 | 0 | 261 | 330 | | .00 | .00 | .00 | .00 | .00 |
| TOTAL OTHER | 17,252 | 16,498 | 135,390 | 148,482 | 71,681 | | .71 | .34 | .62 | .34 | .46 |
| TOTAL VARIABLE EXPENSES | 53,917 | 59,494 | 489,639 | 535,446 | 249,828 | | 2.23 | 1.21 | 2.24 | 1.21 | 1.59 |

TCC0002857

THE CONCRETE COMPANY
WARD
DEPARTMENT 502
F/Y 09/05-DEC 04

**CONFIDENTIAL**

|  | CURRENT MONTH | | YEAR TO DATE | | PRIOR YTD | PER TON CURRENT MONTH | | PER TON YEAR TO DATE | | PRIOR YTD |
|---|---|---|---|---|---|---|---|---|---|---|
|  | ACTUAL | BUDGET | ACTUAL | BUDGET | ACTUAL | ACTUAL | BUDGET | ACTUAL | BUDGET | ACTUAL |
| TONS SOLD | 130.35 | 48,974.00 | 218,620.41 | 440,766.00 | 156,763.00 | | | | | |
| FIXED EXPENSES | | | | | | | | | | |
| LABOR-TRAINING-STRAIGHT TIME | 0 | 0 | 154 | 450 | 621 | .00 | .00 | .00 | .00 | .00 |
| LABOR-SUPERVISORY | 417 | 6,000 | 0 | 54,000 | 0 | .00 | .12 | .00 | .12 | .00 |
| SALARIES-SALARIED | 1,346 | 417 | 2,502 | 3,753 | 7,648 | .01 | .01 | .01 | .01 | .05 |
| INCENTIVES-SALARIED | 1,312 | 3,175 | 11,821 | 28,575 | 0 | .06 | .06 | .05 | .06 | .00 |
| EMPLOYEE BENEFITS | 2,217 | 2,453 | 2,926 | 5,427 | 1,327 | .02 | .05 | .01 | .01 | .01 |
| WORKERS' COMPENSATION EXPENSE | 0 | 603 | 0 | 22,077 | 6,146 | .00 | .01 | .00 | .05 | .04 |
| PAYROLL TAXES | 4,352 | 63 | 13,564 | 567 | 0 | .09 | .00 | .06 | .00 | .00 |
| EMPLOYEE DEVELOPMENT EXPENSES | | | | | | | | | | |
| TOTAL LABOR | 4,352 | 12,711 | 30,967 | 114,399 | 15,740 | .18 | .26 | .14 | .26 | .10 |
| OTHER | | | | | | | | | | |
| SUPPLIES-OFFICE | | | | | | | | | | |
| DEPRECIATION | 28,377 | 21,726 | 195,534 | 195,534 | 123,515 | 1.18 | .44 | .90 | .44 | .79 |
| COMMUNICATIONS-FIXED TELEPHONES-LOCAL | 201 | 167 | 1,923 | 1,385 | 1,385 | .01 | .00 | .01 | .00 | .01 |
| COMMUNICATIONS-FIXED TELEPHONE-LD | 84 | 42 | 378 | 364 | 23- | .00 | .00 | .00 | .00 | .00 |
| COMMUNICATIONS-MOBILE TELEPHONES | 47 | 21 | 597 | 189 | 23- | .00 | .00 | .00 | .00 | .00 |
| COMMUNICATIONS-RADIOS | 58 | 63 | 543 | 567 | 485 | .00 | .00 | .00 | .00 | .00 |
| VEHICLE RENTAL-EXTERNAL | 0 | 0 | 0 | 0 | 612- | .00 | .00 | .00 | .00 | .00 |
| EQUIPMENT RENTAL-EXTERNAL | 0 | 32,896 | 32,896 | 0 | 10,965 | .00 | .15 | .15 | .00 | .07 |
| LAB & TESTING | 0 | 0 | 81 | 0 | 3,388 | .00 | .00 | .00 | .00 | .02 |
| TRAVEL | 0 | 0 | 15 | 0 | 0 | .00 | .00 | .00 | .00 | .00 |
| MEALS & ENTERTAINMENT | 728 | 21 | 154 | 189 | 0 | .03 | .00 | .00 | .00 | .00 |
| POSTAGE | 0 | 21 | 2,224 | 189 | 0 | .00 | .00 | .01 | .00 | .00 |
| FINES | 0 | 0 | 444 | 0 | 0 | .00 | .00 | .00 | .00 | .00 |
| ADVERTISING EXPENSES | 0 | 0 | 324 | 567 | 2,092 | .00 | .00 | .00 | .00 | .01 |
| GENERAL INSURANCE EXPENSE | 2,062 | 2,062 | 22,971 | 21,246 | 13,492 | .09 | .04 | .11 | .05 | .09 |
| PROFESSIONAL-OTHER EXPENSES | 0 | 50 | 450 | 450 | 625 | .00 | .00 | .00 | .00 | .00 |
| PROPERTY TAXES | 0 | 858 | 7,722 | 7,722 | 9,719 | .00 | .02 | .04 | .02 | .06 |
| VEHICLE REGISTRATION EXPENSES | 0 | 25 | 2,888 | 225 | 1,950 | .00 | .00 | .01 | .00 | .01 |
| PERMIT EXPENSES | 0 | 125 | 275 | 1,125 | 1,228 | .00 | .00 | .00 | .00 | .01 |
| BUSINESS LICENSE EXPENSES | 100- | 542 | 4,508 | 4,878 | 315 | .00 | .01 | .02 | .01 | .00 |
| OTHER TAXES | 167 | 167 | 1,503 | 1,503 | 5,005 | .01 | .00 | .01 | .00 | .03 |
| TOTAL OTHER | 32,508 | 26,316 | 283,839 | 239,532 | 174,484 | 1.35 | .54 | 1.30 | .54 | 1.11 |
| TOTAL FIXED EXPENSES | 36,860 | 39,027 | 314,806 | 353,931 | 190,225 | 1.53 | .80 | 1.44 | .80 | 1.21 |
| TOTAL PLANT EXPENSES | 90,776 | 98,521 | 804,445 | 889,377 | 440,052 | 3.76 | 2.01 | 3.68 | 2.02 | 2.81 |
| PLANT OPERATING CONTRIBUTION | | | | | | | | | | |
| FINISHED GOODS CHANGE | 2,041 | 0 | 33,853- | 0 | 6,362- | .08 | .00 | .15- | .00 | .04- |
| CHANGE IN FINISHED GOODS | | | | | | | | | | |
| TOTAL FINISHED GOODS CHANGE | 2,041 | 0 | 33,853- | 0 | 6,362- | .08 | .00 | .15- | .00 | .04- |
| NET OPERATING CONTRIBUTION | | | | | | | | | | |

