# Exhibit 48

## FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    NORTHERN DIVISION

4

5    THE CONCRETE COMPANY,    )

6    Plaintiff,    )

7    vs.    ) CASE NUMBER:

8    HARRY E. LAMBERT and    ) 2:05-CV-1026-ID-CSC

9    CAROL'S CONTRACTING,    )

10    INC.,    )    **ORIGINAL**

11    Defendants.    )

12

13    DEPOSITION OF WILLIAM EDWARD BOARDWINE

14    In accordance with Rule 5(d) of

15    The Alabama Rules of Civil Procedure, as

16    Amended, effective May 15, 1988, I, Cindy

17    Weldon, am hereby delivering to Thomas F.

18    Gristina, the original transcript of the

19    oral testimony taken on the 10th day of

20    January, 2007, along with exhibits.

21    Please be advised that this is the

22    same and not retained by the Court Reporter,

23    nor filed with the Court.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

Page 13

1    you got that number, did you have a

2    different cell phone number?

3         A.   Yes, sir.

4         Q.   Do you recall what that was?

5         A.   Yes.  334-312-3007.

6         Q.   And is that the only cell phone

7    number that you had during 2005?

8         A.   No.  I'm sorry.  That's my wife's.

9         Q.   All right.  Well, I don't want

10   your wife's number.

11        A.   Yes.  334-312-3036.

12        Q.   All right.  Now, and is that --

13   During the time period December or January

14   1, 2005 to the end of '05, is that the only

15   cell number you had?

16        A.   Yes.

17        Q.   Now, you are the -- You mentioned

18   that you worked for Simcala, Inc.  And what

19   is your title again?

20        A.   Site manager, vice-president.

21        Q.   Who is the president of Simcala,

22   Inc.?

23        A.   At that time, it would have been

# FREEDOM COURT REPORTING

Page 48

1  Other than the Concrete Company, it was just

2  -- am I right then that it was just the

3  Concrete Company and Elmore?  They were the

4  only two providers of white oversize at that

5  time?

6      A.   I can't say that because I don't

7  know.

8      Q.   Did you talk to anybody else --

9  When you made the decision to buy from the

10  Concrete Company, did you go to any other

11  suppliers?

12      A.   Say that again.

13      Q.   You went to the Concrete Company

14  --

15      A.   Right.

16      Q.   -- because Martin Marietta stopped

17  producing?

18      A.   Right.

19      Q.   Were there any other suppliers

20  that you talked to at that time about

21  acquiring white oversize?

22      A.   I don't recall any.

23      Q.   Okay.  In fact, is it not true

# FREEDOM COURT REPORTING

Page 49

1  that the market -- there's a very limited

2  market for white oversize in the Montgomery

3  area?

4      A.   Yes.

5           MR. BAILEY:  Object to the form.

6      Q.   Now, Simcala continued to purchase

7  white oversize from the Ward plant

8  throughout 2004; correct?

9           MR. BAILEY:  Object to the form.

10     A.   We have the documents.

11     Q.   Yes.  Let me ask you this.  We'll

12  get to that.  And I want to ask about the

13  documents because it looked like -- And I

14  appreciate, by the way, Simcala producing

15  these documents.

16     A.   Uh-huh.

17     Q.   It looked to me looking at

18  Plaintiff's 1, that there were some

19  redactions made to -- if you look at Simcala

20  00001, the first document.

21     A.   Uh-huh.  Right.

22     Q.   What's the substance of what was

23  redacted?  I mean, somebody redacted it.

# FREEDOM COURT REPORTING

Page 71

1    A.    I don't recall that.

2    Q.    Do you recall telling him that the

3    period that you were looking for that was

4    six months?

5    A.    No.

6    Q.    When you learned of the supply --

7    When Mr. Wymer told you about the Concrete

8    Company quantities that were going to be

9    supplied on January the 4th as his notes

10   appears to reflect, TCC 000983, did you

11   follow up with anybody at the Concrete

12   Company?  Did you meet with them?

13   A.    What --

14   Q.    Simcala 43.  I'm jumping between

15   numbers.

16   A.    Okay.

17   Q.    That's okay.  From now on, I'll

18   just say Simcala.

19   A.    Okay.  A little bit easier to

20   remember.

21   Q.    Yes.

22   A.    Okay.  Say -- Ask the question.

23   Q.    Did you follow up with anybody at

# FREEDOM COURT REPORTING

Page 72

1    the Concrete Company after this January 4th,

2    2005 information was given to you by Mr.

3    Wymer?

4         A.    I didn't.

5         Q.    Do you know if Mr. Wymer did?

6         A.    I don't know.

7         Q.    Did you ever discuss with the

8    Concrete Company increasing the price you

9    would pay them for their white oversize from

10   Ward if they would become your exclusive

11   provider?

12        A.    I didn't.

13        Q.    Do you know if Mr. Wymer did?

14        A.    I don't know.

15        Q.    Did you ever ask the Concrete

16   Company to increase its production in order

17   to meet your demands in 2005?

18        A.    I didn't.

19        Q.    Do you recall ever having that

20   discussion with the Concrete Company?

21        A.    I don't remember it.

22        Q.    Do you recall Mr. Sorrell ever

23   offering to increase production at the Ward

# FREEDOM COURT REPORTING

Page 73

1   plant to meet your supply needs?

2       A.    I don't recall.

3       Q.    Do you know if those conversations

4   took place with Mr. Wymer?

5       A.    I don't know.

6       Q.    If the Concrete Company had been

7   willing to increase its production to

8   produce more white oversize in January 2005,

9   would you have been willing to continue to

10  buy from them?

11      A.    Yes.

12      Q.    Would you have been willing to

13  increase the amount you paid them for their

14  white oversize?

15      A.    If they raised the price, yes.  I

16  mean, we'd have to -- I mean, negotiations

17  -- if they raised their price, we would

18  have to pay more.

19      Q.    And isn't that due to the fact

20  that at that time there were only two

21  providers of white oversize, Elmore and the

22  Concrete Company?

23          MR. BAILEY:  Object to the form.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 74

1    Q.    At least the two that you were

2  aware of?  Isn't it true that at that time,

3  the only two suppliers of white oversize in

4  the Montgomery area that you were aware of

5  were Elmore and the Concrete Company?

6    A.    Yes.

7    Q.    All right.  Now, you also met --

8  well, excuse me.  There was a meeting of

9  some sort or a reference to a meeting on Mr.

10  Wymer's calendar on January the 6th with a

11  Harry Lambert.  Do you see that at one

12  o'clock on Simcala 55?

13    A.    Yes.

14    Q.    Were you present for that meeting

15  with Mr. Lambert?

16    A.    I don't know what it is.

17    Q.    All right.  And I'm not -- I'm not

18  trying to trick you in anyway because I want

19  -- I'm trying to get the precise date when

20  you recall meeting with Mr. Lambert.  Was it

21  after you went to Elmore or before you went

22  to Elmore?

23    A.    I can't remember the date.