# Exhibit 1

CLOSING STATEMENT

SELLER:    MMC HOLDINGS, INC.

BUYER:     THE CONCRETE COMPANY

PROPERTY:  MONTGOMERY MATERIALS COMPANY, LLC 50% MEMBERSHIP INTEREST

DATE: APRIL 9, 2002, EFFECTIVE AS OF JANUARY 2, 2001

| | |
|---|---:|
| CASH PRICE: | $500,000.00 |
| LESS: Net Income Adjustment | -71,707.00 |
| Inventory Adjustment | -83,737.00 |
| ADJUSTED CASH PRICE TO MMC HOLDINGS, INC. | $344,556.00 |
| LESS: Sasser, Littleton, & Stidham, PC (Estimated fees and expenses) | 4,650.00 |
| LESS: PAYMENTS BY MMC HOLDINGS, INC. FOR OTHERS Account Receivable of Harry E. Lambert to Montgomery Materials Company, LLC | -36,166.06 |
| NET CASH TO MMC HOLDINGS, INC. | $303,739.94 |

Approved.

THE CONCRETE COMPANY

By: _____
    Frank D. Foley, III
    President

MMC HOLDINGS, INC.

By: _____
    Harry E. Lambert
    President

184071v2
C0593-123
chf

Page 1 of 1

TCC0002850