# Exhibit 2

## ASSIGNMENT OF LIMITED LIABILITY COMPANY INTEREST AND INDEMNIFICATION

This April 10, 2002, MMC HOLDINGS, INC., an Alabama corporation (herein referred to as "Holdings"), for $344,556.00 to it in hand paid by THE CONCRETE COMPANY, a Georgia corporation (herein referred to as "Concrete"), the receipt of which is hereby acknowledged, hereby assigns to Concrete its fifty percent (50%) interest as a member in Montgomery Materials Company, L.L.C., an Alabama limited liability company (herein referred to as "MMC"), including all Governance Rights and Financial Rights. Holdings warrants that it owns the above described interest and that it is free and clear of all liens and encumbrances.

This assignment is made to implement the Judgment of the United States District Court for the Middle District of Alabama dated September 7, 2001 entering Summary Judgment in favor of Concrete and against Holdings, which was affirmed by the United States Court of Appeals for the Eleventh Circuit on March 21, 2002. Pursuant to the above described Judgment, the effective date of this assignment is January 2, 2001.

Concrete, in satisfaction of its obligations under Section 5.3(c) of the June 10, 1997 Agreement among MMC, Concrete, Holdings, Frank D. Foley, III, and Harry E. Lambert, hereby agrees to indemnify and defend Holdings and Harry E. Lambert (collectively the "Indemnitees") against, and hold Indemnitees harmless from, all claims, demands, suits, and judgments on Indemnitees' guaranties of liabilities of MMC and Indemnitees' other contractual obligations for liabilities of MMC, including reasonable attorney fees actually incurred, and including without limitation the liabilities of MMC described on Exhibit A attached hereto and made part hereof.

MMC HOLDINGS, INC.

Witness

By: _____
    Harry E. Lambert
    President

THE CONCRETE COMPANY

Witness

By: _____
    Frank D. Foley, III
    President

184070.3
C0593-123
chf

Page 1 of 1

TCC0002851

EX A - 3  ASSIGNMENT, ET

Addresses For Monthly Payments

| LEASE OR PURCHASE | DATE DUE | PAID TO | PAYMENT AMOUNT | DESCRIPTION | PAYING FOR | DATE PAID | AMOUNT PAID | Payments Remaining After This one | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| PURCHASE | 1st | PREMIUM ASSIGNMENT CORP $ | 4,781.05 | 9 Payments Begin February 2002 | Insurance...GL AUTO EQUIP & UMB | | | 9 | |
| P.O. Box 3100 Tallahassee, Fla. 32315-3100 Account # 662390 | | | | | | | | | |
| PURCHASE | 1st | GMAC $ | 475.57 | 60 Months 07/01/01 | GMC Dump Trk # XXDKC34G11H100656 | | | 33 | |
| P.O. Box 6X0071 Dallas, Texas 76263-0071 Account # 340-0596-11129 | | | | | | | | | |
| LEASE | 14th | NBC LEASING CO. $ | 2,696.74 | 34 Months 10/12/99 | Crane...PLH Model T-400 | | | 5 | |
| P.O. Box 11803 Birmingham, AL 35201 Account # 6590138-001 | | | | | | | | | |
| RENTAL | 8th | L.B. Smith $ | 3,562.50 | 38 Months 01/08/02 | Volvo Excavator EC180LC-C0344K | | | 33 | |
| P.O. Box 630483 Atlanta, GA 30363-0483 Account # 43175 | | | | | | | | | |
| | 10th | AMERICAN MINING INS. CO. $ | 5,100.00 Aprx | | Workman's Comp Insurance | | | | |
| P.O. Box 660847 Birmingham, AL 35266-0847 Account # AHWC003893 | | | | | | | | | |
| PURCHASE | 11th | AMSOUTH $ | 500.28 | 60 Months 12/1/99 | 2000 GMC Pickup...J.PH | | | 31 | |
| Birmingham Indirect Reg Office - P.O. Box 11407 Birmingham, AL 35246-0019 Account # 9001194574 | | | | | | | | | |
| | 11th | COLONIAL BANK $ | 2,088.00 | 14 Months 651100 | Champion Motor Grader 625K65 | | | 12 | |
| P.O. Box 10088 Birmingham, AL 35202 Account # J030314317 | | | | | | | | | |
| PURCHASE | 12th | COWIN EQUIPMENT CO., INC. $ | 1,204.65 | 24 Months 06/12/00 | CP10 Pump 00053 | | | 9 | |
| P.O. Box 10624 Birmingham, AL 35202-0624 Account # N64134 | | | | | | | | | |
| LEASE | 13th | Cat Finance $ | 4,931.12 | 36 Months 12/13/01 | 980G Loader # 2KR94101 | | | 31 | |
| P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0188720-000 | | | | | | | | | |
| LEASE | 13th | Cat Finance $ | 4,964.29 | 36 Months 12/13/01 | Cat Truck # AFX182 | | | 31 | |
| P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0188727-000 | | | | | | | | | |
| LEASE | 15th | COLONIAL BANK $ | 1,902.00 | 34 Months 03/16/00 | 2 - Generators From Hol | | | 10 | |
| P.O. Box 10088 Birmingham, AL 35202 Account # 047802B437943 | | | | | | | | | |
| LEASE | 16th | VOLVO $ | 4,922.75 | 36 Months 07/14/00 | Volvo Excavator EC360LC-C030144 | | | 13 | |
| P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 006-0332473-003 | | | | | | | | | |
| LEASE | 16th | VOLVO $ | 5,378.45 | 36 Months 08/14/00 | A&SC Volvo Trucks 81782 | | | 13 | |
| P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 006-0332473-002 | | | | | | | | | |
| LEASE | 16th | VOLVO $ | 5,378.45 | 36 Months 08/14/00 | A&SC Volvo Trucks 81781 | | | 13 | Excavator $4,922.75 Both Trucks $5,378.45 Each Total 15,679.65 |
| P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 006-0332473-002 | | | | | | | | | |

