# Exhibit 3

| TCC's Assumed Debt of Montgomery Materials LLC as of 3/31/02 | | | | |
|---|---|---|---|---|
| **Current Portion** | | | | |
| GMAC (475.57) | 4,542.38 | | | |
| Cowin (1204.68) | 1,192.74 | | | |
| Colonial (1902.00) | 19,699.61 | | | |
| Colonial | 75,914.59 | | | |
| Associates (3112.41) | 30,366.55 | | | |
| Colonial | 23,088.95 | | | |
| Associates (3112.41) | 30,336.55 | | | |
| CIT (1238.69) | 13,806.58 | | | |
| Amsouth (607.58) | 6,712.29 | | | |
| Amsouth (500.28) | 4,823.22 | | | |
| | | 210,483.46 | | |
| **Long-Term Portion** | | | | |
| Colonial | 2,481.04 | | | |
| Amsouth (607.58) | 1,671.74 | | | |
| Colonial (1902.00) | 167.97 | | | |
| Associates (3112.41) | 44,428.42 | | | |
| Associates (3112.41) | 44,428.42 | | | |
| CIT (1238.69) | 1,525.44 | | | |
| GMAC (475.57) | 11,432.90 | | | |
| Amsouth (500.28) | 9,231.84 | | | |
| | | 115,367.77 | | |
| Total | | 325,851.23 | | |
| Note: MMC LLC also owed TCC $487,556.61 as of 3/31/02. | | | | |