# Exhibit 4

Case 2:05-cv-01026-CSC   Document 108-5   Filed 02/23/2007   Page 1 of 15

COPY

1

1
2
3      IN THE UNITED STATES DISTRICT COURT
4       FOR THE MIDDLE DISTRICT OF ALABAMA
5               NORTHERN DIVISION
6
7  THE CONCRETE COMPANY,
8      Plaintiff,
9  Vs.                                CIVIL ACTION NO.
                                      2:05-cv-1026-C
10 HARRY E. LAMBERT,
   CAROL'S CONTRACTING, INC.,
11 and ALABAMA GRAVEL, LLC,
12     Defendants.
13          * * * * * * * * * * * *
14
15     DEPOSITION OF CAROL LAMBERT, taken
16 pursuant to stipulation and agreement before
17 Patricia G. Starkie, Registered Diplomate Reporter,
18 CRR, and Commissioner for the State of Alabama at
19 Large, in the Law Offices of Rushton, Stakely,
20 Johnston & Garrett, 184 Commerce Street,
21 Montgomery, Alabama, on Tuesday, August 22, 2006,
22 commencing at approximately 9:05 a.m.
23          * * * * * * * * * * * *

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

8

1  A. That's right.
2  Q. In terms of your work history, starting,
3     again, with I guess right after high
4     school, could you tell me what you have
5     done for a living
6  A. I actually didn't start work until I
7     married my husband. We owned a company,
8     and I kept the books for it.
9  Q. And what year were you-all married?
10 A. 1967, I believe.
11 Q. And what company did you work for as a
12    bookkeeper at that time?
13 A. We were co-owners in a company called
14    Interstate Drilling.
15 Q. Where was that company located?
16 A. It was in Griffin, Georgia.
17 Q. And what was the business of Interstate
18    Drilling?
19 A. We were in the business of drilling blast
20    holes in rock quarries.
21 Q. And you became bookkeeper for that company?
22 A. Yes, I was.
23 Q. I realize that bookkeeping -- bookkeeper is

9

```
 1         a descriptive term, but could you tell me
 2         in general what your duties were as
 3         bookkeeper.
 4   A.    I kept up with the receivables, I did the
 5         invoicing, I did the payables, and I did
 6         the payroll.
 7   Q.    How many people worked for Interstate
 8         Drilling?
 9   A.    At one time, we had about 10.
10   Q.    When did you-all stop running or owning
11         Interstate Drilling?
12   A.    We sold it -- I don't remember the exact
13         year.  I'm wanting to say 1990.  I wouldn't
14         know without looking back, but in the late
15         1990s.
16   Q.    Am I correct, then, that you-all were
17         involved with Interstate Drilling from 1967
18         until the late 1990s?
19   A.    I wouldn't know without looking back.  I
20         could not say without looking at the
21         records.
22   Q.    Before you stopped with Interstate
23         Drilling, were you involved in any other
```

10

1       business ventures?
2   A.  We owned a company called Lambert Sand and
3       Gravel. We were co-owners in that.
4   Q.  When was that formed?
5   A.  I don't remember the exact date. I think
6       in the eighties possibly.
7   Q.  What duties did you have, if any, as an
8       employee of Lambert Sand and Gravel?
9   A.  The same duties I had with Interstate
10      Drilling: The receivables, the payables,
11      the invoicing, payroll.
12  Q.  And then at some point, I believe that you
13      became the bookkeeper for Montgomery
14      Materials; is that correct?
15  A.  That's right.
16  Q.  Do you recall when that was?
17  A.  Montgomery Materials was formed in --
18      sometime in the 1990s. I don't remember
19      the exact day. And I did the same duties
20      for that company as I did for the others.
21  Q.  Other than for Interstate Drilling, Lambert
22      Sand and Gravel, and Montgomery Materials
23      Company -- and I understand what you're

