26

| | | |
|---|---|---|
| 1 | A. | It's just what I chose to do. |
| 2 | Q. | Did your husband recommend that business to |
| 3 | | you? |
| 4 | A. | No. |
| 5 | Q. | Were you concerned about going into a |
| 6 | | business in which you had such little |
| 7 | | experience? |
| 8 | A. | No. |
| 9 | Q. | Did the formation of CCI require you to |
| 10 | | purchase trucks? |
| 11 | A. | It did. |
| 12 | Q. | Where did you purchase those trucks? |
| 13 | A. | Some were bought in Montgomery and some in |
| 14 | | Birmingham. |
| 15 | Q. | How did you locate those trucks to purchase |
| 16 | | them? |
| 17 | A. | I got in the phone book and found the name |
| 18 | | of a company and went to them, talked to |
| 19 | | them about it. |
| 20 | Q. | What company was that, the first one you |
| 21 | | called? |
| 22 | A. | The first trucks I bought were Macks, and I |
| 23 | | forget the name of that company. And then |

27

1      I traded those for Peterbilts.
2   Q. The first trucks, the Mack trucks, what
3      kind of trucks were they?
4   A. Dump trucks, triaxle trucks.
5   Q. How did you select that particular type of
6      dump truck?
7   A. Because it would suit what I wanted to do.
8      I wanted to haul material.
9   Q. There are different sizes of trucks that
10     haul material, are there not?
11  A. Yes, there are.
12  Q. How did you decide what size truck you were
13     going to purchase?
14  A. Well, to begin with, the Mack trucks were
15     the cheapest I could get. I had to choose
16     something that wasn't expensive. I
17     couldn't get a tractor and trailer. I had
18     to get a dump truck with as little amount
19     of money as possible. My funds were
20     limited.
21  Q. Other than your discussions with the Mack
22     truck dealers, did anyone else give you
23     recommendations with respect to what type

28

1    of truck to purchase?
2  A. No.
3  Q. So, then, you went on your own to the Mack
4     truck dealer and picked out the trucks that
5     you wanted to purchase for your hauling
6     business?
7  A. Yes.
8  Q. And you relied exclusively on the
9     recommendations of that dealer to tell
10    you -- to help you in deciding what kind of
11    truck to get?
12 A. I did.
13 Q. How much did those initial trucks cost?
14 A. I don't know. Without looking back at the
15    records, I really could not say.
16 Q. Did you buy or lease those trucks
17    initially?
18 A. They were bought.
19 Q. And, again, how many Macks did you
20    initially purchase?
21 A. I think I bought two.
22 Q. Are those trucks described by the ton in
23    terms of the way they describe them to

29

1   people purchasing them, like a 10-ton truck
2   or a 5-ton truck?
3 A. I wouldn't think so, no.
4 Q. Do you recall how much -- how many tons of
5   product the two trucks that you purchased
6   initially were able to haul?
7          MR. BAILEY: Together, singly,
8       or --
9          MR. GRISTINA: I'm sorry?
10         MR. BAILEY: Each or both?
11         MR. GRISTINA: Each.
12 A. Each separately? Probably about 27 tons.
13 Q. Did you buy the trucks before you hired
14   John and Grady Parker?
15 A. I don't remember.
16 Q. When you decided to form CCI, were you
17   aware of the noncompete that your husband
18   had signed with The Concrete Company?
19 A. I knew he had an agreement not to go back
20   in the sand and gravel business.
21 Q. Had you ever read that agreement?
22 A. No, never did.
23 Q. Do you consider -- well, did you consider

30

1    at that time CCI to be in the sand and
2    gravel business?
3  A. No, I did not.
4  Q. Do you consider trucking or hauling
5    aggregate to be part of the sand and gravel
6    business?
7  A. I would say yes, in a way, it's -- if you
8    haul the material, yes.
9  Q. At some point, did Mr. Lambert drive trucks
10   for CCI?
11 A. He did.
12 Q. Under what circumstances did he come to
13   drive those trucks?
14 A. What do you mean?
15 Q. Did you ask him to drive the trucks or did
16   he say, I will drive trucks for CCI?
17 A. I don't remember.
18 Q. Do you recall when Mr. Lambert first began
19   driving trucks for CCI?
20 A. Sometime in 2002.
21 Q. And, again, did you have -- you began with
22   two trucks; is that correct?
23 A. That's right.

