# Exhibit 5

☐ VOID   ☐ CORRECTED

TCC000098

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| FOSHEE TRUCKING COMPANY, INC.<br>P. O. BOX 240278<br>MONTGOMERY    AL 36124-0278 | $<br>2 Royalties<br>$ | 2004<br>Form 1099-MISC | Mis |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| 63-0940473 | 43-1959117 | | |
| RECIPIENT'S name, address, and ZIP code<br>CAROL'S CONTRACTING INC<br><br>P. O. BOX 986<br><br>MILLBROOK    AL 36054 | 7 Nonemployee compensation<br><br>401568.97<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (optional)<br>201 | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15 | | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 |

Form 1099-MISC                                                                 Department of the Treasury - Inte

| | OMB No. 1545-0115 | |
|---|---|---|
| COMPANY, INC.<br>P.O. BOX 240278<br><br>MONTGOMERY    AL 36124-0278 | $<br>2 Royalties<br>$ | 2002<br>Form 1099-MISC | Misce |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| 63-0940473 | 43-1959117 | | |
| RECIPIENT'S name, address (including apt. no.), city, state, and ZIP code<br>CAROL'S CONTRACTING INC<br><br>P. O. BOX 986<br><br>MILLBROOK    AL 36054 | 7 Nonemployee compensation<br><br>79993.72<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ |
| | 11 | 12 |
| Account number (optional)<br>203 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15 | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State |

Form 1099-MISC                                                                 Department of the T...

TCC000999

| ☐ VOID | ☐ CORRECTED | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>FOSHEE TRUCKING COMPANY, INC.<br>P.O. BOX 240278<br>MONTGOMERY       AL 36124-0278 | | 1 Rents<br>$ | OMB No. 1545-0115<br>**2004**<br>Form 1099-MISC | Miscellaneous Income |
| | | 2 Royalties<br>$ | | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer or State Copy |
| PAYER'S Federal identification number<br>63-0940473 | RECIPIENT'S identification number<br>43-1959117 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>CAROL'S CONTRACTING INC<br>P. O. BOX 980<br>MILLBROOK    AL 36054 | | 7 Nonemployee compensation<br>$101,568.97 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2004 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (optional)<br>205 | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15 | | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC                                                                                                    Department of the Treasury - Internal Revenue Service

TCC0001000

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents $ | OMB No. 1545-0115 **2003** Form 1099-MISC | Miscellaneous Income |
|---|---|---|---|---|
| FOSHEE TRUCKING COMPANY, INC. P.O. BOX 210278 MONTGOMERY, AL 36121-0278 | | 2 Royalties $ | | |
| | | 3 Other income $ | 4 Federal income tax withheld $ | Copy C For Payer or State Copy |
| PAYER'S Federal identification number 63-0910173 | RECIPIENT'S identification number 13-1959117 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, address (including apt. no.), city, state, and ZIP code CAROL'S CONTRACTING INC P. O. BOX 986 MILLBROOK AL 36054 | | 7 Nonemployee compensation $ 106,070.34 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2003 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | | 11 | 12 | |
| Account number (optional) | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15 | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ | |

Form 1099-MISC                                                                  Department of the Treasury - Internal Revenue Service

TCC0001001

| ☐ VOID | ☐ CORRECTED | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>FOSHEE TRUCKING COMPANY, INC.<br>P.O. BOX 240273<br>MONTGOMERY    AL 36124-0273 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2003**<br>Form 1099-MISC | Miscellaneous Income |
| | 4 Federal income tax withheld<br>$ | | Copy C<br>For Payer<br>or State Copy |
| PAYER'S Federal identification number<br>63-0940173 | RECIPIENT'S identification number<br>43-1859117 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address (including apt. no.), city, state, and ZIP code<br><br>CAROL'S CONTRACTING, INC.<br>P. O. BOX 986<br>MILLBROOK    AL 36054 | 7 Nonemployee compensation<br>$ 1,627.68 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2003 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (optional)<br>202 | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| | 15 | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form 1099-MISC    Department of the Treasury - Internal Revenue Service