# Exhibit 6

# FREEDOM COURT REPORTING

Page 1

1      IN THE UNITED STATES DISTRICT COURT

2     FOR THE MIDDLE DISTRICT OF ALABAMA

3          NORTHERN DIVISION

4

5   THE CONCRETE COMPANY,    )        **ORIGINAL**

6          Plaintiff,     )

7   vs.                      ) CASE NUMBER:

8   HARRY E. LAMBERT and     ) 2:05-CV-1026-ID-CSC

9   CAROL'S CONTRACTING,     )

10  INC.,                    )

11        Defendants.    )

12

13        DEPOSITION OF LARRY SPEAKS

14        In accordance with Rule 5(d) of

15  The Alabama Rules of Civil Procedure, as

16  Amended, effective May 15, 1988, I, Cindy

17  Weldon, am hereby delivering to Thomas F.

18  Gristina, the original transcript of the

19  oral testimony taken on the 12th day of

20  January, 2007, along with exhibits.

21        Please be advised that this is the

22  same and not retained by the Court Reporter,

23  nor filed with the Court.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 95

1    referenced in Defendant's Exhibit 2?

2        A.    No, sir.

3        Q.    Mr. Speaks, I take it that since

4    you've been doing environmental type work

5    with mining companies, that you have dealt

6    with a variety of companies in the sand and

7    gravel and rock quarry type of business?

8        A.    Yes, sir.

9        Q.    From your standpoint, would you

10   describe what you mean when you are talking

11   about the sand and gravel business.  What do

12   you mean when you say that?

13       A.    What is related to the work that I

14   do or the overall business aspects?

15       Q.    Yes.  Just in terms that a jury

16   can understand.  What would you describe for

17   them the sand and gravel business as you

18   have observed it as a consultant for

19   companies that conduct that type of

20   business?

21       A.    I guess I would define it or

22   describe it as a business that people get

23   into to remove sand and gravel from sites

# FREEDOM COURT REPORTING

Page 96

1    that have sand and gravel located on them,

2    to do the grading, washing, cleaning, stock

3    piling of all that material and then selling

4    it to some client and in some cases, hauling

5    it to that client.

6         In some cases, they may not haul

7    it.  But that's the overall part of the

8    business.  Now, that can be expanded into

9    what we use sand and gravel for.  It's

10    generally used in making concrete.

11         That concrete goes into everything

12    from building roads to concrete bridges to

13    whatever related to concrete.  There are

14    other ways that that material is used.

15         It's also used in plant uses in

16    certain situations.  It's an overall

17    business to refine, produce and sell gravel.

18    Q.    What is one of the first things

19    that a person who wants to go into that

20    business needs to acquire?

21    A.    The knowledge of how to find that

22    sand and gravel.  You can't just go and find

23    locations of sand and gravel.