# Exhibit 7

# COPY OF TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE CONCRETE COMPANY,

Plaintiff,

v.                                                CASE NO.: 2:05-CV-1026-ID-CSC

HARRY E. LAMBERT and
CAROL'S CONTRACTING,

Defendants.

## DEPOSITION OF

## JAMES B. MADDOX

January 17, 2007
9:31 a.m.

Comfort Inn Conference Center
2101 West Hill Avenue
Valdosta, Georgia 31601

Lorraine R. Andresen, CCR



**Alexander Gallo & Associates, LLC**
COURT REPORTING   VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

2700 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

www.galloreporting.com

                                  19
1    sell me that I can make money off of I buy.
2         Q.    Sometimes I buy from truckers.
3         Q.    So you actually buy gravel from the truckers
4    themselves?
5         A.    I let them get the material. As an example, M&M
6    Trucking out of Auburn, Alabama, I needed some rip rap.
7         Q.    That's a form of gravel?
8         A.    That's a form of -- well, that's a form of stone.
9    It's building stone. I needed four hundred tons of building
10   stone, so he told me he could buy it cheaper than I could. I
11   said, well, good deal. Tell me what you'll haul it to so and
12   so for me. So I paid him for the stone, paid him for the
13   hauling, paid him for everything.
14        Q.    Can you give me the names of other truckers that you
15   have purchased gravel from before?
16        A.    That's the only one I have ever purchased any from.
17        Q.    Did you ever purchase any gravel from Harry Lambert?
18        A.    No.
19        Q.    You had mentioned the companies that you now
20   purchase from you also purchase from Alabama Gravel; do you
21   not?
22        A.    Yeah, yeah.
23        Q.    And you also purchase materials from The Concrete
24   Company, I guess Foley Materials Company?
25        A.    Yeah.



Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

1   Q.   And I want to go back to when you were looking for
2   materials.  Did you look for materials in the Montgomery,
3   Alabama area?
4   A.   Yeah, I hope that I hadn't missed one.  I think that
5   I've called on every quarry in a hundred mile radius of
6   Montgomery.
7   Q.   And when you first started looking for materials in
8   the Montgomery area who was the first person that you called,
9   if you recall?
10  A.   Well, Martin Marietta, I was going to buy their
11  material.  But when that didn't turn out -- Oh, Lord, I didn't
12  know who all -- Asphalt Contractors, maybe, I don't know.  He
13  had material that he wanted to sell.  He's still got material
14  he wants to sell.
15  Q.   Did you contact Harry Lambert about finding sources
16  of aggregate?
17  A.   When I first went into business?
18  Q.   Yes, sir.
19  A.   No.
20  Q.   Was there a time later on that you contacted Harry
21  Lambert about acquiring gravel?
22       MR. BAILEY:  Object to the form.  Go ahead and
23  answer if you understood it.
24       THE WITNESS:  I don't know, he hadn't -- he wasn't
25  in the gravel business as I understood it after -- And I


Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777             Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

                                  21
1    never did buy any gravel from him.  I think he had owned
2    -- well, I know he had, I say I know he had, I don't know
3    that either, I don't know what the situation was with it,
4    Anderson Road Materials, I never did buy anything from
5    Anderson Road Materials because -- well, there's
6    different reasons that I didn't buy it.  It was because
7    of getting it to the market.  I didn't have a marketable
8    place to put it on the railroad.  I needed to put the
9    material on the railroad and I was not selling by truck
10   at the time that Harry had -- Can I ask him if he owned
11   that?  I don't know.  But I think he owned it, but I
12   hadn't sold by truck at that particular time.  I hadn't -
13   - I was selling everything that I was selling I was doing
14   it by rail until about two years ago.  And I decided -- a
15   lot of people were asking me about material, if I could
16   truck it to them, so I started looking for places that
17   weren't on the railroad because I could buy material
18   cheaper that wasn't on the railroad.  But I never did buy
19   any material from there.  I didn't buy any material from
20   -- I don't know.  I never did buy any material from --
21   and I don't know who owned it at the time, but what is
22   now The Concrete Company or Foley Materials Company or
23   The Dozier Pit, I never did buy any material from there.
24   I never did buy any material from The City Pit, any of
25   those places until I -- about two years ago or three


Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

1   years ago I was looking for material and I went by The
2   City Pit or Foley Materials or The Concrete Company at
3   that particular time and they had about seven or eight,
4   maybe ten thousand tons of number five gravel, that's a
5   size --
6   BY MR. GRISTINA:   (Resuming)
7       Q.   Yes, sir.
8       A.   -- of gravel, and I talked to somebody at that plant
9   and asked them about the possibility and they said they
10  couldn't sell it and I think somebody gave me a price and said
11  well, the person you need to talk to would be Frank Foley.  I
12  called Frank Foley and I bought -- I bought the material from
13  Frank Foley himself, probably about seven or eight thousand
14  tons of material because they had produced it for somebody,
15  whoever he produced it for didn't take it, I bought it all and
16  they shipped it from -- and that's -- and that's the way I
17  found material.  I had not called on -- I had not talked with
18  Frank prior to that time.  And in relation to the material
19  that I have gotten from him has been very satisfactory with
20  me, good service.
21      Q.   With The Concrete Company?
22      A.   Yes, excellent.  I've had excellent service.
23      Q.   Right.  Looking at --
24      A.   But they don't have all of the products I need
25  either.



