# Exhibit 8

Case 2:05-cv-01026-CSC   Document 108-11   Filed 02/23/2007   Page 1 of 4

THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| Plaintiff, | * |
| v. | * Case No.: 2:05-cv-01026-CSC |
| HARRY E. LAMBERT and CAROL'S CONTRACTING, INC., | * |
| Defendants. | * |

## AFFIDAVIT OF DAVID N. GADDY

Personally appeared before the undersigned officer, duly authorized to administer oaths, David N. Gaddy who being duly sworn, deposes and states:

1.

I am David N. Gaddy, Superintendent for Elmore Sand & Gravel ("Elmore"), P.O. Box 189 Elmore, Alabama. I began working for Elmore in 2000. Before that, and from 1986 until 1999, I drove and/or owned commercial trucks transporting aggregate materials in the Montgomery, Alabama, area. I give this affidavit based upon personal knowledge attained through my employment and my experience in aggregate mining, transportation and sales.

2.

I am aware that after leaving TCC in 2002, Harry Lambert drove trucks delivering aggregate materials to customers. Driving trucks delivering aggregate is an integral part of the aggregate business or, stated another way, the sand and gravel business. Not only is it critical to the operating in the aggregate business, it is an excellent way to gather information on local

176347.1

suppliers and purchasers of aggregate materials. I know this because of my extensive experience in driving and owning trucks delivering aggregate materials.

3.

I became aware of construction of an aggregate mining operation in Deatsville, Alabama, in or about the spring of 2005. This operation is a short distance from Elmore. I believe that Harry Lambert was involved in this construction because welders had come by Elmore and asked where Harry Lambert's pit was.

4.

At around that same time, and on several occasions in 2005, I saw Harry Lambert parking his pick-up truck outside Elmore's gates. It appeared he was watching cycle times for trucks hauling pit run at our plant. He also may have been doing this determine where trucks were transporting our finished product and to determine how long it took for these trucks to make these deliveries.

5.

In April of 2006, Harry Lambert came onto Elmore's property without permission and came into my office and aggressively told me that if I wanted to know anything about his business, I should come and ask him. Mr. Lambert also stated that we could either be friends or enemies and that we did not need to be competing for employees. Apparently, Mr. Lambert was angry that certain The Concrete Company employees had mentioned Elmore as a source of information with respect to Mr. Lambert's involvement in aggregate mining, sales and transportation.

FURTHER AFFIANT SAYETH NOT.

This _2_ day of _Febr_____, 2007.

176347.1

_____
DAVID N. GADDY

Sworn to and subscribed before me this
2nd day of February, 2007.
_____
NOTARY PUBLIC
My Commission Expires: 10-13-10

176347.1