# Exhibit 10

ORIGINAL

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE CONCRETE COMPANY,

    Plaintiff,

Vs.

HARRY E. LAMBERT,
CAROL'S CONTRACTING, INC.,
and ALABAMA GRAVEL, LLC,

    Defendants.

CIVIL ACTION NO.
2:05-cv-1026-C

\* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF HARRY E. LAMBERT, taken pursuant to stipulation and agreement before Patricia G. Starkie, Registered Diplomate Reporter, CRR, and Commissioner for the State of Alabama at Large, in the Law Offices of Rushton, Stakely, Johnston & Garrett, 184 Commerce Street, Montgomery, Alabama, on August 29, 2006, commencing at approximately 9:25 a.m.

\* \* \* \* \* \* \* \* \* \* \* \*

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.

1  MR. BAILEY: Object to the form.
2  Go ahead.
3  A.  She would check it out. She's got a lot of
4  good common sense.
5  Q.  Did you participate in the decision to form
6  CCI with her?
7  A.  Did I participate?
8  Q.  Yes, sir.
9  A.  No.
10 Q.  Did you give her any advice on how to form
11 the company?
12 A.  No.
13 Q.  Did you give her any advice on what trucks
14 to buy for the company?
15 A.  Not in a business sense.
16 Q.  What sense did you give her that advice in?
17 A.  In a -- she might ask me at the supper
18 table, you know, if I thought she maybe
19 ought to buy what kind of truck, and it
20 would be the same thing as if she asked me
21 if she wanted to buy a different lawn mower
22 or what. It was in a husband and wife is
23 any talk that we would have. But in a

1   business sense, no.
2   Q. Did you have any communications with any
3      truck dealers about trucks CCI was going to
4      purchase?
5   A. I don't recall at this time, no.
6   Q. Did you drive trucks for CCI immediately
7      after it was formed?
8            MR. BAILEY: Object to the form.
9            Immediately is not defined.
10           But go ahead and answer.
11  A. I drove trucks sometime after it was
12     formed, yes.
13  Q. And those were trucks that your wife had
14     purchased?
15  A. Yes.
16  Q. And is it your testimony that you didn't
17     participate in discussions with the truck
18     dealers about those trucks before they were
19     purchased?
20  A. Not that I recall.
21  Q. Is it possible that you participated in
22     those?
23  A. Anything's possible.

| | | |
|---|---|---|
| 1 | | communicate with -- or that you can't |
| 2 | | recall communicating with the truck dealers |
| 3 | | from where CCI purchased its initial |
| 4 | | trucks? |
| 5 | A. | That's right. |
| 6 | Q. | Do you know if the trucks were leased or if |
| 7 | | they were purchased? |
| 8 | A. | I don't know. |
| 9 | Q. | Do you know if the trucks were financed? |
| 10 | A. | I don't know. |
| 11 | Q. | Do you know what kind of trucks they were, |
| 12 | | the first trucks? |
| 13 | A. | I believe -- I don't know. |
| 14 | Q. | Were they Mack trucks? |
| 15 | A. | They could have been, yes. |
| 16 | Q. | And did there come a time when CCI |
| 17 | | purchased Peterbilt trucks? |
| 18 | A. | Yes. Yes. |
| 19 | Q. | And did you have any communications with |
| 20 | | the Peterbilt dealers? |
| 21 | A. | Not that I recall. |
| 22 | Q. | During the time period up to January 2nd, |
| 23 | | 2006, were you involved in the maintenance |

69

1  issues related to CCI trucks?
2      MR. BAILEY: Object to the form.
3      Answer as best you can.
4  A. When you say maintenance issues, that
5     covers a lot of ground. What are you --
6  Q. Did you assist CCI in making sure the
7     trucks were up -- were kept up well?
8  A. I assisted CCI in some of the work that was
9     done on the trucks, yes.
10 Q. And what was that? How did you assist
11    them?
12 A. Helped change tires, put brakes on, such as
13    that.
14 Q. All right. Have you done that -- did you
15    do that after CCI began hauling for Alabama
16    Gravel?
17 A. Yes.
18 Q. And did you do that when CCI was hauling
19    other aggregate products before it went to
20    haul for Alabama Gravel?
21     MR. BAILEY: Object to the form.
22     If you understood, go ahead.
23 A. Yes.

