178

1    conversation about a lawsuit if there is
2    such a thing.
3 Q. Does Don Triplett have any relationship now
4    with Alabama Gravel?
5 A. Not that I know of.
6 Q. Do you have any sort of a business
7    relationship with Don Triplett?
8 A. Not me, no.
9 Q. Do you know what he does for a living now?
10 A. I have no idea.
11 Q. Do you know how much CCI was paid to haul
12    Alabama Gravel white oversized to Globe?
13         MR. BAILEY: Object to the form.
14         Answer as best you can.
15 A. You talking about Globe in Selma?
16 Q. Yes, sir.
17 A. I think $5 a ton, I believe. Now, I think
18    that.
19 Q. And did you participate in the discussions
20    that led to that price being arrived at?
21 A. I could have supplied some mileage
22    information to Carol. I don't know. I
23    don't remember.

1   A.   Well, I drove. I don't remember if it was
2        up or over or down, but I got there.
3   Q.   All right. Do you know why you would have
4        called Southern Steel and Pipe in September
5        of 2005?
6                MR. BAILEY:  Object to the form.
7                You can go ahead and answer.
8   A.   I don't know that I did call them.
9   Q.   Have you reviewed the phone records that we
10       subpoenaed and were produced to your
11       attorney?
12  A.   I thumbed through them very briefly.
13  Q.   Would it surprise you to know that you
14       called Southern Steel and Pipe four times
15       in September 2005?
16  A.   I don't know that I did call them. I don't
17       recall calling them.
18  Q.   Do you recall speaking to them for 19.6
19       minutes on September 26th, 2005?
20  A.   No, I don't recall that.
21  Q.   Are you aware that in September 2005,
22       Southern Steel and Pipe was doing work for
23       Alabama Gravel at the Deatsville site?

1  A.  No, I'm not aware of that.
2  Q.  In fact, are you aware that they invoiced
3      Alabama Gravel on September 22nd and
4      October 3rd and October 25th, among other
5      dates, in 2005?
6  A.  I couldn't have no way of knowing that.
7  Q.  Do you know what Southern Steel and Pipe
8      does?
9  A.  They sell steel, I think.
10 Q.  And would your business ventures in
11     September of 2005 require for you to deal
12     with a steel company?
13 A.  Not me, no.
14 Q.  And your cell phone number is (334)
15     202-7177, isn't it?
16 A.  That's right.
17 Q.  And you don't have any recollection of
18     talking to them four times where you called
19     them in September 2005?
20 A.  I don't have any recollection of me calling
21     them, no.
22 Q.  Did you let somebody else use your cell
23     phone?

1   A.   Occasionally.
2   Q.   How often?
3   A.   Oh, I don't know.
4   Q.   Do you think somebody else could have used
5        your cell phone to call Southern Steel?
6   A.   They could have.
7   Q.   Who do you think that could have been?
8   A.   It could have been Robert Alexander. It
9        could have been Rex Dasinger. It could
10       have been -- you know, I've loaned my phone
11       to some of the truck drivers. So it could
12       have been numerous people.
13  Q.   All right. And so you don't recall calling
14       them in September, and is it your testimony
15       that the call could have been placed by
16       somebody you loaned your phone to?
17  A.   Yeah, that's true.
18  Q.   Four times? September 21, September 26,
19       September 27, September 28? On those four
20       separate days, is it your testimony you
21       could have loaned your phone to somebody to
22       call Southern Steel?
23  A.   I don't know that I would have loaned it to

| | | |
|---|---|---|
| 1 | | them specifically to call Southern Steel. |
| 2 | | I could have loaned them my phone, yes.  I |
| 3 | | do that occasionally. |
| 4 | Q. | And are you aware that Southern Steel was |
| 5 | | involved with the construction of the |
| 6 | | Deatsville site? |
| 7 | A. | No, not really. |
| 8 | Q. | Have you seen, Mr. Lambert, what's been |
| 9 | | Bates stamped AG00108? |
| 10 | A. | Have I seen it? |
| 11 | Q. | Yes, sir. |
| 12 | A. | I don't recall seeing it. |
| 13 | Q. | Well, let me represent to you that's an |
| 14 | | invoice from Southern Steel to Alabama |
| 15 | | Gravel dated September 22nd, 2005.  Do you |
| 16 | | recognize the types of items described on |
| 17 | | that invoice? |
| 18 | A. | Channel iron, angle iron, some green rags, |
| 19 | | angle iron, channel iron, plate, channel |
| 20 | | iron, used pipe.  Yeah. |
| 21 | Q. | And those are the kinds of equipment that |
| 22 | | are used in the construction of a mining |
| 23 | | operation, are they not? |

