221

1  A.  That's right.
2  Q.  Do you know what Alabama Machinery and
3      Supply Company does?
4  A.  Not right offhand, no.
5  Q.  You don't have any idea of whether or not
6      they do things related to the mining
7      business?
8  A.  Not right offhand.
9  Q.  L.L. Hodge Machine Works. Do you know who
10     that is?
11 A.  No, not right offhand, no.
12 Q.  Do you know a guy named Nelson Abdulla?
13 A.  Nelson Abdulla?
14 Q.  Yes, sir.
15 A.  Not right offhand. You'd think that if I
16     had heard that name, I would remember it,
17     but I don't remember that offhand.
18 Q.  Now, I can understand a number of phone
19     calls between your wife's number and your
20     cell phone, the hundreds I see here. What
21     I'm curious about is why there is almost an
22     equal number of phone calls made from
23     Alabama Gravel to your cell phone between

1    July 2005 and the end of 2005.
2  A. I'm sure it was my wife calling me.
3  Q. So would she have been calling you from the
4     Alabama Gravel office?
5  A. She could have been. I guess so.
6  Q. Anybody else from Alabama Gravel call you
7     during that time period?
8  A. No.
9  Q. Well, I mean, except for Dave Tuten. You
10    talked to Dave Tuten during that time
11    period, didn't you?
12 A. Oh, I talked -- yeah, I talked to Dave
13    Tuten and I talked to Robert Alexander
14    during that time period, but I thought you
15    was talking about from Alabama Gravel's
16    office.
17 Q. That's what I was just clarifying. All
18    right.
19        Do you know why Mr. Alan King called
20    you 104 times from July 2005 to December
21    2005?
22 A. Me and Alan King are long-time friends,
23    and -- I don't know what all them

1  conversations would have been for, no.
2  Q. And you're aware that during that same time
3     period, Mr. King was providing services to
4     Alabama Gravel?
5  A. That's right.
6  Q. Do you know under what name Mr. King bills
7     for those services?
8  A. I don't know.
9  Q. What company does he work for?
10 A. He works for his own company. I don't know
11    what the name of it is.
12 Q. And isn't it a company that he would be
13    invoicing Alabama Gravel for?
14 A. What?
15 Q. He would be invoicing Alabama Gravel for
16    work, wouldn't he?
17 A. I'm sure he would.
18 Q. Is it your testimony that during those 104
19    conversations you guys stayed away from --
20    excuse me -- during the 104 times he called
21    you, you guys stayed away from talking
22    about the Deatsville site and what he was
23    doing there?

224

1  A.  Oh, I'm sure that he has mentioned the
2      Deatsville site to me in casual
3      conversation, but, you know, any specifics
4      about it, I don't recall any specifics.
5  Q.  Aren't you coordinating his construction
6      work on that site during those phone calls?
7  A.  Am I coordinating?
8  Q.  Weren't you doing that when you were
9      talking to him?
10 A.  No.
11 Q.  It's your testimony you weren't instructing
12     him on what to do on that site during that
13     time?
14 A.  That's right.
15 Q.  And the 104 conversations that you had when
16     he called you had nothing to do with that?
17 A.  No.
18 Q.  The phone records reveal literally hundreds
19     of calls between you and the other CCI cell
20     phone numbers.  Can you explain to me how
21     and why you placed so many of those calls?
22 A.  No.
23 Q.  Under what circumstances would you need to

225

| | | |
|---|---|---|
| 1 | | talk to the other drivers that many times? |
| 2 | A. | Under what circumstances would I need to |
| 3 | | talk to the drivers that many times? I |
| 4 | | don't know. |
| 5 | Q. | Weren't you dispatching those drivers for |
| 6 | | CCI, hauling jobs? |
| 7 | A. | Direct dispatch, sometimes I did, yes. |
| 8 | Q. | Did you have any business dealings with |
| 9 | | Neil Fuller from July to December 2005? |
| 10 | A. | Carol's Contracting did. Me personally, |
| 11 | | no. |
| 12 | Q. | And in what way did Carol's Contracting |
| 13 | | deal with Neil Fuller? |
| 14 | A. | Well, wait. I may have my dates mixed up. |
| 15 | | In 2005, Carol had one or two trucks. |
| 16 | | Carol's Contracting had one or two. 2004 |
| 17 | | and 2005, she had one or two trucks leased |
| 18 | | on with Fuller Five Trucking. |
| 19 | Q. | In July of 2005 while CCI was hauling for |
| 20 | | Alabama Gravel, they also were dealing with |
| 21 | | Neil Fuller? |
| 22 | A. | They could have been, yes. |
| 23 | Q. | Under what -- |

