# Exhibit 11

# WILLINGHAM STONE COMPANY

404-355-8155    1000 HUFF ROAD    800-241-8083
ATLANTA, GEORGIA 30318

CUSTOMER'S P.O. NUMBER: 2294
DATE: 1-17-04

SOLD TO: ADVANCED ROOFING
PRODUCT: Brown #6's
RECEIVED BY: [signature]

SHIP TO: ADVANCED ROOFING LEARNING CENTER PLANTATION FL
ORDER #: 2294
CARRIER: FOSHEE #204
TONS: 24.19
PRICE:
SUB-TOTAL:
SALES TAX:
TOTAL:

No. 181409

---

## Elmore Sand And Gravel, Inc
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805   Fax 334-285-1808

Date: 17-Jan-04  11:30 AM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 2294

| Truck No: 204 | Foshee Trucking | | |
|---|---|---|---|
| Material | Description | Price | Amount |
| #6 Brown | | | |
| Gross Weight | 79980 | | |
| Tare Weight | 31600 | | |
| Net Weight | 48380 | | |
| Tons | 24.19 | | |

BMT-10.
I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Rev. 11/86

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Rec'd by: _____
Delivered by: [signature] Driver

No. 181409

Press Hard - 5 copies.
White-Original... Blue-Customer... Pink-Property Owner...
Green-Driver... Canary-Customer Delivery

TCC00039

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER'S P.O. NUMBER: 2359  
DATE: 3-4-04

SOLD TO: TRIPLE M ROOFING  
PRODUCT: BROWN #6'S  
RECEIVED BY: [signature]

SHIP TO: TRIPLE M ROOFING, SUNRISE FL  
ORDER #: 2359  
CARRIER: FOSHEE #204  
TONS: 24.20  
PRICE:  
SUB-TOTAL:  
SALES TAX:  
TOTAL:  

No. 184561

---

**Elmore Sand And Gravel, Inc**  
1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805  Fax 334-285-1808

Date: 04-Mar-04  11:15 AM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 2359

| Truck No. | Description | Price | Amount |
|---|---|---|---|
| 204 Foshee Trucking | #6 Brown | | |

Material: #6 Brown  
Gross Weight: 80000  
Tare Weight: 31600  
Net Weight: 48400  
Tons: 24.20

BMT-10  
I hereby certify that this shipment of aggregate is from approved Source No. "995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: [signature] Weightmaster/Authorized Representative  
Rev. 11/86

*Note: Appropriate Source Number as assigned  
All claims and returned goods MUST be accompanied by this bill.

Rec'd by: [signature] Driver  
Delivered by: [signature]

No. 184560

Press Hard - 5 copies  
White-Original . . Blue-Customer . . Pink-Property Owner  
Green-Driver . . Canary-Customer Delivery

TCC00084

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER'S P.O. NUMBER: 2294  
DATE: 3-23-04

SOLD TO: ADVANCED ROOFING  
SHIP TO: ADVANCED ROOFING PLANTION FL

PRODUCT: BROWN #6's  
LEFT TICTS. + CERT LETTER ON SEAT OF BOBCAT  
FUEL CHARGE - 3% $28.98

ORDER #: 2294  
CARRIER: FOSHEE #204  
TONS: 24.15  
PRICE:  
SUB-TOTAL:  
SALES TAX:  
TOTAL:

No. 1862(?)

RECEIVED BY:

---

**Elmore Sand And Gravel, Inc**  
1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805  Fax 334-285-1808

Date: 23-Mar-04  4:13 AM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 2294  
Truck No: 204 Foshee Trucking

| Material | #6 Brown |
| --- | --- |
| Gross Weight | 79900 |
| Tare Weight | 31600 |
| Net Weight | 48300 |
| Tons | 24.15 |

Price:  
Amount:

Rev. 11/86  
BMT-10  
I hereby certify that this shipment of aggregate is from approved Source No. "995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned  
All claims and returned goods MUST be accompanied by this bill

Rec'd by: _____  
Delivered by: _____ Driver

No. 186260

Press Hard - 5 copies  
White-Original  Blue-Customer  Pink-Property Owner  Customer

TCC00093

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER'S P.O. NUMBER: 3508  
DATE: 4-8-04

SOLD TO: TRIPLE M ROOFING

PRODUCT: BROWN #6'S

3% FUEL CHARGE  
$32.60

RECEIVED BY: [signature]

SHIP TO: TRIPLE M ROOFING  
LAUDERDALE LAKES

ORDER #: 3508  
CARRIER: FOSHEE #204  
TONS: 24.15  
PRICE:  
SUB-TOTAL:  
SALES TAX:  
TOTAL:

No. 187615

---

**Elmore Sand And Gravel, Inc**  
1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805  Fax 334-285-1808

Date: 08-Apr-04  9:54 AM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 3508

| Truck No. | Material | Description | Price | Amount |
|---|---|---|---|---|
| 204 Foshee Trucking | #6 Brown | 3% FUEL CHARGE | | $32.90 |

Gross Weight: 79900  
Tare Weight: 31600  
Net Weight: 48300  
Tons: 24.15

BMT-10. I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: Weightmaster/Authorized Representative  
*Note: Appropriate Source Number as assigned

Rev. 11/86

All claims and returned goods MUST be accompanied by this bill.

