# WILLINGHAM-STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER'S P.O. NUMBER: 3595  
DATE: 8-10-04

SOLD TO: CYCLONE ROOFING  
SHIP TO: CYCLONE ROOFING, STATESVILLE, N.C.

PRODUCT: BROWN #6's

ORDER #: 3595  
CARRIER: FOSHEE #204  
TONS: 24.15

$30.00 TON
+6% Fuel =
$43.47

RECEIVED BY: Levi S Peter Jr

No. 19676

---

**Elmore Sand And Gravel, Inc**  
1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805 · Fax 334-285-1808

Date: 10-Aug-04  8:56 AM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO#: 3595

| Truck No. | Material | Gross Weight | Tare Weight | Net Weight | Tons |
|---|---|---|---|---|---|
| 204 Foshee Trucking | #6 Brown | 79900 | 31600 | 48300 | 24.15 |

| Description | Price | Amount |
|---|---|---|

BMT-10
I hereby certify that this shipment of aggregate is from approved Source No. 995 and meets the specifications for this project and the weight shown is true and accurate.

Signed: Weighmaster/Authorized Representative

*Note: Appropriate Source Numbers assigned. All claims and returned goods MUST be accompanied by th[is]*

Rcd by: ____ Driver  
Delivered by: ____  
No. 196760

Press Hard - 5 copies  
White-Original  Blue-Customer  Pink-Property Owner  
Green-Driver  Canary-Customer/Delivery

TCC000250

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER  
P.O. NUMBER 3620  
DATE 9-21-04

SOLD TO: CERTIFIED ROOFING

SHIP TO: CERTIFIED ROOFING FEDSCREEK KY

PRODUCT: BROWN #6'S  
1 HR WAITING TIME

$38.00 TON = $919.60  
+ 13.50 % Fuel = $124.15  
+ 1-hour Waiting Time = $55.00

ORDER # 3620  
CARRIER FOSHEE #204  
TONS 24.20

RECEIVED BY: Pinnock

No. 199396

---

## Elmore Sand And Gravel, Inc

1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805 · Fax 334-285-1808

Date: 21-Sep-04  6:54 AM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 3620

| Truck No. 204 | Foshee Trucking | | |
|---|---|---|---|
| Material | Description | Price | |
| #6 Brown | Gross Weight | 80000 | |
| | Tare Weight | 31600 | |
| | Net Weight | 48400 | |
| | Tons | 24.20 | |

BMT-10  
I hereby certify that this shipment of aggregate is from approved Source No. *995, and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned.  
All claims and returned goods MUST be accompanied by this bill.

Rec'd by: _____  
Delivered by: _____ Driver

No. 199396

TCC000264

White-Original... Blue-Customer... Pink-Property Owner...  
Green-Driver... Canary-Customer Delivery  
Press Hard - 5 copies. Customer

# Elmore Sand And Gravel, Inc
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805 · Fax 334-285-1808

Sold to: Willingham Stone          Date 27-Jan-03
Ship to: Willingham Stone                     1:30 PM
         PO# 2034

Truck No: 204   Foshee Trucking

| Material | Description | Price | Amount |
|---|---|---|---|
| | #6 Brown | | |
| Gross Weight | 79900 | | |
| Tare Weight | 29900 | | |
| Net Weight | 50000 | | |
| Tons | 25.00 | | |

BMT-10                                   Rev. 11/86
I hereby certify that this shipment of aggregate is
from approved Source No. *995 and meets the
specifications for this project and the weight shown
is true and accurate.

Signed _____
       Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Delivered by: _____ Rec'd by: _____
              Driver                Customer

No. 154813                    Press Hard - 5 copies

White-Original ... Blue-Customer ... Pink-Property Owner ...
Green-Driver ... Canary-Customer Delivery

TCC000268

44
6% surch

# Elmore Sand And Gravel, Inc
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805   Fax 334-285-1808

Sold to: Willingham Stone          Date 24-Feb-03
                                        11:22 AM
Ship to: West Palm Beach Fla
PO# 2045

| Truck No: | 204 | Foshee Trucking | | |
|---|---|---|---|---|
| | | Description | Price | Amount |
| Material | | #6 Brown | | |
| | Gross Weight | 79700 | | |
| | Tare Weight | 29900 | | |
| | Net Weight | 49800 | | |
| Tons | | 24.90 | | |

BMT-10                                    Rev. 11/86
I hereby certify that this shipment of aggregate is
from approved Source No. *995 and meets the
specifications for this project and the weight shown
is true and accurate.

Signed _____
Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Delivered by:    Rec'd by: _____
             Driver                              Customer

No. 157106                      Press Hard - 5 copies

White-Original...Blue-Customer...Pink-Property Owner...
Green-Driver...Canary-Customer Delivery

TCC000286

# WILLINGHAM STONE COMPANY

404-355-8155　　1000 HUFF ROAD　　800-241-8083
ATLANTA, GEORGIA 30318

CUSTOMER'S P.O. NUMBER

DATE 5-28-03

SOLD TO: CERTIFIED ROOFING

PRODUCT: Brown #6's

SHIP TO: CERTIFIED ROOFING
BEll South
NEW ORLEANS LA

ORDER # 2139
CARRIER: FOSHEE #204
TONS 24.30

PRICE
SUB-TOTAL
SALES TAX

RECEIVED BY: [signature]

TOTAL

No. 164721

---

## Elmore Sand And Gravel, Inc
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805　Fax 334-285-1808

Date 28-May-03　1:04 PM

Sold to: Willingham Stone
Ship to: Willingham Stone
PO# 2139

| Truck No. | Description | Price | Amount |
|---|---|---|---|
| 204 | Foshee Trucking | | |

| Material | #6 Brown |
| Gross Weight | 60000 |
| Tare Weight | 31400 |
| Net Weight | 48600 |
| Tons | 24.30 |

