# Exhibit 13

Case 2:05-cv-01026-CSC    Document 109-5    Filed 02/23/2007    Page 1 of 4

THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 2:05-cv-01026-CSC |
| | * | |
| HARRY E. LAMBERT, CAROL'S | * | |
| CONTRACTING, INC. and | * | |
| ALABAMA GRAVEL, LLC, | * | |
| | * | |
| Defendants. | * | |

## AFFIDAVIT OF HORALD "HUGH" SORRELL
## CONCERNING TELEPHONE RECORDS

Personally appeared before the undersigned officer, duly authorized to administer oaths, Horald "Hugh" Sorrell, who being duly sworn, deposes and states:

1.

I am Hugh Sorrell, Vice President and General Manager of Foley Materials Company ("FMC"), which is a wholly owned subsidiary of The Concrete Company ("TCC"). Foley Products Company ("FPC") is also a wholly owned subsidiary of TCC.

2.

I give this affidavit based upon personal knowledge attained through my employment with FMC. Through this employment, I have become knowledgeable about the aggregate business in the Montgomery, Alabama, area and the individuals, purchasers, and equipment vendors and suppliers involved in that business.

3.

I also give this affidavit based on my knowledge of my business telephone number contact information gained while an FMC employee. I also give this affidavit based on my review of the deposition testimony in this litigation wherein fact witnesses have provided telephone numbers.

4.

I also give this affidavit based on my review of Harry Lambert's cellular telephone records during the time period from July 8, 2005 to May 7, 2006. These records were obtained via subpoena. A copy of these records is attached as Exhibit A hereto.

5.

Utilizing my business telephone number contact information, publicly available white pages information and the telephone number information provided by the witnesses in this case, I have prepared a cumulative schedule, a copy of which is attached as Exhibit B hereto, of Mr. Lambert's telephone records to reflect the total number of calls between Mr. Lambert and (1) employees of Carol's Contracting, Inc. ("CCI"); (2) Alabama Gravel principals Robert Alexander, David Tuten and Rex Dasinger; (3) and numerous companies and individuals involved in the sand and gravel industry in the Montgomery, Alabama, area.

6.

Utilizing my business telephone number contact information, publicly available white pages information and the telephone number information provided by the witnesses in this case, I have also prepared a detailed schedule, a copy of which is attached as Exhibit C hereto, of Mr. Lambert's telephone records to reflect the detail of the calls between Mr. Lambert and (1) employees of Carol's Contracting, Inc. ("CCI"); (2) Alabama Gravel principals Robert

Alexander, David Tuten and Rex Dasinger; (3) and numerous companies and individuals involved in the sand and gravel industry in the Montgomery, Alabama, area. This detailed schedule identifies Mr. Lambert's made and received calls, the dates of these calls and the duration in seconds and minutes of these calls.

7.

Based on my review of the records, it is clear that Mr. Lambert had hundreds of telephone calls with employees of Carol's Contracting, Inc. ("CCI"); (2) Alabama Gravel principals Robert Alexander, David Tuten and Rex Dasinger; (3) and numerous companies and individuals involved in the sand and gravel industry in the Montgomery, Alabama, area, including, but not limited to, Mike Gentry, Robert Becker of Globe Metallurgical, Inc., Simcala, Sam Estock of Southern Wire Enterprises, Inc., Southern Steel & Pipe, Inc., Trey Holley of the Volvo dealership, Carl "Allen" King, Pond River Steel, Cowin Equipment Company, Hardy Traylor of the Caterpillar dealership, Pearce Pump South, Inc. employee Bernie Ostervold, and Texas Crusher System, Inc.

8.

All of these calls took place during the term of Mr. Lambert's non-compete agreement with TCC.

FURTHER AFFIANT SAYETH NOT.

This 22 day of February, 2007.

_____
HORALD "HUGH" SORRELL

Sworn to and subscribed before me this
22nd day of February, 2007.
_____
NOTARY PUBLIC
My Commission Expires:_____



3