# EXHIBIT A

Case 2:05-cv-01026-CSC    Document 109-6    Filed 02/23/2007    Page 1 of 2

# THE CONCRETE COMPANY
## CUMULATIVE SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
## RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| Name | Number of Calls To Lambert | Number of Calls From Lambert | Telephone Number | Business |
|---|---|---|---|---|
| Alabama Gravel, LLC | 100 | 116 | 3342901454 | Sand and Gravel Producer |
| Alexander, Robert | 43 | 24 | 3342023645 | Shareholder - Alabama Gravel, LLC |
| Alexander, Robert | 8 |  | 7068259896 | Shareholder - Alabama Gravel, LLC |
| Anderson Road Materials | 1 |  | 3342690727 | Sand and Gravel Producer |
| Bubbas Materials | 2 | 1 | 3343619990 | Stone and Gravel Distributor |
| Carol's Conctracting Driver Cell Phone | 187 | 188 | 3343181265 | Truck Driver - CCI |
| Carol's Conctracting Driver Cell Phone | 94 | 78 | 3343181648 | Truck Driver - CCI |
| Carol's Conctracting Driver Cell Phone | 152 | 91 | 3343184300 | Truck Driver - CCI |
| Conn Equipment Rental Company | 3 | 5 | 3348349567 | Crane Rental |
| Couch Ready Mix USA |  | 1 | 3346738233 | R/M Concrete |
| Cowin Equipment Company | 14 | 14 | 3342626642 | Supplier of Large Tractor Equipment and Pumps |
| Dasinger, Rex | 187 | 326 | 3342023983 | Shareholder - Alabama Gravel, LLC |
| Dasinger, Rex | 4 | 5 | 3345692377 | Shareholder - Alabama Gravel, LLC |
| Estock, Sam | 6 | 2 | 2056553883 | Machinery Supplier to Sand and Gravel Industry |
| Estock, Sam | 31 | 45 | 2059364777 | Machinery Supplier to Sand and Gravel Industry |
| Gentry Ready Mix | 1 | 1 | 3343653882 | R/M Concrete |
| Gentry, Mike | 1 |  | 3343659830 | Land Owner - Sand and Gravel Leases |
| Gentry, Mike | 12 | 16 | 3346575372 | Land Owner - Sand and Gravel Leases |
| Globe Metallurgical | 1 | 12 | 7409848652 | Oversize White Stone Customer |
| Harvey, Bobby & Nancy | 2 | 3 | 2053736066 | Former Owner of Elmore Sand |
| Holley, Trey | 3 | 12 | 3343998888 | Volvo - Supplier of Large Tractor Equipment and Large Haul Trucks |
| Johnson & Sons Steel Inc. | 1 | 3 | 3342657841 | Crane Rental |
| Jones, Dave | 1 | 3 | 2054824411 | Martin Marietta - Sand and Gravel Producer |
| King, Allen | 104 | 115 | 3343031844 | Electrician - Sand and Gravel Industry |
| King, Allen |  | 1 | 3342157970 | Electrician - Sand and Gravel Industry |
| Lambert, Carol | 79 | 57 | 3343181222 | Alabama Gravel, LLC Bookkeeper |
| Long, Pete | 2 | 2 | 2564922634 | Machinery Supplier to Sand and Gravel Industry |
| Maddox Stone and Gravel | 13 | 1 | 2292421724 | Stone and Gravel Distributor |
| Maddox Stone and Gravel | 12 | 14 | 2292516127 | Stone and Gravel Distributor |
| Martin Marietta Aggregates |  | 1 | 3342027177 | Martin Marietta - Sand and Gravel Producer |
| Miller Sand & Landscape |  | 1 | 2562375352 | Stone and Gravel Distributor |
| Montgomery Ready Mix, Inc. | 1 |  | 3342157952 | R/M Concrete |
| Montgomery Ready Mix, Inc. |  | 1 | 3342153587 | R/M Concrete |
| Ostervold, Lars | 2 |  | 7065633136 | Machinery Supplier to Sand and Gravel Industry |
| Ostervold, Lars | 16 | 16 | 7067184793 | Machinery Supplier to Sand and Gravel Industry |
| Piinkston, Anne |  | 1 | 3342727406 | Land Owner - Sand and Gravel Leases |
| Pinkston, O.G. | 5 | 3 | 3345461952 | Land Owner - Sand and Gravel Leases |
| Plumee, Skip |  | 1 | 3342771409 | Caterpillar - Supplier of Large Tractor Equipment and Large Haul Trucks |
| Pond River Steel | 2 |  | 2708253487 | Machinery Supplier to Sand and Gravel Industry |
| Rock Systems, Inc. |  | 1 | 9169219000 | Machinery Supplier to Sand and Gravel Industry |
| Sabel Steel Service |  | 2 | 3342656771 | Steel Supply |
| Sand Rock Transit | 2 | 4 | 4043522508 | Stone and Gravel Distributor |
| Scott, Barry |  | 1 | 2059692629 | Martin Marietta - Sand and Gravel Producer |
| Simcala, Inc. | 2 | 15 | 3342157560 | Oversize White Stone Customer |
| Smith, L.B. Inc. |  | 6 | 3342691522 | Volvo - Supplier of Large Tractor Equipment and Large Haul Trucks |
| Southern Steel & Pipe Inc. | 12 | 21 | 3342402223 | Steel Supply |
| Speaks, Larry & Associates |  | 1 | 3342621091 | Land Surveyor and ADEM Consultant |
| Texas Crusher System, Inc. | 1 |  | 8069832397 | Machinery Supplier to Sand and Gravel Industry |
| Thompson Tractor Company |  | 52 | 3342155000 | Caterpillar - Supplier of Large Tractor Equipment and Large Haul Trucks |
| Traylor, Hardy | 3 |  | 3343654214 | Caterpillar - Supplier of Large Tractor Equipment and Large Haul Trucks |
| Traylor, Hardy | 23 | 45 | 3343913459 | Caterpillar - Supplier of Large Tractor Equipment and Large Haul Trucks |
| Tuten, Dave | 127 | 99 | 7405259396 | Shareholder - Alabama Gravel, LLC |
| Tuten, Dave | 20 | 20 | 7405680797 | Shareholder - Alabama Gravel, LLC |
| Ward, W.G. |  | 1 | 3342622682 | Land Owner - Sand and Gravel Leases |
| Webb Concrete & Building Materials |  | 1 | 2568319173 | R/M Concrete |
| Willingham Stone Company | 11 | 3 | 4043558155 | Stone and Gravel Distributor |
| Willingham, Randy | 5 | 2 | 4043587801 | Stone and Gravel Distributor |