THE CONCRETE COMPANY

DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177

RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

30

| From | Date | Time | Duration | Min | To | | Company |
|---|---|---|---|---|---|---|---|
| 13342901454 | 10/30/2005 | 11:43 | 27 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 10:18 | 115 | 1.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 10:28 | 3 | 0.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 12:39 | 126 | 2.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 12:55 | 199 | 3.3 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 13:10 | 156 | 2.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/1/2005 | 13:30 | 447 | 7.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/2/2005 | 11:29 | 52 | 0.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/2/2005 | 11:36 | 2 | 0.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/2/2005 | 17:23 | 16 | 0.3 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/4/2005 | 12:01 | 65 | 1.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/5/2005 | 15:37 | 42 | 0.7 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/7/2005 | 8:03 | 27 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/7/2005 | 9:58 | 111 | 1.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/7/2005 | 10:12 | 30 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/7/2005 | 13:50 | 31 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/8/2005 | 12:36 | 206 | 3.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/9/2005 | 8:15 | 209 | 3.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/9/2005 | 8:58 | 94 | 1.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/10/2005 | 12:40 | 498 | 8.3 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/11/2005 | 8:05 | 26 | 0.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/11/2005 | 11:42 | 26 | 0.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/14/2005 | 8:24 | 26 | 0.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/14/2005 | 8:24 | 120 | 2.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/14/2005 | 15:01 | 309 | 5.2 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/15/2005 | 9:35 | 2 | 0.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/15/2005 | 11:29 | 118 | 2.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/15/2005 | 11:31 | 54 | 0.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/16/2005 | 16:29 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/21/2005 | 13:46 | 45 | 0.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/23/2005 | 8:51 | 11 | 0.2 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/23/2005 | 8:52 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/24/2005 | 6:54 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/26/2005 | 7:58 | 29 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/28/2005 | 13:06 | 135 | 2.3 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/29/2005 | 7:09 | 59 | 1.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/29/2005 | 7:18 | 52 | 0.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/29/2005 | 8:39 | 2 | 0.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/29/2005 | 8:43 | 52 | 0.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/29/2005 | 10:53 | 3 | 0.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 11/30/2005 | 8:59 | 235 | 3.9 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/1/2005 | 9:42 | 33 | 0.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/1/2005 | 14:47 | 27 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/5/2005 | 11:06 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/5/2005 | 11:07 | 48 | 0.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/5/2005 | 11:37 | 82 | 1.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/5/2005 | 12:55 | 94 | 1.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/6/2005 | 9:42 | 298 | 5.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/6/2005 | 10:45 | 45 | 0.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/12/2005 | 8:27 | 35 | 0.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/13/2005 | 8:41 | 647 | 10.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/13/2005 | 10:17 | 126 | 2.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/15/2005 | 9:27 | 766 | 12.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/15/2005 | 11:04 | 120 | 2.0 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/16/2005 | 12:02 | 143 | 2.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/20/2005 | 10:27 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/20/2005 | 13:29 | 3 | 0.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/20/2005 | 13:33 | 109 | 1.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/20/2005 | 16:03 | 217 | 3.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/21/2005 | 10:26 | 64 | 1.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/21/2005 | 13:16 | 25 | 0.4 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/27/2005 | 10:34 | 28 | 0.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/27/2005 | 11:58 | 37 | 0.6 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/27/2005 | 12:00 | 88 | 1.5 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/27/2005 | 12:14 | 42 | 0.7 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/28/2005 | 9:48 | 64 | 1.1 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/29/2005 | 7:38 | 50 | 0.8 | 3342027177 | | Alabama Gravel LLC |
| 13342901454 | 12/30/2005 | 12:09 | 318 | 5.3 | 3342027177 | 116 | Alabama Gravel LLC |

THE CONCRETE COMPANY
**DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06**

