## THE CONCRETE COMPANY
### DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
### RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13343181265 | 12/2/2005 | 9:46 | 147 | 2.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/3/2005 | 10:28 | 768 | 12.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/5/2005 | 7:22 | 178 | 3.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/5/2005 | 8:51 | 31 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/6/2005 | 14:30 | 1 | 0.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/7/2005 | 6:23 | 59 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/8/2005 | 10:30 | 143 | 2.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/12/2005 | 15:31 | 30 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/13/2005 | 16:38 | 54 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/16/2005 | 14:17 | 211 | 3.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/16/2005 | 14:28 | 70 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/19/2005 | 5:31 | 130 | 2.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/20/2005 | 12:09 | 147 | 2.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/21/2005 | 15:16 | 28 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/22/2005 | 8:50 | 117 | 2.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/22/2005 | 11:04 | 275 | 4.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/28/2005 | 9:49 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/28/2005 | 14:06 | 90 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/29/2005 | 7:40 | 93 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/29/2005 | 8:22 | 123 | 2.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/30/2005 | 4:54 | 277 | 4.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/30/2005 | 8:06 | 224 | 3.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181265 | 12/30/2005 | 14:37 | 65 | 1.1 | 3342027177 | 188 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| | | | | | | | | |
| 13343181648 | 7/8/2005 | 17:09 | 105 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/11/2005 | 9:29 | 22 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/11/2005 | 11:35 | 85 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/18/2005 | 6:11 | 61 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/18/2005 | 7:23 | 58 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/18/2005 | 10:00 | 134 | 2.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 7/20/2005 | 13:41 | 146 | 2.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/1/2005 | 8:24 | 20 | 0.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/1/2005 | 8:57 | 115 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/2/2005 | 10:28 | 88 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/2/2005 | 13:26 | 88 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/2/2005 | 15:35 | 53 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/3/2005 | 13:06 | 78 | 1.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/3/2005 | 13:08 | 19 | 0.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/3/2005 | 14:35 | 39 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/9/2005 | 15:39 | 40 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/10/2005 | 13:14 | 92 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/11/2005 | 7:41 | 106 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/16/2005 | 8:49 | 28 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/22/2005 | 7:31 | 131 | 2.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/24/2005 | 8:44 | 86 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/29/2005 | 8:24 | 79 | 1.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/29/2005 | 8:54 | 28 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/31/2005 | 5:18 | 52 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 8/31/2005 | 13:02 | 110 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/6/2005 | 10:10 | 72 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/7/2005 | 7:11 | 235 | 3.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/10/2005 | 9:20 | 83 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/13/2005 | 7:36 | 27 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/15/2005 | 12:21 | 34 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/22/2005 | 22:14 | 104 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/22/2005 | 22:19 | 32 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/22/2005 | 22:27 | 365 | 6.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/23/2005 | 13:46 | 135 | 2.