IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 2:05-cv-01026-CSC |
| | * | |
| HARRY E. LAMBERT AND CAROL'S | * | |
| CONTRACTING, INC., | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF FILING EVIDENCE IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff The Concrete Company, by counsel, hereby gives notice of filing evidentiary materials in support of summary judgment consisting of the following:

1. Closing Statement;

2. Assignment of Limited Liability Company Interest and Indemnification;

3. Document Entitled Assumed Debt of Montgomery Materials, LLC;

4. Transcript of the Deposition of Carol Lambert;

5. Foshee Trucking 1099's;

6. Transcript of the Deposition of Larry Speaks;

7. Transcript of Deposition of James Maddox;

8. Affidavit of David N. Gaddy;

9. Affidavit of Billy Stanley;

10. Transcript of Deposition of Harry Lambert;

11. Assorted Load Tickets Signed by Harry Lambert;

12. Defendant Lambert's Responses to Plaintiff's First Interrogatories;

13. Hugh Sorrell Telephone Affidavit;

14. Affidavit of Frank Foley;

15. Transcript of Deposition of Robert Becker;

16. Transcript of Deposition of David Tuten;

17. E-mail from James N. Walter to Thomas Gristina;

18. Transcript of Deposition of Rex Dasinger;

19. Calendar of Richard Wymer;

20. Transcript of Deposition of Richard Wymer;

21. Transcript of Deposition of Robert Alexander;

22. Transcript of Deposition of Howard Gentry;

23. Affidavit of Russ Ware;

24. Transcript of Deposition of Danny Luster;

25. Declaration of William P. Long;

26. Alabama Gravel Check;

27. Transcript of Deposition of Samuel Estock;

28. Southern Wire Deposition Documents;

29. Southern Wire Documents Produced in Response to First Subpoena;

30. Southern Wire Invoices Produced by Alabama Gravel;

31. Southern Steel Invoices;

32. Pond River Steel Invoice;

33. Pearce Pump Invoices;

34. Crest Capital Fax;

35. Transcript of Deposition of Mike Hong;

36. Consulting Agreement;

37. Carol's Contracting Invoices; and

38. Purchase Order Inquiry.

This the 23rd day of February, 2007.

*[signature]*

One of the Attorneys for Plaintiff
The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2006, I served a copy of the foregoing Plaintiff's Motion For Partial Summary Judgment, with accompanying Brief In Support Of Plaintiff's Motion For Partial Summary Judgment and Notice Of Filing Evidence In Support Of Partial Summary Judgment, by hand-delivery to the following:

    Dennis R. Bailey, Esquire
    Rushton, Stakely, Johnston & Garrett
    P. O. Box 270
    Montgomery, Alabama 36101-0270

                                                /s/
                                        OF COUNSEL