79

1        time, or how did that work?
2   A.   Yeah.  He called -- just said that he's
3        going to be in town, you know, at this date
4        and this is where he's going to be staying,
5        and that's how it was set up.
6   Q.   Did he tell you to go there at a certain
7        time or did you contact Mr. Alexander when
8        he got to town?
9   A.   He gave me his phone number and I called
10       him.
11  Q.   Do you know what Harry's cell phone number
12       is -- excuse me -- Mr. Lambert's cell phone
13       number is?
14  A.   Yes.
15  Q.   What is that?
16  A.   Can I look it up?
17  Q.   Sure.
18  A.   Because I've got it on automatic here.
19       It's 334.  I can tell you that much.
20            (334) 202-7177.
21  Q.   Now, as best you can recall is that the
22       only cell phone number you've ever had for
23       Mr. Lambert?

81

```
 1         doing a 984 prefix?
 2   A.    Yeah.  They've got like a general number
 3         and then like all the extensions are
 4         8-something.
 5   Q.    And except for -- in the Ohio, I guess,
 6         plant?
 7   A.    That's the Ohio plant, yes.
 8   Q.    What about in Selma?  Do you know the
 9         prefix there still?
10   A.    I used to know that.
              MR. WALTER:  Don't guess.
12   A.    Well, I -- I used to know it, but I
13         don't -- I can't remember.
14   Q.    All right.  Now, other than the home number
15         and the cell phone number and the work
16         number you gave me, over the last five
17         years is there another number that you
18         could have been commonly reached at?
19   A.    Huh-uh (negative response).
20   Q.    No?
              MR. WALTER:  You need to answer.
22   A.    I'm sorry.  No.
23   Q.    Going back, then, to the meeting at the
```

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

82

1       hotel.  Did Mr. Lambert attend that
2       meeting?
3   A.  Yes.
4   Q.  Who else was there besides Mr. Lambert,
5       you, and Mr. Alexander?
6   A.  No one.
7   Q.  And I assume it was -- was it in
8       Mr. Alexander's room or was it --
9   A.  Yes.
10  Q.  And what time was that?
11  A.  It was in the evening.
12  Q.  And if you could tell me everything that
13      you recall about that meeting, please.
14  A.  Just basically he introduced us, you know,
15      who he was.  And we kind of gave each
16      other, you know, background, you know, who
17      we were.  I told him that, you know, I had
18      been involved in the metallurgical business
19      for a long time and I didn't know -- you
20      know, I didn't know nothing about the sand
21      and aggregate business.  But, you know, I
22      was looking to -- you know, just as a small
23      investor, you know, would be interested in

1  A.  I don't know. I mean, it might have.
2  Q.  You can't recall?
3  A.  I cannot recall.
4  Q.  Mr. Alexander, as far as you know did he
5      have any -- did Mr. Alexander as far as you
6      know have any business dealings in the
7      Montgomery area at that time?
8  A.  I did not know.
9  Q.  Was there a discussion during that meeting
10     as to how you all would locate a pit for
11     white oversized?
12 A.  Mr. Alexander had had some contacts with --
13     talked to a Mike Gentry, and he had -- you
14     know, he had been talking to him about
15     mining his pit.
16 Q.  And was that the first time that you
17     learned of Mr. Alexander's discussion with
18     Mr. Gentry?
19 A.  Yes.
20 Q.  And so what specifically did Mr. Alexander
21     say that he could mine from Mr. Gentry's
22     pit?
23 A.  He didn't say specifically at that

```
 1         meeting.  He just said that he had been
 2         talking to this guy, that we might be able
 3         to, you know, mine some aggregate in his
 4         pit.
 5    Q.   Did he indicate how he came to learn of
 6         Mr. Gentry's pit?
 7    A.   Yeah.  He -- he had been introduced to
 8         Mr. Gentry through Mr. Lambert.
 9    Q.   Do you know when that introduction took
10         place?
11    A.   I do not.
12    Q.   But it was before this meeting that you all
13         had at the hotel?
14    A.   Yes.
15    Q.   And during the meeting -- well, was there
16         anything else you can recall about the
17         discussion with Mr. Alexander during that
18         meeting?
19    A.   We talked for probably -- I don't know --
20         hour, hour and a half maybe and, you know,
21         just kind of left it that -- at that time I
22         kind of said, well, you know, I'll think it
23         over or whatever and, you know, get back
```

