112

1    attorney-client privilege as
2    far as Alabama Gravel is
3    concerned.
4  Q. I don't want to know any specific
5     discussions, but was it done -- was the law
6     firm that you used Rushton-Stakely?
7  A. Yes.
8  Q. And that's the same law firm that's
9     representing Mr. Lambert in this
10    litigation; is that correct?
11 A. Yes.
12 Q. Now, at some point between your discussions
13    at the hotel, during that meeting, you met
14    Mr. Dasinger, I presume?
15 A. Yes.
16 Q. When was that?
17 A. I'm going to say it was probably February
18    or March.
19 Q. Of 2005?
20 A. Of 2005, yes.
21 Q. And how did you first meet?
22 A. I was -- happened to be in town and
23    Robert -- Mr. Alexander was in town, and we

| | | |
|---|---|---|
| 1 | | met -- we decided if we was going to have |
| 2 | | Rex do something, you know, we needed to |
| 3 | | all three of us sit down and get together |
| 4 | | and figure out what was -- you know, who |
| 5 | | was going to do what and, you know, kind of |
| 6 | | line things up. |
| 7 | Q. | How did you get in touch with |
| 8 | | Mr. Dasinger? |
| 9 | A. | Through Mr. Lambert. |
| 10 | Q. | And did you call Mr. Lambert to get to |
| 11 | | Mr. Dasinger or did Mr. Alexander? |
| 12 | A. | Robert did that. |
| 13 | Q. | And where did you all first meet? |
| 14 | A. | We met over at where our office is. |
| 15 | Q. | And where is that office? |
| 16 | A. | I don't know what the address is. |
| 17 | Q. | Is it Gunnels Road? |
| 18 | A. | It's Gunnels Road, yes. |
| 19 | Q. | And is that office on the same property |
| 20 | | where Mr. Lambert lives? |
| 21 | A. | Yes, that's correct. |
| 22 | Q. | I want to get a description of that |
| 23 | | property.  I assume there's a house on the |

1  Q. All right. At that point had it been
2     decided that that was going to be Alabama
3     Gravel's office?
4  A. Yeah. We met there and we talked to Harry
5     about, you know -- because we were just
6     starting up and obviously didn't have a lot
7     of money or anything and if we could rent
8     that from him. Because it had the
9     apartment that Robert stays in and --
10    Mr. Alexander still stays there today.
11    And, of course, it had an office in there.
12    Kind of had everything, you know, we
13    needed. And so we talked about renting
14    that and using that for an office.
15 Q. Mr. Alexander stays in that apartment?
16 A. Yes.
17 Q. Did he live there?
18 A. Well, yeah, through the week, yes.
19 Q. Through the week?
20 A. Yeah.
21 Q. And then where does he go after that?
22 A. He goes home. When we first started the
23    company, I think he lived in Augusta, but

116

1  now he lives in -- somewhere in South
2  Carolina.
3  Q.  All right. Now, before that meeting had
4      you discussed with Mr. Alexander -- or
5      Mr. Lambert the use of that space as the
6      office or did it take place during that
7      meeting?
8  A.  No. It took place during that meeting. I
9      had never been there until then.
10 Q.  And was Mr. Lambert present throughout the
11     meeting with you and Mr. Alexander and
12     Mr. Dasinger?
13 A.  He was there in the beginning and then he
14     left.
15 Q.  Did he say why he was leaving?
16 A.  Because he didn't need to be there.
17 Q.  He specifically said I don't need to be
18     here and I'm leaving?
19 A.  Right.
20 Q.  And the meeting proceeded just with you,
21     then, and Mr. Dasinger and Mr. Alexander?
22 A.  That's correct.
23 Q.  And what did you all discuss?

128

1  A.  I want to think it's about a thousand
2      dollars a week.
3  Q.  Was there any discussion about any
4      compensation to Mr. Lambert at that time?
5  A.  No.
6  Q.  Was there any discussion about who Alabama
7      Gravel would use to haul its product?
8  A.  Yes.
9  Q.  And what was that discussion?
10 A.  We just -- you know, we talked, you know,
11     that we need somebody to haul the material
12     and that we had Carol's Contracting haul
13     the material for us.
14 Q.  And how did you come to consider Carol's
15     Contracting to do the hauling?
16 A.  Well, just more as a, you know, favor than
17     anything else.  Just let them haul it for
18     us.
19 Q.  Did you talk to Harry about them doing the
20     hauling for you?
21 A.  Yes, I believe we did.
22 Q.  Did you ever talk to Mrs. Lambert about
23     doing the hauling for you?

