# Exhibit 18

**FREEDOM COURT REPORTING**

Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   MIDDLE DISTRICT OF ALABAMA
3   NORTHERN DIVISION
4
5   CASE NUMBER: 2005-CV-1026-CSC
6   THE CONCRETE COMPANY,
7        Plaintiff,           **ORIGINAL**
8   vs.
9   HARRY E. LAMBERT, CAROL'S CONTRACTING,
10  INCORPORATED, and ALABAMA GRAVEL,
11  LLC
12       Defendants.
13
14           S T I P U L A T I O N
15       IT IS STIPULATED AND AGREED by
16  and between the parties through their
17  respective counsel, that the deposition
18  of WILLIAM DASINGER may be taken before
19  JANET ARLEDGE, Commissioner, at the
20  offices of BALCH & BINGHAM at 105
21  Tallapoosa Street, Montgomery, Alabama,
22  on the 4th day of December, 2006.
23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

1    Deatsville property?

2         A.    Repeat that again.

3         Q.    Did you get a lease for

4    mining operations from the Cruise family

5    for the Deatsville property?

6         A.    Yes, I did.

7         Q.    And when did you get that?

8         A.    I don't remember the exact

9    time right offhand, a couple years ago.

10        Q.    More than a year ago?  You

11   said "a couple".  I'm trying -- I want to

12   pinpoint that.  Can you recall when you

13   got that?

14        A.    No, sir, I can't recall

15   exactly what time I got it.  Like I say,

16   it was a couple of years ago.  I had it

17   before Mr. Alexander came into the

18   picture.

19        Q.    Now, did you get that lease

20   in writing from the Cruise family?

21        A.    Yes, I did.

22        Q.    Do you still have a copy of

23   that?

FREEDOM COURT REPORTING

Page 17

A. Yes, I probably do somewhere.

Q. And would you have given that to Mr. Alexander for transfer into Alabama Gravel's name?

A. Yes, I did.

MR. GRISTINA: Okay. Jimmy, we'll put that on the list of documents.

Q. (MR. GRISTINA:) Now, who in the Cruise family did you talk to about that lease?

A. I talked to Bill Cruise and Ms. Eleanor Cruise and Ms. Eleanor Cruise owned the land. She signed it. She signed the lease.

Q. And is Bill Cruise somebody that you knew?

A. That's her son.

Q. I'm sorry?

A. Her son.

Q. Bill Cruise is Eleanor Cruise's son?

A. That's right.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 18

1   Q.   And you met Bill Cruise at
2   some point?
3   A.   I've been knowing these
4   people all my life.  I live right down
5   the road from them.
6   Q.   And you knew that they had
7   some land, and did you approach Bill or
8   Eleanor about leasing the land?
9   A.   Bill.
10  Q.   And when did you first start
11  to speak to Bill about leasing the land?
12  A.   It was about five years ago.
13  Q.   And was that before or after
14  you worked at the Anderson pit with Mr.
15  Lambert?
16  A.   That was after.
17  Q.   And did you approach -- did
18  anybody else tell you or encourage you to
19  approach Mr. Cruise about the lease?
20  A.   No, sir, they didn't.
21  Q.   And you did that on your own?
22  A.   I done that on my own.
23  Q.   Were you looking to try to

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 19

```
 1   start up a mining operation?
 2        A.   I was.
 3        Q.   And how long did it take you?
 4   Did you negotiate for a long time about
 5   getting that lease?
 6        A.   I don't really remember, no.
 7        Q.   And was anybody else involved
 8   in those negotiations with you?
 9        A.   No, sir.
10        Q.   And do you recall -- you
11   said -- I think you said five years ago,
12   approximately, that you started talking
13   to him.  Do you recall when exactly that
14   first lease was signed?
15        A.   A couple years ago.
16        Q.   All right.  And did you have
17   to pay Mr. Cruise some money up-front?
18        A.   Yes, I did.
19        Q.   And was that your money that
20   you paid him with?
21        A.   That's right.
22        Q.   And what was the term of the
23   lease?
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 20

1  A.    Just -- well, I can't
2  remember every word of it, nothing like
3  that.  This was a lease for mining sand
4  and gravel.
5      Q.    Now, you know who Pete Long
6  is, don't you?
7      A.    Yes, I do.
8      Q.    And you talked with Pete
9  about the Cruise lease, didn't you?
10     A.    I don't really remember.  I
11 don't recall.
12     Q.    Didn't you talk to Pete
13 shortly after you got that lease and
14 mentioned to him that you had that lease?
15     A.    I could have.
16     Q.    And didn't he tell you that
17 you needed a backer to help you with
18 that?
19     A.    He probably did.  Several
20 other people encouraged me to get a
21 backer.
22     Q.    And, in fact, didn't you
23 contact Frank Foley about backing you on

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 21

1  that?

2  A.  I might have.  I can't really
3  recall.
4  Q.  You called Frank Foley's
5  office, didn't you, about that?
6  A.  Yeah, I believe I did.
7  Q.  Now, who helped you prepare
8  -- who prepared the Cruise lease in
9  writing?  Who wrote it up; do you know?
10 A.  I got a lease from Mr. Jim
11 Matthews, then used it.
12 Q.  And who is Jim Matthews?
13 A.  He's the owner of another
14 sand and gravel outfit in Montgomery.
15 Q.  All right.  And that's the
16 lease that you and the Cruises used?
17 A.  That's right.
18 Q.  Now, we were talking about
19 you made the call to Mr. Foley, but Mr.
20 Foley didn't end up providing financial
21 backing, did he?
22 A.  No, that was a long time ago.
23 When I first started trying to find

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 22

somebody, I called him. He said he wasn't interested because it was too close to Elmore Sand and Gravel, and I never talk to the man again.

Q. Now, didn't Mr. and Mrs. Lambert find out that you called Mr. Foley?

A. I don't know.

Q. Didn't they give you a real hard time about that?

A. No.

Q. You didn't tell Pete Long that you had -- you had gotten in a lot of trouble with the Lamberts because they found out you talked to Foley?

A. No.

Q. That never happened?

A. No.

Q. If Pete says that, that's not true, you never told him that?

A. No, I never told nobody such a thing, because it never happened.

Q. Now, when did Mr. Lambert

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660