FREEDOM COURT REPORTING

Page 23

1  find out that you had the Cruise lease?
2       A.    I don't really know.  I don't
3  recall.
4       Q.    Was it back in 2004?
5       A.    I don't really know when Mr.
6  Lambert found out about the lease.
7       Q.    How did he find out that you
8  had it?
9       A.    I imagine I told him.
10      Q.    And what did you tell him
11 about it?
12      A.    Well, the first time I ever
13 mentioned anything to Mr. Lambert about
14 that property, I told him I was looking
15 for someone to back me.  And he said,
16 well, he couldn't do it, he was under a
17 non-compete, and, you know, he couldn't
18 have nothing to do with it.  And I said,
19 "oh okay".  So, that the end of that
20 conversation.
21      Q.    Did he refer you to somebody
22 who could back you?
23      A.    Well, eventually, Mr. Robert

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 24

1  come around. He introduced me to Mr.
2  Robert, and it went from there.
3      Q.   And didn't Mr. Lambert tell
4  you not to deal with The Concrete Company
5  on that lease?
6      A.   Not -- I don't recall him
7  ever saying anything like that.
8      Q.   You don't recall him saying
9  that to you; is that because he didn't
10 say it, or because you can't remember him
11 saying that to you?
12     A.   He didn't say that to me is
13 the reason I say I don't recall. He
14 didn't say it.
15     Q.   So, if Pete Long says you
16 told Pete that, then Pete's not telling
17 the truth on that?
18     A.   Now repeat that again.
19     Q.   Wasn't Pete trying to give
20 you good advice on how to maximize your
21 chances to make some money off that
22 lease?
23          MR. WALTER: I object to the

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 25

1  form, as far as what someone was trying
2  to do.
3          Q.    (MR. GRISTINA:)  Was Pete --
4  did you think Pete was trying to help you
5  with that lease?
6          A.    Pete is all the time full of
7  ideas, you know.  I don't know -- just
8  this conversation here about Pete, I
9  don't know nothing about and never heard
10 him say anything to me about such, other
11 than what I told you about my
12 conversation with Mr. Foley.  That is all
13 the conversation I had with him, and that
14 was all that was ever said about it.
15         Q.    All right.  And my
16 question -- my other question was though:
17 Was that Pete has said that Mr. Lambert
18 got angry with you when he found out you
19 were trying to contact Mr. Foley, and I
20 want to make sure whether or not that
21 took place?
22         A.    No, sir, it didn't.
23         Q.    But Mr. Lambert did refer you

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 26

1  to Mr. Alexander?
2      A.   Yes, he did.
3      Well, he introduced us.  Other than
4  that, that was all he done.
5      Q.   And he had also introduced
6  you to Dave Tuten, didn't he?
7      A.   Repeat that.
8      Q.   Mr. Lambert also introduced
9  you to Dave Tuten, didn't he?
10     A.   Yes, sir.
11     Q.   Now, when you were acquiring
12 the Deatsville lease, did you go out to
13 the property and look at the property
14 before you signed the lease?
15     A.   Oh, yes.
16     Q.   And how did you get with Mr.
17 Matthews about getting a copy of a lease
18 that you could use?
19     A.   Well, at one time I was
20 talking to Mr. Matthews about financing
21 it.
22     Q.   All right.  And so, was Mr.
23 Matthews a backer that you thought about

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 33

1   A.   That's right.

2   Q.   Now, when precisely, as best
3   you can recall -- that's a bad way to say
4   it.

5   When precisely did Mr. Lambert
6   introduce you to Mr. Alexander?

7   A.   When we went to -- I rode
8   with Mr. Harry up to North Alabama to
9   that Gadsden site to see that and that's
10  where I met Mr. Robert.

11  Q.   Now, did you have the lease
12  at that time?

13  A.   No, I can't recall.

14  Q.   Did you talk about the lease
15  with Mr. Alexander up there at the
16  Gadsden site?

17  A.   No.

18  MR. BAILEY:   Object to the
19  form.

20  Q.   (MR. GRISTINA:)  You did not
21  talk to him at that time?

22  A.   No.

23  Q.   Where were you when you

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 34

1  talked to Mr. Alexander about the lease?
2      A.    I can't recall, man, that's
3  been too long ago.
4      Q.    But the first time you met
5  Mr. Alexander was at the Gadsden site?
6      A.    That's correct.
7      Q.    Who else was there besides
8  you and Mr. Lambert and Mr. Alexander?
9      A.    Mr. Joe Powell and his crew
10 was all that was there.
11     Q.    Was Pete Long up there on
12 that site at some point?
13     A.    No, he was not.
14     Q.    Now, you had mentioned that
15 you worked for Mr. Lambert on the
16 Anderson site and then you later came to
17 drive trucks for CCI.  Were you driving
18 trucks for CCI when you went with Mr.
19 Lambert up to the Gadsden site?
20     A.    Yeah, I was.
21     Q.    And were you -- are you still
22 driving trucks for CCI?
23     A.    No.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 35

1   Q.   When did you stop driving
2   trucks for CCI?
3   A.   When we formed the company.
4   Q.   And that -- in March of 2005?
5   A.   Yes, sir.
6   Q.   And before March of 2005, how
7   long had you been driving trucks for CCI?
8   A.   Just a few months.
9   Q.   And so, would you have
10  started driving trucks for CCI in late
11  '04, early '05?
12  A.   No, probably late '04.
13  Q.   And did you have the
14  Deatsville lease at that time?
15  A.   No, I didn't.
16  Q.   Why did you go to Gadsden
17  with Mr. Lambert?
18  A.   He asked if I wanted to ride
19  with him, I was off that day.  He wanted
20  to know if I wanted to ride with him up
21  there, and I told him "yeah, I'd love to
22  go see it".
23  Q.   No other reason?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 36

1  A.   Well, other than to see Mr.
2  Robert.
3  Q.   But why did you want to see
4  Mr. Alexander?
5  A.   I just wanted to meet him,
6  hadn't never met him.
7  Q.   Did you want to meet him
8  because you had the Deatsville lease at
9  that time?
10 A.   No, I didn't have the
11 Deatsville lease at that time.
12 Q.   Now, were you working on
13 getting it at that time?
14 A.   Well, I've been working on it
15 ever since -- for five years, yeah.
16 Q.   All right.
17 A.   I was working on it.
18 Q.   So, you were talking to the
19 Cruise family at that point about getting
20 that lease?
21 A.   Yes, sir.
22 Q.   So, when you went up to
23 Gadsden, you were talking to the Cruise

```
 1   family?
 2        A.    That's right.
 3        Q.    And I want to be sure now
 4   that we're talking about that written
 5   lease that you got from Mr. Matthews and
 6   you eventually signed the lease with the
 7   Cruise family, right?
 8        A.    Yes.
 9        Q.    All right.  And then it was
10   changed over into Alabama Gravel's name
11   later on, right?
12        A.    That's right.
13        Q.    Now, do you have that
14   original lease in your possession?
15        A.    I've got a copy.
16        Q.    You have a copy of it.  I'm
17   going to send a letter to your lawyer,
18   but I want to make sure that -- and your
19   lawyer -- I'm not going to instruct you
20   to do anything, but your lawyer will
21   instruct you that you need to make sure
22   to get that to your lawyer, and he can
23   decide what he wants to do with it, that
```