FREEDOM COURT REPORTING

Page 41

mine. I had been working on that for a long time.

Q.   All right.  So, Mr. Alexander was going to bring the money to Alabama Gravel; is that right?

A.   Well, yes.

Q.   And CCI was going to be transporting the product; isn't that right?

MR. WALTER:  Now, what --

A.   No.

MR. WALTER:  -- time period are you talking about?

MR. GRISTINA:  When they were forming the company.

A.   I don't know nothing about the trucking part of it.  You get past the Deatsville lease and getting into the forming the company and all that, and I don't know much about all that, because that's not my department.

Q.   (MR. GRISTINA:) Well, do you know who the original owners of Alabama

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 42

1  Gravel were?
2      A.   Yeah.
3      Q.   And who were they?
4      A.   Robert Alexander, Dave Tuten,
5  and myself.
6      Q.   And what were the percentages
7  of ownership?
8      A.   Seventy, twenty-five and
9  five.
10     Q.   And who had seventy?
11     A.   Mr. Robert.
12     Q.   And who had twenty-five?
13     A.   Dave.
14     Q.   And you had five?
15     A.   That's right.
16     Q.   And do you still have that 5
17 percent?
18     A.   That's correct.
19     Q.   Did you contribute money into
20 Alabama Gravel for that ownership?
21     A.   Oh, yes, sir.  I put up a
22 thousand dollars to get the lease, so
23 that's -- I guess that I've contributed

Page 58

1  was asking, what the other was for?
2        A.    Just about the trucking end
3  of it, you know. That's all I -- that's
4  all I can recall.
5        Q.    Now, you weren't working for
6  CCI at that point, were you?
7        A.    No, I wasn't.
8        Q.    And your testimony is that he
9  was calling you to see how much product
10 you'd help him to pick up?
11       A.    Well, yeah. I was the one
12 that run the loaders and stocked -- kept
13 everything there on the yard for them to
14 get.
15       (A recess was had.)
16       Q.    Now, Mr. Dasinger, you
17 mentioned that you wanted to meet Mr.
18 Alexander when I asked you why you went
19 up to Gadsden. What was it that caused
20 you to want to meet him?
21       A.    Well, I had heard that he was
22 looking for sand and gravel in the area,
23 and I had in the back of my mind, and,

you know, maybe he might be interested in what I had. So, beside just going to ride with Mr. Harry up there, that was why I went, that was my other reason for going.

Q. And what you had was the Deatsville lease?

A. That's right.

Q. Who had told you that Mr. Alexander was looking for sand and gravel at that point?

A. I don't recall.

Q. Was it Mr. Lambert?

A. I don't know.

Q. You didn't know Mr. Tuten at that point?

A. (Indicating).

Q. You didn't know Mr. Tuten at that point?

A. No, I didn't.

Q. But you can't recall if it was Mr. Lambert who told you?

A. No, I can't recall if it was

FREEDOM COURT REPORTING

Page 77

at that point?

MR. WALTER: If you can recall.

A. I don't recall, because, man, there's been so much going on, and I wasn't there all the time at that time anyway.

Q. (MR. GRISTINA:) When you were working at the Gentry site, when the Gentry site was still producing, did you ever drive any CCI trucks from Gentry to CCI?

A. No, I didn't. I was too busy working there.

Q. Did you ever drive any CCI trucks to Globe or any other customer?

A. No, I didn't.

Q. Were you ever asked to drive one of those trucks?

A. No, I wasn't.

Q. Have you ever met with -- when you go out to Gentry and when you were operating there, you mentioned that,

you know, you all would close down for business at the end of the day, and that sometimes that CCI drivers would load gravel after-hours; is that correct?

A.  That's right.

Q.  Is there a gate to the -- at that time, was there a gate to the Gentry pit?

A.  That's right.

Q.  You've got a lot of expensive equipment back in there, don't you?

A.  That's right.

Q.  And is that gate locked when you all leave?

A.  Yeah, we lock it. Drivers had keys.

Q.  So, the CCI drivers had keys to the Gentry pit's gate?

A.  That's right.

Q.  And then you go in the Gentry pit. Is there a scale on the Gentry pit?

A.  There was an old scale there, but we didn't use it.

1  Q.  There is an old scale there,
2  but you didn't use it?
3  A.  No.  It probably doesn't even
4  work.
5  Q.  How did you know how much
6  gravel the CCI drivers were taking, if
7  there was no scale there?
8  A.  We had scales, on board
9  scales on the loaders.
10  Q.  On the truck or the loaders?
11  A.  On the loaders.
12  Q.  And so, if a driver came -- a
13  CCI driver came after-hours, they had a
14  key, they could unlock the gate, and then
15  they would go in.  How would they get the
16  keys to the loader to operate it?
17  A.  Well, the keys are left in
18  it.
19  Q.  You all would leave keys in
20  the front loaders on the site?
21  A.  Yeah.
22  Q.  And that's an enormous piece
23  of equipment, isn't it?

1    A.    Yeah, pretty good size.

2    Q.    And it's worth, what,
3  $300,000?

4    A.    Yeah.

5    Q.    And you all would leave the
6  keys in it after-hours?

7    A.    Yeah.

8    Q.    And so, a CCI driver, if he
9  had a key to the gate, he could come in,
10 then he could get in the loader, turn
11 that on, and go get gravel, the white
12 oversize gravel, and put it in the CCI
13 truck, and the only way that you could
14 determine what the tonnage that they had
15 taken out was based on the CCI driver
16 recorded?

17   A.    No, they weigh it in at
18 Simcala.

19   Q.    So, they would take the truck
20 to Simcala, and then would Simcala give
21 them some sort of receipt to tell them
22 how much it weighed?

23   A.    Yeah.

Page 81

Q. When you all were there during the day, did they record the amount that they had loaded in the trucks before they left for Simcala?

A. No, it's the same way.

Q. It's always based on what happened at Simcala?

A. That's right.

Q. And at the Gentry site, is there a trailer office of some sort?

A. No.

Q. How do you turn on one of those mining operations? Is there a master power switch?

A. Master power switch, and there's an individual switch at every box that goes to every motor.

Q. Were they locked?

A. Yeah, that room was locked every night.

Q. So, there is a -- is there a power room on the site?

A. Yeah.