# Exhibit 19

Case 2:05-cv-01026-CSC   Document 111-10   Filed 02/23/2007   Page 1 of 2

## 6 Thursday January 2005

| Time | |
|---|---|
| 7:00 | |
| 7:30 | |
| 8:00 | go to Elmore |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | Harry Lambert |
| 1:30 | (Robert Alexander) |
| 2:00 | ↓ |
| 2:30 | Called me on 1/10/05 |
| 3:00 | Will get back when he |
| 3:30 | has more info. |
| | Can reach him at |
| 4:00 | 706-733-9896 home |
| | 706-706-9896 cell |
| 4:30 | |
| 5:00 | |

## 8 Friday April 2005

| Time | |
|---|---|
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | Hugh - Foly Prod |
| 10:30 | David Gossett |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |

TCC000995

SIMCALA/00055