# Exhibit 20

**FREEDOM COURT REPORTING**

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3    NORTHERN DIVISION
4
5    THE CONCRETE COMPANY,      )
6            Plaintiff,          )
7    vs.                         ) CASE NUMBER:
8    HARRY E. LAMBERT and        ) 2:05-CV-1026-ID-CSC
9    CAROL'S CONTRACTING,        )
10   INC.,                       )
11           Defendants.         )
12
13           DEPOSITION OF RICHARD D. WYMER,
14           In accordance with Rule 5(d) of
15   The Alabama Rules of Civil Procedure, as
16   Amended, effective May 15, 1988, I, Cindy
17   Weldon, am hereby delivering to Thomas F.
18   Gristina, the original transcript of the
19   oral testimony taken on the 11th day of
20   January, 2007, along with exhibits.
21           Please be advised that this is the
22   same and not retained by the Court Reporter,
23   nor filed with the Court.

ORIGINAL

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 91

1    A.   Exact date, I don't.  It was
2  probably within one to three or four days
3  after the date of that.  I believe it was
4  1-04 on the Ward tonnages being less.
5    Q.   And did you -- After you left
6  Elmore that day, did you do something else
7  to try to address the quantity issue that
8  we've been discussing?
9    A.   The sheets that we're going to get
10 with the materials blocked off on the amount
11 purchased from different suppliers would
12 help refresh my memory as to who I
13 contacted.  Off the top of my head, I don't
14 recall.
15   Q.   You can't recall contacting any
16 other suppliers -- You can't recall what
17 other suppliers you contacted?
18   A.   I'd be guessing.
19   Q.   What other suppliers besides the
20 Concrete Company and Elmore were in the
21 Montgomery area at that time?  I'll be more
22 specific.
23         What other suppliers of quartz

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 92

1  rock suitable for use in Simcala's furnaces
2  existed in the Montgomery area at that time?
3      A.   At that time, it was not an issue
4  as to whether it would work. It was
5  inquiring to see if they had something that
6  could work. Off the top of my head, I'm
7  pretty sure I contacted Martin Marietta.
8      I don't know what they call it
9  now, either the Froggy Bottom or Dozier
10 property, which is one and the same. That
11 was probably the two main places I
12 contacted.
13     Q.   Martin Marietta and Elmore?
14     A.   No.
15     Q.   Or Martin Marietta and the Froggy
16 Bottom location?
17     A.   Yes.
18     Q.   And did they have a product that
19 was suitable for your use?
20     A.   That's what I don't recall. I'd
21 need to look at those -- If what's blocked
22 out, I ordered some they had. That's what I
23 need to look at. I don't recall.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 93

Q. Were you -- Eventually, you ended up purchasing large quantities from Alabama Gravel. Were you able to locate another supplier besides Alabama Gravel in response to the quantity issues that had arisen?

A. No.

Q. Did there come a time that you contacted Harry Lambert to inquire as to whether or not he knew of other places that you could obtain quartz rock for Simcala's furnaces?

A. There was a time, if you want to call it contact, that I was in our -- I call it our guard office -- checking on another matter and Mr. Lambert happened to be out there in the guard house. So he stopped and talked since I again had known him for some time.

Q. And was that the Simcala guard office?

A. Yes.

Q. And do you recall if that was before you went to Elmore or after?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 100

1  Q.  Let me ask you to look at the last
2  page in --
3  A.  1?
4  Q.  Yes, sir. Is that your calendar?
5  A.  Yes, sir.
6  Q.  In looking at the date Thursday,
7  January 6, 2005, you see that?
8  A.  Yes.
9  Q.  Is that your -- Is this your
10  handwriting on this?
11  A.  Yes.
12  Q.  Did you write go to Elmore between
13  8:00 and 8:30 there?
14  A.  Yes.
15  Q.  Does that comport with your
16  recollection of the day that you went to
17  visit Elmore Sand and Gravel?
18  A.  Yes.
19  Q.  And looking down the page at 1:00
20  p.m., do you see -- does that say Harry
21  Lambert?
22  A.  Yes.
23  Q.  Why did you write Harry Lambert at

FREEDOM COURT REPORTING

Page 101

1  1:00 p.m. on Thursday, January 6, 2005?
2       A.   To be honest with you, I have no
3  idea.
4       Q.   Is that the day that you met Harry
5  Lambert in the -- I guess at the guard
6  station at Simcala?
7       A.   I don't recall.  It was in that
8  time area.  But I don't recall if that was
9  when.
10      Q.   Was it because you had an
11 appointment with Mr. Lambert that day?
12      A.   No.
13      Q.   Now, looking below the name Harry
14 Lambert, in brackets do you see the name
15 Robert Alexander written there?
16      A.   Yes.
17      Q.   And did you write that?
18      A.   Yes.
19      Q.   Why did you write the name Robert
20 Alexander directly below Harry Lambert's
21 name?
22      A.   The reason it's on that line is
23 that's when he called me, that he would get

1  back to us. And that's why I wrote down
2  below it that he did get back. He said he
3  would call back or get back 1-10.
4      Q.  All right. Does it say -- Could
5  you read for me --
6      A.  Sure.
7      Q.  -- for the record what you wrote
8  below Robert Alexander? Am I correct
9  there's an arrow pointing down?
10     A.  Yes.
11     Q.  And below that arrow, what did you
12 write?
13     A.  Has called me on 1-10-05. Will
14 get back when he has more information. Can
15 reach him at -- and he gave me two phone --
16 you want the phone numbers?
17     Q.  Sure.
18     A.  Home phone number, 706-733-9896.
19 And his cell phone number was 706 --
20 706-9896.
21     Q.  And did you write the name Robert
22 Alexander before January 10, 2005 on this
23 calendar?

FREEDOM COURT REPORTING

Page 103

1  A.  I don't recall.

2  Q.  And does this note indicate that
3  Mr. Alexander, in fact, called you on
4  January the 10th, 2005?

5  A.  Yes.

6  Q.  And so would you have written the
7  called, C-A-L-L-E-D, me on 1-10-05?  Would
8  you have written that in your calendar on
9  January 10th, 2005?

10  A.  No.  I don't believe so.  Because
11  if I did, I would have -- we'd have it here.

12  Q.  When you say here, what do you
13  mean?

14  A.  With these papers.

15  Q.  Oh, you would have had the January
16  10th date?

17  A.  Right.

18  Q.  My question is and what I'm asking
19  is, did Mr. Alexander call you on January
20  10th, 2005 and then you went back and made a
21  notation on that call below his name on your
22  January 6th calendar entry?

23  A.  I don't recall.  I wish I did.  I

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660