# Exhibit 21

FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER:  2005-CV-1026-CSC

THE CONCRETE COMPANY,

   Plaintiff,

vs.

HARRY E. LAMBERT, CAROL'S CONTRACTING,

INCORPORATED, and ALABAMA GRAVEL,

LLC

   Defendants.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of ROBERT JAMES ALEXANDER may be taken before JANET ARLEDGE, Commissioner, at the offices of BALCH & BINGHAM at 105 Tallapoosa Street, Montgomery, Alabama, on the 4th day of December, 2006.

ORIGINAL

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 58

1  that you would not acquire that pit?
2      A.    Yes.
3      Q.    During the time that he was
4  consulting with you on that pit, did you
5  continue to look for other sources of
6  sand and gravel in Alabama?
7      A.    No, I was centered in -- I
8  was concentrating on the Hokes Bluff.
9      Q.    During that time that Mr.
10 Lambert was consulting with you about
11 Gadsden, did you all discuss other sites
12 in Alabama where you might acquire sand
13 and gravel?
14     A.    We talked about if I didn't
15 buy that gravel operation that we now
16 needed some equipment, additional
17 equipment to up the production, and he
18 told me about a fellow he knew had sand
19 screws. I came down to Deatsville or
20 Independence or Prattville, wherever, to
21 look at this sand equipment, and it was
22 Mike Gentry had the sand equipment.
23     Q.    And how did you locate the

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 61

1  potential for you to acquire, or mine
2  sand and gravel at Mr. Gentry's pit in
3  Independence, Alabama?
4      A.    No.
5      Q.    When you went to see Mr.
6  Gentry -- I take it you drove down to see
7  Mr. Gentry?
8      A.    Yes, sir.
9      Q.    And when you went to see him,
10 was Mr. Lambert with you?
11     A.    Yes.
12     Q.    And that was in Independence,
13 Alabama; is that correct?
14     A.    That was at his concrete
15 plant in Prattville.
16     Q.    And that's within 60 miles of
17 Montgomery, isn't it?
18     A.    Yes, sir.
19     Q.    And what did you all discuss
20 during that meeting?
21     A.    We discussed the condition of
22 the screws, the equipment I come to look
23 at, in case I acquired the Hokes Bluff

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 62

1  plant.
2    Q.    Did you all discuss anything
3  else that you can recall during that
4  meeting?
5    A.    No, I discussed with Mr.
6  Gentry that -- he told me he had a pit in
7  Independence that he closed down.
8    Q.    When I say "the Gentry pit",
9  I'm -- we're going to talk a lot about
10 the Gentry pit today, I consider that to
11 be the place where Alabama Gravel ended
12 up setting up its first operation, and
13 you mentioned the Prattville Ready Mix
14 Plant?
15   A.    Yes.
16   Q.    Now, that's not -- the Ready
17 Mix plant is not a mining operation,
18 correct?
19   A.    No, that's a concrete plant.
20   Q.    So, during that meeting, at
21 which Mr. Lambert was present, Mr. Gentry
22 identified to you -- was it the Gentry
23 pit that he identified to you?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 63

A. The Gentry pit in Independence. He had a sand and gravel pit there, and he had shut it down.

Q. And why did he mention that to you?

A. I don't know.

Q. In what context did he mention it?

A. Well, we were talking about this equipment he had, and I told him about the plant up at Hokes Bluff that I looked at, and if I had bought that plant, I was interested in buying those sand screws from him and moving it up there to production. And we got to talking, and I don't know whether Mr. Lambert was standing there right with us, we was out there in the yard, his equipment yard, looking at the equipment, and that conversation come up. I don't know how it come up.

Q. And when he mentioned it to you, was -- did it occur to you that's

Page 64

1  something you might want to investigate
2  acquiring?
3      MR. BAILEY:  Object to the
4  form.  "He" being?
5      Q.  (MR. GRISTINA:)  Mr. Gentry.
6      A.  Say again.
7      Q.  When Mr. Gentry mentioned his
8  Independence pit to you, did it occur to
9  you that's something you might want to
10 acquire?
11     A.  Something I might be
12 interested in, because it was a sand and
13 gravel pit that -- I'm interested in all
14 sand and gravel pits.
15     Q.  Was that the first you had
16 heard of the Gentry pit?
17     A.  Yes, sir.
18     Q.  And did you discuss at that
19 time potentially acquiring that pit from
20 Mr. Gentry?
21     A.  No, I rode out to look at it.
22     Q.  Did you discuss with Mr.
23 Gentry before riding out to look at it

1  the possibility of acquiring it?
2       A.   I didn't -- I don't think
3  so.  I might have talked to him later
4  about that.
5       Q.   Did you ride out to look at
6  it with Mr. Lambert?
7       A.   I don't recall whether it was
8  Mr. Gentry and me, or if Mr. Lambert was
9  along or not.  I don't really recall
10 that.
11      Q.   Was it the same day?
12      A.   No, I think it was the next
13 day.
14      Q.   Were you and Mr. Lambert
15 traveling together when he went to the
16 Ready Mix plant in the same vehicle?
17      A.   Yes.
18      Q.   And when you went to see the
19 Gentry pit, is it your testimony you
20 can't recall whether or not Mr. Lambert
21 went with you?
22      A.   That's my testimony, yes.
23      Q.   What did you do when you went

1  mean, that's the reason we went. He
2  wanted me to see it. He might wanted me
3  to mine it for him. I don't know what
4  his reason was.
5       Q.   Did you discuss with Mr.
6  Gentry, on the way over there, the
7  possibility of you mining that pit?
8       A.   I talked to him about --
9  asked him if he was interested in getting
10 somebody to mine it.
11      Q.   And that's different than
12 acquiring it, so -- because I believe you
13 said you didn't recall talking to him
14 about acquiring it, but am I right then
15 that you talked to him about potentially
16 mining it?
17      A.   At some point I did. I don't
18 know whether it was on the first trip or
19 that trip or another trip or another
20 time.
21      Q.   And how long did you all
22 spend at the Gentry pit on that first
23 visit?

FREEDOM COURT REPORTING

Page 78

1  place. It's hard to dredge gravel.
2      Q.   Did you discuss that issue
3  with him on that first visit?
4      A.   No.
5      Q.   Did you take any samples,
6  soil samples at that first visit?
7      A.   No.
8      Q.   At that point -- well, when
9  was the next time that you had any
10 contact with Mr. Gentry after that first
11 visit?
12     A.   I don't know how long. I
13 don't know when the next time was.
14     Q.   Did you discuss that -- I
15 know you said you can't recall if Mr.
16 Lambert was there at the first visit, did
17 you discuss the results of that first
18 visit to the Gentry pit with Mr. Lambert
19 after the -- you went to it?
20     A.   I did.
21     Q.   And how long after the visit
22 did you discuss it with him?
23     A.   I don't know.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1   Q.   Where were you when you
2   discussed it?
3   A.   I don't recall.
4   Q.   Would it have been on the
5   telephone?
6   A.   Could have been.
7   Q.   What did you all talk about?
8   A.   Well, I talked about the
9   oversize I saw out at the end Gentry pit
10  and asked if he thought that would do for
11  metallurgical rock.
12  Q.   And what prompted you to
13  wonder if it was -- if it would do for
14  metallurgical rock?
15  A.   Because I understood later,
16  that -- after the visit that Simcala was
17  looking for oversize, looking for a
18  source of oversize.
19  Q.   When did you learn that?
20  A.   I don't know the dates.
21  Q.   Was that before you talked
22  to Mr. Lambert about whether or not the
23  oversize would be good for metallurgical