**FREEDOM COURT REPORTING**

Page 80

1  rock?
2      A.   It was after I visited the
3  Gentry pit sometime.  I don't know how
4  long after that.
5      Q.   And where in time does it
6  relate to when you reported what you saw
7  at the Gentry pit to Mr. Lambert, was it
8  before or after you reported that?
9          MR. BAILEY:  Object to the
10 form.
11         MR. WALTER:  I object to
12 form, also.
13     Q.   (MR. GRISTINA:)  Unless he
14 instructs you not to answer, then you
15 should answer the question.
16     A.   Would you repeat the
17 question?
18     Q.   Yeah.  You reported to Mr.
19 Lambert what you saw at the Gentry pit at
20 some point, we talked about that.
21     A.   Uh-huh (yes).
22     Q.   Did you learn that Simcala
23 was interested in acquiring some white

1  oversize before or after you reported to
2  Mr. Lambert what you saw at the Gentry
3  pit?
4           MR. WALTER:  Object to the
5  form.
6       A.    I don't -- I don't know.
7       Q.    (MR. GRISTINA:)  How did you
8  learn that Simcala was interested in
9  acquiring white oversize?
10      A.    I don't know that either.  I
11 don't know.  It might have been rumors on
12 the street, I don't know.
13      Q.    Did Mr. Lambert tell you
14 that?
15      A.    I don't think so, not at that
16 time.
17      Q.    When's the first time that
18 you recall discussing Simcala's desire
19 for white oversize with Mr. Lambert?
20      A.    He told me at some point that
21 I needed to call Dick Wymer.
22      Q.    And do you recall when that
23 was?

FREEDOM COURT REPORTING

Page 82

1   A.   Say again.
2   Q.   Do you know when Mr. Lambert
3   told you to do that?
4   A.   Well, it was after I visited
5   the Gentry pit in Independence. When I
6   saw that oversize, I was curious if it
7   was -- if it would make metallurgical
8   material.
9   Q.   And you asked Mr. Lambert,
10  did you not, if it was appropriate for
11  metallurgical material?
12  A.   I probably did.
13  Q.   And then is that when he told
14  you to call Dick Wymer?
15  A.   I think he had got a call
16  from Dick Wymer that Simcala was hunting
17  some oversize metallurgical rock.
18  Q.   And I understand that. Now
19  --
20       MR. GRISTINA:   Can you read
21  back my last couple of questions.
22       (Question read back.)
23  Q.   (MR. GRISTINA:) Going back

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  into those questions now. At some point,
2  Mr. Lambert told you to call Dick Wymer;
3  is that correct?
4       A.   Yes.
5       Q.   And was that after you
6  reported to him, seeing the white
7  oversize at the Gentry pit?
8       A.   I don't know.
9       Q.   Did Mr. Lambert -- was Mr.
10 Lambert the person that informed you that
11 Simcala had a need for white oversize?
12      A.   He asked me to call Dick
13 Wymer, and he informed him they was
14 looking for white oversize.
15      Q.   Did Dick Wymer ever contact
16 you and ask you about --
17      A.   I contacted him.
18      Q.   And what did he say?
19      A.   I contacted him and told him
20 when I had something to talk about, that
21 I would get back to him.
22      Q.   When you --
23      A.   And when I did that, I had

Page 84

1  the Gentry pit in mind, if it would meet
2  the metallurgical requirements.
3      Q.   When you asked -- did you ask
4  Mr. Lambert about whether he thought that
5  the Gentry white oversize would meet
6  those requirements?
7      A.   I might have asked Gentry.  I
8  asked somebody.
9      Q.   Did Mr. Lambert ever tell you
10 that he thought that would be a good
11 source of white oversize for you to
12 provide to Simcala?
13     A.   I don't know that he told me
14 that.
15     Q.   Well, did you ever have that
16 white oversize tested before you talked
17 to Simcala?
18     A.   Simcala tested the rock.
19     Q.   When did Simcala test the
20 rock?
21     A.   I don't know.
22     Q.   Did you give the white
23 oversize --

1  Q. And Mr. Dasinger?
2  A. That's correct.
3  Q. Now, between the hotel
4  meeting and that meeting at the shop, did
5  you have any discussions with Mr.
6  Lambert?
7  A. I'm sure I did. I don't know
8  how many.
9  Q. What was the nature of those
10 discussions?
11 A. I don't recall the nature. I
12 mean, I'm sure it was about gravel for
13 the pit, the Gentry pit.
14 Q. So, you would have been
15 speaking with Mr. Lambert about the
16 Gentry pit between the hotel meeting and
17 the time you met on his property?
18 A. I would think so.
19 Q. And what specifically about
20 the Gentry pit did you all discuss?
21 A. Nothing specific. I just --
22 it was just that I was confirming
23 probably to him what -- I was wanting him

