# Exhibit 22

**FREEDOM COURT REPORTING**

Page 1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE MIDDLE DISTRICT OF ALABAMA

3   NORTHERN DIVISION

4

5   THE CONCRETE COMPANY,          )       **COPY**

6            Plaintiff,            )

7   vs.                            )   CASE NUMBER:

8   HARRY E. LAMBERT and           )   2:05-CV-1026-ID-CSC

9   CAROL'S CONTRACTING,           )

10  INC.,                          )

11           Defendants.           )

12

13           DEPOSITION OF HOWARD MICHAEL GENTRY

14           In accordance with Rule 5(d) of

15  The Alabama Rules of Civil Procedure, as

16  Amended, effective May 15, 1988, I, Cindy

17  Weldon, am hereby delivering to Thomas F.

18  Gristina, the original transcript of the

19  oral testimony taken on the 9th day of

20  January, 2007, along with exhibits.

21           Please be advised that this is the

22  same and not retained by the Court Reporter,

23  nor filed with the Court.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

1  Q. Where were you precisely, if you
2  could tell me the location of the plant that
3  you were at when Mr. Alexander came to look
4  at the sand screw?
5  A. It was at Gentry Ready Mix,
6  Highway 14 West, Prattville.
7  Q. In Prattville?
8  A. Yes, sir.
9  Q. And was anybody with Mr.
10 Alexander?
11 A. Yes, sir.
12 Q. Who was with him?
13 A. Harry Lambert.
14 Q. And do you know why Mr. Lambert
15 was with Mr. Alexander?
16     MR. BAILEY: Object to the form.
17 Go ahead.
18 A. Well, I had called Mr. Lambert and
19 told him that I was trying to sell some of
20 this stuff. If he knew anybody that needed
21 any of it, I'd appreciate him putting me on
22 them.
23     And he, you know, called me and

**FREEDOM COURT REPORTING**

Page 31

told me that, you know, a guy was interested in it. And he brought him out there and told him, you know, where the place was and all.

Q. The piece of equipment, is it a sand screw?

A. Yes, sir.

Q. What is a sand screw?

A. It's a dewatering screw that takes the water out of the sand when you process it. And it just piles it up. Like it says, it's a screw. It's like a big auger. We have two or three of them. I wasn't using it. And so --

Q. Is it a piece of equipment that's used in the mining --

A. Yes, sir.

Q. -- of sand and gravel?

A. Yes, sir.

Q. When did you first meet Mr. Harry Lambert?

A. That's hard to say. I've seen him around, you know, at auctions and stuff.

1   A.   Yes.
2   Q.   All right. Now, when Mr. Alexander came out there with you, did y'all ride in your car or his car?
5   A.   Rode in my truck.
6   Q.   Was anybody else in the truck with you?
8   A.   No, sir.
9   Q.   Are you sure?
10  A.   Positive.
11  Q.   Mr. Lambert was not with you?
12  A.   No. You're pushing it to get two people in my truck.
14  Q.   All right. What did you all do when you went to the pit?
16  A.   I showed him what I had and I sort of showed him, you know, where the -- my roads were around there. And I had dug test holes with an excavator in the past. And I rode him around to all where the test holes were.
22       And on the part I didn't mine, just, you know, sort of showed him the lay

1  of the land. And I had -- You know, I had
2  wrote down the different depths of each test
3  hole and sort of -- you know, where I sort
4  of checked the gravel and what it was
5  yielding and showed him that.
6      Q.  And had you yourself dug those
7  test holes?
8      A.  Yes, sir.
9      Q.  Was Mr. Lambert in anyway involved
10 in the digging of those test holes?
11     A.  No, sir. I dug those test holes.
12 The first ones I dug, I wasn't even in the
13 gravel business. It was just when I first
14 bought property just to see what kind of
15 gravel was on it.
16     Q.  At the time you brought Mr.
17 Alexander to the pit, did you have an
18 existing stock pile of white oversize?
19     A.  Yes, sir.
20     Q.  How large, if you know?
21     A.  It wasn't real large because I had
22 sold most of it. It was probably -- if I
23 had to guess -- it was on daily, you know,

**FREEDOM COURT REPORTING**

Page 45

1  weekly run.  We probably had a couple
2  hundred tons.  Something like that.
3       Q.   Did Mr. Alexander, if you recall,
4  ask you specific questions about what you
5  thought your inventory or ability to produce
6  white oversize was?
7       A.   Yes, sir.  He asked me -- you
8  know, I was telling him about what I had,
9  you know, sold like to Red Bluff.  And he
10 came down there and watched the plant run
11 some and saw how it was coming off the
12 spring.  We had pretty good oversize right
13 there.  I just -- I couldn't get no more for
14 it than I could fifty-seven.
15      Q.   Did he tell you he was targeting
16 white oversize specifically?
17      A.   No, sir.  He just told me -- Well,
18 he told me was very interested in, you know,
19 taking over the operation.  Then he came to
20 me later and asked me would I be interested
21 if they just took all of the, you know,
22 white oversize and then I'd take everything
23 else.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 46

1    And then if they used my plant, in
2  which we worked out the utilities and stuff
3  like that, he'd pay for them.
4    Q.   And I'm going to get to that.  Now
5  -- But I want to go in sequence of each
6  visit and frankly would probably save us
7  time in deposition.
8    A.   All right.
9    Q.   All right.  If -- At that visit --
10 Have we covered everything that you all
11 talked about on the first truck ride through
12 the plant?
13   MR. BAILEY:  Object to the form.
14   A.   As far as I can remember.  I mean,
15 I can't -- I couldn't honestly say yes or
16 no.  We might have been talking about
17 hunting deer or something, you know, because
18 Robert has been around a long time.
19   And we sort of -- I know a lot of
20 times he talked about some of his friends
21 that was in the ready mix business up around
22 Augusta, a guy.
23   I actually, you know, talked to

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  was a guy down there that sort of ran the
2  plant that was working down there all the
3  time named Rex.
4      Q.   Big guy with black hair?
5      A.   Yes.  And to be honest with you, I
6  ain't never known what his last name was.
7      Q.   And that was the first time you
8  had ever met him?
9      A.   Yes.  I always dealt with --
10 what's his name -- Robert.  And that guy
11 David, he came down there one day and asked
12 me about going down there deer hunting.  And
13 I sort of straightened him out on that.
14     Q.   You didn't want him deer hunting?
15     A.   No, sir.  I didn't want anybody on
16 my land except me.
17     Q.   You're the only one that deer
18 hunts that property?
19     A.   Yes.  Me and my family.
20     Q.   Okay.  Now, when -- Well, at some
21 point, you and Mr. Alexander came to an
22 agreement I take it?
23     A.   Sure.