**FREEDOM COURT REPORTING**

Page 52

```
 1      Q.   And was that reduced into writing?
 2      A.   No, sir.
 3      Q.   And as I understand it, the
 4 agreement was that Mr. Alexander's company
 5 -- Well, at that time, had you heard that
 6 he was forming a company to handle all this?
 7      A.   No, sir.  He never told me that.
 8      Q.   All right.  Was the agreement with
 9 Mr. Alexander that he would be responsible
10 for running the mining operation, paying the
11 power, dealing with the reclamation and then
12 in exchange for that, he would be entitled
13 to all the white oversize and you would get
14 all the other aggregate produced?
15      A.   Yes, sir.
16      Q.   And no money was paid to you other
17 than a payment of the power bill; is that
18 correct?
19      A.   Right.
20      Q.   How -- Did he put the power bill
21 in his name?  How did that work, that the
22 power bill was eventually paid by him?
23      A.   My secretary sent him the bill and
```

**FREEDOM COURT REPORTING**

Page 55

1  about different stuff.
2     Q.   Between the time that you first
3  met Mr. Alexander with respect to the sand
4  screw and leading up to when you all
5  finalized your deal about the mining, do you
6  recall Mr. Lambert coming to the Gentry pit?
7     A.   No, not really.  I mean, you know,
8  I think he drove a truck down there a few
9  times.  Something like that.  I'd see him
10 before, but just coming down there to pick
11 up something like that.
12    Q.   And what were -- Did you discuss
13 -- have discussions with him then?
14    A.   I'd speak to him every time I'd
15 see him.
16    Q.   But do you know why he was coming
17 to the Gentry pit between the time you met
18 Mr. Alexander and between the time you made
19 a deal with Mr. Alexander?
20    A.   No, sir.  I think he hauled some
21 equipment one time down there.
22    Q.   He hauled some equipment down
23 there one time?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

1  A. Yes.
2  Q. Do you know what equipment that
3  was?
4  A. It was an old loader or something
5  like that.
6  Q. He brought an old loader down
7  there?
8  A. Yes, sir.
9  Q. Is that a machine that's used in
10 the mining of sand and gravel?
11 A. Yes, sir.
12 Q. What other reason besides bringing
13 down the equipment do you recall Mr. Lambert
14 having to come to the pit during that time
15 period?
16 A. I don't know.
17 Q. Was he with Mr. Alexander at that
18 time?
19 A. No, sir.
20 Q. Was he with anybody else when he
21 came to the pit?
22 A. No, sir.
23 Q. Did he have a key to get into the

FREEDOM COURT REPORTING

Page 73

1  deposition?
2      A.   No, sir.
3      Q.   There have been other people
4  deposed in this case.  Have you talked to
5  anybody else who's had their deposition
6  taken in this case?
7      A.   No, sir.  Not anybody else.
8      Q.   And you didn't reduce your
9  agreement with Mr. Alexander into any sort
10 of written document, did you?
11     A.   No, sir.
12     Q.   Any reason why you did not do
13 that?
14     A.   No.  What we did to start with was
15 -- in which I asked people -- you know, I
16 asked like Harry about him.  He told me he
17 was a jam up guy and everything.  What I did
18 to start with, I said, you know, we'll try
19 this for a month or so and see how it works
20 out.
21          And, you know, that's basically
22 what we did.  And then, you know, decided to
23 go on a little while longer and they, you

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  know -- we just went onto -- we got --
2  pretty much mined all we wanted to mine.
3        Q.   And were you aware of the
4  construction of a site by Alabama Gravel in
5  Deatsville?
6        A.   Yes, sir.
7        Q.   When did you learn about that?
8        A.   I got a boy that works for me down
9  there.  He was telling me that he -- they
10 were -- somebody was putting up a concrete
11 plant -- I mean a gravel plant down there.
12       Q.   Which employee is that that told
13 you that?
14       A.   Larry Meeks.
15       Q.   Larry Meeks?
16       A.   Yes.
17       Q.   Or Larry Speaks?
18       A.   Meeks.
19       Q.   So he -- Do you know who Larry
20 Speaks is?
21       A.   Yes.
22       Q.   Larry Speaks does permitting;
23 right?

