# Exhibit A

# March 2005

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
|  | March 1<br>N. Main Street Apts. | 2<br>8:30am Johnson | 3<br>9:30am Reba Curtis<br>4:00pm Meet w/ builder | 4 | 5 |
| 7 | 8<br>White City Plant | 9<br>1:30pm Callaway Site | 10<br>ASCE Winter Meeting<br>Odum Pit 2<br>Taylor Pit<br>7:00am Robin Dozier | 11<br>Jamestown certify | 12 |
| 14<br>Little Farm closing | 15<br>N. Main Street Apts.<br>RWS Materials Pit<br>9:00am Fuller Five | 16<br>11:00am Sanford | 17<br>Willow Point Sewer<br>8:30am Harry Lambert | 18<br>Fuller-Belcher certify | 19<br>13 |
| 21<br>VACATION | 22<br>VACATION | 23<br>VACATION | 24<br>VACATION | 25<br>VACATION | 26<br>ALISHA AND TODD<br>20 |
| 28<br>CALL ABOUT BISCUITS<br>Jamestown certify | 29<br>RWS Materials | 30<br>Cook Road closing | 31 |  | 27<br>WA-WA B'DAY |