# Exhibit B

LARGE MAP

NOT SCANNED

HELD CONVENTIONALLY
IN THE

CLERK'S OFFICE