# Exhibit 24

**FREEDOM COURT REPORTING**

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE MIDDLE DISTRICT OF ALABAMA
 3                      NORTHERN DIVISION
 4
 5   THE CONCRETE COMPANY,                    COPY
 6              Plaintiff,
 7        versus                         2:05-CV-1026-D
 8   HARRY E. LAMBERT, et al.,
 9              Defendants.
10
11
12
13
14              * * * * * * * * * * * *
15
16              DEPOSITION OF DANNY LUSTER,
17   taken pursuant to stipulation and agreement
18   before Jackie Parham, Certified Shorthand
19   Reporter and Commissioner for the State of
20   Alabama at Large, in the law offices of Balch
21   & Bingham, 105 Tallapoosa Street, Montgomery,
22   Alabama, on Wednesday, the 29th day of March,
23   2006, commencing at approximately 1:30 p.m.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 11

| | | |
|---|---|---|
| 1 | Q. | Where does he work? |
| 2 | A. | He works for -- I think it used to be -- |
| 3 | | It's Classic Cobb Pontiac. I don't know |
| 4 | | if that's what the name of it still is. |
| 5 | Q. | Is he a salesman or a mechanic? |
| 6 | A. | He's a service manager. |
| 7 | Q. | Any other brothers or sisters? |
| 8 | A. | No, sir. |
| 9 | Q. | Who is your employer right now? |
| 10 | A. | Foley Materials Company. |
| 11 | Q. | How long have you been employed by them? |
| 12 | | And I don't want to confuse you. I've |
| 13 | | been told by Mr. Sorrell that that company |
| 14 | | came into existence April 1st, 2005. |
| 15 | A. | All right. Let me see if I can clarify |
| 16 | | that a little bit better. I started work |
| 17 | | in the mining industry, if you want to |
| 18 | | say, with Mr. Harry Lambert with |
| 19 | | Montgomery Materials. |
| 20 | Q. | Okay. |
| 21 | A. | That was in January of 2001, I believe. |
| 22 | Q. | Now, it's my understanding that Harry |
| 23 | | Lambert had a business called Montgomery |

```
 1       Holdings and it formed an L.L.C. called
 2       Montgomery Materials, L.L.C., which is the
 3       name on this Exhibit 11, that did -- in
 4       '97 that would have been in operation in
 5       January of 2001.  So with that
 6       information, assuming it's true, would you
 7       have been most likely employed by
 8       Montgomery Materials, L.L.C.?
 9   A.  Yes, sir.  Because I don't know anything
10       about Montgomery Holdings or whatever.
11   Q.  You haven't ever heard of that one?
12   A.  No, sir.
13   Q.  Okay.  And Harry Lambert hired you?
14   A.  Not directly, no, sir.
15   Q.  Who hired you?
16   A.  Actually, Jerry Walls is the one that
17       actually hired me.
18   Q.  What led you to seek employment or become
19       employed by Montgomery Materials?
20   A.  I had a high school friend of mine that
21       was helping me work on race cars at the
22       time by the name of Ray Rogers.  And in
23       conversation it came up that they needed
```

**FREEDOM COURT REPORTING**

Page 13

| | | |
|---|---|---|
| 1 | | somebody to drive a water truck that had a |
| 2 | | CDL, and I had a CDL. |
| 3 | Q. | A or B Class? |
| 4 | A. | Class A. |
| 5 | Q. | All right. Prior to that what had you |
| 6 | | done for a living? |
| 7 | A. | I had worked for my father's company, |
| 8 | | which was also my grandfather's company, |
| 9 | | Clyde's Potatoes, L.L.C. |
| 10 | Q. | Is that a farming company or -- |
| 11 | A. | No, sir. We purchased potatoes bulk by |
| 12 | | the truckload. And we brought them in and |
| 13 | | we cleaned them up and processed them and |
| 14 | | then bagged them and packaged them and |
| 15 | | sent them -- shipped them out to places |
| 16 | | like Winn-Dixie and Sunday Dinner. |
| 17 | Q. | How far did you go in school? Did you |
| 18 | | finish college, high school? |
| 19 | A. | I finished high school and I have some |
| 20 | | college. |
| 21 | Q. | Where did you finish high school? |
| 22 | A. | Robert E. Lee. |
| 23 | Q. | Year? |

FREEDOM COURT REPORTING

Page 14

| | | |
|---|---|---|
| 1 | A. | 1994. |
| 2 | Q. | And what college did you attend? |
| 3 | A. | Troy State in Montgomery. |
| 4 | Q. | What course of study did you pursue there? |
| 5 | A. | Business management. |
| 6 | Q. | How many years or quarters, semesters? |
| 7 | A. | Just a little over halfway. |
| 8 | Q. | And then you went into your family business? |
| 10 | A. | I was already in my family business at the time. Yes, sir. |
| 12 | Q. | You left school to go full-time into the business? |
| 14 | A. | Yes, sir. |
| 15 | Q. | Any military? |
| 16 | A. | No, sir. |
| 17 | Q. | When did you first meet Harry Lambert? |
| 18 | A. | I can't give you an exact time, date. It would have been sometime, I guess, probably within a couple of months after I started working for Montgomery Materials. |
| 22 | Q. | I think you said that happened sometime in January of 2001? |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 15

