# Exhibit 26

| | |
|---|---|
| **ALABAMA GRAVEL LLC** <br> P.O. BOX 1006 <br> MILLBROOK, AL 36054 | COLONIAL BANK, N.A. <br> BIRMINGHAM, ALABAMA <br> **1066** <br> 61-131/620 <br> 01019 <br> 5/2/2005 |

PAY TO THE ORDER OF  Pete Long     $ **250.00

Two Hundred Fifty and 00/100************************************************************************************ DOLLARS

Pete Long
207 Paulette Drive
Gadsden, AL 35903

MEMO  Referral - Mack Tilly

*Carole Lambert*

⑆001066⑆ ⑈062001319⑈ 804160 1066⑆     ⑆00000 25000⑆

AG 00204