

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/21/2005 | 2005-567 |

| BILL TO | SHIP TO |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Alabama Gravel<br>Hwy 111<br>Deatsville, AL 36022 |

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 7/21/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 1/2" x 6" J-bolts with hardware | 150 | 4.75 |  | 712.50T |
| 3/4" x 7" carriage bolts with hardware | 100 | 4.75 |  | ~~475.00T~~ |
|  |  |  |  | 1,187.50 |
| Sales Tax |  | 8.00% |  | 95.01 |

FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total**   $1,282.51

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |



**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/21/2005 | 2005-570 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
| | Net 30 | 7/21/2005 | delivered | |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| MH regular steel rail 48" punched | 16 | 25.00 | | 400.00T |
| 3/8" heavy hex buffer strip 100' | 2 | 95.00 | | 190.00T |
| 3/8" long leg buffer strip 50' | 2 | 105.00 | | 210.00T |
| 7/8" SQ OP .3125 G 70-1/2" OCW x 48" #2 edge | 4 | 251.00 | | 1,004.00T |
| | | | | 1,804.00 |
| Sales Tax | | 8.00% | | 144.32 |

**Total** $1,948.32

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

# Invoice

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

| DATE | INVOICE NO. |
|---|---|
| 7/11/2005 | 2005-663 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 8/10/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 16' full profile on tubing | 8 | 320.00 |  | 2,560.00T |
| Sales Tax |  | 8.00% |  | 204.80 |

**Total** $2,764.80

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

# Invoice

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

| DATE | INVOICE NO. |
|---|---|
| 7/18/2005 | 2005-676 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 8/17/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 3/8" SQ OP .177 G 70-1/2" OCW x 49/48" #2 edge | 4 | 232.00 |  | 928.00T |
| 3/16" x 1/2" slot .092 G 70-1/2" OCW x 48" #2 edge RA/HK | 4 | 164.00 |  | 656.00T |
|  |  |  |  | 1,584.00 |
| Freight charges |  | 150.00 |  | 150.00 |
| Sales Tax |  | 8.00% |  | 126.72 |

**Total**   $1,860.72

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 8/22/2005 | 2005-797 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 9/21/2005 | Source | SCREEN #2 |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 1/8" x 1" slotted urethane 30mm thick SWE 92A | 48 | 80.00 |  | 3,840.00T |
| urethane side bar 2" x 4" x 48" | 8 | 90.00 |  | 720.00T |
| urethane wedge | 16 | 12.00 |  | ~~192.00T~~ 4,752.00 |
| Freight charges |  | 298.08 |  | ~~298.08~~ |
| Sales Tax |  | 8.00% |  | 380.16 |

**Total**  $5,430.24

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |



**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 8/22/2005 | 2005-798 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 9/21/2005 | Source | SCREEN #1 |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 1/8" x 1" slotted urethane 30mm thick SWE 92A | 48 | 80.00 |  | 3,840.00T |
| urethane side bar 2" x 4" x 48" | 8 | 90.00 |  | 720.00T |
| urethane wedge | 16 | 12.00 |  | 192.00T |
|  |  |  |  | 4,752.00 |
| Freight charges |  | 298.08 |  | 298.08 |
| Sales Tax |  | 8.00% |  | 380.16 |

**Total** $5,430.24

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

# Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/9/2005 | 2005-887 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 10/9/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 7/8" SQ OP .3125 G 70-1/2" OCW x 48" #2 edge | 2 | 251.00 |  | 502.00T |
| 3/4" SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 4 | 169.00 |  | 676.00T |
| 3/8" SQ OP .162 G 70-1/2" OCW x 49/48" #2 edge | 4 | 175.00 |  | 700.00T |
| 3/16" x 1/2" slot .092 G 70-1/2" OCW x 48" #2 edge RA/HK | 6 | 164.00 |  | 984.00T |
| 6" J-bolts with hardware | 50 | 4.75 |  | 237.50T |
| 3/8" heavy hex buffer strip 100' | 3 | 95.00 |  | 285.00T |
|  |  |  |  | 3,384.50 |
| delivery fee |  | 50.00 |  | 50.00 |
| Sales Tax |  | 8.00% |  | 270.77 |

**Total**  $3,705.27

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/28/2005 | 2005-940 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 10/28/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 36" belt 35 degree 5" dia roll | 72 | 72.00 |  | 5,184.00T |
| 36" return with brackets | 20 | 35.00 |  | 700.00T |
| 36" belt 20 degree 5" dia roll | 6 | 72.00 |  | 432.00T |
|  |  |  |  | 6,316.00 |
| Freight charges |  | 970.38 |  | 970.38 |
| Sales Tax |  | 8.00% |  | 505.28 |

**Total** $7,791.66

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

**Southern Wire Enterprises, Inc.**

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/18/2005 | 2005-1026 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 11/17/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 36" 5" dia. roll return idler | 1 | 33.00 |  | 33.00T |
| Return roll bracket | 3 | 3.00 |  | 9.00T |
| Freight charges |  | 150.00 |  | 150.00 |
| Sales Tax |  | 8.00% |  | 3.36 |

**Total**  $195.36

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/27/2005 | 2005-1062 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 11/26/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 3/4" SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 4 | 169.00 |  | 676.00T |
| 7/8" SQ OP .3125 G 70-1/2" OCW x 48" #2 edge | 4 | 251.00 |  | 1,004.00T |
|  |  |  |  | (1,680.00) |
| Sales Tax |  | 2.00% |  | 33.60 |

**Total**   $1,713.60

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/27/2005 | 2005-1071 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 11/26/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Model NF 4207 elect. vibrating feeder | 1 | 14,930.00 |  | 14,930.00T |
| NEMA 12 Toshiba freq. control | 1 | 2,800.00 |  | 2,800.00T |
| 10' pigtail | 1 | 100.00 |  | 100.00T |
| cable, clamps & thimble | 1 | 345.00 |  | 345.00T |
|  |  |  |  | (18,175.00) |
| Freight charges |  |  |  |  |
| Sales Tax |  | 2.00% |  | 363.51 |

FAXED

FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total**    $18,538.51

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/8/2005 | 2005-1237 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 1/7/2006 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 3/8" SQ OP .162 G 70-1/2" OCW x 48" #2 edge | 8 | 175.00 |  | 1,400.00T |
| 3/16" x 1/2" slot .092 G 70-1/2" OCW x 48" #2 edge | 6 | 164.00 |  | 984.00T |
| 3/4" SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 2 | 169.00 |  | 338.00T |
| 3/8" heavy hex buffer strip 100' | 4 | 95.00 |  | 380.00T |
| 1/2" x 6" J-bolts with hardware | 100 | 4.75 |  | 475.00T |
| MH regular steel rail 48" punched | 8 | 25.00 |  | 200.00T |
|  |  |  |  | 3,777.00 |
| Sales Tax |  | 2.00% |  | 75.55 |

FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total** $3,852.55

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/15/2005 | 2005-1261 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
| Harry Lambert | Net 30 | 1/14/2006 | Source | |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| One (1) Trio 44" x 32' twin fine material washer | 1 | 56,480.00 | | 56,480.00T |
| Sales Tax | | 2.00% | | 1,129.60 |

FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total**  $57,609.60

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |