Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/28/2005 | 2005-898 |

BILL TO
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

SHIP TO
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
| | Net 30 | 1/27/2006 | Source | |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 16' weld on tubing 1-1/2" SQ | 14 | 292.00 | | 4,088.00T |
| delivery fee | | 35.00 | | 35.00 |
| Sales Tax | | 8.00% | | 327.04 |

2-2- Per Chris he has already shipped 4pcs of the order. Bal of 10pcs will ship today –

**Total** $4,450.04

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

June 7, 2005

Quote # 060705A

Robert Alexander
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

Dear Mr. Alexander,

Southern Wire is pleased to offer the following for your consideration:

ONE (1) – TRIO 44" x 30' extreme duty log washer complete with heavy duty twin shaft gear box, cast two-piece replaceable wear shoes, heavy duty tub, motor guard, outlet gates, 200 HP TEFC motor, v-belts and sheaves........................................$ 99,500.00

ONE (1) - TRIO 6' x 16' 3-deck incline wet screen. No spray bars. Bottom deck to be built flat to accommodate steel girders for urethane. Complete with 140mm vibrator assembly; driven pulley; 3/8" side plates; coarse-coarse-fine bucker bar spacing on decks; rubber lined cross tubes for maximum wear life; crown bar rubber; rubber dust enclosures for rear of each deck; pivoting motor base; springs ad spring supports. Grease lubrication. 25 HP TEFC electric motor, motor sheave and v-belts.....$ 25,750.00

Delivery: mid August
F.O.B.: factory
Terms: NET 30

We thank you for the opportunity to quote on your requirements. Please do not hesitate to contact us should you have questions or need additional information.

Regards,

Sam Estock

June 7, 2005

Robert Alexander
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

Quote # 060705A

Dear Mr. Alexander,

Southern Wire is pleased to offer the following for your consideration:

ONE (1) – TRIO 44" x 30' extreme duty log washer complete with heavy duty twin shaft gear box, cast two-piece replaceable wear shoes, heavy duty tub, motor guard, outlet gates, 200 HP TEFC motor, v-belts and sheaves........................................$ 99,500.00

ONE (1) - TRIO 6' x 16' 3-deck incline wet screen. No spray bars. Bottom deck to be built flat to accommodate steel girders for urethane. Complete with 140mm vibrator assembly; driven pulley; 3/8" side plates; coarse-coarse-fine bucker bar spacing on decks; rubber lined cross tubes for maximum wear life; crown bar rubber; rubber dust enclosures for rear of each deck; pivoting motor base; springs ad spring supports. Grease lubrication. 25 HP TEFC electric motor, motor sheave and v-belts.....$ 25,750.00

Delivery: mid August
F.O.B.: factory
Terms: NET 30

We thank you for the opportunity to quote on your requirements. Please do not hesitate to contact us should you have questions or need additional information.

Regards,

Sam Estock



Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/28/2005 | 2005-597 |

| BILL TO | SHIP TO |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Alabama Gravel<br>Hwy 111<br>Deatsville, AL 36022 |

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
| | Net 30 | 7/28/2005 | Source | |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Twin 44 x 30 Log Washer Trio NEW per quote | 1 | 99,500.00 | | 99,500.00T |
| 200 HP motor ($5,000.00 cost - 50% discount) | 1 | 2,500.00 | | 2,500.00T |
| | | | | 102,000.00 ✓ |
| Freight charges - | | 5,000.00 | | 5,000.00 |
| Sales Tax | | ~~8.00%~~ 2% | | ~~8,160.00~~ 2040.00 |

Sent new invoice 10/28/05

2600.00 additional billed for freight on 4/13/06 invoice # 2006-422

**Total** ~~$115,160.00~~ 109,040.00

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |



SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091

September 20, 2005

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

Quote # 050920C

Attn.: Robert Alexander

Dear Mr. Alexander,

Southern Wire is pleased to quote you the following:

RADIAL STACKER SIZE:----- 36" X 100'0"

RUNNING @ 350 FPM, 350 TPH OF 120 PCF MATERIAL

| | |
|---|---|
| STRUCTURE:--------- ---------- | 42□ DEEP TRUSS 3 X 3 X 1/4 CORDS--------- |
| HEAD PULLEY:-------- DUTY---- | 18□ X 38□ X 4-7/16□, 3/8□ HB LAGGED MINE |
| HEAD SHAFT:--------- | 4-7/16□ C-1045 KEYED-------------------- |
| HEAD BEARINGS:------ | 4-7/16□ DODGE TAF PILLOW BLOCKS-------- |
| TAIL PULLEY:-------- MINE DUTY------- | HOOVER 16□ X 38□ X 3-7/16□ WING PULLEY |
| TAIL SHAFT:--------- ------- | 3-7/16□ C-1045 PLAIN--------------------- |
| TAIL BEARINGS:------ ------- | DODGE 3-7/16□ SCM PILLOW BLOCKS---------- |
| TAKE UPS:---------- --------- | HOOVER LD50-24 -------------------------- |
| MOTOR:------------- | 25 HP TEFC 230/460/3/60-1800 ------------ |
| REDUCER:----------- ------- | DODGE TA5215 TAPERED BORE---------------- |
| REDUCER BUSHING:--- - | DODGE TA5215TB--------------------------- |
| MOTOR MOUNT:-------- --------- | DODGE TAMM------------------------------- |
| BACKSTOP:---------- | DODGE |
| TA5215BS---------------------------------------- | |
| ROD ASEMBLY------ | DODGE TA5215RA---------- |



SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091



| | |
|---|---|
| MOTOR SHEAVE:------ | YES---- |
| REDUCER SHEAVE:---- | YES---- |
| V-BELTS:----------- | YES---- |
| GUARD:-------------- ---------- | DODGE TA5215BG--------------------------- |
| BELTING:----------- -------- | (210) 36□ 2-PLY 220 PIW 3/16□ X 1/16□---- |
| 20DEG. IDLERS:----- -------- | (5) S/A # 2204 SEALED CEMA B4------------ |
| 35DEG. IDLERS:----- -------- | (22) S/A # 2204 SEALED CEMA B4----------- |
| RETURNS:----------- -------- | (10) S/A # 2204 SEALED CEMA B4----------- |
| HOPPER:------------ | SPECIAL DESIGN PER CUSTOMER------ |
| BELT WIPER------ | QC-I MARTIN------- |
| TAIL GUARD:-------- -------- | HOOVER STANDARD-------------------------- |
| UNDERCARRIAGE:----- -------- | HOOVER STANDARD PIN SET------------------ |
| AXLE:-------------- -------- | HOOVER STANDARD 14□---------------------- |
| RAISE/LOWER:------- -------- | MANUAL PIN SET--------------------------- |
| PIVOT BASE:-------- -------- | HOOVER STANDARD-------------------------- |
| PAINT:------------- -------- | HOOVER STANDARD ------------------------- |
| ASSEMBLY----------- -------- | HEAD, TAIL AND DRIVE COMPONENTS---------- |

TOTAL PRICE- $40,824.00
OPTION ADD TO PRICE $4,448.00
CLEATED BELT



SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091



| | |
|---|---|
| RADIAL STACKER SIZE:----- | 30□ X 100□-0□ |

RUNNING @ 350 FPM, 350 TPH OF 120 PCF MATERIAL

| | |
|---|---|
| STRUCTURE:--------- --------- | 42□ DEEP TRUSS 3 X 3 X 1/4 CORDS--------- |
| HEAD PULLEY:------- DUTY---- | 18□ X 32□ X 4-7/16□, 3/8□ HB LAGGED MINE |
| HEAD SHAFT:-------- | 4-7/16□ C-1045 KEYED------------------ |
| HEAD BEARINGS:----- | 4-7/16□ DODGE TAF PILLOW BLOCKS-------- |
| TAIL PULLEY:------- MINE DUTY------- | HOOVER 16□ X 32□ X 3-7/16□ WING PULLEY |
| TAIL SHAFT:-------- ------- | 3-7/16□ C-1045 PLAIN-------------------- |
| TAIL BEARINGS:----- ------- | DODGE 3-7/16□ SCM PILLOW BLOCKS---------- |
| TAKE UPS:---------- -------- | HOOVER LD50-24 ------------------------- |
| MOTOR:------------- | 25 HP TEFC 230/460/3/60-1800 ----------- |
| REDUCER:----------- ------- | DODGE TA5215 TAPERED BORE--------------- |
| REDUCER BUSHING:--- - | DODGE TA5215TB-------------------------- |
| MOTOR MOUNT:------- -------- | DODGE TAMM------------------------------ |
| BACKSTOP:---------- | DODGE TA5215BS--------------------------------------- |
| ROD ASEMBLY------ | DODGE TA5215RA---------- |
| MOTOR SHEAVE:------ | YES---- |
| REDUCER SHEAVE:---- | YES---- |
| V-BELTS:----------- | YES---- |
| GUARD:------------- --------- | DODGE TA5215BG-------------------------- |
| BELTING:----------- -------- | (210) 30□ 2-PLY 220 PIW 3/16□ X 1/16□---- |
| 20DEG. IDLERS:----- -------- | (5) S/A # 2204 SEALED CEMA B4------------ |
| 35DEG. IDLERS:----- -------- | (22) S/A # 2204 SEALED CEMA B4----------- |
| RETURNS:----------- -------- | (10) S/A # 2204 SEALED CEMA B4----------- |



SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091



HOPPER:--------------------- SPECIAL DESIGN PER CUSTOMER------
BELT WIPER------ QC-I MARTIN-------
TAIL GUARD:----------------- HOOVER STANDARD---------------------------
UNDERCARRIAGE:--------------- HOOVER STANDARD PIN SET-------------------
AXLE:------------------------ HOOVER STANDARD 14□----------------------
RAISE/LOWER:----------------- MANUAL PIN SET----------------------------
PIVOT BASE:------------------ HOOVER STANDARD---------------------------
PAINT:----------------------- HOOVER STANDARD --------------------------
ASSEMBLY--------------------- HEAD, TAIL AND DRIVE COMPONENTS-----------

TOTAL PRICE- $38,353.00

OPTION ADD TO PRICE $3,459.00
CLEATED BELT

We thank you for the opportunity to quote on your requirements. Please do not hesitate to contact us should you have questions or need additional information.

Best Regards,

Sam Estock

Sam Estock



Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/28/2005 | 2005-596 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
| | Net 30 | 7/28/2005 | Source | |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 6' x 16' x 3-deck Trio NEW vibrating machine per quote. | 1 | 26,750.00 | | 26,750.00T |
| Freight charges | | 1,250.00 | | 1,250.00 |
| Sales Tax | | ~~8.00%~~ 2% | | ~~2,140.00~~ 535.00 |

7-6-05
pd 5,350.00 down payment
paid
paid TRIO CK# 12816 12/20/05
pay off spent

**Total** ~~$30,140.00~~ 28,535.00

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |



SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091

September 20, 2005

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

Quote # 050920C

Attn.: Robert Alexander

Dear Mr. Alexander,

Southern Wire is pleased to quote you the following:

RADIAL STACKER SIZE:----- 36" X 100'0"

RUNNING @ 350 FPM, 350 TPH OF 120 PCF MATERIAL

| | |
|---|---|
| STRUCTURE:------------------- | 42□ DEEP TRUSS 3 X 3 X 1/4 CORDS--------- |
| HEAD PULLEY:------- | 18□ X 38□ X 4-7/16□, 3/8□ HB LAGGED MINE DUTY---- |
| HEAD SHAFT:-------- | 4-7/16□ C-1045 KEYED------------------- |
| HEAD BEARINGS:----- | 4-7/16□ DODGE TAF PILLOW BLOCKS-------- |
| TAIL PULLEY:-------- | HOOVER 16□ X 38□ X 3-7/16□ WING PULLEY MINE DUTY------- |
| TAIL SHAFT:--------------- | 3-7/16□ C-1045 PLAIN--------------------- |
| TAIL BEARINGS:------------ | DODGE 3-7/16□ SCM PILLOW BLOCKS---------- |
| TAKE UPS:------------------ | HOOVER LD50-24 -------------------------- |
| MOTOR:-------------- | 25 HP TEFC 230/460/3/60-1800 ------------ |
| REDUCER:------------------ | DODGE TA5215 TAPERED BORE---------------- |
| REDUCER BUSHING:---- | DODGE TA5215TB--------------------------- |
| MOTOR MOUNT:----------------- | DODGE TAMM------------------------------- |
| BACKSTOP:---------- | DODGE TA5215BS--------------------------------------- |
| ROD ASEMBLY------ | DODGE TA5215RA---------- |



SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091

September 20, 2005

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

Quote # 050920C

Attn.: Robert Alexander

Dear Mr. Alexander,

Southern Wire is pleased to quote you the following:

RADIAL STACKER SIZE:----- 36" X 100'0"

RUNNING @ 350 FPM, 350 TPH OF 120 PCF MATERIAL

STRUCTURE:------------------- 42□ DEEP TRUSS 3 X 3 X 1/4 CORDS---------
HEAD PULLEY:-------DUTY---- 18□ X 38□ X 4-7/16□, 3/8□ HB LAGGED MINE
HEAD SHAFT:-------- 4-7/16□ C-1045 KEYED-------------------
HEAD BEARINGS:----- 4-7/16□ DODGE TAF PILLOW BLOCKS--------
TAIL PULLEY:-------MINE DUTY------- HOOVER 16□ X 38□ X 3-7/16□ WING PULLEY
TAIL SHAFT:--------------- 3-7/16□ C-1045 PLAIN---------------------
TAIL BEARINGS:------------- DODGE 3-7/16□ SCM PILLOW BLOCKS----------
TAKE UPS:------------------ HOOVER LD50-24 --------------------------
MOTOR:------------- 25 HP TEFC 230/460/3/60-1800 ------------
REDUCER:------------------ DODGE TA5215 TAPERED BORE----------------
REDUCER BUSHING:---- DODGE TA5215TB---------------------------
MOTOR MOUNT:--------------- DODGE TAMM--------------------------------
BACKSTOP:---------- DODGE TA5215BS---------------------------------------
ROD ASEMBLY------ DODGE TA5215RA----------



SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091



MOTOR SHEAVE:------ YES----
REDUCER SHEAVE:---- YES----
V-BELTS:----------- YES----
GUARD:-------------- DODGE TA5215BG--------------------------- ---------
BELTING:----------- (210) 36□ 2-PLY 220 PIW 3/16□ X 1/16□---- --------
20DEG. IDLERS:----- (5) S/A # 2204 SEALED CEMA B4------------ --------
35DEG. IDLERS:----- (22) S/A # 2204 SEALED CEMA B4----------- --------
RETURNS:----------- (10) S/A # 2204 SEALED CEMA B4----------- --------
HOPPER:------------ SPECIAL DESIGN PER CUSTOMER------
BELT WIPER------ QC-I MARTIN-------
TAIL GUARD:--------- HOOVER STANDARD-------------------------- --------
UNDERCARRIAGE:----- HOOVER STANDARD PIN SET------------------ --------
AXLE:-------------- HOOVER STANDARD 14□---------------------- --------
RAISE/LOWER:------- MANUAL PIN SET--------------------------- --------
PIVOT BASE:-------- HOOVER STANDARD-------------------------- --------
PAINT:------------- HOOVER STANDARD -------------------------- --------
ASSEMBLY----------- HEAD, TAIL AND DRIVE COMPONENTS---------- --------

TOTAL PRICE- $40,824.00
OPTION ADD TO PRICE $4,448.00
CLEATED BELT



SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091



RADIAL STACKER SIZE:----- 30□ X 100□-0□

RUNNING @ 350 FPM, 350 TPH OF 120 PCF MATERIAL

STRUCTURE:---------- 42□ DEEP TRUSS 3 X 3 X 1/4 CORDS------------------
HEAD PULLEY:-------- 18□ X 32□ X 4-7/16□, 3/8□ HB LAGGED MINE DUTY----
HEAD SHAFT:--------- 4-7/16□ C-1045 KEYED-------------------
HEAD BEARINGS:----- 4-7/16□ DODGE TAF PILLOW BLOCKS--------
TAIL PULLEY:-------- HOOVER 16□ X 32□ X 3-7/16□ WING PULLEY MINE DUTY-------
TAIL SHAFT:--------- 3-7/16□ C-1045 PLAIN-----------------------------
TAIL BEARINGS:----- DODGE 3-7/16□ SCM PILLOW BLOCKS-----------------
TAKE UPS:----------- HOOVER LD50-24 ------------------------------------
MOTOR:-------------- 25 HP TEFC 230/460/3/60-1800 ------------
REDUCER:------------ DODGE TA5215 TAPERED BORE-----------------------
REDUCER BUSHING:---- DODGE TA5215TB---------------------------
MOTOR MOUNT:-------- DODGE TAMM---------------------------------------
BACKSTOP:----------- DODGE TA5215BS------------------------------------------
ROD ASEMBLY------ DODGE TA5215RA-----------
MOTOR SHEAVE:------- YES----
REDUCER SHEAVE:---- YES----
V-BELTS:------------ YES----
GUARD:-------------- DODGE TA5215BG-------------------------------------
BELTING:------------ (210) 30□ 2-PLY 220 PIW 3/16□ X 1/16□------------
20DEG. IDLERS:----- (5) S/A # 2204 SEALED CEMA B4---------------------
35DEG. IDLERS:----- (22) S/A # 2204 SEALED CEMA B4--------------------
RETURNS:------------ (10) S/A # 2204 SEALED CEMA B4--------------------



SOUTHERN WIRE ENTERPRISES

P.O. BOX 901 • TRUSSVILLE, AL 35173
PHONE (205) 655-3883 • FAX (205) 655-4091



| | |
|---|---|
| HOPPER:------------- | SPECIAL DESIGN PER CUSTOMER------ |
| BELT WIPER------ | QC-I MARTIN------- |
| TAIL GUARD:--------- -------- | HOOVER STANDARD-------------------------- |
| UNDERCARRIAGE:----- -------- | HOOVER STANDARD PIN SET----------------- |
| AXLE:-------------- -------- | HOOVER STANDARD 14□---------------------- |
| RAISE/LOWER:-------- -------- | MANUAL PIN SET-------------------------- |
| PIVOT BASE:-------- -------- | HOOVER STANDARD-------------------------- |
| PAINT:------------- -------- | HOOVER STANDARD ------------------------- |
| ASSEMBLY----------- -------- | HEAD, TAIL AND DRIVE COMPONENTS---------- |

TOTAL PRICE- $38,353.00

OPTION ADD TO PRICE $3,459.00
CLEATED BELT

We thank you for the opportunity to quote on your requirements. Please do not hesitate to contact us should you have questions or need additional information.

Best Regards,

Sam Estock