# Exhibit 30

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/28/2005 | 2005-596 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022



| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 7/28/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 6' x 16' x 3-deck Trio NEW vibrating machine per quote. |  | 26,750.00 |  | 26,750.00T |
| Freight charges |  | 1,250.00 |  | 1,250.00 |
| Sales Tax |  | 2.00% |  | 535.00 |



|  | Total | $28,535.00 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

AG 00139



Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/28/2005 | 2005-597 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 7/28/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Twin 44 x 30 Log Washer Trio NEW per quote | 1 | 99,500.00 |  | 99,500.00T |
| 200 HP motor ($5,000.00 cost - 50% discount) | 1 | 2,500.00 |  | 2,500.00T |
|  |  |  |  | 102,000.00 |
| ight charges |  | 5,000.00 |  | 5,000.00 |
| ~ales Tax |  | 2.00% |  | 2,040.00 |

**Total**  $109,040.00

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwireent.com |

AG 00140

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/28/2005 | 2005-607 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022



| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
| | Net 30 | 7/28/2005 | Source | |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 6' x 16' x 3-deck Trio NEW vibrating machine per quote. | 1 | 25,750.00 | | 25,750.00T |
| Freight charges | | 1,250.00 | | 1,250.00 |
| Sales Tax | | 8.00% | | 2,060.00 |

*Vibrating Screen*

2% Tax = 515.00
  2060.00
 − 515.00
  1545.00

20% of 25,750.00 = $5150.



| | Total | $29,060.00 |
|---|---|---|

− 1545.00
 27515.00
Paid − 5150.00
Due 22365.00

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

AG 00142

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/28/2005 | 2005-940 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 10/28/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 36" belt 35 degree 5" dia roll | 72 | 72.00 |  | 5,184.00T |
| 36" return with brackets | 20 | 35.00 |  | 700.00T |
| 36" belt 20 degree 5" dia roll | 6 | 72.00 |  | 432.00T |
|  |  |  |  | 6,316.00 |
| ght charges |  | 970.38 |  | 970.38 |
| Sales Tax |  | 8.00% |  | 505.28 |

*Handwritten notes:*
Tax Should Be MFg. Machin Rate
1 1/2 % State
1/2 % County
$ 126.32

ENTERED

505.28
− 126.32
─────
378.96

**Total**  $7,791.66
− 378.96
─────
7412.70

Phone #: 205-655-3883
Fax #: 205-655-4091
E-mail: southernwire@charter.net
Web Site: southernwirent.com

AG 00143

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/18/2005 | 2005-1026 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
| | Net 30 | 11/17/2005 | Source | |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 36" 5" dia. roll return idler | 1 | 33.00 | | 33.00T |
| Return roll bracket | 3 | 3.00 | | 9.00T |
| Freight charges | | 150.00 | | 150.00 |
| Sales Tax | | 8.00% | | 3.36 |

*Handwritten:*
Tax should be
½ % County ⎫
1½ % State ⎭ = 84¢

3.36
− 84¢
─────
2.52

ENTERED

**Total**   $195.36
           − 2.52
           ─────
           192.84

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

AG 00144

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/27/2005 | 2005-1062 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 11/26/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 1/4" SQ OP .250 G 70-1/2" OCW x 48" #2 dge | 4 | 169.00 |  | 676.00T |
| /8" SQ OP .3125 G 70-1/2" OCW x 48" #2 dge | 4 | 251.00 |  | 1,004.00T |
|  |  |  |  | 1,680.00 |
| al Tax |  | 2.00% |  | 33.60 |

ok



**Total** $1,713.60

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

AG 00145



# Invoice

**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

| DATE | INVOICE NO. |
|---|---|
| 10/27/2005 | 2005-1071 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 11/26/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Model NF 4207 elect. vibrating feeder | 1 | 14,930.00 |  | 14,930.00T |
| NEMA 12 Toshiba freq. control | 1 | 2,800.00 |  | 2,800.00T |
| 10' pigtail | 1 | 100.00 |  | 100.00T |
| cable, clamps & thimble | 1 | 345.00 |  | 345.00T |
|  |  |  |  | 18,175.00 |
| Freight charges |  |  |  |  |
| Sales Tax |  | 2.00% |  | 363.51 |





FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total**   $18,538.51

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

AG 00146



Southern Wire Enterprises, Inc.
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/21/2005 | 2005-1160 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 12/21/2005 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Freight charges for invoice # 2005-1071 | 1 | 521.28 |  | 521.28 |
| Sales Tax |  | 2.00% |  | 0.00 |

   oK

**Total**  $521.28

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

AG 00147



**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/8/2005 | 2005-1237 |

| BILL TO | SHIP TO |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Alabama Gravel<br>Hwy 111<br>Deatsville, AL 36022 |

