# Exhibit 31

# Invoice

**SOUTHERN STEEL & PIPE, INC.**

P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 9/22/2005 | 1765 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | RKB | 9/26/2005 | Southern Steel |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 200 | CHANNEL | 10" X 20# X 20' CHANNEL (SURPLUS) | 6.00 | 1,200.00 |
| 400 | 5-6.7-20 | 5" CHANNEL 6.7# X 20' LONG (PRICED @ 4" X 5.4#) | 2.16 | 864.00 |
| 81 | ANGLE | 2" X 2" X 1/4" X 20' ANGLE | 22.33 | 1,808.73 |
| 6 | GRATING | GREEN RACKS | 25.00 | 150.00 |
| 28 | ANGLE | 3" X 3 1/2" X 1/4" X 20' ANGLE | 32.40 | 907.20 |
| 5 | ANGLE | 4" X 4" X 3/8" X 20' ANGLE | 76.44 | 382.20 |
| 700 | CHANNEL | 8" X 13.75# X 40' CHANNEL | 4.81 | 3,367.00 |
| 672 | MISC-PLATE | 1/2" X 8' X 14' PLATE (6 PCS. 8' X 14') | 8.16 | 5,483.52 |
| 320 | CHANNEL | 10" X 20# X 40' CHANNEL (PRIME) | 9.00 | 2,880.00 |
| 40 | MISC-PIPE | 6" USED PIPE | 5.50 | 220.00 |
| 88 | MISC-PIPE | 4" USED PIPE | 2.50 | 220.00 |
| 1 | TREAD PLATE | EQUIPMENT | 200.00 | 200.00 |
|  |  | SALES TAX MFG. IN STATE | 1.50% | 265.24 |

YOU FOR YOUR BUSINESS, RICK

**Total** $17,947.8

AG 00108

# Invoice

OUTHERN STEEL & PIPE, INC.
.O. Box 11002
Iont~omery, AL 36111
I34)  40-2223
I34) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 10/3/2005 | 1793 |

| Bill To | Ship To |
|---|---|
| ALABAMA GRAVEL<br>P.O. BOX 1006<br>MILLBROOK, AL 36054 | ALABAMA GRAVEL<br>ELMORE AL |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | RKB | 10/3/2005 | LOFTIN |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 600 | BEAM | 10" X 49# X 50' BEAM | 20.09 | 12,054.00T |
| 4 | AR-3/8-67.5-111 | 3/8" AR 400 PLATE 67.5" x 111" | 700.00 | 2,800.00T |
| 560 | MISC-PLATE | 1/4" X 4' X 10' PLATE | 4.39 | 2,458.40T |
| 105 | MISC-PLATE | 5/8" X 7' 6" X 14' PLATE (PRICED AT 1/2") | 8.15 | 855.75T |
| 4 | FLAT BAR | 3/8" X 4" X 20' FLAT (SHEARED 4 PCS. 3/8" X 3 1/2" X 10') ALREADY SHIPPED | 40.80 | 163.20T |
| 3 | PLATE | 1/2" PLATE (1 PCS. 10' 10", 1 PCS. 8' X 10', 1 PCS. 8' X 11' 7") | 750.00 | 2,250.00T |
|  |  | SALES TAX MFG. IN STATE | 1.50% | 308.72 |

NK YOU FOR YOUR BUSINESS, RICK

**Total**  $20,890.0

AG 00109

# Invoice

SOUTHERN STEEL & PIPE, INC.

