# Exhibit 32

# POND RIVER STEEL, INC.

(270) 825-3487
FAX: (270) 825-4684

SHIPPING ADDRESS:
ANTON ROAD
MADISONVILLE, KY 42431

BILLING ADDRESS:
P.O. BOX 166
SACRAMENTO, KY 42372-016

## INVOICE 1025-05

ATE _10-25_, 20 05

ISSUED Alabama Sand & Gravel
P.O. Box 1006
Milbrook, Al. 36008

PICKUP OR
DELIVERY DATE

PHONE # 334-290-1454
FAX # 334-290-1484

☐ Collect   ☑ Prepay

REIGHT FOB Mad K  PROJ. NO. _____

REQUESTED BY Robert

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | 36" X 100' Radial Stackers | |
| | 36" Deep truss frame - New Angle | |
| | 3½ X 3½ X 5/16 Angle on Top + Bottom | |
| | New 35° Idlers 5" cans "C" | |
| (4) | 20 @ Loading Point | |
| | Tops on 4' ℄ Returns on 10' ℄ | |
| | New Lagged Head 24" DIA X 3"5/16 | |
| | Shaft turned to 3"/16 ⟩ Mine | |
| | New Fluted Tail - 18 X 3"/16 ⟩ Duty | |
| | Screw Take-up w/Guard | |
| | Receiving Hopper | |
| | New Type "E" Bearings | |
| | New TR10 #16 Shaft Mount 4 Backstops | |
| | New 25HP Motor, Sheaves + Belt | |
| (4) | 10.00 X 20 tire Axle - Less Belt | |
| | Total | $51,500 |
| | 25% To Put Order In - | $12,8 |
| | Balance Due upon Delivery | $38,6 |
| | 2 Truck loads of freight | $170 |
| | | $40,3 |

Thank You For Your Business

ISSUED BY _____

% Interest Charged Per Month

AG 00123

OBERST PRINTING CO., OWENSB