# Exhibit 33

# Pearce Pump South, Inc.

P O Box 8233
Columbus, GA. 31908
706-561-3253
Fx-706-563-8224

# QUOTATION

| DATE | ESTIMATE NO. |
|---|---|
| 4/4/2005 | 395 |

**NAME / ADDRESS**

ALABAMA GRAVEL, LLC
P O BOX 1006
MILLBROOK, AL 36054

| TERMS | REP | FOB | PROJECT |
|---|---|---|---|
| Net 30 | AL | SP | |

| ITEM | DESCRIPTION | QTY | COST | Total |
|---|---|---|---|---|
| GS10x32... | 10' X 32' GREYSTONE AGGRE-SPEC 1 CLASSIFYING SYSTEM | 1 | 51,708.00 | 51,708.00 |
| GSSTRU... | 10' x 32' STRUCTURE PER SPECIFICATIONS AND DRAWING | 1 | 19,300.00 | 19,300.00 |
| RCC | RISING CURRENT UNIT COMPLETE WITH CONTROL VALVES AND RISING CURRENT GATES | 1 | 3,627.00 | 3,627.00 |
| GSURET... | URETHANE LINERS FOR FLUMES | 1 | 4,420.00 | 4,420.00 |
| GS-CAB... | CONTROL CABLE | 50 | 0.00 | 0.00 |
| GS-CAB... | CABLE BASE PRICE | 1 | 0.00 | 0.00 |
| | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

**Total** $79,055.00

TCC000582

# Pearce Pump South, Inc.

P O Box 8233
Columbus, GA. 31908
Ph-706-561-3253
Fx-706-563-8224

**Invoice**

| Date | Invoice # |
|---|---|
| 11/11/2005 | 14664 |

| Bill To |
|---|
| ALABAMA GRAVEL, LLC<br>P O BOX 1006<br>MILLBROOK, AL 36054 |

| Ship To |
|---|
| ALABAMA GRAVEL, LLC<br>P O BOX 1006<br>MILLBROOK, AL 36054<br>CALL FOR SHIPPING INSTRUCTIONS |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | AL | 10/26/2005 | NATCO | SP |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  | FREIGHT | FREIGHT 521726 | 3,400.00 | 3,400.00 |
|  | FREIGHT | FREIGHT 521727 FOR GREYSTONE SAND CLASSIFIER | 3,000.00 | 3,000.00 |
|  |  | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Thank you for your business.

**Total** $6,400.00

TCC000583

# Pearce Pump South, Inc.

P O Box 8233
Columbus, GA. 31908
Ph-706-561-3253
Fx-706-563-8224

| Date | Invoice # |
|---|---|
| 10/31/2005 | 14649 |

**Bill To**
ALABAMA GRAVEL, LLC
P O BOX 1006
MILLBROOK, AL 36054

**Ship To**
ALABAMA GRAVEL, LLC
P O BOX 1006
MILLBROOK, AL 36054
CALL FOR SHIPPING INSTRUCTIONS

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Net 30 | AL | 10/31/2005 | UPS | SP | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 0.75 | GS10x32AS1 | 10' X 32' GREYSTONE AGGRE-SPEC 1 CLASSIFYING SYSTEM | 55,600.00 | 41,700.0 |
| 0.75 | GSSTRUC10... | 10' x 32' STRUCTURE PER SPECIFICATIONS AND DRAWING | 20,750.00 | 15,562. |
| 0.75 | GSRCC | RISING CURRENT UNIT COMPLETE WITH CONTROL VALVES AND RISING CURRENT GATES | 3,900.00 | 2,925 |
| 0.75 | GSURETHA... | URETHANE LINERS FOR FLUMES | 6,790.00 | 5,092 |
| 1 | GSPUMPBO... | SUPPORT FRAME FOR 10" PUMP BOX | 2,750.00 | 2,750 |
| 1 | GSPUMPBO... | GREYSTONE 10" FLAT TYPE PUMP BOX | 7,480.00 | 7,48 |
| 50 | GS-CABLE | CONTROL CABLE | 9.25 | 46 |
| 1 | GS-CABLE ... | CABLE BASE PRICE | 250.00 | 25 |
| | DISCOUNT | DISCOUNT | -6,090.30 | -6,09 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | |

FRE HT CHARGES TO FOLLOW....

**Total** $7(

TCC000584

# Pearce Pump South, Inc.

P O Box 8233
Columbus, GA. 31908
Ph-706-561-3253
Fx-706-563-8224

**Invoice**

| Date | Invoice # |
|---|---|
| 8/31/2005 | 14476 |

PAID

| Bill To | Ship To |
|---|---|
| ALABAMA GRAVEL, LLC<br>P O BOX 1006<br>MILLBROOK, AL 36054 | ALABAMA GRAVEL, LLC<br>P O BOX 1006<br>MILLBROOK, AL 36054<br>CALL FOR SHIPPING INSTRUCTIONS |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | AL | 8/31/2005 | UPS | SP |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GS35280 | SEAL RUBBER 35280 | 95.00 | 95.00 |
|  | UPS-1 | UPS | 9.17 | 9.17 |
|  |  | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Thank you for your business.

**Total** $104.17

TCC000585

# Pearce Pump South, Inc.

P O Box 8233
Columbus, GA. 31908
Ph-706-561-3253
Fx-706-563-8224

**Invoice**

| Date | Invoice # |
|---|---|
| 4/4/2005 | 14091 |

PAID

**Bill To**

ALABAMA GRAVEL, LLC
P O BOX 1006
MILLBROOK, AL 36054

**Ship To**

ALABAMA GRAVEL, LLC
P O BOX 1006
MILLBROOK, AL 36054
CALL FOR SHIPPING INSTRUCTIONS

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Net 30 | AL | 7/4/2005 | NATCO | SP | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 0.25 | GS10x32AS1 | 10' X 32' GREYSTONE AGGRE-SPEC 1 CLASSIFYING SYSTEM | 55,600.00 | 13,900.00 |
| 0.25 | GSSTRUC10... | 10' x 32' STRUCTURE PER SPECIFICATIONS AND DRAWING | 20,750.00 | 5,187.50 |
| 0.25 | GSRCC | RISING CURRENT UNIT COMPLETE WITH CONTROL VALVES AND RISING CURRENT GATES | 3,900.00 | 975.00 |
| 0.25 | GSURETHA... | URETHANE LINERS FOR FLUMES | 6,790.00 | 1,697.50 |
| 50 | GS-CABLE | CONTROL CABLE | 0.00 | 0.00 |
| 1 | GS-CABLE ... | CABLE BASE PRICE | 0.00 | 0.00 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**Total** $21,760.00

TCC000586



TCC000587



TCC000588