# Exhibit 37

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 4/10/2005 | 593 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 204 | | TW | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 108.44 | Alabama Gravel | Week Ending 04-10-2005 | 6.00 | 650.64 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $650.64


PLAINTIFF'S EXHIBIT

2:05-cv-1026-C
7684-2
CCI 0001

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 4/17/2005 | 594 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**PAID**

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 202 | | GP | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 107.64 | Alabama Gravel | Truck # 202 Week Ending 4/17/05 | 6.00 | 645.84 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $645.84

2:05-cv-1026-C
7684-2
CCI 0002

# Carol's Contracting, Inc.

**P.O. Box 986**
**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|---|---|
| 4/17/2005 | 595 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 204 | | TW | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 337.6 | Alabama Gravel | Truck # 204 Week Ending 04/17/05<br>Sales Tax | 6.00<br>0.00% | 2,025.60<br>0.00 |

**Total** $2,025.60

2:05-cv-1026-C
7684-2
CCI 0003

# Carol's Contracting, Inc.

# Invoice

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 4/24/2005 | 596 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 204 | | TW | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 1,129.76 | Alabama Gravel | Truck 204 Week End 04/24/2005 | 6.00 | 6,778.56 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $6,778.56

2:05-cv-1026-C
7684-2
**CCI 0004**

# Carol's Contracting, Inc.

**Invoice**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 4/24/2005 | 598 |

PAID

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | Pop | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 300.63 | Alabama Gravel | Truck # 292 Week End 04/24/2005<br>Sales Tax | 6.00<br>0.00% | 1,803.78<br>0.00 |

**Total** $1,803.78

2:05-cv-1026-C
7684-2

**CCI 0005**

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/1/2005 | 599 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 202 | | GP | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 421.5 | Alabama Gravel | Truck # 202 Week End 05/01/2005 | 6.00 | 2,529.00 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $2,529.00

2:05-cv-1026-C
7684-2
CCI 0006

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 5/1/2005 | 600 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| 204 | | TW | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 1,035.96 | Alabama Gravel | Truck # 204 Week End 05/01/2005<br>Sales Tax | 6.00<br>0.00% | 6,215.76<br>0.00 |

**Total** $6,21...

2:05-cv-102<br>7684-2<br>CCI 000

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 5/8/2005 | 603 |

**PAID**

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**
Simcala, Mt. Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 832.62 | Alabama Gravel | CCI Truck # 202 Week Ending 5-8-2005 | 6.00 | 4,995.72 |
| 910.77 | Alabama Gravel | CCI Truck # 204 Week Ending 5-8-2005 | 6.00 | 5,464.62 |
| 37.22 | Alabama Gravel | CCI Truck # 292 Week Ending 5-8-2005 | 6.00 | 223.32 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,683.66

2:05-cv-1026-C
7684-2
CCI 0008

# Carol's Contracting, Inc.

P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/15/2005 | 602 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| | Alabama Gravel | CCI Truck # 202 Week Ending 5-15-05 To Simcala | 4,433.04 | 4,433.04 |
| | Alabama Gravel | CCI Truck # 204 Week Ending 5-15-05 To Simcala | 4,492.62 | 4,492.62 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $8,925.66

2:05-cv-1026-C
7684-2
CCI 0009

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/15/2005 | 603 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  | Alabama Gravel | CCI Truck # 202 Week Ending 5-15-05 To Globe | 1,507.45 | 1,507.45 |
|  | Alabama Gravel | CCI Truck # 204 Week Ending 5-15-05 To Globe | 1,483.45 | 1,483.45 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,990.90

2:05-cv-1026-C
7684-2
**CCI 0010**

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/22/2005 | 604 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  | Alabama Gravel | To Simcala # 201 Week Ending 5-22-05 | 2,521.98 | 2,521.98 |
|  | Alabama Gravel | To Simcala # 202 Week Ending 5-22-05 | 3,302.28 | 3,302.28 |
|  | Alabama Gravel | To Simcala # 204 Week Ending 5-22-05 | 4,433.52 | 4,433.52 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,257.7͏8

2:05-cv-1026-C
7684-2
CCI 0011

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/29/2005 | 606 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**PAID**

