# Carol's Contracting, Inc.

## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 12/11/2005 | 675 |

**PAID**

Bill To: Customer

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

Ship To:  Customer & Destination

Simcala, Mt Meigs

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 664.3 | Alabama Gravel | CCI # 201 Week Ending 12-11-05 | 6.00 | 3,985.80 |
| 676.05 | Alabama Gravel | CCI # 202 Week Ending 12-11-05 | 6.00 | 4,056.30 |
| 662.03 | Alabama Gravel | CCI # 204 Week Ending 12-11-05 | 6.00 | 3,972.18 |
| | | Sales Tax | 0.00% | 0.00 |

| | **Total** | **$12,014.2** |
|---|---|---|

2:05-cv-1026-C
7684-2

CCI 0040

**Carol's Contracting, Inc.**

**P.O. Box 986**

**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|---|---|
| 12/18/2005 | 677 |

PAID

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Simcala, Mt Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 674.06 | Alabama Gravel | CCI # 201 Week Ending 12-18-05 | 6.00 | 4,044.36 |
| 677.27 | Alabama Gravel | CCI # 202 Week Ending 12-18-05 | 6.00 | 4,063.62 |
| 662.5 | Alabama Gravel | CCI # 204 Week Ending 12-18-05 | 6.00 | 3,975.00 |
| | | Sales Tax | 0.00% | 0.00 |

| | **Total** | **$12,082** |
|---|---|---|

2:05-cv-10
7684-2
CCI 00

# Carol's Contracting, Inc.

**P.O. Box 986**
**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|---|---|
| 12/25/2005 | 680 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Simcala, Mt. Meigs |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 633.81 | Alabama Gravel | CCI # 201 Week Ending 12-25-05 | 6.00 | 3,802.86 |
| 600.57 | Alabama Gravel | CCI # 202 Week Ending 12-25-05 | 6.00 | 3,603.42 |
| 594.21 | Alabama Gravel | CCI # 204 Week Ending 12-25-05 | 6.00 | 3,565.26 |
| 37 | Alabama Gravel | CCI # 204 Week Ending 12-25-05 | 3.00 | 111.00 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $11,082.5

2:05-cv-1026-C
7684-2
CCI 0042

# Carol's Contracting, Inc.

# Invoice

## P.O. Box 986
## Millbrook, AL 36054

| Date | Invoice # |
|------|-----------|
| 8/7/2005 | 638 |

| Bill To: Customer | Ship To: Customer & Destination |
|-------------------|----------------------------------|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Maddox Stone - Rail Yard |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|---------------------|---------------|--------|
| 100.5 | Alabama Gravel | CCI # 201 Week Ending 8-7-05 | 5.00 | 502.50 |
| 135.04 | Alabama Gravel | CCI # 202 Week Ending 8-7-05 | 5.00 | 675.20 |
| 170.06 | Alabama Gravel | CCI # 204 Week Ending 8-7-05 | 5.00 | 850.30 |
|  |  | Sales Tax | 0.00% | 0.00 |

| | Total | $2,028.00 |
|--|-------|-----------|

2:05-cv-1026-C
7684-2

**CCI 0043**

# Carol's Contracting, Inc.

**Invoice**

## P.O. Box 986
## Millbrook, AL 36054

| Date | Invoice # |
|------|-----------|
| 8/14/2005 | 640 |

| Bill To: Customer | Ship To: Customer & Destination |
|-------------------|--------------------------------|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Maddox Stone |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 140.02 | Alabama Gravel | CCI # 201 Week Ending 8-14-05 | 5.00 | 700.10 |
| 174.76 | Alabama Gravel | CCI # 202 Week Ending 8-14-05 | 5.00 | 873.80 |
| 210.26 | Alabama Gravel | CCI # 204 Week Ending 8-14-05 | 5.00 | 1,051.30 |
|        |                | Sales Tax | 0.00% | 0.00 |

