# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 6/26/2005 | 617 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 256.07 | Alabama Gravel | CCI # 201 Week Ending 6-26-05 | 5.00 | 1,280.35 |
| 109.26 | Alabama Gravel | CCI # 202 Week Ending 6-26-05 | 5.00 | 546.30 |
| 329.71 | Alabama Gravel | CCI # 204 Week Ending 6-26-05 | 5.00 | 1,648.55 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $3,475.

2:05-cv-10:
7684-2
CCI 00

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/3/2005 | 620 |

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL  36054 | Globe, Selma |

**PAID**

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 187.1 | Alabama Gravel | CCI # 201 Week Ending 7-3-2005 | 5.00 | 935.50 |
| 145.52 | Alabama Gravel | CCI # 202 Week Ending 7-3-2005 | 5.00 | 727.60 |
| 219.79 | Alabama Gravel | CCI # 204 Week Ending 7-3-2005 | 5.00 | 1,098.95 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,762.(

2:05-cv-1026
7684-2
CCI 006

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/10/2005 | 624 |

**Bill To:** Customer

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To:** Customer & Destination

Globe, Selma

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 181.23 | Alabama Gravel | CCI # 201 Week Ending 7-10-2005 | 5.00 | 906.15 |
| 146.84 | Alabama Gravel | CCI # 202 Week Ending 7-10-2005 | 5.00 | 734.20 |
| 36.55 | Alabama Gravel | CCI # 204 Week Ending 7-10-2005 | 5.00 | 182.75 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $1,823.

2:05-cv-102
7684-2
CCI 006

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/17/2005 | 626 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 261.81 | Alabama Gravel | CCI # 201 Hauling Week Ending 7-17-05 | 5.00 | 1,309.05 |
| 111.35 | Alabama Gravel | CCI # 202 Hauling Week Ending 7-17-05 | 5.00 | 556.75 |
| 111.99 | Alabama Gravel | CCI # 204 Hauling Week Ending 7-17-05 | 5.00 | 559.95 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,425

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/24/2005 | 629 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 74.02 | Alabama Gravel | CCI # 202 Week Ending 7-24-2005 | 5.00 | 370.10 |
| 219.89 | Alabama Gravel | CCI # 204 Week Ending 7-24-2005 | 5.00 | 1,099.45 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $1,469.5

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986

Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 7/31/2005 | 616 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 36.85 | Alabama Gravel | CCI # 201 Week ending 7-31-05 | 5.00 | 184.25 |
| 35.8 | Alabama Gravel | CCI # 202 Week ending 7-31-05 | 5.00 | 179.00 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $36?

2:05-cv-1026
7684-2
CCI 006?

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 8/7/2005 | 637 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 146.38 | Alabama Gravel | CCI # 202 Week Ending 8-7-05<br>Sales Tax | 5.00<br>0.00% | 731.90<br>0.00 |

**Total** $731.

2:05-cv-1026-C
7684-2
CCI 0066

# Carol's Contracting, Inc.
## P.O. Box 986
## Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 8/14/2005 | 641 |

**Bill To:** Customer

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To:** Customer & Destination

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 108.99 | Alabama Gravel | CCI # 201 Week Ending 8-14-05 | 5.00 | 544.95 |
| 109.62 | Alabama Gravel | CCI # 202 Week Ending 8-14-05 | 5.00 | 548.10 |
| 109 | Alabama Gravel | CCI # 204 Week Ending 8-14-05 | 5.00 | 545.00 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $1,638.0

2:05-cv-1026-
7684-2

CCI 0067

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 8/21/2005 | 619 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 183.59 | Alabama Gravel | CCI # 201 Week Ending 8-21-05 | 5.00 | 917.95 |
| 183.31 | Alabama Gravel | CCI # 202 Week Ending 8-21-05 | 5.00 | 916.55 |
| 181.24 | Alabama Gravel | CCI # 204 Week Ending 8-21-05 | 5.00 | 906.20 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,740.

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 8/28/2005 | 622 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 181.06 | Alabama Gravel | CCI # 201 Week Ending 8-28-05 | 5.00 | 905.30 |
| 183.28 | Alabama Gravel | CCI # 202 Week Ending 8-28-05 | 5.00 | 916.40 |
| 182.84 | Alabama Gravel | CCI # 204 Week Ending 8-28-05 | 5.00 | 914.20 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $2,735.9

2:05-cv-1026-C
7684-2
CCI 0069

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 9/4/2005 | 625 |

**PAID**

| Bill To: Customer | Ship To: Customer & Destination |
|---|---|
| Alabama Gravel<br>P.O. Box 1006<br>Millbrook, AL 36054 | Globe, Selma |

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 218.49 | Alabama Gravel | CCI # 201 Week Ending 9-4-05 | 5.00 | 1,092.45 |
| 221.15 | Alabama Gravel | CCI # 202 Week Ending 9-4-05 | 5.00 | 1,105.75 |
| 216.89 | Alabama Gravel | CCI # 204 Week Ending 9-4-05 | 5.00 | 1,084.45 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,282.6

2:05-cv-1026
7684-2
CCI 0070

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 9/11/2005 | 630 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 258.58 | Alabama Gravel | CCI # 201 Week Ending 9-11-05 | 5.00 | 1,292.90 |
| 258.69 | Alabama Gravel | CCI # 202 Week Ending 9-11-05 | 5.00 | 1,293.45 |
| 259.44 | Alabama Gravel | CCI # 204 Week Ending 9-11-05 | 5.00 | 1,297.20 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,883

2:05-cv-10
7684-2
CCI 00

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 9/18/2005 | 632 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To: Customer & Destination**
Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 111.76 | Alabama Gravel | CCI # 201 Week Ending 9-18-05 | 5.00 | 558.80 |
| 257.84 | Alabama Gravel | CCI # 202 Week Ending 9-18-05 | 5.00 | 1,289.20 |
| 254.8 | Alabama Gravel | CCI # 204 Week Ending 9-18-05 | 5.00 | 1,274.00 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,122.

