# Exhibit 38

```
MODE:F ACTION:
                                                    ┌─────────────────────────┐
                                                    │  PURCHASE ORDER INQUIRY │
┌────┬──────────────────────────────────────────────┴─────────────────────────┤
│ ID │ Purchase Order Header                                                   │
├────┼─────────────────────────────────────────────────────────────────────────┤
│ 01 │ Buyer Code            *: DICK      DICK WYMER                          │
│ 02 │ PO Number             *: 0523204   O/S GRAVEL (SWIFT CREEK)            │
│ 03 │ Company Code          *: 01        SIMCALA, INC.                       │
│ 04 │ PO Unit               *: 1500      GENERAL POSTING UNIT                │
│ 05 │ PO Type Code          *: 01        RAW MATERIALS                       │
│ 06 │ Supplier Code         *: 011251    ALABAMA GRAVEL, LLC                 │
│ 07 │ Payment Terms          : 30        NET 30                              │
│ 08 │ Ship Via Carrier      *: DT        DUMP TRUCK                          │
│ 09 │ Ship-to Address       *: S         SIMCALA, INC.                       │
│ 10 │ Freight Terms         *: OP        OUR PLANT                           │
│ 11 │ Status 05/10/04       *: PO        POSTED PO-AVAILABLE FOR MATCH       │
│ 12 │ Required-by Date       : 05/08/31          Expiry Date :               │
│ 13 │ Order Date             : 05/04/11                                      │
├────┼──────────────────────────────┬────┬───────────────────────────────────┤
│ 14 │ More Order Header Data       │ 17 │ Total Value :   1,560,000.00      │
│ 15 │ Order Items Summary          │ 18 │ Special Instructions *            │
│ 16 │ Order Item Details           │ 19 │ Internal Comments                 │
└────┴──────────────────────────────┴────┴───────────────────────────────────┘
```

TCC000947

SIMCALA/00007

```
MODE:F ACTION:
                                                    ORDER ITEMS SUMMARY

Purchase Order :0523204      O/S GRAVEL (SWIFT CREEK)

     Line  Product Number    Product Description
ID        /Order Qty         /UofMsr          Unit Price      /Extended Price
          /Requisition Qty   /Receipt Qty     /Avg. Inv Price /Total Inv Cost

01   1.0  12104              O/S SWIFT CREEK GRAVEL.
          60,000.0000        TON                  26.0000      1,560,000.00
               0.0000          56,220.4100        26.0000      1,448,269.39
02


03



04   Order Item Details for # :      06   Special Instructions for # :
05   GL Distribution for #    :      07   Internal Comments for #     :
```

TCC000948

SIMCALA/00008