**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 2, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   The Concrete Company v. Lambert et al**

**Case Number:   2:05-cv-01026-CSC**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 106   filed on   February 23, 2007.**