# Exhibit J

IN THE UNITED STATES DISTRICT COURT OF

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER: 2:05-CV-1026-D

THE CONCRETE COMPANY,

    Plaintiff,

    VS.

HARRY E. LAMBERT, CAROL'S CONTRACTING,

INC., AND ALABAMA GRAVEL, LLC,

    Defendants.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of PAUL BECKHAM FIELDS, CPA, may be taken before RENA' MESSICK LANIER, Court Reporter and Notary Public for the State of Alabama at Large, at the offices of Rushton, Stakely, Johnston & Garrett, at 184 Commerce Street, Montgomery, Alabama 36101, on the 1st day of February, 2007.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the

1 for today?

2    A.    Well, as I recall, you
3 indicated in an e-mail that you were --
4 agreed to three hours.

5    Q.    Yes.

6    A.    Which was not nearly enough
7 by the way.

8    Q.    All right.

9    A.    But, you know, I guess I'm
10 stuck with that. So three hours.

11    Q.    Okay. All right. I don't
12 have anything further.

13          EXAMINATION
14 BY MR. BAILEY:

15    Q.    Mr. Fields, I want to ask
16 you about an opinion I have asked you for
17 since you wrote your report and that at
18 this time I would want to present to the
19 other side so they'll have an opportunity
20 to question you about it.

21          And the question I have for
22 you is: Do you have an opinion based upon
23 your training and experience as a CPA and

1 after review of the buy/sell agreement and
2 the buy/sell closing statement as to
3 whether or not Harry Lambert was paid
4 anything for the goodwill of the business
5 he sold or for a noncompete agreement?
6      A.     I -- I have looked at the
7 buy/sell agreement that was dated April
8 10, 2002 as I recall, and I have looked at
9 the agreement that was dated June 10,
10 1997.
11           And there is no compensation
12 referred to in either of these agreements
13 that was to be paid to Mr. Lambert in
14 exchange for the noncompetition agreement.
15           MR. BAILEY: No further
16 questions.
17           EXAMINATION CONTINUED
18 BY MR. GRISTINA:
19      Q.    All right. A little
20 follow-up on that. Other than the
21 buy/sell agreement and I believe you
22 separately referred to the noncompetition
23 agreement, have you looked at any other