# Exhibit K

Page 1

IN THE UNITED STATES DISCTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * *

THE CONCRETE COMPANY,

       Plaintiff,

vs.                                         CASE NUMBER

                                                    2:05-CV-1026-C

HARRY E. LAMBERT,
CAROL'S CONTRACTING, INC.,
and ALABAMA GRAVEL, LLC,

       Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

       Deposition of ROBERT R. BECKER, taken by the Respondent, under the Ohio Rules of Civil Procedure in the above-mentioned action, pursuant to notice, before Catherine L. Cordy, Court Reporter, Thursday, February 15, 2007, at 9:28 a.m. - 12:11 p.m., at the Comfort Inn, Newport Pike, Marietta, Ohio 45750.

WORD FOR WORD
Catherine L. Cordy, CSR
P.O. Box 768
Ripley, WV 25271
1-800-427-4973

1 there was two companies called Alabama Gravel.

2 Specifically there was a company called Alabama Sand &

3 Gravel and then another company called Alabama Gravel.

4    Q. And Alabama Sand & Gravel, was that a company

5 that Globe eventually acquired?

6    A. Alabama Sand & Gravel, as we refer to it as ASG,

7 was a company that we acquired. Beginning acquisition

8 was in December of '05. I think the final transfer of

9 title happened in -- actually in the year '06. But the

10 business was -- happened between the two companies.

11    Q. All right.

12    And that company AS -- the abbreviation ASG,

13 dash, King appears on page 8. Is that --

14    A. That's correct. That is from Alabama Sand &

15 Gravel, our facility in Bellamy, Alabama.

16    Q. Who did you acquire Alabama Sand & Gravel

17 from?

18    A. I don't know if I know the exact owner transfer.

19 But the -- the -- the acquisition, the change took over

20 as we purchased Elkem in December of -- Elkem, the

21 affiliation between the facility, I believe, originally

22 was owned by a gentleman named Cecil Cash. So I don't

23 know actually the -- who owner transfer. I just know we

24 acquired it during that transition between Elkem and

1  I'm not going to remember the time frame, again -- was a
2  phone call from Don Triplett to me, was on the tonnage
3  that could be supplied to me from the Ward facility.
4      Q.  What, if anything, did he say about what tonnage
5  could be supplied from the Ward facility?
6      A.  I'm not exactly sure on the number; but the
7  gravel -- the inventory they had done at the Ward and
8  what they were producing wasn't -- we weren't able to
9  keep up with the demand that we had at the time.  I seem
10 to remember some number like I was only allowed to have
11 like 500 tons a month, a week.  I can't remember that
12 term.
13      Q.  This E mail references letting customers like
14 Globe have as much warning as possible if they were going
15 to change the supplies available.  Do you recall getting
16 a call from someone at The Concrete Company indicating
17 that they had inventory problems?
18      A.  In this conversation from Don Triplett was my --
19 my first indication that -- that they didn't have the
20 tonnage to supply me with everything I needed.
21          (Defendants' Exhibit 3 marked.)
22 BY MR. BAILEY:
23      Q.  Looking at what we marked as Defendants' Exhibit
24 3.  And please read that E mail to yourself.

1      Let me know when you're finished reading it,
2 Mr. Becker.
3      A.   Okay.
4      Q.   Mr. Becker, does this refresh your recollection
5 as to whether or not you inquired about the possibility
6 of a long-term agreement with The Concrete Company
7 sometime in August of 2004?
8      A.   Yes.  But to put that in context is that I'd
9 approached Martin-Marietta, I approached Elmore, I
10 approached Concrete Company and all the suppliers in the
11 Alabama area.
12     Q.   With regard to The Concrete Company, what was
13 their response to your overtures about your willingness
14 to consider as much as a three-year deal, for example, on
15 purchase of gravel?
16     A.   They were willing to consider it, but they
17 needed to evaluate their production and their long-term
18 strategy.
19     Q.   What if any response were you given after they
20 had done that as to whether they were interested in
21 committing to supply Globe gravel for a long term such as
22 three years?
23     A.   I don't recall any instance.  I don't recall
24 anything about a continuous and long-term contract.

