# Exhibit L

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE CONCRETE COMPANY,       )

       Plaintiff,       )

vs.                          ) CASE NUMBER:

HARRY E. LAMBERT and         ) 2:05-CV-1026-ID-CSC

CAROL'S CONTRACTING,         )

INC.,                        )

       Defendants.      )

DEPOSITION OF WILLIAM EDWARD BOARDWINE

       In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Cindy Weldon, am hereby delivering to Thomas F. Gristina, the original transcript of the oral testimony taken on the 10th day of January, 2007, along with exhibits.

       Please be advised that this is the same and not retained by the Court Reporter, nor filed with the Court.

1 Simcala did business with the Concrete
2 Company.
3     Q.   Who would be the best person for
4 me to ask at Simcala as to why purchases
5 stopped from the Concrete Company in 2001?
6     A.   Dick Wymer.
7     Q.   Are you privy -- Do you know that
8 information?  Do you know the answer to that
9 question, as to why in 2001 there were no
10 more sales purchased from Simcala -- I mean
11 from TCC and then there were for about a two
12 year period?
13    A.   No, I don't.  Dick would be the
14 best one to answer.  He was the one directly
15 involved with it.
16    Q.   Let me ask you some questions
17 about the decision to start buying from
18 Alabama Gravel.  Let me -- What -- As the
19 person who is the site manager for the
20 Simcala plant, what is the reason that
21 Simcala stopped purchasing from the Concrete
22 Company in 2004, if you know?
23    A.   What are the reasons we stopped

1 purchasing?

2    Q.    Yes, sir.

3    A.    We -- They couldn't supply us.  We
4 met with them there in the fourth quarter --
5 going into the fourth quarter of 2004 and
6 then everything felt fine, you know.  The
7 Concrete Company thought the tonnage and
8 everything was okay.

9        Before '05, around the December
10 time frame, is when the Ward -- the Phenix
11 City, from what I remember, was going to be
12 okay, but the Ward was -- the first six
13 months would be okay.

14        And then sometime, either late
15 December or early January, then the Phenix
16 City -- we were still getting Phenix City,
17 but it was told to us from Don Triplett that
18 pretty soon that gravel is going to dry up.

19        And back in April of that year, it
20 was just a few months later it did.  It was
21 producing -- I think it was in there
22 ninety-two percent sand or something.  So we
23 didn't have a security.

1    Q.    Where did you get that information
2 that they were running out?

3    A.    From Don Triplett.

4    Q.    And who is he?

5    A.    Don Triplett was our -- one of our
6 contacts with the Concrete Company.

7    Q.    Did you assume he was telling you
8 the truth when he gave you that information?

9    A.    Sure.  We didn't have any reason
10 why he would lie to us.

11    Q.    Well, if somebody from the
12 Concrete Company testified that if all you
13 said was I'll pay you more and they would
14 supply all your needs and they would have
15 done it, would that be consistent with what
16 you were being told during this period of
17 time?

18         MR. GRISTINA:  Object to the form.

19    A.    No.  It didn't make any sense to
20 me, no.

21    Q.    Why doesn't it make any sense to
22 you?

23    A.    They couldn't supply.

1    Q.    Was Larry Lambert the reason you
2 stopped buying from the Concrete Company in
3 2004?
4    A.    No.
5    Q.    Was he -- Were any improper
6 actions that he took in your mind
7 interfering with your business relationship
8 with the Concrete Company?
9    A.    No, sir.
10   Q.    Who triggered your desire to look
11 for other sources of raw materials for the
12 plant in 2004 or 2005?
13   A.    The Concrete Company.
14   Q.    You, I could tell, eventually
15 entered into what appears to be a one year
16 purchase agreement with Alabama Gravel
17 sometime in 2006.
18         Would Simcala have been interested
19 in entering into a similar agreement with
20 the Concrete Company if they would commit to
21 supply your needs for a full year in 2005?
22   A.    Yes. I mean, we're in the
23 business of buying gravel.

1 representatives of the Concrete Company
2 would report to a good purchaser of their
3 white oversize product false information
4 about their ability to supply gravel in
5 2005?
6      A.   Repeat that again.
7      Q.   Do you know of any reason that
8 representatives of the Concrete Company
9 would falsely report their ability to supply
10 gravel to a large purchaser of that product?
11     A.   No.
12     Q.   Mr. Boardwine, before today,
13 before the Concrete Company filed suit
14 against Harry Lambert or Carol's
15 Contracting, did anyone contact you to find
16 out why anybody from the Concrete Company
17 contacted you to find out why you stopped
18 purchasing from the Concrete Company in
19 2004?
20     A.   Not that I'm aware of.
21     Q.   Is this the first time they've
22 ever asked you why that happened?
23     A.   Asked me, yes.

1  in 2005?

2     A.   I don't know.

3     Q.   If you were willing to enter into
4  a long term contract for the purchase of
5  gravel to get a steady source of supply, why
6  didn't you offer such a contract to the
7  Concrete Company in 2005?

8     A.   Because they couldn't supply.

9          MR. BAILEY:  No further questions.

10         MR. GRISTINA:  One second.  I have
11 no further questions.  Thank you.

12

13

14

15

16

17

18

19

20

21

22

23