# Exhibit N

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER: 2005-CV-1026-CSC

THE CONCRETE COMPANY,

    Plaintiff,

vs.

HARRY E. LAMBERT, CAROL'S CONTRACTING,

INCORPORATED, and ALABAMA GRAVEL,

LLC

    Defendants.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of ROBERT JAMES ALEXANDER may be taken before JANET ARLEDGE, Commissioner, at the offices of BALCH & BINGHAM at 105 Tallapoosa Street, Montgomery, Alabama, on the 4th day of December, 2006.

1  He looks like it.

2       Q.   Do you know how many total
3  loads of white oversize were delivered
4  from the Gentry pit to Simcala?

5       A.   No.

6       Q.   What about to Globe?

7       A.   No.

8       Q.   What about to Maddox?

9       A.   No.

10      Q.   Can you approximate?

11      A.   Don't have a clue.

12      Q.   Are you aware of Mr. Lambert
13 ever loaning his cellular telephone to
14 Alan King?

15      A.   No.

16      Q.   Sam Estock?

17      A.   No.

18      Q.   Did you ever -- I may have
19 asked you this before, did you ever
20 borrow his phone?

21      A.   I borrowed his phone, yes,
22 sir.

23      Q.   Where were you when you did

1  that?
2      A.   Well, probably at the Gentry
3  pit.
4      Q.   Do you know how often you did
5  that?
6      A.   No.
7      Q.   Was it more than once?
8      A.   Yes.
9      Q.   And for what sort of phone
10 calls?
11     A.   I don't recall the phone
12 calls. I left my phone at home one week.
13     Q.   And that was just during a
14 one-week period you would call?
15     A.   Yeah. I left it at home in
16 Georgia one week, and I left it in the
17 apartment several times in the morning
18 just be in a hurry and forget to take it.
19     Q.   And would that have been when
20 he was coming to pick up product at the
21 Gentry pit?
22     A.   I don't know. I don't know
23 when it was.

1  discussion?

2     A.    I recall that discussion when
3  we signed the contract.

4     Q.    I'm sorry?

5     A.    I recall a discussion about
6  that when we did sign a contract.

7     Q.    All right.  But you don't
8  recall it in December of '05?

9     A.    No.

10    (Pause in proceedings.)

11    MR. GRISTINA:  I don't have
12 any further questions.  I appreciate it.
13 Maybe Dennis has some.

14

15 EXAMINATION BY MR. BAILEY:

16    Q.    Mr. Alexander, my name's
17 Dennis Bailey.  I represent Harry
18 Lambert, and Carol's Contracting.

19    Do you recall your testimony
20 regarding coming to Prattville to meet
21 with Mike Gentry relating to some sand
22 screws?

23    A.    Yes, sir.

```
 1      Q.    Were you coming to look at
 2  that equipment because you were
 3  considering buying a plant in Hokes
 4  Bluff, Alabama?
 5      A.    Yes, sir.
 6      Q.    At the time of that visit,
 7  had you made a decision as to whether or
 8  not you were going to buy the plant in
 9  Hokes Bluff?
10      A.    No, sir.
11      Q.    You had testified that at
12  some point in time, you became interested
13  in seeking sources of sand and gravel in
14  the State of Alabama; is that correct?
15      A.    Yes.
16      Q.    What led you to make that
17  decision?
18      A.    We were having problems with
19  people that we bought from, and getting
20  enough material.
21      Q.    "We" you just mentioned would
22  that be AgTran and Sand Rock?
23      A.    Yes.
```

```
 1        Q.    Those are two Georgia
 2   companies in which you own an interest?
 3        A.    Yes, sir.
 4        Q.    And who were you having
 5   trouble getting material from?
 6        A.    I don't remember exactly who
 7   from, but it was probably Martin
 8   Marietta, The Concrete Company and
 9   whoever else was selling it at the time.
10        Q.    What?
11        A.    Whoever we was buying from.
12   I don't really know who the culprit was.
13        Q.    Who at AgTran or Sand Rock
14   would be the most familiar with problems
15   relating to sources of material?
16        A.    Randy Willingham.
17        Q.    Was Harry Lambert the reason
18   you decided to come to Alabama and look
19   for sources of sand and gravel?
20        A.    No.
21        Q.    Prior to making your decision
22   to look for sources of sand and gravel in
23   Alabama, can you tell us, approximately,
```

