# Exhibit P

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


CASE NUMBER:  2005-CV-1026-CSC

THE CONCRETE COMPANY,

       Plaintiff,

       vs.

HARRY E. LAMBERT, CAROL'S CONTRACTING,

INCORPORATED, and ALABAMA GRAVEL,

LLC

       Defendants.


S T I P U L A T I O N

       IT IS STIPULATED AND AGREED by
and between the parties through their
respective counsel, that the deposition
of WILLIAM DASINGER may be taken before
JANET ARLEDGE, Commissioner, at the
offices of BALCH & BINGHAM at 105
Tallapoosa Street, Montgomery, Alabama,
on the 4th day of December, 2006.

1          Q.     "Over yonder", you mean --

2          A.     At Gentry's.

3          Q.     -- Gentry's?  And who were

4     you working with at the Deatsville site?

5          A.     Alan King and his crew.

6          Q.     Who is in Alan King's crew?

7          A.     I don't know.  He changes

8     hands like he changes underwear.

9          Q.     See a lot of different people

10    working with him?

11         A.     Yeah.

12         Q.     Was Mr. Lambert ever out

13    there at the site when you were out there

14    working with Alan King and his crew?

15         A.     No, I never did see him.

16         Q.     Do you know if he was out

17    there during that time period?

18         A.     No, I have no idea.

19         Q.     Do you know of Mr. Lambert

20    being out there working on the Deatsville

21    site between March 2005 and January 2nd,

22    2006?

23         A.     No.

1    backer?

2           A.    Repeat that question.

3           Q.    Did you make any promises to

4    Mr. Lambert back in 2005 if he assisted

5    you in locating a financial backer for

6    the Deatsville site?

7           A.    I still didn't understand

8    that.

9                 MR. GRISTINA:   Would you read

10   my question back?

11                (Question read back.)

12          A.    No.

13          Q.    When you were forming Alabama

14   Gravel, did you contemplate or did you

15   consider that Mr. Lambert would have an

16   interest in Alabama Gravel after his

17   non-compete expired?

18          A.    No.

19          Q.    Were you aware of Mr.

20   Lambert's non-compete?

21          A.    Yes, I was.

22          Q.    When did you learn of that?

23          A.    (Indicating).

1          Q.     He doesn't know how to load,

2     does he?

3          A.     I don't know.

4          Q.     You ever borrowed Mr.

5     Lambert's cell phone?

6          A.     Yes, numerous times.

7          Q.     Where were you when you did

8     that?

9          A.     Mainly at the Gentry pit.

10         Q.     Why did you borrow his cell

11    phone?

12         A.     Well, sometimes I forget mine

13    or I didn't have signal.

14         Q.     Who's your carrier?

15         A.     Verizon.

16         Q.     Isn't that the same one Mr.

17    Lambert has?

18         A.     I think so.

19         Q.     Does his cell phone have a

20    better signal than yours does?

21         A.     Sometimes it would.

22         Q.     Who would you use his phone

23    to call?

1        A.      He don't go down the road

2    with them.

3        Q.      And that's an off-road truck?

4        A.      Off-road truck.

5        Q.      And is that all he does is

6    basically just drive that truck?

7        A.      Basically, or help around the

8    plant.

9        Q.      Do you know of any business

10   reason why Mr. Lambert would have been in

11   contact with Pond River Steel in 2005?

12       A.      Repeat that.

13       Q.      Do you know any business

14   reason why Mr. Lambert would have been in

15   contact with Pond River Steel in 2005?

16       A.      No, I don't.

17       Q.      How about Alan King?  Do you

18   know of any business reason why he'd be

19   talking to him?

20              MR. WALTER:  Why Mr. Lambert

21   would be talking to him?

22              MR. GRISTINA:  Yes.

23       A.      To Alan King?

 1        Q.    (MR. GRISTINA:)  Yes, sir.

 2        A.    Well, I don't know.  Alan's

 3   all the time calling, wanting to know if

 4   we want to come over and eat fish with

 5   him sometimes.  So, you know, it could

 6   have been that.

 7        Q.    How often do you go eat fish

 8   with Alan King?

 9        A.    Well, I hadn't been yet, but

10   he's called and invited me several times.

11        Q.    Do you know of any reason why

12   Mr. Lambert would have been in contact

13   with Sam Estock in 2005?

14        A.    I don't have any idea.

15        (Pause in proceedings.)

16        Q.    (MR. GRISTINA:)  Mr.

17   Dasinger, what's your Social Security

18   Number?

19        A.    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.

20        Q.    I'm going to ask you a

21   question.  It's a distasteful question,

22   but it's one that's often asked in a

23   deposition.  Do you have any criminal

1         You've been in the sand and gravel

2    business in this area for many years; is

3    that true?

4         A.    That's true.

5         Q.    Do you have a general

6    understanding of what people in the sand

7    and gravel business do?

8         A.    Yes, sir.

9         Q.    Did Harry Lambert make any

10   secret of the fact that he was under a

11   non-compete during some period of time a

12   few years back?

13        A.    No, sir, he didn't make a

14   secret of it.

15        Q.    Prior to January of this

16   year, okay, did he do or say anything in

17   your presence that made you think he was

18   engaging in the sand and gravel business

19   in Montgomery?

20        A.    No, sir.

21        Q.    Mr. Dasinger, is there a

22   difference between the sand and gravel

23   business and the trucking business in

1   Montgomery, Alabama?

2        A.    Total different business.

3   I've been in both of them.

4        Q.    Which business was Carol's

5   Contracting in?

6        A.    Dump trucking business.

7        Q.    And which business was

8   Alabama Gravel in?

9        A.    Mining business, sand and

10  gravel business.

11            MR. BAILEY:  I don't have any

12  further questions.

13            (END OF DEPOSITION.)

14

15

16

17

18

19

20

21

22

23