# Exhibit Q

Exhibit Q

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE CONCRETE COMPANY, )

    Plaintiff, )

vs. ) CASE NUMBER:

HARRY E. LAMBERT and ) 2:05-CV-1026-ID-CSC

CAROL'S CONTRACTING, )

INC., )

    Defendants. )

DEPOSITION OF HOWARD MICHAEL GENTRY

    In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Cindy Weldon, am hereby delivering to Thomas F. Gristina, the original transcript of the oral testimony taken on the 9th day of January, 2007, along with exhibits.

    Please be advised that this is the same and not retained by the Court Reporter, nor filed with the Court.

1 loader or something like that, you know,
2 tell him, you know, if you see anybody out
3 there that needs a loader or -- I sold two
4 or three old loaders and, you know -- which,
5 you know, I'd be telling everybody the same
6 thing.
7    Q.   Did he bring any purchasers to you
8 with respect to those loaders?
9    A.   I can't recall him, you know, on
10 loaders and stuff like that.  But, you know,
11 that was like part of the stuff we were
12 selling over yonder, selling off at the
13 gravel pit.
14         You know, I've still got equipment
15 there.  The sand screw we're talking about
16 is still there.
17    Q.   Did Mr. Lambert assist you in any
18 way during that time period at your Gentry
19 pit in your mining operation?
20    A.   No, sir.
21    Q.   Did he come out there and help
22 operate that pit in any way?
23    A.   No, sir.

```
 1    A.    Right.

 2          MR. GRISTINA:  Mr. Gentry, that's
 3 all I have.  I appreciate it.  Thank you for
 4 your time.
 5 EXAMINATION BY MR. BAILEY:
 6    Q.    Mr. Gentry, I do have a few
 7 questions.  Bear with me.  I'll try to speak
 8 up.  If you don't hear me, let me know.
 9          You mentioned that at some point
10 in time you -- in the past, you wanted to go
11 kind of into this aggregate business on this
12 Gentry pit location?
13    A.    Yes, sir.
14    Q.    And that Harry Lambert -- somehow
15 you consulted with him at that time about
16 that in some way?
17    A.    I had already been established.
18 We were running a dredging operation.  I
19 don't know if you know what a dredge.  It's
20 like a pump.  It worked fine in Montgomery.
21          Brought it down there and spent a
22 lot of money.  Got it down there and we
23 started running into problems.  We weren't
```

1 getting no production. It stayed stopped up
2 all the time.
3        So I decided I needed to shut this
4 down and change the way I'm doing it. And I
5 decided to put up a dry belt system. And
6 that's when I got a hold of, you know, Mr.
7 Lambert.
8     Q.   And who was he working for at that
9 time?
10    A.   I guess he was working for
11 himself. I don't know.
12    Q.   Is this when Montgomery Materials
13 was in operation?
14    A.   I don't think so. No. I don't
15 believe so. Well, I guess it's still in
16 operation. I mean, I don't know. I don't
17 -- I've never been out there.
18    Q.   What year was this, the late
19 '90's?
20    A.   When I got ready to put the dry
21 belt up, it was, you know, 2002, 3,
22 something like that.
23    Q.   And what, if anything, did Mr.

1 Lambert do to assist you in that?

2    A.   Nothing.

3    Q.   He told you he couldn't?

4    A.   Yes, sir, he told me couldn't.  I
5 understood what he was talking about.

6    Q.   Do you know how he made a living
7 while he was under that non-compete
8 agreement?

9    A.   Yes.  He'd drive a truck.

10   Q.   Do you consider persons who drive
11 commercial trucks to be in the sand and
12 gravel business?

13   A.   No, sir.

14   Q.   Why do you laugh when you say
15 that?  It's just so funny to you?

16   A.   No, it's not nothing funny to me.
17 I just, you know -- If I get real busy, I
18 drive one.  I've been driving a truck all my
19 life.  You know, I'm in the ready mix
20 business.

21        But I wouldn't consider a truck
22 driver being -- you know, feeling like
23 that.  Most of the truck drivers I've got