# Exhibit R

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


THE CONCRETE COMPANY,    )

       Plaintiff,    )

vs.                      ) CASE NUMBER:

HARRY E. LAMBERT and     ) 2:05-CV-1026-ID-CSC

CAROL'S CONTRACTING,     )

INC.,                    )

       Defendants.    )


DEPOSITION OF CARL ALLEN KING

In accordance with Rule 5(d) of
The Alabama Rules of Civil Procedure, as
Amended, effective May 15, 1988, I, Cindy
Weldon, am hereby delivering to Thomas F.
Gristina, the original transcript of the
oral testimony taken on the 9th day of
January, 2007, along with exhibits.

Please be advised that this is the
same and not retained by the Court Reporter,
nor filed with the Court.

1    A.    Yes.

2    Q.    When was the first time you met

3 him?

4    A.    I can't remember no date.

5    Q.    Do you recall how you came to meet

6 Mr. Alexander?

7    A.    Yes.  It was through Rex and Mike.

8    Q.    Mike Gentry?

9    A.    Yes.

10    Q.    Do you recall what the

11 circumstances of that were, that led them to

12 introduce you to Mr. Alexander?

13    A.    Yes.  He wanted some work done at

14 that plant in Independence.

15    Q.    The Gentry pit?

16    A.    Yes.

17    Q.    When you say he wanted some work

18 done, who was he?

19    A.    Mr. Robert.

20    Q.    And Mr. Robert -- If you say Mr.

21 Robert, that's Robert Alexander?

22    A.    Yes.  That's all I've ever called

23 him.

1    Q.    That's fine.  And you can call him

2 that on the record.  I just want to make

3 sure we're talking about the same person.

4    A.    Okay.

5    Q.    And what work was that, that was

6 done on the Gentry pit?

7    A.    Some electrical work.

8    Q.    And that was the first time that

9 you had met Mr. Alexander?

10    A.    Yes.

11    Q.    Did he actually come to the Gentry

12 pit and meet you?

13    A.    Yes.  He was there.

14    Q.    And who else was there at that

15 first meeting?

16    A.    Rex.  We was all talking.  That's

17 how I got to know him.

18    Q.    And when you say Rex, you mean Rex

19 Dasinger?

20    A.    Yes.

21    Q.    Was Mr. Lambert at that meeting?

22    A.    No.

23    Q.    Was anybody else at that meeting

1 besides you and Mr. Alexander and Mr.

2 Dasinger?

3    A.    Well, there was some more guys

4 that worked for him.  I didn't know them.

5    Q.    Can you recall any of their names?

6    A.    No.

7    Q.    Had you met Rex Dasinger before

8 that time?

9    A.    Yes.  One other time.  And I can't

10 remember exactly where it was.

11    Q.    Do you recall the circumstances

12 that caused you to meet Rex Dasinger?

13    A.    No.  Just a chance meeting I

14 think.

15    Q.    In advance of the meeting with Mr.

16 Alexander, who called you to come to the

17 Gentry pit about some work there?

18    A.    Mike.  He said they was needing

19 some work over there.

20    Q.    And did he tell you what -- the

21 name of the entity was that needed that

22 work?

23    A.    The name of what?

1 Yes.

2      Q.   When -- Was it the -- at the same

3 meeting that you were speaking of earlier,

4 the Gentry pit that they discussed the

5 Deatsville pit with you?

6      A.   No.  I came up and did some more

7 work a day or two after that and that's when

8 it was.

9      Q.   Please tell me everything you

10 recall about that discussion about the

11 Deatsville pit.

12      A.   He just said he was thinking about

13 building a plant and wanted to know if I

14 would be interested in it.  And I told him

15 darn right.  Sounded good, you know.  That's

16 what I do.

17      Q.   Who was at that meeting?

18      A.   There wasn't nobody there right

19 then but me and him, that second time.

20      Q.   Did anybody else arrive during the

21 meeting or the entire meeting was just you

22 and Mr. Alexander?

23      A.   No.  Just me and him I think.

1     Q.   Was Mr. Lambert there?

2     A.   Oh, no.

3     Q.   Do you recall when -- the date of

4 that meeting?

5     A.   No, sir.

6     Q.   Do you recall if it was in the

7 winter of 2005?

8     A.   Shoot, I can't remember that.

9     Q.   Do you keep records, a date book

10 or anything?

11     A.   No.

12     Q.   Were you aware before that meeting

13 about a plant being opened at the Deatsville

14 site?

15     A.   No.

16     Q.   So is your testimony that was the

17 first time you learned --

18     A.   That was the first time I learned

19 about it.

