# Exhibit S

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE CONCRETE COMPANY,      )

      Plaintiff,      )

vs.      ) CASE NUMBER:

HARRY E. LAMBERT and      ) 2:05-CV-1026-ID-CSC

CAROL'S CONTRACTING,      )

INC.,      )

      Defendants.      )

DEPOSITION OF SAMUEL WARREN ESTOCK, JR.

      In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Cindy Weldon, am hereby delivering to Thomas F. Gristina, the original transcript of the oral testimony taken on the 10th day of January, 2007, along with exhibits.

      Please be advised that this is the same and not retained by the Court Reporter, nor filed with the Court.

1   Q.  Mr. Estock, I've got a few
2 questions.
3   A.  Yes, sir.
4   Q.  Again, my name is Dennis Bailey
5 and I represent Harry Lambert. During the
6 time that he was under his non-compete
7 agreement with TCC, do you know of anything
8 that Harry Lambert did that would have been
9 in violation of that agreement?
10  A.  No, sir. I personally don't. I
11 mean, I just don't. The only time I talked
12 with Mr. Lambert was he was driving a
13 truck. As a matter of fact, he was driving
14 a truck of -- driving a truck.
15      And I thought that he -- he was
16 talking like he was going up there on the
17 road board (spelled phonetically). And I
18 asked him what he was doing and he said he
19 was driving a truck.
20      But other than that, I don't know
21 of anything -- I don't know of anything he
22 did at all. I did not ask questions. I
23 learned a long time ago not to ask questions

1 sales. Never.

2    Q. Do you consider your company to be
3 in the commercial trucking business?

4    A. No, sir.

5    Q. Now, you do use trucks, don't you?

6    A. We have two pickup trucks. But
7 there's never been a piece of sand or gravel
8 in the back of one of them either.

9    Q. And when you saw Harry driving a
10 truck, did the thought occur to you that he
11 was violating his non-compete agreement not
12 to be in the sand and gravel business?

13    A. No, sir. To be honest with you, I
14 just thought he was doing whatever he could
15 do to make a living. I mean, that was my
16 thought. I never thought that.

17    Q. And because --

18    A. I wouldn't have thought he would
19 have done anything to upset Frank to be
20 honest with you.

21    Q. And, in fact, because of your
22 relationship with Foley Materials and Frank
23 Foley and the Concrete Company, if you