# Exhibit T

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


THE CONCRETE COMPANY,
    Plaintiff,

v.                        CASE NO.: 2:05-CV-1026-ID-CSC

HARRY E. LAMBERT and
CAROL'S CONTRACTING,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~


DEPOSITION OF


JAMES B. MADDOX


January 17, 2007
9:31 a.m.


Comfort Inn Conference Center

2101 West Hill Avenue
Valdosta, Georgia 31601


Lorraine R. Andresen, CCR

1   A.   Some are, some aren't.

2   Q.   Which ones are?

3   A.   One -- And I don't think he ever produced any sand, 4 but I done business with Brinson Sand and Gravel. He bought 5 from me and hauled for me, both. And let's see --

6   Q.   You mentioned some guy named M&M at one time.

7   A.   M&M, yes. M&M, I do very little business with him 8 and it's not sand or gravel, it's usually granite that I would 9 buy through him. B&R was owned by Billy Rayburn and he was in 10 the trucking as well as in the production, that's B&R in 11 Montgomery.

12   Q.   Other than those companies, do most of the 13 commercial trucking companies you hire engage in the sand and 14 gravel business?

15   A.   Well, the only thing that I use is dump trucks, 16 yeah. I mean that is their business.

17   Q.   Their business is hauling?

18   A.   Hauling, right.

19   Q.   And they charge by the ton?

20   A.   Right.

21   Q.   And they charge by the ton and a ton of gravel is 22 the same as a ton of peanuts, so they charge by the ton?

23   A.   Right.

24   Q.   And did you ever consider Carol's Contracting, Inc. 25 to be a sand and gravel company?

1    A.    No.

2    Q.    Did you ever consider Foshing (phonetic) Trucking to
3 be a sand and gravel business?

4    A.    No.

5    Q.    Now, getting back to your affidavit, I'm looking at
6 the second paragraph. Has Maddox Stone and Gravel ever
7 purchased gravel, aggregate or any other products from Harry
8 Lambert?

9    A.    No, I didn't purchase from him while he was -- I
10 never did purchase anything from him. In fact, I wasn't in
11 the -- I wasn't a broker -- I wasn't a broker when he was at
12 The City Pit and Anderson Road Material. I wasn't a broker at
13 that time, so I never -- No, I never did buy any.

14    Q.    In other words, there was a time when Harry Lambert
15 was running what you understood to be The City Pit?

16    A.    The City Pitt and the -- Anderson Road Materials, is
17 my understanding, but I had no interest in it because of the
18 fact that I wasn't a broker at the time that that was
19 happening. I don't think I was a broker at any of that time.

20    Q.    And there was a time -- Do you know whether there
21 was a time when Harry was no longer in the sand and gravel
22 business?

23    A.    I know he wasn't in it -- I know he wasn't in it
24 when I became a broker.

25    Q.    Okay.

```
 1     A.    Because if he had been in it, I would have tried to
 2 buy something from him.
 3     Q.    Do you know why he wasn't in the business at that
 4 time?
 5     A.    Actually, do I know why?  I don't.  And I never have
 6 -- I never have -- I never have asked him.
 7     Q.    Well, has he ever told you that he was under some
 8 kind of a non-compete agreement?
 9     A.    Yes, he did.  Now, he's told me that.
10     Q.    Okay.
11     A.    Yes, yes.
12     Q.    And did he engage in the sand and gravel business
13 during that period of time he was under the non-compete
14 agreement?
15     A.    Well now, that I don't know.
16     Q.    You don't know whether he did or he didn't?
17     A.    No, I have no idea.
18     Q.    Now, when you asked him if he knew of places you
19 could buy material --
20     A.    I wasn't expecting to buy any from him because I
21 didn't -- he had told me prior to that that he was not in --
22 in the business of producing gravel, so no, I wasn't expecting
23 to buy anything from him.
24     Q.    And did you expect to pay him anything for that
25 advice?
```

```
 1     A.    No, no.
 2     Q.    Did you expect to pay him any commission --
 3     A.    No.
 4     Q.    -- if you found gravel based on --
 5     A.    No.
 6     Q.    -- what he said?
 7     A.    No.
 8     Q.    Did you ever pay him anything for that advice?
 9     A.    No.  I might have gave him a bottle of syrup.
10     Q.    And did you ask him as a friend for this kind of
11 information?
12     A.    Yeah.  I would think that he would tell me where
13 there would be material that I could buy, yes.
14     Q.    And would you consider him engaging in the sand and
15 gravel business by answering your question?
16     A.    No.
17     Q.    And did he give you the names of companies in
18 addition to Alabama Gravel?
19     A.    Oh, yeah, yeah.  As you say, Elmore, but I had
20 already called on Elmore.  I couldn't buy any.  I never have
21 bought anything from them.
22     Q.    Well, let me ask you this.  If you could have bought
23 gravel at that time from Foley Materials at the same price
24 that Alabama Gravel agreed to sell it to you for delivered,
25 would you have bought from Foley Materials?
```