# Exhibit V

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE CONCRETE COMPANY,         )
                              )
    PLAINTIFF,                )
                              )
vs.                           ) CIVIL ACTION FILE NO:
                              ) 2:05-CV-1026-ID-CSC
HARRY E. LAMBERT and CAROL'S  )
CONTRACTING, INC.,            )
                              )
    DEFENDANTS.               )

\* \* \*

The following deposition of MICHAEL HONG was taken pursuant to stipulations contained herein, the reading and signing of the deposition waived, before Tanga Donnelly, Certified Court Reporter in the State of Georgia, on January 16, 2007 at 30 Ivan Allen Jr. Boulevard, Atlanta, Georgia commencing at 1:13 P.M.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
METRO ATLANTA REPORTERS, INC.
CERTIFIED COURT REPORTERS
POST OFFICE BOX 1442
SNELLVILLE, GEORGIA 30078
770-958-2344    FAX 770-985-5044
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1    Q.   Do you recall speaking with Harry Lambert at
2 that time?
3    A.   No.
4    Q.   Do you recall ever speaking to Harry Lambert?
5    A.   No.
6    Q.   Do you know how you got Harry --  Well, do you
7 know how you got the name Harry that you wrote on this
8 document?
9    A.   No.
10   Q.   And you just have no recollection of that?
11   A.   I have no recollection.
12   Q.   Now, when the document is printed from the
13 computer at Crest Capital, where is that printed when you
14 would print out an application like this?
15   A.   Just a regular printer.
16   Q.   Next to your desk?
17   A.   It's actually --  There's a couple of people
18 that share a printer.
19   Q.   And when it's printed, do you know if the --
20 And I'm specifically looking at the numbers 12/6/05 and
21 the 10:34, not the December-06-05, 2005.
22   A.   Uh-huh (affirmative).
23   Q.   Does the 12/06/05 10:34, does that appear when
24 you print it?
25   A.   No.

1          MR. BAILEY:  Object to the form.
2  BY THE WITNESS:  (Resuming)
3      A.   I don't know.
4      Q.   When you wrote, "I'll take care of it before
5  the holidays," what holidays were you referring to?
6      A.   I would assume Christmas, it was in December.
7      Q.   Why would you assume that?
8      A.   Because it says it was faxed on December 6 of
9  2005.
10     Q.   Do you have any reason at all, Mr. Hong, to
11 believe that this document came from anywhere else other
12 than Crest Capital?
13     A.   No.
14     Q.   And is this a standard Crest Capital form?
15     A.   Yes.
16     Q.   And it's something that you use in the ordinary
17 course of your business?
18     A.   Yes.
19     Q.   How often do you use these types of documents?
20     A.   Very often.
21     Q.   Do you see where the phone number is circled
22 there, the fax number?
23     A.   Uh-huh (affirmative).
24     Q.   Do you know who circled that?
25     A.   I don't know.

1  Q.  Is that something that you do when you fax
2 these things out as a matter of practice is circle it?
3  A.  Sometimes.
4  Q.  And is it common for you to write notes on the
5 side as you did in this instance?
6  A.  Sometimes.
7  Q.  Now, in your business, in sales, are there
8 instances where you would send out a fax like this-- Let
9 me ask you this way. What leads you to send out faxes
10 like this in your line of work?
11  A.  It could be any number of things.
12  Q.  And tell me some of those.
13  A.  It could be, like I said, for, you know,
14 someone's that's buying the equipment could call. It
15 could be someone selling the equipment that calls us. It
16 could be just a lead. It could be a referral. I mean,
17 it could be any number of things.
18  Q.  All right. Now, you said if somebody calls you
19 who's buying or somebody calls you who's selling?
20  A.  Uh-huh (affirmative).
21  Q.  And you said a lead. Now, does a -- is a lead
22 the result of somebody calling you as well?
23  A.  It could be.
24  Q.  I mean, are there instances where you could get
25 a lead without speaking with a person?

1   A.   I don't understand the question.
2   Q.   If the form that we see here has your name on
3 it, does that give us any indication as to who entered
4 the typed-written information in the application only
5 section of the form?
6   A.   I would assume it's me.
7   Q.   Now, in the ordinary course of business --
8 Well, let me --  Do you recall actually when and how you
9 made this document?
10  A.   No.
11  Q.   Would I be correct to assume that this is a
12 document that you deal with many times over the course of
13 a month?
14  A.   Yes.
15  Q.   And you may generate dozens of these in a year?
16  A.   Yes.
17  Q.   So it would be kind of remarkable if you could
18 actually remember this one?
19  A.   Right.
20  Q.   Would that be true?
21  A.   Yes.
22  Q.   But in terms of usual and customary course of
23 how these things get done, where do you get the kind of
24 information that we see in the application only equipment
25 finance section of Exhibit 1 to your deposition?

```
 1      A.    I don't know.
 2      Q.    Now, have you checked any records at Crest
 3 Capital to see if they have an account?
 4      A.    Yes.
 5      Q.    Who has an account?
 6      A.    Nobody.
 7      Q.    Montgomery Materials Company, LLC doesn't have
 8 an account?
 9      A.    No.
10      Q.    Harry Lambert doesn't have an account?
11      A.    No.
12      Q.    The Concrete Company doesn't have an account?
13      A.    No.
14      Q.    Can you tell the jury any explanation for how
15 you got or where you got the telephone numbers that are
16 shown on Exhibit 1?
17      A.    I do not know.
18      Q.    Would you know where you got the address for
19 Montgomery Materials Company, LLC?
20      A.    I don't know.
21      Q.    Can you tell us that the Harry that you
22 mentioned in your handwriting on this document is Harry
23 Lambert?
24      A.    I don't know.
25      Q.    What is your current extension?
```

