# Exhibit Y

The Concrete Company

Notes to Consolidated Financial Statements (continued)

March 31, 2004 and 2003

## 2. Acquisitions

Effective April 8, 2002, the Company purchased the remaining 50% interest in Montgomery Materials, LLC, for cash consideration of approximately $340,000 and the assumption of all liabilities of the acquired company. Prior to this date the Company accounted for this investment utilizing the equity method. After the purchase, the accounts of Montgomery Materials, LLC have been consolidated with those of the Company.

TCC0003149