# Exhibit Z

INVOICE

## FOLEY MATERIALS COMPANY

P.O. BOX 7877
COLUMBUS, GA 31908-7877
PHONE (706) 563-7882 FAX (706) 563-1869

| | |
|---|---|
| DATE | 06/01/05 |
| CUSTOMER NO. | 03866 |

INVOICE NO. 1525864

JOB NO. 00004

ORDER NO B-SIME

WE APPRECIATE THE OPPORTUNITY
TO SERVE YOU

SIMCALA, INC.
P. O. BOX 68
MT. MEIGS, AL 360057

**DELIVERY ADDRESS**

PO REQUIRED

**PURCHASE ORDER NUMBER**
0502362.42

| DATE SHIPPED | QUANTITY | MATERIAL | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 06/01/05 | 29.01 | GRAVEL-OVERSIZE FOB JOB | 15.57 | 451.69 |
| 06/01/05 | 29.01 | SEVERANCE TAX | 0.10 | 2.90 |

Ticket number(s) shipped from plant 501

5010803252

| | | | | |
|---|---|---|---|---|
| | | | Subtotal | 454.59 |
| | | | Tax (415) | |

NET 30 DAYS

▲  INVOICE TOTAL  454.59

A FINANCE CHARGE OF 1½% PER MONTH (18% PER ANNUM) CHARGED ON ALL PAST DUE ACCOUNTS.
15% ATTORNEY'S FEES WILL BE ADDED IF NECESSARY FOR COLLECTION

FILE COPY

BMT-10
I hereby certify that this shipment is from Approved Source if _____ and meets the
specifications for this project and the weight shown is true and accurate.

RECEIVED/RELEASED BY:

Signed _____
        Weighmaster/Authorized Representative

ACCT'S RECEIVABLE COPY

TCC0003150