# Exhibit AA

## THE CONCRETE COMPANY
### SHIPMENTS OF OVERSIZE GRAVEL TO GLOBE AND SIMCALA
### FOR PERIOD ENDING 01/01/01 THROUGH 11/30/06

1/4/2007

| Month | 501 Bickerstaff Globe Brown | 501 Bickerstaff Simcala Brown | 502 Ward Globe White | 502 Ward Simcala White | 503 Tysonville Globe Brown | 511 Dozier Globe White | 511 Dozier Globe Brown | 512 City Globe Brown |
|---|---|---|---|---|---|---|---|---|
| Jan-04 | | | | | | | | |
| Feb-04 | | 599 | | | | | | |
| Mar-04 | | 5135 | | | | | | |
| Apr-04 | | 3596 | | 1522 | | | | |
| May-04 | | 2453 | | 2490 | | | | |
| Jun-04 | | 2868 | | 2744 | | | | |
| Jul-04 | | 2583 | 3108 | 2348 | | 1577 | 3603 | |
| Aug-04 | | 2630 | 3544 | 2684 | | 4965 | 8006 | |
| Sep-04 | | 2126 | 3508 | 2451 | | 1699 | 4096 | |
| Oct-04 | | 1669 | 3497 | 2598 | | 1223 | 4874 | |
| Nov-04 | | 2136 | 3529 | 3133 | | 593 | 5725 | |
| Dec-04 | 27 | 2354 | 4110 | 2337 | | 1310 | 4523 | |
| Jan-05 | | 1370 | 1049 | 540 | | 2175 | 8004 | |
| Feb-05 | | 3476 | 31 | 566 | | 2747 | 6769 | |
| Mar-05 | | 3119 | 947 | | | 2420 | 5588 | |
| Apr-05 | | 2298 | 1807 | 333 | | 710 | 4004 | 3676 |
| May-05 | | 112 | 2182 | | | 1047 | | 5192 |
| Jun-05 | | 29 | 3436 | | | 1765 | 1067 | 2960 |
| Jul-05 | | | 2049 | | | 2025 | 5728 | |
| Aug-05 | | | 1605 | | 30 | 1490 | 5546 | 1166 |
| Sep-05 | | | 2266 | | | | 4739 | |
| Oct-05 | | | 2204 | | | | 3544 | 413 |
| Nov-05 | | | 3087 | | 68 | | 2989 | 23 |
| Dec-05 | | | 2602 | | | | 2162 | |
| Jan-06 | | | 2532 | | | | 3123 | |
| Feb-06 | | | 184 | | | | 4192 | |
| Mar-06 | | | | | | | 3338 | 528 |
| Apr-06 | | | | | | | 1606 | 1431 |
| May-06 | | | | | | | 4966 | |
| Jun-06 | | | | | | | 6245 | |
| Jul-06 | | | | | | | 4812 | |
| Aug-06 | | | | | | | 7348 | |
| Sep-06 | | | | | | | 5538 | |
| Oct-06 | | | | | | | 3933 | |
| Nov-06 | | | | | | | 2785 | |
| Dec-06 | | | | | | | | |
| Totals | 10036 | 38555 | 72768 | 23746 | 601 | 26257 | 128989 | 15901 |

TCC0002855