# Exhibit BB







TCC0001069