# Exhibit CC

FREEDOM COURT REPORTING  COPY

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION


THE CONCRETE COMPANY,

         Plaintiff,

    versus                         2:05-CV-1026-D

HARRY E. LAMBERT, et al.,

         Defendants.



             * * * * * * * * * * *

             DEPOSITION OF NEAL LABOVITZ,

taken pursuant to stipulation and agreement

before Jackie Parham, Certified Shorthand

Reporter and Commissioner for the State of

Alabama at Large, in the law offices of Balch

& Bingham, 105 Tallapoosa Street, Montgomery,

Alabama, on Wednesday, the 24th day of

January, 2007, commencing at approximately

9:30 a.m.
```

## FREEDOM COURT REPORTING

17

|    |    |    |
|----|----|----|
| 1  |    | And then we would put it in a stack that |
| 2  |    | sits on the top of my desk. So I guess I |
| 3  |    | looked at that time to make sure that it |
| 4  |    | was signed, to make sure that they didn't, |
| 5  |    | you know, make any changes or say "You |
| 6  |    | didn't send this or that." |
| 7  | Q. | Do you recall who signed on behalf of |
| 8  |    | Alabama Gravel? |
| 9  | A. | I do not. |
| 10 | Q. | Do you recall if Mr. Lambert ever signed |
| 11 |    | on behalf of Alabama Gravel? |
| 12 | A. | I do not. |
| 13 | Q. | Did you ever personally deliver equipment |
| 14 |    | that you were selling to Alabama Gravel? |
| 15 | A. | I think one time I carried some material |
| 16 |    | out there, a small load on my pickup |
| 17 |    | truck. |
| 18 | Q. | To what site did you take your pickup |
| 19 |    | truck? |
| 20 | A. | To the gravel pit. |
| 21 | Q. | Now, was it in Deatsville, Alabama? |
| 22 | A. | Yes, sir. That one. |
| 23 | Q. | And who was there when you got there? |

**FREEDOM COURT REPORTING**

28

|    |    |    |
|----|----|----|
| 1  |    | together. You know, it's a business |
| 2  |    | relationship. He kind of -- he enters the |
| 3  |    | orders. I don't type as good as this |
| 4  |    | young lady here. I am unable to really. |
| 5  |    | And, so, when I write it down, he kind of |
| 6  |    | can put it in the computer as one of the |
| 7  |    | things he can do. Because it would take |
| 8  |    | me to do -- this one invoice would take me |
| 9  |    | a long time to type this in. That's |
| 10 |    | really what he did. |
| 11 | Q. | Now, am I correct that September 22nd, |
| 12 |    | 2005 is the first invoice for Southern |
| 13 |    | Steel's sales to Alabama Gravel? |
| 14 | A. | Yes, sir. |
| 15 | Q. | And at that time -- You mentioned that you |
| 16 |    | take the orders. |
| 17 | A. | Yes. |
| 18 | Q. | Do you recall who called you to place |
| 19 |    | these orders? |
| 20 | A. | I think it was Allen -- |
| 21 | Q. | King? |
| 22 | A. | Got big, bushy hair. Allen King. The |
| 23 |    | reason I take most of the orders is, I own |

# FREEDOM COURT REPORTING

29

