

**U.S. Census Bureau**

# Development of NAICS

**BACKGROUND**

**Implementation**
Census Bureau
BEA
BLS
Other agencies

Product Classification
Service Sector
Manufacturing

**Questions?**
Ask Dr. NAICS

International
Concordances

**Development of NAICS**
Introduction
Federal Register
Issues & concepts
Papers & speeches

The United States has a new industry classification system! On April 9, 1997, the Office of Management and Budget (OMB) announced its decision to adopt the North American Industry Classification System (NAICS pronounced Nakes) as the industry classification system used by the statistical agencies of the United States. NAICS replaces the 1987 Standard Industrial Classification (SIC).

NAICS is a unique, all-new system for classifying business establishments. It is the first economic classification system to be constructed based on a single economic concept. Economic units that use like processes to produce goods or services are grouped together. This "production-oriented" system means that statistical agencies in the United States will produce data that can be used for measuring productivity, unit labor costs, and the capital intensity of production; constructing input-output relationships; and estimating employment-output relationships and other such statistics that require that inputs and outputs be used together.

NAICS is the first-ever North American industry classification system. The system was developed by the Economic Classification Policy Committee (ECPC), on behalf of the OMB, in cooperation with Statistics Canada and Mexico's Instituto Nacional de Estadística, Geografía e Informática (INEGI) to provide comparable statistics across the three countries. For the first time, government and business analysts will be able to compare directly industrial production statistics collected and published in the three North American Free Trade Agreement countries. NAICS also provides for increased comparability with the International Standard Industrial Classification System (ISIC, Revision 3), developed and maintained by the United Nations.

NAICS responds to increasing and serious criticism about the SIC. It reflects the structure of today's economy in the United States, Canada, and Mexico, including the emergence and growth of the service sector and new and advanced technologies. It is a flexible system that allows each country to recognize important industries below the level at which comparable data will be shown for all three countries.

The recognition of NAICS United States as the official classification system to be used by the U.S. statistical agencies is the culmination of a multi-year review by the ECPC of economic classifications, business data users, and future information needs. The publication in early 1999 of Economic Census data based on NAICS will provide the first glimpse of data based on the new system.

**DEVELOPMENT OF NAICS**

The SIC, used since the 1930s, was developed by an Interdepartmental Committee on Industrial Statistics, established by the Central Statistical Board of the United States. Its charge was "to develop a plan of classification of various types of statistical data by industries and to promote the general adoption of such classification as the standard classification of the Federal Government."[(1)] That List of Industries for manufacturing, published in 1938, and the 1939 List of Industries for nonmanufacturing industries, completed in 1939, became the first Standard Industrial Classification (SIC) for the United States.

The SIC was established to promote uniformity and comparability of data collected and published by agencies within the U.S. government, state agencies, trade associations, and research organizations. It was developed as an establishment based industry classification system that classified each establishment (defined as a single physical location at which economic activity occurs) according to its primary activity. The SIC covered the entire field of economic activities by defining industries in

accordance with the composition and structure of the economy.

Since the 1930s, the SIC has been revised periodically to reflect changes in the economic structure of the United States. New industries were added and small, declining industries deleted or combined with other activities. However, the overall structure of the SIC remained essentially unchanged since the 1930s. The SIC was last revised in 1987, when approximately 20 new service industries were added to the SIC and a few new industries were added to manufacturing to reflect technological changes occurring in that sector.

By the early 1990s, many data users and analysts were criticizing the SIC as outmoded and not reflective of the economy of the United States. The adoption of the North American Free Trade Agreement underscored the need not only to develop a new system, but also to develop that system in cooperation with Canada and Mexico. In early 1992, OMB established the ECPC, comprised of representatives from the Bureau of Economic Analysis that chaired the committee, the Bureau of the Census, and the Bureau of Labor Statistics, and charged it with a "fresh slate" examination of economic classifications to determine if a new system should be developed and whether or not that new system should be based on an economic concept.

