

# Mineral Industry Surveys

**For information, contact:**
Wallace P. Bolen, Construction Sand & Gravel Commodity Specialist
U.S. Geological Survey
983 National Center
Reston, VA 20192
Telephone: (703) 648-7727  Fax: (703) 648-7722
E-mail: wbolen@usgs.gov

Cheryl Crawford (Data)
Telephone: (703) 648-7989
Fax: (703) 648-7975
E-mail: cjcrawfo@usgs.gov

**Internet:** http://minerals.usgs.gov/minerals

## DIRECTORY OF PRINCIPAL CONSTRUCTION SAND AND GRAVEL PRODUCERS IN THE UNITED STATES IN 2005

A total of 1.27 billion metric tons of construction sand and gravel valued at $7.46 billion (free on board plant) was reported produced in the United States in 2005 by 3,794 companies with 6,029 active operations. Some companies produced construction and industrial sand and gravel from the same operation.

In 2005, most construction sand and gravel came from operations that produced more than 200,000 metric tons per year; 1,786 operations, representing 30% of all operations, produced 81% of the total tonnage.

The 10 leading States were, in descending order of tonnage, California, Arizona, Texas, Michigan, Minnesota, Nevada, Ohio, Washington, Colorado, and Wisconsin. Their combined production accounted for about 54% of the U.S. total.

The 10 leading sand and gravel companies accounted for 26% of the total production in the United States and are listed in table 1. The companies listed in table 1 are not included in table 2 if the company is not a leading producer in a given State.

Table 1.—The 10 leading companies in order of total output of construction sand and gravel in the United States in 2005

| Company | Active Operations | Sales Yards | States |
|---|---|---|---|
| 1. Oldcastle, Inc./Materials Group | 147 | 1 | Arizona, Colorado, Connecticut, Delaware, Idaho, Iowa, Maine, Massachusetts, Michigan, Minnesota, Montana, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oregon, Pennsylvania, South Dakota, Texas, Utah, Vermont, Washington, Wyoming |
| 2. Hanson Building Materials America, Inc. | 59 | 3 | Arizona, Arkansas, California, Indiana, Louisiana, New Jersey, New York, North Carolina, Ohio, Oklahoma, Pennsylvania, South Carolina, Texas |
| 3. Rinker Materials Corporation | 47 | 10 | Arizona, California, Colorado, Florida, Georgia, Nevada, Oregon, South Carolina, Washington |
| 4. Vulcan Materials Co. | 55 | 10 | Arizona, California, Florida, Illinois, Indiana, New Mexico, North Carolina, Tennessee, Virginia, Wisconsin |
| 5. MDU Resources Group, Inc./ Knife River Corporation | 76 | 1 | Alaska, California, Hawaii, Iowa, Minnesota, Montana, North Dakota, Oregon, Texas, Wyoming |

| Company | Active Operations | Sales Yards | States |
|---|---|---|---|
| 6. Cemex, Inc. | 33 | — | Arizona, California, Florida, Nevada, New Mexico, Texas |
| 7. Holcim/Aggregate Industries | 54 | 5 | Colorado, Indiana, Maryland, Massachusetts, Michigan, Minnesota, Nevada, North Dakota, Virginia, West Virginia |
| 8. Martin Marietta Aggregates | 44 | — | Alabama, Arkansas, Georgia, Indiana, Iowa, Kentucky, Louisiana, Mississippi, Nevada, North Carolina, Ohio, Oklahoma, Tennessee, Texas, West Virginia |
| 9. Lafarge North America, Inc. | 38 | 1 | Alabama, Colorado, Georgia, Kansas, Maryland, New Mexico, New York, Ohio, Wisconsin |
| 10. Granite Construction Company | 34 | — | Arizona, California, Nevada, Utah |

The 10 leading pits/yards and the owner companies, in descending order of total output of sand and gravel, were the following:

1. California Portland Cement Company, Dupont Pit, Pierce County, WA;
2. A. Teichert & Son, Inc., Teichert Pit, Sacramento County, CA;
3. Hanson Building Materials America, Inc.; Sunol Plant, Alameda County, CA;
4. Clyde Companies, Inc., South Hansen, Salt Lake County, UT;
5. Nevada Ready Mix Co., Lone Mountain Pit, Clark County, NV;
6. Las Vegas Paving Corp., Lone Mountain #1, Clark County, NV;
7. Vulcan Materials Co., Sun Valley Plant, Los Angeles County, CA;
8. Prairie Material Sales, Inc., Yard 96, Woodford County, IL;
9. MDU Resources, Inc./Knife River Corporation, Utz Pit, Sherburne County, MN; and
10. Schroeder-Manatee Ranch, Inc., SMR Aggregates, Inc., Sarasota, Sarasota County, FL.

These 10 plants accounted for 3% of the total output of sand and gravel. The plants listed above are not included in table 2 if the company is not a leading producer for that State.

The leading construction sand and gravel producers in each State in 2005 and their total number of active operations are listed in table 2. Sales yards, defined as fixed locations that receive sand and gravel from a distant source to sell at the yard, are included in tables 1 and 2.

The leading 100 producers of construction sand and gravel in the United States in 2005, including the U.S. Forest Service and the U.S. Bureau of Land Management, are listed in table 3. Companies listed in table 3 may not be listed among the principal producers for a particular State even though they may have a plant in the State.

Table 2.—Principal producers of construction sand and gravel in each State of the United States in 2005

