

Copyright © 2006.   All Rights Reserved.
BellSouth Advertising & Publishing Corp.



Copyright © 2006. All Rights Reserved.
BellSouth Advertising & Publishing Corp.



Copyright © 2006. All Rights Reserved.
BellSouth Advertising & Publishing Corp.