◉ USDOT Number   ○ MC/MX Number   ○ Name

Enter Value: 1346785

[ Search ]

*Company Snapshot*

**FOLEY MATERIALS COMPANY**
USDOT Number: 1346785

### ID/Operations | Inspections/Crashes | Safety Rating | Insurance

| Other Information for this Carrier |
|---|
| ▼ SafeStat Results |
| ▼ Licensing & Insurance |

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 03/07/2007**.

| | | | |
|---|---|---|---|
| **Entity Type:** | Carrier | | |
| **Out of Service (Interstate Only):** | No | **Out of Service Date:** | None |
| **Legal Name:** | FOLEY MATERIALS COMPANY | | |
| **DBA Name:** | | | |
| **Physical Address:** | 5526 SCHATULGA ROAD COLUMBUS, GA   31907 | | |
| **Phone:** | (706) 563-7882 | | |
| **Mailing Address:** | P O BOX 7877 COLUMBUS, GA   31908 | | |
| **USDOT Number:** | 1346785 | **State Carrier ID Number:** | |
| **MC or MX Number:** | | **DUNS Number:** | -- |
| **Power Units:** | 1 | **Drivers:** | 2 |
| **MCS-150 Form Date:** | 05/31/2006 | **MCS-150 Mileage (Year):** | 125 (2006) |

**Operation Classification:**

| | | |
|---|---|---|
| Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| X Private(Property) | U.S. Mail | Indian Nation |

| Priv. Pass. (Business) | Fed. Gov't | |
|---|---|---|

**Carrier Operation:**

| **X** Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |
|---|---|---|

**Cargo Carried:**

| General Freight | Liquids/Gases | Chemicals |
|---|---|---|
| Household Goods | Intermodal Cont. | **X** Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | **X** Construction |
| **X** Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

---

**ID/Operations** | **Inspections/Crashes** | **Safety Rating** | **Insurance**

**Inspection results for 24 months prior to: 03/07/2007**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

**Inspections:**

| Inspection Type | Vehicle | Driver | Hazmat |
|---|---|---|---|
| **Inspections** | 0 | 0 | 0 |
| **Out of Service** | 0 | 0 | 0 |
| **Out of Service %** | 0% | 0% | 0% |
| **Nat'l Average % (2003)** | 22.92% | 6.78% | 5.26% |

**Crashes reported to FMCSA by states for 24 months prior to: 03/07/2007**

**Crashes:**

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| **Crashes** | 0 | 0 | 0 | 0 |

---

**ID/Operations** | **Inspections/Crashes** | Safety Rating | **Insurance**

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

**Carrier Safety Rating:**

**The rating below is current as of: 03/07/2007**

**Review Information:**

| Rating date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

**ID/Operations | Inspections/Crashes | Safety Rating | Insurance**

For the most current information on the status of operating authority
and insurance for this carrier, go to the **FMCSA Licensing & Insurance site.**

SAFER Links

Skip Links | Home | Feedback | Contact | DataQs | FAQ | Accessibility | Privacy Notice | Related Links | Acrobat
Reader Download



 

# *SAFER Help*

## SAFER Data Field Names

### General Snapshot Information

The term "company" refers to a "Motor Carrier Industry Entity" which includes carriers, shippers, and registrants.

A snapshot is a condensed view of the company's profile as maintained by the Motor Carrier Management Information System (MCMIS). It includes information on the company's location, identification numbers, type, cargo carried or shipped, inspection summary, crash summary, and safety rating. Descriptions of individual data items are listed below. Users may directly access these descriptions by clicking on any underscored field name in the table. Note that these field names are colored by your browser and will change colors after you have clicked on them the first time. These colors will vary depending on your browser setup. The actual data fields are colored **blue** to distinguish them from the field names.

It is recommended, if possible, that higher screen resolutions (1024 X 768 or 800 X 600) be used to view the snapshot table, otherwise it will be necessary to scroll both vertically and horizontally in order to view all the data fields. Also, because of the way HTML tables are implemented, the columns may "word wrap" at lower resolutions causing the data to be more difficult to comprehend.

Some data is displayed in *tables* of rows and columns. An **X** in front of an item in a table indicates that the item is relevant to this company, while the absence of any character indicates that the item is *not* applicable. Some tables allow characters other than **X** and those *flags* are explained in the individual data item help references below.

### Legal Name
This is the legal name of the company.

### DBA Name
This may be a trade name under which the company does business. Any name identifying the entity other than the legal name.

### Physical Address
Refers to the physical location of the company's principal office. The following data elements are included:

- **STREET**. Identifies the street address where the company's principal place of business is physically located.
- **CITY**. Identifies the city where the company's principal place of business is located.
- **STATE**. Identifies the State where the principal place of business is located. Two-letter postal abbreviation for the state.

