**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK								TELEPHONE (334) 954-3600

March 19, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Aaron Lee Jones vs. Richard Allen, et al**
**Case Number: 2:06cv986-MHT**

**Pleading : #115 Brief/Memorandum in Opposition to Plaintiff's Brief in Support**
**#116 Evidentiary Submission**

**Notice of Correction is being filed this date to advise that the referenced pleadings e-filed on 3/16/07 referenced the incorrect document within the body of the text. Reference should have been made to doc#107, instead of doc#114 .**

 **The corrected pdf document is attached to this notice.**