THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Case No.: 2:05-cv-01026-ID-CSC |
| | * |
| HARRY E. LAMBERT, CAROL'S | * |
| CONTRACTING, INC. and | * |
| ALABAMA GRAVEL, LLC, | * |
| | * |
| Defendants. | * |

**JOINT NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Pursuant to this Court's Scheduling Order, counsel for all parties met for a face-to-face settlement conference. Mediation has previously been attempted and was not helpful. The parties were unable to reach a settlement and the parties do not believe that another mediation would be helpful in resolving this matter.

Respectfully submitted on this 20th day of March, 2007.

| | |
|---|---|
| s/ Dennis R. Bailey | s/ Robin G. Laurie |
| Dennis R. Bailey | Robin G. Laurie (ASB-4217-U64R) |
| Attorney for Defendants | One of the Attorneys for Plaintiff |
| Rushton, Stakely, Johnston, Garrett | Balch & Bingham LLP |
| P. O. Box 270 | P. O. Box 78 |
| Montgomery, Alabama 36101-0270 | Montgomery, Alabama 36101 |
| 334-206-3100 | 334-834-6500 |
| Fax: 334-262-6277 | Fax: 334-269-3115 |
| Email: DRB@rsj.com | Email: rlaurie@balch.com |
| | |
| | Thomas F. Gristina |
| | William L. Tucker |
| | Page, Scrantom, Sprouse, Tucker & Ford, P.C. |
| | P. O. Box 1199 |
| | Columbus, GA 31902-1199 |

178302.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

/s/ Robin G. Laurie
OF COUNSEL