THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| Plaintiff, | * |
| v. | * Case No.: 2:05-cv-01026-ID-CSC |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC. and ALABAMA GRAVEL, LLC, | * |
| Defendants. | * |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF**

Plaintiff The Concrete Company ("TCC") moves the Court for leave to file the attached brief in reply to Defendant Harry E. Lambert's ("Lambert") Brief in Opposition to Plaintiff's Partial Motion for Summary Judgment. In support of its motion, TCC states the following:

1. On March 16, 2007, Lambert filed his Brief in Opposition to Plaintiff's Partial Motion for Summary Judgment (doc. # 115) and submitted his evidentiary submission therewith (doc. # 116).

2. The Court's Scheduling Order (doc. # 92) does not address the submission of a reply brief by the party moving for summary judgment.

3. The evidence, issues and case law addressed by Lambert in his opposition brief warrant a reply by TCC, and TCC's reply brief should aide the Court in deciding the issues to be resolved on summary judgment. TCC does not include any additional evidentiary material in support of its reply brief other than limited deposition testimony. TCC's sole purpose in submitting this testimony is to demonstrate that Lambert incorrectly cited deposition testimony

178249.1

in his opposition brief and to further explain and give context to the testimony incorrectly cited by Lambert.

4.  TCC's reply brief is attached hereto.

Wherefore, for the foregoing reasons, TCC respectfully requests that this Court grant it leave to file the attached reply brief.

Respectfully submitted on this 22nd day of March, 2007.

s/ Robin G. Laurie
Robin G. Laurie (ASB-4217-U64R)
One of the Attorneys for Plaintiff The
Concrete Company
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

G. Lane Knight (ASB-6748-I72K)
Balch & Bingham, LLP
P. O. Box 78
Montgomery, Alabama 36101

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

                                    /s/Robin G. Laurie
                                    OF COUNSEL