IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 2:05-cv-01026-CSC |
| | * |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * |
| | * |
| | * |
| Defendants. | * |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff The Concrete Company's Exhibits, excluding impeachment exhibits, are set forth below. TCC reserves the right (1) to supplement this list; (2) not to offer and/or to object to Defendants' use of any of the following; (3) to offer as a separate exhibit any portion of any of the following; (4) to offer an enlargement of any of the following; (5) to use any document subsequently identified or produced; and (6) to use any exhibit listed by any other party if TCC's objection thereto is waived or overruled. TCC also reserves the right to amend this Exhibit List following the Court's ruling on the pending summary judgment motions.

1. June 10, 1997 Agreement

2. June 10, 1997 Employment Agreement

3. September 7, 2001 Summary Judgment Order

4. March 21, 2002 Order Affirming Summary Judgment Order

5. March 26, 2002 Letter from Ford to Jordan

6. April 9, 2002 Closing Statement

7. Summary of Debt Assumed at Closing

8.  Sorrell Notes
9.  Sorrell Emails
10. Inventory Record
11. Sorrell Notes
12. July 29, 2005 Dunn & Bradstreet Report Re Alabama Gravel
13. December 6, 2005 Crest Capital Fax
14. Alabama Gravel March 24, 2005 Articles of Incorporation
15. Wymer Calendar Entry
16. Harry Lambert Delivery Tickets
17. CCI Invoices to Alabama Gravel Re Simcala
18. CCI Invoices to Simcala
19. CCI Invoices to Alabama Gravel Re Globe
20. CCI Invoices to Alabama Gravel Re Maddox Stone & Gravel
21. Alabama Gravel Invoices to Simcala
22. Alabama Gravel Invoices to Globe
23. Alabama Gravel Invoices to Maddox Stone & Gravel
24. Southern Steel Invoices to Alabama Gravel
25. Pond River Steel Invoices to Alabama Gravel
26. Larry Speaks Invoices to Alabama Gravel
27. Pearce Pump Invoices to Alabama Gravel
28. Southern Wire Documents Produced on January 6, 2006 in Response to TCC Subpoena
29. Southern Wire Documents Produced by Alabama Gravel on May 1, 2006

30. Southern Wire Documents Produced by Southern Wire at Deposition

31. Harry Lambert Cell Phone Records

32. Detailed Schedule/Summary of Harry Lambert Cell Phone Records

33. Cumulative Schedule/Summary of Harry Lambert Cell Phone Records

34. TCC Sales Summary

35. Initial Lost Profit Calculation

36. TCC Financials

37. Updated Lost Profit Calculation

38. TCC Financials

39. Summary of Shipments to Simcala and Globe

40. Simcala Purchase Order Re Alabama Gravel

41. Wymer Note

42. Letter from Carol Lambert to Wymer

43. Purchase Agreement Between Simcala and Alabama Gravel

44. May 4, 2005 Letter from Boardwine to Alexander

45. June 20, 2005 Letter from Alexander to Boardwine

46. Consulting Agreement

47. January 10, 2007 Email from Walters to Gristina

48. Deatsville/Cruise Pit Lease

49. Alabama Gravel Checks Re Deatsville/Cruise Pit Lease

50. *    March 30, 2006 Letter from ADEM to Gentry

51. *    June 20, 2006 Letter from Gentry to ADEM

52. *    Notes Re Gentry NOV Issues

53. Ware Calendar

54. Gentry Pit PAP Map

55. CCI April 26, 2002 Articles of Incorporation

56. CCI Form 1099s

57. Lambert Individual State Income Tax Returns

58. CCI S Corp State Income Tax Returns

59. Lambert Individual Federal Income Tax Returns

60. CCI S Corp Federal Income Tax Returns

61. Alabama Gravel Checks Re Royalty Payments

62. Alabama Gravel Check to Pete Long Re Mack Tilly Referral

63. Alabama Gravel Checks to Mack Tilly

64. Alabama Gravel Checks to Southern Wire

65. Harry Lambert's Responses to TCC's First Interrogatories

66. List of Unknown Telephone Numbers Completed by Harry Lambert

67. Alabama Gravel Checks to Alan King

68. *       Documents Regarding Phillips Long Term Purchase Agreement And Loan Transaction and Bankruptcy

69. *       Documents Re Army Corps and Southern Christian University

70. Bill of Sale from Parent to Wholly Owned Subsidiary

71. Simcala Test Documents

72. Globe Test Documents

*       These exhibits are listed subject to TCC's potential upcoming motion(s) *in limine*. To the extent a motion is granted as to the issues with respect to which these documents

4

individually and/or collectively pertain, TCC may not proffer these exhibits and will object to any attempt by Defendants to do so. If a motion is not granted as to the issues with respect to which these documents individually and/or collectively pertain, TCC may proffer these exhibits.

This the 7th day of May, 2007.

_____
One of the Attorneys for Plaintiff
The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
tfg@psstf.com
William L. Tucker
wlt@psstf.com
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2007, I served a copy of the foregoing Exhibit List by email and Federal Express to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

_____
OF COUNSEL