IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 2:05-cv-01026-CSC |
| | * |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * |
| | * |
| Defendants. | * |

## PLAINTIFF'S WITNESS LIST

A.  Excluding rebuttal and impeachment witnesses, TCC expects to call the following witnesses:

   1.  Hugh Sorrell
       The Concrete Company
       1030 First Avenue
       Columbus, Georgia 31901
       (706) 563-7882

B.  Excluding rebuttal and impeachment witnesses, TCC may call the following witnesses:

   1.  Billy Stanley
       1322 Marion Spillway
       Elmore, Alabama 36025
       (334) 285-1805

   2.  David Gaddy
       1322 Marion Spillway
       Elmore, Alabama 36025
       (334) 285-1805

3. Russell Ware
   1322 Marion Spillway
   Elmore, Alabama 36025
   (334) 285-1805

4. Pete Long
   207 Paulette Drive
   Gadsden, Alabama 35903
   (256) 492-2634

5. Frank Foley
   The Concrete Company
   1030 First Avenue
   Columbus, Georgia 31901
   (706) 563-7882

6. Eric Nix
   The Concrete Company
   1030 First Avenue
   Columbus, Georgia 31901
   (706) 563-7882

7. Billy Ammons
   The Concrete Company
   1030 First Avenue
   Columbus, Georgia 31901
   (706) 563-7882

8. Danny Luster
   The Concrete Company
   1030 First Avenue
   Columbus, Georgia 31901
   (706) 563-7882

9. Gene Talley
   The Concrete Company
   1030 First Avenue
   Columbus, Georgia 31901
   (706) 563-7882

10. Leroy Bush
    The Concrete Company
    1030 First Avenue
    Columbus, Georgia 31901
    (706) 563-7882

11. Don Triplett
    1478 Crossing Way
    Auburn, Alabama 36830
    (334) 559-3519

11. Harry Lambert
    541 Gunnells Road
    Deatsville, Alabama 36022

12. Carol Lambert
    541 Gunnells Road
    Deatsville, Alabama 36022

13. Robert Alexander
    135 Chinquapin Lane
    Sunset, South Carolina
    (334) 202-3645

14. William D. Tuten
    313 Lawton Road
    Marietta, Ohio 45750
    (740) 525-9396

15. Mike Hong
    Crest Capital
    5905 Windward Parkway
    Alpharetta, Georgia 30005
    (800) 245-1213

16. Mike Gentry
    1201 South Memorial Drive
    Prattville, Alabama
    (334) 365-3836

17. William R. Dasinger
    123 Petunia Drive
    Deatsville, Alabama 36022
    (334) 202-3986

18. Sam Estock
    Southern Wire, Inc.
    P.O. Box 4155
    Birmingham, Alabama 35173
    (205) 936-4777

19. Bernie Ostervold
    Pearce Pump South, Inc.
    1365 Jaqueline
    Columbus, Georgia
    (706) 561-3253

20. Neal Labovitz
    Southern Steel & Pipe, Inc.
    1040 North McDonough
    Montgomery, Alabama 36104
    (334) 240-2223

21. Jim Maddox
    3348 Plantation Drive
    Valdosta, Georgia 31605
    (229) 242-1724

22. Dick Wymer
    7339 Glen Chase Road
    Montgomery, Alabama
    (334) 215-7560

23. Eddie Boardwine
    Tallasee, Alabama
    (334) 215-7560

24. Bob Becker
    Globe Mettalurgical
    Marietta, Ohio
    (740) 984-8562

25. Randy Willingham
    1000 Huff Road, NW
    Atlanta, Georgia 30318
    (404) 355-8155

26. Allan King
    13324 Edna Brake Lucas Drive
    Mt. Miegs, Alabama
    (334) 303-1844

27. Larry Speaks
    535 Heron Street
    Montgomery, Alabama 36104
    (334) 262-1091

4

27. TCC also reserves the right to call any witness identified in Defendants' witness list(s).

28. TCC also reserves the right to call any witness for purposes of authentication if Defendants object to the authenticity of any of the exhibits listed in TCC's exhibit list.

29. TCC also reserves the right to amend this Witness List following the Court's ruling on the pending summary judgment motions.

This the 7th day of May, 2007.

_____
One of the Attorneys for Plaintiff
The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
tfg@psstf.com
William L. Tucker
tfg@psstf.com
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2007, I served a copy of the foregoing Witness List by e-mail and Federal Express to the following:

> Dennis R. Bailey, Esquire
> Rushton, Stakely, Johnston & Garrett
> P. O. Box 270
> Montgomery, Alabama 36101-0270

_____
OF COUNSEL