IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 2:05-cv-01026-CSC |
| | * |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S DEPOSITION DESIGNATION**

Plaintiff The Concrete Company ("TCC") submits the following deposition designation concerning deposition testimony it expects to use at trial. TCC reserves the right (1) to supplement this designation; (2) not to offer and/or to object to Defendants' use of any of the following; (3) to use any designation listed by any other party; (4) to amend this designation following the Court's ruling on the pending summary judgment motions; (5) not to use any of the following and to designate additional testimony depending on the availability of witnesses at trial; and (6) to designate additional testimony at trial for use in TCC's rebuttal case.

Subject to these prefatory comments and reservations of rights, TCC designates deposition testimony as follows:

**I.    Deposition Of David Tuten – July 13, 2006**

| Page | Lines |
|---|---|
| 6 | 6-23 |
| 7 | 1-23 |
| 8 | 1-23 |
| 9 | 1-23 |
| 10 | 1-23 |

| | |
|---|---|
| 11 | 1-23 |
| 12 | 1-12 |
| 13 | 7-20 |
| 14 | 16-19 |
| 16 | 5-11, 20-23 |
| 17 | 1-2 |
| 18 | 8-17 |
| 19 | 4-7, 9 |
| 21 | 10-23 |
| 22 | 1-12, 21-23 |
| 23 | 1-4 |
| 33 | 9-10, 22-23 |
| 34 | 1-23 |
| 35 | 1-23 |
| 36 | 1-15 |
| 37 | 19-23 |
| 38 | 1-18, 20 |
| 43 | 2-3, 5-23 |
| 44 | 1-15 |
| 45 | 23 |
| 46 | 1-23 |
| 47 | 1-23 |
| 48 | 1-23 |
| 49 | 1-23 |
| 50 | 1-8 |
| 53 | 6-17 |
| 57 | 20-23 |
| 58 | 1-3, 16-23 |
| 59 | 1-7 |
| 60 | 9-23 |
| 61 | 1-17 |
| 62 | 15-23 |
| 63 | 1 |
| 70 | 1-23 |
| 71 | 1-23 |
| 72 | 1-5 |
| 77 | 10-20 |
| 78 | 14-23 |
| 79 | 1-10 |
| 81 | 23 |
| 82 | 1-23 |
| 83 | 1-23 |
| 85 | 9-23 |
| 86 | 1-23 |
| 87 | 1-2 |
| 90 | 12-23 |

| | |
|---|---|
| 91 | 1-5, 8-23 |
| 92 | 1-23 |
| 93 | 1-23 |
| 94 | 1-23 |
| 95 | 1-23 |
| 96 | 1, 8-12, 19-23 |
| 97 | 1-23 |
| 98 | 1-23 |
| 99 | 1-23 |
| 100 | 1-23 |
| 101 | 1-3, 5-23 |
| 102 | 1-19 |
| 103 | 4-23 |
| 104 | 1-13, 16-23 |
| 105 | 1-23 |
| 106 | 1-5, 14-23 |
| 107 | 1-6 |
| 126 | 18-23 |
| 127 | 1-5 |
| 128 | 6-23 |
| 129 | 1-23 |
| 130 | 1-19 |
| 132 | 11-23 |
| 133 | 1-22 |
| 134 | 16-23 |
| 135 | 1-19 |
| 137 | 12-23 |
| 143 | 16-23 |
| 144 | 1-18 |
| 149 | 10-23 |
| 150 | 1-23 |
| 151 | 1-23 |
| 152 | 1-23 |
| 153 | 1-7, 17-23 |
| 154 | 1-17 |
| 157 | 3-13 |
| 160 | 12-23 |
| 161 | 1-23 |
| 162 | 1-18 |
| 166 | 13-23 |
| 167 | 1-23 |
| 168 | 1-13 |
| 169 | 11-18 |
| 173 | 19-22 |
| 174 | 5-23 |
| 175 | 1-2, 6-23 |

| Page | Lines |
|---|---|
| 176 | 1, 20-22 |
| 177 | 1-21 |
| 199 | 1-23 |
| 200 | 1-23 |
| 201 | 1-23 |
| 202 | 1-12 |
| 204 | 3-7, 9-16 |
| 208 | 6-23 |
| 209 | 1-23 |
| 210 | 1-2, 7-9 |
| 211 | 18-23 |
| 212 | 1-3, 23 |
| 213 | 1-23 |
| 214 | 1-8 |
| 217 | 2-23 |
| 218 | 1-10, 14-21 |
| 223 | 8-23 |
| 224 | 1-11 |
| 250 | 9-18 |
| 252 | 13-23 |
| 253 | 1-18 |
| 256 | 2-5 |

