IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| PLAINTIFF | |
| vs. | CASE NO. 2:05-CV-1026-CSC |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC, | |
| DEFENDANTS | |

**DEFENDANTS HARRY E. LAMBERT'S
AND CAROL'S CONTRACTING, INC.'S
EXHIBIT LIST**

Come now defendants identified as Harry E. Lambert and Carol's Contracting, Inc. and submit the following list of exhibits, excluding impeachment exhibits (as did TCC), which may be entered into evidence at the trial of this case:

1. DX 1: Organizational Papers for CCI.

2. DX 2: Ins. Dec. Page CCI.

3. DX 3: PSC Certification CCI.

4. DX 4: Letter from Michael Marcin of Crest Capital.

5. DX 5: Certificate from PSC re: TCC/FMC.

6. DX 6: Hugh Sorrells notes.

7. DX 7: TCC E-mails.

8. DX 8: Physical Inventory.

9. DX 9: Dray Tickets: Willingham Stone

10. DX 10: Simcala Documents/TCC 983-995.

11. DX 11: Dray Tickets: Montgomery Materials.

12. DX 12: LaFarge Press Release.

13. DX 13: Transfers of Mining Permits to Foley Materials.

14. DX 14: Doc. 39, Exhibit D: Bill of Sale from TCC to Foley Materials.

15. DX 15: Organization of Foley Materials.

16. DX 16: Closing Statement: 4/9/02.

17. DX 17: Interrogatory Answers of Alabama Gravel.

18. DX 18: TCC002851.

19. DX 19: TCC2430-2471.

20. DX 20: TCC 3148.

21. DX 21 TCC 16.

22. DX 22: Mineral Industry Survey for 2005.

23. DX 23: Excerpts from Montgomery Phone Book.

24. DX 24: Doc. 116 Exhibit Z: Foley Materials Invoices.

25. DX 25: USDOT Information on Foley Materials.

26. DX 26: Montgomery Materials Balance Sheet March 31, 2002.

27. DX 27: Montgomery Materials Balance Sheet Dec. 31, 2001.

28. DX 28: TCC 3236-3240.

29. DX 29: Operating Agreement.

30. DX 30: Foley Products Invoices.

31. DX 31: TCC2035-2103.

32. DX 32: TCC 2104-2248.

33. DX 33: TCC 2249-2343.

34. DX 34: TCC 2254-2270.

35. DX 35: TCC 1954.

36. DX 36: TCC 1964.

37. DX 37: TCC 1966.

38. DX 38: TCC 1972.

39. DX 39: TCC 1983.

40. DX 40: TCC 2854.

41. DX 41: TCC 2856.

42. DX 42: TCC 570.

43. DX 43: TCC 574.

44. DX 44: TCC 589.

45. DX 45: TCC 709.

46. DX 46: TCC 712.

47. DX 47: TCC 714.

48. DX 48: TCC 716.

49. DX 49: TCC 2865.

50. DX 50: Executed Consulting Agreement.

51. DX 51: TCC 1521-1739.

52. DX 52: TCC 2930-2983.

53. DX 53: TCC Responses to 6th Interrogatories.

54. DX 54: TCC Responses to 7th Interrogatories.

55. DX 55: AG Organization.

56. DX 56: AG Mining Lease.

57. DX 57: West Montgomery County map.

58. DX 58: East Montgomery County map.

If the qualifications stated by TCC are appropriate and recognized by this Court, then defendants would reserve their "right" to (1) supplement this list; (2) not to offer or object to TCC using any of the foregoing exhibits; (3) to offer as a separate exhibit only portions of the foregoing; (4) to enlarge or project the image of any of the foregoing; (5) to use any document subsequently identified or produced; and (6) to use any exhibit listed by TCC if defendants' objections thereto are overruled.  If such a "right" exists, the Lamberts reserve the right to amend this Exhibit List following a ruling on the pending summary judgment motions.

>  __S/Dennis R. Bailey_____
>  Dennis R. Bailey
>  Attorney for Defendants
>  Harry Lambert
>  Carol's Contracting, Inc.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

### CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 7th day of May, 2007, which will forward same to:

>  Robin G. Laurie, Esq.
>  Griffin Lane Knight, Esq.
>  Balch & Bingham, LLP
>  105 Tallapoosa Street, Suite 200
>  Montgomery, Alabama   36104-3515
>
>  James N. Walter, Jr., Esq.
>  Chad W. Bryan, Esq.
>  Capell & Howard
>  Post Office Box 2069
>  Montgomery, Alabama   36102-2069
>
>  Thomas Gristina, Esq.
>  William Leonard Tucker, Esq.
>  Page, Scrantom, Sprouse, Tucker & Ford
>  Synovus Center, Third
>  1111 Bay Avenue
>  Columbus, Georgia   31901

>  __S/Dennis R. Bailey_____
>  Of counsel