# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

THE CONCRETE COMPANY,    |

    PLAINTIFF                  |

vs.                              |     CASE NO. 2:05-CV-1026-CSC

HARRY E. LAMBERT,       |
CAROL'S CONTRACTING,    |
INC., and ALABAMA GRAVEL,  |
LLC,                        |

    DEFENDANTS          |

## DEFENDANTS HARRY E. LAMBERT'S
## AND CAROL'S CONTRACTING, INC.'S
## DEPOSITION DESIGNATIONS

Come now defendants identified as Harry E. Lambert and Carol's Contracting, Inc. and submit the following list of depositions which may be introduced at the trial of this case (excluding those to be used solely for impeachment/rebuttal):

1. Robert R. Becker:

    a. Page 5, line 8 to pg. 6, line 3.

    b. Page 8, line 5 to pg 12, line 6.

    c. Page 15, line 8 to pg. 25, line 19.

    d. Page 29, line 3 to pg. 33, line 20.

    e. Page 34, line 22 to pg. 45, line 9.

     f.  Page 66, line 13 to pg. 103. line 16, including but not limited to:

        i.  Page 74, lines 1-12.

        ii.  Page 76, Lines 1-9.

        iii.  Page 77, line 13-17.

        iv.  Page 81, line 18 to pg. 82, line 9.

        v.  Page 87, lines 9-21.

        vi.  Page 88, lines 8-11.

        vii.  Page 95, lines 16-19.

        viii.  Page 99, lines 13-22.

        ix.  Page 103, lines 12-15.

2.  Robert James Alexander:

     a.  Page 7, line 16 to pg. 27, line 23.

     b.  Page 28, line 10 to pg. 42, line 9.

     c.  Page 42, line 14 to pg. 44, line 10.

     d.  Page 50, line 14 to pg. 73, line 12.

     e.  Page 74, line 7 to pg. 80, line 4.

     f.  Page 80, line 18 to pg. 86, line 3.

     g.  Page 86, line 12 to pg. 88, line 8.

     h.  Page 92, lines 13-23.

     i.  Page 94, line 12 to pg. 95, line 11.

j.  Page 108, line 21 to pg. 109, line 3.

k.  Page 110, line 2 to pg. 111, line 18.

l.  Page 112, line 9 to pg. 115, line 16.

m. Page 117, line 1 to pg. 119, line 17.

n.  Page 121, line 17 to pg. 153, line 18.

o.  Page 154, line 16 to pg. 156, line 11.

p.  Page 157, line 21 to pg. 164, line 20.

q.  Page 166, line 16 to pg. 186, line 2.

r.  Page 188, line 1 to pg. 194, line 21.

s.  Page 195, line 10 to pg. 196, line 4.

t.  Page 208, line 12 to pg. 209, line 23.

u.  Page 261, line 16 to pg. 276, line 13, including:

    i.  Page 261, line 16 to pg. 264, line 9.

    ii.  Page 263, line 20.

    iii.  Page 265, line 12 to pg. 266, line 3.

    iv.  Page 269, line 6 to pg. 270, line 10.

    v.  Page 271, line 10 to pg. 274, line 6.

    vi.  Page 274, line 12.

v.  Page 276, line 13.

3.  William David Tuten

    a.  Page 6, line 20 to pg. 14, line 2.

    b.  Page 14, line 14 to pg. 72, line 21.

    c.  Page 74, line 5 to pg. 79, line 10.

    d.  Page 81, line 23 to pg.  94, line 1.

    e.  Page 96, line 2 to pg. 109. line 4.

    f.  Page 109, line 23 to pg. 111, line 4.

    g.  Page 112, line 12 to pg. 164, line 3.

    h.  Page 166, line 13 to pg. 171, line 13.

    i.  Page 176, lines 11-19.

    j.  Page 203, lines 4-15.

    k.  Page 209, lines 5-15.

    l.  Page 217, line  19 to pg. 218, line 10.

    m. Page 219, line 14 to pg. 223, line 7.

    n.  Page 260, line 13 to pg. 265, line 10.

4.  Randy Willingham:

    a.  Page 4, line 17 to pg. 5, line 21.

    b.  Page 7, line 24 to pg. 8, line 13.

    c.  Page 17, line 19 to pg. 20, line 18.

    d.  Page 43, line 3 to pg. 52, line 10

e.  Page 57, lines 11-18.

