IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| PLAINTIFF | |
| vs. | CASE NO. 2:05-CV-1026-CSC |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC, | |
| DEFENDANTS | |

### DEFENDANTS HARRY E. LAMBERT'S AND CAROL'S CONTRACTING, INC.'S WITNESS LIST

Come now defendants identified as Harry E. Lambert and Carol's Contracting, Inc. and submit the following list of witnesses who may be called at the trial of this case (excluding those to be used solely for impeachment/rebuttal):

Witnesses Expected to be Present:

1. Harry L. Lambert, 541 Gunnells Road, Deatsville, AL. (334-202-7177)

2. Carol Lambert, 541 Gunnells Road, Deatsville, AL. (334-202-7177)

3. Robert James Alexander, 135 Chinquapin Lane, Sunset, SC. (334-290-1454)

4. William Rex Dasinger, 123 Petunia Drive, Deatsville, AL. (334-569-2377)

5. Dave Tuten, 313 Lawton Road, Marietta, OH.

6. Howard Michael Gentry, 1201 South Memorial Drive, Prattville, AL. (334-657-5372)

7. Carl Allen King, 13324 Edna Brake Lucas Drive, Mt. Meigs, AL. (334-215-7970)

8. Sam Estock, P.O. Box 4155, Birmingham, AL. (205-936-4777)

9. Richard Wymer 7339 Glen Chase Road, Montgomery, AL. (334-215-7560)

10. Randy Willingham, 1000 Huff Road NW, Atlanta, GA. (404-355-8155)

11. Neil Fuller, 5100 County Road 299, Cusseta, AL. (334-741-7444)

12. Lars Berent Ostervold, 1365 Jacqueline, Columbus, GA. (706-561-3253)

13. James B. Maddox, Valdosta, GA. (229-251-6127)

14. Larry E. Speakes, 535 Herron Street, Montgomery, AL. (334-262-1091)

15. William Edward Boardwine, Simcala, Inc., Ohio Ferro Alloys Road, Montgomery, AL. (334-215-7560)

16. Paul Fields, Wilson, Price, Barranco, Blankenship & Billingsley, 3815 Interstate Court, Montgomery, AL. (334-271-2200)

17. Robert R. Becker, Marietta, OH. (704-984-8652)

Witnesses That May Be Called If Need Arises:

1. Mack E. Tilley, Bartow, Georgia.

2. Neil Labovitz, 0140 N. McDonough, Montgomery, AL. (334-240-2223)

3. Eugene Talley.

4. Frank Foley.

5. Hugh Sorrells.

6. Eric Nix.

7. Melissa Estock, P.O. Box 4155, Birmingham, AL. (205-936-4777)

8. Mike Hong, Crest Capital, Atlanta, GA. (770-828-0095)

9. Don Triplett, 1478 Crossing Way, Auburn AL. (334-466-8549)

10. O. G. Pinkston, 189 Pinmar Lane, Pike Road, AL. (334-272-7406)

11. P. G. Williamson, 1248 Westmoreland, Montgomery, AL. (334-834-1465)

      __S/Dennis R. Bailey_____
      Dennis R. Bailey
      Attorney for Defendants
      Harry Lambert
      Carol's Contracting, Inc.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 7th day of May, 2007, which will forward same to:

>Robin G. Laurie, Esq.
>Griffin Lane Knight, Esq.
>Balch & Bingham, LLP
>105 Tallapoosa Street, Suite 200
>Montgomery, Alabama   36104-3515

>James N. Walter, Jr., Esq.
>Chad W. Bryan, Esq.
>Capell & Howard
>Post Office Box 2069
>Montgomery, Alabama   36102-2069

>Thomas Gristina, Esq.
>William Leonard Tucker, Esq.
>Page, Scrantom, Sprouse, Tucker & Ford
>Synovus Center, Third
>1111 Bay Avenue
>Columbus, Georgia   31901

                *S/Dennis R. Bailey*
                Of counsel