IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Case No.: 2:05-cv-01026-CSC |
| | * |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * |
| | * |
| | * |
| Defendants. | * |

## PLAINTIFF'S SUPPLEMENTAL DEPOSITION DESIGNATION

Plaintiff The Concrete Company ("TCC") submits the following supplemental deposition designation concerning deposition testimony it expects to use at trial. The following pages and lines from David Tuten's deposition were inadvertently omitted from TCC's initial designation.

I.   **Deposition Of David Tuten – July 13, 2006**

| Page | Lines |
|------|-------|
| 108 | 16-23 |
| 109 | 1-4 |
| 109 | 23 |
| 110 | 1-20 |
| 111 | 5-15 |
| 112 | 4-23 |
| 113 | 1-23 |
| 114 | 1-23 |
| 115 | 1-23 |
| 116 | 1-23 |
| 117 | 1-23 |
| 118 | 1-23 |
| 119 | 1-11 |

This the 8th day of May, 2007.

                                                                     /s/
One of the Attorneys for Plaintiff
The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2007, I served a copy of the foregoing Deposition Designation by email and first class mail to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

_____
OF COUNSEL