IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 2:05-cv-01026-CSC |
| | * | |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * | |
| | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S RESPONSIVE DEPOSITION DESIGNATION**

Plaintiff The Concrete Company ("TCC") submits the following responsive deposition designation concerning deposition testimony it expects to use at trial.

**I.     Robert J. Alexander**

| Page | Lines |
|---|---|
| 73 | 14-23 |
| 14 | 1-5 |
| 153 | 19-23 |
| 154 | 1-15 |
| 194 | 22-23 |
| 195 | 1 |

**II.    William D. Tuten**

| | |
|---|---|
| 111 | 5-23 |
| 112 | 1-11 |

**III.   Randy Willingham**

| | |
|---|---|
| 6 | 20-25 |
| 8 | 14-25 |
| 9 | 1-25 |
| 10 | 1-25 |
| 11 | 1-25 |

| | |
|---|---|
| 12 | 1-25 |
| 13 | 1-25 |
| 14 | 1-22 |
| 15 | 1-25 |
| 16 | 1-25 |
| 17 | 1-18 |
| 21 | 1-9 |
| 24 | 8-25 |
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 1-21 |
| 33 | 14-25 |
| 34 | 1-7, 10-25 |
| 35 | 1-11, 14-19 |
| 36 | 21-25 |
| 37 | 1-3, 12-18, 21-25 |
| 38 | 1-17 |
| 39 | 14-25 |
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 1-3 |
| 53 | 4-25 |
| 54 | 1-18 |
| 55 | 2-25 |
| 56 | 1-25 |
| 57 | 1-8 |

### IV. Eugene Talley

| | |
|---|---|
| 24 | 23 |
| 25 | 1-23 |
| 26 | 1-23 |
| 27 | 1-23 |
| 28 | 1-23 |
| 29 | 1-23 |
| 30 | 1-23 |
| 31 | 1-3 |
| 37 | 7-23 |
| 38 | 1-23 |
| 39 | 1-23 |
| 40 | 1-23 |
| 41 | 1-23 |
| 42 | 1-23 |
| 43 | 1-23 |
| 44 | 1-23 |
| 45 | 1-23 |

| | |
|---|---|
| 46 | 1 |
| 59 | 22-23 |
| 60 | 1-23 |
| 61 | 1-23 |
| 62 | 1-21 |
| 64 | 10-23 |
| 65 | 1-3 |

**V.      Hugh Sorrell**

| | |
|---|---|
| 13 | 10-23 |
| 14 | 1-10, 16-23 |
| 15 | 1-4 |
| 17 | 13-23 |
| 18 | 1-23 |
| 19 | 1-23 |
| 20 | 1-14 |
| 26 | 18-23 |
| 133 | 19-23 |
| 134 | 1-7 |

**VI.     Eric Nix**

| | |
|---|---|
| 5 | 7-23 |
| 6 | 1-23 |
| 9 | 16-23 |
| 10 | 1-23 |
| 11 | 1-4, 16-23 |
| 12 | 1-23 |
| 13 | 1-23 |
| 14 | 1-23 |
| 15 | 1-23 |
| 16 | 1-7 |

**VII.    Frank Foley**

| | |
|---|---|
| 25 | 14-20 |
| 26 | 2-17 |
| 37 | 13-23 |
| 38 | 1-3 |
| 40 | 7-12 |
| 47 | 18-23 |
| 48 | 1-22 |
| 49 | 2-7 |
| 55 | 6-13 |
| 59 | 18-23 |

| | |
|---|---|
| 60  | 1-23 |
| 61  | 1-2 |
| 62  | 10-23 |
| 63  | 1-23 |
| 64  | 1-5 |
| 79  | 3-23 |
| 80  | 1-8 |
| 153 | 13-23 |
| 154 | 1-13 |
| 186 | 4-23 |
| 187 | 1-18 |
| 240 | 5-23 |
| 241 | 1-20 |
| 269 | 6-22 |

This the 14th day of May, 2007.

_____
One of the Attorneys for Plaintiff
The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia  31901

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2007, I served a copy of the foregoing Deposition Designation by email and first class mail to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

_____
OF COUNSEL