IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | |
| **PLAINTIFF** | |
| vs. | CASE NO. 2:05-CV-1026-CSC |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC., and ALABAMA GRAVEL, LLC, | |
| **DEFENDANTS** | |

**DEFENDANTS HARRY E. LAMBERT'S
AND CAROL'S CONTRACTING, INC.'S
RESPONSIVE DEPOSITION DESIGNATIONS**

Come now defendants identified as Harry E. Lambert and Carol's Contracting, Inc. and submit the following list of responsive deposition excerpts which may be introduced at the trial of this case (excluding those to be used solely for impeachment/rebuttal):

1. Robert R. Becker:

    a. Page 45, line 14 to pg. 46, line 1.

    b. Page 46, line 24 to pg. 47, line 11.

2. Robert James Alexander:

    a. Page 93, line 23 to pg. 94, line 10.

    b. Page 95, lines 12-20.

    c. Page 99, line 17 to pg. 100, line 18.

    d. Page 101, line 3 to page 102, line 5.

    e. Page 108, lines 6-20.

    f. Page 116, lines 4-17.

    g. Page 120, line 4 to pg. 121, line 3.

    h. Page 198, line 5 to pg. 200, line 6.

    i. Page 200, lines 10-20.

    j. Page 203, line 20 to pg. 204, line 9.

    k. Page 211, line 16 to pg. 212, line 7.

    l. Page 225, lines 5-14.

    m. Page 230, line 17 to pg. 231, line 6.

    n. Page 234, line 11 to pg. 235, line 11.

    o. Page 235, line 18 to pg. 237, line 14.

    p. Page 240, lines 5-9.

3. William David Tuten

    a. Page 164, line 4 to pg. 166, line 5.

    b. Page 176, lines 4-10.

    c. Page 177, line 22 to pg. 178, line 9.

    d. Page 206, line 22 to pg. 208, line 5.

    e. Page 212, lines 4-22.

    f. Page 215, line 5 to pg. 216, line 2.

    g. Page 250, lines 19-21.

4. James B. Maddox:

    a. Page 36, line 14 to pg. 37, line 12.

    b. Page 38, lines 16-19.

    c. Page 40, lines 14-21.

5. Mike Hong:

    a. Page 12, line 1 to pg. 16, line 3.

    b. Page 19, lines 4-6.

    c. Page 24, line 14 to pg. 29, line 10.

6. William Dasinger:

    a. Page 22, line 5 to pg. 25, line 22.

    b. Page 26, line 11 to pg. 29, line 22.

    c. Page 47, line 12 to pg. 48, line 13.

    d. Page 59, line 9 to pg. 60, line 4.

    e. Page 63, lines 9-18.

    f. Page 100, linen 20 to pg. 102, line 10.

7. Samuel Warren Estock:

    a. Page 37, line 1 to pg 39, line 19.

    b. Page 70, line 15 to pg. 72, line 22.

    c. Page 77, line 2 to pg. 93, line 4.

8. Howard Michael Gentry:

    a. Page 28, lines 5-28.

    b. Page 35, line 14 to pg. 37, line 15.

    c. Page 39, line 3 to pg. 40, line 2.

    d. Page 41, line 20 to page 43, line 13.

    e. Page 44, line 9 to page 45, line 2.

    f. Page 49, line 23 to pg. 51, line 19.

    g. Page 56, line 12 to pg. 57, line 2.

    h. Page 65, line 15 to pg. 66, line 18.

    i. Page 70, line 2 to pg. 71, line 2.

    j. Page 82, line 1 to pg. 84, line 23.

    k. Page 88, line 18 to pg. 90, line 9.

    l. Page 96, line 6 to pg. 99, line 2.

9. Richard D. Wymer:

    a. Page 23, line 3 to pg. 25, line 5.

    b. Page 37, line 1 to pg. 38, line 12.

    c. Page 89, line 22 to pg. 90, line 12.

    d. Page 91, line 19 to pg. 92, line 23.

    e. Page 97, lines 1-7.

    f.  Page 138, line 14 to pg. 141, line 11.

    g.  Page 177, line 20 to pg 190, line 8.

    h.  Page 195, line 20 to pg. 197, line 13.

    i.  Page 208, line 7 to pg. 224, line 6.

                                                               *S/Dennis R. Bailey*_____
                                                              Dennis R. Bailey
                                                               Attorney for Defendants
                                                               Harry Lambert
                                                               Carol's Contracting, Inc.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

**CERTIFICATE OF SERVICE**

    I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 14$^h$ day of May, 2007, which will forward same to:

>Robin G. Laurie, Esq.
>Griffin Lane Knight, Esq.
>Balch & Bingham, LLP
>105 Tallapoosa Street, Suite 200
>Montgomery, Alabama   36104-3515
>
>James N. Walter, Jr., Esq.
>Chad W. Bryan, Esq.
>Capell & Howard
>Post Office Box 2069
>Montgomery, Alabama   36102-2069
>
>Thomas Gristina, Esq.
>William Leonard Tucker, Esq.
>Page, Scrantom, Sprouse, Tucker & Ford
>Synovus Center, Third
>1111 Bay Avenue
>Columbus, Georgia   31901

                              __S/Dennis R. Bailey_____
                              Of counsel