IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 2:05-cv-01026-CSC |
| | * |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * |
| | * |
| | * |
| Defendants. | * |

## PLAINTIFF'S REBUTTAL DEPOSITION DESIGNATION

Plaintiff The Concrete Company ("TCC") submits the following rebuttal deposition designation concerning deposition testimony it expects to use at trial.

**I.   Robert J. Alexander**

| Page | Lines |
|---|---|
| 100 | 19-22 |
| 101 | 1-2 |
| 197 | 18-23 |
| 198 | 1-4 |
| 225 | 15-16, 21-23 |
| 226 | 1-3 |

**II.   William D. Tuten**

| Page | Lines |
|---|---|
| 178 | 16-22 |
| 216 | 21-23 |
| 217 | 1 |

III.  **Mike Hong**

| Page | Lines |
|---|---|
| 29 | 13-21 |
| 30 | 11-25 |
| 31 | 1-4, 11-22 |

IV.  **Sam Estock**

| Page | Lines |
|---|---|
| 39 | 20-23 |
| 69 | 3-23 |
| 70 | 1-14 |

V.  **Mike Gentry**

| Page | Lines |
|---|---|
| 28 | 19-23*** |
| 29 | 1-3 |
| 65 | 2-14 |
| 71 | 3-5, 9-23 |
| 72 | 1 |

\*\*\*Defendants' responsive designation designates page 28, lines 5 through 28. Since the page only runs to line 23, it appears that Defendants intended to designate through line 18 of page 28. The rebuttal designation on pages 28 and 29 account for this assumption.

VI.  **Dick Wymer**

| Page | Lines |
|---|---|
| 25 | 5-12 |
| 91 | 5-18 |
| 152 | 18-23 |
| 153 | 1-23 |
| 154 | 1-23 |
| 155 | 1-23 |
| 156 | 1-23 |
| 157 | 1-23 |

This the 17th day of May, 2007.

_____
One of the Attorneys for Plaintiff
The Concrete Company

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2007, I served a copy of the foregoing Rebuttal Deposition Designation by email and first class mail to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

_____
OF COUNSEL