# EXHIBIT C



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

NOV 0 9 2006

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Brad Tompa
Foley Materials Company                    11-16-06 RCVD 1340
P.O. Box 7877
Columbus, GA  31908

SUBJ:  Regents University Site (formerly Southern Christian University)

Dear Mr. Tompa:

    The U.S. Environmental Protection Agency (EPA), Region 4 has learned that an unauthorized discharge of dredged and/or fill material has occurred in waters of the United States in wetlands adjacent to an unnamed tributary to Calabee Creek, in Sections 25 and 26, Township 17 North, Range 21 East, Macon County, Alabama.  Presently, EPA is in the process of collecting information to resolve this case.

    Mike Wylie of my staff had a discussion with you earlier today where you discussed your company's plan to conduct future work in a "stripped" sand and gravel pit.  I must advise you that due to the ongoing nature of EPA's investigation, any site work besides stabilization measures should not occur.

    If you have further questions concerning this matter, please contact Mike Wylie at (404) 562- 9409, or have your attorney contact Bill Sapp, EPA's Assistant Regional Counsel, at (404) 562-9545.

Sincerely,

Ronald J. Mikulak, Chief
Wetlands Regulatory Section


cc:    COE, Mobile
       COE, Montgomery

DEFENDANT'S EXHIBIT 49

TCC0002865