IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 2:05-cv-01026-CSC |
| | * |
| HARRY E. LAMBERT AND CAROL'S CONTRACTING, INC., | * |
| | * |
| | * |
| Defendants. | * |

**THE CONCRETE COMPANY'S PROPOSED QUESTIONS TO BE PROPOUNDED BY THE COURT TO PROSPECTIVE JURORS ON VOIR DIRE EXAMINATION**

Plaintiff The Concrete Company ("TCC") respectfully requests that the Court propound the following questions to prospective jurors on voir dire examination:

1. Do any of you know of, or have you or a family member ever worked for or done business with, The Concrete Company? If you have had business dealings with The Concrete Company, were your dealings satisfactory? If you were dissatisfied in any way with your dealings with The Concrete Company, please explain outside the presence of the other prospective members of the jury.

2. Have any of you or a family member ever done business with Harry Lambert? If yes, were your dealings satisfactory? If you were dissatisfied in any way with your dealings with Harry Lambert, please explain outside the presence of the other prospective members of the jury.

3. Have you or a family member ever worked for or with Harry Lambert? If yes, when and in what capacity?

4. Do any of you know of, or have you or a family member ever worked for or done business with, Carol's Contracting, Inc.? If you have had business dealings with Carol's

Contracting, Inc., were your dealings satisfactory? If you were dissatisfied in any way with your dealings with Carol's Contracting, Inc., please explain outside the presence of the other prospective members of the jury.

   5. Do any of you know of, or have you or a family member ever worked for or done business with Alabama Gravel, Inc.? If you have had business dealings with Alabama Gravel, Inc., were your dealings satisfactory? If you were dissatisfied in any way with your dealings with Alabama Gravel, Inc., please explain outside the presence of the other prospective members of the jury.

   6. Do any of you know of, or have you or a family member ever worked for or done business with, Simcala, Inc.? If you have had business dealings with Simcala, Inc., were your dealings satisfactory? If you were dissatisfied in any way with your dealings with Simcala, Inc., please explain outside the presence of the other prospective members of the jury.

   7. Do any of you know of, or have you or a family member ever worked for or done business with, Globe Mettallurgical, Inc.? If you have had business dealings with Globe Mettallurgical, Inc., were your dealings satisfactory? If you were dissatisfied in any way with your dealings with Globe Mettallurgical, Inc., please explain outside the presence of the other prospective members of the jury.

   8. Do any of you know of, or have you or a family member ever worked for or done business with, Elmore Sand & Gravel, Inc.? If you have had business dealings with Elmore Sand & Gravel, Inc., were your dealings satisfactory? If you were dissatisfied in any way with your dealings with Elmore Sand & Gravel, Inc., please explain outside the presence of the other prospective members of the jury.

180982.1

9. Are any of you related to or do you know Harry Lambert, or any member of his family?

10. Have any of your or members of your immediate family ever been represented by or involved in a case with any of the lawyers involved in this case or the law firms of Rushton, Stakely, Johnston & Garrett, P.A., Balch & Bingham LLP, Page, Scrantom, Sprouse, Tucker & Ford. P.C.?

11. Do any of you have any personal knowledge regarding this case?

12. Have you or a family member ever worked in the sand and gravel and/or aggregate business?

13. Do any of you have your CDL License, or have any of you driven a truck or other vehicle for a living?

14. Do any of you have any knowledge of or experience with mining?

15. Do any of you have any knowledge of or experience in the fields of geology or mettallurgy?

16. Do any of you know what a covenant-not-to-compete agreement is? If yes, what are your feelings towards this type of agreement?

17. Have any of you ever been a party to or had a family member that was a party to a covenant-not-to-compete agreement?

18. Do any of you disagree with the idea that a party to a contract should be required to do what is called for in the contract, even if that means refraining from engaging in a certain type of business for a specified period of time if that is, in fact, what that person agreed and was compensated to do?

19. Have any of you to your knowledge failed to honor your obligations under a contract? If yes, please explain why.

20. Do any of you know any of the following individuals who may be witnesses in this case?

    a. Frank Foley

    b. Hugh Sorrell

    c. Carol Lambert

    d. Billy Stanley

    e. David Gaddy

    f. Russell Ware

    g. Pete Long

    h. Eric Nix

    i. Billy Ammons

    j. Danny Luster

    k. Gene Talley

    l. Leroy Bush

    m. Don Triplett

    n. Robert Alexander

    o. William D. Tuten

    p. Mike Hong

    q. Mike Gentry

    r. William R. Dasinger

    s. Sam Estock

      t.      Bernie Ostervold

      u.      Neal Labovitz

      v.      Jim Maddox

      w.      Dick Wymer

      x.      Eddie Boardwine

      y.      Bob Becker

      z.      Randy Willingham

      aa.      Allan King

      bb.      Larry Speaks

      cc.      Neil Fuller

      dd.      Paul Fields

      ee.      Mack Tilley

      ff.      Eugene Talley

      gg.      Melissa Estock

      hh.      O.G. Pinkston

      ii.      P.G. Williamson

      jj.      Mike Phillips

21.    Do any of you know any other potential jurors here today? If so, please identify that person and state how you became acquainted with them.

22.    Has any member of your family ever attended a law school, a paralegal certificate program, or worked in a law office?

23.    Have any of you served on a jury before? If so, what did the case involve and what was the verdict? Did you serve as foreperson?

180982.1

24. Did any of you who have been involved with the court system have any dissatisfaction with the judicial process or the outcome of the litigation?

25. Have you or any member of your family ever participated in a focus group or mock trial?

26. When it comes time for you to make a decision and to render a verdict in this case, will any of you have any problems following the judge's instructions and applying the law he relates to you to the facts you learn in this case, even if your emotions suggest otherwise?

27. Would any of you be reluctant to find in favor of The Concrete Company if the evidence and law justify such a decision?

28. If you believe that Harry Lambert and/or Carol's Contracting, Inc. should be held liable for the claims of The Concrete Company, is there anyone of you who would not be able to maintain this belief even if other jurors felt otherwise?

29. Do any of you at this time feel that you would be inclined, even in the smallest degree, to favor one party over another party in this case?

30. Does anyone feel that they are not capable of considering the evidence fairly and impartially and reaching a verdict based on the evidence alone and the law in the case as given to you by the judge?

31. Does anyone feel that they are not capable of considering the evidence fairly and impartially and reaching a verdict based on the evidence alone and the law in the case as given to you by the judge because one of the parties is a corporation and one of the other parties is an individual?

32. Is there anything about this case that would make it difficult for you to be equally fair and impartial to both sides?

33.     Now that you have heard all the questions and have heard others' answers to questions, is there any question that was asked on which you believe you have more information to offer?

This the 21st day of May, 2007.

                                        s/ Robin G. Laurie
                                        One of the Attorneys for Plaintiff
                                        The Concrete Company

OF COUNSEL:
Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia  31901

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2007, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Dennis R. Bailey, Esquire
> Rushton, Stakely, Johnston & Garrett
> P. O. Box 270
> Montgomery, Alabama 36101-0270

> s/ Robin G. Laurie
> OF COUNSEL

180982.1