IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the court is the defendants' motion for summary judgment filed on October 24, 2006 (doc. # 86) and the plaintiff's motion for partial summary judgment filed on February 23, 2007 (doc. # 106). After careful review and consideration of the motions for summary judgment, and the responses and the evidentiary material filed in support of and in opposition to the motions, it is

ORDERED as follows:

1. That the plaintiff's motion for partial summary judgment (doc. # 106) be and is hereby DENIED.

2. That the defendants' motion for summary judgment (doc. # 86) be and is GRANTED.

3. That all remaining dates and deadlines, including the trial of this case presently set for June 4, 2007, be and are hereby CANCELLED.

A memorandum opinion detailing the court's decision will be entered on or before June 8, 2007 at which time a final appealable order will also be entered.

Done this 21st day of May, 2007.

                                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE