THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 2:05-cv-01026-ID-CSC |
| | * | |
| HARRY E. LAMBERT, CAROL'S | * | |
| CONTRACTING, INC. and | * | |
| ALABAMA GRAVEL, LLC, | * | |
| | * | |
| Defendants. | * | |

## UNOPPOSED MOTION TO RESCHEDULE
## STATUS AND SCHEDULING CONFERENCE

Plaintiff The Concrete Company ("TCC") moves the Court to reschedule the status and scheduling conference, currently set for June 18, 2007. This motion is based upon the following grounds:

1. Lead counsel for TCC, Thomas Gristina, is scheduled to be out of the country on the date of the status and scheduling conference. Prior to the setting of this hearing, Mr. Gristina had purchased an airline ticket for his trip, which is non-refundable.

2. In an effort to assist the Court in the rescheduling of the status and scheduling conference, TCC submits that it and counsel for Defendants are available on June 21, 2007 or the afternoon of June 22, 2007.

3. Counsel for Defendants has no objection to TCC's motion to reschedule.

181529.1

Respectfully submitted on this 5th day of June, 2007.

                                           s/ Robin G. Laurie
Robin G. Laurie (ASB-4217-U64R)
One of the Attorneys for Plaintiff The Concrete Company
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

G. Lane Knight (ASB-6748-I72K)
Balch & Bingham, LLP
P. O. Box 78
Montgomery, Alabama 36101

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia  31901

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

                /s/Robin G. Laurie
                OF COUNSEL