IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

ORDER

Now pending before the court is the June 5, 2007, motion to reschedule conference (doc. # 140) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED and the status and scheduling conference be and is hereby continued from June 18, 2007 to June 26, 2007, at 3:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 6th day of June, 2007.

                                          /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE