THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | * |
| Plaintiff, | * |
| v. | *  Case No.: 2:05-cv-01026-ID-CSC |
| HARRY E. LAMBERT, CAROL'S CONTRACTING, INC. and ALABAMA GRAVEL, LLC, | * |
| Defendants. | * |

## SECOND UNOPPOSED MOTION TO RESCHEDULE STATUS AND SCHEDULING CONFERENCE

Plaintiff The Concrete Company ("TCC") moves the Court to reschedule the status and scheduling conference, originally scheduled for June 18, 2007, and thereafter rescheduled for June 26, 2007. This motion is based upon the following grounds:

1.  This Court originally scheduled the status and scheduling conference for June 18, 2007. TCC moved to reschedule the hearing on the grounds that lead counsel for TCC, Thomas Gristrina, would be out of the country on that date. The Court granted TCC's motion, rescheduling the status and scheduling conference for June 26, 2007.

2.  After the status and scheduling conference was rescheduled, lead counsel for Defendants, Dennis Bailey, advised TCC that he would be in trial on June 26, 2007, and would not be available to attend the status and scheduling conference. The parties jointly agreed to request a second rescheduling of the status and scheduling conference.

3.  In an effort to assist the Court in the rescheduling of the status and scheduling conference, TCC submits that both parties are available on July 2, 2007. The undersigned spoke

181529.1

with this Court's chambers prior to the filing of this motion to confirm that the Court is available on this date as well.

4. The undersigned apologizes for any inconvenience caused by its request for a second rescheduling of the status and scheduling conference.

Respectfully submitted on this 7th day of June, 2007.

s/ Robin G. Laurie<br>
Robin G. Laurie (ASB-4217-U64R)<br>
One of the Attorneys for Plaintiff The Concrete Company<br>
BALCH & BINGHAM LLP<br>
P. O. Box 78<br>
Montgomery, Alabama 36101<br>
Telephone: (334) 834-6500<br>
Facsimile: (334) 269-3115

G. Lane Knight (ASB-6748-I72K)
Balch & Bingham, LLP
P. O. Box 78
Montgomery, Alabama 36101

Thomas F. Gristina
William L. Tucker
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia  31901

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis R. Bailey, Esquire
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270

                                                /s/Robin G. Laurie
                                                OF COUNSEL