IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1026-CSC |
| | ) |
| HARRY E. LAMBERT, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Now pending before the court is the June 7, 2007, motion to reschedule status and scheduling conference (doc. # 142) filed by the plaintiff. Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED and the status and scheduling conference presently set for June 26, 2007, at 3:00 p.m. be and is hereby RESET to July 2, 2007 at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 12th day of June, 2007.


                                                              /s/Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE