IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE CONCRETE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1026-CSC |
| ) | |
| HARRY E. LAMBERT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 27, 2007, the parties announced to the court that they had reached an amicable settlement of all issues. Accordingly, it is

ORDERED that on or before July 18, 2007, the parties shall file a joint stipulation for dismissal. It is further

ORDERED that the status and scheduling conference presently set for July 2, 2007 be and is hereby CANCELED.

Done this 28th day of June, 2007.

　　　　　　　　　　　　　　　　  /s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE