IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONCRETE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:05-cv-01026-CSC |
| | * | |
| HARRY E. LAMBERT and CAROL'S | * | |
| CONTRACTING, INC., | * | |
| | * | |
| Defendants. | * | |

**JOINT STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

COME NOW the undersigned counsel and stipulate to the dismissal, with prejudice, of this action and of all claims and counterclaims asserted by the parties herein, with each party to bear their own fees and costs.

Respectfully submitted this the 5th day of July, 2007.

    /s/ Robin G. Laurie
Robin G. Laurie (LAURR4217)
Attorneys for Plaintiff
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101-0078
Telephone: (334) 834-6500
Telefax: (334) 269-3115
rlaurie@balch.com

    /s/ Dennis R. Bailey
Dennis R. Bailey
Attorney for Defendants
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Telefax:  (334) 262-6277
drb@rsjg.com

182517.1