TCC0002858

THE CONCRETE COMPANY
WARD
DEPARTMENT 502
F/Y 12/05 - MAR 05

**CONFIDENTIAL**

| | CURRENT MONTH ACTUAL | CURRENT MONTH BUDGET | YEAR TO DATE ACTUAL | YEAR TO DATE BUDGET | PRIOR YTD ACTUAL | PER TON CURRENT MONTH ACTUAL | PER TON CURRENT MONTH BUDGET | PER TON YEAR TO DATE ACTUAL | PER TON YEAR TO DATE BUDGET | PER TON PRIOR YTD ACTUAL |
|---|---|---|---|---|---|---|---|---|---|---|
| TONS SOLD | 29,072.46 | 48,974.00 | 294,752.56 | 587,688.00 | 225,706.91 | | | | | |
| **SALES** | | | | | | | | | | |
| SALES-SAND-EXTERNAL | 16,176 | 15,182 | 159,382 | 182,184 | 92,241 | .56 | .31 | .54 | .31 | .41 |
| SALES-SAND-INTERNAL | 5,357 | 3,820 | 63,197 | 45,840 | 39,395 | .18 | .08 | .21 | .08 | .17 |
| SALES-STONE-EXTERNAL | 0 | 0 | 1,002 | 0 | 0 | .00 | .00 | .00 | .00 | .00 |
| SALES-STONE-INTERNAL | 0 | 0 | 3,855 | 0 | 0 | .00 | .00 | .01 | .00 | .00 |
| SALES-METALLURGICAL STONE | 412 | 49 | 588 | 588 | 874 | .01 | .00 | .00 | .00 | .00 |
| SALES-OTHER RESALE | 0 | 0 | 0 | 0 | 0 | .00 | .00 | .00 | .00 | .00 |
| SAND AGGREGATE-EXTERNAL HAULING | 3,918 | 4,167 | 76,784 | 50,004 | 60,995 | .13 | .09 | .26 | .09 | .27 |
| STONE AGGREGATE-EXTERNAL HAULING | 0 | 0 | 0 | 0 | 0 | .00 | .00 | .00 | .00 | .00 |
| CONTRACT DELIVERY | 0 | 21 | 109 | 252 | 0 | .00 | .00 | .00 | .00 | .00 |
| CUSTOMER DISCOUNTS | 0 | 0 | 0 | 0 | 0 | .00 | .00 | .00 | .00 | .00 |
| **TOTAL SALES** | 25,862 | 23,239 | 304,330 | 278,868 | 193,505 | .89 | .47 | 1.03 | .47 | .86 |
| MATERIALS COST | | | | | | | | | | |
| ROYALTIES-WARD | | | | | | | | | | |
| TOTAL MATERIALS COST | | | | | | | | | | |
| **GROSS PROFIT** | | | | | | | | | | |
| **VARIABLE EXPENSES** | | | | | | | | | | |
| **LABOR** | | | | | | | | | | |
| LABOR-STRAIGHT TIME | 3,634- | 490 | 5,880 | | 925 | .13- | .01 | .03 | .01 | .00 |
| LABOR-OVERTIME | 5,180 | 686 | 5,302 | 8,232 | 3,856 | .18 | .01 | .02 | .01 | .02 |
| INCENTIVES-HOURLY | 0 | 245 | 0 | 2,940 | 2,602 | .00 | .01 | .00 | .01 | .01 |
| UNIFORM RENTAL EXPENSE | 42 | 42 | 504 | 504 | 76 | .00 | .00 | .00 | .00 | .00 |
| CONTRACT LABOR EXPENSE | 8,216 | 979 | 31,705 | 11,748 | 8,967 | .28 | .02 | .11 | .02 | .04 |
| EMPLOYEE RELATION EXPENSES | 0 | 833 | 5,679 | 9,996 | 2,527 | .00 | .02 | .02 | .02 | .01 |
| **TOTAL LABOR** | | | | | | .47 | | | | |
| **MAINTENANCE** | | | | | | | | | | |
| SCREEN & SCREEN CLOTH | | 1,611 | 8,232 | | 4,725 | | .03 | | .01 | .02 |
| MAINT-PUMPS | | 686 | 5,148 | 8,232 | 111 | | .01 | .02 | .01 | .00 |
| MAINT-GROUNDS | | | | | | | | | | |
| MAINT-BUILDING | | | | | | | | | | |
| MAINT-PLANT IMPROVEMENTS | | | | | | | | | | |
| MAINT-MINING EQUIPMENT | 27,884 | 5,436 | 26,906 | 65,232 | 3,702 | .96 | .11 | .09 | .11 | .02 |
| MAINT-CONVEYORS | | 686 | 5,232 | 8,232 | 10,836 | | .01 | .02 | .01 | .05 |
| MAINT-OTHER EQUIPMENT | 972 | 2,938 | 52,459 | 35,256 | 4,026 | .03 | .06 | .18 | .06 | .02 |
| MAINT-MOB EQPT-LOADERS | 425 | 1,510 | 27,377 | 22,920 | 0 | .01 | .03 | .09 | .03 | .00 |
| MAINT-MOB EQPT-BACKHOES & DOZIERS | 0 | 2,106 | 9,375 | 25,272 | 2,795 | .00 | .04 | .03 | .04 | .01 |
| MAINT-MOB EQPT-HAULING EQUIPMENT | 0 | 0 | 0 | 0 | 12,750 | .00 | .00 | .00 | .00 | .06 |
| MAINT-BULK OIL & LUBE | 298 | 1,298 | 1,298 | | 5,561 | .01 | .02 | .00 | .02 | .02 |
| MAINT-MOB EQPT-OIL & LUBE | 417 | 1,077 | 12,295 | 12,924 | 1,727 | .01 | .02 | .04 | .02 | .00 |
| MAINT-MOB EQPT-TIRES & TUBES | 0 | 1,518 | 18,216 | 18,216 | 0 | .00 | .03 | .06 | .03 | .00 |
| MAINT-OFFICE EQUIPMENT | 0 | 125 | 11,062 | 1,500 | 3,248 | .00 | .00 | .04 | .00 | .01 |
| COMPUTER SUPPORT | 0 | 0 | 150 | 0 | 0 | .00 | .00 | .00 | .00 | .00 |
| **TOTAL MAINTENANCE** | 39,756 | 19,757 | 212,780 | 237,084 | 68,423 | 1.37 | .40 | .72 | .40 | .30 |
| **OTHER** | | | | | | | | | | |
| FUEL EXPENSE | 31,918 | 7,983 | 126,782 | 95,796 | 35,581 | 1.10 | .16 | .43 | .16 | .16 |
| SHORT TERM EQUIPMENT RENTAL | 146 | 63 | 8,775 | 756 | 4,367 | .01 | .00 | .03 | .00 | .02 |
| SUPPLIES-GENERAL | 0 | 1,077 | 6,057 | 12,924 | 13,965 | .00 | .02 | .02 | .02 | .06 |
| SUPPLIES-SAFETY | 47 | 196 | 2,814 | 2,352 | 2,251 | .00 | .00 | .01 | .00 | .01 |
| SMALL TOOLS EXPENSE | 0 | 147 | 875 | 1,764 | 666 | .00 | .00 | .00 | .00 | .00 |
| SUPPLIES-CRUSHER | 0 | 0 | 0 | 0 | 642 | .00 | .00 | .00 | .00 | .00 |
| LINERS-CRUSHER | 184 | 0 | 1,869 | 0 | 111 | .01 | .00 | .01 | .00 | .00 |
| SUPPLIES-WELDING | 5,965 | 979 | 58,520 | 11,748 | 5,412 | .21 | .02 | .20 | .02 | .02 |
| UTILITIES-ELECTRICITY | 0 | 6,024 | 0 | 72,288 | 39,187 | .00 | .12 | .00 | .12 | .17 |
| UTILITIES-WASTE DISPOSAL | 0 | 29 | 348 | 330 | 0 | .00 | .00 | .00 | .00 | .00 |
| **TOTAL OTHER** | 38,260 | 16,498 | 205,691 | 197,976 | 102,512 | 1.32 | .34 | .70 | .34 | .45 |
| **TOTAL VARIABLE EXPENSES** | 103,879 | 59,494 | 722,801 | 713,928 | 364,440 | 3.57 | 1.21 | 2.45 | 1.21 | 1.61 |