PAGE 1 OF 2

TCC0002852

Addresses For Monthly Payments

| | | | | Amount | Term | Description | No. |
|---|---|---|---|---|---|---|---|
| PURCHASE | 17th | ANSOUTH | Birmingham Indirect Reg Office - P.O. Box 11407 Birmingham, AL 35246-0019 Account # 900103644 | $ 607.58 | 44 Months 07/17/H | 1998 GMC Pickup...C-PH | 14 |
| LEASE | 18th | Volvo | P.O. Box 7247-0236 Philadelphia, PA 19170-0236 Account # 502-0132473-004 | $ 4,866.83 | 16 Months 01/18/02 | A&C Volvo Truck # 3380V13724 | 23 |
| LEASE | 19th | CAT FINANCE | P.O. Box 905561 Charlotte, NC 28290-5561 Account # 016463X-000 | $ 5,467.25 | 34 Months 04/24/01 | IH10 Loader # 2XR04107 | 12 |
| Purchase | 22nd | CIT Equipment Financing | | $ 1,238.69 | 34 Months 05/02/01 | GP10 Pump 00081 | |
| Purchase | | CIT Group E/F File # 58803 Los Angeles, CA 90074-6603 Account # 900-573-61-001 | $ 618.80 | Owe 76141.89 Matures 07/28/01 | Loan For Ollver Seal Royalty Payment | Interest |
| | 24th | COLONIAL BANK | P.O. Box 10088 Birmingham, AL 35202 Account # 802436/664 | $ 6,579.37 | 34 Months 01/23/03 | 140 BL Excavator 4861/286 | 0 |
| LEASE | 23rd | CAT FINANCE | P.O. Box 905561 Charlotte, NC 28290-5561 Account # 012574/5-001 | $ 5,721.22 | 36 Months 01/23/00 | IH10 Loader 2XR04411 | 0 |
| LEASE | 23rd | CAT FINANCE | P.O. Box 905561 Charlotte, NC 28290-5561 Account # 0125745-000 | $ 900.68 | 34 Months 01/23/00 | 2000 GMC Denali...Harry's | Expires April 29th |
| LEASE | 26th | GMAC Smartlease | P.O. Box 630074 Dallas, Texas 76263-0074 Account # 340-3682-78777 | $ 3,112.41 | 54 Months 01/24/00 | Volvo ACL64B Truck 8135V4 | 26 |
| PURCHASE | 26th | THE ASSOCIATES | P.O. Box 672032 Dallas, Texas 76267-2032 Account # 08-01-1190-13-4237-5 | $ 3,112.41 | 54 Months 01/24/00 | Volvo ACL64B Truck 8135V4 | 26 |
| PURCHASE | 26th | THE ASSOCIATES | P.O. Box 672032 Dallas, Texas 76267-2032 Account # 05-01-1190-13-4238-0 | $ 80,135.20 | | | $0.00 |

PAGE 2 OF 2

TCC0002853