|   |    |                                                          |
|---|----|----------------------------------------------------------|
| 1 |    | doing today, but leading up to when you                  |
| 2 |    | went to work with Montgomery Materials --                |
| 3 |    | had you been a bookkeeper for anybody else               |
| 4 |    | other than Interstate Drilling and Lambert               |
| 5 |    | Sand and Gravel?                                         |
| 6 | A. | Not that I can recall, no.                               |
| 7 | Q. | Had you had any other form of employment                 |
| 8 |    | aside from being a bookkeeper for those                  |
| 9 |    | companies?                                               |
| 10| A. | Not that I can recall.                                   |
| 11| Q. | Had you had up to that time any experience               |
| 12|    | in the trucking business?                                |
| 13| A. | Well, I don't know if you would consider                 |
| 14|    | the drills. You know, drills are big,                    |
| 15|    | heavy pieces of equipment, like a big                    |
| 16|    | truck, and that could be possible, I                     |
| 17|    | suppose.                                                 |
| 18| Q. | The drills are located on a truck-like                   |
| 19|    | device to haul them around?                              |
| 20| A. | They are.                                                |
| 21| Q. | Were you responsible as bookkeeper for                   |
| 22|    | Interstate Drilling with selecting the                   |
| 23|    | drills for purchase that were used?                      |

12

1  A.  No, I was not.
2  Q.  Who did that?
3  A.  I believe my husband, Harry Lambert, and
4      his partner.
5  Q.  And who was his partner in Interstate
6      Drilling?
7  A.  His name was Russell Thornton, and he's
8      deceased.
9  Q.  With respect to Lambert Sand and Gravel,
10     could you tell me what the business of
11     Lambert Sand and Gravel was.
12 A.  They were in the business of producing and
13     selling sand and gravel.
14 Q.  Where was Lambert Sand and Gravel located
15     out of?
16 A.  It was located out of McDonough, Georgia.
17 Q.  Did Lambert Sand and Gravel operate its own
18     gravel pits?
19 A.  I think they only had one pit that I knew
20     of, and they did operate their own.
21     What do you mean by operate their own?
22 Q.  Well, were they the ones responsible for
23     building, maintaining, and running that

1  A.   No, I do not.
2  Q.   Are you aware of how that lawsuit ended up?
3  A.   I think they settled out of court, but I'm
4       not sure.
5  Q.   In your involvement with Lambert Sand and
6       Gravel as a bookkeeper, did you have any
7       experience or duties with respect to
8       selecting the trucks that were used as part
9       of that business?
10 A.   No.
11 Q.   Up to the time you went to work for
12      Montgomery Materials, had you gained any
13      experience in the purchase of trucks for
14      hauling aggregate product?
15 A.   No.
16 Q.   When you went to --
17      Well, how did you become employed by
18      Montgomery Materials?
19 A.   How did I become employed?
20 Q.   Yes, ma'am.
21 A.   Montgomery Materials -- my husband was
22      co-owner with -- I think he had Mike
23      Phillips as a partner at one time and

1  Mr. Foley. I just happened to be available
2  to do their work and they asked me to do it
3  and I did it.
4  Q. And you went to work as the bookkeeper for
5  Montgomery Materials?
6  A. I did.
7  Q. And you continued as bookkeeper until your
8  husband's separation from the company; is
9  that correct?
10 A. Well, it changed from Montgomery Materials
11 to Montgomery Materials, LLC, so I retained
12 my position as bookkeeper in that company.
13 Q. And when did you leave Montgomery
14 Materials, LLC?
15 A. I believe it was when the court awarded the
16 company to Mr. Foley, which was in early
17 2002, I believe.
18 Q. With Montgomery Materials and the
19 Montgomery Materials, LLC, were your duties
20 limited to bookkeeping?
21 A. Yes.
22 Q. And did they involve the same bookkeeping
23 duties that you described earlier with

17

1  respect to Lambert Sand and Gravel and
2  Interstate Drilling?
3  A.  Yes.
4  Q.  As bookkeeper for these three entities that
5  we spoke of, Interstate Drilling, Lambert
6  Sand and Gravel, Montgomery Materials and
7  then Montgomery Materials, LLC -- I believe
8  that's four entities -- did you have
9  experience with respect to managing the
10 payroll?
11 A.  Yes, I did.
12 Q.  And as part of that payroll management, did
13 you become experienced in handling worker's
14 compensation insurance?
15         MR. BAILEY:  Object to the form.
16         Answer as best you can.
17 A.  I didn't get involved with claims for
18 worker's comp.  All I did was pay the
19 premium each month.
20 Q.  Did you have responsibilities related to
21 payroll that dealt with withholding taxes
22 for employees?
23 A.  Yes.