32

1   company, were you involved with the
2   company -- at the time -- excuse me. At
3   the time that you started CCI, were you-all
4   involved with a company called Foshee
5   Trucking?
6             MR. BAILEY: Object to the form.
7             Go ahead and answer.
8   A.  Can you repeat it, please?
9   Q.  Did CCI ever come to do business with a
10      company called Foshee Trucking?
11  A.  Yes. I leased the trucks to Foshee.
12  Q.  Could you describe for me how that lease
13      situation works.
14  A.  Well, it's renewed yearly. There's an
15      agreement to pay them a certain percent.
16      They dispatch your trucks.
17  Q.  Do you use CCI drivers or Foshee drivers?
18  A.  I use my own drivers.
19  Q.  So you would lease the trucks with Foshee,
20      they would obtain jobs for you, and then
21      you were responsible to pay them back a
22      percentage of the haul; is that correct?
23  A.  I lease the trucks to them. Their

1   dispatcher dispatched the truck to where it
2   needed to go pick up material and deliver
3   it wherever they wanted it delivered, and
4   that's the way it was done.
5 Q. Did Foshee Trucking pay CCI for the use of
6   those trucks?
7 A. They paid me to haul the material.
8 Q. When the CCI trucks were dispatched by
9   Foshee, did the purchasers of the aggregate
10  product or whatever product CCI was hauling
11  pay Foshee or did they pay CCI?
12 A. They didn't pay me. The only compensation
13  I ever received was from Foshee Trucking to
14  do the hauling.
15 Q. All right. So, for example, if a purchaser
16  of aggregate called Foshee and said, I need
17  some aggregate, and they then dispatched a
18  CCI truck, that purchaser would pay Foshee?
19 A. I suppose so. I have no idea how that
20  works.
21 Q. And then Foshee would pay CCI?
22 A. To haul it, yes.
23 Q. And how did you arrive at a rate with

35

1  A.  Well, when I worked for Montgomery
2      Materials, I was familiar with Foshee. I
3      was familiar with Godwin. I was familiar
4      with several trucking companies. So I just
5      called them and asked them if I could lease
6      some trucks to them.
7  Q.  Did anyone recommend Foshee Trucking to you
8      as someone you could lease trucks to?
9  A.  Not that I recall.
10 Q.  Did Mr. Lambert recommend Foshee Trucking
11     as someone you could lease trucks to?
12 A.  Not that I recall.
13 Q.  When Foshee reimbursed you or paid you for
14     hauls by your drivers, did CCI then pay the
15     drivers on a percentage basis that you
16     described before?
17 A.  Yes.
18 Q.  And with respect to Mr. Lambert, what
19     happened to the hauling funds that were
20     received from Foshee?
21         MR. BAILEY:  You mean when Lambert
22             was driving?
23         MR. GRISTINA:  Yes.

1    no.
2  Q.  Did CCI maintain a policy of insurance for
3      its drivers?
4          MR. BAILEY: Object to the form.
5                       Go ahead and answer as best
6                       you can.
7  Q.  I'll be more specific. Did it maintain a
8      liability policy for its drivers while they
9      were driving the trucks?
10 A.  Yes.
11 Q.  Did that require you to identify who was
12     driving the trucks for your company?
13 A.  It did.
14 Q.  And did you identify Mr. Lambert as
15     somebody who would be driving trucks?
16 A.  At one time I did, yes.
17 Q.  In order to keep the -- in order to have a
18     CDL, did CCI pay for John Parker or Grady
19     Parker to have that license?
20 A.  I don't remember. I don't think so, but I
21     really don't remember.
22 Q.  How about for Mr. Lambert? Did CCI pay for
23     Mr. Lambert to get that license?

43

1  Q.  And at this time, is it in remission as far
2      as you know?
3  A.  He was in the hospital about a month, maybe
4      two months ago for it, and it was in
5      remission at that time. And he's gone
6      through some treatments, cancer
7      treatments. It's been a very difficult
8      time for him and me.
9  Q.  I understand. But at this time, it has not
10     spread beyond the bladder?
11 A.  It wasn't when he was in the hospital.
12 Q.  Okay. Does CCI offer -- I may have asked
13     you this, but I apologize. Does CCI offer
14     health insurance?
15 A.  Yes.
16 Q.  Did it provide John Parker with health
17     insurance?
18 A.  It did, yes.
19 Q.  And Grady Parker?
20 A.  Yes.
21 Q.  And James Griffin?
22 A.  Yes.
23 Q.  Do you purchase your health insurance