Alexander Gallo & Associates, LLC
COURT REPORTING   VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And               101 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

23

1    Q.    What products do they not have that you need?

2    A.    Well, I sell marble chip, I sell red rock, I sell

3 the white stone, if I can get it at a price that I can sell it

4 for and I buy some white rock from them.

5    Q.    From The Concrete Company?

6    A.    Yes, I do.  But you know they don't -- it's not on

7 the railroad and it's -- and I'm constantly looking for white

8 material like I was in Montgomery last week and was looking

9 for white material.  And I thought that I had a supplier and

10 this is when I was -- when I bought some from Alabama Gravel,

11 I had been to -- I forget exactly, well they moved from the

12 time that I had seen them before, and then they sold out to

13 somebody so I couldn't buy anything from them.  They sold to

14 something -- some place up in Ohio, but I was trying to find

15 some white material because they had pretty white material out

16 there.  And there's another place out there that I tried to

17 find white material from.  They weren't making any material,

18 so -- but the first white material that I bought I had bought

19 it from Anderson Road Material.  They had about five, six,

20 seven or eight thousand tons of material and they had some of

21 it white, some of it was brown and they didn't have a market

22 for it, so I bought off of that.

23    Q.    Was there --

24    A.    Until it all ran out.

25    Q.    Was there a time when you contacted Mr. Harry


Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

James B. Maddox                                                January 17, 2007

24

1   Lambert about acquiring aggregate in the Montgomery area?
2        A.   I had made a call to the Mark Marietta Plant in
3   Sylacauga, Alabama buying marble chip, which I do buy from
4   them.  I haul it in Montgomery and load it on a rail car in
5   Montgomery because they haven't got a rail site.  And coming
6   back from there into Montgomery, I don't know, I have talked
7   to Harry off and on about fishing and everything else because
8   we used to go fishing quite often, but I was coming back from
9   that quarry, I don't know how long ago it's been, a year ago,
10  a year and a half ago or something like that, but at any rate
11  I had some extra time and called and caught him and told him I
12  wanted to come and see him and visit with him.  And I did and
13  while I was visiting with him and talking to him not even --
14  knowing that he wasn't in business, did he know anybody
15  anywhere that I might be able to buy white -- white gravel
16  from.
17       Q.   Where were you when you-all had that conversation?
18       A.   At his house.
19       Q.   And when was that conversation?
20       MR. BAILEY:  Object to the form; asked and answered.
21       THE WITNESS:  Huh?
22       MR. BAILEY:  Go ahead.
23       THE WITNESS:  I don't know.  I'm saying this, I
24  don't know how long ago it's been, a year or a year and a
25  half ago.


Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

                                    25

1    BY MR. GRISTINA:   (Resuming)
2         Q.   Okay.
3         A.   A year or a year and a half ago.  I don't know
4    exactly what time it was or when it was.  It may have been
5    less than a year ago.  It might have been more than a year
6    ago, I don't know.
7         Q.   Well, was it before January 2nd, 2006?
8              MR. BAILEY:   Object to the form.
9              THE WITNESS:   I don't know.  I mean really, I don't
10        know.  I might can tell -- I might can tell something
11        from this.  I don't know.
12   BY MR. GRISTINA:   (Resuming)
13        Q.   You're looking at Exhibit 1?
14        A.   I'm thinking about --
15        Q.   And maybe I can speed it up, was it before you
16   started buying from Alabama Gravel?
17        A.   Oh, yeah.
18        Q.   Okay.
19        A.   Because I didn't even know -- I didn't even know
20   like I said, I told Harry that I was looking for white gravel,
21   I'd been to Cash, I'd been to another place in -- oh, I forget
22   where.
23        Q.   Elmore?
24        A.   Huh?
25        Q.   Was it Elmore Sand and Gravel?


Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777     Complimentary Conference Rooms     2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And           101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

26

1  A. I never have been able to find anything from Elmore
2  on a profitable basis, yeah. And you know so it was at that
3  time I had been -- where else -- I don't know -- I hadn't
4  bought any white gravel anywhere.
5  Q. Did Mr. Lambert give you the name Alabama Gravel as
6  a source for gravel at that point?
7  MR. BAILEY: Object to the form.
8  BY MR. GRISTINA: (Resuming)
9  Q. Well, what names did Mr. Lambert give you?
10 A. Well, he told me of all of these places and I told
11 him that I had already talked to them. And he said that I
12 might be able to buy some material from Alabama Gravel, but he
13 didn't know. And I asked him where their location was and I
14 at that -- the next day -- I think I spent the night, I don't
15 know where I spent the night, but the next day, I went out to
16 that location to meet with or call him and told him I wanted
17 to come out and see him, Robert Alexander, and I went out
18 there the next day and he was on an end loader, but he did get
19 off long enough to talk to me a little bit. And he told me
20 that he would talk to me but he couldn't talk to me because he
21 was working, that he would talk to me that evening. So I made
22 an appointment to talk to him that evening.
23 Q. Who was at the meeting that you had with Mr. Lambert
24 at his home? Who was there when you had that discussion
25 besides you and Mr. Lambert?



Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

28

1  producing because I think he was digging the shoulders of a
2  creek up there and they put him out of business.  He had a
3  little material there, beautiful material, but I never was
4  able to get any material from him.
5       Q.   All right, you mentioned that Mr. Lambert told you -
6  - Excuse me, excuse me -- You mentioned that Mr. Alexander
7  told you that he could meet with you that night?
8       A.   Yep.
9       Q.   Where did you-all meet that night?
10      A.   In Prattville.
11      Q.   At whose house?
12      A.   Well, we had dinner together.
13      Q.   Oh, was it at a restaurant?
14      A.   Yeah.
15      Q.   Who else was there?
16      A.   I think I asked -- I think I called Harry and asked
17 him if he would like to meet with us and have dinner with us.
18      Q.   Did he join you?
19      A.   Yeah.
20      Q.   And what did you-all discuss during that dinner?
21      A.   I discussed with Robert, buying his material and
22 told him what I would have to have to be able to buy material.
23 He says, well -- He says -- I believe he told me, he said he
24 would talk to me, that he would let me know.  Talk to me the
25 next day or whatever it was and he gave me a price -- I don't



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide           Atlanta, Georgia 30303

www.galloreporting.com

29

1  know exactly when he gave me a price, the next day or shortly
2  thereafter.
3      Q.   What if anything did Mr. Lambert say during that
4  dinner conversation?
5      A.   He didn't.  We didn't talk that much about business,
6  I just asked him -- I just asked Robert, you know, about the -
7  - about the material.  No, Harry didn't enter into that part
8  of the conversation.
9      Q.   Did you ask Mr. Lambert -- Did you ask Mr. Lambert
10 about the material from that Independence pit during the
11 dinner?
12     A.   No.
13     Q.   Did you discuss with Mr. Lambert -- Did Mr. Lambert
14 participate in your discussions with Mr. Alexander about the
15 material from the Independence pit?
16     A.   I don't -- I had already seen the material, so I
17 don't think -- I don't think I discussed it with him at all,
18 no.
19     Q.   Did Mr. Lambert participate in any discussions about
20 the price of that material?
21     A.   No.
22     Q.   Did you ever meet with Mr. Alexander at Mr.
23 Lambert's house?
24     A.   No.
25     Q.   Did you ever meet with Mr. Alexander at Alabama



Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms         2700 Centennial Tower
Facsimile (404) 495-0766             Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777             Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

1   A.   That's not -- That's not the way it happened.  I got
2  a price, but it was a delivered price.
3   Q.   So then do you recall speaking with Carol's
4  Contracting the next day about making an agreement with them
5  for hauling those materials?
6   A.   I made an agreement with Alexander.
7   Q.   All right.  And did you know who was going to be
8  delivering those materials for Mr. Alexander?
9   A.   Yes.
10  Q.   And who was that?
11  A.   Carol's Contracting, yeah.  So I guess I -- I knew
12 that they were going to haul it, yes.
13  Q.   And did you know at that time that Carol's
14 Contracting -- that the president of Carol's Contracting was
15 Carol Lambert?
16  A.   I don't know.  I really don't know, but I understood
17 -- Yes, I guess I did understand that that company was -- was
18 in her name.
19  Q.   Did you believe at that time that there would be any
20 benefit to Mr. Harry Lambert if Carol's Contracting hauled
21 that material to you?
22      MR. BAILEY:  Object to the form.
23      THE WITNESS:  I don't know what they -- I guess if a
24 man and his wife, his wife owns a business, I would
25 imagine there would be some benefit to him.  I would hope



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777       Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766       Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777       Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