70

1  Q. And, in fact, have you offered that assistance throughout the life of CCI?
3  A. Yes.
4  Q. Have you been paid anything for that?
5  A. No.
6  Q. Have you received any payment at all from CCI for your services?
8  A. Just a roof over -- Not from CCI, no.
9  Q. Did you get paid by somebody else for your services to CCI?
11 A. I wasn't paid any money. I was furnished a roof over my head and food to eat.
13 Q. And are you aware of your wife drawing a salary from CCI?
15 A. I'm not aware of that, no.
16 Q. Did you participate in discussions about how much of a salary she was going to draw from CCI?
19 A. No.
20 Q. How did CCI locate its first drivers?
21 A. I don't know.
22 Q. Do you know who the first drivers were?
23 A. I believe that one of them was Grady

84

1   A.   Montgomery Materials.
2   Q.   And how did they deal with Foshee Trucking?
3   A.   They hired the trucks to haul some
4        oversized aggregate to the barge.
5   Q.   And were you responsible for arranging that
6        relationship with Foshee Trucking?
7   A.   Partly, yes.
8   Q.   And you knew some people at Foshee Trucking
9        when you were with Montgomery Materials,
10       LLC?
11  A.   Yes.
12  Q.   And is it your testimony that you did not
13       put CCI in touch with Foshee Trucking?
14  A.   Not that I recall, no.
15  Q.   Could it have happened?
16  A.   Anything's possible.
17  Q.   But you just can't recall?
18  A.   I can't recall.
19  Q.   And do you know how CCI negotiated its
20       arrangement with Foshee Trucking?
21  A.   No.
22  Q.   And do you know if they had a good deal
23       with Foshee Trucking?

| | | |
|---|---|---|
| 1 | A. | It could be a lot of things. |
| 2 | Q. | Did Mr. Maddox contact you about arranging |
| 3 | | the shipment of white oversized material to |
| 4 | | his operation? |
| 5 | A. | Say that again. |
| 6 | Q. | Did Mr. Maddox contact you about arranging |
| 7 | | shipment of white oversized material to |
| 8 | | him? |
| 9 | A. | When you say arrange, what do you mean? |
| 10 | Q. | Did he call you looking for white oversized |
| 11 | | material? |
| 12 | A. | Did he call me looking for white oversized |
| 13 | | material? |
| 14 | Q. | Yes. |
| 15 | A. | That's -- no. |
| 16 | Q. | Did he call you to purchase white oversized |
| 17 | | material from Alabama Gravel? |
| 18 | A. | No. |
| 19 | Q. | Did he call CCI to purchase white oversized |
| 20 | | material? |
| 21 | A. | No. |
| 22 | Q. | Then what were the conversations between |
| 23 | | you and Mr. Maddox during that time period? |

93

1  A.  Me and Mr. Maddox are close friends.
2     He's -- we've been close friends for
3     years. It could be many things. It could
4     be a casual conversation. It could be
5     talking about fishing. It could be talking
6     about several things.
7        One of the things that it could be
8     talking about is he had made
9     arrangements -- when he called me and told
10    me he had made arrangements to buy material
11    from Alabama Gravel, and would there be
12    trucks available to load two, three, four
13    or ever how many railroad cars he had.
14    Would there be trucks available to do that
15    since CCI was doing the hauling. He would
16    either call myself or he would call my
17    wife, and my wife would call me to see what
18    the availability of the trucks were.
19 Q.  Did he call you -- did you put Mr. Maddox
20    in touch with Alabama Gravel for the first
21    time?
22 A.  I don't remember. I don't remember.
23 Q.  Was he aware of Alabama Gravel at the time

1  Q. Was there a discussion at that time as to
2     any particular form of aggregate that
3     Mr. Alexander and Mr. Tuten were looking to
4     sell?
5  A. What Dave was interested in would be a
6     metallurgical grade gravel is the best of
7     my recollection.
8  Q. And would that include white oversized
9     gravel?
10 A. That would include white oversized, yes.
11 Q. Were you aware of at that time any supply
12    issues that Simcala was having with respect
13    to white oversized?
14 A. You know, I don't know -- all that time
15    frame was kind of together.  It could have
16    been right after that or it could have been
17    right before that.  I don't remember.  But
18    it was along that same time, yes.
19 Q. How did you learn about that?
20 A. Simcala had called me and wanted me to come
21    in and meet with them.
22 Q. What did you tell them?
23 A. I said, okay.

131

1  Q.  And did you go and meet with Simcala?
2  A.  I met with, yeah, two representatives of
3      Simcala.
4  Q.  And who were they?
5  A.  One of them was Dick Wymer, and the other
6      one was Ed Boardwine, the best of my
7      recollection.
8  Q.  What was the date of that meeting?
9  A.  I don't know the exact date.
10 Q.  But was it in late 2004?
11 A.  I would think that it was early 2005 is
12     what I would think, very early.
13 Q.  And were you the only one present at that
14     meeting with the Simcala folks?
15 A.  Yes.
16 Q.  All right. And what did you-all talk
17     about?
18 A.  They wanted to know when -- you know, I
19     don't remember the exact sequence of how
20     things were talked about, but, you know,
21     the basic things, they wanted to know if I
22     could go in the sand and gravel business,
23     and I told them I was in jail; that I