1    been somebody else.
2  Q. Do you know a company Alcon Machinery and
3     Equipment Company?
4  A. I don't recognize that name, no.
5  Q. Do you recall placing phone calls to them?
6  A. I don't recognize the name, so I wouldn't
7     recall placing any phone calls to them.
8  Q. What about receiving calls from them?
9  A. I don't -- I don't recall any, no.
10 Q. Do you know Trey Holley?
11 A. Yeah, I know Trey Holley.
12 Q. What does Trey do for a living?
13 A. He works I think for the Volvo store.
14 Q. And does CCI use trucks from the Volvo
15    store?
16 A. They have --
17    Does CCI use trucks from the Volvo
18    store? No. No.
19 Q. Do you know if the Deatsville operation
20    uses Volvo trucks?
21 A. They have one out there, yes.
22 Q. Do you recall speaking to Mr. Holley about
23    getting a Volvo truck for the Deatsville

1    operation before January 2006?
2  A. For the Deatsville operation?
3  Q. Yes, sir.
4  A. No, I don't recall that.
5  Q. Do you recall speaking to Mr. Holley before
6     January 2006 about Volvo trucks?
7  A. No, I don't really recall speaking to him.
8  Q. What does the company Russell Petroleum
9     Corporation do?
10 A. They supply fuel to Carol's Contracting.
11 Q. And do you recall speaking to them a number
12    of times in August 2005?
13 A. I could have, but I don't recall.
14 Q. Would you have been responsible to get fuel
15    for some of the CCI trucks?
16 A. I could have. I don't remember. That's
17    possible.
18 Q. Do you know the company Cohn Equipment
19    Rental Company, Inc.?
20 A. Not right offhand, no.
21 Q. Do you recall speaking to them in November
22    and December 2005 about renting some
23    equipment?

| | | |
|---|---|---|
| 1 | A. | I don't recall that, no. |
| 2 | Q. | Do you know the company Alabama Trailer and |
| 3 | | Truck Parts? |
| 4 | A. | I -- no. I mean, I think I've heard of |
| 5 | | them, but I really don't know of them. |
| 6 | Q. | Do you know Bobby and Nancy Harvey? |
| 7 | A. | Bobby Harvey? |
| 8 | Q. | Yes, sir. |
| 9 | A. | Yes, I know Bobby Harvey. |
| 10 | Q. | Who is Bobby Harvey? |
| 11 | A. | Bobby Harvey used to own Elmore Sand and |
| 12 | | Gravel. |
| 13 | Q. | Do you know why you were speaking to him in |
| 14 | | December 2005? |
| 15 | A. | I have no idea. I've known Bobby Harvey |
| 16 | | for a long time, and it was probably |
| 17 | | personal. |
| 18 | Q. | We spoke of Mr. Maddox. You know who that |
| 19 | | is, I guess. |
| 20 | A. | Yes, I do. |
| 21 | Q. | And my question is do you know why you |
| 22 | | would have been calling Jim Maddox in |
| 23 | | August of 2005 and in July 2005? |

| | | |
|---|---|---|
| 1 | A. | If it was me, to talk to him, I guess. |
| 2 | | I've known Jim for a long time. Jim used |
| 3 | | to work for a company that I ran and, you |
| 4 | | know, I talk to Jim every now and again. |
| 5 | Q. | Would it have been about coordinating |
| 6 | | shipments of Alabama Gravel white oversized |
| 7 | | to Mr. Maddox? |
| 8 | A. | It could have been, yes. |
| 9 | Q. | So you would have spoken to him about |
| 10 | | coordinating? |
| 11 | A. | I could have. I could have. |
| 12 | Q. | Do you know the company Webb Concrete and |
| 13 | | Building Materials? |
| 14 | A. | Yeah. I think they're up around Oxford, |
| 15 | | Alabama. I believe they are. |
| 16 | Q. | What do they do? |
| 17 | A. | They're in the concrete business. |
| 18 | Q. | What dealings would you have had with them |
| 19 | | in August 2005? |
| 20 | A. | I don't know. |
| 21 | Q. | Don't know why you would have called them? |
| 22 | A. | I don't know that I did. |
| 23 | Q. | Do you know who Dave Jones is? |

1 talked to him.
2 Q. But he's been providing equipment since
3 after January 2nd, 2006, hasn't he?
4 A. Well, he could have been, yes.
5 Q. Do you recall Mr. Maddox calling you more
6 than a dozen times in July and August 2005?
7 A. I don't recall how many times Mr. Maddox
8 called me, but I remember him calling me.
9 Q. And we've talked about some of those calls
10 might have been related to coordinating
11 white oversized?
12 A. Yeah. He could have asked if trucks were
13 available or what have you.
14 Q. Do you know who a Pete Long is?
15 A. Pete Long? Not right off. Not right
16 offhand.
17 Q. Do you know any reason why you would have
18 been talking to him in October '05?
19 A. Again, I don't -- I don't know and I don't
20 know that I did.
21 Q. What about Pond River Steel? Do you know
22 that company?
23 A. Pond River Steel? They's -- a couple of