1  A.  Because there was a period of time that
2      they left and went to hauling other
3      material in 2005.
4  Q.  Under what circumstances would you have
5      dispatched drivers for CCI in 2005?
6  A.  Is that the drivers would ask me how many
7      loads to haul, and I would tell them, lots
8      of times on a daily basis, to haul X amount
9      of loads to Globe, X amount of loads to
10     Simcala per truck.  So I talked to them on
11     a daily basis to see how many loads that
12     they hauled.  I'd call them and ask them if
13     they -- how many loads that they had
14     hauled.  Just different reasons.
15 Q.  And am I correct that the Gentry pit is no
16     longer producing white oversized?
17 A.  You're right.
18 Q.  In fact, that pit's been -- the lease there
19     has been depleted; is that correct?
20 A.  I don't know that, no.  I don't know that.
21 Q.  Wasn't Alabama Gravel running around the
22     clock, hauling white oversized out of that
23     pit to Simcala and Globe?

| | | |
|---|---|---|
| 1 | A. | Was Alabama Gravel running around -- |
| 2 | Q. | Well, CCI hauling around the clock out of |
| 3 | | that pit? |
| 4 | A. | No. No, not necessarily around the clock. |
| 5 | | Some of the drivers, to avoid traffic, |
| 6 | | would start at two o'clock in the morning |
| 7 | | and go until two o'clock in the evenings, |
| 8 | | and some of them would want to be off and |
| 9 | | things like that, so they were allowed to |
| 10 | | haul when they wanted to. |
| 11 | Q. | And you coordinated that with them? |
| 12 | A. | I coordinated some of that, yeah. They |
| 13 | | would call me or I would call them and ask |
| 14 | | them what hours they were going to run and |
| 15 | | what have you. |
| 16 | Q. | Do you know who Hardy Taylor is? |
| 17 | A. | He's a Caterpillar salesman. |
| 18 | Q. | Do you know why he would have called you |
| 19 | | more than a dozen times from July 2005 to |
| 20 | | the end of 2005? |
| 21 | A. | Hardy and I are good friends. We stay in |
| 22 | | touch. |
| 23 | Q. | And Caterpillar is not something that makes |

1         over-the-road trucks, does it?
2  A.  No, but they make over-the-road engines,
3         and they service them from a Caterpillar
4         store.
5  Q.  Do they service any of the CCI trucks?
6  A.  Yes, they did.
7  Q.  And is it your testimony those calls could
8         have related to CCI trucks needing service?
9  A.  It could have related to that. It could
10        have been a friendship call. It could have
11        been for various reasons.
12  Q.  Could it also have been for obtaining
13        equipment for the Deatsville site?
14  A.  No.
15  Q.  Is there any Caterpillar equipment on the
16        Deatsville site?
17  A.  Yes, there is.
18  Q.  What sort of equipment is there?
19  A.  There's a bulldozer and a couple excavators
20        and I think a Caterpillar truck.
21  Q.  And do you know how the Deatsville site
22        obtained that equipment?
23  A.  I guess that they purchased it from the

229

1      Caterpillar store.
2   Q. From Hardy Taylor's place?
3   A. I would think so. I don't know if they
4      come from there or from Birmingham or from
5      Georgia.
6   Q. Do you know Bubba's Materials?
7   A. Bubba's Materials? I know of them. I
8      don't know them.
9   Q. What do they do?
10  A. They haul crusher run, they haul sand and
11     gravel, they haul topsoil, they haul all
12     kinds of products like that.
13  Q. What about Johnny Harland? Do you know
14     him?
15  A. Johnny Harland? Not offhand, no.
16  Q. Any reason you would have -- he would have
17     called you?
18  A. I don't know.
19  Q. We were speaking of Trey Holley earlier, I
20     believe. What did you say about Trey?
21     Where does he work?
22  A. He works at the Volvo store.
23  Q. And are you aware that he called you from