Rec'd by: [signature]  
Delivered by: [signature] Driver

No. 187615

White-Original . . Blue-Customer . . . Pink-Property Owner  
Press Hard - 5 copies

TCC000124

# WILLINGHAM STONE COMPANY

404-355-8155     1000 HUFF ROAD ATLANTA, GEORGIA 30318     800-241-8083

CUSTOMER'S P.O. NUMBER: 2294
DATE: 3-15-04

SOLD TO: ADVANCED ROOFING

PRODUCT: BROWN #6's

RECEIVED BY: Luther

SHIP TO: ADVANCED ROOFING PLANTATION FL

ORDER #: 2294
CARRIER: FOSHEE #204
TONS: 24.20
PRICE:
SUB-TOTAL:
SALES TAX:
TOTAL:

No. 18550

---

**Elmore Sand And Gravel, Inc**
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805   Fax 334-285-1808

Date: 15-Mar-04   12:30 PM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 2294

| Truck No: | Material | Description | Gross Weight | Tare Weight | Net Weight | Price | Amount |
|---|---|---|---|---|---|---|---|
| 204 | #6 Brown | Foshee Trucking | 80000 | 31600 | 48400 | | |
| Tons | | | | | 24.20 | | |

$40.00 Ton
+ 3% OF
Total Due = $989.04

BMT-10
I hereby certify that the ... from approved Source specifications for this is true and accurate.

Signed Weightmaster

*Note: Appropriate Source Number as assigned
All claims and returned goods MUST be accompanied by this bill

Rec'd by: _____ Customer
Delivered by: _____ Driver

No. 185502

Press Hard - 5 copies
White-Original . . . Blue-Customer . . . Pink-Property Owner

TCC000154

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER'S P.O. NUMBER: 3530  
DATE: 5-5-04

SOLD TO: Cyclone Roofing

PRODUCT: Brown #6's

390 FUEL SURCHARGE $34.70

RECEIVED BY: [signature]

SHIP TO: Cyclone Roofing, Southport N.C.

ORDER #: 3530  
CARRIER: Foshee #204  
TONS: 24.10  
PRICE:  
SUB-TOTAL:  
SALES TAX:  
TOTAL:

No. 18959

---

**Elmore Sand And Gravel, Inc**  
1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805  Fax 334-285-1808

Date: 05-May-04  12:19 PM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 3530

| Truck No. | Material | Description | Price | Amount |
|---|---|---|---|---|
| 204 Foshee Trucking | #6 Brown | | | |

Gross Weight: 79800  
Tare Weight: 31600  
Net Weight: 48200  
Tons: 24.10

BMT-10  
I hereby certify that this shipment of aggregate is from approved Source No. 995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: Weightmaster/Authorized Representative

Rev. 11/86

*Note: Appropriate Source Number as assigned  
All claims and returned goods MUST be accompanied by this bill

Rec'd by: _____  
Delivered by: [signature] Driver

No. 189596

White-Original .. Blue-Customer .. Pink-Property Owner

TCC000181

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER'S P.O. NUMBER: 3553
DATE: 6-1-04

SOLD TO: TRIPLE M ROOFING

PRODUCT: BROWN #6's

RECEIVED BY: [signature]

SHIP TO: TRIPLE M ROOFING  
FT PIERCE FL

ORDER #: 3553
CARRIER: FOSHEE #204
TONS: 24.20
PRICE: 690 FUEL $60.98
SUB-TOTAL:
SALES TAX:
TOTAL:

No. 191618

---

## Elmore Sand And Gravel, Inc
1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805 · Fax 334-285-1808

Date: 01-Jun-04  10:40 AM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 3553  
Truck No: 204  Foshee Trucking

| Material | Description | Price | Amount |
|---|---|---|---|
| #6 Brown | | | 6% |
| Gross Weight | 80000 | | |
| Tare Weight | 31600 | | |
| Net Weight | 48400 | | |
| Tons | 24.20 | | |

BMT-10  
I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: [signature] Weighmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Rec'd by: [signature] Driver  
Delivered by: [signature]

No. 191618

Rev. 11/86

Press Hard - 5 copies  
White-Original... Blue-Customer... Pink-Property Owner...

TCC000215