BMT-10
I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Delivered by: [signature] Driver
Rec'd by: _____ Customer

No. 164721

Rev. 11/86

Press Hard - 5 copies

White-Original...Blue-Customer...Pink-Property Owner
Green-Driver...Canary-Customer Delivery

TCC000364

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER P.O. NUMBER: _____  
DATE: 7-10-03

SOLD TO: TRIPLE M ROOFING  
SHIP TO: TRIPLE M ROOFING FT. LAUDERDALE FL

PRODUCT: BROWN #6's

ORDER #: 2167  
CARRIER: FOSHEE #204  
TONS: 24.17  
PRICE: _____  
SUB-TOTAL: _____  
SALES TAX: _____  
TOTAL: _____

RECEIVED BY: [signature]

No. 1678[?]

---

**Elmore Sand And Gravel, Inc**  
1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805   Fax 334-285-1808

Date: 10-Jul-03   2:42 PM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 2167

| Truck No: | Material | Description | Gross Weight | Tare Weight | Net Weight | Price | Amount |
|---|---|---|---|---|---|---|---|
| 204 | Foshee Trucking | #6 Brown | 79940 | 31600 | 48340 | | |

Tons: 24.17

BMT-10  
I hereby certify that this shipment of aggregate is from approved Source No. "995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

Rev. 11/86

All claims and returned goods MUST be accompanied by this bill

Rec'd by: _____  
Delivered by: [signature] Driver

No. 167860

Press Hard - 5 copies  
White-Original...Blue-Customer...Pink-Property Owner  
Customer

TCC000404

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER'S P.O. NUMBER: 26/FT  DATE 8-13-03

SOLD TO: CERTIFIED ROOFING  
PRODUCT: BROWN #6'S  
RECEIVED BY: Minnick

SHIP TO: CERTIFIED ROOFING RACELAND LA  
ORDER # 2186  
CARRIER: FOSHEE #204  
TONS: 24.17

No. 170342

---

## Elmore Sand And Gravel, Inc

1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805  Fax 334-285-1808

Date: 13-Aug-03  7:23 PM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 2186  RACELAND LA  
Truck No: 204  Foshee Trucking

| Material | Description | Price | Amount |
|---|---|---|---|
| #6 Brown | | | |
| Gross Weight | 79940 | | |
| Tare Weight | 31600 | | |
| Net Weight | 48340 | | |
| Tons | 24.17 | | |

BMT-10  Rev. 11/86

I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned

All claims and returned goods MUST be accompanied by this bill

Rec'd by: _____ Delivered by: _____ Driver / Customer

No. 170342

Press Hard - 5 copies  
White-Original   Blue-Customer   Pink-Property Owner

TCC000433

# Elmore Sand And Gravel, Inc
1322 Maron Spillway Road
P.O. Box 189
Elmore, AL 36025
Telephone 334-285-1805   Fax 334-285-1808

Sold to: Willingham Stone                Date 21-Nov-03
                                              8:54 AM
Ship to: Willingham Stone
PO# 2267

Truck No: 204   Foshee Trucking

| Description | Price | Amount |
|---|---|---|
| Material #6 Brown | | |
| Gross Weight 79800 | | |
| Tare Weight 31600 | | |
| Net Weight 48200 | | |
| Tons 24.10 | | |

BMT-10                                      Rev. 11/86
I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____
       Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned
All claims and returned goods MUST be accompanied by this bill

Delivered by: _____   Rec'd by: _____
              Driver                        Customer

No. 177936                         Press Hard - 5 copies

White-Original . . . Blue-Customer . . . Pink-Property Owner . . .
Green-Driver . . . Canary-Customer Delivery

TCC000490

# WILLINGHAM STONE COMPANY

404-355-8155  
1000 HUFF ROAD  
ATLANTA, GEORGIA 30318  
800-241-8083

CUSTOMER'S P.O. NUMBER: 2282  
DATE: 12-3-02

SOLD TO: CERTFIED ROOFING  
SHIP TO: CERTFIED ROOFING HAMMOND LA

PRODUCT:  
BROWN #6'S  
START TIME 9:00 AM  
STOP TIME 12:00 PM  
※ 3 HRS

ORDER #: 2282  
CARRIER: FOSHEE #204  
TONS: 24.17

RECEIVED BY: [signature]

No. 178566

---

**Elmore Sand And Gravel, Inc**  
1322 Maron Spillway Road  
P.O. Box 189  
Elmore, AL 36025  
Telephone 334-285-1805  Fax 334-285-1808

Date: 03-Dec-03  5:21 PM

Sold to: Willingham Stone  
Ship to: Willingham Stone  
PO# 2282

| Truck No: | Description | Price | Amount |
|---|---|---|---|
| 204 Foshee Trucking | | | |
| Material | #6 Brown | | |
| Gross Weight | 79940 | | |
| Tare Weight | 31600 | | |
| Net Weight | 48340 | | |
| Tons | 24.17 | | |

BMT-10  Rev. 11/86  
I hereby certify that this shipment of aggregate is from approved Source No. *995 and meets the specifications for this project and the weight shown is true and accurate.

Signed _____ Weightmaster/Authorized Representative

*Note: Appropriate Source Number as assigned  
All claims and returned goods MUST be accompanied by this bill

Rec'd by: [signature]  
Delivered by: [signature]  Driver

No. 178566

Press Hard - 5 copies  
White-Original...Blue-Customer...Pink-Property Owner...

TCC000509