31

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13343031844 | 7/27/2005 | 13:09 | 257 | 4.3 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/27/2005 | 14:43 | 59 | 1.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/28/2005 | 14:41 | 47 | 0.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/29/2005 | 10:53 | 152 | 2.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/29/2005 | 11:23 | 126 | 2.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/30/2005 | 10:03 | 39 | 0.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 7/31/2005 | 15:38 | 9 | 0.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 8/21/2005 | 9:50 | 43 | 0.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 8/21/2005 | 11:17 | 70 | 1.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 8/22/2005 | 16:07 | 42 | 0.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 8/22/2005 | 16:08 | 69 | 1.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 8/23/2005 | 11:14 | 30 | 0.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/6/2005 | 7:37 | 119 | 2.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/7/2005 | 16:39 | 230 | 3.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/8/2005 | 7:17 | 38 | 0.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/9/2005 | 7:54 | 198 | 3.3 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/13/2005 | 7:43 | 71 | 1.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/14/2005 | 13:45 | 162 | 2.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/16/2005 | 8:34 | 40 | 0.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/18/2005 | 7:39 | 284 | 4.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/18/2005 | 10:28 | 339 | 5.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/18/2005 | 10:40 | 109 | 1.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/19/2005 | 16:56 | 33 | 0.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/20/2005 | 16:25 | 8 | 0.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/21/2005 | 8:14 | 427 | 7.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/21/2005 | 9:45 | 71 | 1.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/21/2005 | 10:33 | 64 | 1.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/22/2005 | 10:00 | 474 | 7.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/22/2005 | 10:08 | 13 | 0.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/22/2005 | 11:52 | 268 | 4.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/26/2005 | 7:39 | 141 | 2.4 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/26/2005 | 12:15 | 318 | 5.3 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/26/2005 | 15:06 | 124 | 2.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/27/2005 | 13:00 | 267 | 4.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/27/2005 | 13:36 | 62 | 1.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/28/2005 | 7:54 | 69 | 1.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/28/2005 | 8:41 | 109 | 1.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/28/2005 | 10:59 | 64 | 1.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/28/2005 | 13:19 | 52 | 0.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/28/2005 | 14:26 | 117 | 2.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/29/2005 | 6:58 | 170 | 2.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/29/2005 | 12:03 | 34 | 0.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/29/2005 | 12:22 | 26 | 0.4 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/30/2005 | 7:03 | 148 | 2.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/30/2005 | 13:07 | 53 | 0.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 9/30/2005 | 14:11 | 79 | 1.3 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/1/2005 | 8:35 | 175 | 2.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/1/2005 | 10:46 | 36 | 0.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/1/2005 | 12:26 | 35 | 0.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/2/2005 | 8:36 | 819 | 13.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/3/2005 | 8:33 | 78 | 1.3 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/4/2005 | 10:20 | 99 | 1.7 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/6/2005 | 5:54 | 300 | 5.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/6/2005 | 6:18 | 454 | 7.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/6/2005 | 13:19 | 112 | 1.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/6/2005 | 16:02 | 311 | 5.2 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/7/2005 | 7:44 | 158 | 2.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/9/2005 | 7:41 | 112 | 1.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/9/2005 | 16:02 | 59 | 1.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/10/2005 | 15:28 | 116 | 1.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/11/2005 | 12:01 | 95 | 1.6 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/12/2005 | 6:14 | 45 | 0.8 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/12/2005 | 9:18 | 122 | 2.0 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/13/2005 | 10:42 | 29 | 0.5 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/13/2005 | 11:38 | 55 | 0.9 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/13/2005 | 13:30 | 64 | 1.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/19/2005 | 17:38 | 127 | 2.1 | 3342027177 | Allen King | Alltel Mobile (Montgomery, AL) |