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/23/2005 | 14:24 | 44 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/26/2005 | 10:56 | 50 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/29/2005 | 16:20 | 95 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/30/2005 | 6:45 | 89 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 9/30/2005 | 17:12 | 176 | 2.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 10/1/2005 | 10:54 | 54 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 10/3/2005 | 11:27 | 78 | 1.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 10/3/2005 | 17:45 | 314 | 5.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 10/4/2005 | 14:43 | 30 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 10/5/2005 | 17:45 | 30 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |

## THE CONCRETE COMPANY
### DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
### RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

37

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13343181648 | 10/19/2005 | 10:07 | 73 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/8/2005 | 7:00 | 58 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/9/2005 | 8:53 | 55 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/9/2005 | 10:19 | 279 | 4.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/14/2005 | 6:50 | 59 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/14/2005 | 12:05 | 51 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/16/2005 | 13:13 | 103 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/21/2005 | 8:54 | 111 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/21/2005 | 13:38 | 281 | 4.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/22/2005 | 7:12 | 110 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/22/2005 | 11:00 | 70 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/22/2005 | 14:20 | 11 | 0.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/22/2005 | 16:23 | 338 | 5.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/23/2005 | 7:36 | 404 | 6.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/23/2005 | 7:49 | 201 | 3.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/23/2005 | 8:05 | 152 | 2.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/23/2005 | 9:40 | 275 | 4.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/23/2005 | 11:29 | 97 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/24/2005 | 10:34 | 48 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/25/2005 | 8:12 | 131 | 2.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/29/2005 | 13:25 | 8 | 0.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/29/2005 | 13:53 | 94 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 11/30/2005 | 13:22 | 192 | 3.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/6/2005 | 9:24 | 112 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/6/2005 | 10:04 | 24 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/19/2005 | 5:34 | 172 | 2.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/21/2005 | 11:50 | 108 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/21/2005 | 13:26 | 50 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/22/2005 | 7:30 | 410 | 6.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/28/2005 | 7:58 | 33 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/28/2005 | 9:54 | 51 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/28/2005 | 17:41 | 27 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/29/2005 | 6:44 | 63 | 1.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343181648 | 12/29/2005 | 7:40 | 28 | 0.5 | 3342027177 | 78 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| | | | | | | | | |
| 13343184300 | 7/11/2005 | 9:24 | 240 | 4.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/14/2005 | 16:49 | 31 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/15/2005 | 5:23 | 23 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/15/2005 | 7:02 | 70 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/18/2005 | 6:14 | 28 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/18/2005 | 7:01 | 178 | 3.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/18/2005 | 7:18 | 20 | 0.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/18/2005 | 14:47 | 122 | 2.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/19/2005 | 11:13 | 61 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/19/2005 | 11:55 | 48 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/19/2005 | 12:27 | 102 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/19/2005 | 17:17 | 2 | 0.