| | | |
|---|---|---|
| 1 | | jail, it, you know, might be something |
| 2 | | worth pursuing, but at that time, no. |
| 3 | Q. | Had you ever talked to Mr. Lambert about |
| 4 | | that concept before the meeting? |
| 5 | A. | No. |
| 6 | Q. | And had he ever mentioned it to you? |
| 7 | A. | No. |
| 8 | Q. | Other than Mr. Gentry's pit, were there any |
| 9 | | other sites -- mining sites discussed |
| 10 | | during the hotel meeting? |
| 11 | A. | No. |
| 12 | Q. | Is there anything else that you can recall |
| 13 | | about that meeting that we haven't |
| 14 | | discussed? |
| 15 | | MR. WALTER: Referring to the |
| 16 | | meeting at the hotel? |
| 17 | | MR. GRISTINA: At the hotel. |
| 18 | A. | We talked about, you know, if we were to -- |
| 19 | | you know, if Robert and I were to go into |
| 20 | | business, I couldn't -- you know, I |
| 21 | | couldn't be -- I'm not a day-to-day person |
| 22 | | as far as the company is concerned and I |
| 23 | | couldn't be, that, you know, we needed |

| | | |
|---|---|---|
| 1 | | somebody that could kind of run the thing |
| 2 | | for us. And, you know, we talked about |
| 3 | | Mr. Dasinger at that time also. |
| 4 | Q. | That's Rex Dasinger? |
| 5 | A. | Yes. |
| 6 | Q. | D-A-S-I-N-G-E-R? |
| 7 | A. | I'm not -- I don't know the spelling. |
| 8 | Q. | And so you told Mr. Alexander I can't be |
| 9 | | the day-to-day guy -- |
| 10 | A. | Right. |
| 11 | Q. | -- but maybe this Dasinger guy can be? |
| 12 | A. | Right. Well, that we talked about it and |
| 13 | | actually Mr. Lambert recommended him as |
| 14 | | a -- would be a good person to, you know, |
| 15 | | like be a foreman or what have you to run |
| 16 | | the thing. And we discussed that as well. |
| 17 | Q. | So was that recommendation from |
| 18 | | Mr. Lambert -- was that during that hotel |
| 19 | | meeting? |
| 20 | A. | Yes. |
| 21 | Q. | So then at least one conversation did take |
| 22 | | place that involved Mr. Lambert and that |
| 23 | | was him recommending Mr. Dasinger as a |

|   |    |                                                      |
|---|----|------------------------------------------------------|
| 1 |    | foreman type person?                                 |
| 2 | A. | Well, we asked him, you know -- we asked             |
| 3 |    | him if, you know, he knew of somebody we             |
| 4 |    | could get or that, you know, could do that,          |
| 5 |    | and he recommended Rex.                              |
| 6 | Q. | And did you know Rex before then?                    |
| 7 | A. | No.                                                  |
| 8 | Q. | At that time did Mr. Lambert tell you what           |
| 9 |    | his relationship with Mr. Dasinger was?              |
| 10| A. | He -- yeah. He -- I mean, he said that he            |
| 11|    | drove a truck for Carol's Contracting and            |
| 12|    | he had been in the gravel -- you know,               |
| 13|    | worked in gravel pits before and stuff and           |
| 14|    | he felt that, you know, he would be a good           |
| 15|    | guy to have.                                         |
| 16| Q. | Now, over the time period you came to know           |
| 17|    | Mr. Lambert before this meeting he was               |
| 18|    | somebody, wasn't he, that you understood             |
| 19|    | had extensive knowledge of the sand and              |
| 20|    | gravel business; is that correct?                    |
| 21| A. | Yes.                                                 |
| 22| Q. | And he's somebody that you understood knew           |
| 23|    | how to locate different types of sand and            |

100

1  A.  Yes.
2  Q.  And you have to get permits to do all this
3      stuff; isn't that right?
4  A.  Yes.
5  Q.  And there are environmental issues; is that
6      correct?
7  A.  Yes.
8  Q.  And these are things that you've learned
9      since that meeting?
10 A.  Yes.
11 Q.  At that meeting was there any discussion
12     about who would hire all of the consultants
13     and builders and inspectors to do all that
14     construction?
15 A.  We didn't talk in detail about it.  But, I
16     mean, Robert was going to -- I mean, he
17     runs it.  It was going to be his thing.
18 Q.  Did Mr. Lambert ever say I know who all
19     these people are in the Montgomery area and
20     I can help you out with that?
21 A.  We asked him for his, you know, opinion,
22     you know, who would be a good person or
23     something like that.

| | | |
|---|---|---|
| 1 | Q. | So Mr. Lambert had the information and the |
| 2 | | specific individuals who could help you all |
| 3 | | construct this plant? |
| 4 | | MR. BAILEY: Object to the form. |
| 5 | A. | Yes. |
| 6 | Q. | And at that time had you located a place |
| 7 | | where you all thought you would build this |
| 8 | | plant? |
| 9 | | You mentioned Gentry. Was there |
| 10 | | another location? |
| 11 | A. | No. |
| 12 | Q. | At that time had you identified the |
| 13 | | Deatsville site? |
| 14 | A. | No. |
| 15 | Q. | And when I say the Deatsville site, do you |
| 16 | | understand what I'm talking about? |
| 17 | A. | Yes. |
| 18 | Q. | And where is that site located? |
| 19 | A. | It's just -- it's just outside the little |
| 20 | | town of Deatsville. |
| 21 | Q. | And is that the first -- well, is that the |
| 22 | | only site that Alabama Gravel has built so |
| 23 | | far? |