1   A.   Yes, we talked to her as well.
2   Q.   Who did you talk to first, Harry or
3        Mrs. Lambert?
4   A.   Harry.
5   Q.   And how much -- how many -- well, when you
6        talked to Mrs. Lambert, was there anything
7        new discussed that you hadn't already
8        talked to Harry about?
9   A.   Alls we really -- alls we asked was, you
10       know, would it be okay if we got Carol's
11       Contracting to haul it.  We never discussed
12       rates or prices or anything of that -- not
13       at that time we didn't, because it was, you
14       know, irrelevant at that point, but just
15       could you haul this for us.
16  Q.   And during those meetings did you talk
17       about other potential -- during that
18       meeting did you talk about other potential
19       haulers?
20  A.   No.
21  Q.   Did you talk about any other role that
22       Mrs. Lambert would play in Alabama Gravel?
23  A.   Yeah.  We talked that we needed some other

130

1  people. We needed -- you know, primarily
2  the first thing we needed was, you know, a
3  bookkeeper and that she had experience in
4  that area, being a bookkeeper, and we could
5  get her cheap. And so we -- you know, we
6  talked about seeing if she would do the
7  books for us.
8  Q. Did you talk to Mr. Lambert about that
9  before you talked to Mrs. Lambert?
10 A. Yes. Yes.
11 Q. Did Harry -- did Mr. Lambert recommend
12 Mrs. Lambert to be the bookkeeper?
13 A. He didn't recommend her. We asked him if
14 she would be interested in doing it. And
15 he said that he'd ask her, but he was sure
16 she probably would because, you know, she
17 was needing something to do.
18 Q. He said she was needing something to do?
19 A. Yeah.
20 Q. Do you know when Carol's Contracting, Inc.,
21 was formed?
22 A. I do not.
23 Q. Have you ever heard of a company called

149

1  A.  Would have been sometime in 2005. Probably
2      the latter half of the year 2005.
3  Q.  You didn't start before the second half of
4      the year 2005?
5  A.  I can't -- I can't recall. I didn't have
6      much to do with that, so I don't recall.
7  Q.  Would Mr. Alexander be the one to talk to
8      about that?
9  A.  Yes, he would.
10 Q.  Do you recall going to the Deatsville pit
11     with Mr. Lambert in -- or the Deatsville
12     site with Mr. Lambert in 2004?
13 A.  Me and Mr. Lambert went to the Deatsville
14     site, but it had been -- it would have been
15     in 2005. It would have been after -- right
16     around the time the company was formed. It
17     might have been January, February 2005. I
18     remember it was -- we rode up there one
19     time.
20 Q.  At some point, then, you all went to the
21     Deatsville site together?
22 A.  Yes.
23 Q.  Why did you do that?

| | | |
|---|---|---|
| 1 | A. | Just out riding around and I wanted to, you |
| 2 | | know, see where this place was that |
| 3 | | Mr. Dasinger had talked about -- that he |
| 4 | | had talked about and so we just -- he took |
| 5 | | me up there. |
| 6 | Q. | Mr. Lambert knew where the Deatsville site |
| 7 | | was? |
| 8 | A. | Yes. |
| 9 | Q. | And why were you out riding around with |
| 10 | | Mr. Lambert? |
| 11 | A. | Because he knew where the site was and he |
| 12 | | took me up there. |
| 13 | Q. | Did you call him to take you to the site? |
| 14 | A. | Yes, I did. |
| 15 | Q. | Why didn't you call Mr. Dasinger to take |
| 16 | | you to it? |
| 17 | A. | Because he was working. |
| 18 | Q. | At Gentry? |
| 19 | A. | At the -- at that time I -- we hadn't |
| 20 | | started the Gentry pit yet. I don't know |
| 21 | | where he was. |
| 22 | Q. | So, then, you all visited the Deatsville |
| 23 | | site before you all began mining at Gentry? |

151

```
1   A.   Oh, yeah.
2   Q.   And when you went to the site, what did you
3        all do?
4   A.   We just drove around it, you know, rode
5        around in there.  It's kind of a swamp.
6   Q.   Did you take any soil samples when you were
7        there?
8   A.   I took some samples, yes.
9   Q.   So how did you do that?
10  A.   I just put them in a bag.  Picked up some
11       rocks, put them in a bag.
12  Q.   So is that something that you had
13       experience with before?
14  A.   Well, I've taken, you know, samples of rock
15       before, but, I mean, I'm not no expert.  I
16       just wanted to get them tested for
17       chemistry.
18  Q.   Were these rocks on top of the ground or
19       were they down under the ground?
20  A.   There was some existing holes where
21       Mr. Dasinger had went in there and dug,
22       some old holes.
23  Q.   Dug --
```