Page 104

1 to confirm what I thought was correct
2 about the pit in his opinion.
3    Q.   So, you were asking Mr.
4 Lambert to confirm what you thought about
5 the Gentry pit?
6    A.   Uh-huh (yes).
7    Q.   Is that yes?
8    A.   Yes.
9    Q.   And so, Mr. Lambert was
10 assisting you in your steps to open up
11 the Gentry pit for mining; is that
12 correct?
13         MR. BAILEY:  Object to the
14 form.
15         MR. WALTER:  Object to the
16 form.
17    A.   Mr. Lambert introduced me to
18 Gentry.
19    Q.   (MR. GRISTINA:)  And he
20 introduced you to Gentry, he introduced
21 you to Tuten, he introduced you to
22 Dasinger, correct?
23    A.   Correct.

FREEDOM COURT REPORTING

Page 135

    A.    Yes.

    Q.    Did you go to visit the Deatsville site with him?

    A.    I went to visit the Deatsville site. I'm sure he was along, looked at the -- at some test holes.

    Q.    And when was that?

    A.    It was early 205.

    Q.    All right. Now, and was that -- in early 205 would suggest to me it was before the meeting at the shop. I want to be sure we get the times right. The shop meeting --

    A.    I don't know. It was probably -- before or after, I don't -- it was close to the meeting. All this was happening at about the same time.

    Q.    And wasn't it the idea that you would use revenue from the Gentry sales to build the Deatsville site?

    A.    Yes.

    Q.    And wasn't that part of the original contemplation of Alabama Gravel,

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 136

1  from the very beginning was the idea that
2  you could use the Gentry revenue to
3  construct the Deatsville site?
4      A.   Well, I didn't plan that,
5  that's just the way it happened, but the
6  main thing at Deatsville was to get the
7  permit.
8      Q.   And we'll get to that.  When
9  you went to visit the Deatsville site for
10 the first time to look at the test holes,
11 who was with you?
12     A.   I think Rex.
13     Q.   Was Mr. Lambert with you?
14     A.   I don't think so.
15     Q.   You cannot recall if he was
16 with you?
17     A.   I cannot recall.
18     Q.   Can you say definitively that
19 he was not with you?
20     A.   I just cannot recall.
21     Q.   When you saw the test holes
22 at the Deatsville site, do you know who
23 dug them?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 137

1  A.   No.  I was told that Rex dug
2  them.  Rex dug them.
3  Q.   When you all were
4  interviewing Rex -- or Mr. Dasinger,
5  excuse me, about becoming a part of
6  Alabama Gravel, did you look into his, or
7  ask him questions about his background?
8  A.   No, not really.
9  Q.   Did you know if he was
10 somebody who had the qualifications and
11 experience to drill at a potential mining
12 site to locate potential product?
13 A.   Drill?
14 Q.   Right.  I'll lay some
15 foundation.  You know, when you go --
16 strike that, the "you know" part.
17      When you go to look at a mining
18 site, the actual location of the product
19 under the soil, it takes experience,
20 doesn't it, to determine if it's going to
21 be a good site, doesn't it?
22 A.   Not if there's open holes all
23 around.  That place had been mined.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 138

That's an old pit, and you can ride by and look in the banks of the old pit.

Q. That's the Deatsville site, there was an old mine there, I understand that. Now, but in general, in your experience, if you were going to go and look at a potential site to open up a mining operation, you'd want to have some pretty good intelligence on what's underneath the soil to see if there's appropriate product there, wouldn't you?

A. You better know what's under there.

Q. And there are certain people -- there are people that are good at that, aren't there?

A. Yes, sir.

Q. And you didn't have any prior experience in Alabama, so you were not familiar with the soil types over here, were you?

A. I wasn't familiar with the Alabama soil, no.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  pit; do you recall whether he would do
2  anything other than simply pick up the
3  white oversize?
4      A.   I'm aware that sometimes he
5  might have to load his truck.
6      Q.   And he would actually load
7  his truck himself?
8      A.   Yeah.  The drivers did that,
9  if we were broke down and nobody was
10 there.
11     Q.   What did they use to load the
12 truck?
13     A.   My 980H machine.
14     Q.   Is that a front loader?
15     A.   Frontend loader.
16     Q.   And you would trust the
17 Alabama -- excuse me, the CCI drivers to
18 operate that piece of equipment?
19     A.   Yes, sir.
20     Q.   Has Alabama Gravel ever used
21 any other companies to deliver white
22 oversize besides CCI?
23     A.   Not to my knowledge.