FREEDOM COURT REPORTING

Page 77

had a -- I can't walk up there to her and start talking to her like I can Harry.

Q. And you had said that during the time that Mr. Alexander was running the Gentry pit, you would go there weekly?

A. Yes, sir.

Q. Is that once a week?

A. It depends on how busy I am and what's going on.

Q. Is the reclamation work complete?

A. Yes, sir.

Q. You mentioned earlier that Mr. Lambert had brought a loader down to your plant. Are you aware of him bringing any other equipment to your plant after that time?

A. No, sir.

Q. You mentioned that you checked with Mr. Lambert about Mr. Alexander and he said he was a stand up guy. What were the circumstances of that discussion?

A. Well, I didn't really know him when I started talking to Robert and he got

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  to asking me, you know -- telling me, you
2  know, he was interested in the place and I
3  was sort of interested.
4       And then, you know, I called him
5  up before I pursued it any longer and I said
6  -- you know, told him, look, I don't really
7  know this guy too much. And he sort of told
8  me, you know, what he knew about him.
9       Q.   If Mr. Lambert hadn't vouched for
10 him, would you have done business with Mr.
11 Alexander?
12      A.   I probably would have done it on
13 the basics of like we were doing then, you
14 know. You know, try it over a trial period
15 and see how it worked out.
16      Q.   Was Mr. Lambert's recommendation
17 important to you?
18      A.   Yes, sir.
19      Q.   Was there anybody else present
20 during that discussion that you had with Mr.
21 Lambert --
22      A.   No.
23      Q.   -- about Mr. Alexander?

Page 91

1    A.    Right.

2    Q.    Any other loaders or equipment
3  that you recall them bringing?

4    A.    Not really.

5    Q.    When you say not really -- I mean,
6  is my question not clear?

7    A.    Not really.  What do you mean when
8  --

9    Q.    Well, you mentioned that Mr.
10 Alexander -- that Mr. Lambert brought a
11 loader there.  And when I --

12   A.    No.  I told you I saw him one day
13 driving, pulling a loader on a low boy.  You
14 asked me about was he driving a truck.  You
15 asked me what he was doing with it and I
16 said he was pulling a loader on a low boy.
17 I'm sorry.

18   Q.    All right.  Then I appreciate you
19 clarifying that for me.  He -- Mr. Lambert
20 was pulling a loader?

21   A.    Right. He was on a tractor -- he
22 had a tractor truck -- I call them tractors
23 -- and he had a low boy and there was a

1  loader on it one day.
2      Q.   Is a low boy a trailer?
3      A.   Yes.
4      Q.   And there was a loader on that?
5      A.   Right.
6      Q.   And he brought that to the Gentry
7  pit?
8      A.   Yes, sir.
9      Q.   Did he leave it there?
10     A.   I don't know.  I just saw him.  He
11 was coming in, I was going out.  So I don't
12 know what he was doing.
13     Q.   Was that loader that was on that
14 low boy later -- did you ever see that at
15 the Gentry pit?
16     A.   The loader that was on the low
17 boy?
18     Q.   Yes, sir.
19     A.   I didn't really pay, you know,
20 that much attention to it.  If I remember
21 right, it was a Cat loader.  I don't
22 remember.
23     Q.   But at the time you saw him, was

FREEDOM COURT REPORTING

Page 93

1  he inside the grounds of the Gentry pit?
2       A.   Yes, sir.  He was coming -- He was
3  coming in the gate and I was coming out.  We
4  had to sort of wait on each other.
5       Q.   And now, putting that conversation
6  aside, are you aware of equipment that
7  Alabama Gravel brought to the Gentry pit for
8  use in that mining operation?
9       A.   I know they brought equipment out
10 there.  I just don't know, you know, what it
11 is or what it was, you know, exactly to a
12 detail if that's what you're asking me.
13      I mean, if you want to know if it
14 was a 966 loader or something like that, I
15 really didn't pay that much attention
16 because I had my own equipment out there.
17      Q.   But as far as you know, you can't
18 recall if that Cat loader that Mr. Lambert
19 had on the low boy was one of the things
20 that was brought?
21      A.   Right.  I can't recall that.
22      Q.   Can you recall any of the other
23 specific pieces of equipment that Alabama

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660