| | | |
|---|---|---|
| 1 | A. | Yes, sir. |
| 2 | Q. | And when you started you would have been |
| 3 | | driving a water truck? |
| 4 | A. | A water truck. Yes, sir. |
| 5 | Q. | And what is a water truck used for on a |
| 6 | | job like that? |
| 7 | A. | Used for dust suppression on haul roads |
| 8 | | and customer roads. |
| 9 | Q. | By haul roads and customer roads, what do |
| 10 | | you mean? |
| 11 | A. | Roads that we transport materials on. |
| 12 | | Haul roads, we transport material from the |
| 13 | | pit to the plant. And the customer roads |
| 14 | | would be like our front entrance road that |
| 15 | | the customers actually come off the |
| 16 | | highway, come into the plant and get |
| 17 | | loaded. |
| 18 | Q. | Okay. When you began working with |
| 19 | | Montgomery Materials, L.L.C., was |
| 20 | | Montgomery Materials, L.L.C. in the |
| 21 | | business of operating trucks for the |
| 22 | | delivery of product to customers? |
| 23 | A. | I don't think so. But that wasn't -- I |

FREEDOM COURT REPORTING

Page 16

```
 1            mean, I drove a water truck.  It wasn't my
 2            place to find out where all the material
 3            went or anything like that.
 4    Q.      Based on the way it was operated at the
 5            time, is it true that most of the time the
 6            customer would come to the location where
 7            the product was stored over the customer
 8            road on Montgomery Materials' property and
 9            pick up the material there and haul it
10            either in their own trucks or trucks they
11            hired to do that?
12    A.      Or possibly trucks that we hired to do
13            that.  I mean, I'm not -- Again, I'm not
14            real sure.
15    Q.      How that worked?
16    A.      Because I wasn't involved in that.
17    Q.      How long were you involved basically in
18            keeping the dust suppression down on the
19            pit roads?
20    A.      Three or four months.
21    Q.      What was your next job?
22    A.      Jerry Walls left, and when he left, Ray
23            Rogers, which was at that time the current
```

| | | |
|---|---|---|
| 1 | | maintenance man, he stepped up into Jerry |
| 2 | | Walls' position and then I took over Ray |
| 3 | | Rogers' position. |
| 4 | Q. | Doing maintenance on the equipment? |
| 5 | A. | On the equipment and the plant. Yes, sir. |
| 6 | Q. | By this time you had met Harry Lambert? |
| 7 | A. | Yes, sir. |
| 8 | Q. | What was Harry's role when you met him? |
| 9 | A. | He was the owner as far as I knew. |
| 10 | Q. | All right. How long did you work for |
| 11 | | Harry? |
| 12 | A. | I guess till about -- I think it was maybe |
| 13 | | April of the next year, which would be |
| 14 | | 2002. By then there had been some issues |
| 15 | | that -- You know, you hear rumors and |
| 16 | | things. There was some type of lawsuit |
| 17 | | between him and his partner at the time, |
| 18 | | which was Mr. Foley. And that, you know, |
| 19 | | Mr. Foley's lawyers basically were better |
| 20 | | than Mr. Harry's lawyers and Mr. Foley got |
| 21 | | the company. |
| 22 | Q. | All right. And sometime in April of 2002 |
| 23 | | Harry stopped being the manager or owner |

**FREEDOM COURT REPORTING**

Page 18

| | | |
|---|---|---|
| 1 | | or operator of Montgomery Materials? |
| 2 | A. | Yes, sir. |
| 3 | Q. | And who took his place, if you remember? |
| 4 | A. | Well, I actually started working for Mr. Gene Talley at that time. He come in and said, you know, he was with The Concrete Company and that's who we worked for then. |
| 9 | Q. | When Harry was bought out or terminated, whatever, what was your position with Montgomery Materials before that happened? |
| 12 | A. | Maintenance. |
| 13 | Q. | Still in maintenance? |
| 14 | A. | Yes, sir. |
| 15 | Q. | After Talley came on board as The Concrete Company did your position change? |
| 17 | A. | It did after I asked them to give me an opportunity to see if I could manage that plant. Yes, sir. |
| 20 | Q. | When did that occur? |
| 21 | A. | Right about April. |
| 22 | Q. | And what plant did you ask to manage? |
| 23 | A. | City Pit. |

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 19

```
1   Q.    It's located --
2   A.    7501 Wares Ferry Road.
3   Q.    Okay.  What number is that?  5 --
4   A.    That would be 512.
5   Q.    And since about April 2002 have you been
6         the manager of that pit?
7   A.    Yes, sir.
8   Q.    Have they asked you to manage additional
9         pits?
10  A.    They did.  You know, I went to the
11        Tysonville plant a couple of times to kind
12        of help out on things there as far as
13        making sure that things were
14        ADEM-compliant.  And then in December of
15        '04 we decided -- the company decided to
16        put up an additional shaker at the Shorter
17        plant, which is Plant 502.  And they asked
18        me to go up there and help put the shaker
19        up, which I did.  And in about January
20        they approached me and asked me if I would
21        take over that plant as far as managerial
22        duties.
23  Q.    Okay.  So are you now currently managing
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**