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 1/7/2006 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 3/8" SQ OP .162 G 70-1/2" OCW x 48" #2 edge | 8 | 175.00 |  | 1,400.00T |
| 3/16" x 1/2" slot .092 G 70-1/2" OCW x 48" #2 edge | 6 | 164.00 |  | 984.00T |
| " SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 2 | 169.00 |  | 338.00T |
| 3/8" heavy hex buffer strip 100' | 4 | 95.00 |  | 380.00T |
| 1/2" x 6" J-bolts with hardware | 100 | 4.75 |  | 475.00T |
| MH regular steel rail 48" punched | 8 | 25.00 |  | 200.00T |
|  |  |  |  | 3,777.00 |
| Sales Tax |  | 2.00% |  | 75.55 |



FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total** $3,852.55

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirecnt.com |

AG 00148



# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

*Jo' Carol*

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/15/2005 | 2005-1261 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022



| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 1/14/2006 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| One (1) Trio 44" x 32' twin fine material washer | 1 | 56,480.00 |  | 56,480.00T |
| Sales Tax |  | 2.00% |  | 1,129.60 |



FREIGHT TO FOLLOW ON SEPERATE INVOICE

**Total**  $57,609.60

*Paid − 28,804.80*

*28,804.80 owe*

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

AG 00149

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/6/2006 | 2006-412 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 5/6/2006 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Part # 566500 seal | 1 | 358.00 |  | 358.00T |
| Part # 566600 seal float side | 1 | 286.00 |  | 286.00T |
| Part # 558300 oil seal | 2 | 152.00 |  | 304.00T |
| 590701 bearing 140mm | 2 | 1,161.00 |  | 2,322.00T |
| A07-10189-01 O-ring | 2 | 20.00 |  | 40.00T |
|  |  |  |  | 3,310.00 |
| Freight charges |  | 512.93 |  | 512.93 |
| Sales Tax |  | 2.00% |  | 66.20 |



**Total**      $3,889.13

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirecnt.com |

AG 00150



**Southern Wire Enterprises, Inc.**
P.O. Box 901
Trussville, AL 35173

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/13/2006 | 2006-422 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 5/13/2006 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Additional freight charges for invoice # 2005-597. Charges on original invoice were estimated. Actual freight costs at time of shipment were $ 7,600.00. This is to bill for the difference. |  | 2,600.00 |  | 2,600.00 |
| Sales Tax |  | 2.00% |  | 0.00 |



**Total** $2,600.00

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirecnt.com |

AG 00141



Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

# Invoice



| DATE | INVOICE NO. |
|---|---|
| 4/17/2006 | 2006-427 |

**BILL TO**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**

Alabama Gravel
Hwy 111
Deatsville, AL 36022
Independence Plant

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 5/17/2006 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| 3/4" SQ OP .250 G 70-1/2" OCW x 48" #2 edge | 4 | 173.00 |  | 692.00T |
| 7/8" SQ OP .3125 G 70-1/2" OCW x 48" #2 edge | 4 | 235.00 |  | 940.00T |
| ⅝" SQ OP .162 G 70-1/2" OCW x 48" #2 edge | 4 | 167.00 |  | 668.00T |
| 3/16" x 1/2" slot .092 G 70-1/2" OCW x 48" #2 edge RA/HK | 4 | 209.00 |  | 836.00T |
| 1/2" x 6" J-bolts with hardware | 50 | 5.50 |  | 275.00T |
| 3/4" x 6" carriage bolt with hardware | 100 | 4.75 |  | 475.00T |
|  |  |  |  | 3,886.00 |
| Freight charges |  | 220.00 |  | 220.00 |
| Sales Tax |  | 2.00% |  | 77.72 |

**Total**   $4,183.72

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirecnt.com |

AG 00151

# Southern Wire Enterprises, Inc.

P.O. Box 901
Trussville, AL 35173

**ENTERED**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/17/2006 | 2006-438 |

**BILL TO**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**SHIP TO**
Alabama Gravel
Hwy 111
Deatsville, AL 36022

| P.O. NO. | TERMS | DUE DATE | FOB | TAG |
|---|---|---|---|---|
|  | Net 30 | 5/17/2006 | Source |  |

| DESCRIPTION | QTY | RATE | Back Ord. | AMOUNT |
|---|---|---|---|---|
| Bolt, nut and lock washer | 8 | 5.75 |  | 46.00T |
| Freight charges |  | 55.81 |  | 55.81 |
| Sales Tax |  | 2.00% |  | 0.92 |

**Total** $102.73

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-655-3883 | 205-655-4091 | southernwire@charter.net | southernwirent.com |

AG 00152