P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 10/25/2005 | 1827 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | RKB | 10/14/2005 | Freight Lines |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,965 | MISC-PIPE | 10" HEAVY WALL PIPE X 40'-45' | 15.00 | 29,475.00T |
|  |  | SALES TAX MFG. IN STATE | 1.50% | 442.13 |

2% of 29,475.00 = 589.50
− 589.50
─────────
28,885.50
+ 442.13 Tax
─────────
29,327.63

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $29,917.13

AG 00110

# Invoice

**SOUTHERN STEEL & PIPE, INC.**

P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 10/25/2005 | 1864 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | RKB | 10/25/2005 | Southern Steel |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3 | GRATING | 3" X 16'9" BAR GRATING (BENT BARS) | 100.50 | 301.50T |
| 1 | ANGLE | 6" X 8" X 5/8" X 25' ANGLE (SEVERAL HOLES EACH END & ON 12" INTERVALS) | 213.75 | 213.75T |
|  |  | SALES TAX MFG. IN STATE | 1.50% | 7.73 |

*Handwritten:*
2% Credit = 10.45
522.98
− 10.45
512.53
ok

NK YOU FOR YOUR BUSINESS, RICK

**Total** $522.9

AG 00111

# Invoice

**SOUTHERN STEEL & PIPE, INC.**

P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 12/1/2005 | 1912 |

**Bill To**

ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**

ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Net 30 | RKB | 11/10/2005 | KELLEY TR... | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6 | AR-3/8-67.5-111 | 3/8" AR 400 PLATE 67.5" x 111" | 700.00 | 4,200.00 |
| 120 | CHANNEL | 10 X 20# CHANNEL (PRIME) | 9.43 | 1,131.60 |
| 120 | *8-11.5-40 | 8"CHANNEL 11.5# x 20' LONG | 4.37 | 524.40 |
| | | SALES TAX MFG. IN STATE | 1.50% | 87.84 |

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $5,943

AG 00112

# Invoice

**SOUTHERN STEEL & PIPE, INC.**

P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 12/15/2005 | 2010 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | RKB | 12/15/2005 | Southern Steel |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 20 | 5-6.7-20 | 5" CHANNEL 6.7# X 20' LONG | 46.20 | 924. |
| 800 | MISC-PLATE | 1/4" X 4' X 10' PLATE (20 PLATES) | 3.88 | 3,104 |
| 30 | MISC-PLATE | 1/8" X 3" X 10' PLATE | 1.00 | 30 |
|  |  | SALES TAX MFG. IN STATE | 1.50% | 60 |

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $4

AG 00113

# Invoice

**SOUTHERN STEEL & PIPE, INC.**

P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 12/27/2005 | 2048 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Net 30 | RKB | 12/27/2005 | Southern Steel | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,000 | CHANNEL | 8" X 13.75# CHANNEL | 4.95 | 4,950.00 |
| | | SALES TAX MFG. IN STATE | 1.50% | 74.2? |

ENTERED

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $5,02?

AG 00114

# Invoice

**SOUTHERN STEEL & PIPE, INC.**

P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 12/27/2005 | 2049 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | RKB | 12/27/2005 | Southern Steel |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 480 | CHANNEL | 10' X 20# CHANNEL (SURPLUS) | 6.00 | 2,880.00 |
| 21 | MISC-PIPE | 1.9 O D HEAVY WALL PIPE .200 THICK | 3.25 | 68.25 |
| 20 | Rounds | 1.375" COLD ROLLED ROUND | 4.8765 | 97.53 |
|  |  | SALES TAX MFG. IN STATE | 1.50% | 44.22 |

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $3,090

AG 00115

# Invoice

**SOUTHERN STEEL & PIPE, INC.**

P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 1/3/2006 | 2070 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Net 30 | RKB | 1/3/2006 | Southern Steel | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 5 | MISC-PLATE | 1/2" X 5' X 8' PLATE | 342.00 | 1,710.00 |
| | | SALES TAX MFG. IN STATE | 1.50% | 25.65 |

ENTERED

THA  YOU FOR YOUR BUSINESS, RICK

**Total** $1,735

AG 00116

# SOUTHERN STEEL & PIPE, INC.

P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 2/9/2006 | 2213 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | RKB | 2/13/2006 | Southern Steel |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | EXPANDED ME... | 4' X 8' X 1/2" X 16 GA. FLAT EXP. METAL | 42.00 | 168 |
| 8 | MISC-PLATE | 1/8" X 10" X 10' PLATE (CUT FROM 2 PCS. 4' X 10', SHIP DROPS) | 19.00 | 152 |
|  |  | SALES TAX MFG. IN STATE | 1.50% | 4 |