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 612.01 | Alabama Gravel | Simcala # 201 Week End 05-29-2005 | 6.00 | 3,672.06 |
| 548.04 | Alabama Gravel | Simcala # 202 Week End 05-29-2005 | 6.00 | 3,288.24 |
| 619.96 | Alabama Gravel | Simcala # 204 Week End 05-29-2005 | 6.00 | 3,719.76 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,680.0

2:05-cv-1026-C
7684-2
CCI 0012

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 6/5/2005 | 609 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  | Alabama Gravel | Simcala Week End 06-05-05 CCI 201 | 3,074.22 | 3,074.22 |
|  | Alabama Gravel | Simcala Week End 06-05-05 CCI 202 | 3,286.98 | 3,286.98 |
|  | Alabama Gravel | Simcala Week End 06-05-05 CCI 204 | 3,952.86 | 3,952.86 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $10,314.0

2:05-cv-1026-C
7684-2
CCI 0013

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 6/12/2005 | 612 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 143.71 | Alabama Gravel | CCI # 201 Week Ending 06-12-05 | 6.00 | 862.26 |
| 409.18 | Alabama Gravel | CCI # 201 Week Ending 06-12-05 | 6.00 | 2,455.08 |
| 550.08 | Alabama Gravel | CCI # 202 Week Ending 06-12-05 | 6.00 | 3,300.48 |
| 544.65 | Alabama Gravel | CCI # 204 Week Ending 06-12-05 | 6.00 | 3,267.90 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $9,885

2:05-cv-1026-C
7684-2
CCI 0014

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 6/19/2005 | 615 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 658.47 | Alabama Gravel | CCI # 201 Week Ending 06-19-2005 | 6.00 | 3,950.82 |
| 652.93 | Alabama Gravel | CCI # 202 Week Ending 06-19-2005 | 6.00 | 3,917.58 |
| 762.12 | Alabama Gravel | CCI # 204 Week Ending 06-19-2005 | 6.00 | 4,572.72 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $12,441.

2:05-cv-1026-C
7684-2
CCI 0015

# Carol's Contracting, Inc.

**P.O. Box 986**
**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2005 | 616 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt. Meigs |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 657.5 | Alabama Gravel | CCI # 201 Week Ending 6-26-05 | 6.00 | 3,945.00 |
| 660.3 | Alabama Gravel | CCI # 202 Week Ending 6-26-05 | 6.00 | 3,961.80 |
| 733.76 | Alabama Gravel | CCI # 204 Week Ending 6-26-05 | 6.00 | 4,402.56 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**  $12,309.3

2:05-cv-1026-C
7684-2
**CCI 0016**

# Carol's Contracting, Inc.
# P.O. Box 986
# Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 7/3/2005 | 619 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 739.4 | Alabama Gravel | CCI # 201 Week Ending 7-3-2005 | 6.00 | 4,436.40 |
| 766 | Alabama Gravel | CCI # 202 Week Ending 7-3-2005 | 6.00 | 4,596.00 |
| 695.6 | Alabama Gravel | CCI # 204 Week Ending 7-3-2005 | 6.00 | 4,173.60 |
| | | Sales Tax | 0.00% | 0.00 |

**Total**  $13,206.0

2:05-cv-1026-C
7684-2

**CCI 0017**

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/10/2005 | 623 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Simcala, Mt. Meigs

**PAID**

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 591.81 | Alabama Gravel | CCI # 201 Week Ending 7-10-2005 | 6.00 | 3,550.86 |
| 111.3 | Alabama Gravel | CCI # 202 Week Ending 7-10-2005 | 6.00 | 667.80 |
| 146.89 | Alabama Gravel | CCI # 204 Week Ending 7-10-2005 | 6.00 | 881.34 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $5,100.0

2:05-cv-1026-(
7684-2
CCI 0018

# Invoice

**Carol's Contracting, Inc.**
**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 7/17/2005 | 625 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Simcala, Mt. Meigs

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 774.48 | Alabama Gravel | CCI # 201 Hauling Week Ending 7-17-05 | 6.00 | 4,646.88 |
| 185.65 | Alabama Gravel | CCI # 202 Hauling Week Ending 7-17-05 | 6.00 | 1,113.90 |
| 173.82 | Alabama Gravel | CCI # 204 Hauling Week Ending 7-17-05 | 6.00 | 1,042.92 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $6,803

2:05-cv-1026
7684-2
CCI 001