**Total**                                                                 $2,625.

2:05-cv-1026-C
7684-2
CCI 0044

# Carol's Contracting, Inc.

## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 8/21/2005 | 620 |

| Bill To:  Customer | Ship To:  Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 132.1 | Alabama Gravel | CCI # 201 Week Ending 8-21-05 | 5.00 | 660.50 |
| 133.24 | Alabama Gravel | CCI # 202 Week Ending 8-21-05 | 5.00 | 666.20 |
| 132.68 | Alabama Gravel | CCI # 204 Week Ending 8-21-05 | 5.00 | 663.40 |
|  |  | Sales Tax | 0.00% | 0.00 |

| | Total | $1,990.1 |
|---|---|---|

2:05-cv-1026-C
7684-2
CCI 0045

# Carol's Contracting, Inc.

# Invoice

## P.O. Box 986
## Millbrook, AL 36054

| Date | Invoice # |
|------|-----------|
| 8/28/2005 | 621 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|-------------------|-------------------------------|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 99.32 | Alabama Gravel | CCI # 201 Week Ending 8-28-05 | 5.00 | 496.60 |
| 105.02 | Alabama Gravel | CCI # 202 Week Ending 8-28-05 | 5.00 | 525.10 |
| 104.96 | Alabama Gravel | CCI # 204 Week Ending 8-28-05 | 5.00 | 524.80 |
|  |  | Sales Tax | 0.00% | 0.00 |

| | Total | $1,546.! |
|-|-------|----------|

2:05-cv-1026-C
7684-2
CCI 0046

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 9/11/2005 | 631 |

**PAID**

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Maddox - CSX Rail Yard

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 104.9 | Alabama Gravel | CCI # 201 Week Ending 9-11-05 | 5.00 | 524.50 |
| 104.86 | Alabama Gravel | CCI # 202 Week Ending 9-11-05 | 5.00 | 524.30 |
| 105.54 | Alabama Gravel | CCI # 204 Week Ending 9-11-05 | 5.00 | 527.70 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $1,576

2:05-cv-1026
7684-2
CCI 004

# Carol's Contracting, Inc.

## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 9/18/2005 | 633 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 66.32 | Alabama Gravel | CCI # 201 Week Ending 9-18-05 | 5.00 | 331.60 |
| 67.1 | Alabama Gravel | CCI # 202 Week Ending 9-18-05 | 5.00 | 335.50 |
| 65.72 | Alabama Gravel | CCI # 204 Week Ending 9-18-05 | 5.00 | 328.60 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $995.

2:05-cv-1026-C
7684-2

**CCI 0048**

# Carol's Contracting, Inc.

## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/9/2005 | 647 |

PAID

| Bill To: Customer | Ship To: Customer & Destination |
|-------------------|----------------------------------|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
|       |           |                      | 5.00 | 520.40 |
| 104.08 | Alabama Gravel | Truck # 201 Week Ending 10-09-05 | 5.00 | 527.50 |
| 105.5 | Alabama Gravel | Truck # 202 Week Ending 10-09-05 | 5.00 | 531.80 |
| 106.36 | Alabama Gravel | Truck # 204 Week Ending 10-09-05 | 0.00% | 0.00 |
|        |           | Sales Tax |  |  |

| | Total | $1,579. |

2:05-cv-1026-C
7684-2
CCI 0049

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 11/13/2005 | 663 |

**PAID**

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**

Maddox Stone

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 31.46 | Alabama Gravel | CCI # 201 Week Ending 11-13-05 | 5.00 | 157.30 |
| 34.44 | Alabama Gravel | CCI # 202 Week Ending 11-13-05 | 5.00 | 172.20 |
| 34.06 | Alabama Gravel | CCI # 204 Week Ending 11-13-05 | 5.00 | 170.30 |
| | | Sales Tax | 0.00% | 0.00 |

| | **Total** | $499. |
|---|---|---|

2:05-cv-1026-C
7684-2
CCI 0050

# Carol's Contracting, Inc.

# **Invoice**

## P.O. Box 986
## Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 11/20/2005 | 664 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Maddox Stone |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 103.3 | Alabama Gravel | CCI # 201 Week Ending 11-20-2005 | 5.00 | 516.50 |
| 103.54 | Alabama Gravel | CCI # 202 Week Ending 11-20-2005 | 5.00 | 517.70 |
| 103.34 | Alabama Gravel | CCI # 204 Week Ending 11-20-2005 | 5.00 | 516.70 |
| | | Sales Tax | 0.00% | 0.00 |

| **Total** | $1,550.9 |
|---|---|

2:05-cv-1026-C
7684-2
CCI 0051

# Carol's Contracting, Inc.

**P.O. Box 986**
**Millbrook, AL 36054**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/4/2005 | 673 |

**PAID**

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To:  Customer & Destination**

Maddox Stone - RR Yard

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 210.9 | Alabama Gravel | CCI # 202 Week Ending 12-04-2005 | 5.00 | 1,054.50 |
| 208.62 | Alabama Gravel | CCI # 204 Week Ending 12-04-2005 | 5.00 | 1,043.10 |
|        |                | Sales Tax | 0.00% | 0.00 |