2:05-cv-1(
7684-
CCI 0

# Carol's Contracting, Inc.
P.O. Box 986
Millbrook, AL 36054

# Invoice

| Date | Invoice # |
|---|---|
| 9/25/2005 | 637 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 186.12 | Alabama Gravel | CCI # 201 Week Ending 9-25-05 | 5.00 | 930.60 |
| 185.96 | Alabama Gravel | CCI # 202 Week Ending 9-25-05 | 5.00 | 929.80 |
| 184.4 | Alabama Gravel | CCI # 204 Week Ending 9-25-05 | 5.00 | 922.00 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,782.4

2:05-cv-1026-
7684-2
CCI 007

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 10/2/2005 | 640 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 183.57 | Alabama Gravel | CCI # 201 Week Ending 10-02-05 | 5.00 | 917.85 |
| 184.99 | Alabama Gravel | CCI # 202 Week Ending 10-02-05 | 5.00 | 924.95 |
| 184.42 | Alabama Gravel | CCI # 204 Week Ending 10-02-05 | 5.00 | 922.10 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,764.

2:05-cv-102(
7684-2
CCI 007

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 10/9/2005 | 646 |

**Bill To: Customer**
Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**
Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 187.06 | Alabama Gravel | Truck # 201 Week Ending 10-09-05 | 5.00 | 935.30 |
| 187.4 | Alabama Gravel | Truck # 202 Week Ending 10-09-05 | 5.00 | 937.00 |
| 184.03 | Alabama Gravel | Truck # 204 Week Ending 10-09-05 | 5.00 | 920.15 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $2,792

2:05-cv-102(
7684-2
CCI 007

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 10/16/2005 | 650 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 214.7 | Alabama Gravel | Truck # 201 Week Ending 10-16-05 | 5.00 | 1,073.50 |
| 215.53 | Alabama Gravel | Truck # 202 Week Ending 10-16-05 | 5.00 | 1,077.65 |
| 221.06 | Alabama Gravel | Truck # 204 Week Ending 10-16-05 | 5.00 | 1,105.30 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,256.

2:05-cv-102
7684-2
CCI 00'

# Invoice

**Carol's Contracting, Inc.**

**P.O. Box 986**
**Millbrook, AL 36054**

| Date | Invoice # |
|---|---|
| 10/23/2005 | 653 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe - Selma

*PAID*

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 220.99 | Alabama Gravel | CCI # 201 Week Ending 10-23-2005 | 5.00 | 1,104.95 |
| 220.21 | Alabama Gravel | CCI # 202 Week Ending 10-23-2005 | 5.00 | 1,101.05 |
| 222.64 | Alabama Gravel | CCI # 204 Week Ending 10-23-2005 | 5.00 | 1,113.20 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $3,319

2:05-cv-1026
7684-2
CCI 007

# Invoice

**Carol's Contracting, Inc.**
P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 10/30/2005 | 655 |

**Bill To: Customer**

Alabama Gravel
P.O. Box 1006
Millbrook, AL 36054

**Ship To: Customer & Destination**

Globe - Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
| | | | | |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 218.57 | Alabama Gravel | Truck # 201 Week Ending 10-30-2005 | 5.00 | 1,092.85 |
| 221.43 | Alabama Gravel | Truck # 202 Week Ending 10-30-2005 | 5.00 | 1,107.15 |
| 221.02 | Alabama Gravel | Truck # 204 Week Ending 10-30-2005 | 5.00 | 1,105.10 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $3,305.

2:05-cv-1026-(
7684-2
CCI 0078

# Invoice

**Carol's Contracting, Inc.**

P.O. Box 986
Millbrook, AL 36054

| Date | Invoice # |
|---|---|
| 11/6/2005 | 659 |

**Bill To:** Customer

Alabama Gravel
P.O. Box 1006
Millbrook, AL  36054

**Ship To:** Customer & Destination

Globe, Selma

PAID

| Truck No. | Terms | Driver | Shipped Via | Point Of Origin |
|---|---|---|---|---|
|  |  |  |  |  |

| Tons | Commodity | Date & Ticket Number | Price Per Ton | Amount |
|---|---|---|---|---|
| 334.29 | Alabama Gravel | CCI # 201 Week Ending 11-06-2005 | 5.00003 | 1,671.46 |
| 330.85 | Alabama Gravel | CCI # 202 Week Ending 11-06-2005 | 5.00 | 1,654.25 |
| 258.26 | Alabama Gravel | CCI # 204 Week Ending 11-06-2005 | 5.00 | 1,291.30 |
|  |  | Sales Tax | 0.00% | 0.00 |

**Total** $4,617.0

2:05-cv-1026
7684-2
CCI 007