1    Q.  Do you recall them indicating that they may not
2 have the inventory to be able to commit to such an
3 agreement?
4    A.  Well, I do recall a conversation, as I mentioned
5 a few minutes ago, with Don about not having inventory at
6 Ward and in conversations when I was calling to try to
7 get additional material.  But as far as a long-term
8 relationship, a three-year deal, I don't know if those
9 conversation coincided.
10   Q.  This E mail mentions that you were reluctant to
11 discuss long-term deals in the past because it was the
12 tendency of The Concrete Company to increase prices when
13 you increased your purchases.  Was that, in fact, the
14 case, based on your recollection and of your dealings
15 with The Concrete Company?
16   A.  In my inquiries and other Globe purchasing
17 inquiries, that typically was.  Yes.
18   Q.  And was -- why was that unusual?  Why is it
19 unusual for a company that you buy increased quantities
20 from to raise their prices?
21       MR. GRISTINA:  Object to the form.
22       THE WITNESS:  If I would approach a company
23 about a long-term deal that they would have agreed to
24 sell and I would buy for a set period of time, the prices

1 typically were adjusted or lowered for that long-term
2 business. When we approached The Concrete Company, the
3 opposite seemed to be true. They wanted to raise the
4 price and lock us in for that long period of time.
5        So we have -- we did not enter into contracts
6 with them.
7              (Defendants' Exhibit 4 marked.)
8 BY MR. BAILEY:
9    Q.   Look at what we marked as Defendants' Exhibit 4.
10 Should be TCC1947. Please read that to yourself and let
11 me know when you've had a chance to look it over.
12   A.   Okay. I've read it.
13   Q.   Is it true that in September 2004, you told The
14 Concrete Company representatives that you would like a
15 three-year contract for Selma and Beverly for
16 approximately 18,000 to 21,000 tons per month?
17   A.   I believe so, yes.
18   Q.   And is that 18- to 21,000 figure -- how does
19 that compare to the amount of gravel required to operate
20 your furnaces per month? Is that 100 percent of your
21 needs or a portion thereof?
22   A.   It's greater than 100 percent, I believe.
23   Q.   Why would you be wanting to purchase those kind
24 of quantities if you could get a long-term deal from The

1 and they would contact another company to help acquire
2 the number of trucks that I need.
3          (Defendants' Exhibit 5 marked.)
4 BY MR. BAILEY:
5     Q.  Look now, if you will, to Defendants' Exhibit 5.
6 It should have a sticker on it and the number TCC191945.
7          MR. GRISTINA:  It's got two pages, Dennis.  Is
8 it supposed to have two?
9          MR. BAILEY:  Yeah.  It's two pages with an
10 attachment, 1946.
11         MR. GRISTINA:  He's got it.
12         THE WITNESS:  Okay.  I've got it in front of
13 me.
14 BY MR. BAILEY:
15    Q.  Take a moment to read this E mail, and then I
16 want to ask you some questions about it.
17    A.  Okay.
18    Q.  Mr. Becker, you mentioned earlier you received a
19 call from Don Triplett about a 500 ton limitation.  My
20 question to you is, did The Concrete Company at sometime
21 prior to January 11, 2005, represent to you that the
22 amount of white oversize gravel you could purchase from
23 the Ward pit would be limited to 500 tons a month?
24    A.  I don't recall the date, other than the document

Case 2:05-cv-01026-CSC    Document 116-3    Filed 03/16/2007    Page 9 of 19

Page 82

1 that was put in front of me. But I do recall a
2 conversation with Don Triplett that -- that inventory is
3 not being where they thought they were and that they
4 could only supply me 500 tons a month.
5    Q. How does that compare to how much you wanted to
6 purchase a month if it was available from the Ward pit?
7    A. The Selma facility, with operating two furnaces,
8 would consume 210 tons a day. So it's a very small
9 amount.
10    Q. If The Concrete Company had offered you more
11 than 500 tons a month from the Ward pit, would you have
12 been willing to buy at that price?
13    A. Yes.
14    Q. What was the reason that Don Triplett gave for
15 limiting you to 500 tons a month from Ward?
16    A. Inventory and production.
17    Q. Could you be more -- could you elaborate on what
18 that meant?
19    A. I can only speculate but I would -- the
20 production at the facility was not producing enough
21 gravel to supply Globe and Simcala. And the tonnage that
22 they had, had to be split between the companies.
23    Q. Did he mention to you that they could correct
24 that problem by adding a day of production to their