1   how many years of experience you had in
2   the sand and gravel business?
3        A.   Well, it started in '61 and
4   it's still going today.
5        Q.   You made the decision to
6   come over here and start considering
7   buying or getting sand and gravel in
8   Alabama in, approximately, what year?
9        A.   I don't know.  It's probably
10  around '99, 2000, something like that.
11       Q.   Would it be fair to say that
12  you had, approximately, 39 years -- 29,
13  30 years experience in the sand and
14  gravel business before you made that
15  decision?
16       A.   Whatever the arithmetic is.
17       Q.   Is 29 right, '61 to '99?
18       A.   Yes, sir.
19       Q.   And during those years in the
20  business, had you been responsible for
21  erecting sand and gravel plants?
22       A.   Yes.  I erected one sand
23  plant and built one crushing plant from

1  scratch and pre-built another quarry
2  plant.
3      Q.   When you worked for Clausen
4  Paving, were you literally involved and
5  responsible for every aspect of the sand
6  and gravel operation?
7      A.   Yes, sir.
8      Q.   For several years until the
9  Australian Company came in and reduced
10 your responsibilities?
11     A.   Yes, sir.
12     Q.   You mentioned that after
13 Alabama Gravel was formed, Dave Tuten was
14 the person you considered responsible for
15 getting the Globe business for Alabama
16 Gravel, is that -- am I correct?
17     A.   Yes, sir.
18     Q.   And the Maddox Stone
19 business, I believe you testified that
20 you personally negotiated that business
21 for Alabama Gravel?
22     A.   Yes.
23     Q.   Who at Alabama Gravel was

1  responsible for negotiating or getting
2  the Simcala business?
3      A.   I guess me and Dave was.
4      Q.   Do I understand that Dave was
5  a consultant for Simcala?
6      A.   He was a consultant in some
7  of the manufacturing operations, as I
8  understand it.
9      Q.   You've mentioned several
10 times that there was word on the street
11 about certain things in the sand and
12 gravel business in this area.  You used
13 the term "word on the street", and my
14 question to you is:  What do you mean
15 when you say "word on the street"?
16     A.   Well, another name for it is
17 "truck driver talk".
18     Q.   Well, can you describe what
19 that is for those persons not in the
20 business?
21     A.   Well, it's just rumors that
22 trucks go to different pits and see
23 different things, and they just come to

1  as to why they needed more?

2      A.   Because they didn't want to
3  shut down the furnace.

4      Q.   "They" being Simcala?

5      A.   Yes, sir.

6      Q.   Did the fact that TCC had
7  advised Simcala that their supplies would
8  be reduced, assist you in making a
9  decision to become interested in going in
10 the white oversize business in this
11 territory?

12     A.   Well, I was interested in,
13 number one, getting in the sand and
14 gravel business, not just the gravel
15 business.

16     Q.   Did the information that TCC
17 had reduced supplies to Simcala, assist
18 you in making a decision relating to any
19 business you elected to go into in this
20 area?