20     Q.   And before that time, had you

21 spoken with Mr. Harry Lambert about the

22 Deatsville site being opened up?

23     A.   Huh-uh.  No.

1          MR. BAILEY:  Object to the form.

2 If you understood all that, go ahead.

3      A.    I don't really understand all of

4 it, the question.

5      Q.    All right.  Let's keep it simple.

6 From 2000 to 2005, did you have frequent

7 contact with Mr. Lambert?

8      A.    No.

9      Q.    Were you all friends during that

10 period?

11     A.    Yes.

12     Q.    Did you all speak on the phone

13 during that period?

14     A.    Yes.

15     Q.    And did you spend time with him at

16 his house in Deatsville during that period?

17     A.    He ain't got a house in

18 Deatsville.

19     Q.    Do you know where Mr. Lambert

20 lives on Gunnells Road?

21     A.    In Millbrook.

22     Q.    Yes, sir.

23     A.    Yes.

1      Q.   All right.  Did you spend time at

2 his house on -- at his house with him on

3 Gunnells Road in Millbrook during that

4 period?

5      A.   Probably.  Yes.

6      Q.   Now, do you know what he did for a

7 living during that period?

8      A.   Never discussed it.

9      Q.   So during -- From 2000 to 2005,

10 you never discussed with Mr. Lambert what he

11 did for a living?

12     A.   Not really.

13     Q.   Not really is different than --

14     A.   That means --

15     Q.   I'm just trying to be sure.

16     A.   -- no.  I mean no.  Not really.

17     Q.   Now -- But you were aware at some

18 point that he had a non-compete agreement?

19     A.   Yes.

20     Q.   When did you learn about that?

21     A.   I don't know no date.

22     Q.   Did you ever discuss the terms of

23 the non-compete agreement with Mr. Lambert?

Page 54

1 and just said that's the way it ought to be.

2      Q.    How often would Mr. Alexander come

3 to the work site?

4      A.    Not very often.

5      Q.    Was it every week?

6      A.    Oh, yes.   Well, not every week.

7 But then sometimes he'd show up maybe twice

8 a week.

9      Q.    How long were you working at the

10 Deatsville site in building the plant?

11      A.    I think all together it took about

12 nine, ten months.   Something like that.

13      Q.    And during that period, did you

14 have conversations with Mr. Lambert?

15      A.    Harry would come out there a time

16 or two just riding by, you know, and wave at

17 me or sometimes I'd stop him, you know, I

18 need to use the phone or something.

19      Q.    When you say a time or two, do you

20 mean one or two times?

21      A.    Well, it might have been four or

22 five times, I mean, you know.   I just -- I

23 didn't keep up with it or nothing.

1    Q.   So -- It's important.  I'm trying

2 to understand exactly how many times Mr.

3 Lambert was at the Deatsville site.  Is it

4 four or five times or could it have been

5 more?

6    A.   It could have been more.  Like I

7 didn't -- I didn't try to keep up with it,

8 you know.  I didn't -- I just didn't keep up

9 with it.

10    Q.   Could it have been ten times?

11    A.   I don't know.  That might be

12 pushing it a little bit.

13    Q.   So could it have been more than

14 ten times?

15    A.   No, I don't think it would be more

16 than that.

17    Q.   And did you know why Mr. Lambert

18 came by the Deatsville site?

19    A.   He'd always holler when y'all

20 going to be through with it, you know.

21    Q.   Do you know how he knew you were

22 working at the Deatsville site?

23    A.   No.

1    Q.   Anything other than him hollering

2 when are y'all going to be through with it?

3    A.   I told him -- I always told him we

4 was getting there, working with it.

5    Q.   Was there anybody else with Mr.

6 Lambert when he was driving by?

7    A.   I didn't see nobody, no.

8    Q.   Did he come into the site and get

9 out of his truck?

10    A.   I don't think he ever got out of

11 the truck.

12    Q.   Is it your testimony that he

13 didn't help you all in constructing that

14 site at all?

15    A.   Oh, yes.

16    Q.   He did not help you?

17    A.   He didn't help, no.

18    Q.   We're speaking about conversations

19 you had with him when he was driving by.

20 Did you have other conversations with Mr.

21 Lambert during -- I believe you said

22 approximately ten months that you worked at

23 the plant?

Page 57

1       A.    Well, yes.    Because he went to

2 work for them.

3       Q.    For Alabama Gravel?

4       A.    Yes.    Sometime around April,

5 March, April, May.    Somewhere in there.

6       Q.    In 2006?

7       A.    Yes.

8       Q.    Now, I'm speaking about the time

9 period from when you started on the plant.