1   Q.   Looking at your Affidavit, Exhibit 2, it does
2 bear your signature?
3   A.   Yes.
4   Q.   You did sign it in the presence of a Notary
5 Public?
6   A.   (No response.)
7   Q.   In other words, there's somebody whose name is
8 below your name.
9   A.   Yes.
10  Q.   Where did you go to get it signed; do you
11 recall?
12  A.   I went to the bank.
13  Q.   And did anyone coerce you or force you or in
14 any way threaten you to get you to review and sign the
15 Affidavit?
16  A.   No.
17  Q.   Now, on the first page it looks like you also
18 checked to see whether there were records of any Crest
19 Capital records related to Carol Lambert and Carol's
20 Contracting; is that correct?
21  A.   Yes.
22  Q.   Have they ever been customers of Crest Capital?
23  A.   No.
24  Q.   What about Alabama Gravel, LLC?
25  A.   No.

```
 1      Q.    Mr. Hong, if it's true that Harry Lambert was
 2 not connected with Montgomery Materials, LLC after 2002,
 3 could you explain for the jury why if he called you he
 4 would give you their name, their address, their telephone
 5 number and their fax number?
 6      A.    I don't know.
 7      Q.    You can't explain that, can you?
 8      A.    I can't.
 9      Q.    And you were with Crest Capital in 2002?
10      A.    Yes.
11            MR. BAILEY:  No further questions.
12                    REDIRECT EXAMINATION
13 BY MR. GRISTINA:
14      Q.    Are there instances, Mr. Hong, where a vendor
15 provides you the name and telephone number or fax number
16 of a customer as a potential lead for financing?
17      A.    Yes.
18      Q.    And in those instances they would give you
19 potentially that customer's company and their contact
20 information?
21      A.    Yes.
22      Q.    And are there instances where a sale --
23            (Whereupon, a brief discussion ensued off
24     the record.)
25 BY MR. GRISTINA:   (Resuming)
```







TCC0001069

Please Fax back to Crest Capital     Mike Hong, Ext. 108

📠 (888) 391-6728     CREST CAPITAL    (800) 245-1213 ☎

Harry
If you have the Invoice - Descriptions for the Equipment - Send those too and I'll take care of it before the Holidays. Thanks, Mike

## APPLICATION ONLY - EQUIPMENT FINANCE
(No Financial Statements or Tax Returns needed)

| | |
|---|---|
| Business Name: Montgomery Materials Co LLC | Address: 739 Oliver Road |
| City: Montgomery | State: AL   Zip: 36117 |
| Phone: (334) 271-6585 | Fax: (706) 565-1889 |

| Officer 1 Name | Title | Social Security Number | Ownership % |
|---|---|---|---|
| | | | |

| Officer 2 Name | Title | Social Security Number | Ownership % |
|---|---|---|---|
| | | | |

PLEASE NOTE: The information contained in this message is intended only for the use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error or wish not to receive future messages, please notify us immediately by returning this message by toll-free fax at 1-(888)-391-6728, and destroy and discard the original message.

### BANK REFERENCE

| Bank Name | Phone |
|---|---|
| Contact Person | Fax |
| Account Type | Account Number |

### BORROWING REFERENCE
(Needed for requests over $75,000)

| Lender Name | Phone |
|---|---|
| Account Number | Fax |

### EQUIPMENT FINANCE QUESTIONNAIRE
(Equipment, Vehicle, Software, etc.)

| Type of Equipment | Estimated Date of Equipment Purchase |
|---|---|
| | ( ) NEW   ( ) USED: _____ |
| Equipment Seller | Year Manufactured |
| $ Estimated Price of Equipment | 24 or 36 or 48 or 60 (Circle)   $1 or 10% or FMV (Circle) Desired Term (in months)   Purchase Option |

Signature below hereby authorizes verification of credit information from whatever source deemed appropriate. Such authorization extends to obtaining business references as well as any/all individual credit report profiles from any national credit reporting agency, as well as authorizes banks, trade/borrowing references and financial institutions to release all credit information requested, and furthermore waives any potential right or claim they may have under the Fair Credit Reporting Act. A copy of this Credit Release Authorization may be deemed to be the equivalent of the original.

| Signature: | Date: | Signature: | Date: |
|---|---|---|---|
| Officer 1 | | Officer 2 | |

TCC0002399

TOTAL P.01