```
 1           the joint.  They think they -- they think
 2           I know all my inventory, all my prices.
 3           And I'm -- and I still have to sometimes
 4           go to the computer to remember what I've
 5           got and what the prices are.  But most
 6           folks deal with me.
 7   Q.      And do you recall speaking with Mr. King
 8           about Alabama Gravel orders?
 9   A.      I remember talking to Allen King.  Yes.
10   Q.      Do you know how Mr. King came to call your
11           company?
12   A.      We all chase the gravel industry.  It's a
13           very large industry in this area.  So I
14           have done business -- I've known of Allen
15           for years and years.  We have never done
16           business together, but we've worked on the
17           same projects, you know.  So I've known
18           him for all my life.
19   Q.      When you have a new customer that calls,
20           how do you set up an account for that
21           customer?
22   A.      If they're around here, in the
23           conversation, you know, I just talk to
```

FREEDOM COURT REPORTING

31

| | | |
|---|---|---|
| 1 | Q. | Were you aware of who the owners of |
| 2 | | Alabama Gravel were at that time in -- |
| 3 | A. | No, sir. |
| 4 | Q. | -- September '05? |
| 5 | A. | No, sir. |
| 6 | Q. | Were you aware of any involvement |
| 7 | | Mr. Lambert may have had with Alabama |
| 8 | | Gravel at that time? |
| 9 | A. | No. |
| 10 | Q. | Going back specifically to this time |
| 11 | | period, September 2005. Now, I'm going to |
| 12 | | be more specific on the time period. |
| 13 | | Going back a few months before that, so |
| 14 | | say June '05 up to the end of '05, June |
| 15 | | 2005 until the end of 2005 -- |
| 16 | A. | Okay. |
| 17 | Q. | -- do you recall having any telephone |
| 18 | | conversations with Mr. Harry Lambert? |
| 19 | A. | I don't recall. |
| 20 | Q. | Do you recall having any business dealings |
| 21 | | with Mr. Harry Lambert during that time |
| 22 | | period? |
| 23 | A. | I don't. |

FREEDOM COURT REPORTING

48

| | | |
|---|---|---|
| 1 | Q. | What was that for? |
| 2 | A. | April 14th, 2005, I sent some 36-inch |
| 3 | | pipe, 80 feet of it. It doesn't have -- |
| 4 | | it just says 36 and 50. |
| 5 | Q. | Okay. |
| 6 | A. | So I think that's what it is. |
| 7 | Q. | All right. Now, looking up at the entry |
| 8 | | above for Harry Lambert, can you tell me |
| 9 | | what that pertains to, looking at your |
| 10 | | Alabama Gravel invoices? |
| 11 | A. | Are yours and mine the same? |
| 12 | Q. | Why don't you look at yours? That'd be |
| 13 | | easier for you. |
| 14 | A. | All right. |
| 15 | Q. | You were looking at -- Just so the Record |
| 16 | | is clear, you were looking at Plaintiff's |
| 17 | | Exhibit 2. And you believe that the |
| 18 | | second Lambert reference in your notebook |
| 19 | | pertains to an invoice to Alabama Gravel |
| 20 | | from April 14, 2006? |
| 21 | A. | Yes. I don't have the 30-inch in here. |
| 22 | | I'm guessing it was 30 or 36 and he bought |
| 23 | | the 36. |

FREEDOM COURT REPORTING

67

| | | |
|---|---|---|
| 1 | A. | If I needed to, I could get -- I could get |
| 2 | | my way up there and go see the folks and |
| 3 | | get my money. |
| 4 | Q. | Okay. |
| 5 | A. | It's pretty close by. |
| 6 | Q. | I don't have anything further. I |
| 7 | | appreciate it. |
| 8 | | EXAMINATION |
| 9 | BY MR. BAILEY: | |
| 10 | Q. | Mr. Labovitz, my name is Dennis Bailey. |
| 11 | | I'm with Rushton, Stakely. I represent |
| 12 | | Harry and Carol's Contracting, Inc., which |
| 13 | | is his wife's trucking company. |
| 14 | A. | Yes, sir. |
| 15 | Q. | You said earlier that your business is the |
| 16 | | steel business. |
| 17 | A. | Yes. |
| 18 | Q. | I note that you occasionally deliver your |
| 19 | | own product in your own trucks. |
| 20 | A. | Yes. |
| 21 | Q. | But that when you are having to ship |
| 22 | | product that is over a length that you can |
| 23 | | accommodate in your vehicles, you hire |

www.freedomreporting.com
1-877-373-3660

**FREEDOM COURT REPORTING**

68

|   |   |   |
|---|---|---|
| 1 |    | commercial truckers to handle it? |
| 2 | A. | Correct. I have a 24-foot truck. |
| 3 | Q. | For example, Loftin is a commercial |
| 4 |    | trucking company you've hired to send your |
| 5 |    | product to a customer; Kelly Transport is |
| 6 |    | another? |
| 7 | A. | Yes, sir. |
| 8 | Q. | Now, you sell to companies that are in the |
| 9 |    | gravel business? |
| 10 | A. | Yes. |
| 11 | Q. | And you sell to companies that I suppose |
| 12 |    | are in other businesses also? |
| 13 | A. | The gravel business is a huge part of what |
| 14 |    | we do. It's in this area. It is -- I |
| 15 |    | hate to throw out percentages. But it is |
| 16 |    | maybe a third of our sales; maybe a hair |
| 17 |    | more than that. |
| 18 | Q. | What other businesses make up the rest of |
| 19 |    | your sales, in general? I don't need to |
| 20 |    | know specifics. |
| 21 | A. | Steel fabricators that would take it and |
| 22 |    | build all kinds of structures or, you |
| 23 |    | know, to go in an industrial plant. We |

FREEDOM COURT REPORTING

69

```
 1              sell a lot of pipe for ponds, pleasure
 2              ponds, as well as, you know, growing fish.
 3              That's about the bulk of it.
 4       Q.     So the steel that you sell can be used in
 5              a variety of applications?
 6       A.     Yes, sir.
 7       Q.     And the pipes you sell, the same is true?
 8       A.     It is, in its form it came in. We don't
 9              fabricate it in any way.
10       Q.     Do you consider your company to be in the
11              sand and gravel business?
12       A.     No, sir.
13       Q.     Do you consider your company to be in the
14              commercial trucking business?
15       A.     No.
16       Q.     No further questions.
17
18                    * * * * * * * * * * *
19                   FURTHER DEPONENT SAITH NOT
20                    * * * * * * * * * * *
21
22                    REPORTER'S CERTIFICATE
23       STATE OF ALABAMA,
```