The ECPC began its work by developing issue papers for public comment about economic classifications. Six issue papers were published by the ECPC. The first, "Conceptual Issues" explored the need to develop a new system on an economic concept. It detailed two frameworks on which to base a new system, production-oriented or demand oriented, and posed questions for the data user community. The second paper, "Aggregation Structures and Hierarchies," looked at alternative approaches to structuring a classification system. Issues Paper No. 3, "Collectibility of Data", looks at practical issues relating to coding individual establishments into industries, while Issues Paper No. 4, "Criteria for Determining Industries," described statistical measures used in the past to construct the SIC and possible future measures that might be used. "The Impact of Classification Revisions on Time Series" was Issues Paper No. 5. It described the trade-off between maintaining time-series comparability and developing a new system that would provide more relevant up-to-date economic information. Finally, Issues Paper No. 6, "Services Classifications," looked at the important issues surrounding developing a useful services industry classification system.

In past revisions of the SIC, international comparability with other classification systems was not a top priority. Even though data produced using the system created problems for analyses that sought to compare industrial characteristics, trends, and developments across the economies of different countries, little attention was paid to the systems in use internationally. NAICS, however, is different. In a July 26, 1994 Federal Register notice, the ECPC announced that it had reached agreement with the statistical agencies of Canada and Mexico to develop a common industry classification system. The system would be based on a production-oriented economic concept, focus on service industries and industries engaged in the production of advanced technologies, and provide for comparable industry classifications across the North American Free Trade Agreement countries. In that same Federal Register the ECPC solicited proposals for new industries from data users and in consultation with INEGI and Statistics Canada developed NAICS.

The ECPC established seven interagency subcommittees representing twenty Federal government agencies to create the new system in consultation with U.S. data users and in cooperation with staff from the statistical agencies of Canada and Mexico. These committees met with their Canadian and Mexican counterparts over a three year period and reached agreement on the structure of individual industries, industry groups, and subsectors. In all, 31 separate agreements were reached with Statistics Canada and INEGI.

**HOW IS NAICS DIFFERENT FROM THE SIC?**

NAICS is based on a consistent, economic concept. Establishments that use the same or similar processes to produce goods or services are grouped together. The SIC, developed in the 1930s and revised periodically over the past 50 years, was not based on a consistent economic concept. Some industries are demand based while others are production based.

NAICS recognizes the changing and growing services-based economy of the United States and its North American neighbors. NAICS includes 1,170 industries of which 565 are service-based industries. The SIC had 1,004 industries of which 416 were service related industries. Three hundred and fifty eight new industries are recognized in NAICS, 250 of which are services producing industries. There are 20 sectors in NAICS of which 16 are services related. The SIC had ten divisions of which five were service-related. A chart in another article shows the relationship between NAICS sectors and SIC Divisions.

NAICS provides for comparable statistics among the North American countries. In addition, it provides for more comparable information with ISIC. The SIC did not.

NAICS is a six-digit system that provides for comparability among the three countries at the five-digit level, albeit with a few exceptions[2]. The SIC was a four-digit system that was not linked in any way to the systems of Canada and Mexico. A six-digit system was adopted for NAICS to provide for increased flexibility in the system. NAICS allows each country to recognize activities that are important in the respective countries, but may not be large enough or important enough to recognize in all three countries. The sixth digit is reserved for this purpose.

The nomenclature of the groupings within the system is different in NAICS. NAICS calls the highest level of aggregation in the system a sector; the SIC referred to this grouping as a division. Other changes have been made to the nomenclature as shown in Figure 2.

**Figure 2**

**NAICS vs. SIC: Structure and Nomenclature**

| NAICS | | SIC | |
|---|---|---|---|
| 2-digit | Sector | Division | Letter |
| 3-digit | Subsector | Major Group | 2-digit |
| 4-digit | Industry Group | Industry Group | 3-digit |
| 5-digit | NAICS Industry | Industry | 4-digit |
| 6-digit | National | N/A | N/A |

**CONCLUSION**

The introduction of NAICS as the industry classification system of the United States will have a profound effect on statistics published by the statistical agencies in the U.S. For the first time, data will be available on the Information sector; service industries never before identified in the SIC will be measured; and statistics published by the U.S. statistical agencies will be on a consistent basis with industry data provided by Canada and Mexico's statistical offices. NAICS is forward looking and flexible, anticipating increasing globalization and providing enhanced industry comparability among the NAFTA trading partners while recognizing important national industries and providing for periodic updates through three country review. NAICS recognizes the structural and technological changes occurring in the economies of the three North American countries and provides the means to measure these changes well into the next millennium.