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **Alabama** | | | |
| Anderson Road Materials, LLC | 1 | — | Montgomery |
| Foley Materials Company | 5 | — | Macon, Montgomery, Russell |
| Florida Rock Industries, Inc. | 1 | — | Escambia |
| Martin Marietta Aggregates | 2 | — | Macon, Montgomery |
| Ready Mix USA, Inc. (Couch Ready Mix USA) | 3 | — | Geneva, Henry, Montgomery |
| Red Bluff Sand & Gravel, LLC | 1 | 1 | Autauga |
| RLF Baldwin Properties, LLC | 1 | — | Baldwin |
| **Alaska** | | | |
| Colas (Colaska Inc.; QAP/AGGPRO) (R&E) | 4 | — | Anchorage, Matanuska-Susitna |
| H&H Contractors, Inc. | 2 | — | Fairbanks, Yukon River |
| H C Redi-Mix, Inc. | 1 | — | Fairbanks |
| MDU Resources Group, Inc./ Knife River Corporation (Alaska Basic Industries, Inc.; Anchorage Sand & Gravel Co., Inc.) | 1 | — | Anchorage |
| Wilder Construction Co., Inc. (Central Paving Products) (R&E) | 3 | 1 | Anchorage, Cook Inlet Susitna, Matanuska-Susitna |
| **Arizona** | | | |
| Cemex, Inc. (R&E) | 12 | — | Maricopa, Pima, Pinal |
| Hanson Building Materials America, Inc. | 7 | 1 | Maricopa, Yavapai |
| Rinker Materials Corporation (Peter Kiewit Sons', Inc.; United Metro Materials, Inc.) | 24 | 9 | Cochise, Coconino, Gila, Maricopa, Mohave, Pima, Pinal, Santa Cruz, Yavapai, Yuma |
| Salt River Pima-Maricopa Indian Community (Salt River Sand & Rock) | 8 | 2 | Maricopa |
| Vulcan Materials Co. | 9 | — | Maricopa, Pima |
| **Arkansas** | | | |
| Ashland, Inc./APAC, Inc. (APAC-Arkansas, Inc.) | 3 | — | Boone, Crawford, Cross |
| Crow Aggregates Co., LLC | 1 | — | Sevier |
| Hanson Building Materials America, Inc. | 3 | — | Little River, Ouachita |
| Razorback Concrete Co. (Razor Rock Materials Co.) | 5 | — | Craighead, Cross, Greene, Poinsett |
| **California** | | | |
| All American Asphalt Co. (All American Aggregate) (R&E) | 2 | — | Imperial, Riverside |
| A. Teichert & Son, Inc. (Teichert Aggregates) | 10 | 1 | Nevada, Sacramento, San Joaquin, Yolo, Yuba |
| Cemex, Inc. (R&E) | 13 | — | Alameda, Fresno, Los Angeles, Monterey, Placer, Riverside, San Bernardino, San Joaquin, San Mateo, Tulare, Ventura |
| Colas (Sully-Miller Contracting, Inc.; United Rock Products) | 2 | — | Los Angeles |
| Eagle Materials, Inc. (Western Aggregates, LLC) | 1 | — | Yuba |
| Granite Construction Company | 28 | — | Butte, Del Norte, Fresno, Humboldt, Imperial, Inyo, Kern, Los Angeles, Mendocino, Mono, Monterey, Riverside, Sacramento, San Bernardino, San Joaquin, Santa Barbara, Yolo, others |
| Hanson Building Materials America, Inc. | 10 | 2 | Alameda, Contra Costa, Los Angeles, San Bernardino, San Diego, San Francisco, Santa Barbara |
| Holliday Rock Company, Inc. | 5 | — | Los Angeles, San Bernardino |

See footnotes at end of table.

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **California (continued)** | | | |
| MDU Resources Group, Inc./ Knife River Corporation | 4 | — | Glenn, San Joaquin, Yuba |
| Robertson's Ready Mix, Inc. | 5 | — | Orange, Riverside, San Bernardino |
| Service Rock Products Corp. | 2 | — | Los Angeles, San Bernardino |
| Vulcan Materials Co. | 18 | — | Alameda, Fresno, Kern, Los Angeles, Merced, Sacramento, San Bernardino, San Diego, Ventura |
| **Colorado** | | | |
| Connell Resources, Inc. (E) | 3 | — | Larimer |
| Continental Materials Corp. (Transit Mix of Pueblo, Inc.) | 2 | — | El Paso, Pueblo |
| Holcim/Aggregate Industries (E) | 5 | — | Adams, Boulder, Denver, Weld |
| Lafarge North America, Inc. (Western Mobile, Inc.) | 22 | — | Adams, Eagle, El Paso, Kit Carson, Larimer, Pueblo, Weld |
| L.G. Everist, Inc. | 3 | — | Weld |
| Oldcastle, Inc./Materials Group (United Companies of Mesa County, Inc.) | 13 | — | Delta, Garfield, Mesa, Montezuma |
| Rinker Materials Corporation (E) | 1 | — | Jefferson |
| Southway Construction Co., Inc. (Southwest Ready Mix, Inc.) | 6 | — | Alamosa |
| Varra Companies, Inc. | 3 | — | Weld |
| **Connecticut** | | | |
| Ernest Joly & Sons Sand & Gravel, Inc. (E) | 1 | — | Windham |
| O & G Industries, Inc. | 1 | — | New Haven |
| Oldcastle, Inc./Materials Group (Tilcon Connecticut, Inc.) | 3 | — | Hartford |
| Rawson Materials, Inc. (E) | 4 | — | Windham |
| Windham Materials, LLC | 1 | — | Windham |
| **Delaware** | | | |
| Bear Materials, LLC | 1 | — | New Castle |
| Contractors Materials, LLC | 1 | — | New Castle |
| M.L. Joseph Sand & Gravel Company, Inc. (E) | 1 | — | Sussex |
| Oldcastle, Inc./Materials Group (Pennsy Supply, Inc.) | 2 | — | Kent |
| **Florida** | | | |
| Dickerson Aggregates, Inc. | 2 | — | St. Lucie |
| E R Jahna Industries, Inc. (E) | 4 | — | Glades, Lake, Polk |
| Florida Rock Industries, Inc. | 9 | — | Clay, Glades, Lake, Marion, Polk, Putnam |
| Rinker Materials Corporation (Florida Crushed Stone Co.) | 6 | — | Glades, Lake, Polk |
| Schroeder-Manatee Ranch, Inc. (SMR Aggregates, Inc.) | 1 | — | Sarasota |
| **Georgia** | | | |
| Atlanta Sand & Supply Company | 1 | — | Crawford |
| Brown & Watson, Inc. (Butler Sand Co.) (E) | 1 | — | Taylor |
| Brown Brothers Sand Company | 1 | — | Talbot |
| Lafarge North America, Inc. (Cornell Young Company; Cumming Aggregates; Jackson Aggregates) | 4 | — | Bibb, Forsyth, Jackson |
| Rinker Materials Corporation | 2 | — | Long, Richmond |

See footnotes at end of table.