- **ZIPCODE**, (EXPANDED ZIPCODE). Zip code which corresponds to the street address of the company's principal place of business (Any valid U.S. or Canadian zipcode or CANADA; MEXICO or CENTRA). Expanded zipcode refers to the last four digits of the zipcode. Example 37815-0310. If the expanded zipcode is known, the field will contain the dash (-). Some Canadian and Mexican addresses contain the word CANADA or MEXICO as part of the zipcode and Central American countries' zipcodes contain CENTRA. The first 5 characters will be stored in the ZIPCODE field and the last character will be stored in the EXPANDED ZIPCODE field.

## Phone
The company telephone number at the principal place of business.

## Mailing Address
The address at which a company receives mail.

## USDOT#
This is the number assigned by MCMIS to a census record. It is sometimes referred to as the USDOT number. Each company should have only one active census number. The census number has no internal coded structure. Numbers are issued sequentially as carriers/shippers/registrants are added to the system.

## State Carrier ID
Company I.D. number assigned by the state, often used in lieu of the USDOT#, for intrastate carriers/shippers/registrants.

## MC Numbers
Carrier number issued by the FMCSA granting authority for interstate operations. Prior to January 1, 1996, the MC number was issued by the Interstate Commerce Commission. Freight Forwarder docket numbers and MX numbers will also be listed in this field. Further information about the status of the number is contained in the Insurance section.

## DUNS Number
This is the corporate registration number given by Dun & Bradstreet.

## Entity Type
Refers to the type of operation in which the motor carrier is engaged. It identifies the entity as a carrier, hazardous materials shipper, both a carrier and a shipper, or registrant.

## Carrier Operations
Identifies the carrier as being engaged in interstate, intrastate hazardous material, or intrastate non-hazardous material transport activities.

## Shipper Operations
Identifies the shipper as being engaged in interstate or intrastate hazardous material shipping activities.

## Operation Classification
Identifies the type of motor carrier. MCMIS recognizes the following classifications for motor carrier type (NOTE: A carrier can have more than one type of classification):

- **Authorized-For-Hire.** A commercial motor carrier whose primary business activity is the transportation

of property/passengers by motor vehicle for compensation.

- **Exempt-For-Hire.** A for-hire motor carrier transporting commodities or conducting operations not subject to economic regulation by the FMCSA.
- **Private (property).** A motor carrier whose highway transportation activities are incidental to, and in furtherance of, its primary business activity.
- **Private/Passenger Business.** A private motor carrier engaged in the interstate transportation of passengers which is provided in the furtherance of a commercial enterprise and is not available to the public at large.
- **Private/Passenger Non-Business.** A private motor carrier involved in the interstate transportation of passengers that does not otherwise meet the definition of a private motor carrier of passengers (business) (e.g., church buses).
- **Migrant.** A motor carrier who transports in interstate or foreign commerce at any one time, three or more migrant workers to or from their employment (refers to "contract carrier by motor vehicle").
- **U.S. Mail.** A motor carrier which transports U.S. Mail.
- **Federal Govt.** Transportation of property or passengers by a U.S. Federal Government agency.
- **State Govt.** Transportation of property or passengers by a U.S. State Government agency.
- **Local Govt.** Transportation of property or passengers by a local municipality.
- **Indian Tribe.** Transportation of property or passengers by an Indian tribal government.
- **Other Classification.** A motor carrier which does not fall into one of the classifications above (Description is in "Other" field).

### Status
Refers to the status of the record in MCMIS. An active status means the motor carrier or shipper is currently in business and subject to the FMCSR or HMR. If the motor carrier is an authorized for-hire carrier, the status of its operating authority is listed separately under the Insurance section.

### Power Units
Identifies the number of Trucks, Tractors, Hazardous Material Tank Trucks, Motor Coaches, School Buses, Mini-Bus/Vans and Limousines owned, term leased or trip leased by the motor carrier.

### Drivers
Total number of drivers employed by the carrier/shipper.

### MCS-150 Form Date
Date from the MCS-150 Registration Form.

### MCS-150 Form Mileage
Mileage from the MCS-150 Registration Form.

### Cargo Carried
Identifies the type of cargo transported by the carrier/shipper.

### Hazmat Status
Indicates whether a carrier/shipper is engaged in the transport of hazardous materials. The following data elements are included:

- **C** - HAZMAT OPERATIONS/CARRIER B = Bulk, N = Non-Bulk, or A = All. Identifies entity as a *carrier* engaged in the transportation of hazardous materials.
- **S** - HAZMAT OPERATIONS/SHIPPER B = Bulk, N = Non-Bulk, or A = All. Identifies entity as a *shipper* engaged in the transportation of hazardous materials.

## Inspections

Number of roadside inspections conducted within the past two years. Inspections are listed as total, driver, vehicle, and Hazmat. There are five levels of inspections:

- Level 1 - a complete inspection
- Level 2 - a walk-around inspection
- Level 3 - a driver-only inspection
- Level 4 - an inspection for a special study
- Level 5 - a vehicle-only inspection

The inspection values listed in the table are based on the following totals:

**Vehicle Inspection**
> Levels 1+2+5

**Driver Inspection**
> Levels 1+2+3

**Hazmat Inspection**
> Levels 1+2+3+4+5 (*when Hazmat is present*)

***Note that total inspections may not be the sum of the totals described above.*

The second row of the Inspections table indicates the number of inspections which resulted in an "Out of Service (OOS)" status. The OOS status reflects one or more OOS violations in a single inspection.