## II.   Deposition Of Robert James Alexander – December 4, 2006

| Page | Lines |
|---|---|
| 6 | 19-23 |
| 7 | 1-23 |
| 8 | 1-23 |
| 9 | 1-11 |
| 30 | 16-23 |
| 31 | 1-23 |
| 32 | 1-13 |
| 33 | 5-23 |
| 34 | 1-14, 18-23 |
| 35 | 1-23 |
| 36 | 1-7, 12-23 |
| 37 | 1-23 |
| 38 | 1-23 |
| 39 | 1-23 |
| 40 | 1-23 |
| 41 | 1-23 |
| 42 | 1-23 |
| 43 | 1-23 |
| 44 | 1-10 |

| | |
|---|---|
| 50 | 14-23 |
| 51 | 1-15 |
| 52 | 7-23 |
| 53 | 1-5, 12-23 |
| 54 | 1-23 |
| 55 | 1-12 |
| 56 | 2-23 |
| 57 | 1-11, 17-23 |
| 58 | 1-2, 9-22 |
| 61 | 5-23 |
| 62 | 1-23 |
| 63 | 1-21 |
| 64 | 7-23 |
| 65 | 1-17, 23 |
| 66 | 1-23 |
| 67 | 4-13, 17-23 |
| 68 | 1-4, 5-17 |
| 69 | 10-23 |
| 70 | 1-23 |
| 71 | 1-23 |
| 72 | 1-14 |
| 74 | 6-23 |
| 75 | 1-5, 17-23 |
| 76 | 1-23 |
| 77 | 1-23 |
| 78 | 1-23 |
| 79 | 1-23 |
| 80 | 1-4, 18-23 |
| 81 | 1-3, 6-23 |
| 82 | 1-17, 23 |
| 83 | 1-23 |
| 84 | 1-8, 15-23 |
| 85 | 1-22 |
| 86 | 17-22 |
| 87 | 4-22 |
| 88 | 9-15 |
| 89 | 3-23 |
| 90 | 1-23 |
| 91 | 1-23 |
| 92 | 1-23 |
| 93 | 1-22 |
| 95 | 21-23 |
| 96 | 1-23 |
| 97 | 1-18 |
| 98 | 4-23 |
| 99 | 1-16 |

| | |
|---|---|
| 102 | 6-23 |
| 103 | 1-23 |
| 104 | 1-12, 17-23 |
| 105 | 1-15, 18-21 |
| 106 | 1-23 |
| 107 | 1-4, 11-23 |
| 108 | 1-3, 21-23 |
| 109 | 1-23 |
| 110 | 1-18 |
| 111 | 6-23 |
| 112 | 1, 6-8, 17-23 |
| 113 | 1-14 |
| 115 | 17-23 |
| 116 | 1-3 |
| 118 | 15-23 |
| 119 | 1-11 |
| 121 | 4-16 |
| 124 | 7-23 |
| 125 | 1-4, 6-23 |
| 126 | 1-3, 16-23 |
| 127 | 1-23 |
| 128 | 1-23 |
| 129 | 1-23 |
| 130 | 1-16, 19-23 |
| 131 | 1-7 |
| 132 | 12-23 |
| 133 | 1-13 |
| 135 | 18-23 |
| 136 | 1-7 |
| 151 | 12-17 |
| 152 | 11-23 |
| 153 | 1 |
| 158 | 8-14 |
| 161 | 14-23 |
| 162 | 1, 19-23 |
| 163 | 18-23 |
| 164 | 1-2 |
| 166 | 16-23 |
| 167 | 1-6 |
| 176 | 6-16 |
| 177 | 22-23 |
| 178 | 1-8 |
| 182 | 8-19 |
| 183 | 20-23 |
| 184 | 1-7 |
| 188 | 1-23 |