5.  Lars Barent Ostervold.

   a.  Page 5, lines 4-8.

   b.  Page 6, line 25 to pg. 45, line 19.

   c.  Page 47, line 15 to pg. 52, line 4.

   d.  Page 54, line 11 to pg. 56, line 9.

6.  James B. Maddox:

   a.  Page 4, lines 20-22.

   b.  Page 9, line 22 to pg. 10, line 4.

   c.  Page 11, lines 7-22.

   d.  Page 12, line 13 to pg. 13, line 23.

   e.  Page 18, line 13 to pg. 19, line 1.

   f.  Page 19, line 17 to pg. 24, line 18.

   g.  Page 25, line 15 to pg. 33, line 18.

   h.  Page 42, line 14 to pg. 43, line 8.

   i.  Page 44, line 3 to pg. 58, line 11.

   j.  Page 60, lines 1-10.

7.  Eugene Talley:

   a.  Page 6, line 15 to pg. 24, line 23.

   b.  Page 31, line 7 to pg. 37, line 6.

    c.  Page 46, line 2 to pg. 49, line 18.

    d.  Page 52, line 1 to pg. 58, line 22.

    e.  Page 65, lines 4-12.

8.  Hugh Sorrells:

    a.  Page 12, line 4 to pg. 20, line 7.

    b.  Page 21, lines 10-16.

    c.  Page 27, line 1 to pg. 28, line 1.

    d.  Page 28, line 1 to pg. 29, line 21.

    e.  Page 33, line 1 to pg. 34, line 8.

9.  Eric Nix:

    a.  Page 7, line 1 to pg. 8, line 23.

    b.  Page 10, lines 1-23.

    c.  Page 35, lines 4-21.

    d.  Page 59, line 1 to pg. 60 line 21.

10.Frank Foley:

    a.  Page 8, lines 15-16.

    b.  Page 9, line 18 to pg. 11, line 1.

    c.  Page 13, line 2 to pg. 14, line 23.

    d.  Page 23, line 9 to pg. 25, line 13.

    e.  Page 26, line 18 to pg. 29, line 17.

f.   Page 31, lines 9-17.

g.  Page 32, line 2 to pg. 35, line 19.

h.  Page 35, line 20 to pg. 36, line 13.

i.  Page 38, line 4 to pg. 39, line 6.

j.  Page 41, line 20 to pg. 47, line 17.

k.  Page 49, line 8 to pg. 54, line 4.

l.  Page 55, lines 1-5.

m. Page 61, lines 3-20.

n.  Page 64, line 6 to pg. 66, line 8.

o.  Page 77, line 1 to pg. 78, line 18.

p.  Page 80, line 9 to pg. 152 line 6.

q.  Page 152, line 10 to pg. 153, line 13.

r.  Page 155, line 2 to pg. 156, line 16.

s.  Page 162, line 7 to pg. 173, line 23.

t.  Page 176, line 5 to pg. 179, line 10.

u.  Page 182, line 17 to pg. 186, line 3.

v.  Page 188, line 13 to pg. 206, line 11.

w. Page 207, line 15 to pg. 225, line 6.

x.  Page 231, line 10 to pg. 240, line 4.

y.  Page 241, line 21 to pg.  247, line 22.

z.  Page 254, line 21 to pg. 255, line 3.

aa. Page 256, line 23 to pg. 259, line 12.

bb. Page 267, line 18 to pg. 268, line 3.

cc. Page 269, line 23 to pg. 284, line 15.


__*S/Dennis R. Bailey*_____
Dennis R. Bailey
Attorney for Defendants
Harry Lambert
Carol's Contracting, Inc.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## C ERTIFICATE OF S ERVICE

I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 7th day of May, 2007, which will forward same to:

Robin G. Laurie, Esq.
Griffin Lane Knight, Esq.
Balch & Bingham, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama   36104-3515

James N. Walter, Jr., Esq.
Chad W. Bryan, Esq.
Capell & Howard
Post Office Box 2069
Montgomery, Alabama   36102-2069

Thomas Gristina, Esq.
William Leonard Tucker, Esq.
Page, Scrantom, Sprouse, Tucker & Ford
Synovus Center, Third
1111 Bay Avenue
Columbus, Georgia   31901


__*S/Dennis R. Bailey*_____
Of counsel