TCC0002859

THE CONCRETE COMPANY
WARD
DEPARTMENT 502
F/Y 12/05 - MAR 05

**CONFIDENTIAL**

| | CURRENT MONTH | | YEAR TO DATE | | PRIOR YTD | | PER TON | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | BUDGET | ACTUAL | BUDGET | ACTUAL | | CURRENT MONTH | | YEAR TO DATE | PRIOR YTD |
| | | | | | | | ACTUAL | BUDGET | ACTUAL | BUDGET | ACTUAL |

| | ACTUAL | BUDGET | ACTUAL | BUDGET | ACTUAL |
|---|---|---|---|---|---|
| TONS SOLD | 29,072.46 | 48,974.00 | 294,752.56 | 587,688.00 | 225,706.91 |

| | CURRENT MONTH ACTUAL | BUDGET | YTD ACTUAL | BUDGET | PRIOR YTD ACTUAL | PER TON CM ACT | BUD | YTD ACT | BUD | PRIOR |
|---|---|---|---|---|---|---|---|---|---|---|
| FIXED EXPENSES | | | | | | | | | | |
| LABOR | | | | | | | | | | |
| LABOR-TRAINING-STRAIGHT TIME | 0 | 0 | 154 | 0 | 646 | .00 | .00 | .00 | .00 | .00 |
| SALARIES-SUPERVISORY | 3,521 | 6,000 | 10,562 | 72,000 | 164,492 | .12 | .12 | .04 | .12 | .73 |
| INCENTIVES-SALARIED | 417 | 417 | 3,753 | 5,004 | 1,837 | .01 | .01 | .01 | .01 | .01 |
| EMPLOYEE BENEFITS | 2,367 | 3,175 | 18,873 | 38,100 | 536 | .08 | .06 | .06 | .06 | .00 |
| WORKERS COMPENSATION EXPENSE | 154 | 603 | 4,267 | 7,236 | 738 | .01 | .01 | .01 | .01 | .00 |
| PAYROLL TAXES | 1,865 | 2,453 | 20,122 | 29,436 | 23- | .06 | .05 | .07 | .05 | .00 |
| EMPLOYEE DEVELOPMENT EXPENSES | 0 | 0 | 0 | 0 | 612- | .00 | .00 | .00 | .00 | .00 |
| TOTAL LABOR | 8,323 | 12,711 | 57,732 | 152,532 | 25,933 | .29 | .26 | .20 | .26 | .11 |
| OTHER | | | | | | | | | | |
| SUPPLIES-OFFICE | 146 | 50 | 1,513 | 600 | 3,388 | .01 | .00 | .01 | .00 | .01 |
| DEPRECIATION | 33,368 | 21,726 | 297,198 | 260,712 | 32,896 | 1.15 | .44 | 1.01 | .44 | .15 |
| COMMUNICATIONS-FIXED TELEPHONES-LOCAL | 201 | 167 | 2,525 | 2,004 | 975 | .01 | .00 | .01 | .00 | .00 |
| COMMUNICATIONS-FIXED TELEPHONES-LD | 0 | 42 | 863 | 504 | 2,146 | .00 | .00 | .00 | .00 | .01 |
| COMMUNICATIONS-MOBILE TELEPHONES | 65 | 21 | 232 | 252 | 0 | .00 | .00 | .00 | .00 | .00 |
| COMMUNICATIONS-RADIOS | 21 | 21 | 718 | 252 | 0 | .00 | .00 | .00 | .00 | .00 |
| VEHICLE RENTAL-EXTERNAL | 58 | 63 | 0 | 756 | 0 | .00 | .00 | .00 | .00 | .00 |
| EQUIPMENT RENTAL-EXTERNAL | 0 | 0 | 32,896 | 0 | 3,388 | .00 | .00 | .11 | .00 | .01 |
| LAND RENTAL-EXTERNAL | 2,400 | 0 | 16,800 | 0 | 0 | .08 | .00 | .06 | .00 | .00 |
| LAB & TESTING | 0 | 292 | 0 | 3,504 | 0 | .00 | .00 | .00 | .00 | .00 |
| TRAVEL | 0 | 21 | 81 | 252 | 0 | .00 | .00 | .00 | .00 | .00 |
| MEALS & ENTERTAINMENT | 0 | 21 | 15 | 252 | 0 | .00 | .00 | .00 | .00 | .00 |
| POSTAGE EXPENSES | 0 | 21 | 154 | 252 | 0 | .00 | .00 | .00 | .00 | .00 |
| MISCELLANEOUS EXPENSES | 166 | 63 | 2,390 | 756 | 18,676 | .01 | .00 | .01 | .00 | .08 |
| FINES | 60 | 0 | 504 | 0 | 0 | .00 | .00 | .00 | .00 | .00 |
| ADVERTISING EXPENSES | 0 | 0 | 324 | 0 | 625 | .00 | .00 | .00 | .00 | .00 |
| GENERAL INSURANCE EXPENSE | 2,062 | 2,062 | 29,157 | 27,432 | 14,570 | .07 | .04 | .10 | .05 | .06 |
| PROFESSIONAL-OTHER EXPENSES | 0 | 50 | 4,348 | 600 | 3,258 | .00 | .00 | .01 | .00 | .01 |
| PROPERTY TAXES | 858 | 858 | 10,296 | 10,296 | 1,228 | .03 | .02 | .03 | .02 | .01 |
| VEHICLE REGISTRATION EXPENSES | 85 | 25 | 410 | 300 | 420 | .00 | .00 | .00 | .00 | .00 |
| PERMIT EXPENSES | 0 | 50 | 5,267 | 3,258 | 0 | .00 | .00 | .02 | .01 | .00 |
| BUSINESS LICENSE EXPENSES | 40 | 125 | 2,004 | 1,500 | 8,332 | .00 | .00 | .01 | .00 | .04 |
| OTHER TAXES | 167 | 167 | 7,392 | 2,004 | 420 | .01 | .00 | .03 | .00 | .00 |
| TOTAL OTHER | 39,740 | 26,316 | 415,085 | 318,480 | 254,127 | 1.37 | .54 | 1.41 | .54 | 1.13 |
| TOTAL FIXED EXPENSES | 48,062 | 39,027 | 472,816 | 471,012 | 280,060 | 1.65 | .80 | 1.60 | .80 | 1.24 |
| TOTAL PLANT EXPENSES | 151,941 | 98,521 | 1,195,617 | 1,184,940 | 644,500 | 5.23 | 2.01 | 4.06 | 2.02 | 2.86 |
| PLANT OPERATING CONTRIBUTION | 40,687- | 0 | 169,782- | 0 | 120,041 | 1.40- | .00 | 58- | .00 | .53 |
| FINISHED GOODS CHANGE | | | | | | | | | | |
| CHANGE IN FINISHED GOODS | 0 | 0 | 0 | 0 | 0 | .00 | .00 | .00 | .00 | .00 |
| TOTAL FINISHED GOODS CHANGE | 0 | 0 | 0 | 0 | 0 | .00 | .00 | .00 | .00 | .00 |
| NET OPERATING CONTRIBUTION | 40,687- | 0 | 169,782- | 0 | 120,041 | 1.40- | .00 | 58- | .00 | .53 |