20

1  Q.  Why did you form Carol's Contracting,
2      Inc.?
3  A.  We had to have income. I did it to make a
4      living.
5  Q.  All right. And when did you decide to form
6      Carol's Contracting, Inc.?
7  A.  Along about the time this is signed.
8  Q.  The articles of incorporation were endorsed
9      by you on April 26th, 2002. Do you recall
10     how long before April 26th, 2002 you
11     decided to form Carol's Contracting?
12 A.  No, I don't.
13 Q.  What was the nature of business that
14     Carol's Contracting, Inc. was formed to
15     pursue?
16 A.  It was formed to be a trucking company.
17 Q.  And what was your duty going to be with
18     respect to this trucking company?
19 A.  I was the owner.
20 Q.  Were you going to be -- other than being
21     owner, were you going to be employed by
22     this trucking company?
23 A.  Yes.

21

1  Q.  And were you, in fact, later after it was
2      formed employed by Carol's Contracting,
3      Inc.?
4              MR. BAILEY:  Object to the form.
5              Go ahead and answer as best
6              you can.
7  A.  I guess so.  I drew a paycheck from that
8      company, so if that's employed, yes.
9  Q.  What was your job title at Carol's
10     Contracting, Inc.?
11 A.  I was owner of the company.
12 Q.  Was Mr. Lambert employed at the time of its
13     formation by Carol's Contracting, Inc.?
14 A.  No, he was not.
15 Q.  You had stated earlier that we needed to
16     earn a living.
17 A.  That's right.
18 Q.  And when you say we, do you mean you and
19     Mr. Lambert?
20 A.  Yes, I do.
21 Q.  And did Mr. Lambert have any ownership
22     interest in Carol's Contracting, Inc. when
23     it was formed?

| | | |
|---|---|---|
| 1 | A. | No, he did not. |
| 2 | Q. | It still exists today, doesn't it? |
| 3 | A. | It does. |
| 4 | Q. | Yes, ma'am. Since its inception, has Mr. Lambert ever had any ownership interest in Carol's Contracting, Inc.? |
| 7 | A. | No. |
| 8 | Q. | Has he ever been employed by Carol's Contracting, Inc.? |
| 10 | A. | No. |
| 11 | Q. | Who are the other officers, if any, of Carol's Contracting, Inc.? |
| 13 | A. | There are no others. |
| 14 | Q. | You are the sole owner and sole officer of Carol's Contracting, Inc.? |
| 16 | A. | Yes, I am. |
| 17 | Q. | Have there ever been any other officers of Carol's Contracting, Inc.? |
| 19 | A. | Not that I know of, no. |
| 20 | Q. | Who were the initial employees of Carol's Contracting, Inc.? |
| 22 | A. | The initial employees were me and two other truck drivers. |

23

| | | |
|---|---|---|
| 1 | Q. | Who were the truck drivers? |
| 2 | A. | One's name was John Parker and the other |
| 3 | | one was Grady Parker. |
| 4 | Q. | Are they brothers? |
| 5 | A. | They are. |
| 6 | Q. | Where did they work before Carol's |
| 7 | | Contracting, Inc.? |
| 8 | A. | I think they worked for Montgomery |
| 9 | | Materials. |
| 10 | Q. | Would that be the Montgomery Materials, |
| 11 | | LLC? |
| 12 | A. | Yes, I suppose so. |
| 13 | Q. | And were they drivers for Montgomery |
| 14 | | Materials? |
| 15 | A. | I don't know. |
| 16 | Q. | In the deposition, if I refer to CCI as |
| 17 | | Carol's Contracting, Inc., would that be |
| 18 | | okay? |
| 19 | A. | Yes. |
| 20 | Q. | Okay. How did CCI locate John and Grady |
| 21 | | Parker to become truck drivers? |
| 22 | A. | They came to me and asked for a job, and I |
| 23 | | gave it to them. |

```
1    A.    They were.
2    Q.    Were they given worker's compensation
3          benefits?
4    A.    I was not required to have that.
5    Q.    Are you familiar with another entity,
6          Carol's Trucking?
7    A.    I am not, no.
8    Q.    Have you ever heard CCI referred to as
9          Carol's Trucking?
10   A.    It's possible, but I don't recall at this
11         moment.
12   Q.    You had mentioned so that, as you said, we
13         could earn a living. Why did you select a
14         trucking company for that purpose?
15   A.    It's just what I chose to do. No specific
16         reason.
17   Q.    If I may, Mrs. Lambert, we were speaking
18         earlier about your prior experience, and I
19         believe I heard you correctly that you did
20         not have any experience related to trucking
21         other than the drilling relationship you
22         mentioned. Why did you choose a business
23         that you had that level of experience with?
```