44

1  through CCI?
2  A. I do.
3  Q. And is Mr. Lambert insured through CCI?
4  A. He is.
5  Q. Is he listed individually, insured through
6     CCI?
7  A. He is.
8  Q. So you pay a premium for yourself separate
9     from his?
10 A. I do.
11 Q. And then a premium is paid on Mr. Lambert's
12    behalf through CCI?
13 A. It is. I felt that was the least I could
14    do with him driving a truck and not getting
15    paid for it.
16 Q. CCI pays Mr. Lambert's premium?
17 A. Health insurance, that's right.
18 Q. When Foshee had a job, a hauling job, who
19    did they call at CCI in order to get a
20    truck?
21 A. They didn't call me for hauling jobs. The
22    drivers would check in with the
23    dispatcher. The dispatcher would dispatch

45

1       them.
2 Q.  And so am I correct, then, that there would
3       have been times that Mr. Lambert would have
4       simply called Foshee to find out if there
5       was a job?
6 A.  To find out if there was a job?
7 Q.  Yes, ma'am.
8 A.  He would have called to find -- to get the
9       truck dispatched, yes, he would have
10      probably talked to the dispatcher.
11 Q.  Other than James Griffin, is it John or
12      Grady that's still driving for you?
13 A.  Grady.
14 Q.  And other than John and -- James Griffin
15      and Grady Parker, are there any other
16      employees besides yourself currently of CCI?
17 A.  No, there's not.
18 Q.  Where is CCI's office?
19 A.  It's in my home.
20 Q.  Is it in a study of some sort?
21 A.  It is. I have a room upstairs that I use
22      as an office.
23 Q.  And do you also manage Alabama Gravel

48

1  A.  That's another one of my drivers.
2  Q.  And the number 318-4300?
3  A.  That's another one of my drivers.
4  Q.  So, then, that's three drivers' cell phones
5      for CCI that we've talked about. Are there
6      any other CCI cell phone numbers?
7  A.  Harry's.
8  Q.  Harry's cell phone is a CCI number?
9  A.  It is.
10 Q.  All right.
11 A.  Well, I believe all these are in my name
12     personally; not in CCI, but in my name
13     personally.
14 Q.  Does CCI pay Harry's cell phone bill?
15 A.  It does.
16 Q.  Any other numbers besides the three --
17     well, excuse me -- yours and the three that
18     we talked about for the drivers and
19     Mr. Lambert's? Are there any other CCI
20     cell phone numbers?
21 A.  Active, that's all currently active.
22 Q.  Are there some that you recently shut down?
23 A.  We shut some down -- I think some in 2002,

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

50

1  Q.  All right.
2  A.  I believe I understand you, yes.
3  Q.  Okay.
4       MR. GRISTINA: We can take a break
5       now, Dennis, if you want.
6       (Brief recess.)
7  Q.  (Mr. Gristina continuing) Ms. Lambert, the
8       two first trucks that you bought for CCI,
9       do you recall how much you paid for those
10      each?
11 A.  No, I don't.
12 Q.  Do you recall what sort of mileage those
13      trucks got?
14      MR. BAILEY: Got or had on them?
15      Object to the form.
16 Q.  Do you recall how many miles per gallon
17      those trucks got?
18 A.  Not without looking back, no.
19 Q.  Were they new trucks?
20 A.  They were.
21 Q.  Was CCI set up for the purpose of obtaining
22      a profit?
23 A.  Hopefully.

52

| | | |
|---|---|---|
| 1 | Q. | Did you say FCC? |
| 2 | A. | I believe. I could be wrong. |
| 3 | Q. | Have you ever factored in mileage per gallon in your decision process when selecting a truck for purchase? |
| 6 | A. | No. |
| 7 | Q. | The initial trucks that you purchased, the Mack trucks, did you get a warranty on those trucks? |
| 10 | A. | I believe they did have a warranty, yes. |
| 11 | Q. | Do you recall the terms of that warranty? |
| 12 | A. | No, I don't. |
| 13 | Q. | And you subsequently purchased Peterbilt trucks; is that correct? |
| 15 | A. | Yes. |
| 16 | Q. | Did you get a warranty on those trucks? |
| 17 | A. | I don't remember. |
| 18 | Q. | Have you sold any trucks since you've run CCI? |
| 20 | | MR. BAILEY: Object to the form. |
| 21 | | Other than trade in, you mean? |
| 22 | Q. | Well, we can ask it that way. You've parted with some of the trucks, I would |