                                    34

1        it would be.
2              MR. BAILEY: When you get to a breaking point, let
3        me know.
4              MR. GRISTINA: We can stop.
5              (Whereupon, a short break was taken.)
6    BY MR. GRISTINA:  (Resuming)
7         Q.   Mr. Maddox, after you met with Mr. Alexander at the
8    restaurant and discussed obtaining material from him, how long
9    was it before you began to obtain material from Mr. Alexander?
10        A.   I really don't know, a week.
11        Q.   And what sort of material did Mr. Alexander sell
12   you?
13        A.   He had one material that I could use and that was an
14   oversized white material.
15        Q.   And is that the only material that you have ever
16   purchased from Alabama Gravel?
17        A.   Yes, sir.
18        Q.   And as a broker -- Well, when you purchase from
19   Alabama Gravel and when you have purchased from them since
20   then, how do you place an order?
21        A.   Oh, call -- Do you know something? I don't know,
22   because I don't think -- I got a boy that works for me, my
23   son-in-law works for me, but he would call Robert and tell him
24   what we wanted -- Well, what we would do, we bought material -
25   - the only time that we could buy material is when we had rail


Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And            101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide           Atlanta, Georgia 30303

www.galloreporting.com

45

1  aggregate?
2      A.   Yes, sir.
3      Q.   For example, does your company hire independent
4  commercial trucking companies for that purpose?
5      A.   All the time.  That's the only way I move it is by
6  independent.
7      Q.   And does your company also move it occasionally
8  through the use of railroad transport?
9      A.   Right.
10     Q.   Did you use to have a CSX --
11     A.   CSXT.
12     Q.   -- did you have an agreement with them where you
13 could store material or load material at their --
14     A.   It was not -- I had a lease on a piece of property
15 that was owned by a guy by the name of Thornton -- Thorn,
16 Thorn, in Montgomery.  His primary business is a diesel
17 mechanical shop.  He had -- He bought property that was
18 Royster Clarke, he bought the Royster Clarke property.  I
19 leased a site in there.
20     Q.   Now, is Mr. Thorn in the sand and gravel business?
21     A.   No.
22     Q.   Is CSXT in the sand and gravel business?
23     A.   No.
24     Q.   Are these commercial trucking companies with which
25 you deal in the sand and gravel business?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

1  A.  Some are, some aren't.

2  Q.  Which ones are?

3  A.  One -- And I don't think he ever produced any sand,
4  but I done business with Brinson Sand and Gravel. He bought
5  from me and hauled for me, both. And let's see --

6  Q.  You mentioned some guy named M&M at one time.

7  A.  M&M, yes. M&M, I do very little business with him
8  and it's not sand or gravel, it's usually granite that I would
9  buy through him. B&R was owned by Billy Rayburn and he was in
10 the trucking as well as in the production, that's B&R in
11 Montgomery.

12 Q.  Other than those companies, do most of the
13 commercial trucking companies you hire engage in the sand and
14 gravel business?

15 A.  Well, the only thing that I use is dump trucks,
16 yeah. I mean that is their business.

17 Q.  Their business is hauling?

18 A.  Hauling, right.

19 Q.  And they charge by the ton?

20 A.  Right.

21 Q.  And they charge by the ton and a ton of gravel is
22 the same as a ton of peanuts, so they charge by the ton?

23 A.  Right.

24 Q.  And did you ever consider Carol's Contracting, Inc.
25 to be a sand and gravel company?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777       Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

47

1    A.   No.
2    Q.   Did you ever consider Foshing (phonetic) Trucking to
3 be a sand and gravel business?
4    A.   No.
5    Q.   Now, getting back to your affidavit, I'm looking at
6 the second paragraph. Has Maddox Stone and Gravel ever
7 purchased gravel, aggregate or any other products from Harry
8 Lambert?
9    A.   No, I didn't purchase from him while he was -- I
10 never did purchase anything from him. In fact, I wasn't in
11 the -- I wasn't a broker -- I wasn't a broker when he was at
12 The City Pit and Anderson Road Material. I wasn't a broker at
13 that time, so I never -- No, I never did buy any.
14   Q.   In other words, there was a time when Harry Lambert
15 was running what you understood to be The City Pit?
16   A.   The City Pitt and the -- Anderson Road Materials, is
17 my understanding, but I had no interest in it because of the
18 fact that I wasn't a broker at the time that that was
19 happening. I don't think I was a broker at any of that time.
20   Q.   And there was a time -- Do you know whether there
21 was a time when Harry was no longer in the sand and gravel
22 business?
23   A.   I know he wasn't in it -- I know he wasn't in it
24 when I became a broker.
25   Q.   Okay.


Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777           Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And            101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide           Atlanta, Georgia 30303

www.galloreporting.com