|    |    |    |
|----|----|----|
| 1  |    | couldn't go in, and I couldn't even attempt |
| 2  |    | to go in until January the 2nd of 2006. |
| 3  |    | Also they told me that they were having a |
| 4  |    | supply problem; that The Concrete Company |
| 5  |    | could not supply their needs.  That they |
| 6  |    | had gone up on the price and they had cut |
| 7  |    | them way back, and that they were going to |
| 8  |    | run out of oversized -- white oversized |
| 9  |    | gravel or have to make arrangements to rail |
| 10 |    | it in or truck it in or what have you and |
| 11 |    | was there any way I could help them. |
| 12 | Q. | And what did you tell them? |
| 13 | A. | I told them me personally, no. |
| 14 | Q. | All right.  Did you recommend somebody |
| 15 |    | else? |
| 16 | A. | I told them I was working with Robert |
| 17 |    | Alexander up in north Alabama, and that he |
| 18 |    | could possibly be interested in doing |
| 19 |    | something. |
| 20 | Q. | Did you have any idea where Robert |
| 21 |    | Alexander would get white oversized to |
| 22 |    | provide to Simcala at that time? |
| 23 | A. | No, I -- no.  Not that I recall, no. |

133

1  Q. Then how did you think that Robert
2     Alexander was going to be able to help
3     them?
4  A. I didn't know.
5  Q. So did you give them Robert Alexander's
6     number?
7  A. I don't remember if I gave them Robert
8     Alexander's number or I told them that I
9     would have Robert Alexander call them. It
10    was probably one or the other.
11 Q. Anything else you recall about that
12    discussion with Dick Wymer and --
13        I believe you said Mr. Boardwine? Did
14    you say that?
15 A. Yes.
16        It was several things discussed. It
17    was kind of a -- you know, 30 or 45-minute
18    meeting probably. They were -- that's all
19    I can recall being discussed, you know,
20    specifically recall, but I'm sure we talked
21    about other things. I don't know.
22 Q. Now, at that time, am I correct that in
23    early January 2005 that there were two

1  A.  Yes, I own some tools.
2  Q.  Where do you keep your tools?
3  A.  I usually keep them in my pickup truck.
4  Q.  And you don't keep --
5  A.  Well, it's not my pickup truck, actually.
6      I keep them in the pickup truck.
7  Q.  And who owns the pickup truck?
8  A.  I think Carol's Contracting owns the pickup
9      truck.
10 Q.  And that's a truck you drive?
11 A.  The pickup truck, yes.
12 Q.  So your vehicle is owned by Carol's
13     Contracting?
14 A.  I think so.
15 Q.  Now, were you aware of how Mr. Alexander,
16     Mr. Tuten, and Mr. Dasinger came to meet in
17     your wife's shop as you describe it?
18 A.  I don't really remember the specifics of
19     how they got together, no.
20 Q.  Did they call you about having a meeting
21     there?
22 A.  I don't remember.
23 Q.  Did they schedule that meeting through your

| | | |
|---|---|---|
| 1 | Q. | Are you aware of how much Alabama Gravel |
| 2 | | paid CCI per ton to haul white oversized |
| 3 | | from Gentry to Simcala? |
| 4 | A. | Yes. |
| 5 | Q. | How much was it? |
| 6 | A. | $6 a ton. |
| 7 | Q. | All right. Do you know how that rate was |
| 8 | | arrived at? |
| 9 | A. | Carol came up with it, I'm sure. |
| 10 | Q. | Did you participate in the discussions that |
| 11 | | led to the arrival at that rate? |
| 12 | A. | Not that I recall. She maybe mentioned it |
| 13 | | to me privately, but in a business sense, |
| 14 | | no. |
| 15 | Q. | Do you recall her mentioning it to you |
| 16 | | privately? |
| 17 | A. | I don't really recall it, but she could |
| 18 | | have. |
| 19 | Q. | Did you give Mrs. Lambert information that |
| 20 | | she used to formulate that rate? |
| 21 | A. | Ask that again. |
| 22 | Q. | Did you give Mrs. Lambert information that |
| 23 | | she used in order to come up with the $6 a |

1    ton rate?
2  A. You're talking about any information?
3  Q. Yes, sir.
4  A. I would say I did, yes.
5  Q. What information was that?
6  A. I don't -- I don't remember it, but I'm
7     sure I did.
8  Q. And are you aware that that rate is grossly
9     disproportionate to what other hauling
10    companies charge for that?
11 A. No, I'm not aware.
12 Q. Are you aware that it's two to three
13    dollars a ton more than what Elmore Sand
14    and Gravel can charge to deliver to
15    Simcala?
16 A. Elmore Sand and Gravel would be closer, so
17    it would be less. But, no, I think that
18    you're wrong in that.
19 Q. So if Mr. Stanley testifies that $6 a ton
20    was grossly disproportionate to the market
21    for hauling, he wouldn't be telling the
22    truth?
23 A. I would tell you that Mr. Stanley would