1  conveyors out there at Deatsville that's
2  got that name on it.
3  Q. In fact, Pond River Steel is an
4  out-of-state company, isn't it?
5  A. I think so.
6  Q. Do you have any idea how Deatsville would
7  have gotten hooked up with Pond River
8  Steel?
9  A. Are you talking about Alabama Gravel?
10 Q. Yes, sir.
11 A. No, I don't.
12 Q. Did you place Alabama Gravel in touch with
13    Pond River Steel?
14 A. No, I did not.
15 Q. Do you know why they called you on October
16    12th and October 17th, 2005?
17 A. I have no idea.
18 Q. Would it surprise you to know that they
19    invoiced Alabama Gravel on October 25th,
20    2005?
21 A. I don't know.
22 Q. So it's your testimony that you didn't
23    coordinate between Pond River Steel and

1       Alabama Gravel?
2  A.   No.
3  Q.   And you don't know how or why they called
4       you?
5  A.   I don't have any idea.
6  Q.   Do you know why Simcala was calling you on
7       July 26th, 2005 and August 22nd, 2005?
8  A.   I don't know.
9  Q.   Were they calling you to coordinate
10      shipments of white oversized?
11 A.   It could have been.
12 Q.   So would they have called you to tell you
13      they needed more white oversized?
14 A.   I don't remember.  I don't know.
15 Q.   Do you know why Southern Steel would have
16      called you more than a dozen times between
17      September 2005 and October 25th, 2005?
18 A.   I don't know.
19 Q.   And those calls, it's your testimony those
20      calls had nothing to do with the Deatsville
21      construction?
22 A.   No, they wouldn't have.
23 Q.   Despite the fact that they were working on

| | | |
|---|---|---|
| 1 | | the Deatsville site at that time? |
| 2 | A. | They wouldn't have been calling me about |
| 3 | | the Deatsville site. |
| 4 | Q. | What would they have been calling you |
| 5 | | about? |
| 6 | A. | I don't know. |
| 7 | Q. | Did you have any business ventures at that |
| 8 | | time that would have required you to use |
| 9 | | the services of Southern Steel and Pipe, |
| 10 | | Inc.? |
| 11 | A. | No. |
| 12 | Q. | Do you know who Larry Speaks is? |
| 13 | A. | Yes, I do. |
| 14 | Q. | What does he do? |
| 15 | A. | He's in the engineering business. |
| 16 | Q. | Do you know why Larry Speaks -- |
| 17 | | Let me ask you this. Did you talk to |
| 18 | | Larry Speaks at all in 2005? |
| 19 | A. | I could have. I don't remember. |
| 20 | Q. | Did you recommend Larry Speaks to Alabama |
| 21 | | Gravel to do the permit work on the |
| 22 | | Deatsville site? |
| 23 | A. | I don't remember whether I did or did not. |

1  Q.  So it's your testimony -- do you know how
2      Larry Speaks came to do the work on the
3      Deatsville site?
4  A.  No, I do not.
5  Q.  Are you aware that he did do the permit
6      work on that site?
7  A.  I'm not really aware of that. I got aware
8      of that after 2006, but I wasn't aware of
9      it before that.
10 Q.  Do you know what Cowin Equipment Company
11     is?
12 A.  They are an equipment dealer.
13 Q.  What kind of equipment do they deal in?
14 A.  They sell about everything. They sell
15     excavators, trucks, just a little bit of
16     everything.
17 Q.  Do they sell over-the-road trucks?
18 A.  Not that I know of.
19 Q.  So in the mining operation, you would use
20     excavators; is that correct?
21 A.  Yes.
22 Q.  And you use trucks that are --
23 A.  Off-road trucks.

220

1  Q.  -- off-road trucks?
2  A.  Yes.
3  Q.  And that's the kind of equipment that Cowin
4      Equipment Company provides, is it not?
5  A.  Yes. They sell air compressors. They sell
6      all kinds of stuff.
7  Q.  All kinds of things that you could use in a
8      mining operation?
9  A.  Yeah, things that you could move -- or use
10     in a lot of things.
11 Q.  Do you know why they called you a dozen
12     times or more from July to December 2005?
13 A.  I don't remember. They might have been
14     calling me to see if I was going back in
15     business or whatever reason. I don't know
16     why they would call me.
17 Q.  Weren't they calling you about equipment
18     that was being used in Deatsville?
19 A.  No.
20 Q.  It's your testimony that you had no
21     dealings with Cowin Equipment Company
22     related to the Deatsville site before
23     January 2nd, 2006?