233

1  could have delivered some for him. That
2  would have been the only connection with
3  the sand and gravel business.
4  Q. How often do you think you talked to Bernie
5  Ostervelt?
6  A. Quite often.
7  Q. When he called you in August, September,
8  October, and November of 2005, your
9  testimony was that had nothing to do with
10 the work Pearce Pump was doing on the
11 Deatsville site?
12 A. That's right.
13 Q. And it's your testimony you had no dealings
14 with Pearce Pump coordinating between them
15 and Alabama Gravel with respect to the
16 Deatsville site?
17 A. That's right.
18 Q. And the fact that they were working or
19 providing materials for the Deatsville site
20 during that time period is just a
21 coincidence?
22 A. I would say so, yes.
23 Q. Mr. Lambert, the phone records indicate

1   hundreds of phone calls in 2005 between you
2   and Dave Tuten. Is it your testimony that
3   none of those phone calls related to work
4   you were doing at the Deatsville site for
5   Alabama Gravel?
6 A. That's right.
7 Q. What were y'all talking about?
8 A. I don't remember.
9 Q. You don't recall any of those phone calls?
10 A. I don't recall any specific phone call, no.
11 Q. There are phone calls here that lasted
12   anywhere from two minutes to 30. You don't
13   recall specifics on any of these phone
14   calls?
15 A. No, I don't.
16 Q. There were days where you talked to
17   Mr. Tuten three and four times, and you
18   don't recall any of the specifics of those
19   phone calls?
20 A. No, I don't.
21 Q. And you don't recall discussing with him
22   the Deatsville operation?
23 A. If -- Dave could have brought it up in

1  casual conversation, but I don't recall any
2  specifics.
3  Q. Texas Crusher System, Inc. Do you know who
4  that is?
5  A. Not really. I'd say they sell crusher.
6  Q. Crusher's used in the sand and gravel
7  business?
8  A. Well, they could sell -- crusher's used in
9  any kind of aggregate business.
10 Q. Do you know why they would have called you
11 in November of 2005?
12 A. I have no idea.
13 Q. Did you consider Dave Tuten to be a better
14 friend than Alan King?
15        MR. BAILEY: Object to the form.
16        Answer as best you can.
17 A. I don't know. They're both good friends.
18 Q. Is there a reason why you spoke to Dave
19 Tuten much more in the same time period
20 than Alan King?
21 A. I wouldn't know.
22 Q. And can you tell me -- I may have asked
23 this, but I have to ask it again -- why you

239

| | | |
|---|---|---|
| 1 | A. | Yeah. Carol's Contracting buys truck parts |
| 2 | | from them. |
| 3 | Q. | Do you recall them phoning you in August |
| 4 | | 2005? |
| 5 | A. | I don't recall any specifics of it, no. |
| 6 | Q. | Do you know what the company Meco, Inc. is? |
| 7 | A. | Meco? No, I don't know who that is. |
| 8 | Q. | Are you aware that Meco, Inc. sells |
| 9 | | refurbished used equipment for the sand and |
| 10 | | gravel business? |
| 11 | A. | No, I'm not aware of that. |
| 12 | Q. | Do you know why they would have called you |
| 13 | | in October 2005? |
| 14 | A. | I have no idea. |
| 15 | Q. | Was that related to the stuff that was |
| 16 | | going on in Deatsville? |
| 17 | A. | I don't have any idea. |
| 18 | Q. | Do you think that they would have called |
| 19 | | somebody else who was borrowing your cell |
| 20 | | phone? |
| 21 | A. | I don't have any idea. |
| 22 | Q. | Do you know what Montgomery Rubber and |
| 23 | | Gasket Company is? |

1  A.  No, it don't.
2  Q.  You called that number 324 times. You
3      don't recognize it?
4  A.  No.
5          MR. GRISTINA:  It's 3:30. Why
6          don't we take a little break?
7          (Brief recess.)
8  Q.  (Mr. Gristina continuing) Mr. Lambert, we
9      talked a little about Caterpillar trucks --
10     excuse me -- Caterpillar lift trucks, and
11     I'm looking at summaries of phone records
12     that indicate that you called them
13     literally dozens of times in July until the
14     end of 2005. Is it your testimony that
15     none of that related to equipment at the
16     Deatsville site?
17 A.  That's correct.
18 Q.  And what could that have possibly related
19     to?
20 A.  I don't recall.
21 Q.  So you don't recall the reason you called
22     Caterpillar on those many occasions?
23 A.  No, I don't recall. I don't recall why.