THE CONCRETE COMPANY 32
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13343031844 | 10/24/2005 | 16:55 | 20 | 0.3 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/25/2005 | 7:31 | 45 | 0.8 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/25/2005 | 12:41 | 49 | 0.8 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/27/2005 | 8:59 | 9 | 0.2 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/27/2005 | 10:14 | 241 | 4.0 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/27/2005 | 13:07 | 178 | 3.0 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/27/2005 | 15:31 | 39 | 0.7 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/27/2005 | 16:42 | 81 | 1.4 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/28/2005 | 11:10 | 73 | 1.2 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/28/2005 | 17:07 | 50 | 0.8 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 10/29/2005 | 8:56 | 36 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/1/2005 | 7:15 | 318 | 5.3 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/1/2005 | 10:09 | 355 | 5.9 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/1/2005 | 11:33 | 43 | 0.7 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/1/2005 | 13:55 | 27 | 0.5 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/2/2005 | 7:55 | 26 | 0.4 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/2/2005 | 8:58 | 66 | 1.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/2/2005 | 11:34 | 128 | 2.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/2/2005 | 11:40 | 38 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/4/2005 | 8:23 | 68 | 1.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/5/2005 | 11:43 | 31 | 0.5 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/5/2005 | 12:28 | 19 | 0.3 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/5/2005 | 12:28 | 11 | 0.2 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/5/2005 | 12:29 | 9 | 0.2 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/7/2005 | 8:24 | 33 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/10/2005 | 8:45 | 42 | 0.7 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/10/2005 | 9:16 | 78 | 1.3 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/14/2005 | 12:07 | 39 | 0.7 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/18/2005 | 14:59 | 451 | 7.5 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/18/2005 | 15:18 | 136 | 2.3 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/21/2005 | 8:16 | 35 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/23/2005 | 10:11 | 34 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/24/2005 | 13:54 | 8 | 0.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 11/25/2005 | 11:26 | 133 | 2.2 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/2/2005 | 10:46 | 36 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/15/2005 | 8:36 | 38 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/17/2005 | 6:12 | 8 | 0.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/17/2005 | 7:04 | 338 | 5.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/20/2005 | 7:27 | 245 | 4.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/20/2005 | 9:49 | 8 | 0.1 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/20/2005 | 15:52 | 37 | 0.6 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/21/2005 | 8:58 | 31 | 0.5 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 13:44 | 85 | 1.4 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 14:42 | 26 | 0.4 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 15:05 | 51 | 0.9 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 15:40 | 24 | 0.4 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 16:50 | 58 | 1.0 | 3342027177 | | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343031844 | 12/28/2005 | 16:55 | 79 | 1.3 | 3342027177 | 115 | Allen King | Alltel Mobile (Montgomery, AL) |
| 13343181222 | 7/8/2005 | 9:00 | 71 | 1.2 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 7/14/2005 | 15:09 | 679 | 11.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 7/19/2005 | 17:22 | 32 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 7/30/2005 | 15:34 | 6 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/1/2005 | 10:43 | 638 | 10.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/1/2005 | 12:24 | 33 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/4/2005 | 14:34 | 319 | 5.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/4/2005 | 15:08 | 5 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/10/2005 | 12:34 | 33 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/10/2005 | 13:25 | 154 | 2.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/10/2005 | 13:39 | 352 | 5.9 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/18/2005 | 10:33 | 150 | 2.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/22/2005 | 14:40 | 32 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/25/2005 | 15:03 | 35 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/27/2005 | 11:31 | 6 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 8/30/2005 | 7:57 | 202 | 3.4 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 9/8/2005 | 14:00 | 125 | 2.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 9/12/2005 | 12:41 | 29 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 9/22/2005 | 8:52 | 75 | 1.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |