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/19/2005 | 17:17 | 76 | 1.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/20/2005 | 9:11 | 114 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/20/2005 | 13:13 | 231 | 3.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/20/2005 | 13:22 | 74 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/20/2005 | 13:25 | 89 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/22/2005 | 6:50 | 53 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/22/2005 | 19:06 | 266 | 4.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/26/2005 | 7:49 | 54 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/26/2005 | 7:57 | 184 | 3.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/26/2005 | 13:22 | 70 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 7/29/2005 | 10:33 | 1208 | 20.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/1/2005 | 6:24 | 55 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/1/2005 | 15:24 | 363 | 6.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/2/2005 | 7:32 | 233 | 3.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/2/2005 | 14:41 | 203 | 3.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/3/2005 | 9:45 | 179 | 3.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/6/2005 | 12:15 | 37 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/8/2005 | 6:51 | 325 | 5.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/8/2005 | 7:31 | 53 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/9/2005 | 15:38 | 56 | 0.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/10/2005 | 6:47 | 140 | 2.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |

**THE CONCRETE COMPANY**    38
**DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177**
**RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13343184300 | 8/10/2005 | 13:12 | 116 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/15/2005 | 8:01 | 66 | 1.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/15/2005 | 8:25 | 34 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/16/2005 | 8:46 | 36 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/22/2005 | 7:26 | 44 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/24/2005 | 8:41 | 96 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/29/2005 | 8:52 | 82 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 8/31/2005 | 14:04 | 31 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/6/2005 | 10:08 | 87 | 1.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/7/2005 | 7:09 | 65 | 1.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/11/2005 | 10:19 | 4 | 0.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/11/2005 | 10:19 | 41 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/13/2005 | 7:33 | 61 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/15/2005 | 4:36 | 33 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/15/2005 | 12:20 | 34 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/19/2005 | 8:38 | 31 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 9/20/2005 | 20:24 | 6 | 0.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/4/2005 | 7:55 | 356 | 5.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/4/2005 | 12:52 | 118 | 2.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/4/2005 | 14:49 | 304 | 5.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/7/2005 | 9:39 | 33 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/11/2005 | 10:43 | 104 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/11/2005 | 13:01 | 104 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/11/2005 | 13:27 | 155 | 2.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/12/2005 | 8:16 | 10 | 0.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/17/2005 | 7:09 | 196 | 3.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/17/2005 | 7:14 | 22 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 10/20/2005 | 8:41 | 309 | 5.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/3/2005 | 7:52 | 278 | 4.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/9/2005 | 8:50 | 98 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/10/2005 | 13:00 | 110 | 1.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/10/2005 | 14:20 | 64 | 1.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/14/2005 | 6:51 | 69 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/14/2005 | 12:10 | 69 | 1.2 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/15/2005 | 5:15 | 186 | 3.1 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/16/2005 | 12:09 | 460 | 7.