1  A.  Yes.
2  Q.  When did you first locate that site?
3  A.  Well, Mr. Dasinger acquired the lease on
4      that property sometime early in 2005.
5  Q.  You say Mr. Dasinger acquired the lease.
6      Did he sign the lease and pay for the lease
7      or did -- individually?
8  A.  I don't know -- I don't know about paying
9      for the lease, but, I mean, he signed for
10     the lease, yes.
11 Q.  And you said early 2005.  So that would
12     make it before Alabama Gravel was actually
13     formed according to its articles of
14     organization?
15 A.  Right.  It was around -- yeah, right before
16     that, yes.
17 Q.  And do you know who that lease was obtained
18     from?
19 A.  The name on the lease is Cruise.
20 Q.  Could you -- C-R-U-Z or U-I-S-E?
21 A.  I think it's C-R-U-I-S-E, but I'm not sure.
22 Q.  You don't know the first name?
23 A.  No, I do not.

103

1  Q.  Do you know how Mr. Dasinger located the
2      Deatsville site?
3  A.  No, I do not.
4  Q.  Do you know of any testing that was done on
5      the Deatsville site before the lease was
6      done?
7  A.  I know that he said he had tested it
8      himself.
9  Q.  Mr. Dasinger said that?
10 A.  Yes.
11 Q.  Did he say that he went there with
12     Mr. Lambert and bored holes to see if there
13     was white oversized gravel at that site?
14 A.  He did not say.
15 Q.  Are you aware of whether Mr. Lambert went
16     to the Deatsville site in 2004 before the
17     hotel meeting and did some testing to
18     determine if white oversized gravel could
19     be mined in the Deatsville site?
20 A.  I'm not aware of that.
21 Q.  You think that did not happen or --
22 A.  I don't know.
23 Q.  So you trusted Mr. Dasinger at some point

1        to tell you that's where we can get this
2        product?
3 A.    Yes.
4 Q.    The only product at this time that you all
5        were interested in locating was white
6        oversized; is that correct?
7 A.    That's all I was interested in.
8 Q.    And that's a very scarce product in the
9        area; is that correct?
10 A.    Yes.
11 Q.    And you trusted Mr. Dasinger to tell you
12        the Deatsville site is where we need to be
13        to get that?
14            MR. BAILEY: Object to the form.
15            Go ahead.
16 A.    Yes.
17 Q.    Without any knowledge of whether or not
18        Mr. Dasinger had worked with Mr. Lambert to
19        determine if in fact that would be a good
20        place to get white oversized?
21            MR. WALTER: I'm not sure I quite
22            understand. You can answer it
23            if you understand it. I'm a

105

1            little confused.
2   A.   Ask it again, please.
3   Q.   All right. As far as you knew Mr. Dasinger
4        had not worked with Mr. Lambert to test the
5        Deatsville site?
6   A.   I had no idea.
7   Q.   And so, then, you relied exclusively on
8        Mr. Dasinger to tell you that that would be
9        a good site for Alabama Gravel to open up
10       its first operation looking for the scarce
11       material of white oversized gravel?
12  A.   Yes.
13  Q.   And were you aware of Mr. Dasinger having
14       any experience at that time in actually
15       sniffing out that scarce stuff?
16  A.   No. I mean, he had been in the sand and
17       gravel business.
18  Q.   But locating white oversized is -- would
19       you agree with me that it takes some
20       experience?
21  A.   Yeah, I guess so. Yeah.
22  Q.   And you only knew that he had been in the
23       business, the sand and gravel business, but

1           you didn't know whether or not Mr. Dasinger
2           had ever gone and actually done site
3           samples or soil samples to locate product?
4     A.    Yeah, I didn't know what he had done in the
5           past.
6     Q.    And at the meeting -- at the hotel
7           meeting -- and when I say the hotel
8           meeting, so we're on the same page, I'm
9           meaning the one with Mr. Alexander and
10          Mr. Lambert. Did you all -- again, I
11          apologize. Did you discuss the Deatsville
12          site?
13    A.    No.
14    Q.    Now, we talked earlier about Mr. Lambert's
15          discussions, the discussions you had with
16          him during that meeting, and the last part
17          that we talked about was him giving you
18          names of people who could help you with the
19          construction; is that correct?
20    A.    We asked, you know, if we were to
21          undertake -- you know, if we were to do
22          this, form a company, you know, if there
23          was, you know, anybody that -- if we had