152

1  A.  It was an existing pit. You know, somebody
2      had mined that before. It was the old
3      Ingram gravel pit. So there was some, you
4      know, exposed areas where there was rock
5      and stuff.
6  Q.  So there were also some holes that
7      Mr. Dasinger had dug?
8  A.  Right.
9  Q.  Do you know how big those holes were that
10     Mr. Dasinger had dug? I mean, were they
11     dug with a bulldozer, or how were they --
12 A.  With a backhoe.
13 Q.  So Mr. Dasinger had dug with a backhoe, and
14     you knew these spots that he had dug?
15 A.  I mean, just drove around and found them.
16 Q.  How did you know those were the ones that
17     Mr. Dasinger had dug and not from the old
18     Ingram operation?
19 A.  Because they looked pretty new. I mean,
20     you know, the Ingram operation hadn't been
21     in there for probably ten years or longer
22     and you could tell by looking.
23 Q.  Did Mr. Lambert know where those holes

153

1      were?
2  A.  I think he knew the holes were in there,
3      but I don't know if he knew specifically
4      where they were.
5  Q.  So he knew that Mr. Dasinger had dug some
6      holes there?
7  A.  Yes.
8  Q.  But you can't recall if he specifically
9      knew where they were?
10 A.  No.
11 Q.  And, again, is it your testimony that
12     Mr. Lambert didn't dig those holes?
13 A.  That is correct.
14 Q.  And the rocks that you took, did
15     Mr. Lambert help you take soil samples?
16 A.  No.
17 Q.  What did you do with those samples?
18 A.  I took them home with me and had them
19     tested.
20 Q.  Where were they tested?
21 A.  At Globe.
22 Q.  You still had contacts there at Globe that
23     would help you?

169

1  A. No, sir.
2  Q. The apartment on Mr. Lambert's property
3     that you spoke of that Mr. Alexander was
4     using, is that rented separately from the
5     rent that Alabama Gravel pays to use the
6     office space?
7  A. No, sir.
8  Q. So it's all part of the same approximately
9     $1,000 a month?
10 A. Yes, sir.
11 Q. When you all formed Alabama Gravel was
12    there a percentage of ownership agreed to
13    between you and Mr. Dasinger and
14    Mr. Alexander?
15 A. Yes, sir.
16 Q. And what is that percentage?
17 A. Mr. Dasinger has 5 percent. I have 25
18    percent, and Mr. Alexander has 70 percent.
19 Q. And, again, was there any percentage of
20    ownership contemplated at the formation of
21    Alabama Gravel for Mr. Lambert?
22 A. No, sir.
23 Q. Since that time has any percentage of

| | | |
|---|---|---|
| 1 | | too, the bookkeeping. |
| 2 | Q. | Anything else? |
| 3 | A. | No. |
| 4 | Q. | Do you pay any commissions to anybody in |
| 5 | | terms of brokerage fees -- does Alabama |
| 6 | | Gravel pay anybody any brokerage fee |
| 7 | | commissions in exchange for setting Alabama |
| 8 | | Gravel up with customers for white |
| 9 | | oversized gravel? |
| 10 | A. | No, sir. |
| 11 | Q. | Have you ever paid Mr. Lambert any |
| 12 | | commission for arranging deals between |
| 13 | | Alabama Gravel and purchases of white |
| 14 | | oversized gravel? |
| 15 | A. | No, sir. |
| 16 | Q. | Has that ever been discussed? |
| 17 | A. | No, sir. |
| 18 | Q. | Has he ever asked for any commissions? |
| 19 | A. | No, sir. |
| 20 | Q. | Isn't it true that Alabama Gravel wouldn't |
| 21 | | exist today if it were not for Harry |
| 22 | | Lambert? |
| 23 | | MR. BAILEY: Object to the form. |

177

1  A.  I wouldn't be involved in it.
2  Q.  So at least you would not be involved in
3      that company if it were not for
4      Mr. Lambert?
5  A.  Yes, probably.
6  Q.  Do you know how Mr. Alexander first got in
7      touch with Simcala?
8  A.  I believe they called -- I believe they
9      called Mr. Lambert and then Mr. Lambert
10     told them to call Mr. Alexander.
11 Q.  All right. Okay. Back to my earlier
12     question. You stated that you would not be
13     involved with Alabama Gravel. Wasn't it
14     your original concept? Wasn't Alabama
15     Gravel your concept originally?
16 A.  Well, I wanted to, you know, be involved in
17     the gravel business. And if, you know,
18     Mr. Lambert hadn't hooked me up with
19     Mr. Alexander, then I probably wouldn't
20     have, you know, pursued it any further than
21     that.
22 Q.  Do you think the company would have been
23     formed without you?