POSTED

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $:

AG 00117

# Invoice

**SOUTHERN STEEL & PIPE, INC.**
P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 2/14/2006 | 2227 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Net 30 | RKB | 2/14/2006 | Southern Steel | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3 | GRATING | 3' X 21' BAR GRATING | 189.00 | 567.0 |
| | | SALES TAX MFG. IN STATE | 1.50% | 8.5 |

ENTERED

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $57

AG 00118

# Invoice

**SOUTHERN STEEL & PIPE, INC.**

P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 2/16/2006 | 2240 |

| Bill To | Ship To |
|---|---|
| ALABAMA GRAVEL<br>P.O. BOX 1006<br>MILLBROOK, AL 36054 | ALABAMA GRAVEL<br>ELMORE AL |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | RKB | 2/16/2006 | CPU |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | ANGLE | 1" X 1" X 1/8" X 20 ANGLE | 7.20 | 28.8 |
| 4 | ANGLE | 2" X 2" X 1/4" X 20' ANGLE | 25.52 | 102.0 |
|  |  | SALES TAX MFG. IN STATE | 1.50% | 1.9 |

POSTED

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $13

AG 00119

# SOUTHERN STEEL & PIPE, INC.
P.O. Box 11002
Montgomery, AL 36111
334 40-2223
(334) 241-7059 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 2/23/2006 | 2271 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | RKB | 2/23/2006 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | 1/4-4-8 | 1/4" X 4' X 8' Flat Plate | 146.00 | 584.00 |
| 2 | MISC-PLATE | .275 x 52" x 8' PLATE | 146.00 | 292.00 |
|  |  | SALES TAX MFG. IN STATE | 1.50% | 13.1 |

POSTED

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $889.

AG 00120

# Invoice

**SOUTHERN STEEL & PIPE, INC.**
P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 2/27/2006 | 2283 |

**Bill To**
ALABAMA GRAVEL
P.O. BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL
ELMORE AL

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Net 30 | RKB | 2/27/2006 | T & L | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 5 | AR-3/8-67.5-111 | 3/8" AR 400 PLATE 67.5" x 111" | 700.00 | 3,500.0 |
| 1 | AR-3/8-67.5-111 | 3/8" AR 400 PLATE 67.5" x 98" | 619.00 | 619.0 |
| 1 | AN-1-1-1/8-20 | 1" X 1" x 1/8" ANGLE X 20' LONG | 7.20 | 7.2 |
| | | SALES TAX MFG. IN STATE | 1.50% | 61.8 |

POSTED

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $4,188.0

AG 00121

# Invoice

**SOUTHERN STEEL & PIPE, INC.**
P.O. Box 11002
Montgomery, AL 36111
(334) 240-2223
(334) 241-7059 Fax

| Date | Invoice # |
|---|---|
| 4/14/2006 | 2526 |

| Bill To |
|---|
| ALABAMA GRAVEL<br>P.O. BOX 1006<br>MILLBROOK, AL 36054 |

| Ship To |
|---|
| ALABAMA GRAVEL<br>ELMORE AL |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Net 30 | RKB | 4/14/2006 | Southern Steel | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 200 | MISC-PIPE | 20" USED DUCTILE (10 PCS. 20' IN LENGHT) | 14.50 | 2,900.00T |
| 80 | MISC-PIPE | 36" PIPE | 50.00 | 4,000.00T |
| 10 | MISC-PIPE | 1 1/2" X 21' PIPE | 34.25 | 342.50T |
| 1 | AN-1-1-1/8-20 | 1" X 1" x 1/8" ANGLE X 20' LONG | 7.20 | 7.20T |
| | | SALES TAX MFG. IN STATE | 1.50% | 108.75 |

ENTERED

THANK YOU FOR YOUR BUSINESS, RICK

**Total** $7,358.45

AG 00122