**Total**  $2,097.6

2:05-cv-1026-
7684-2
CCI 005:

# Carol's Contracting, Inc.

## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 5/8/2005 | 602 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 72.07 | Alabama Gravel | Globe, Selma CCI Truck # 202 May 2 = May 8 | 5.00 | 360.35 |
| 74.3 | Alabama Gravel | Globe, Selma CCI Truck # 204 May 2 = May 8 | 5.00 | 371.50 |
| 74.15 | Alabama Gravel | Globe, Selma CCI Truck # 292 May 2 = May 8 | 5.00 | 370.75 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $1,102.

2:05-cv-1026-C
7684-2
**CCI 0053**

# Carol's Contracting, Inc.

**Invoice**

## P.O. Box 986
## Millbrook, AL 36054

| Date | Invoice # |
|------|-----------|
| 5/15/2005 | 603 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
|  | Alabama Gravel | CCI Truck # 202 Week Ending 5-15-05 To Globe | 1,507.45 | 1,507.45 |
|  | Alabama Gravel | CCI Truck # 204 Week Ending 5-15-05 To Globe | 1,483.45 | 1,483.45 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,990.9

2:05-cv-1026-
7684-2
CCI 0054

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 5/22/2005 | 605 |

**PAID**

Bill To: Customer

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

Ship To: Customer & Destination

Globe, Selma

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| | Alabama Gravel | To Globe # 201 Week Ending 5-22-05 | 1,257.25 | 1,257.25 |
| | Alabama Gravel | To Globe # 202 Week Ending 5-22-05 | 2,393.50 | 2,393.50 |
| | Alabama Gravel | To Globe # 204 Week Ending 5-22-05 | 2,059.05 | 2,059.05 |
| | | Sales Tax | 0.00% | 0.00 |

| | Total | $5,70 |
|---|---|---|

2:05-cv-102(
7684-2
CCI 005

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 5/29/2005 | 607 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 363.17 | Alabama Gravel | Globe # 201 Week End 05-29-2005 | 5.00 | 1,815.85 |
| 364.02 | Alabama Gravel | Globe # 202 Week End 05-29-2005 | 5.00 | 1,820.10 |
| 366.18 | Alabama Gravel | Globe # 204 Week End 05-29-2005 | 5.00 | 1,830.90 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total**     $5,466.

2:05-cv-10:
7684-2
CCI 00

# Carol's Contracting, Inc.

# Invoice

## P.O. Box 986
## Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 6/5/2005 | 610 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| | Alabama Gravel | Globe Week End 06-05-05 CCI 201 | 1,812.70 | 1,812.70 |
| | Alabama Gravel | Globe Week End 06-05-05 CCI 202 | 1,830.20 | 1,830.20 |
| | Alabama Gravel | Globe Week End 06-05-05 CCI 204 | 1,658.95 | 1,658.95 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $5,301.

2:05-cv-1026
7684-2
CCI 005

# Carol's Contracting, Inc.

## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/12/2005 | 611 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|-------------------|--------------------------------|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
| 368.12 | Alabama Gravel | CCI # 201 Week Ending 06/12/05 | 5.00 | 1,840.60 |
| 363.99 | Alabama Gravel | CCI # 202 Week Ending 06/12/05 | 5.00 | 1,819.95 |
| 364.98 | Alabama Gravel | CCI # 204 Week Ending 06/12/05 | 5.00 | 1,824.90 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $5,485.4

2:05-cv-1026
7684-2
CCI 005

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**

**Millbrook, AL 36054**

| Date | Invoice # |
|------|-----------|
| 6/19/2005 | 614 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|-------------------|----------------------------------|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|-----------|-------|--------|-------------|-----------------|
|           |       |        |             |                 |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|------|-----------|----------------------|---------------|--------|
|        |                |                                          | 5.00  | 1,089.05 |
| 217.81 | Alabama Gravel | CCI # 201 Week Ending 06-19-2005 | 5.00  | 1,259.55 |
| 251.91 | Alabama Gravel | CCI # 202 Week Ending 06-19-2005 | 5.00  | 720.75 |
| 144.15 | Alabama Gravel | CCI # 204 Week Ending 06-19-2005 | 0.00% | 0.00 |
|        |                | Sales Tax                                |       |        |

| | **Total** | $3,069 |
|--|-----------|--------|

2:05-cv-1026-
7684-2

CCI 0059