1 were exploring just a normal business relationships to
2 what material was available and what could be used and
3 not being used. And on page 25 of the exhibit --
4 Plaintiff's Exhibit 1, the last entry, there is a mix for
5 Hickory Bend, which I didn't recall it because we hadn't
6 used that source. Which if that's the same, we have
7 tested the material and showed it being high iron and we
8 couldn't use it.
9    Q.  Other than shipping gravel from the Carolinas,
10 were there any other sources that you sought out to make
11 up the difference between what you had thought you could
12 have bought from Ward and what you were limited to when
13 they put you on 500 tons a month?
14    A.  So that being the period of January '05?
15    Q.  Yes, sir.
16    A.  If my memory serves me right -- and, again, I am
17 referring back to this exhibit, Plaintiff's Exhibit 1, to
18 give me reference -- I believe we bought material from
19 Martin-Marietta. I bought material from the Carolinas.
20 I think anyplace I could try to get it I was trying to
21 get it from.
22    Q.  And how did you find these other sources of
23 product?
24    A.  Well, I have a lot of contacts, the people I've

```
 1 just spoken with over the last 13 years.  And sometimes I
 2 just picked up the -- went on the Internet and typed in
 3 aggregates, gravel or -- in the Internet.  I even went
 4 to -- I am not sure what they call it.  The Alabama
 5 Corps -- not Corps Of Engineers but that regulates the
 6 aggregates and the gravel, sand and stuff in the state of
 7 Alabama.
 8      Q.   Did Harry Lambert have anything to do with your
 9 decisions to seek and find these alternate sources of
10 white oversize gravel in January of 2005?
11      A.   Not that I'm aware of.
12               (Defendants' Exhibit 7 marked.)
13 BY MR. BAILEY:
14      Q.   Look at what's marked as Defendants' Exhibit
15 8 -- or marked as TCC1922?
16           MR. GRISTINA:  You got it marked as 7.
17           MR. BAILEY:  Oh, that's right.  No. 7.  Excuse
18 me.
19           THE WITNESS:  Okay.  I have it in front of me.
20 BY MR. BAILEY:
21      Q.   There's a Bob, slash, LB, slash, HHS reference
22 at the top of the page.  I know these are not your notes.
23 That reference had been to you or to somebody else or can
24 you tell?
```

1 TCC1937.

2    A.  I'd like to have a two-minute break, five-minute
3 break.

4    Q.  Absolutely. We'll just stay on the line, but
5 you all just let us know when you're ready.

6    A.  I'll be right back.

7           (Recess taken.)

8 BY MR. BAILEY:

9    Q.  Mr. Becker, looking at Plaintiff's Exhibit 1, it
10 appears to -- to me from page 7, that your first testing
11 of something from what you call Alabama Gravel occurred
12 sometime in May of 2005.

13    A.  The document says May 7th, 2005. Yes.

14    Q.  And based on your understanding of how your
15 business works, your first purchase of gravel could have
16 been after you tested it or could you have been buying
17 gravel before it was tested?

18    A.  It would have been after the testing and I would
19 think that the -- on this document, there's a -- the
20 heading, there's a dollar -- or a number symbol, it says,
21 "TKS," says, "4." That refers to four truckloads. That
22 means we brought four different truckloads in to check
23 the chemistry, and that was a deposit sample of four
24 trucks.

1   Q.   My question then is, after you began purchasing
2 from Alabama Gravel, sometime in 2005, did you still need
3 more gravel from sources in this area?
4   A.   Yes.
5   Q.   And were you seeking that gravel from a variety
6 of sources including but not limited to The Concrete
7 Company?
8   A.   Yes.
9   Q.   Would you have purchased more gravel from The
10 Concrete Company if they had made it available?
11   A.   Yes.
12   Q.   Does the existence of Alabama Gravel in May of
13 2005 end your need for additional gravel for your furnace
14 at Selma?
15   A.   No.
16   Q.   Were the purchases from Alabama Gravel so
17 substantial that they affected your purchases from The
18 Concrete Company?
19   A.   No.
20   Q.   As late as October 2005, was The Concrete
21 Company indicating to you that they had inventory
22 problems with supplying your needs from Ward?
23   A.   I don't recall.
24   Q.   At some point in time, did they -- did The

1 Concrete Company stop selling you gravel from the Ward
2 pit?

3   A.   Yes.

4   Q.   What was the reason they gave to you for that?

5   A.   I don't recall the exact reason.

6   Q.   What is your understanding of the reason?

7   A.   The facility wasn't yielding the tonnage. And
8 there was excessive sand, I believe, that was hard to get
9 rid of.

10   Q.   Approximately when did that occur in relation to
11 your purchase of your own supply mine?

12   A.   I don't recall that time. I would need
13 documentation to give me a time line. I just know
14 between the beginning of January 'til we made the
15 purchase in December.

16   Q.   Looking at Plaintiff's Exhibit 1 with regard to
17 the Ward pit, it looks as though the last entry from --

18   A.   Can you refer to the page, so I can get it?

19   Q.   Page 16.

20   A.   Okay.

21   Q.   It looks as though the last purchase from
22 Foley-Ward occurred in February of 2006. Am I --

23   A.   Well, this document shows that date. To my
24 understanding, these documents were subpoenaed from the

1 Selma facility to give this information.

2          Is that correct?

3          MR. GRISTINA:  I think so.

4          THE WITNESS:  Was -- if this date range was only
5 specified a certain time, they would have gave only
6 that -- that time period.  So I can only say from the
7 documents in front of me, the last entry is 2-10-2006.