21     A.   Yes, sir.

22     Q.   In what way did that assist
23 you in making that decision?

1    A.    I could sell them oversize
2  gravel, which I didn't know anything
3  about. That it would be a good thing.
4    Q.    If you had not learned that
5  Simcala was looking for additional
6  sources of white oversize gravel, would
7  you have been interested in entering into
8  an agreement with Mike Gentry to mine his
9  property in Independence, Alabama?
10   A.    No.
11   Q.    When you came to Alabama
12 in, whenever it was, to start
13 investigating getting into the sand and
14 gravel business, was Carol's Contracting,
15 Incorporated operating as a trucking
16 company?
17   A.    I don't know.
18   Q.    Can you tell us when you
19 first realized that there was a trucking
20 business in Alabama by that name?
21   A.    I heard Randy Willingham
22 talking about Carol Contracting hauls
23 some material for them.

```
1      Q.    And do you know what kind of
2  material he -- Carol's Contracting called
3  for AgTran or Sand Rock Transit?
4      A.    No.  They haul for Willingham
5  Stone.  That's the company that I don't
6  have any interest in or financial
7  interest, and he has had a contract with
8  Southern Bell to furnish six's for the
9  Southeast.
10     Q.    This man whose been in the
11 sand and gravel business for several
12 years, is it common in the industry for
13 commercial trucking companies to haul
14 products from mining operations to
15 wherever they're delivered to customers?
16     A.    Yes, sir.
17     Q.    Is the sand and gravel
18 business normally a business in which it
19 trucks its products to the customers
20 using its own employees and trucks?
21     A.    Say that again.
22     Q.    Is the sand and gravel
23 business the type of business that
```

1  normally has its own trucks for the
2  purpose of delivering product to
3  customers with their own trucks and own
4  employees?
5      A.    No.
6      Q.    In the sand and gravel
7  business, what is the usual and customary
8  practice for getting aggregate to the
9  customer?
10     A.    Either arranging for
11 independent haulers to haul it or let the
12 customer arrange it.
13     Q.    An independent hauler,
14 describe what you mean when you say a
15 "independent hauler"?
16     A.    I would say an "independent
17 hauler" is somebody that hauls for
18 different people.  He doesn't care who he
19 hauls for, as long as he gets a load and
20 gets paid.
21     Q.    Do you know how long Carol's
22 Contracting was an independent hauler
23 before Alabama Gravel was formed?

1   A.   No.

2   Q.   Do you know for what

3   companies Carol's Contracting hauled

4   prior to the formation of Alabama Gravel,

5   other than the company you mentioned,

6   that's Randy Willingham's?

7   A.   No.

8   Q.   Do you know all the types of

9   material and product that Carol's

10  Contracting has hauled over the years?

11  A.   No.

12  Q.   Do you have any reason -- do

13  you have any fact that would indicate

14  that Carol's Contracting is not an

15  independent trucking company?

16  A.   No.

17  Q.   Do you have any facts that

18  would indicate that Carol's Contracting

19  is not in the trucking business?

20  A.   No.

21  Q.   Do you, as a person in the

22  sand and gravel business, consider

23  independent haulers to be in the sand and

1  gravel business?

2      A.   No, sir.

3      Q.   Has Alabama Gravel, to your

4  knowledge, ever been in the commercial

5  trucking business?

6      A.   No, sir.

7      Q.   As you understand the sand

8  and gravel business, Mr. Alexander, did

9  you ever see Harry Lambert engaging in

10 the sand and gravel business while he was

11 under his non-compete?

12     A.   No.

13     Q.   It's my understanding that

14 your company has reached some type of a

15 settlement agreement with The Concrete

16 Company to terminate Alabama Gravel as a

17 Defendant; is that true?

18     A.   That's my --

19     Q.   I just want to get on the

20 record that that's a fact.

21          MR. WALTER:   Yes, there has

22 been settlement agreement between The

23 Concrete Company and Alabama Gravel, LLC.

Page 276

1  the Deatsville operation that began
2  sometime in 2005, and I think you said
3  ended sometime in August of 2006?
4      A.   Yeah.  It started whenever it
5  started and it ended whenever we ran the
6  plant or ran some sand and gravel, which
7  was in the third week in August.
8      Q.   My question is:  Was Harry
9  Lambert involved in the stage one process
10 for that plant prior to the Consulting
11 Agreement that was executed in April of
12 2006?
13     A.   No.
14          MR. BAILEY:  Thank you.
15          MR. GRISTINA:  I don't have
16 anything further.
17     (END OF DEPOSITION.)
18
19
20
21
22
23