10 And let's maybe be more specific.

11            From July 2005 until January 1,

12 2006, did you have conversations with Mr.

13 Lambert other than the times you said he

14 drove by?

15      A.    Oh, no.    No.

16      Q.    No other conversations whatsoever?

17      A.    Not that I can recall any, no.

18      Q.    And when you were building the

19 Deatsville site, what companies supplied you

20 with the equipment?

21            MR. BAILEY:    Object to the form.

22 Go ahead and answer if you understand what

23 type of equipment he's talking about.

1      Q.   But it wasn't a situation where

2 you paid --

3      A.   No.

4      Q.   -- and then were reimbursed?

5      A.   No.

6      Q.   With respect to the orders of

7 steel, were you the only person responsible

8 for telling Southern Steel what you needed

9 for the Deatsville site?

10     A.   As far as I know, yes.

11     Q.   Did you have -- Did you work with

12 Mr. Alexander in determining --

13     A.   Yes.  Me and him determined on

14 some of it about, you know, certain beams

15 and stuff like that.

16     Q.   Did you need to get approval from

17 anybody at Alabama Gravel before you placed

18 an order with Southern Steel?

19     A.   The only thing Mr. Alexander told

20 me, if it's a real big order, call me

21 first.  And I always did.

22     Q.   Did you ever talk to Mr. Lambert

23 about the steel that you were going to order

1 from Southern Steel?

2      A.    I borrowed his phone to call

3 Southern Steel before.

4      Q.    How many times?

5      A.    I can't remember.  I can't

6 remember how many times.

7      Q.    More than five?

8      A.    Could have been because my phone

9 didn't get good reception up there.

10      Q.    And we talked about Mr. Lambert

11 coming to the site.  And you said you

12 thought it couldn't -- it wouldn't be more

13 than ten times.  You said he didn't get out

14 of his truck?

15      A.    Yes.

16      Q.    Were those the occasions that you

17 borrowed his phone?

18      A.    Yes.

19      Q.    Were those the only occasions?

20      A.    As far as I know, yes.

21      Q.    Were there any other occasions

22 that you borrowed Mr. Lambert's phone to

23 make phone calls that dealt with the

1 Deatsville site?

2    A.    You mean just to call Neal?

3    Q.    To call anybody on any issue

4 related to the Deatsville site.

5    A.    I've called Neal.  And I think I

6 used it one time or two to call National

7 Rental.

8    Q.    Any other calls?

9    A.    I can't think -- I don't think I

10 did.

11    Q.    So then other than calls to

12 Southern Steel and National Rental, those

13 are the only times that you used Mr.

14 Lambert's phone to make phone calls with

15 respect to the Deatsville site?

16    A.    I think that's all.

17    Q.    What is the cellular service

18 provider on your phone?

19    A.    You mean the name of it?

20    Q.    The company.

21    A.    The company.  Alltel.

22    Q.    Do you know what the provider is

23 for Mr. Lambert's phone?

1      Q.   Okay.   Anything else?   Any other

2 medication?

3      A.   No.

4      Q.   Now, we were talking earlier in

5 the deposition about the affidavit that you

6 signed in September.   Now, I want to ask a

7 couple more questions on that.   Do you

8 recall how you got to the lawyer's office to

9 sign that?

10     A.   Gosh, it's hard for me to think.

11 The pills may have an effect.   I can't for

12 the life of me think of it --

13     Q.   Did Mr. Lambert tell you to go to

14 the lawyer's office?

15     A.   It might have been.   I can't

16 remember.   I don't know if he did it or if

17 he told his lawyer to do it or -- somebody

18 told me to come by there and look at it, and

19 that, you know, if it was true to my

20 knowledge, sign it.

21     Q.   And did Mr. Lambert mention to you

22 anything about him borrowing your cell

23 phone?

Page 114

1      A.    Borrowing mine?

2      Q.    Yes, sir.

3      A.    Shoot, I can't remember.  We

4  borrowed so many cell phones back and forth,

5  I don't know.

6      Q.    Did he ever ask you if you

7  recalled him borrowing your cell phone?

8      A.    I don't guess.

9      Q.    When did you finish working in the

10 Gentry pit in Independence, Alabama?  When

11 is the last time you did a job there?

12     A.    I can't remember no day or

13 nothing.

14     Q.    Was it before you started on the

15 Deatsville site?

16     A.    Oh, no.  No.

17     Q.    You were still doing work on --

18     A.    I've done some stuff since then,

19 since we completed all that.

20     Q.    All right.  How many times have

21 you been -- have you worked at the Gentry

22 site since the time-- we talked about two

23 initial visits to the Gentry site?