**NOTES AND REFERENCES**

1. Esther Pierce, History of the Standard Industrial Classification, (Washington, D.C., Executive Office of the President Office of Statistical Standards, U.S. Bureau of the Budget).

2. Typically, the level at which comparable data will be available for Canada, Mexico, and the United States is the five-digit NAICS industry; for some sectors (or subsectors or industry groups)

however, the three countries agreed upon the boundaries at a higher level of detail rather than the detailed industry structure (five-digit). Agreement was reached at the sector level for construction; wholesale trade; retail trade; and public administration and at the subsector level for finance; personal and laundry services; religious, grantmaking, civic, and professional and similar organization; and waste management and remediation services. For insurance and real estate, the three countries agreed on comparability at the industry group level.

Differences in the economies of the three countries or time constraints necessitated these modifications. For each of these sectors, except wholesale trade and public administration, Canada and the United States agreed upon an industry structure and hierarchy to ensure comparability of statistics between those two countries. Canada and the United States also established the same national detail (six-digit) industries where possible, adopting the same codes to describe comparable industries. For this reason, the numbers of the U.S. national industries may not be consecutive. In a few cases, it was necessary for the United States to use all of the numbers available to establish its six-digit detail so that the same six-digit codes do not represent comparable industries in the U.S. and Canada. The NAICS United States manual, to be issued shortly, provides further information on the level of comparability among the three countries.

Send comments or questions about **NAICS** to *naics@census.gov*

**Census Bureau Links:** Home · Search · Subjects A-Z · FAQs · Data Tools · Catalog · Census 2000 · Quality · Privacy Policy · Contact Us

USCENSUSBUREAU
Helping You Make Informed Decisions

Page Last Modified: December 13, 2001

U.S. Census Bureau

# 2002 NAICS Definitions
# 48-49 Transportation and Warehousing

**48-49 Transportation and Warehousing**

The Sector as a Whole

The Transportation and Warehousing sector includes industries providing transportation of passengers and cargo, warehousing and storage for goods, scenic and sightseeing transportation, and support activities related to modes of transportation. Establishments in these industries use transportation equipment or transportation related facilities as a productive asset. The type of equipment depends on the mode of transportation. The modes of transportation are air, rail, water, road, and pipeline.

The Transportation and Warehousing sector distinguishes three basic types of activities: subsectors for each mode of transportation, a subsector for warehousing and storage, and a subsector for establishments providing support activities for transportation. In addition, there are subsectors for establishments that provide passenger transportation for scenic and sightseeing purposes, postal services, and courier services.

A separate subsector for support activities is established in the sector because, first, support activities for transportation are inherently multimodal, such as freight transportation arrangement, or have multimodal aspects. Secondly, there are production process similarities among the support activity industries.

One of the support activities identified in the support activity subsector is the routine repair and maintenance of transportation equipment (e.g., aircraft at an airport, railroad rolling stock at a railroad terminal, or ships at a harbor or port facility). Such establishments do not perform complete overhauling or rebuilding of transportation equipment (i.e., periodic restoration of transportation equipment to original design specifications) or transportation equipment conversion (i.e., major modification to systems). An establishment that primarily performs factory (or shipyard) overhauls, rebuilding, or conversions of aircraft, railroad rolling stock, or a ship is classified in Subsector 336, Transportation Equipment Manufacturing according to the type of equipment.

Many of the establishments in this sector often operate on networks, with physical facilities, labor forces, and equipment spread over an extensive geographic area.

Warehousing establishments in this sector are distinguished from merchant wholesaling in that the warehouse establishments do not sell the goods.

Excluded from this sector are establishments primarily engaged in providing travel agent services that support transportation and other establishments, such as hotels, businesses, and government agencies. These establishments are classified in Sector 56, Administrative and Support and Waste Management and Remediation Services. Also, establishments primarily engaged in providing rental and leasing of transportation equipment without operator are classified in Subsector 532, Rental and Leasing Services.