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **Hawaii** | | | |
| Kajima International, Inc. (Hawaiian Dredging Construction Company) (E) | 1 | — | Honolulu |
| Kiyosaki Tractor Works, Inc. (E) | 1 | — | Hawaii |
| MDU Resources Group, Inc./ Knife River Corporation (Hawaiian Cement) (R&E) | 3 | — | Maui |
| Pacific Aggregate (E) | 1 | — | Honolulu |
| **Idaho** | | | |
| C. Wright Construction Co., Inc. | 4 | — | Ada, Canyon |
| DeAtley Crushing Co. (E) | 6 | — | Ada, Nez Perce, others |
| Nelson Deppe, Inc. (R&E) | 3 | — | Canyon |
| Oldcastle, Inc./Materials Group | 15 | — | Ada, Bannock, Bear Lake, Bonneville, Canyon, Elmore, Gem, Kootenai |
| Sandstone Materials, LLC (E) | 1 | — | Kootenai |
| Western Construction, Inc. (E) | 2 | — | Various |
| **Illinois** | | | |
| Feltes Sand & Gravel Co., Inc. (E) | 1 | — | Kane |
| General Dynamics Corporation (Material Service Corporation) | 2 | — | Grundy, McHenry |
| Meyer Material Co. | 5 | — | McHenry |
| Prairie Material Sales, Inc. (R&E) | 6 | — | Champaign, Ford, Kane, McHenry, Woodford |
| Thelen Sand & Gravel, Inc. | 1 | — | Lake |
| **Indiana** | | | |
| Heritage Group (U.S. Aggregates, Inc.) | 9 | 3 | Boone, Hamilton, Hendricks, Montgomery, Morgan, Wayne |
| Hilltop Basic Resources, Inc. | 2 | — | Switzerland |
| Irving Gravel Co., Inc. | 7 | — | De Kalb, Lagrange, Noble, Steuben |
| Irving Materials, Inc. (Cowles Sand & Gravel, Inc.; IMI South, LLC) (R&E) | 11 | — | Delaware, Fayette, Fulton, Grant, Hamilton, Henry, Johnson, Madison, Wayne |
| Martin Marietta Aggregates | 5 | — | Hamilton, Howard, Marion, Morgan |
| Prairie Material Sales, Inc. (E) | 2 | — | Greene, Morgan |
| Rogers Group, Inc. (Interstate Sand & Gravel Co.) | 6 | — | Greene, Knox, Morgan, Sullivan, Warren |
| **Iowa** | | | |
| Higman Sand & Gravel, Inc. (E) | 2 | — | Plymouth |
| L.G. Everist, Inc. | 1 | — | Sioux |
| Martin Marietta Aggregates | 8 | — | Hardin, Jasper, Linn, Marion, Marshall, Polk |
| MDU Resources Group, Inc./ Knife River Corporation (Becker Gravel Co.) (E) | 6 | — | Hamilton, Winneshiek |
| Oldcastle, Inc./Materials Group (R&E) | 22 | — | Buena Vista, Cherokee, Dallas, Dickinson, O'Brien, Polk, Sac, Story |
| **Kansas** | | | |
| Alsop Sand Co., Inc. (R&E) | 5 | — | Clay, Cloud, Dickinson, Republic, Saline |
| Ashland, Inc./APAC, Inc. (APAC Kansas, Inc.) | 8 | — | Ellis, Ford, Reno, Sedgwick, Sherman, Thomas, Trego, others |
| Associated Material & Supply Co., Inc. | 2 | — | Sedgwick, Sumner |
| Central Sand Company, Inc. | 1 | — | Sedgwick |
| Lafarge North America,, Inc. (Ark River Sand, Inc.) | 2 | — | Cowley, Sedgwick |

See footnotes at end of table.

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **Kansas (continued)** | | | |
| List & Clark Construction Co. (Holliday Sand & Gravel Co.; Victory Sand & Gravel, Inc.) (E) | 5 | — | Johnson, Shawnee, Wyandotte |
| Meiers Ready Mix, Inc. | 2 | — | Shawnee |
| Northridge Sand, LLC | 1 | — | Sedgwick |
| Wamego Sand Co., Inc. (Midwest Concrete Materials) | 3 | — | Riley, Wabaunsee |
| **Kentucky** | | | |
| Belleview Sand & Gravel, Inc. | 1 | — | Boone |
| Ingram Materials Company (E) | 2 | — | Livingston |
| Irving Materials, Inc. (IMI South, LLC) | 2 | — | Henderson, Livingston |
| Martin Marietta Aggregates | 1 | — | Boone |
| Nugent Sand Company | 4 | 2 | Carroll, Clark, Gallatin, Jefferson |
| Yager Materials, Inc. (E) | 1 | — | Daviess |
| **Louisiana** | | | |
| Luhr Brothers, Inc. | 1 | 3 | East Baton, Jefferson, Lafayette, Rapides |
| Martin Marietta Aggregates | 4 | — | Livingston, St. Helena |
| Southern Aggregates, LLC | 1 | — | Livingston |
| Standard Gravel Company | 3 | — | St. Tammany, Washington |
| TXI Operations, LP | 6 | — | Beauregard, La Salle, Morehouse, St. Helena, St. Tammany, Washington |
| Wood Resources Corp. (E) | 3 | — | Jefferson, St. Charles |
| **Maine** | | | |
| K&K Excavation, Inc. (E) | 1 | — | Androscoggin |
| Lane Construction Corporation, The (R&E) | 11 | 1 | Aroostook, Hancock, Knox, Penobscot, Waldo, Washington |
| Oldcastle, Inc./Materials Group (Pike Industries, Inc.) | 6 | — | Cumberland, Franklin, Kennebec, Oxford, Piscataquis, Somerset |
| Portland Sand & Gravel Co., Inc. | 1 | — | Cumberland |
| Sargent Corporation (R&E) | 2 | — | Kennebec, Penobscot |
| **Maryland** | | | |
| Holcim/Aggregate Industries (Bardon, Inc.; E.L Gardner, Inc.; Silver Hill Materials) | 2 | 3 | Charles, Prince George's |
| Florida Rock Industries, Inc. (Maryland Rock Industries, Inc.; The Arundel Corp.) | 2 | 1 | Charles, St. Mary's |
| Chaney Enterprises Limited | 4 | 1 | Anne Arundel, Charles, St. Mary's |
| Rockhill Sand & Gravel (E) | 1 | — | Prince George's |
| York Building Products Co., Inc. (Mason Dixon Materials) | 3 | — | Cecil |
| **Massachusetts** | | | |
| Holcim/Aggregate Industries (E) | 2 | — | Worcester |
| Baldarelli Bros., Inc. | 1 | — | Worcester |
| Denis Engine & Machinery Corp. (E) | 2 | — | Worcester |
| Heffron Asphalt Corp. (Heffron Materials) (E) | — | 1 | Middlesex |
| John's Trucking of Agawam, Inc. | 1 | — | Hampden |
| Oldcastle, Inc./Materials Group (P. J. Keating Company) | 1 | — | Worcester |
| P.A. Landers, Inc. (E) | 4 | — | Barnstable, Plymouth |

See footnotes at end of table.