The third row is the percentage of the displayed carrier's inspections resulting in an "Out of Service" status.

The fourth row represents the National Average which is the percentage of all inspections conducted in the USA that resulted in an "Out of Service" status for the year 1999.

## Crashes

Each crash is only recorded once and at its highest level of severity. For example, if an crash involved one fatality, three injuries, and one tow-away, the crash would only be recorded as a single fatal crash. The crash total is therefore the sum of the fatal, injury, and tow categories.

## Carrier Safety Rating

This is a measure of the carrier's compliance with the Federal Motor Carrier Safety Regulations (FMCSR). Motor carriers rated before 1986 were assigned safety ratings based on previous procedures used to determine the carriers compliance with the FMCSR such as a Safety Management Audit, or a Re-investigation conducted on the carriers operation. Beginning in October 1986, motor carriers were assigned a safety rating based on a Safety Review or a Compliance Review. A Safety Review is an overview of a motor carrier's knowledge of the FMCSR. This covers all major areas of the Safety Regulations. Much of the rating is based on an interview with management. The main purpose is to educate a carrier about the FMCSR. A Compliance Review is a statistical sampling or audit of required records to determine a motor carrier's compliance with the FMCSR. An in-depth review of the motor carrier's records is made to check different categories of drivers, vehicles and trips. This review may be limited to specific problems and may include a detailed investigation of a problem area. The compliance status determination is based on FMCSR violations discovered during the review.

Any of the following codes may be found in this field:

- **Satisfactory**; Records indicate no evidence of substantial non-compliance with safety requirements.
- **Conditional**; Records indicate that the carrier was out of compliance with one or more safety requirements.
- **Unsatisfactory**; Records indicate evidence of substantial noncompliance with safety requirements.

EFFECTIVE DATE. The date the Safety/Compliance Review was input into MCMIS thus generating a safety rating.

---

Help information for operating authority and insurance fields.

**Name on Operating Authority Documents**: This is the name that an authorized carrier, freight forwarder or property broker operates under. It includes both the legal and, where applicable, the d/b/a name.

**Docket Number**: This refers to the number issued by the FMCSA granting authority for interstate operations. The prefix "MC" refers to a motor carrier, "MX" refers to a foreign domiciled (Mexico) motor carrier, "FF" refers to a freight forwarder.

**Operating Authority Status**: This field refers to the status of the operating authority registration in the Licensing & Insurance (L&I) database, and separately identifies whether the entity is registered as a common carrier, contract carrier or as a property broker. Freight forwarder authority is listed as contract authority. An ***active*** status means the carrier, freight forwarder or broker is currently in business. An ***inactive*** status means the carrier, freight forwarder or broker operating authority has been revoked. A ***none*** status means the carrier, freight forwarder or broker is not registered for that type of authority. (Note: If the authority status is ***none***, an application may be pending or a previous application may have been denied, dismissed, or withdrawn)

**Insurance Requirements and Status**: This refers to the types and levels of insurance that a carrier, freight forwarder or property broker must have in effect and on file with FMCSA. ***Liability Insurance*** refers to bodily injury and property damage liability insurance. ***Cargo Insurance*** refers to motor carrier cargo liability insurance. ***Bonds or Trust Fund*** refers to surety bonds or trust funds that must be maintained by authorized property brokers. If a particular type of insurance is required, the dollar amount of liability insurance required will be identified and a status will be indicated. No dollar amounts for cargo insurance or bonds or trust funds will be listed. An ***OK*** status means the carrier, freight forwarder or property broker is in compliance. A ***Not OK*** status means the carrier, freight forwarder or property broker is not in compliance and may be subject to revocation proceedings. Any operations while not in compliance are unlawful.

**Current Insurance Profile**: This refers to the most recent insurance information contained in the L&I database. Each record should be read across the screen beginning with the ***insurance type***. The ***insurance type*** will be either liability, cargo, or bond or trust fund. ***Insurance carrier*** refers to the insurance company. ***Policy number*** includes insurance policy and surety bond or trust fund numbers assigned by the issuer. (Note: many surety bonds and trust funds will not have a policy number listed). ***Effective date*** refers to the effective date of the policy, surety bond, or trust fund. If the filing has recently been canceled, the word "canceled:" will appear with the date, and will mean the effective date the policy was canceled. ***\*Coverage Amount*** refers to the amount of coverage under the particular policy.

*\* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 for cargo insurance and $10,000 for bond/trust fund). The carrier may actually have higher levels of coverage.*

**Out of Service** Out of Service.

**Out of Service Date** Indicates the date the company was ordered Out of Service. If there are multiple Out of Service orders, it will be the earliest date.

---

SAFER Links

Skip Links | Home | Feedback | Contact | DataQs | FAQ | Accessibility | Privacy Notice | Related Links | Acrobat Reader Download