| Page | Lines |
|------|-------|
| 189 | 1-23 |
| 196 | 13-21 |
| 200 | 7-9 |
| 201 | 2-7, 13-23 |
| 202 | 1-3 |
| 204 | 23 |
| 205 | 1-19 |
| 211 | 5-12 |
| 212 | 8-23 |
| 213 | 1-16 |
| 219 | 3-23 |
| 220 | 1-12, 21-23 |
| 221 | 1-23 |
| 222 | 1-8 |
| 223 | 9-14 |
| 226 | 4-6, 9-13 |
| 227 | 2-23 |
| 228 | 1-23 |
| 229 | 1-6, 12-23 |
| 230 | 1-2, 5-16 |
| 235 | 12-17 |
| 238 | 23 |
| 239 | 1-23 |
| 240 | 1-2, 10-23 |
| 241 | 1-23 |
| 242 | 1 |
| 250 | 10-23 |
| 251 | 1-23 |
| 252 | 1-23 |
| 253 | 1-21 |
| 254 | 4-23 |
| 255 | 1-21 |
| 257 | 18-23 |
| 258 | 1-18 |

**III.    Deposition Of Robert R. Becker – February 15, 2007**

| Page | Lines |
|------|-------|
| 4 | 8-24 |
| 5 | 1-16 |
| 6 | 1-3 |
| 7 | 2-24 |
| 8 | 1-24 |
| 9 | 1-24 |
| 10 | 1-24 |

| | |
|---|---|
| 11 | 1-23 |
| 12 | 19-24 |
| 13 | 1-24 |
| 14 | 1-24 |
| 15 | 1-24 |
| 16 | 1-24 |
| 17 | 1-24 |
| 18 | 1-24 |
| 19 | 1-24 |
| 20 | 1-24 |
| 21 | 1-24 |
| 22 | 1-24 |
| 23 | 1-24 |
| 24 | 1-17, 20-24 |
| 25 | 4-24 |
| 26 | 1-24 |
| 27 | 1-24 |
| 28 | 1-24 |
| 29 | 1-24 |
| 30 | 1-24 |
| 31 | 1-24 |
| 32 | 1-24 |
| 33 | 1-20 |
| 34 | 2-24 |
| 35 | 1-24 |
| 36 | 1-11, 14-24 |
| 37 | 1-24 |
| 38 | 1-24 |
| 39 | 1-24 |
| 40 | 1-12, 21-24 |
| 41 | 1-24 |
| 42 | 1-24 |
| 43 | 1-24 |
| 44 | 1-24 |
| 45 | 1-13 |
| 47 | 24 |
| 48 | 1-21 |
| 49 | 12-22 |
| 50 | 6-24 |
| 51 | 1-24 |
| 52 | 1-24 |
| 53 | 1-24 |
| 54 | 1-24 |
| 55 | 1-24 |
| 56 | 1-9, 11-24 |
| 57 | 1-24 |

| | |
|---|---|
| 11 | 1-23 |
| 12 | 19-24 |
| 13 | 1-24 |
| 14 | 1-24 |
| 15 | 1-24 |
| 16 | 1-24 |
| 17 | 1-24 |
| 18 | 1-24 |
| 19 | 1-24 |
| 20 | 1-24 |
| 21 | 1-24 |
| 22 | 1-24 |
| 23 | 1-24 |
| 24 | 1-17, 20-24 |
| 25 | 4-24 |
| 26 | 1-24 |
| 27 | 1-24 |
| 28 | 1-24 |
| 29 | 1-24 |
| 30 | 1-24 |
| 31 | 1-24 |
| 32 | 1-24 |
| 33 | 1-20 |
| 34 | 2-24 |
| 35 | 1-24 |
| 36 | 1-11, 14-24 |
| 37 | 1-24 |
| 38 | 1-24 |
| 39 | 1-24 |
| 40 | 1-12, 21-24 |
| 41 | 1-24 |
| 42 | 1-24 |
| 43 | 1-24 |
| 44 | 1-24 |
| 45 | 1-13 |
| 47 | 24 |
| 48 | 1-21 |
| 49 | 12-22 |
| 50 | 6-24 |
| 51 | 1-24 |
| 52 | 1-24 |
| 53 | 1-24 |
| 54 | 1-24 |
| 55 | 1-24 |
| 56 | 1-9, 11-24 |
| 57 | 1-24 |