TCC0002860

THE CONCRETE COMPANY
WARD
DEPARTMENT 502
F/Y 09/06 - DEC 05

**CONFIDENTIAL**

| | CURRENT MONTH ACTUAL | CURRENT MONTH BUDGET | YEAR TO DATE ACTUAL | YEAR TO DATE BUDGET | PRIOR YTD ACTUAL | | PER TON CURRENT MONTH ACTUAL | PER TON CURRENT MONTH BUDGET | PER TON YEAR TO DATE ACTUAL | PER TON YEAR TO DATE BUDGET | PER TON PRIOR YTD ACTUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TONS SOLD | 33,721.93 | 39,794.00 | 286,160.43 | 471,525.00 | 218,620.41 | | | | | | |
| SALES | | | | | | | | | | | |
| SALES-SAND-EXTERNAL | 13,478 | 13,333 | 110,497 | 119,997 | 112,587 | | .40 | .34 | .39 | .25 | .51 |
| SALES-STONE-EXTERNAL | 4,372 | 4,100 | 36,201 | 36,000 | 42,390 | | .13 | .10 | .13 | .08 | .19 |
| SALES-STONE-INTERNAL | 2,987 | 333 | 2,987 | 2,997 | 1,002 | | .09 | .01 | .01 | .01 | .00 |
| SALES-METALLURGICAL STONE | 403 | 0 | 3,795 | 0 | 2,876 | | .01 | .00 | .01 | .00 | .01 |
| EXTRA CHARGES | 9,375 | 6,000 | 77,953 | 54,000 | 65,995 | | .28 | .15 | .27 | .11 | .30 |
| SAND AGGREGATE-EXTERNAL HAULING | | | | | 109 | | | | | | .00 |
| STONE AGGREGATE-EXTERNAL HAULING | | | | | | | | | | | |
| CONTRACT DELIVERY | | | | | | | | | | | |
| CUSTOMER DISCOUNTS | | | | | | | | | | | |
| TOTAL SALES | 30,616 | 23,766 | 231,433 | 213,994 | 224,959 | | .91 | .60 | .81 | .45 | 1.03 |
| MATERIALS COST | | | | | | | | | | | |
| ROYALTIES-WARD | | | | | | | | | | | |
| TOTAL MATERIALS COST | | | | | | | | | | | |
| GROSS PROFIT | | | | | | | | | | | |
| VARIABLE EXPENSES | | | | | | | | | | | |
| LABOR | | | | | | | | | | | |
| LABOR-STRAIGHT TIME | | | | | | | | | | | |
| LABOR-OVERTIME | | | | | | | | | | | |
| INCENTIVES-HOURLY | | | | | | | | | | | |
| UNIFORM RENTAL EXPENSE | | | | | | | | | | | |
| CONTRACT LABOR | | | | | | | | | | | |
| EMPLOYEE RELATION EXPENSES | | | | | | | | | | | |
| TOTAL LABOR | | | | | | | | | | | |
| MAINTENANCE | | | | | | | | | | | |
| SCREEN & SCREEN CLOTH | 0 | 400 | 4,787 | 3,600 | 3,344 | | .00 | .01 | .02 | .01 | .02 |
| MAINT-PUMPS | 70 | 600 | 20,310 | 5,400 | 26 | | .00 | .02 | .07 | .01 | .00 |
| MAINT-GROUNDS | 0 | 50 | 961 | 450 | 0 | | .00 | .00 | .00 | .00 | .00 |
| MAINT-BUILDING | 961 | 50 | 0 | 450 | 0 | | .03 | .00 | .00 | .00 | .00 |
| MAINT-PLANT IMPROVEMENTS | 343 | 1,000 | 2,152 | 9,000 | 13,513 | | .01 | .03 | .01 | .02 | .06 |
| MAINT-MINING EQUIPMENT | 0 | 1,600 | 0 | 5,400 | 5,679 | | .00 | .03 | .00 | .01 | .03 |
| MAINT-CONVEYORS | 1,000 | 1,250 | 6,413 | 11,250 | 13,197 | | .03 | .03 | .02 | .02 | .06 |
| MAINT-OTHER EQUIPMENT | 285 | 650 | 1,814 | 5,850 | 5,859 | | .01 | .02 | .01 | .01 | .03 |
| MAINT-MOB EQPT-LOADERS | 2,901 | 3,500 | 25,592 | 31,500 | 14,796 | | .09 | .09 | .09 | .07 | .07 |
| MAINT-MOB EQPT-BACKHOES & DOZIERS | 161 | 2,000 | 1,767 | 18,000 | 12,938 | | .00 | .05 | .01 | .04 | .06 |
| MAINT-MOB EQPT-HAULING EQUIPMENT | 773 | 2,500 | 22,500 | 22,500 | 26,734 | | .02 | .06 | .08 | .05 | .12 |
| MAINT-MOB EQPT-OIL & LUBE | 0 | 1,000 | 1,101 | 9,000 | 9,313 | | .00 | .03 | .00 | .02 | .04 |
| MAINT-BULK OIL & LUBE | 0 | 0 | 155 | 0 | 0 | | .00 | .00 | .00 | .00 | .00 |
| MAINT-MOB EQPT-OTHER | 3,561 | 0 | 33,893 | 0 | 702 | | .11 | .00 | .12 | .00 | .00 |
| MAINT-MOB EQPT-TIRES & TUBES | 816 | 1,000 | 6,948 | 9,000 | 12,344 | | .02 | .03 | .02 | .02 | .06 |
| MAINT-OFFICE EQUIPMENT | 7,103 | 150 | 16,339 | 1,350 | 10,770 | | .21 | .00 | .06 | .00 | .05 |
| COMPUTER SUPPORT | 0 | 0 | 10,082 | 0 | 75 | | .00 | .00 | .04 | .00 | .00 |
| TOTAL MAINTENANCE | 16,975 | 14,750 | 134,315 | 132,750 | 129,289 | | .50 | .37 | .47 | .28 | .59 |
| OTHER | | | | | | | | | | | |
| INTEREST EXPENSE-OTHER | 0 | 0 | 73,668 | 56,369 | 0 | | .00 | .00 | .26 | .12 | .00 |
| FUEL EXPENSE | 11,219 | 6,149 | 133,955 | 108,747 | 78,381 | | .33 | .15 | .47 | .23 | .36 |
| SHORT TERM EQUIPMENT RENTAL | 16,573 | 12,083 | 4,919 | 1,800 | 7,230 | | .49 | .30 | .02 | .00 | .03 |
| SUPPLIES-GENERAL | 227 | 200 | 3,907 | 5,400 | 5,508 | | .01 | .01 | .01 | .01 | .03 |
| SUPPLIES-SAFETY | 271 | 600 | 2,093 | 2,700 | 2,587 | | .01 | .01 | .01 | .01 | .01 |
| SMALL TOOLS EXPENSE | 450 | 300 | 259 | 450 | 450 | | .01 | .01 | .00 | .00 | .00 |
| SUPPLIES-WELDING | 0 | 50 | 4,405 | 450 | 296 | | .00 | .00 | .02 | .00 | .00 |
| UTILITIES-ELECTRICITY | 209 | 50 | 45,910 | 45,000 | 40,938 | | .01 | .00 | .16 | .10 | .19 |
| TOTAL OTHER | 34,395 | 24,432 | 268,116 | 220,916 | 135,390 | | 1.02 | .61 | .94 | .47 | .62 |
| TOTAL VARIABLE EXPENSES | 81,985 | 62,948 | 633,863 | 567,560 | 489,639 | | 2.43 | 1.58 | 2.22 | 1.20 | 2.24 |