243

| | | |
|---|---|---|
| 1 | Q. | Do you know why you were calling Simcala in |
| 2 | | July and August and November and December |
| 3 | | 2005? |
| 4 | A. | No, I don't. |
| 5 | Q. | Could that have related to coordinating |
| 6 | | Alabama Gravel's shipments to Simcala? |
| 7 | A. | It's possible. |
| 8 | Q. | And I asked earlier about calls to Southern |
| 9 | | Steel and Pipe. I'm looking again at |
| 10 | | literally dozens of calls from your cell |
| 11 | | phone to Southern Steel and Pipe. Again, |
| 12 | | it's your testimony that you had no |
| 13 | | business dealings with Southern Steel and |
| 14 | | Pipe in 2005? |
| 15 | A. | That's right. They could have been when I |
| 16 | | loaned my phone out. |
| 17 | Q. | About how often would you say you loaned |
| 18 | | your phone out? |
| 19 | A. | I don't remember exactly. |
| 20 | Q. | Where would you have been when you loaned |
| 21 | | your phone out to somebody who had dealings |
| 22 | | with Southern Steel and Pipe? |
| 23 | A. | I don't know. It could have been out at |

| | | |
|---|---|---|
| 1 | | the Gentry pit. |
| 2 | Q. | Were they doing work at the Gentry pit when |
| 3 | | you were out there? |
| 4 | A. | Was who doing work? |
| 5 | Q. | Southern Steel and Pipe. |
| 6 | A. | Not that I know of. |
| 7 | Q. | Do you know what Tire Centers, LLC is? |
| 8 | A. | They're a truck tire dealer. |
| 9 | Q. | And would you have had reason to call them |
| 10 | | for CCI trucks? |
| 11 | A. | Yes, I would. |
| 12 | Q. | Peterbilt of Montgomery. Are you familiar |
| 13 | | with them? |
| 14 | A. | Yes, I am. |
| 15 | Q. | And would you have reason to call them in |
| 16 | | 2005? |
| 17 | A. | Yes, I would. |
| 18 | Q. | What would you have called them for? |
| 19 | A. | About maintenance items for CCI. |
| 20 | Q. | Do you know the company Industrial |
| 21 | | Supplies, Inc.? |
| 22 | A. | Not right offhand, no. |
| 23 | Q. | Do you know why you would have called them |

1   A.   Yes, I do.
2   Q.   How well do you know Steve?
3   A.   Very well.
4   Q.   And do you talk to him from time to time?
5   A.   Yes, I do.
6   Q.   Have you talked to him about going back
7        into the sand and gravel business?
8   A.   Since 2006?
9   Q.   Before 2006.
10  A.   I'm sure I've mentioned to Steve that I
11       want to go back in the sand and gravel
12       business, but any specifics about going
13       back into it before 2006 I don't recall.
14  Q.   Do you know the bank Security Federal Bank?
15  A.   No, not offhand, no.
16  Q.   Do you know why you would have called them
17       in September 2005?
18  A.   No.  I have no idea if I did call them.
19  Q.   Were you arranging financing for equipment
20       through Security Federal Bank?
21  A.   Not me.
22  Q.   Do you know who Bob Becker is?
23  A.   Bobby Becker?

251

1   Q.   Yes.
2   A.   Yes, he's a purchasing agent for Globe.
3   Q.   And do you know why you called the
4        purchasing agent for Globe in July,
5        August -- July and August 2005?
6   A.   I don't know specifics, no.
7   Q.   All right. Were you selling anything to
8        Globe at that time?
9   A.   Not me, no.
10  Q.   And you don't know why you would have
11       called them?
12  A.   Not any specifics, no.
13  Q.   And you know that Globe is a purchaser of
14       white oversized material, correct?
15  A.   That's right.
16  Q.   And that's what -- and they were purchasing
17       white oversized from Alabama Gravel at that
18       time, were they not?
19  A.   That's right.
20  Q.   And you were delivering white oversized in
21       CCI trucks at that time, weren't you?
22  A.   That's correct.
23  Q.   Were you the one who connected Globe with