THE CONCRETE COMPANY 33
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| From | Date | Time | Duration | Min | To | Code | Name | Carrier |
|---|---|---|---|---|---|---|---|---|
| 13343181222 | 9/23/2005 | 11:48 | 64 | 1.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 9/24/2005 | 12:00 | 46 | 0.8 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/3/2005 | 11:16 | 35 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/4/2005 | 8:07 | 5 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/8/2005 | 11:36 | 35 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/8/2005 | 12:38 | 29 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/11/2005 | 16:22 | 387 | 6.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/17/2005 | 11:07 | 791 | 13.2 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/24/2005 | 16:44 | 5 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/29/2005 | 11:26 | 33 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 10/30/2005 | 11:43 | 6 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/7/2005 | 10:58 | 6 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/7/2005 | 13:49 | 7 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/11/2005 | 12:03 | 677 | 11.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/11/2005 | 13:11 | 30 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/15/2005 | 9:36 | 6 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/19/2005 | 10:16 | 37 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/21/2005 | 13:47 | 31 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/22/2005 | 16:08 | 17 | 0.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 11/23/2005 | 8:51 | 5 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/1/2005 | 9:30 | 27 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/1/2005 | 14:48 | 100 | 1.7 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/1/2005 | 14:53 | 1630 | 27.2 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/3/2005 | 13:04 | 33 | 0.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/8/2005 | 13:13 | 63 | 1.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/8/2005 | 13:31 | 17 | 0.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/8/2005 | 13:32 | 7 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/8/2005 | 13:32 | 5 | 0.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/14/2005 | 16:26 | 825 | 13.8 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/16/2005 | 14:39 | 31 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/16/2005 | 14:40 | 25 | 0.4 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/20/2005 | 10:29 | 195 | 3.3 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/21/2005 | 9:50 | 425 | 7.1 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/21/2005 | 12:53 | 507 | 8.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/22/2005 | 12:13 | 813 | 13.6 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/28/2005 | 9:52 | 31 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/29/2005 | 8:27 | 32 | 0.5 | 3342027177 | | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| 13343181222 | 12/29/2005 | 8:50 | 167 | 2.8 | 3342027177 | 57 | Carol Lambert | Verizon Wireless (Montgomery, AL) |
| | | | | | | | | |
| 13343181265 | 7/8/2005 | 12:22 | 24 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/8/2005 | 12:51 | 25 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 9:10 | 56 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 9:15 | 21 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 9:23 | 54 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 9:39 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 10:17 | 35 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/9/2005 | 10:19 | 73 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/11/2005 | 5:18 | 532 | 8.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 7:22 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 7:24 | 40 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 7:28 | 20 | 0.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 11:14 | 34 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 12:49 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/12/2005 | 13:22 | 33 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/13/2005 | 8:12 | 155 | 2.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/13/2005 | 12:05 | 59 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/13/2005 | 12:44 | 27 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 6:46 | 35 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 9:51 | 34 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 10:13 | 50 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 10:17 | 18 | 0.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 10:31 | 180 | 3.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/14/2005 | 15:41 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/15/2005 | 7:36 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/15/2005 | 9:08 | 29 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/15/2005 | 17:52 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/15/2005 | 18:23 | 380 | 6.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/18/2005 | 6:04 | 372 | 6.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |

THE CONCRETE COMPANY 34
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13343181265 | 7/18/2005 | 13:10 | 59 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/19/2005 | 14:23 | 160 | 2.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/20/2005 | 8:52 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/20/2005 | 9:37 | 252 | 4.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/21/2005 | 10:14 | 60 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/21/2005 | 14:57 | 33 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/22/2005 | 14:31 | 82 | 1.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/22/2005 | 16:15 | 48 | 0.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/25/2005 | 7:41 | 109 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/25/2005 | 8:48 | 26 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/25/2005 | 15:33 | 324 | 5.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/25/2005 | 15:38 | 242 | 4.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/25/2005 | 16:34 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/26/2005 | 9:16 | 123 | 2.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/26/2005 | 12:18 | 31 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/27/2005 | 13:42 | 150 | 2.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/27/2005 | 14:37 | 166 | 2.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/28/2005 | 10:43 | 34 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/28/2005 | 10:47 | 43 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/28/2005 | 15:59 | 109 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 7/28/2005 | 17:09 | 749 | 12.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/1/2005 | 6:31 | 34 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/1/2005 | 8:59 | 59 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/1/2005 | 11:07 | 214 | 3.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/1/2005 | 11:20 | 48 | 0.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/1/2005 | 15:30 | 107 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/2/2005 | 6:28 | 37 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/2/2005 | 12:58 | 87 | 1.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/3/2005 | 6:16 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/3/2005 | 8:34 | 283 | 4.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/3/2005 | 9:33 | 37 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/3/2005 | 16:57 | 91 | 1.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/4/2005 | 14:32 | 58 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/4/2005 | 15:38 | 184 | 3.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/4/2005 | 16:15 | 249 | 4.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/4/2005 | 16:37 | 33 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/5/2005 | 7:46 | 249 | 4.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/5/2005 | 9:06 | 175 | 2.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/5/2005 | 11:55 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/9/2005 | 8:42 | 157 | 2.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/9/2005 | 16:22 | 54 | 0.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 9:36 | 77 | 1.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 9:37 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 9:50 | 129 | 2.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 13:16 | 34 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 15:42 | 26 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 16:15 | 109 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/10/2005 | 9:26 | 377 | 6.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/11/2005 | 8:44 | 189 | 3.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/11/2005 | 13:44 | 30 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/16/2005 | 8:47 | 98 | 1.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/16/2005 | 16:44 | 213 | 3.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/17/2005 | 15:24 | 224 | 3.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/18/2005 | 16:37 | 118 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/22/2005 | 7:27 | 193 | 3.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/22/2005 | 16:01 | 40 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/22/2005 | 16:02 | 46 | 0.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/25/2005 | 10:46 | 54 | 0.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/29/2005 | 7:35 | 420 | 7.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/30/2005 | 16:54 | 122 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 8/31/2005 | 13:05 | 136 | 2.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/2/2005 | 15:53 | 33 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/3/2005 | 8:07 | 69 | 1.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/6/2005 | 7:44 | 98 | 1.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/6/2005 | 9:58 | 40 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/6/2005 | 14:29 | 33 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/6/2005 | 16:42 | 113 | 1.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/8/2005 | 19:24 | 47 | 0.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |