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/16/2005 | 16:03 | 83 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/29/2005 | 15:55 | 117 | 2.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/30/2005 | 7:52 | 93 | 1.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 11/30/2005 | 13:21 | 60 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/1/2005 | 5:13 | 57 | 1.0 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/1/2005 | 6:07 | 29 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/1/2005 | 6:35 | 21 | 0.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/2/2005 | 9:44 | 115 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/7/2005 | 6:21 | 44 | 0.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/13/2005 | 6:50 | 28 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/16/2005 | 9:28 | 78 | 1.3 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/16/2005 | 9:44 | 170 | 2.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/19/2005 | 5:37 | 30 | 0.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/20/2005 | 11:54 | 176 | 2.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/21/2005 | 8:52 | 289 | 4.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/21/2005 | 11:49 | 82 | 1.4 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/21/2005 | 12:39 | 231 | 3.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 6:41 | 50 | 0.8 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 7:59 | 100 | 1.7 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 8:15 | 38 | 0.6 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 8:50 | 269 | 4.5 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 9:50 | 112 | 1.9 | 3342027177 | | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| 13343184300 | 12/28/2005 | 14:07 | 151 | 2.5 | 3342027177 | 91 | CCI Driver Cell | Verizon Wireless (Montgomery, AL) |
| | | | | | | | | |
| 13343913459 | 7/8/2005 | 7:33 | 122 | 2.0 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 7/15/2005 | 15:03 | 29 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 8/17/2005 | 8:50 | 336 | 5.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 8/22/2005 | 16:57 | 316 | 5.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 8/29/2005 | 14:29 | 146 | 2.4 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/13/2005 | 7:21 | 18 | 0.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/13/2005 | 7:21 | 44 | 0.7 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/15/2005 | 10:55 | 29 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |

THE CONCRETE COMPANY 39
DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177
RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13343913459 | 9/15/2005 | 13:22 | 19 | 0.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/15/2005 | 13:22 | 44 | 0.7 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/15/2005 | 13:41 | 169 | 2.8 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/16/2005 | 7:45 | 398 | 6.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/16/2005 | 7:52 | 227 | 3.8 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/20/2005 | 18:35 | 305 | 5.1 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/26/2005 | 12:21 | 27 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 9/27/2005 | 8:01 | 190 | 3.2 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 10/4/2005 | 9:41 | 7 | 0.1 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 10/4/2005 | 9:43 | 40 | 0.7 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 10/12/2005 | 9:06 | 518 | 8.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 10/12/2005 | 9:54 | 78 | 1.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/1/2005 | 14:18 | 214 | 3.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/10/2005 | 8:58 | 255 | 4.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/14/2005 | 9:28 | 174 | 2.9 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/15/2005 | 7:56 | 192 | 3.2 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/17/2005 | 7:10 | 55 | 0.9 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/17/2005 | 7:25 | 22 | 0.4 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/17/2005 | 8:52 | 86 | 1.4 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/17/2005 | 16:24 | 32 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/18/2005 | 6:50 | 37 | 0.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/18/2005 | 7:32 | 36 | 0.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/18/2005 | 8:35 | 93 | 1.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/23/2005 | 8:54 | 28 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/28/2005 | 8:57 | 271 | 4.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 11/30/2005 | 8:31 | 12 | 0.2 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/5/2005 | 10:35 | 987 | 16.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/5/2005 | 13:25 | 590 | 9.8 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/6/2005 | 14:29 | 30 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/8/2005 | 10:25 | 43 | 0.7 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/8/2005 | 13:04 | 24 | 0.4 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/14/2005 | 7:51 | 378 | 6.3 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/20/2005 | 13:42 | 32 | 0.5 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/28/2005 | 7:46 | 457 | 7.6 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/28/2005 | 11:14 | 203 | 3.4 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/29/2005 | 8:35 | 56 | 0.9 | 3342027177 | | Hardy Taylor | Nextel (Montgomery, AL) |
| 13343913459 | 12/30/2005 | 7:59 | 417 | 7.0 | 3342027177 | 45 | Hardy Taylor | Nextel (Montgomery, AL) |
| | | | | | | | | |
| 13343998888 | 8/25/2005 | 9:12 | 52 | 0.9 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 8/29/2005 | 10:47 | 218 | 3.6 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/20/2005 | 18:59 | 38 | 0.6 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/21/2005 | 7:08 | 1191 | 19.9 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/23/2005 | 9:51 | 76 | 1.3 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/23/2005 | 9:53 | 492 | 8.2 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/26/2005 | 12:22 | 39 | 0.7 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/26/2005 | 16:16 | 37 | 0.6 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 9/26/2005 | 16:17 | 204 | 3.4 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 10/4/2005 | 9:46 | 276 | 4.6 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 10/4/2005 | 12:24 | 57 | 1.0 | 3342027177 | | Trey Holley | Alltel Mobile (Montgomery, AL) |
| 13343998888 | 10/5/2005 | 9:04 | 320 | 5.3 | 3342027177 | 12 | Trey Holley | Alltel Mobile (Montgomery, AL) |
| | | | | | | | | |
| 13345461952 | 8/4/2005 | 13:04 | 352 | 5.9 | 3342027177 | | O.G. Pinkston | |
| 13345461952 | 11/16/2005 | 9:21 | 68 | 1.1 | 3342027177 | | O.G. Pinkston | |
| 13345461952 | 12/12/2005 | 9:18 | 314 | 5.2 | 3342027177 | 3 | O.G. Pinkston | |
| | | | | | | | | |
| 13345692377 | 8/20/2005 | 16:18 | 68 | 1.1 | 3342027177 | | Rex Dasinger | |
| 13345692377 | 8/20/2005 | 18:50 | 232 | 3.9 | 3342027177 | | Rex Dasinger | |
| 13345692377 | 10/9/2005 | 12:42 | 50 | 0.8 | 3342027177 | | Rex Dasinger | |
| 13345692377 | 10/11/2005 | 16:13 | 41 | 0.7 | 3342027177 | | Rex Dasinger | |
| 13345692377 | 12/19/2005 | 17:10 | 125 | 2.1 | 3342027177 | 5 | Rex Dasinger | |
| | | | | | | | | |
| 13346575372 | 7/26/2005 | 5:17 | 29 | 0.5 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 7/26/2005 | 6:41 | 41 | 0.7 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 7/26/2005 | 7:27 | 72 | 1.2 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 7/29/2005 | 10:56 | 105 | 1.8 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 8/8/2005 | 6:33 | 65 | 1.1 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 8/8/2005 | 14:03 | 67 | 1.1 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |

**THE CONCRETE COMPANY** 40
**DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177**
**RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13346575372 | 8/8/2005 | 14:04 | 3 | 0.1 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 8/18/2005 | 12:59 | 52 | 0.9 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 10/26/2005 | 12:54 | 171 | 2.9 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 10/27/2005 | 7:35 | 73 | 1.2 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 11/11/2005 | 5:32 | 89 | 1.5 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 11/16/2005 | 15:17 | 68 | 1.1 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 11/25/2005 | 11:23 | 29 | 0.5 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 12/1/2005 | 6:17 | 55 | 0.9 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 12/1/2005 | 7:11 | 70 | 1.2 | 3342027177 | | Mike Gentry | Nextel (Montgomery, AL) |
| 13346575372 | 12/2/2005 | 10:19 | 43 | 0.7 | 3342027177 | 16 | Mike Gentry | Nextel (Montgomery, AL) |
| | | | | | | | | |
| 13346738233 | 12/27/2005 | 8:32 | 161 | 2.7 | 3342027177 | | Couch Ready Mix Usa | |
| | | | | | | | | |
| 13348349567 | 10/27/2005 | 15:04 | 84 | 1.4 | 3342027177 | | Conn Equipment Rental Company Inc | |
| 13348349567 | 12/12/2005 | 14:11 | 54 | 0.9 | 3342027177 | 2 | Conn Equipment Rental Company Inc | |
| | | | | | | | | |
| 14043522508 | 9/22/2005 | 11:57 | 2 | 0.0 | 3342027177 | | Sand Rock Transit | |
| 14043522508 | 9/22/2005 | 11:58 | 3 | 0.1 | 3342027177 | | Sand Rock Transit | |
| 14043522508 | 9/22/2005 | 11:58 | 66 | 1.1 | 3342027177 | | Sand Rock Transit | |
| 14043522508 | 10/11/2005 | 13:25 | 74 | 1.2 | 3342027177 | 4 | Sand Rock Transit | |
| | | | | | | | | |
| 14043558155 | 11/8/2005 | 6:57 | 62 | 1.0 | 3342027177 | | Willingham Stone Company | |
| 14043558155 | 11/8/2005 | 14:39 | 47 | 0.8 | 3342027177 | | Willingham Stone Company | |
| 14043558155 | 11/10/2005 | 8:37 | 54 | 0.9 | 3342027177 | 3 | Willingham Stone Company | |
| | | | | | | | | |
| 14043587801 | 11/16/2005 | 10:59 | 692 | 11.5 | 3342027177 | | Randy Willingham | BellSouth Mobility (Atlanta, GA) |
| 14043587801 | 11/16/2005 | 16:05 | 76 | 1.3 | 3342027177 | 2 | Randy Willingham | BellSouth Mobility (Atlanta, GA) |
| | | | | | | | | |
| 17067184793 | 8/11/2005 | 12:38 | 430 | 7.2 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 8/11/2005 | 12:49 | 38 | 0.6 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 9/12/2005 | 8:21 | 188 | 3.1 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 9/20/2005 | 16:47 | 212 | 3.5 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 9/21/2005 | 9:49 | 637 | 10.6 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 9/27/2005 | 7:37 | 233 | 3.9 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 10/4/2005 | 9:27 | 172 | 2.9 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 10/11/2005 | 14:07 | 69 | 1.2 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 10/11/2005 | 18:18 | 34 | 0.6 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 10/12/2005 | 7:56 | 77 | 1.3 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 10/27/2005 | 15:11 | 31 | 0.5 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 11/2/2005 | 14:56 | 153 | 2.6 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 11/17/2005 | 9:19 | 247 | 4.1 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 12/27/2005 | 10:31 | 58 | 1.0 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 12/27/2005 | 19:06 | 83 | 1.4 | 3342027177 | | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| 17067184793 | 12/28/2005 | 6:04 | 35 | 0.6 | 3342027177 | 16 | Bernie Ostervoid | BellSouth Mobility (Columbus, GA) |
| | | | | | | | | |
| 17405259396 | 7/12/2005 | 10:31 | 240 | 4.0 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/13/2005 | 16:32 | 71 | 1.2 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/22/2005 | 11:32 | 28 | 0.5 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/22/2005 | 14:39 | 20 | 0.3 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/23/2005 | 9:40 | 43 | 0.7 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/25/2005 | 16:54 | 293 | 4.9 | 3342027177 | | Dave Tuten | |
| 17405259396 | 7/25/2005 | 19:42 | 288 | 4.8 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/8/2005 | 15:42 | 402 | 6.7 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/10/2005 | 13:54 | 376 | 6.3 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/11/2005 | 8:57 | 32 | 0.5 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/15/2005 | 15:46 | 2099 | 35.0 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/16/2005 | 12:07 | 63 | 1.1 | 3342027177 | | Dave Tuten | |
| 17405259396 | 8/26/2005 | 15:14 | 992 | 16.5 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/6/2005 | 14:41 | 136 | 2.3 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/14/2005 | 11:32 | 57 | 1.0 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/14/2005 | 17:55 | 30 | 0.5 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/14/2005 | 19:22 | 841 | 14.0 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 7:21 | 167 | 2.8 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 7:48 | 151 | 2.5 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 8:00 | 59 | 1.0 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 10:37 | 50 | 0.8 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 10:39 | 13 | 0.2 | 3342027177 | | Dave Tuten | |
| 17405259396 | 9/20/2005 | 13:17 | 36 | 0.6 | 3342027177 | | Dave Tuten | |

THE CONCRETE COMPANY    41
**DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177 RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17405259396 | 9/21/2005 | 12:33 | 29 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 9/24/2005 | 13:22 | 705 | 11.8 | 3342027177 | Dave Tuten |
| 17405259396 | 9/27/2005 | 9:19 | 138 | 2.3 | 3342027177 | Dave Tuten |
| 17405259396 | 9/29/2005 | 9:41 | 43 | 0.7 | 3342027177 | Dave Tuten |
| 17405259396 | 10/10/2005 | 15:37 | 972 | 16.2 | 3342027177 | Dave Tuten |
| 17405259396 | 10/11/2005 | 16:10 | 45 | 0.8 | 3342027177 | Dave Tuten |
| 17405259396 | 10/14/2005 | 10:57 | 68 | 1.1 | 3342027177 | Dave Tuten |
| 17405259396 | 10/17/2005 | 11:00 | 136 | 2.3 | 3342027177 | Dave Tuten |
| 17405259396 | 10/17/2005 | 11:51 | 40 | 0.7 | 3342027177 | Dave Tuten |
| 17405259396 | 10/18/2005 | 16:47 | 1232 | 20.5 | 3342027177 | Dave Tuten |
| 17405259396 | 10/19/2005 | 16:07 | 56 | 0.9 | 3342027177 | Dave Tuten |
| 17405259396 | 10/25/2005 | 7:00 | 32 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 10/25/2005 | 10:11 | 572 | 9.5 | 3342027177 | Dave Tuten |
| 17405259396 | 10/26/2005 | 11:10 | 592 | 9.9 | 3342027177 | Dave Tuten |
| 17405259396 | 10/26/2005 | 12:49 | 320 | 5.3 | 3342027177 | Dave Tuten |
| 17405259396 | 10/26/2005 | 15:18 | 32 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 10/27/2005 | 8:48 | 61 | 1.0 | 3342027177 | Dave Tuten |
| 17405259396 | 10/28/2005 | 16:46 | 759 | 12.7 | 3342027177 | Dave Tuten |
| 17405259396 | 11/1/2005 | 9:05 | 818 | 13.6 | 3342027177 | Dave Tuten |
| 17405259396 | 11/2/2005 | 17:03 | 631 | 10.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/7/2005 | 13:55 | 56 | 0.9 | 3342027177 | Dave Tuten |
| 17405259396 | 11/8/2005 | 14:24 | 420 | 7.0 | 3342027177 | Dave Tuten |
| 17405259396 | 11/9/2005 | 15:13 | 37 | 0.6 | 3342027177 | Dave Tuten |
| 17405259396 | 11/10/2005 | 16:50 | 28 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/11/2005 | 7:24 | 169 | 2.8 | 3342027177 | Dave Tuten |
| 17405259396 | 11/11/2005 | 11:22 | 912 | 15.2 | 3342027177 | Dave Tuten |
| 17405259396 | 11/13/2005 | 8:24 | 32 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/14/2005 | 12:39 | 30 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/16/2005 | 16:30 | 341 | 5.7 | 3342027177 | Dave Tuten |
| 17405259396 | 11/17/2005 | 8:54 | 62 | 1.0 | 3342027177 | Dave Tuten |
| 17405259396 | 11/18/2005 | 6:37 | 161 | 2.7 | 3342027177 | Dave Tuten |
| 17405259396 | 11/21/2005 | 10:15 | 27 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/21/2005 | 10:17 | 443 | 7.4 | 3342027177 | Dave Tuten |
| 17405259396 | 11/22/2005 | 8:32 | 727 | 12.1 | 3342027177 | Dave Tuten |
| 17405259396 | 11/22/2005 | 8:45 | 517 | 8.6 | 3342027177 | Dave Tuten |
| 17405259396 | 11/23/2005 | 17:07 | 343 | 5.7 | 3342027177 | Dave Tuten |
| 17405259396 | 11/26/2005 | 7:29 | 34 | 0.6 | 3342027177 | Dave Tuten |
| 17405259396 | 11/28/2005 | 8:49 | 307 | 5.1 | 3342027177 | Dave Tuten |
| 17405259396 | 11/28/2005 | 13:03 | 177 | 3.0 | 3342027177 | Dave Tuten |
| 17405259396 | 11/29/2005 | 6:46 | 49 | 0.8 | 3342027177 | Dave Tuten |
| 17405259396 | 11/30/2005 | 7:51 | 31 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 11/30/2005 | 8:25 | 229 | 3.8 | 3342027177 | Dave Tuten |
| 17405259396 | 11/30/2005 | 11:38 | 583 | 9.7 | 3342027177 | Dave Tuten |
| 17405259396 | 11/30/2005 | 14:31 | 52 | 0.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/1/2005 | 9:10 | 1074 | 17.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/1/2005 | 12:35 | 338 | 5.6 | 3342027177 | Dave Tuten |
| 17405259396 | 12/2/2005 | 12:58 | 176 | 2.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/5/2005 | 10:52 | 587 | 9.8 | 3342027177 | Dave Tuten |
| 17405259396 | 12/6/2005 | 10:46 | 631 | 10.5 | 3342027177 | Dave Tuten |
| 17405259396 | 12/6/2005 | 11:09 | 111 | 1.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/6/2005 | 15:05 | 118 | 2.0 | 3342027177 | Dave Tuten |
| 17405259396 | 12/7/2005 | 11:57 | 34 | 0.6 | 3342027177 | Dave Tuten |
| 17405259396 | 12/8/2005 | 11:38 | 31 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 12/8/2005 | 15:11 | 235 | 3.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/11/2005 | 12:53 | 93 | 1.6 | 3342027177 | Dave Tuten |
| 17405259396 | 12/11/2005 | 12:55 | 30 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 12/11/2005 | 13:05 | 26 | 0.4 | 3342027177 | Dave Tuten |
| 17405259396 | 12/12/2005 | 14:58 | 296 | 4.9 | 3342027177 | Dave Tuten |
| 17405259396 | 12/13/2005 | 6:52 | 1005 | 16.8 | 3342027177 | Dave Tuten |
| 17405259396 | 12/13/2005 | 7:25 | 65 | 1.1 | 3342027177 | Dave Tuten |
| 17405259396 | 12/13/2005 | 13:14 | 605 | 10.1 | 3342027177 | Dave Tuten |
| 17405259396 | 12/14/2005 | 16:22 | 32 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 12/14/2005 | 16:54 | 49 | 0.8 | 3342027177 | Dave Tuten |
| 17405259396 | 12/15/2005 | 7:02 | 357 | 6.0 | 3342027177 | Dave Tuten |
| 17405259396 | 12/15/2005 | 16:12 | 38 | 0.6 | 3342027177 | Dave Tuten |
| 17405259396 | 12/15/2005 | 16:51 | 421 | 7.0 | 3342027177 | Dave Tuten |
| 17405259396 | 12/20/2005 | 15:53 | 32 | 0.5 | 3342027177 | Dave Tuten |
| 17405259396 | 12/20/2005 | 16:08 | 9 | 0.2 | 3342027177 | Dave Tuten |

**THE CONCRETE COMPANY**    42
**DETAILED SCHEDULE OF PHONE CALLS TO AND FROM HARRY LAMBERT'S CELL PHONE #334-202-7177**
**RELATED TO SAND AND GRAVEL INDUSTRY BETWEEN 07/05/05 AND 01/02/06**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17405259396 | 12/20/2005 | 16:09 | 55 | 0.9 | 3342027177 | | | Dave Tuten |
| 17405259396 | 12/21/2005 | 10:20 | 291 | 4.9 | 3342027177 | | | Dave Tuten |
| 17405259396 | 12/21/2005 | 13:02 | 742 | 12.4 | 3342027177 | | | Dave Tuten |
| 17405259396 | 12/26/2005 | 12:07 | 355 | 5.9 | 3342027177 | | | Dave Tuten |
| 17405259396 | 12/27/2005 | 15:19 | 1153 | 19.2 | 3342027177 | | | Dave Tuten |
| 17405259396 | 12/28/2005 | 12:29 | 39 | 0.7 | 3342027177 | | | Dave Tuten |
| 17405259396 | 12/28/2005 | 12:34 | 77 | 1.3 | 3342027177 | | | Dave Tuten |
| 17405259396 | 12/31/2005 | 9:13 | 1209 | 20.2 | 3342027177 | 99 | | Dave Tuten |
| | | | | | | | | |
| 17405680797 | 7/12/2005 | 10:31 | 16 | 0.3 | 3342027177 | | | Dave Tuten |
| 17405680797 | 9/14/2005 | 17:56 | 19 | 0.3 | 3342027177 | | | Dave Tuten |
| 17405680797 | 9/21/2005 | 12:32 | 27 | 0.5 | 3342027177 | | | Dave Tuten |
| 17405680797 | 9/29/2005 | 12:17 | 194 | 3.2 | 3342027177 | | | Dave Tuten |
| 17405680797 | 10/17/2005 | 11:00 | 28 | 0.5 | 3342027177 | | | Dave Tuten |
| 17405680797 | 10/18/2005 | 16:46 | 20 | 0.3 | 3342027177 | | | Dave Tuten |
| 17405680797 | 10/26/2005 | 12:48 | 25 | 0.4 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/2/2005 | 13:56 | 576 | 9.6 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/3/2005 | 18:02 | 849 | 14.2 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/3/2005 | 18:16 | 21 | 0.4 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/4/2005 | 7:14 | 1057 | 17.6 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/13/2005 | 8:25 | 389 | 6.5 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/16/2005 | 16:29 | 20 | 0.3 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/21/2005 | 10:16 | 3 | 0.1 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/21/2005 | 10:17 | 26 | 0.4 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/26/2005 | 7:30 | 467 | 7.8 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/27/2005 | 9:09 | 1167 | 19.5 | 3342027177 | | | Dave Tuten |
| 17405680797 | 11/27/2005 | 11:31 | 609 | 10.2 | 3342027177 | | | Dave Tuten |
| 17405680797 | 12/20/2005 | 15:54 | 460 | 7.7 | 3342027177 | | | Dave Tuten |
| 17405680797 | 12/20/2005 | 16:07 | 54 | 0.9 | 3342027177 | 20 | | Dave Tuten |
| | | | | | | | | |
| 17409848652 | 7/26/2005 | 12:28 | 492 | 8.2 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/3/2005 | 9:49 | 30 | 0.5 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/3/2005 | 10:16 | 32 | 0.5 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/3/2005 | 10:54 | 28 | 0.5 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/3/2005 | 14:09 | 80 | 1.3 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/3/2005 | 14:33 | 34 | 0.6 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/4/2005 | 6:35 | 27 | 0.5 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/4/2005 | 9:22 | 50 | 0.8 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/8/2005 | 6:56 | 3 | 0.1 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/8/2005 | 6:57 | 26 | 0.4 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/8/2005 | 8:06 | 46 | 0.8 | 3342027177 | | | Globe Metallurgical |
| 17409848652 | 8/8/2005 | 14:08 | 28 | 0.5 | 3342027177 | 12 | | Globe Metallurgical |
| | | | | | | | | |
| 17706221399 | 11/16/2005 | 12:23 | 121 | 2.0 | 3342027177 | | | Marietta Martin Aggregates |
| | | | | | | | | |
| 19169219000 | 12/27/2005 | 11:23 | 279 | 4.7 | 3342027177 | | | Rock Systems Inc |