8 BY MR. BAILEY:

9     Q.   I see some entries, though, from Alabama Gravel
10 from March of 2006.  On page 7.

11          And I see some entries on page 8 from Alabama
12 Sand & Gravel that go as far as May 23, 2006.

13     A.   Okay.

14     Q.   Do you see those?

15     A.   Yes.

16     Q.   Is it clear, then, from that information that
17 the sales -- purchases from the Ward pit ended sometime
18 in February of 2006?

19     A.   Well, again, if I see the documents.  These
20 documents show the last purchase being February 10th,
21 2006.

22     Q.   And -- and the same documents show purchases
23 from other locations as late as August of 2006?

24     A.   Yes.

1    Q.  One of those that began in 2006 is ASG King.  It
2  looks like there is a January 2006 ticket relating to
3  them.  Do you see that on page 8?
4    A.  What was the date again?
5    Q.  January 2006.  It's the second line.
6    A.  Yes, I see it.
7    Q.  Would that be Alabama Sand & Gravel, as best you
8  know?
9    A.   ASG is Alabama Sand & Gravel.  Yes.
10   Q.  And was that the reference for that -- prior to
11 it being acquired by Globe or is that the reference to it
12 since it was acquired by Globe?
13   A.  That is the reference being purchased since
14 Globe.
15   Q.  Even after Alabama -- Globe acquired a direct
16 source of gravel, is it still looking for additional
17 suppliers of white oversize in this area?
18   A.  Yes.
19   Q.  Is it able at this time to buy any white gravel
20 from TCC Ward?
21   A.  I'm not buying any white gravel, but I'm not
22 aware of whether they have any or not.
23   Q.  If they have some, would you be interested in
24 looking into buying it?

1    A.   I -- I would entertain it, yes.  But I believe I
2 went to The Concrete Company and asked them to -- to
3 match and lower some prices to help that facility in
4 Alabama stay running.
5    Q.   What was their response?
6    A.   That -- as far as the tonnage, I don't recall.
7 But the price, that they could not -- they could not
8 lower the price to supply Globe the price we were looking
9 for.
10   Q.   I'm about through, Mr. Becker, but I want to
11 follow up with some questions relating to your testimony
12 given during Mr. Gristina's questioning.
13        During the year 2005, was Globe able to meet its
14 needs for metallurgical gravel from The Concrete Company?
15   A.   To answer that, I believe I bought as much
16 gravel as they would offer me in 2005.  But I believe I
17 supplemented it through other suppliers as well to get my
18 needs.
19   Q.   In other words, there was no one supplier who
20 could supply all of your needs for Selma in 2005, was
21 there?
22   A.   No.
23   Q.   With regard to Alabama Gravel -- and I'm
24 speaking of the Alabama Gravel in which Dave Tuten was

1 involved -- was it Dave Tuten that contacted you about
2 becoming a supplier for Globe?
3    A.  It was Dave Tuten that contacted me about
4 supplying gravel to Globe.  Yes.
5    Q.  Based on your knowledge of the fact that Dave
6 Tuten used to work for Globe, his father used to own an
7 ownership in Globe, his brother still works for Globe,
8 would it surprise you that Dave Tuten would know you
9 needed gravel?
10   A.  No.  I know that Dave Tuten knows that we would
11 need gravel.
12   Q.  And did you make it known to as many suppliers
13 as you could locate that you were looking for gravel in
14 this area?
15   A.  Yes.
16   Q.  Was it any type of secret in the gravel
17 community that Globe was a potential purchaser of white
18 oversize gravel?
19   A.  Not that I'm aware of it was a secret.
20   Q.  You mentioned that you had some dealings with a
21 commercial trucking company in which Harry Lambert was
22 involved.
23   A.  Yes.
24   Q.  Do you know the name of that company?

Page 103

1    Q.   Do you have any personal knowledge, Mr. Becker,
2 of Harry Lambert operating a sand and gravel business in
3 the years 2004 or 2005?
4    A.   My time period, you know -- I knew he used to
5 run facilities; but when that ended, I don't know the
6 time.  But I don't recall him running --
7    Q.   If he ended his running of a facility in
8 Montgomery that you mentioned you're aware of, are you
9 aware of him operating another sand and gravel
10 business?
11   A.   No, I'm not aware of it.  No.
12   Q.   Finally, Mr. Becker, did you as purchasing agent
13 for Globe buy all the Ward gravel that The Concrete
14 Company would allow you to buy?
15   A.   Yes.
16   Q.   Thank you.  That's all the questions I have.
17        MR. GRISTINA:  I don't have any follow-up.
18        MR. BAILEY:  I have one other thing.
19        MR. GRISTINA:  Okay.
20        MR. BAILEY:  Mr. Becker, you have the right to
21 sign this deposition after it's prepared by the court
22 reporter.  And the purpose of this is to find out whether
23 you want to put your signature on the document before it
24 is used in -- at trial in this case.  It is up to you