**Census Bureau Links:**  Home · Search · Subjects A-Z · FAQs · Data Tools · Catalog · Census 2000 · Quality · Privacy Policy · Contact Us

USCENSUSBUREAU
*Helping You Make Informed Decisions*

Page Last Modified: May 06, 2003

**U.S. Census Bureau**

# 2002 NAICS Definitions
# 21 Mining

## 21 Mining

The Sector as a Whole

The Mining sector comprises establishments that extract naturally occurring mineral solids, such as coal and ores; liquid minerals, such as crude petroleum; and gases, such as natural gas. The term mining is used in the broad sense to include quarrying, well operations, beneficiating (e.g., crushing, screening, washing, and flotation), and other preparation customarily performed at the mine site, or as a part of mining activity.

The Mining sector distinguishes two basic activities: mine operation and mining support activities. Mine operation includes establishments operating mines, quarries, or oil and gas wells on their own account or for others on a contract or fee basis. Mining support activities include establishments that perform exploration (except geophysical surveying) and/or other mining services on a contract or fee basis (except mine site preparation and construction of oil/gas pipelines).

Establishments in the Mining sector are grouped and classified according to the natural resource mined or to be mined. Industries include establishments that develop the mine site, extract the natural resources, and/or those that beneficiate (i.e., prepare) the mineral mined. Beneficiation is the process whereby the extracted material is reduced to particles that can be separated into mineral and waste, the former suitable for further processing or direct use. The operations that take place in beneficiation are primarily mechanical, such as grinding, washing, magnetic separation, and centrifugal separation. In contrast, manufacturing operations primarily use chemical and electrochemical processes, such as electrolysis and distillation. However, some treatments, such as heat treatments, take place in both the beneficiation and the manufacturing (i.e., smelting/refining) stages. The range of preparation activities varies by mineral and the purity of any given ore deposit. While some minerals, such as petroleum and natural gas, require little or no preparation, others are washed and screened, while yet others, such as gold and silver, can be transformed into bullion before leaving the mine site.

Mining, beneficiating, and manufacturing activities often occur in a single location. Separate receipts will be collected for these activities whenever possible. When receipts cannot be broken out between mining and manufacturing, establishments that mine or quarry nonmetallic minerals, beneficiate the nonmetallic minerals into more finished manufactured products are classified based on the primary activity of the establishment. A mine that manufactures a small amount of finished products will be classified in Sector 21, Mining. An establishment that mines whose primary output is a more finished manufactured product will be classified in Sector 31-33, Manufacturing.

**Census Bureau Links:**  Home · Search · Subjects A-Z · FAQs · Data Tools · Catalog · Census 2000 · Quality · Privacy Policy · Contact Us

USCENSUSBUREAU
Helping You Make Informed Decisions

Page Last Modified: May 06, 2003

**U.S. Census Bureau**

# 2002 NAICS Definitions

### 212321 Construction Sand and Gravel Mining

This U.S. industry comprises establishments primarily engaged in one or more of the following: (1) operating commercial grade (i.e., construction) sand and gravel pits; (2) dredging for commercial grade sand and gravel; and (3) washing, screening, or otherwise preparing commercial grade sand and gravel.

*Cross-References.* Establishments primarily engaged in mining industrial grade sand are classified in U.S. Industry 212322, Industrial Sand Mining.

| Go to: | No change 1997 to 2002 | 2002 NAICS to 1987 SIC | 1997 Economic Census | Bridge Between 1997 NAICS and SIC |
|---|---|---|---|---|

| 2002 NAICS | 1997 NAICS | 1987 SIC | Corresponding Index Entries |
|---|---|---|---|
| 212321 | 212321 | 1442 | Common sand quarrying and/or beneficiating |
| 212321 | 212321 | 1442 | Construction sand and gravel beneficiating (e.g., grinding, screening, washing) |
| 212321 | 212321 | 1442 | Construction sand or gravel dredging |
| 212321 | 212321 | 1442 | Gravel quarrying and/or beneficiating |
| 212321 | 212321 | 1442 | Pebbles (except grinding) mining and/or beneficiating |
| 212321 | 212321 | 1442 | Sand and gravel quarrying (i.e., construction grade) and/or beneficiating |
| 212321 | 212321 | 1442 | Sand, construction grade, quarrying and/or beneficiating |

**Census Bureau Links:** Home · Search · Subjects A-Z · FAQs · Data Tools · Catalog · Census 2000 · Quality · Privacy Policy · Contact Us

USCENSUSBUREAU
*Helping You Make Informed Decisions*

Page Last Modified: May 05, 2003