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **Massachusetts (continued)** | | | |
| Picherville Sand & Gravel, Inc. | 2 | — | Middlesex |
| Plympton Sand & Gravel Corp. | 1 | — | Plymouth |
| **Michigan** | | | |
| Aggregate Resources, Inc. (E) | 9 | — | Branch, Calhoun, Jackson, Kalamazoo |
| Ashley Land Development Co., Inc. (E) | 2 | — | Livingston, Shiawassee |
| Edw. C. Levy Co. (American Aggregates of Michigan, Inc.; Liberty Sand Co.; Lyon Sand & Gravel, Inc.; Milford Sand & Gravel Co.) (E) | 7 | — | Lapeer, Livingston, Oakland, Washtenaw |
| Genoak Materials, Inc. (Tri-City Aggregates, Inc.) | 7 | — | Oakland |
| Grand Rapids Gravel Co. | 2 | — | Kent, Ottawa |
| H&D, Inc. | 5 | — | Charlevoix |
| Halliday Sand & Gravel, Inc. (E) | 8 | — | Roscommon |
| Holcim/Aggregates Industries (Bill Smith Sand & Gravel, Inc.) (E) | 9 | — | Allegan, Calhoun, Cass, Jackson |
| Hubscher & Son, Inc. (E) | 5 | — | Clare, Gratiot, Isabella |
| Kenneth Smith, Inc. (E) | 1 | — | Cass |
| Oldcastle, Inc./Materials Group | 5 | — | Allegan, Branch, Hillsdale, Kent |
| **Minnesota** | | | |
| Chard Tiling & Excavating, Inc. (Sibley Aggregates) | 1 | — | Sibley |
| Central Specialties, Inc. (R&E) | 5 | — | Douglas, Todd |
| Holcim/Aggregates Industries (Buffalo Bituminous, Camas Minnesota, Northstar Materials) | 13 | — | Becker, Chisago, Clay, Dakota, Goodhue, Hubbard, Otter Tail, Sherburne, St. Louis, Washington, other |
| Mark Sand & Gravel Co. | 5 | — | Otter Tail |
| Mathy Construction Company (Milestone Materials Div.) (E) | 5 | — | Fillmore, Goodhue, Olmsted, Winona |
| MDU Resources Group, Inc./ Knife River Corporation | 25 | — | Beltrami, Chisago, Clearwater, Hubbard, Mille Lacs, Morrison, Sherburne, Stearns, Wright, others |
| Tiller Corp. (Barton Sand & Gravel) (E) | 9 | — | Hennepin, Sherburne, Washington |
| Wm. Mueller & Sons, Inc. | 3 | — | Carver, Scott, Sibley |
| Wm. D. Scepaniak, Inc. | 2 | — | Various |
| **Mississippi** | | | |
| Blain Sand & Gravel Co. (Bacco Materials, Inc.) | 6 | — | Adams, Copiah, Covington, Lowndes, Tate |
| Baldwin Sand & Gravel (E) | 4 | — | Copiah, Holmes, Lowndes, Monroe |
| D&B Sand & Gravel Co. (E) | 4 | — | Copiah, Lincoln, Walthall |
| Green Brothers Gravel Co., Inc. | 3 | — | Claiborne, Copiah, Marion |
| Hammett Gravel Co. | 3 | — | Holmes, Yazoo |
| J.J. Ferguson Sand & Gravel Co. (E) | 1 | — | Carroll |
| Martin Marietta Aggregates | 2 | — | Copiah, Itawamba |
| Memphis Stone & Gravel Co. | 7 | — | De Soto, Panola |
| **Missouri** | | | |
| Capital Sand Co., Inc. | 5 | — | Boone, Callaway, Cole, Ray |
| Delta Companies, Inc. (Brown Sand & Gravel Co.) (R&E) | 2 | — | Pemiscot, Stoddard |
| Fred Weber, Inc. (Jotori Dredging, Inc.) | 3 | — | Various |
| List & Clark Construction Co. (E) | 3 | — | Buchanan, Clay, Platte |
| Simpson Materials Co., Inc. (R&E) | 3 | — | Jefferson, St. Louis |
| St. Charles Sand Co. (Kimaterials, Inc.; Limited Leasing Co.) | 5 | — | Lincoln, St. Louis |
| Winter Brothers Material Company | 2 | — | St. Louis |

See footnotes at end of table.

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **Montana** | | | |
| Jim Gilman Excavating Inc. | 1 | — | Various |
| MDU Resources Group, Inc./ Knife River Corporation | 14 | 1 | Flathead, Gallatin, Lake, Missoula, Sanders, Yellowstone |
| M.K. Weeden Construction (E) | 1 | — | Madison |
| Oldcastle, Inc./Materials Group (LS Jensen Construction & Paving) | 4 | — | Lewis and Clark, Missoula, other |
| Schellinger Construction Co. (E) | 3 | — | Flathead |
| **Nebraska** | | | |
| City Wide Rock & Excavation Co., Inc. | 1 | — | Sarpy |
| Lyman-Richey Sand & Gravel Co. (E) | 19 | — | Butler, Cass, Deuel, Dodge, Douglas, Hall, Howard, Madison, Platte |
| Mallard Sand & Gravel Co. | 2 | — | Douglas, Sarpy |
| Nebco, Inc. (Concrete Industries, Inc.; Western Sand & Gravel Co.) | 4 | — | Dodge, Sarpy, Saunders |
| Paulsen, Inc. (E) | 8 | — | Buffalo, Custer, Dawson, Keith, Lincoln, Red Willow |
| **Nevada** | | | |
| Cemex, Inc. (E) | 1 | — | Storey |
| Las Vegas Paving Corporation (E) | 4 | — | Clark |
| Holcim/Aggregates Industries (Frehner Construction Co., Inc.; Southern Nevada Paving, Inc.) (E) | 13 | — | Clark, Lyon, Washoe |
| Martin Marietta Aggregates | 1 | — | Washoe |
| Nevada Ready Mix Co. | 1 | — | Clark |
| U.S. Bureau of Land Management | 1 | — | Various |
| Wadley Construction, Inc. (CTC Crushing) (E) | 1 | — | Clark |
| **New Hampshire** | | | |
| Ambrose Bros., Inc. (E) | 2 | — | Belknap |
| Boston Sand & Gravel Co. (Manchester Sand Gravel & Cement Co., Inc.; Ossipee Aggregate Corp.) (E) | 2 | — | Carroll, Merrimack |
| Newport Sand & Gravel Co., Inc. (E) | 1 | — | Sullivan |
| Oldcastle, Inc./Materials Group (Pike Industries, Inc.) | 8 | 1 | Belknap, Carroll, Coos, Grafton, Hillsborough, Strafford |
| Plourde Sand & Gravel Co., Inc. | 1 | — | Merrimack |
| Twin States Sand & Gravel Co., Inc. (E) | 1 | — | Grafton |
| **New Jersey** | | | |
| Amboy Aggregates | 1 | — | Middlesex |
| Clayton Sand Co., LLC | 3 | — | Burlington, Ocean |
| Hanson Building Materials America, Inc. (Hanson Aggregates BMC) (R&E) | 7 | — | Atlantic, Camden, Cape May, Cumberland |
| Phoenix Pinelands Corporation (E) | 1 | — | Ocean |
| R. E. Pierson Materials Corporation (E) | 1 | — | Gloucester |
| **New Mexico** | | | |
| Del North Masonery Products Co. (R&E) | 4 | — | Chaves, Dona Ana, Grant, Luna |
| Lafarge North America, Inc. (Lafarge Southwest, Inc.) | 5 | 1 | Bernalillo, Eddy, Sandoval |
| Oldcastle, Inc./Materials Group (Four Corners Materials; Waycor Materials, Inc.) | 3 | — | San Juan, Sandoval |
| Southway Construction Co., Inc. (R&E) | 4 | — | Sante Fe, Union, Valencia |
| U.S. Bureau of Land Management | 1 | — | Various |
| Vulcan Materials Co. | 1 | — | Bernalillo |

See footnotes at end of table.

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **New York** | | | |
| Buffalo Crushed Stone, Inc. | 2 | — | Allegany, Cattaraugus |
| Burton F. Clark, Inc. | 6 | — | Broome, Chenango, Delaware |
| Clemente Materials, Inc. (Troy Sand & Gravel Co., Inc.) | 2 | — | Rensselaer |
| Coram Materials Corp. | 1 | — | Suffolk |
| Cranesville Block Co., Inc. (R&E) | 7 | — | Columbia, Fulton, Jefferson, Onondaga, Saratoga, Schenectady |
| Dalrymple Holding Corp. (Dalrymple Gravel & Construction Co.) (E) | 3 | — | Chemung, Steuben |
| Elam Sand & Gravel Corp. (E) | 4 | — | Ontario, Steuben |
| F.S. Lopke Contracting, Inc. (E) | 3 | — | Broome, Tioga |
| Gernatt Asphalt Products, Inc. (Dan Gernatt Gravel, Inc.) | 7 | — | Cattaraugus, Chautauqua, Erie |
| Hanson Building Materials America, Inc. (Hanson Aggregates New York, Inc.) | 4 | — | Genesee, Onondaga, Ontario, Oswego |
| Lafarge North America, Inc. (Lafarge Aggregates) | 1 | — | Cattaraugus |
| Oldcastle, Inc./Materials Group (Callanan Industries, Inc.; Dolomite Products Company) | 5 | — | Dutchess, Livingston, Monroe, Orange, Rensselaer |
| RMS Gravel, Inc. | 2 | — | Tompkins |
| Roanoke Sand & Gravel Corp. | 1 | — | Suffolk |
| Southern Dutchess Sand & Gravel, Inc. (E) | 1 | — | Dutchess |
| **North Carolina** | | | |
| American Materials Company, LLC | 4 | — | Cumberland, Sampson |
| Ashland, Inc./APAC, Inc. | 2 | — | Montgomery, Richmond |
| Currituck Sand, Inc. | 1 | — | Currituck |
| G.S. Materials, Inc. | 2 | — | Harnett, Montgomery |
| Hanson Building Materials America, Inc. (Larco Construction Co.) | 1 | — | Harnett |
| Hedrick Industries (lessees of B.V. Hedrick Gravel & Sand Co.; Grove Stone Co.) | 2 | — | Anson, Buncombe |
| Martin Marietta Aggregates | 1 | — | Cabarrus |
| **North Dakota** | | | |
| Aggregate Construction, Inc. (R&E) | 12 | — | Dunn, McHenry, McIntosh, McLean, Mountrail, Ward, Williams |
| Close Construction Co., Inc. (E) | 5 | — | Benson, Eddy, Walsh |
| Fisher Industries (Fisher Sand & Gravel) (R&E) | 18 | — | Barnes, Burleigh, McLean, Mercer, Sioux, Stark, Ward |
| Gabriel Construction, Inc. (E) | 1 | — | Grand Fork |
| Sundre Sand & Gravel, Inc. | 7 | — | Burke, McHenry, McLean, Mountrail, Ward, Williams |
| **Ohio** | | | |
| Central Allied Enterprises, Inc. | 3 | — | Stark |
| Colas (Barrett Paving Materials, Inc.) | 4 | — | Clark, Montgomery, Shelby |
| Hanson Building Materials America, Inc. | 2 | — | Pike, Scioto |
| John R. Jurgensen Companies (E) | 1 | — | Clark |
| Martin Marietta Aggregates | 11 | — | Butler, Clark, Greene, Hamilton, Jefferson, Meigs, Miami, Warren |
| Massillon Materials, Inc. | 2 | — | Stark |
| National Aggregates, Inc. (E) | 1 | — | Stark |
| Oldcastle, Inc./Materials Group (The Shelly Company) | 12 | — | Clark, Coshocton, Fairfield, Franklin, Licking, Meigs, Muskingum, Portage, Ross, Scioto, Stark, Washington |

See footnotes at end of table.

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **Ohio (continued)** | | | |
| Olen Corporation, The (R&E) | 8 | — | Franklin, Knox, Licking, Richland, Ross, Wayne, Wyandot |
| S&S Aggregates. | 5 | — | Muskingum, Portage, Richland, Ross, Summit |
| Watson Gravel, Inc. | 4 | — | Butler, Hamilton |
| Welch Sand & Gravel, Inc. | 4 | — | Butler, Hamilton |
| **Oklahoma** | | | |
| Anchor Industries (Anchor Stone Company) | 1 | — | Tulsa |
| Ashland, Inc./APAC, Inc. (E) | 1 | — | Muskogee |
| Dolese Bros. Co., The | 4 | — | Canadian, Kingfisher, Logan, Oklahoma |
| Hanson Building Materials America, Inc. | 1 | — | Love |
| Lattimore Materials Co. (E) | 2 | — | Love |
| Muskogee Sand Co., Inc. | 1 | — | Wagoner |
| R.L. Construction Co., Inc. | 1 | — | Wagoner |
| TXI Operations, LP | 1 | — | Jefferson |
| **Oregon** | | | |
| 4R Equipment, LLC (E) | 2 | — | Deschutes |
| Copeland Sand & Gravel, Inc. | 1 | — | Josephine |
| Delta Sand & Gravel Co. | 1 | — | Lane |
| California Portland Cement Company (Glacier Northwest) | 2 | — | Columbia, Washington |
| Hooker Creek Sand & Gravel, LLC | 6 | 1 | Deschutes |
| J.C. Compton Co. (River Bend Sand & Gravel; Valley Concrete & Gravel) | 2 | 1 | Marion, Polk |
| Joe Bernert Towing Company, Inc. (E) | 1 | — | Clackamas |
| MDU Resources Group, Inc./ Knife River Corporation (Beaver State Sand & Gravel, Inc.; Hap Taylor & Sons, Inc.; LTM, Inc.; Morse Bros., Inc.; Rogue Aggregates, Inc.; Tri City Ready Mix, Inc.; Umpqua River Navigation) | 13 | — | Columbia, Crook, Curry, Douglas, Jackson, Klamath, Lane, Linn, Marion, Multnomah |
| Northwest Rock, Inc. (E) | 1 | — | Polk |
| Ross Island Sand & Gravel Co. | — | 1 | Marion |
| **Pennsylvania** | | | |
| Ennstone, Inc. (Atlantic State Materials of Pennsylvania, Inc.) | 4 | 3 | Lawrence, Mercer |
| Frank Bryan, Inc. (Georgetown Sand & Gravel, Inc.; Tri-State River Products, Inc.) (E) | 2 | — | Beaver |
| Haines & Kibblehouse, Inc. | 1 | — | Monroe |
| Hanson Building Materials America, Inc. | 5 | — | Armstrong, Beaver, Columbia, Lycoming, Westmoreland |
| New Enterprise Stone & Lime Co., Inc. (Valley Quarries, Inc.) | 3 | — | Cumberland, Franklin |
| Oglebay Norton Co. (Erie Sand & Gravel Co.) | 1 | 1 | Erie |
| Stabler Companies, Inc. (Eastern Industries, Inc.) | 6 | — | Bradford, Carbon, Mifflin, Northampton, Tioga |
| Snyder Associated Companies, Inc. (Glacial Sand & Gravel) (E) | 3 | — | Armstrong, Butler |
| Waste Management (Warner Company) | 2 | — | Bucks |

See footnotes at end of table.

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **Rhode Island** | | | |
| Dry Bridge Sand & Stone, Inc. (E) | 1 | — | Kent |
| J.H. Lynch & Son, Inc. (E) | 1 | — | Providence |
| Material Sand & Stone Corp. | 1 | — | Providence |
| Richmond Sand & Gravel, Inc. | 1 | — | Washington |
| **South Carolina** | | | |
| B&T Sand, Inc. | 2 | — | Lexington |
| Carolina Sand, Inc. | 3 | — | Florence, Marion |
| Foster Dixiana Corporation | 3 | — | Aiken, Colleton, Lexington |
| Hanson Building Materials America, Inc. | 2 | — | Chesterfield, Marlboro |
| Hedrick Industries [Cumberland Gravel & Sand Co. (Piedmont Sand Co.)] (E) | 1 | — | Chesterfield |
| Murray Mines, Inc. | 1 | — | Dorchester |
| O.L. Thompson Construction (E) | 1 | — | Berkeley |
| **South Dakota** | | | |
| Bowes Construction, Inc. (R&E) | 7 | — | Brookings, Brown, Day |
| Brownlee Construction, Inc. | 1 | — | Codington |
| L.G. Everist, Inc. | 1 | — | Brookings |
| Fisher Industries (E) | 8 | — | Butte, Charles Mix, Davison, Lawrence, McPherson, Pennington |
| Myrl & Roy's Paving, Inc. | 4 | — | Minnehaha |
| Peter Lien & Sons, Inc. (Birdsall Sand & Gravel) (E) | 5 | — | Fall River, Pennington, Sully |
| Sweetman Construction Co. (Brandon Materials Co; Concrete Materials Co.) | 3 | — | Minnehaha, Yankton |
| Weatherton Contracting Co., Inc. (E) | 1 | — | Union |
| **Tennessee** | | | |
| Ashland, Inc./APAC, Inc. | 1 | — | Shelby |
| Martin Marietta Aggregates | 1 | — | McNairy |
| Memphis Stone & Gravel Co. | 2 | — | Shelby |
| Metro Materials, Inc. (R&E) | 2 | — | Shelby |
| Teague Bros. Sand & Gravel Inc. | 1 | — | Perry |
| Tinker-Watkins Sand & Gravel Inc. | 1 | — | Decatur |
| Vulcan Materials Co. | 3 | 1 | Greene, Hamilton, Knox |
| **Texas** | | | |
| Capitol Aggregates, Ltd. | 1 | — | Bexar |
| Cemex, Inc. | 3 | — | El Paso, Travis |
| Fordyce Co., The | 3 | — | Hidalgo, Victoria |
| Hanson Building Materials America, Inc. | 12 | — | Austin, Bosque, Brazos, Colorado, Dallas, Ellis, Fort Bend, Montgomery, Oldham |
| Lattimore Properties, Inc. (Lattimore Materials Co., LP) (E) | 3 | — | Grayson, Hood, Kaufman |
| Martin Marietta Aggregates | 3 | — | Atascosa, Colorado, Kerr |
| Multisources, Inc. (R&E) | 3 | — | Colorado, Fayette, other |
| Oldcastle, Inc./Materials Group (R&E) | 4 | — | Harris, Montgomery |
| R.E. Janes Gravel Company (E) | 3 | — | Borden, Crosby, Jones |
| Shumaker Enterprises, Inc. (Austin Sand & Gravel Co.) | 1 | — | Travis |
| Trinity Industries, Inc. (Trinity Materials, Inc.) (R&E) | 11 | — | Bell, Bosque, Dallas, Henderson, Johnson, Kaufman, Liberty, McLennan, Navarro, Wise |
| TXI Operations, LP (Texas Industries) | 8 | — | Comal, Dallas, Fannin, Parker, Travis, Wise, other |
| Wright Materials, Inc. | 4 | 2 | Duval, Nueces, San Patricio |

See footnotes at end of table.

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **Utah** | | | |
| Clyde Companies, Inc. (Geneva Rock Products, Inc.) (E) | 7 | — | Box Elder, Salt Lake, Tooele, Utah |
| Granite Construction Company | 2 | — | Box Elder, Salt Lake |
| Harper Sand & Gravel (E) | 3 | — | Salt Lake |
| Kenny Seng Construction, Inc. (E) | 1 | — | Utah |
| Lakeview Rock Products, Inc. (E) | 1 | — | Salt Lake |
| Le Grande Johnson Construction Co. | 4 | — | Cache, San Juan, others |
| Oldcastle, Inc./Materials Group | 20 | — | Box Elder, Cache, Davis, Garfield, Iron, Salt Lake, Sanpete, Tooele, Utah, Washington, Weber |
| Reynolds Sand & Gravel, LLC | 1 | — | Salt Lake |
| Sunroc Corporation (E) | 3 | — | Iron, Washington |
| Westroc, Inc. | 2 | — | Juab, Utah |
| **Vermont** | | | |
| Cersosimo Industries, Inc. (E) | 4 | — | Windham, Windsor |
| H.A. Manosh Corp. | 4 | — | LaMoille |
| Hinesburg Sand & Gravel Co., Inc. (E) | 1 | — | Chittenden |
| J.A. McDonald, Inc. (E) | 1 | — | Caledonia |
| McCullough Crushing, Inc. (E) | 3 | — | Washington |
| William E. Dailey, Inc. | 2 | — | Bennington |
| **Virginia** | | | |
| Bonney Bright Sand Co. | 1 | — | Virginia Beach |
| Brett Aggregate, Inc. | 6 | — | Augusta, Charles City, Gloucester, Hanover, Rockingham, Sussex |
| Cedar Mountain Stone Corp. (E) | 1 | — | Culpeper |
| Ennstone, Inc. | 3 | 3 | King George, Spotsylvania, Stafford |
| Florida Rock Industries, Inc. | 1 | — | Charles City |
| Holcim/Aggregate Industries (Bardon Group, Inc.; Mid-Atlantic Materials, Inc.) | 2 | 2 | King George |
| Luck Stone Corporation | 3 | — | Caroline, King William |
| Vulcan Materials Co. | 2 | 7 | Chesterfield, Henrico, Newport News (city), Norfolk (city), Prince George |
| **Washington** | | | |
| City Transfer, Inc. | 4 | — | King, Pierce, Snohomish |
| Corliss Resources, Inc. | 2 | — | Pierce |
| California Portland Cement Company (Glacier Northwest) | 4 | 1 | Clark, King, Pierce |
| Green Crow Rock Products | 2 | — | Snohomish |
| Lakeside Industries (E) | 5 | — | Grays Harbor, King, Lewis, Thurston |
| Heidelberg Cement [Lehigh Cement Co.; (Cadman, Inc.)] (R&E) | 3 | — | King, Snohomish |
| Miles Sand & Gravel Co. (E) | 12 | — | Adams, Island, King, Mason, Pierce, Skagit, Snohomish, Thurston, Whatcom |
| Oldcastle, Inc./Materials Group [CPM Development Corporation (Central Washington Concrete, Inc.; ICON Materials)] | 12 | — | Douglas, Franklin, Grant, King, Spokane, Wahkiakum, Yakima |
| Quality Rock Products, Inc. (E) | 4 | — | King, Thurston |
| Rinker Materials Corporation | 5 | — | Clark, Snohomish |
| Stoneway Concrete, Inc. (Kangley Sand & Gravel) | 1 | — | King |

See footnotes at end of table.

| State and Company[1] | Active Operations | Sales Yards | Counties |
|---|---|---|---|
| **West Virginia** | | | |
| Laurel Sand & Gravel (Fairfax Sand & Stone) (E) | 1 | — | Tucker |
| Letart Corporation | 1 | — | Mason |
| **Wisconsin** | | | |
| Arlan Pope Construction Co. | 1 | — | Burnett |
| B.R. Amon & Sons, Inc. | 7 | — | Jefferson, Walworth |
| Cemstone Ready Mix (E) | 6 | — | Polk, St. Croix, Washburn |
| Cretex Companies, The (J.W. Peters, Inc.) | 2 | — | Racine |
| Evenson Construction Co., Inc. (E) | 2 | — | Manitowoc |
| Janesville Sand & Gravel Co. (Lycon, Inc.) (E) | 3 | — | Columbia, Dane, Rock |
| Mann Brothers Sand & Gravel, Inc. | 4 | — | Walworth |
| Mathy Construction Co. (Milestone Materials Division) (E) | 19 | — | Juneau, La Crosse, Sauk, Wood |
| Mike Germano Trusting Trucking (E) | 1 | — | Bayfield |
| Michels Corporation | 19 | — | Columbia, Dodge, Fond du Lac, Green Lake, Lincoln, Shawano, Sheboygan, Washington, Waupaca, Waushara |
| T&T Custom Crushing, Inc. (E) | 1 | — | Green Lake |
| Wimme Sand & Gravel, Inc | 1 | — | Portage |
| **Wyoming** | | | |
| E. H. Oftedal & Sons, Inc. | 2 | — | Park, Sublette |
| First Energy Services Company | 2 | — | Campbell |
| McGarvin-Moberly Construction Company | 2 | — | Washakie |
| Mobile Concrete, Inc. (E) | 1 | — | Natron |
| Oldcastle, Inc./Materials Group [Jack B. Parsons Companies (Evans Construction Company)] | 4 | — | Johnson, Teton |
| U.S. Bureau of Land Management | 1 | — | Various |
| Star Aggregates, Inc. | 1 | — | Laramie |

(E)—Production for all of the company's operations was estimated.  — None.
(R&E)—Production for some of the company's operations was estimated and some production was reported.
[1]Company subsidiary names in parentheses.

**Table 3.—The top 100 leading producers of construction sand & gravel in the United States in 2005**
**(in descending order of tonnage produced)**

| 2005 Rank | 2004 Rank | Company | 2005 Rank | 2004 Rank | Company |
|---|---|---|---|---|---|
| 1. | 1. | Oldcastle, Inc./Materials Group (R&E) | 51. | 50. | Genoak Materials, Inc. |
| 2. | 2. | Hanson Building Materials America, Inc. (R&E) | 52. | 70. | FNF Construction, Inc. |
| 3. | 3. | Rinker Materials Corporation (R&E) | 53. | 55. | Service Rock Products Corp. |
| 4. | 4. | Vulcan Materials Co. | 54. | 57. | R.E. Janes Gravel Co. (E) |
| 5. | 5. | MDU Resources Group, Inc./Knife River Corporation (R&E) | 55. | 48. | Clayton Sand & Gravel, Inc. |
| 6. | 7. | Cemex, Inc. (R&E) | 56. | 67. | York Building Products Co., Inc. |
| 7. | 6. | Holcim/Aggregate Industries (R&E) | 57. | 58. | Lattimore Properties, Inc. (E) |
| 8. | 8. | Martin Marietta Aggregates | 58. | 59. | Holliday Rock Products Corp. |
| 9. | 9. | Lafarge North America, Inc. | 59. | 56. | Southway Construction, Inc. (R&E) |
| 10. | 13. | U.S. Bureau of Land Management | 60. | 84. | Irving Materials, Inc. (R&E) |
| 11. | 10. | Granite Construction Company | 61. | 44. | Ashley Land Development Co., Inc. (E) |
| 12. | 11. | A. Teichert & Son, Inc. | 62. | 69. | Bowes Construction, Inc. (R&E) |
| 13. | 17. | Florida Rock Industries, Inc. | 63. | 75. | Thelen Sand & Gravel, Inc. |
| 14. | 14. | Edw. C. Levy Co. (R&E) | 64. | 46. | Wright Material Co. |
| 15. | 16. | TXI Operations, LP | 65. | 83. | Chandler Aggregates, Inc. (E) |
| 16. | 20. | California Portland Cement Company (R&E) | 66. | 42. | Union Asphalt, Inc. (E) |
| 17. | 15. | Robertsons Ready Mix, Inc. | 67. | 79. | Capital Sand Co., Inc. |
| 18. | 31. | Colas (R&E) | 68. | 68. | Waste Management |
| 19. | 19. | Prairie Materials Group (R&E) | 69. | 73. | GS Materials, Inc. |
| 20. | 22. | Trinity Industries, Inc. (R&E) | 70. | 63. | Superstition Crushing, LLC (E) |
| 21. | 18. | Fisher Industries (R&E) | 71. | 96. | Southwest Rock Products, LLC |
| 22. | 23. | Ashland, Inc./APAC, Inc. (R&E) | 72. | 71. | Watson Gravel, Inc. |
| 23. | 25. | Nugent Sand Company | 73. | 85. | Feltes Sand & Gravel Co., Inc. (E) |
| 24. | 37. | Las Vegas Paving Corp. (E) | 74. | 52. | Cretex Sand & Gravel, Inc. |
| 25. | 27. | Clyde Companies, Inc. (R&E) | 75. | 67. | Hilltop Basic Resources, Inc. |
| 26. | 28. | Olen Corporation, The (R&E) | 76. | 45. | Central Specialties, Inc. (R&E) |
| 27. | 21. | Salt River Pima-Maricopa Indian Community | 77. | 72. | Sandstone Materials (E) |
| 28. | — | Dickerson Aggregates, Inc. | 78. | — | Atlantic State Material of Pennsylvania |
| 29. | 24. | Fordyce Co., The | 79. | — | Foley Materials Co. |
| 30. | 26. | Meyer Material Co. | 80. | — | Capitol Aggregate, Ltd. |
| 31. | 30. | Mathy Construction Co. (E) | 81. | 87. | Phoenix San-man (R&E) |
| 32. | 62. | City Transfer, Inc. | 82. | — | Wadley Construction, Inc. (E) |
| 33. | 36. | Memphis Stone & Gravel Co. | 83. | 81. | Snyder Associated Cos. (E) |
| 34. | 54. | Gila River Indian Community (R&E) | 84. | 86. | Peter Kiewit Sons', Inc. |
| 35. | 32. | Nevada Ready Mix Co. | 85. | — | Ingram Materials, Inc. (E) |
| 36. | 38. | Lyman-Richey Sand & Gravel Co. (E) | 86. | — | Haines & Kibblehouse, Inc. |
| 37. | 35. | Heritage Group | 87. | — | Michels Pipeline Construction (R&E) |
| 38. | 47. | Schroeder-Manatee Ranch, Inc. | 88. | — | National Aggregate, Inc. (E) |
| 39. | 40. | Multisources, Inc. (R&E) | 89. | 95. | Simpson Sand & Gravel Co., Inc. (R&E) |
| 40. | 100. | Heidelberg Cement (R&E) | 90. | — | T&T Custom Crushing, Inc. (E) |
| 41. | 51. | All American Aggregates (R&E) | 91. | 76. | Continental Materials Corp. |
| 42. | 39. | B.R. Amon & Sons Co. | 92. | 90. | West Coast Aggregate Supply, Inc. (E) |
| 43. | 53. | Eagle Materials, Inc. | 93. | — | Aggregate Resources, Inc. (E) |
| 44. | 41. | General Dynamics Corporation | 94. | — | R. E. Peirson Materials (E) |
| 45. | 61. | L.G. Everist, Inc. | 95. | — | B.V. Hedrick Gravel & Stone (R&E) |
| 46. | 43. | E.R. Jahna Industries, Inc. (E) | 96. | — | Hi-Grade Materials Company |
| 47. | 93. | Higman Sand & Gravel, Inc. (E) | 97. | — | Wm. D. Scepaniak, Inc. |
| 48. | 49. | St. Charles Sand Co. | 98. | — | Nelson-Deppe, Inc. |
| 49. | — | Yellow River Supply Corp. (E) | 99. | — | Western Sand & Gravel, Inc. |
| 50. | 34. | Amboy Aggregates | 100. | — | P. A. Landers (E) |

(E)—Production for all of the company's operations was estimated.   — None.
(R&E)—Production for some of the company's operations was estimated and some production was reported.