| Page | Lines |
| --- | --- |
| 58 | 1-24 |
| 59 | 1-24 |
| 60 | 1-24 |
| 61 | 1-11, 14-22 |
| 64 | 16-21 |
| 65 | 2-15, 21-24 |

### IV.  Deposition Of James B. Maddox – January 17, 2007

| Page | Lines |
| --- | --- |
| 4 | 20-25 |
| 5 | 1-18 |
| 6 | 11-25 |
| 7 | 1-25 |
| 8 | 1-25 |
| 9 | 1-25 |
| 10 | 1-4 |
| 11 | 7-15, 23-24 |
| 12 | 15-25 |
| 13 | 1-20 |
| 14 | 3-25 |
| 15 | 1-14 |
| 17 | 24-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-21, 24-25 |
| 21 | 1-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-19, 23-25 |
| 25 | 1-6, 13-25 |
| 26 | 1-4, 9-25 |
| 27 | 1-25 |
| 28 | 1-25 |
| 29 | 1-21 |
| 31 | 2-25 |
| 32 | 1-25 |
| 33 | 1-21, 23-25 |
| 34 | 1, 7-25 |
| 35 | 1-25 |
| 37 | 13-25 |
| 38 | 1-15 |
| 43 | 22-24 |

V. **Deposition Of Michael Hong – January 16, 2007**

| Page | Lines |
|---|---|
| 4 | 8-25 |
| 5 | 1-18 |
| 6 | 4-25 |
| 7 | 1-25 |
| 8 | 1-25 |
| 9 | 1-25 |
| 10 | 1-25 |
| 11 | 1-25 |
| 16 | 4-25 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-3 |

VI. **Deposition Of Richard D. Wymer – January 11, 2007**

| Page | Lines |
|---|---|
| 9 | 7-22 |
| 13 | 1-23 |
| 14 | 1-23 |
| 15 | 1-23 |
| 16 | 1-23 |
| 17 | 1-9, 18-23 |
| 18 | 1-23 |
| 19 | 1-23 |
| 20 | 1-23 |
| 21 | 1-23 |
| 22 | 1-23 |
| 23 | 1-2 |
| 38 | 13-20 |
| 39 | 11-23 |
| 40 | 1-23 |
| 41 | 1-23 |
| 42 | 1-23 |
| 43 | 1-23 |
| 44 | 1-23 |
| 45 | 1-23 |
| 46 | 1-4 |
| 60 | 10-23 |
| 61 | 1-23 |
| 62 | 1-23 |
| 63 | 1-23 |

| | |
|---|---|
| 64 | 1-23 |
| 65 | 1-23 |
| 66 | 1-23 |
| 67 | 1-23 |
| 68 | 1-3 |
| 69 | 6-18 |
| 71 | 4-23 |
| 72 | 1-23 |
| 73 | 1-22 |
| 75 | 16-23 |
| 76 | 1-23 |
| 77 | 1-16 |
| 84 | 5-23 |
| 85 | 1-23 |
| 86 | 1-23 |
| 87 | 1-23 |
| 88 | 1-23 |
| 89 | 1-21 |
| 90 | 21-23 |
| 91 | 1-4 |
| 93 | 1-23 |
| 94 | 1-23 |
| 95 | 1-23 |
| 96 | 1-17 |
| 97 | 8-23 |
| 98 | 1-23 |
| 99 | 1-23 |
| 100 | 1-23 |
| 101 | 1-23 |
| 102 | 1-23 |
| 103 | 1-23 |
| 104 | 1-23 |
| 105 | 1-23 |
| 106 | 1-23 |
| 107 | 1-19, 21-23 |
| 108 | 1-4, 6-23 |
| 109 | 1-23 |
| 110 | 1-23 |
| 111 | 1-2, 4-7, 16-23 |
| 112 | 1-23 |
| 113 | 1-23 |
| 114 | 1-23 |
| 115 | 1-23 |
| 116 | 1-23 |
| 117 | 1-4 |
| 118 | 8-23 |

| | |
|---|---|
| 119 | 1-23 |
| 120 | 1-23 |
| 121 | 1-23 |
| 122 | 1-23 |
| 123 | 1-23 |
| 124 | 1-23 |
| 125 | 1-23 |
| 126 | 1-23 |
| 127 | 1-23 |
| 128 | 1-23 |
| 129 | 1-23 |
| 130 | 1-23 |
| 131 | 1-23 |
| 132 | 1-23 |
| 133 | 1-23 |
| 134 | 1-23 |
| 135 | 1-23 |
| 136 | 1-23 |
| 137 | 1-4, 7-19, 22-23 |
| 138 | 1-14 |
| 141 | 12-19 |
| 145 | 21-23 |
| 146 | 1-12, 18-23 |
| 147 | 1-23 |
| 148 | 1-7 |
| 152 | 18-23 |
| 153 | 1-23 |
| 154 | 1-23 |
| 155 | 1-23 |
| 156 | 1-23 |
| 157 | 1-23 |
| 160 | 16-23 |
| 161 | 1-4 |
| 190 | 9-23 |
| 191 | 1-23 |
| 192 | 1-23 |
| 193 | 1-23 |
| 194 | 1-23 |
| 195 | 1-19 |
| 197 | 14-23 |
| 198 | 1-23 |
| 199 | 1-23 |
| 200 | 1-23 |
| 201 | 1-23 |
| 202 | 1-23 |
| 203 | 14-23 |

| Page | Lines |
|---|---|
| 204 | 1-23 |
| 205 | 1-23 |
| 206 | 1-23 |
| 207 | 1-8, 10 |
| 218 | 22-23 |
| 219 | 1-11 |
| 220 | 22-23 |
| 221 | 1-10 |

### VII.    Deposition Of Howard Michael Gentry – January 9, 2007

| Page | Lines |
|---|---|
| 6 | 8-23 |
| 7 | 1-23 |
| 8 | 1-20 |
| 17 | 5-23 |
| 18 | 1-23 |
| 19 | 1-23 |
| 20 | 1-23 |
| 21 | 1-23 |
| 22 | 1-23 |
| 23 | 1-23 |
| 24 | 1-23 |
| 25 | 1-23 |
| 26 | 1-23 |
| 27 | 1-23 |
| 28 | 1-4 |
| 29 | 4-23 |
| 30 | 1-15, 18-23 |
| 31 | 1-23 |
| 32 | 1-23 |
| 33 | 1-23 |
| 34 | 1-23 |
| 35 | 1-13 |
| 37 | 16-23 |
| 38 | 1-15 |
| 40 | 3-19, 22-23 |
| 41 | 1-19 |
| 42 | 6-10 |
| 43 | 14-23 |
| 44 | 1-8 |
| 45 | 3-23 |
| 46 | 1-3 |
| 47 | 3-23 |
| 48 | 1-23 |

| Page | Lines |
|------|-------|
| 49 | 1, 6-17 |
| 51 | 20-23 |
| 52 | 1-19 |
| 55 | 2-23 |
| 56 | 1-11 |
| 57 | 3-23 |
| 58 | 1-23 |
| 59 | 1-14 |
| 64 | 13-23 |
| 65 | 1 |
| 73 | 8-23 |
| 74 | 1-2 |
| 77 | 18-23 |
| 78 | 1-18 |
| 87 | 11-23 |
| 88 | 1-17 |
| 90 | 16-23 |
| 91 | 1-23 |
| 92 | 1-23 |
| 93 | 1-23 |
| 94 | 1-23 |
| 95 | 1-23 |
| 96 | 1 |
| 99 | 5-14 |

**VIII.   Deposition Of William Dasinger – December 4, 2006**

| Page | Lines |
|------|-------|
| 6  | 18-23 |
| 7  | 1-23 |
| 8  | 1-23 |
| 9  | 1-23 |
| 10 | 1-23 |
| 11 | 1-23 |
| 12 | 1-23 |
| 13 | 1-23 |
| 14 | 1-23 |
| 15 | 1-2, 21-23 |
| 16 | 1-23 |
| 17 | 1-5, 9-23 |
| 18 | 1-12, 23 |
| 19 | 1-2, 10-23 |
| 20 | 1-23 |
| 21 | 1-6, 18-23 |
| 22 | 1-4, 23 |

| | |
|---|---|
| 23 | 1-23 |
| 24 | 1-2 |
| 25 | 23 |
| 26 | 1-10 |
| 33 | 5-17, 23 |
| 34 | 1-6, 14-23 |
| 35 | 1-23 |
| 36 | 1-23 |
| 37 | 1-23 |
| 38 | 1-23 |
| 39 | 1-23 |
| 40 | 1-23 |
| 41 | 1-6, 22-23 |
| 42 | 1-23 |
| 43 | 1-5 |
| 45 | 23 |
| 46 | 1-23 |
| 47 | 1-11 |
| 57 | 1-4, 7-23 |
| 58 | 1-14, 16-23 |
| 59 | 1-8 |
| 60 | 5-23 |
| 61 | 1-6, 9-23 |
| 62 | 1-10, 15-23 |
| 63 | 1-8 |
| 72 | 21-23 |
| 73 | 1-23 |
| 74 | 1-23 |
| 75 | 1-23 |
| 76 | 1-23 |
| 77 | 1-23 |
| 78 | 1-19 |
| 79 | 12-23 |
| 80 | 1-7 |

**IX.    Deposition Of Samuel Warren Estock, Jr. – January 10, 2007**

| **Page** | **Lines** |
|---|---|
| 8 | 11-13 |
| 10 | 16-23 |
| 11 | 1-23 |
| 12 | 1-10 |
| 15 | 4-23 |
| 16 | 1-6 |
| 17 | 18-23 |

| | |
|---|---|
| 18 | 1-23 |
| 19 | 1-5, 8-23 |
| 20 | 1-23 |
| 21 | 1-20, 22-23 |
| 22 | 1-23 |
| 23 | 1-23 |
| 24 | 1-23 |
| 25 | 1-23 |
| 26 | 1-23 |
| 27 | 1-23 |
| 28 | 1-23 |
| 29 | 1-23 |
| 30 | 1-23 |
| 31 | 1-2, 8-23 |
| 32 | 1-23 |
| 33 | 1-8, 20-23 |
| 34 | 1-23 |
| 35 | 1-23 |
| 36 | 1-21 |
| 39 | 20-23 |
| 40 | 1-14, 18-23 |
| 41 | 1-23 |
| 42 | 1-23 |
| 43 | 1-23 |
| 44 | 1-23 |
| 45 | 1-23 |
| 46 | 1-23 |
| 47 | 1-23 |
| 48 | 1-23 |
| 49 | 1-23 |
| 50 | 1-23 |
| 51 | 1-18 |
| 52 | 7-23 |
| 53 | 1-21, 23 |
| 54 | 1-9, 12-23 |
| 55 | 1-23 |
| 56 | 1-23 |
| 57 | 1, 5-23 |
| 58 | 1-23 |
| 59 | 1-23 |
| 60 | 1-23 |
| 61 | 1-23 |
| 62 | 1-23 |
| 63 | 1-23 |
| 64 | 1-23 |
| 65 | 1-23 |

| | |
|---|---|
| 66 | 1-23 |
| 67 | 1-23 |
| 68 | 1-23 |
| 69 | 1-2 |
| 75 | 19-23 |
| 76 | 1-23 |
| 77 | 1 |

This the 7th day of May, 2007.

*/s/ signature*

One of the Attorneys for Plaintiff
The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2007, I served a copy of the foregoing Deposition Designation by email and Federal Express to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

_____
OF COUNSEL