TCC0002861

THE CONCRETE COMPANY
WARD
DEPARTMENT 502
F/Y 09/06 - DEC 05

**CONFIDENTIAL**

| | CURRENT MONTH | | YEAR TO DATE | | PRIOR YTD | | PER TON | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CURRENT MONTH | | YEAR TO DATE | PRIOR YTD |
| | ACTUAL | BUDGET | ACTUAL | BUDGET | ACTUAL | | ACTUAL | BUDGET | ACTUAL | BUDGET | ACTUAL |
| TONS SOLD | 33,721.93 | 39,794.00 | 286,160.43 | 471,525.00 | 218,620.41 | | | | | | |
| | | | | | | | | | | | |
| FIXED EXPENSES | | | | | | | | | | | |
| LABOR | | | | | | | | | | | |
| LABOR-TRAINING-STRAIGHT TIME | 0 | 0 | 0 | 0 | 154 | | .00 | .00 | .00 | .00 | .00 |
| SALARIES-SUPERVISORY | 3,521 | 3,750 | 31,686 | 33,750 | 2,502 | | .10 | .09 | .11 | .07 | .01 |
| INCENTIVES-SALARIED | 18,648 | 938 | 26,152 | 8,442 | 11,821 | | .55 | .02 | .09 | .02 | .05 |
| EMPLOYEE BENEFITS | 2,756 | 1,940 | 21,066 | 17,460 | 2,926 | | .08 | .05 | .07 | .04 | .01 |
| WORKERS' COMPENSATION EXPENSE | 1,286 | 661 | 6,205 | 5,949 | 2,926 | | .04 | .02 | .02 | .01 | .01 |
| PAYROLL TAXES | 1,924 | 1,925 | 16,218 | 17,325 | 13,564 | | .06 | .05 | .06 | .04 | .05 |
| EMPLOYEE DEVELOPMENT EXPENSES | 0 | 0 | 130 | 0 | 0 | | .00 | .00 | .00 | .00 | .00 |
| TOTAL LABOR | 28,134 | 9,214 | 101,457 | 82,926 | 30,967 | | .83 | .23 | .35 | .18 | .14 |
| | | | | | | | | | | | |
| OTHER | | | | | | | | | | | |
| SUPPLIES-OFFICE | 192 | 100 | 1,079 | 900 | 803 | | .01 | .00 | .00 | .00 | .00 |
| DEPRECIATION | 26,933 | 25,860 | 264,894 | 232,740 | 196,579 | | .80 | .65 | .93 | .49 | .90 |
| COMMUNICATIONS-FIXED TELEPHONES-LOCAL | 224 | 200 | 2,047 | 1,800 | 1,922 | | .01 | .01 | .01 | .00 | .01 |
| COMMUNICATIONS-FIXED TELEPHONES-LD | 17 | 60 | 377 | 540 | 597 | | .00 | .00 | .00 | .00 | .00 |
| COMMUNICATIONS-MOBILE TELEPHONES | 0 | 60 | 310 | 540 | 0 | | .00 | .02 | .00 | .00 | .00 |
| COMMUNICATIONS-RADIOS | 58 | 0 | 525 | 0 | 543 | | .00 | .00 | .00 | .00 | .00 |
| EQUIPMENT RENTAL-EXTERNAL | 0 | 0 | 0 | 0 | 32,896 | | .00 | .00 | .00 | .00 | .15 |
| LAND RENTAL-EXTERNAL | 2,400 | 2,600 | 21,600 | 22,400 | 0 | | .07 | .07 | .08 | .05 | .00 |
| LAB & TESTING | 0 | 50 | 7 | 450 | 81 | | .00 | .00 | .00 | .00 | .00 |
| TRAVEL | 0 | 25 | 0 | 225 | 15 | | .00 | .00 | .00 | .00 | .00 |
| MEALS & ENTERTAINMENT | 0 | 25 | 13 | 225 | 0 | | .00 | .00 | .00 | .00 | .00 |
| POSTAGE EXPENSES | 0 | 25 | 105 | 225 | 154 | | .00 | .00 | .00 | .00 | .00 |
| MISCELLANEOUS EXPENSES | 310 | 250 | 1,282 | 2,250 | 2,224 | | .01 | .01 | .00 | .00 | .01 |
| FINES | 0 | 0 | 60 | 0 | 444 | | .00 | .00 | .00 | .00 | .00 |
| ADVERTISING EXPENSES | 0 | 0 | 0 | 0 | 324 | | .00 | .00 | .00 | .00 | .00 |
| GENERAL INSURANCE EXPENSE | 1,674 | 1,674 | 16,891 | 15,066 | 22,971 | | .05 | .04 | .06 | .03 | .11 |
| PROFESSIONAL-OTHER EXPENSES | 0 | 0 | 916 | 450 | 2,888 | | .00 | .00 | .00 | .00 | .01 |
| PROPERTY TAXES | 18,337 | 791 | 24,665 | 7,119 | 7,722 | | .54 | .02 | .09 | .02 | .04 |
| VEHICLE REGISTRATION EXPENSES | 29 | 29 | 261 | 261 | 275 | | .00 | .00 | .00 | .00 | .00 |
| PERMIT EXPENSES | 0 | 300 | 630 | 2,700 | 4,508 | | .00 | .01 | .00 | .01 | .02 |
| BUSINESS LICENSE EXPENSES | 693- | 333 | 1,971 | 2,997 | 1,503 | | .02- | .01 | .01 | .01 | .01 |
| OTHER TAXES | 0 | 0 | 0 | 0 | 7,392 | | .00 | .00 | .00 | .00 | .03 |
| TOTAL OTHER | 49,481 | 32,432 | 337,634 | 290,888 | 283,839 | | 1.47 | .81 | 1.18 | .62 | 1.30 |
| | | | | | | | | | | | |
| TOTAL FIXED EXPENSES | 77,615 | 41,646 | 439,091 | 373,814 | 314,806 | | 2.30 | 1.05 | 1.53 | .79 | 1.44 |
| | | | | | | | | | | | |
| TOTAL PLANT EXPENSES | 159,600 | 104,594 | 1,072,954 | 941,374 | 804,445 | | 4.73 | 2.63 | 3.75 | 2.00 | 3.68 |
| | | | | | | | | | | | |
| PLANT OPERATING CONTRIBUTION | 14,734 | 0 | 6,055 | 0 | 33,853- | | .44 | .00 | .02 | .00 | .15- |
| FINISHED GOODS CHANGE | | | | | | | | | | | |
| CHANGE IN FINISHED GOODS | 0 | 0 | 0 | 0 | 0 | | | | | | |
| TOTAL FINISHED GOODS CHANGE | | | | | | | | | | | |
| | | | | | | | | | | | |
| NET OPERATING CONTRIBUTION | 14,734 | 0 | 6,055 | 0 | 33,853- | | .44 | .00 | .02 | .00 | .15- |

TCC0002862

THE CONCRETE COMPANY
WARD
DEPARTMENT 502
C/Y 02/06 - FEB 06

**CONFIDENTIAL**

| | CURRENT MONTH | | YEAR TO DATE | | PRIOR YTD | | CURRENT MONTH | | PER TON YEAR TO DATE | | PRIOR YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | BUDGET | ACTUAL | BUDGET | ACTUAL | | ACTUAL | BUDGET | ACTUAL | BUDGET | ACTUAL |
| TONS SOLD | 20,185.56 | 36,719.00 | 43,243.66 | 73,438.00 | 47,059.69 | | | | | | |
| SALES | | | | | | | | | | | |
| SALES-SAND-EXTERNAL | | | | | | | | | | | |
| SALES-STONE-EXTERNAL | | | | | | | | | | | |
| SALES-METALLURGICAL STONE | | | | | | | | | | | |
| STONE AGGREGATE-EXTERNAL HAULING | | | | | | | | | | | |
| CONTRACT DELIVERY | | | | | | | | | | | |
| CUSTOMER DISCOUNTS | | | | | | | | | | | |
| TOTAL SALES | | | | | | | | | | | |
| MATERIALS COST | | | | | | | | | | | |
| ROYALTIES-WARD | | | | | | | | | | | |
| TOTAL MATERIALS COST | | | | | | | | | | | |
| GROSS PROFIT | | | | | | | | | | | |
| VARIABLE EXPENSES | | | | | | | | | | | |
| LABOR | | | | | | | | | | | |
| LABOR-STRAIGHT TIME | 9,735 | 13,750 | 24,470 | 27,500 | 30,619 | | .48 | .37 | .57 | .37 | .65 |
| LABOR-OVERTIME | 3,840 | 4,167 | 7,287 | 8,334 | 15,451 | | .19 | .11 | .17 | .11 | .33 |
| UNIFORM RENTAL EXPENSE | 422 | 333 | 886 | 666 | 568 | | .02 | .01 | .02 | .01 | .01 |
| CONTRACT LABOR | 0 | 0 | 0 | 0 | 0 | | .00 | .00 | .00 | .00 | .00 |
| SUPPLIES-SAFETY | 5,640 | 6,417 | 11,720 | 12,834 | 6,871 | | .28 | .17 | .27 | .17 | .15 |
| TOTAL LABOR | 19,636 | 24,667 | 44,363 | 49,334 | 53,508 | | .97 | .67 | 1.03 | .67 | 1.14 |
| MAINTENANCE | | | | | | | | | | | |
| SCREEN & SCREEN CLOTH | 0 | 200 | 0 | 400 | 8,345 | | .00 | .01 | .00 | .01 | .18 |
| MAINT-PUMPS | 1,000 | 50 | 5,393 | 100 | 96 | | .03 | .00 | .12 | .00 | .00 |
| MAINT-GROUNDS | 0 | 50 | 0 | 100 | 0 | | .00 | .00 | .00 | .00 | .00 |
| MAINT-BUILDING | 3,271 | 1,000 | 54 | 1,334 | 9,976 | | .16 | .02 | .00 | .02 | .21 |
| MAINT-PLANT IMPROVEMENTS | 0 | 667 | 2,046 | 1,334 | 0 | | .00 | .02 | .05 | .02 | .00 |
| MAINT-MINING EQUIPMENT | 1,962 | 500 | 2,046 | 1,000 | 0 | | .10 | .01 | .05 | .01 | .00 |
| MAINT-CONVEYORS | 0 | 500 | 3,916 | 2,500 | 2,414 | | .00 | .01 | .09 | .03 | .05 |
| MAINT-OTHER EQUIPMENT | 2,619 | 1,250 | 54 | 2,500 | 0 | | .13 | .03 | .00 | .03 | .00 |
| MAINT-MOB EQPT-LOADERS | 0 | 1,250 | 0 | 2,500 | 2,712 | | .00 | .03 | .00 | .03 | .05 |
| MAINT-MOB EQPT-BACKHOES & DOZIERS | 349 | 1,500 | 645 | 3,000 | 11,712- | | .01 | .04 | .01 | .04 | .24 |
| MAINT-MOB EQPT-HAULING EQUIPMENT | 24,077 | 1,500 | 24,077 | 3,000 | 11,138 | | 1.19 | .04 | .56 | .04 | .24 |
| MAINT-MOB EQPT-OIL & LUBE | 0 | 2,500 | 0 | 5,000 | 11,638 | | .00 | .07 | .00 | .07 | .25 |
| MAINT-BULK OIL & LUBE | 0 | 0 | 166 | 0 | 217 | | .00 | .00 | .00 | .00 | .00 |
| MAINT-MOB EQPT-OTHER | 0 | 0 | 2,864 | 0 | 63 | | .00 | .00 | .07 | .00 | .00 |
| MAINT-MOB EQPT-TIRES & TUBES | 623 | 0 | 166 | 1,000 | 177 | | .03 | .00 | .00 | .03 | .00 |
| MAINT-OFFICE EQUIPMENT | 0 | 500 | 554 | 300 | 15 | | .00 | .01 | .01 | .00 | .00 |
| COMPUTER SUPPORT | 554 | 150 | 554 | 300 | 293 | | .03 | .00 | .01 | .00 | .01 |
| TOTAL MAINTENANCE | 33,355 | 13,667 | 39,715 | 27,334 | 43,734 | | 1.65 | .37 | .92 | .37 | .92 |
| OTHER | | | | | | | | | | | |
| INTEREST EXPENSE-OTHER | 0 | 0 | 0 | 0 | 0 | | .00 | .00 | .00 | .00 | .00 |
| FUEL EXPENSE | 11,676 | 12,813 | 23,013 | 24,278 | 16,482 | | .58 | .35 | .53 | .33 | .35 |
| SHORT TERM EQUIPMENT RENTAL | 20,063 | 20,000 | 39,204 | 40,000 | 0 | | .99 | .54 | .91 | .54 | .00 |
| SUPPLIES-GENERAL | 235 | 400 | 387 | 400 | 1,400 | | .01 | .01 | .01 | .01 | .03 |
| SUPPLIES-SAFETY | 0 | 200 | 82 | 400 | 549 | | .00 | .01 | .00 | .01 | .01 |
| SMALL TOOLS EXPENSE | 0 | 500 | 43 | 500 | 179 | | .00 | .01 | .00 | .01 | .00 |
| SUPPLIES-WELDING | 72 | 100 | 21 | 100 | 424 | | .00 | .00 | .00 | .00 | .01 |
| UTILITIES-ELECTRICITY | 0 | 0 | 444 | 0 | 1,389 | | .00 | .00 | .01 | .00 | .03 |
| TOTAL OTHER | 37,796 | 38,413 | 75,343 | 75,478 | 32,040 | | 1.87 | 1.05 | 1.74 | 1.03 | .69 |
| TOTAL VARIABLE EXPENSES | 90,787 | 76,747 | 159,421 | 152,146 | 129,283 | | 4.50 | 2.09 | 3.69 | 2.07 | 2.7 |

TCC000863

THE CONCRETE COMPANY
WARD
DEPARTMENT 502
C/Y 02/06 - FEB 06

**CONFIDENTIAL**

|  | CURRENT MONTH ACTUAL | CURRENT MONTH BUDGET | YEAR TO DATE ACTUAL | YEAR TO DATE BUDGET | PRIOR YTD ACTUAL | PER TON CURRENT MONTH ACTUAL | PER TON CURRENT MONTH BUDGET | PER TON YEAR TO DATE ACTUAL | PER TON YEAR TO DATE BUDGET | PER TON PRIOR YTD ACTUAL |
|---|---|---|---|---|---|---|---|---|---|---|
| TONS SOLD | 20,185.56 | 36,719.00 | 43,243.66 | 73,438.00 | 47,059.69 | | | | | |
| FIXED EXPENSES | | | | | | | | | | |
| LABOR | | | | | | | | | | |
| SALARIES-SUPERVISORY | 3,521 | 1,833 | 7,041 | 3,666 | 7,041 | .17 | .05 | .16 | .05 | .15 |
| INCENTIVES-SALARIED | 500 | 500 | 1,000 | 1,000 | 834 | .02 | .01 | .02 | .01 | .02 |
| EMPLOYEE BENEFITS | 2,197 | 1,699 | 4,585 | 3,398 | 4,585 | .11 | .05 | .10 | .05 | .10 |
| WORKERS' COMPENSATION EXPENSE | 526 | 659 | 1,187 | 1,318 | 1,187 | .03 | .02 | .03 | .02 | .03 |
| PAYROLL TAXES | 1,834 | 1,762 | 4,190 | 3,524 | 4,694 | .09 | .05 | .10 | .05 | .10 |
| EMPLOYEE DEVELOPMENT EXPENSES | 0 | 25 | 4,325 | 0 | 0 | .00 | .00 | .10 | .00 | .00 |
| TOTAL LABOR | 8,577 | 6,478 | 17,722 | 12,956 | 18,442 | .42 | .18 | .41 | .18 | .39 |
| OTHER | | | | | | | | | | |
| SUPPLIES-OFFICE | 74 | 100 | 105 | 200 | 564 | .00 | .00 | .00 | .00 | .01 |
| DEPRECIATION | 26,933 | 30,836 | 53,866 | 61,672 | 67,252 | 1.33 | .84 | 1.25 | .84 | 1.43 |
| COMMUNICATIONS-FIXED TELEPHONES-LOCAL | 168 | 225 | 168 | 450 | 402 | .01 | .01 | .00 | .01 | .01 |
| COMMUNICATIONS-FIXED TELEPHONE-LD | 20 | 60 | 120 | 120 | 201 | .00 | .00 | .00 | .00 | .00 |
| COMMUNICATIONS-MOBILE TELEPHONES | 89 | 89 | 20 | 80 | 169 | .00 | .00 | .00 | .00 | .00 |
| COMMUNICATIONS-RADIOS | 58 | 60 | 117 | 120 | 117 | .00 | .00 | .00 | .00 | .00 |
| LAND RENTAL-EXTERNAL | 2,400 | 2,400 | 4,800 | 4,800 | 14,400 | .12 | .07 | .11 | .07 | .31 |
| LAB & TESTING | 0 | 25 | 0 | 50 | 0 | .00 | .00 | .00 | .00 | .00 |
| TRAVEL | 0 | 25 | 0 | 50 | 0 | .00 | .00 | .00 | .00 | .00 |
| MEALS & ENTERTAINMENT | 0 | 25 | 0 | 50 | 0 | .00 | .00 | .00 | .00 | .00 |
| POSTAGE EXPENSES | 0 | 25 | 0 | 50 | 0 | .00 | .00 | .00 | .00 | .00 |
| MISCELLANEOUS EXPENSES | 0 | 25 | 31 | 50 | 0 | .00 | .00 | .00 | .00 | .00 |
| GENERAL INSURANCE EXPENSES | 1,795 | 1,795 | 3,590 | 3,590 | 4,124 | .09 | .05 | .08 | .05 | .09 |
| PROFESSIONAL-OTHER EXPENSES | 250 | 250 | 500 | 500 | 1,460 | .01 | .01 | .01 | .01 | .03 |
| PROPERTY TAXES | 1,795 | 1,795 | 3,590 | 3,590 | 1,716 | .09 | .05 | .08 | .05 | .04 |
| VEHICLE REGISTRATION EXPENSES | 0 | 50 | 100 | 100 | 0 | .00 | .00 | .00 | .00 | .00 |
| PERMIT EXPENSES | 0 | 50 | 50 | 50 | 0 | .00 | .00 | .00 | .00 | .00 |
| BUSINESS LICENSE EXPENSES | 29 | 29 | 58 | 58 | 58 | .00 | .00 | .00 | .00 | .00 |
| TOTAL OTHER | 338 | 338 | 676 | 676 | 334 | .02 | .01 | .02 | .01 | .01 |
|  | 33,905 | 38,523 | 67,510 | 77,016 | 91,506 | 1.68 | 1.05 | 1.56 | 1.05 | 1.95 |
| TOTAL FIXED EXPENSES | 42,482 | 45,001 | 85,232 | 90,002 | 109,948 | 2.10 | 1.23 | 1.97 | 1.23 | 2.3 |
| TOTAL PLANT EXPENSES | 133,269 | 121,748 | 244,653 | 242,148 | 239,231 | 6.60 | 3.32 | 5.66 | 3.30 | 5.0 |
| PLANT OPERATING CONTRIBUTION | 18,648- | 0 | 38,830- | 0 | 95,242- | .92- | .00 | .90- | .00 | 2.0 |
| FINISHED GOODS CHANGE | | | | | | | | | | |
| CHANGE IN FINISHED GOODS | | | | | | | | | | |
| TOTAL FINISHED GOODS CHANGE | | | | | | | | | | |
| NET OPERATING CONTRIBUTION | 18,648- | 0 | 38,830- | 0 | 95,242- | .92- | .00 | .90- | .00 | 2.0 |

TCC002864



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

NOV 0 9 2006

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Brad Tompa
Foley Materials Company                     11-16-06 RCVD 1340
P.O. Box 7877
Columbus, GA 31908

SUBJ: Regents University Site (formerly Southern Christian University)

Dear Mr. Tompa:

The U.S. Environmental Protection Agency (EPA), Region 4 has learned that an unauthorized discharge of dredged and/or fill material has occurred in waters of the United States in wetlands adjacent to an unnamed tributary to Calabee Creek, in Sections 25 and 26, Township 17 North, Range 21 East, Macon County, Alabama. Presently, EPA is in the process of collecting information to resolve this case.

Mike Wylie of my staff had a discussion with you earlier today where you discussed your company's plan to conduct future work in a "stripped" sand and gravel pit. I must advise you that due to the ongoing nature of EPA's investigation, any site work besides stabilization measures should not occur.

If you have further questions concerning this matter, please contact Mike Wylie at (404) 562-9409, or have your attorney contact Bill Sapp, EPA's Assistant Regional Counsel, at (404) 562-9545.

Sincerely,

Ronald J. Mikulak, Chief
Wetlands Regulatory Section

cc:   COE, Mobile
      COE, Montgomery

TCC0002865

Internet Address (URL) • http://www.epa.gov
Recycled/Recyclable • Printed with Vegetable Oil Based Inks on Recycled Paper (Minimum 30% Postconsumer)



# Southern Christian University

June 15, 2006

Mr. Hugh Sorrell
Vice President
Foley Materials Company
P.O. Box 7877
Columbus, Georgia 31908

RE:  Cease and Desist Order

Dear Hugh:

Attached for your information is a copy of a letter that Southern Christian University recently received from the U.S. Army Corps of Engineers.

Given the attached letter, please immediately suspend, until further notice, all mining, digging, transporting of materials, and other related activities on site (that is, on the entire parcel of property).

It is my hope that the University will soon resolve the Corps of Engineers concerns, and we can then conduct a reassessment of the situation and scope of future activities at the site. In the meantime, should you have any questions please do not hesitate to contact me.

Sincerely,

Rex A. Turner, Jr.
President

Attachment

TCC0002866

www.southernchristian.edu

1200 Taylor Road   Montgomery, AL 36117-3553   1-800-351-4040 / 334-387-3877 / fax 334-387-3878



DEPARTMENT OF THE ARMY
U.S. ARMY ENGINEER DISTRICT, MOBILE
CORPS OF ENGINEERS
P.O. BOX 2288
MOBILE, ALABAMA 36628-0001

7004 2890 0002 8274 0421
"Certified Mail"

REPLY TO
ATTENTION OF:

June 1, 2006

Regulatory Division
Inland Branch

SUBJECT: Unauthorized Filling Activities – Case Number SAM-2006-1293-JAP
Southern Christian University

Southern Christian University
Dr. Rex Turner, President
1200 Taylor Road
Montgomery, Alabama 36117-3553

## CEASE AND DESIST ORDER

Dear Dr. Turner:

Inspections made on May 22 and 23, 2006 by Mr. Juan A. Payne, a member of my staff, has disclosed that work in waters of the United States has occurred, without authorization or an exemption, on property owned by Southern Christian University. The unauthorized work is being performed on property located in Section 25 and 26, Township 17 North, Range 21 East, in Macon County, Alabama.

Please let this serve as your notice to Cease and Desist from any further such unauthorized work or activities involving the discharge of dredged or fill material into waters of the United States, including wetlands.

At this time, it is our understanding that this work consists of mechanized land clearing, side casting, and other unauthorized filling activities associated with ongoing sand and gravel mining operations and new campus development, and includes construction of two road crossings through waters of the United States.

Section 404 of the Clean Water Act requires that a Department of the Army (DA) permit be obtained to authorize the placement or discharge of dredged or fill material into waters of the United States, including wetlands, prior to conducting the work (33 U.S.C. 1344). Waters of the United States impacted on the property include an unnamed tributary to Calebee Creek and adjacent wetlands which had previously been verified under our jurisdictional determination AL05-00236-K, dated March 9, 2005.

TCC0002867

-2-

Please understand that we have determined that the activity described above is not exempt and requires DA authorization under Section 404 of the Clean Water. We have reviewed our records and concluded that the required DA permit was not obtained prior to performance of these activities. Therefore, the unauthorized work is a violation of Section 301 (33 U.S.C. 1311) of the Clean Water Act which prohibits the placement of dredged or fill material into waters of the U.S. except in compliance with the Clean Water Act.

As the responsible party, you are hereby directed to cease and desist from any further work in areas subject to Corps of Engineers jurisdiction at the above noted location. Continuation of unauthorized work in these jurisdictional areas shall be considered a knowing, repeat, and flagrant violation of Federal law.

During Mr. Payne's site inspection, he noted that the absence of Best Management Practices has caused additional impacts to waters of the United States from erosion of the fill material. Mr. James McAfee of the Alabama Department of Environmental Management was notified on May 31, 2006 of this fact.

My staff is currently conducting an investigation to determine the appropriate course of action to be taken to resolve this violation. To ensure that all pertinent information is available for our evaluation and included in the public record, you are invited to provide any information which you feel should be considered. At a minimum, we specifically request that you provide the following information:

You are encouraged to retain the services of a competent environmental consultant to assess the limits of the unauthorized filling activities and assist in providing the following information in your response to this letter:

   a. What is the scope and purpose of the work conducted in waters of the U.S?

   b. When did this work commence?

   c. What is the name, address, and telephone number of the contractor(s) doing work on site?

   d. Detailed description of your development plans for the site, including the total area of wetlands and other waters of the U.S. you have filled and/or intend to fill, and the intended use for the filling activities?

   e. What is the type and amount of material placed? and,

   f. Please include any other information you wish to provide concerning the history of the activity.

You are hereby advised that substantial civil penalties are made available for conducting work in waters of the U.S., including wetlands, without the necessary DA authorization.

-3-

Section 309 of the Clean Water Act provides penalties, including fines of up to $50,000 per day per violation or by imprisonment of up to three years, or both, for any person who knowingly violates Section 301 of the Clean Water Act.

Nothing in this letter shall be construed as excusing you from compliance with any other Federal, State, or local statutes, ordinances, or regulations that may affect this work. Please understand that as per the Memorandum of Agreement between the Corps of Engineers and the U.S. Environmental Protection Agency (EPA) we are furnishing a copy of this letter to the EPA to solicit their view concerning resolution of this violation, and to determine whether they will process this enforcement action.

Within 15 days from receipt of this letter, you should acknowledge in writing of your intention concerning resolution of this violation along with the information requested above.

Please refer to case number SAM-2006-1293-JAP in all future correspondence. If you have any questions concerning this Cease and Desist order, you may call Mr. Juan A. Payne at (251) 694-3873.

Sincerely,

William R. Bunkley
Chief, Inland Branch
Regulatory Division

Copies Furnished:

U.S. Environmental Protection Agency
Wetland Protection Program
Attention: Mr. Ron Mikulak
61 Forsyth Street Southwest
Atlanta, Georgia 30303

U.S. Fish and Wildlife Service
Daphne ES Field Office
Attention: Ms. Elaine Snyder-Conn
1208-B Main Street
Daphne, Alabama 36526

Alabama Department of
 Environmental Management
Attention: Mr. James McAfee
Post Office Box 301463
Montgomery, Alabama 36130-1463

TCC0002869