THE CONCRETE COMPANY                                                                 35
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13343181265 | 9/12/2005 | 8:00 | 208 | 3.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/13/2005 | 7:18 | 122 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/13/2005 | 7:32 | 37 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/15/2005 | 6:37 | 109 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/15/2005 | 8:38 | 212 | 3.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/15/2005 | 8:55 | 113 | 1.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/15/2005 | 16:57 | 37 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/16/2005 | 9:43 | 647 | 10.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/16/2005 | 10:09 | 428 | 7.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/19/2005 | 8:37 | 49 | 0.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/20/2005 | 13:34 | 106 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/21/2005 | 6:27 | 197 | 3.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/26/2005 | 4:58 | 58 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/26/2005 | 5:35 | 39 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/26/2005 | 7:23 | 34 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/26/2005 | 12:27 | 34 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/27/2005 | 5:47 | 31 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/27/2005 | 9:49 | 25 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 9/28/2005 | 7:45 | 64 | 1.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/3/2005 | 6:46 | 59 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/3/2005 | 10:34 | 122 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/3/2005 | 12:38 | 16 | 0.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/3/2005 | 12:40 | 76 | 1.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/3/2005 | 15:33 | 62 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/5/2005 | 17:46 | 86 | 1.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/6/2005 | 6:44 | 63 | 1.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/8/2005 | 7:10 | 40 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/10/2005 | 5:38 | 76 | 1.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/12/2005 | 8:47 | 119 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/12/2005 | 9:55 | 90 | 1.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/12/2005 | 14:27 | 298 | 5.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/27/2005 | 10:04 | 35 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/27/2005 | 16:51 | 10 | 0.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 10/31/2005 | 6:41 | 116 | 1.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/1/2005 | 10:08 | 64 | 1.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/3/2005 | 15:49 | 72 | 1.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/4/2005 | 4:48 | 108 | 1.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/4/2005 | 5:00 | 117 | 2.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/4/2005 | 7:32 | 103 | 1.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/4/2005 | 9:44 | 40 | 0.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/7/2005 | 10:40 | 150 | 2.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/8/2005 | 6:53 | 26 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/9/2005 | 8:52 | 67 | 1.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/10/2005 | 12:55 | 203 | 3.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/10/2005 | 16:54 | 225 | 3.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/11/2005 | 11:40 | 104 | 1.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/14/2005 | 6:53 | 77 | 1.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/14/2005 | 12:09 | 54 | 0.9 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/15/2005 | 11:37 | 60 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/16/2005 | 12:17 | 25 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/16/2005 | 12:17 | 10 | 0.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/17/2005 | 10:07 | 995 | 16.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/18/2005 | 6:48 | 20 | 0.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/18/2005 | 6:48 | 22 | 0.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/18/2005 | 8:37 | 72 | 1.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/25/2005 | 8:11 | 35 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/28/2005 | 16:01 | 240 | 4.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 8:29 | 102 | 1.7 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 8:34 | 131 | 2.2 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 9:27 | 29 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 9:32 | 206 | 3.4 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 11:01 | 154 | 2.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 11/30/2005 | 11:26 | 62 | 1.0 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/1/2005 | 7:45 | 36 | 0.6 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/1/2005 | 9:44 | 288 | 4.8 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/1/2005 | 11:07 | 6 | 0.1 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/1/2005 | 11:11 | 320 | 5.3 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/1/2005 | 13:26 | 32 | 0.5 | 3342027177 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |